**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| GLOBAL TEL*LINK CORPORATION D/B/A/ VIAPATH TECHNOLOGIES<br><br>*Plaintiff,*<br><br>v.<br><br>JACS SOLUTIONS, INC.,<br><br>*Defendant.* | Civil Action No. _____<br><br>**JURY TRIAL DEMANDED** |

**VIAPATH TECHNOLOGIES'**
**MOTION FOR LEAVE TO FILE UNDER SEAL**

Pursuant to Federal Rule of Civil Procedure 5.2 and Rule 5.1.3 of the Local Rules of Civil Procedure of the United States District Court for the District of Delaware, Plaintiff Global Tel*Link Corporation d/b/a ViaPath Technologies ("ViaPath" or "Plaintiff") respectfully moves for entry of an Order authorizing Plaintiff to file under seal Complaint Exhibit Nos. 20, 29, 30, and 46 filed contemporaneously herewith. In support of this Motion, Plaintiff states the following:

1.      Plaintiff's Complaint seeks relief for patent infringement. To support its Complaint, Plaintiff relied on four exhibits relating to the parties' confidential relationship and Plaintiff's confidential, proprietary information, Exhibit Nos. 20, 29, 30 and 46.

2.      Exhibit 20 is a document drafted by Defendant that includes at least Plaintiff's confidential technical information as well as other information Defendant may claim as its own confidential information. Plaintiff would suffer irreparable harm if its competitors in the market had access to its confidential technical information mentioned in Exhibit 20.

3.      Exhibit 29 is the parties' non-disclosure agreement that includes agreed-upon terms of the parties' business engagement. Disclosure of this information could cause competitive harm to Plaintiff for further contract negotiations.

4.      Exhibit 30 is the parties' manufacturing agreement that includes sales information and other agreed-upon terms of the parties' business engagement. Disclosure of this information could cause competitive harm to Plaintiff for further contract negotiations.

5.      Exhibit 46 is a letter from ViaPath's CEO to JACS regarding settlement negotiations. Disclosure of this information could cause competitive harm to Plaintiff for further contract negotiations.

WHEREFORE, Plaintiff respectfully requests entry of the attached order permitting Plaintiff to file Exhibit Nos. 20, 29, 30, and 46 under seal.

Dated: May 8, 2023

*Of Counsel*:

Michael D. Specht (*pro hac vice pending*)
Jonathan Tuminaro (*pro hac vice pending*)
Uma Everett (*pro hac vice pending*)
Daniel S. Block (*pro hac vice pending*)
Ryan C. Richardson (*pro hac vice pending*)
Lauren Watt (*pro hac vice pending*)
STERNE, KESSLER, GOLDSTEIN
    & FOX PLLC
1100 New York Avenue, NW
Washington, DC  20005
mspecht@sternekessler.com
jtuminar@sternekessler.com
ueverett@sternekessler.com
dblock@sternekessler.com
rrichardson@sternekessler.com
lwatt@sternekessler.com

YOUNG CONAWAY STARGATT &
TAYLOR, LLP

*/s/ Adam W. Poff*

Adam W. Poff (No. 3990)
Samantha G. Wilson (No. 5816)
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571-6600
apoff@ycst.com
swilson@ycst.com

***Attorneys for Plaintiff***
***Global Tel\*Link Corporation d/b/a***
***ViaPath Technologies***