# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GLOBAL TEL*LINK CORPORATION D/B/A/ VIAPATH TECHNOLOGIES<br><br>*Plaintiff*,<br><br>v.<br><br>JACS SOLUTIONS, INC.,<br><br>*Defendant*. | Civil Action No. _____<br><br>**JURY TRIAL DEMANDED** |

## **[PROPOSED] ORDER**

This \_\_\_\_\_ day of _____, 2023, Plaintiff Global Tel*Link Corporation d/b/a ViaPath Technologies ("ViaPath" or "Plaintiff") having moved for leave to file Exhibit Nos. 20, 29, 30, and 46 under seal, and the Court having determined that good cause exists for the requested relief;

IT IS HEREBY ORDERED, that Plaintiff's Motion for Leave to File Under seal is GRANTED. Plaintiff shall file public versions of Exhibit Nos. 20, 29, 30, and 46 within seven days after counsel for Defendant has entered an appearance.

_____
UNITED STATES DISTRICT JUDGE