**EXHIBIT 1**



# REQUEST FOR BID  2022-21: TELEPHONE AND VIDEO VISITATION SERVICES

## COLE COUNTY COMMISSION
## 311 EAST HIGH STREET, ROOM 200
## JEFFERSON CITY, MO 65101

### DUE DATE: THURSDAY, July 7TH, 2022 at 3:00 p.m.



COPY

| INMATE KIOSKS | REMOTE VISITATION | INMATE MESSAGING | INMATE PHONE CALLS |

## NCIC.com | 800-943-2189

| William L. Pope | 607 East Whaley Street | P 903-757-4455 |
| Bill.Pope@ncic.com | Longview, Texas 75601 | F 903-757-4899 |





# REQUEST FOR BID
## 2022-21: TELEPHONE AND VIDEO VISITATION SERVICES, COLE COUNTY JAIL

SUBMISSIONS SHALL BE ACCEPTED THROUGH

### THURSDAY, JULY 7, 2022 AT 3:00 p.m. CENTRAL

AND RECEIVED AT:
### COLE COUNTY COMMISSION
### 311 EAST HIGH STREET, ROOM 200
### JEFFERSON CITY, MO  65101

| | |
|---|---|
| NCIC Inmate Communications | William L. Pope |
| **Company Name** | **Direct Contact Name (Typed/Printed)** |
| 607 E. Whaley Street | President |
| **Mailing Address** | **Title** |
| Longview, TX 75601 | Bill.Pope@ncic.com |
| **City/State/Zip** | **Email** |
| 903-757-4455 | EXT. 1001 |
| **Office Telephone Number** | **Direct Line or Extension** |

I hereby certify that I am submitting the following information on behalf of the above-listed company and understand that by virtue of executing and returning with this response this REQUIRED RESPONSE FORM, I further certify full, complete and unconditional acceptance of the terms and conditions set forth herein, all attachments and the contents of any addendum or amendment released hereto. (Submission must be signed by an officer or employee having authority to legally bind the respondent.)

| | |
|---|---|
| *William L. Pope (signature)* | William L. Pope |
| **Authorized Signature** | **Authorized Name (Typed/Printed)** |
| President | 06/22/2022 |
| **Title** | **Date** |

2 | P a g e



# TRANSMITTAL LETTER

Cole County Commission
311 East High Street, Room 200
Jefferson City, Mo 65101

### *Introduction / Affirmations*

Thank you in advance for consideration of our proposal for Inmate Communication Services to serve the needs of Cole County and its constituents. NCIC Inmate Communications (NCIC) has read your Request for Proposal **Telephone and Video Visitation Services #2022-21,** and will comply with all provisions set forth in this RFP. This proposal will remain open and valid for at least 180 days from the close date, if not longer.

NCIC is a trusted provider of inmate communications services in the United States and 9 other countries, providing a range of value-adding technologies and tailored service to more than 800 separate correctional facilities, including County Jails, Police Departments, Private Prisons, Rehabilitative Centers, and Juvenile facilities. NCIC is extremely proud of the work we have done, and continue to do, in the law enforcement community, where we support the daily operations of law enforcement, provide quality service for inmates, friends and family members, all while providing a generous return to our facility partners. NCIC provides a comprehensive suite of investigative and communications technologies for correctional agencies and the constituents they serve, including our Inmate Telephone System, Video Visitation System, Voice Biometrics, multi-functional Inmate Kiosks, Mail Scanning Solutions, Inmate Tablets, and all related software and services.

> *"This system has exceeded my expectation. It combines advanced equipment and software in a user-friendly format. The staff is professional providing prompt efficient service."*
>
> *Sheriff Maxey Cerliano
> Gregg County Sheriff's Office - Texas*

NCIC works closely with each facility partner to establish which communications modules and applications should be made available to the inmate population, and provides customized reporting to facility administration covering revenue generation, completion of inmate calls and video visitation sessions and customized reporting. NCIC is proposing a fully turnkey, integrated inmate communications platform and service solution which includes all technologies and network requirements requested in the County's RFP.

**Turn to NCIC for reliable, secure, affordable inmate communications.**

NCIC's overall proposal for Cole County revolves around leading security and investigative technology and a sturdy, *transparent* compensation offer that will provide the County with a water-tight method of forecasting the monthly earnings related to the inmate communications environment. NCIC enjoys the reputation of being the only large inmate telephone provider that operates with complete transparency in all dealings and understands that a reasonable profit can be attained while providing fair, low calling rates and minimal fees. NCIC also enjoys the benefits of being the largest *employee-owned* inmate communications provider in the United States – we are not beholden to the demands of private equity groups and offshore interests; our primary stakeholders are our facility customers and the constituents they serve.



### Unparalleled Customer Service

As the longest, continuously operating inmate telephone provider in the U.S., through our 27 years in business, we have both earned our facility partner's respect, while managing to become a highly successful company providing unmatched customer service. This is best demonstrated by our A+ accreditation with the Better Business Bureau (BBB). We average less than six (6) BBB complaints per



**BBB Rating: A+**

year. Although the number of complaints is negligible compared to our client base and call volume, we regret that any customer feels they have a negative experience with NCIC, and we strive to further reduce/resolve the number of complaints.

One way we accomplish this is by providing exceptional customer service 24 x 7 x 365. Through NCIC, Friends and Family members can actually speak to a *live* multilingual operator at our call center at any time of the day or night, rather than being forced to navigate awkward, automated IVR systems. In addition, all facilities will be assigned a designated Customer Service Representative with an escalation list providing every vital NCIC staff members' office and cell phone numbers (up to and including the President / Co-Owner of the company). NCIC prides itself on taking all problems seriously and committing to quick resolution.

Our superior approach to customer service does not stop there. We recognize that non-functional inmate communications equipment means unhappy inmates as well as lower call connectivity and revenue. Our goal is to keep your facilities, inmates, friends and family satisfied with a regular Preventive Maintenance (PM) schedule covering all sites and reliable service through our on-site Field Service Technicians, located throughout the State of Missouri. **Mr. Bill Rounds, who will be the Account Representative and Service Technician for the County, also resides in Missouri and is located less than 3 hours from Cole County.** Mr. Rounds will be supported by a network of qualified Field Service Technicians that will ensure optimal coverage throughout the State.

### Affordable Inmate Telephone Provider

In addition to superior customer service, we attribute our low number of complaints to our reputation as a conservative, low-cost correctional telephone provider. NCIC understands it is important to provide fair and reasonable rates and fees so inmates can easily stay connected to their family and friends. We credit this policy as the reason NCIC is the only major correctional communication provider who has not been named in costly class action lawsuits. NCIC also understands there is a cost to our facility partners to provide inmate telephone services and believes that our facility partners have the right to receive funding (commissions) to offset costs relative to providing such services. Due to our unique call processing method and use of low rates and minimal fees to stimulate inmate calling, in every situation of displacing a competitor, our jails have realized an actual increase in their commissions.

With the FCC as well as various State PSCs/PUCs reviewing and implementing caps on inmate phone rates (and associated fees), NCIC continues to work with these regulatory agencies to communicate that all parties can be accommodated. While four of the largest inmate telephone providers have been advocating to the FCC to eliminate site commissions, NCIC advocated to the FCC to continue to allow site commissions. In fact, NCIC supports the recent FCC rulemaking which went into effect on October 26, 2021, which clarified caps on calling rates and fees and has proven that both fair rates and reasonable commissions can be offered.



***Technology Leader***

Although NCIC provides affordable calling rates and minimal fees, we also provide leading correctional communication technologies. Since our founding, NCIC has had a clear technology vision and established our call control, kiosk and tablet platforms and product development approach accordingly. NCIC was the first inmate telephone provider to offer a centralized, secure inmate call control platform. Our scalable platform, which currently operates at less than 20% of overall capacity, can easily be upgraded to accommodate increased call traffic and recordings by simply adding equipment. NCIC has two separate switching sites to provide the industry's most reliable network; sites are located in Longview, Texas and Dallas, Texas. To ensure NCIC does not have to "catch up" in our product offering, we reinvest approximately 20% of our annual revenues to new product development. Therefore, our clients can be assured they are being provided state of the art inmate communication services. Furthermore, NCIC has committed over $1 million in patent development and licensing, and over $500,000.00 in patent defense.

In closing, as you review NCIC's response to this RFP, we hope that you will become aware of NCIC's unique qualifications as your ideal inmate communications partner. NCIC is trusted to provide a range of inmate communications services that will benefit your correctional operations, and we ask you for the opportunity to extend our services to Cole County with reliable, yet affordable, inmate communications, superior customer service and technology that you will grow to appreciate over the coming years.

Sincerely,

William L. Pope,
President



# COLE COUNTY COMMISSION
## PURCHASING
311 EAST HIGH STREET, ROOM 200
JEFFERSON CITY, MISSOURI 65101

# REQUEST FOR BID

## 1.0   OVERVIEW

**1.1**   **NOTIFICATION.**   This document constitutes a request for competitive, sealed offers per the Terms and Conditions of bidding and any special conditions set forth herein for the provision of new telephone and video visitation services at the Cole County Jail located at 350 E High Street, Jefferson City, Mo.

Respondents are responsible for being thoroughly familiar with all specifications and requirements of this solicitation. Failure to examine any relevant document or provision thereof will not relieve the successful respondent from any obligation under this bid. Qualified organizations are invited to prepare an offer in response to this document and in doing so, concur with all terms, conditions, specifications and addenda to this bid unless specifically noted otherwise in a separate section within their response titled "EXCEPTIONS".

It is the bidder's responsibility to ask questions, request changes or clarifications, or otherwise advise the County if the bidder believes that any language, specifications, or requirements are: (1) ambiguous, (2) contradictory or arbitrary, (3) violate any state or federal law or regulation, (4) restrict or limit the requirements to a single source, or (5) restrict or limit the bidder's ability to submit a proposal.

The County prefers a bidder develops its own software and builds its own systems because it is advantageous to have a single point of contact. It is our preference to work with a company that is the sole source for engineering, deploying, and maintaining its own solutions.

**NCIC RESPONSE: HAS READ, AGREE, AND WILL COMPLY WITH ALL ITEMS ABOVE.**

**1.2**   **MANDATORY PRE-BID MEETING.**   A mandatory pre-bid meeting will be held at 8:30 a.m. Central on Tuesday, June 14th. Attendees are to meet at the Cole County Law Enforcement Center's Lobby (350 E High Street). Attendance is a prerequisite for submitting a response to this invitation and will be evidenced by the representative's signature on the attendance roster. This meeting will provide an opportunity for potential respondents to view the site of work and ask questions/seek clarification on the outlined requirements prior to submitting a response.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

NCIC was represented at the Mandatory Pre-Bid Meeting by Mr. Bill Rounds, who will act as the primary Account Representative and Service Technician for Cole County.

**1.3**   **QUESTIONS, REQUEST FOR CLARIFICATION OR INTERPRETATION.**   Respondents are advised that all questions concerning the meaning or intent of these specifications must be submitted **IN WRITING** and received at least five (5) business days prior to the date scheduled for bid opening. All inquiries shall be directed to:

**Jessica Bryant, Purchasing Agent jbryant@colecounty.org**

As of the issuance date of this solicitation and continuing until the final date for acceptance of submissions, all respondents are specifically directed not to discuss, hold meetings, conferences, or



technical discussions with any County employee for the purpose of responding to this solicitation except as otherwise permitted by this bid document. Respondents should not otherwise ask any County officials or employees questions about the bid or related issues, either orally or by written communication. Respondents directly contacting other County employees risk elimination from further consideration.

**NCIC RESPONSE:** READ, AGREE, AND WILL COMPLY.

**1.4    ISSUANCE OF ADDENDA.** Every attempt shall be made to ensure all written questions received are adequate and prompt response. However, in order to maintain a fair and equitable bid process, all respondents will be advised of any questions submitted, the County's response, and any other pertinent information related to this solicitation via the issuance of addenda, which will be posted at www.colecounty.org. All issued addenda are incorporated by reference as if fully set out herein. An addendum may contain information that could affect bid responses. Respondents are cautioned that the only official position of Cole County is that which is issued by Cole County in these specifications or by addendum thereto; no other means of communication, whether written or oral, shall be construed as a formal or official response or statement.

**1.5**

It shall be the responsibility of the respondent to verify whether or not any addenda have been issued prior to submitting a bid response to Cole County. The County assumes no liability if a respondent fails to incorporate addenda into their bid. Failure to have requested an addendum covering any questions affecting the interpretation of these specifications shall not relieve the awarded party from delivering the completed project, product and/or service in accordance with the intent of these specifications.

**NCIC RESPONSE:** HAS READ, AGREE, AND WILL COMPLY WITH ALL ITEMS ABOVE.

**1.6    SUBMISSION REQUIREMENTS.** A fully executed response, including the specification pages comprising this invitation and any related illustrative documentation and/or issued addenda shall:
- Be submitted in a sealed envelope identified by bid number, bid title, and bid opening date/time;
- Be complete and signed by an official authorized to obligate company submitting the bid;
- Include (1) complete original bid and two (2) exact duplicates and one electronic copy.

It is the responsibility of each respondent to deliver its submission to the office of the Cole County Commission, 311 East High Street, Room 200, Jefferson City, Missouri on or before the date and exact time indicated for public bid opening. Fax and email submissions will not be accepted. Responses will be time and date stamped; those received late will be determined non-responsive without exception. Late bids may be returned unopened to the respondent upon request within ten (10) business days after the bid opening. All returns will be made at the respondent's expense.

**NCIC RESPONSE:** HAS READ, AGREE, AND WILL COMPLY WITH ALL ITEMS ABOVE.

**1.7    BID OPENING.** Submissions will be publicly opened in the Cole County Commission Chambers on Thursday, June 23 at 3:00 p.m. Central. Respondents and the public are invited but not required to attend the formal bid opening. All documents will be made available for public inspection, but no decision relating to the award of the contract or agreement will be made at the bid opening.

**NCIC RESPONSE:** READ, AGREE, AND WILL COMPLY.

**1.8    ADVICE OF AWARD.** Upon bid award by the Cole County Commission, award notification letters, including a bid tabulation summarizing responses received, will be sent via email to all parties submitting a response.

**NCIC RESPONSE:** READ, AGREE, AND WILL COMPLY.



## 2.0 TERMS AND CONDITIONS

2.1 **INCURRING COSTS.** Cole County shall not pay for any information requested herein nor be obligated or liable for any cost incurred by any respondent in submitting a response.

**RESPONSE: READ, AGREE, AND WILL COMPLY.**

2.2 **RESERVATIONS.** The right is hereby reserved to reject any or all submissions for any reason, in part or in whole, received in response to this solicitation; to waive or not waive informalities or irregularities in any response or the bidding procedures; to request supplementary information from respondents as determined necessary to effectively evaluate responses; to cancel this solicitation, advertise for new and/or purchase off of cooperative purchasing contracts; and to accept, request clarification or further negotiate the terms, conditions and/or methodology of any response if, in Cole County's sole judgment, the best interests of Cole County will be so served.

**RESPONSE: READ, AGREE, AND WILL COMPLY.**

2.3 **MODIFICATION/WITHDRAWAL.** Receipt of written notice or an in-person request from a properly identified individual prior to the official date and time set for bid opening must occur in order to modify or withdraw a submission which has been delivered to the office of the Cole County Commission.

**RESPONSE: READ, AGREE, AND WILL COMPLY.**

2.4 **VALIDITY.** Respondents agree that submissions will remain valid for consideration by Cole County for a minimum period of ninety (90) calendar days after the date specified for bid opening.

**RESPONSE: READ, AGREE, AND WILL COMPLY.**

2.5 **RESPONSE MATERIAL OWNERSHIP.** All material submitted in response to this solicitation becomes the property of Cole County and may be disclosed upon proper Sunshine Law request per 610.021(12) RSMo.

**RESPONSE: READ, AGREE, AND WILL COMPLY.**

2.6 **EXCEPTIONS.** The wording of this solicitation may not be changed or altered in any manner by a respondent. Changes, additions or limiting provisions made on the invitation will render the bid informal and may cause its rejection. Taking exception to any clause in part or in whole does not necessarily disqualify a respondent; any such exception shall be clearly identified and described in full detail in the respondent's submission on a separate page clearly titled "EXCEPTIONS." Any exception will be evaluated and accepted or rejected by Cole County, whose decision shall be final and conclusive. In the absence of such declaration(s), the response shall be accepted as in strict compliance with all terms, conditions, and specifications and the awarded party shall be held responsible for providing the product or service accordingly.

**RESPONSE: READ, AGREE, AND WILL COMPLY.**

2.7 **RESTRICTIVE LANGUAGE.** It shall be the responsibility of potential respondents to ask questions, request changes or clarification, or otherwise advise Cole County if any language, specification or requirement of this solicitation appear to be ambiguous, contradictory, and/or arbitrary, or appear to inadvertently restrict or limit responses to a single source. Such notification must be directed to the Purchasing Agent and received at least five (5) business days prior to the date set for bid opening.

**RESPONSE: READ, AGREE, AND WILL COMPLY.**



**2.8    INTERPRETATION.**    If a respondent has any questions which arise concerning the true meaning or intent of these bid documents, plans or any part thereof which affect the cost, quality, quantity, or character of the project or service, respondent shall request in writing that an interpretation be made and an addendum be issued which shall then be posted at www.colecounty.org. Failure to have requested an addendum covering any questions affecting the interpretations of the bid documents shall not relieve the successful respondent from delivering the product, service or completed project in accordance with the intent of the bid documents. Should any differences arise as to the meaning or intent of these specifications, Cole County's interpretation shall be final and conclusive.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

**2.9    EQUIVALENT MATERIAL/EQUIPMENT.**    Any listed manufacturer/model number(s) or a definite reference to a particular item or piece of equipment is intended to establish a minimally acceptable design, type, quality, functional capacity, and/or desired performance level. It is to be understood that any equivalent alternate which will perform adequately the duties imposed by the general design may be proposed and bid so long as sufficient details necessary to establish equivalency are included in the submission. Acceptance is subject to approval of the County which may request further information, sample(s) and/or a demonstration prior to bid award. Cole County shall be the sole judge of equivalency.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

**2.10    LIKE OR SIMILAR PRODUCTS.**    Cole County reserves the right, at its sole discretion, to obtain like or similar products to that which has been specified herein when use of such product is deemed in the best interest of the County.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

**2.11    QUALIFICATIONS OF RESPONDENTS.**    Due to the complex nature and security concerns of the Jail, Bidders must be well experienced in providing this type of service. Cole County may make such investigations as deemed necessary to determine the ability of any respondent to provide the product and/or service described herein. Respondent shall furnish to the County all such information and data for this purpose that the County may request. The County reserves the right to reject any submission if the evidence submitted by the respondent or investigation of such respondent fails to satisfy the County that such respondent is properly qualified to carry out the obligations of the contract and/or to complete the work contemplated herein.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

**2.12    EXPERIENCE.**    The vendor must be an experienced, reputable firm providing the request services. Vendors not currently involved with these systems will not be considered for this contract.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

**2.13    EVALUATION & BASIS OF AWARD.**    The County's sole purpose in the evaluation process is to determine from among the responses received which one is best suited to meet the County's needs at the lowest possible cost. Any final analysis or weighted point score does not imply that one bidder is superior to another, but simply that in our judgment the awardee appears to offer the best overall solution for our current and anticipated needs at the lowest possible cost. Award shall be made to the lowest responsible bidder(s) whose offer best responds to the quality, capacity, and service requirements of Cole County, as determined by the County. Award may be made on an item-by-item basis to the lowest and best bids or award may be made to the lowest and best bid overall, whichever the County determines is in its best interest. Negotiations may be conducted with prospective vendors who submit proposals. County reserves the right to reject any and all proposals or waive portions thereof and to choose the proposal which best meets the needs and requirements



of County. County reserves the right to require the vendor to provide demonstrations or samples as part of the negotiations.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

**2.14** **PRICES.** Prices must be stated in units of quantity specified and must be firm. Price submitted for each item shall include all cost, of whatever nature, that is involved in achieving the good or service per the bid documents. Bids qualified by escalator clauses may not be considered.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

**2.15** **TAX EXEMPTION.** Cole County is funded by public monies and as such has been approved by the State of Missouri for sales/use tax-exempt status. The Missouri tax identification number and certificate is available to the awarded party upon request.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

**2.16** **TITLE.** Title of any equipment, except workstations, required by the contractor shall be held by and vested in the contractor. Workstations shall become the property of Cole County upon delivery and acceptance by the Sheriff's Department. The County shall not be liable in the event of loss, incident, destruction, theft, damage, etc for the leased equipment including, but not limited to, devices, wires, software, technical literature, etc. It shall be the contractor's sole responsibility to obtain insurance coverage for such loss in an amount that the contractor deems appropriate.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

**2.17** **DELIVERY.** If requested, the delivery date or when work will start shall be stated in definite terms as they may be taken into consideration when making award. Cole County reserves the right to cancel all or any part of an order or project if delivery is not made or work not started as guaranteed.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

**2.18** **DEFAULT.** In case of default by the bidder or contractor, Cole County may procure the articles or services from other source(s) and hold the successful respondent responsible for any excess cost occasioned thereby.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

**2.19** **ACCEPTANCE.** No equipment, supplies, materials and/or services received by Cole County pursuant to this solicitation shall be deemed accepted until the County has had reasonable opportunity to inspect. Cole County reserves the right to reject anything that does not comply with reasonable expectations based on the specifications outlined herein.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

**2.20** **SHIPMENTS.** All shipments and deliveries shall be F.O.B. destination, freight prepaid to Jefferson City, Missouri.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

**2.21** **COMPLIANCE WITH APPLICABLE LAW.** The contractor must agree to comply with all federal, state and local laws or ordinances, and all applicable rules, regulations, and standards established by an agency of such governmental units, which are now or hereafter promulgated insofar as they relate to the Contractor's performance of the provisions of the agreement. It shall be the obligation of the Contractor to apply for, pay for, and obtain all permits and/or licenses required by any governmental agency for the provision of those services contemplated herein.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**



**2.22** **AS NEEDED, IF NEEDED.** The contractor shall provide product or service on an "as needed, if needed" basis for Cole County in accordance with the provisions and requirements stated herein. The resulting award or contract does not guarantee that all purchases of this nature will go to the successful respondent(s), but rather establishes primary vendor(s). Any usage quantities included in this request are based on estimated need; Cole County reserves the right to increase or decrease quantities to meet actual need and maintain the quoted pricing.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

**2.23** **INSURANCE.** The contractor shall understand and agree that the County cannot save and hold harmless and/or indemnify the contractor or employees against any liability incurred or arising as a result of any activity of the contractor or any activity of the contractor's employees related to the contractor's performance under the contract. Therefore, the contractor must acquire and maintain adequate liability insurance in the form(s) and amount(s) sufficient to protect the County, its employees, its clients, and the general public against any such loss, damage, and/or expense related to his/her performance under the contract. General and other non-professional liability insurance shall include an endorsement that add the County as an additional insured.

Self-insurance coverage or another alternative risk financing mechanism may be utilized provided that such coverage is verifiable and irrevocably reliable and the County is protected as an additional insured.

Bidder shall provide the County with certificate of insurance, both Workman's Compensation Insurance and General Liability Insurance coverage for work at the Jail facility with limits of not less than $100,000/$300,000/$100,000 with excess umbrella of $1,000,000. Successful vendor must submit copies of insurance certificates to the County prior to the start of any work.

Damage and Repair Liability:
The County will have no liability to the Vendor for fraud, theft, vandalism, damage, or loss of the Vendor's equipment inflicted by the inmate or the public. All cost associated with the repair of equipment will be the responsibility of the vendor. Vendor acknowledges all repairs will be made at its expense. The vendor shall make all possible efforts to ensure the service is operational and repaired as quickly as possible.

**NCIC RESPONSE: HAS READ, AGREE, AND WILL COMPLY WITH ALL ITEMS ABOVE.**

**2.24** **ASSIGNMENT.** The awarded party shall not assign the contract, subcontract, or sublet it as a whole without the prior written consent of Cole County. Assignment, subcontracting, or subletting without such consent will in no way relieve the awarded party of any of its obligations under this Contract unless specified, in writing, by Cole County.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

**2.25** **PREFERENCE.** In making bid awards, Cole County shall give preference to all firms, corporations, or individuals that maintain office or places of business within the County of COLE when the quality of the commodity or performance promised is equal or better and the price quoted is the same or less.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

**2.26** **APPROPRIATION OF FUNDS.** Financial obligations of Cole County payable after the first fiscal year the system is in place are contingent upon funds for that purpose being appropriated, budgeted, and otherwise made available. In the event funds are not appropriated, any resulting Contract will become null and void, without penalty to Cole County.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**



**2.27    TERMINATION.**  The obligation to provide further service under the terms of the resulting agreement may be terminated by the County upon sixty (60) days written notice in the event of material breach by the successful Offerer to perform in accordance with the terms hereof, or any contract resulting from this RFP.  In the event the County chooses to discontinue this contract, the Offerer warrants that it will remove all its equipment from the facility without charge.  Service and equipment will not be removed until another vendor has been acquired.  The removal of equipment and disconnecting of service process will occur during the implementation of the new system with minimal interruption of service to this facility.  It will be necessary that the incumbent vendor cooperate with the new vendor during the implementation of the new system.

If either party defaults in the performance or any obligation under this agreement, then the non-defaulting party shall give the defaulting party written notice of its default setting forth with specificity the nature of the default.  If the defaulting party fails to cure its default within 30 days after receipt of the notice of default, then the non-defaulting party shall have the right to immediately terminate this agreement and pursue all other remedies available to the non-defaulting party, either at law or in equity.

**NCIC RESPONSE:** HAS READ, AGREE, AND WILL COMPLY WITH ALL ITEMS ABOVE.

**2.28    COOPERATIVE PROCUREMENT.**  Various State Agencies, City and County Offices, and/or any other government entity may or may not request an unknown quantity of goods or services under this bid during the effective period or resulting agreement period at the same prices, terms and conditions.

If the awarded party agrees to cooperative procurement, it is agreed and understood that each participating political subdivision will make its own separate contract with the awarded party; that each participating political subdivision shall only be liable to the awarded party for service, materials or supplies for which it has directly contracted without any liability for purchases contracted for by any other participating political subdivision; and each awarded party shall be required to bill each participating political subdivision separately and directly for the service, materials or supplies it has purchased.

In the event of any dispute between a political subdivision and an awarded party arising after a contract of purchase has been executed, such dispute shall be handled by and between the particular political subdivision affected and the awarded party.

**NCIC RESPONSE:** HAS READ, AGREE, AND WILL COMPLY WITH ALL ITEMS ABOVE.

**2.29    CONTRACTOR STATUS.**  The contractor is an independent contractor and shall not represent the contractor or the contractor's employees to be employees of the County.  The contractor shall assume all legal and financial responsibility for salaries, taxes, FICA, employee fringe benefits, worker's compensation, employee insurance, minimum wage requirements, overtime, etc. and agrees to indemnify, save, and hold the County, its officers, agents and employees, harmless from and against, any and all loss; cost (including attorney fees); and damage of any kind related to such matters.

**NCIC RESPONSE:** READ, AGREE, AND WILL COMPLY.

**2.30    ANTI-DISCRIMINATION AGAINST ISRAEL ACT.**  The contractor certifies that it is not currently engaged in and shall not, for the duration of the contract, engage in a boycott of goods or services from the State of Israel; companies doing business in or with Israel or authorized by, licensed by, or organized under the law of the State of Israel; or persons or entities doing business in the State of Israel.

**NCIC RESPONSE:** READ, AGREE, AND WILL COMPLY.



## 3.0 SCOPE OF WORK

**3.1**   **OVERVIEW.**   It is intent of the County to locate qualified contractors who are interested and capable of providing inmate telephone services, including telephone and video visitation utilizing state of the art technology and equipment for inmates in custody at the Cole County Sheriff's Office.

The Cole County Jail is a 180-bed facility excluding the Booking Area and the Medical Area. There are 8 Pods; Pod A thru G have 24 beds each with Pod H having 12 beds. The Booking Area has 6 cells, 1 Isolation Cell, and 4 Tanks and the Medical Area has 4 Cells.

Our current provider is Securus who has been in place since October 2020. The current commission rate is 64.1% commission on telephone calls including interstate calls and 20% commission of remote video visitation sessions. There are no minimum monthly guarantee or minimum annual guarantee. The current rate for telephone call is $0.25 per minute for in state calling and $0.21 per minute for interstate calling. The current cost for remote video visitation is $9.99 per session for a 25 minute session.

The selected contractor shall provide services in the Cole County Sheriff's Office, at no cost to the County. All cost for the services shall be the responsibility of the contractor including but not limited to equipment, installation, connectivity, maintenance, storage, hardware, software, security, training, and any other implementation services necessary to furnish the County with state of the art technology and equipment to meet the specification herein. The services will be to enable inmates to communicate with family, friends, and others in the community, while also controlling inmate telephone usage and limiting the use of telephones for illicit activity. A necessary part of the service, is to ensure the safety and security of staff, inmates, and the public.

**NCIC RESPONSE: HAS READ, AGREE, AND WILL COMPLY WITH ALL ITEMS ABOVE.**

NCIC Inmate Communications ("NCIC") is well-positioned to provide all required services and technologies to Cole County. NCIC is submitting a comprehensive proposal which covers all requested services, while also offering certain "additional technologies" for Cole County's consideration. All proposed services and technologies are being offered at no cost (initial or ongoing) to the County. NCIC is proposing a purely revenue-generating arrangement for Cole County.

NCIC will supply and install all system infrastructures for all services listed above, which is inclusive of all hardware, software, interfaces, cabling, switching equipment, labor and materials for the installation and operation of the system. At no time throughout the course of the Agreement will Cole County be responsible for any costs associated with the proposed systems.

Vendor must provide detailed responses and when applicable, required documentation for each of the following requirements:

- Must demonstrate a commitment to technology upgrades, including consistent new technology deployment;

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

NCIC releases upgrades, updates, and feature enhancements to all systems periodically, and on an as-needed basis. All upgrades are pushed out "globally" (to all customers using our platform) unless the update is unique to a specific facility. All updates are pushed out to customers in a manner that does not affect accessibility to the systems and are provided at no cost to the County.



- Necessary and required public utilizes or telecom related certifications, approvals, or tariffs are in good standing;

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

NCIC currently has all required certifications in place to provide telecommunication services in the state of Missouri and nationwide. Shown under <u>Attachment 1 – NCIC Certifications</u> is a listing of required telecom certifications that we currently hold.

NCIC certainly recommends that Cole County verify which Providers are properly certified as inmate telephone providers in the State of Missouri, which can be done at this site:

<u>https://psc.mo.gov/CMSInternetData/Forms/Annual Reports/Teleco%20IV OIP/Telephone%20Companies%20and%20IVoIP%20Providers%20-%20List%20of%20Required%20Companies%20for%20current%20calendar%20y ear.pdf</u>

- Is registered for sales tax in appropriate jurisdictions;

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

NCIC is currently registered with all necessary sales tax jurisdictions and will remain compliant with all required telecommunications taxes. NCIC is proud of our history of ongoing adherence to and compliance with industry regulatory requirements.

- A valid and contributing party to all Federal and State level USF. If the vendor is not contributing to the required USF, they must provide a detailed explanation of why they are exempt from contribution;

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

NCIC is fully compliant with all federal, state and local regulations and laws governing the services described in this RFP. NCIC's leadership have been active, vocal contributors in recent regulatory proceedings at the State PSC/PUC and FCC level, and NCIC's customers are kept abreast of all news and proceedings related to inmate communications.

NCIC urges Cole County to consider the following, regarding this topic: should any Providers responding to this RFP claim that they are exempt from contributing to Federal and State level USF, Cole County should request information from that Provider as to whether or not the Provider's system is completing calls to <u>landline</u> phones. If so, then they are ABSOLUTELY accountable for USF / FUSF contributions. On the other hand, if that Provider's system is *not* capable of completing calls to landline phones, then that is a serious limitation to the company's revenue generation abilities.

- Include the vendor's registration information and corresponding Form 499 Filer ID with the Federal Communications Commission;

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

NCIC is registered with the Federal Communications Commission and our Filer ID number is 817994. Additional details can be shown under <u>Attachment 2 – FCC Documentation.</u>



- Include evidence that the vendor is in compliance with FCC fees, and all FCC reporting and filing requirements, including FCC Inmate Communication Services Annual Form 2301 filing requirement and the FCC 499 filing requirements;

  **NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

  NCIC is proud of our reputation as a conservative, low-cost provider of Inmate Communications, and has never been a party to legal proceedings related to overcharging inmates (or their Friends and Families) on calling rates or ancillary fees. NCIC has provided the appropriate documentation which can be found under <u>Attachment 2 – FCC Documentation</u>.

- Any item not specifically mentioned but necessary for the delivery and operation of the proposed system shall be included in this proposal;

  **NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

- Experience and Reference page must be filled out and at least include a minimum of three (3) references including names, location and size of the facility, date of install, and a contact person and phone number.

  **NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

  NCIC has filled out the Experience and Reference form which can be shown on page 123 of this response.

3.2 **TERM.** The County intends to award a two-year contract (with two one-year renewal options) to the most responsible bidder whose response meets or exceeds the County's requirements. The RFP includes descriptions of specific functionality of the equipment and services that are required, however, contractors may propose advanced technologies and different services as long as they meet the requirements set forth in the RFP. Proposals must clearly explain how any alternatives meet or exceeds the RFP requirements and how the alternatives will achieve the same goals and results.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

NCIC has fully reviewed this RFP for and fully understands all stated requirements. NCIC is well-positioned to meet or exceed all of Cole County's requirements through a combination of industry-leading technologies, a history of experience in resolving issues, and a sturdy Customer Support program covering both the Facility, and the Friends and Families of inmates. In addition to providing a comprehensive, secure Inmate Communications System, NCIC is prepared to expand upon our offering providing additional value-adding and complementary inmate communications technologies, if it is of interest to Cole County. All aspects of NCIC's proposed Inmate Communications System is being provided at <u>no cost</u> to the County. Throughout our response, you will find that NCIC has provided detail in how each requirement will be met.



### 3.3    CURRENT COUNTY INMATE COMMUNICATIONS SYSTEM:

The current inmate communications system has the following equipment:

- Inmate Area – 24 Total Phones
- Medical Unit – 1 Phone
- Medical Unit – 1 Mobile Video Visitation
- Inmate Area – 13 Total Video Visitation Terminals
- Booking Area – 2 Total Cordless Phones
- Booking Area – 2 Phones in Tanks
- Booking Area – 2 Total Mobile Video Terminals
- Video Court – 1 Video Terminal
- Public Area Coin Phones – 0 Total Units
- Public Area Video Visitations – 10 Video Terminals
- Public Area Video Registration/Visitation Scheduling Kiosk – 1 Total Unit

**NCIC RESPONSE: HAS READ, AGREE, AND WILL COMPLY WITH ALL ITEMS ABOVE.**

NCIC will provide Cole County with all required equipment above and any necessary connection lines to provide an all-inclusive communications system.

### 3.4    GENERAL REQUIREMENTS. These are the general requirements for all systems, but are not limited to:

**3.4.1**    The system shall be a Web-based system with tiered security access levels.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

The proposed Inmate Telephone System (ITS) is a fully centralized, web-based platform allowing access to authorized users from anywhere with an internet-enabled device. The ITS is a fully integrated, "all in one" solution which holds all features within the sole application.

**3.4.2**    The proposed system shall allow one-way outgoing collect/debit/prepaid calls, only.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

The proposed system allows one-way, out-going service only, preventing any inmate telephone from receiving incoming calls. The centralized call switching uses a VoIP network connection to the inmate phones and not the public switched telephone network (PSTN).

Should the County be interested in implementing it, NCIC does offer a secure inbound Voicemail system, but this is entirely optional for the County.

**3.4.3**    The proposed system shall be capable of local and long distance collect calls.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

The system allows inmates to make collect, pre-paid collect, pre-paid card or cardless debit calls to cell phones and land lines. Inmates have the options of local, long distance, and international calling. The pre-paid collect application supports prepaid collect international calls to any country, in addition to domestic calling. Calls to Canada, Mexico and Puerto Rico, the majority of international calling, can be processed as automated collect calls; all other countries require prepayment.



**3.4.4**   The proposed system shall not be capable of receiving incoming calls.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

The proposed system allows one-way, out-going service only, preventing any inmate telephone from receiving incoming calls.

**3.4.5**   The proposed system shall allow inmate calls to be restricted to 15 minutes. Cole County representatives must be able to change this call duration limit throughout the entire site, by inmate Account/Pin, or group of telephones.

There are two phones located in the Booking Tanks, these phones need to be programmed to allow the inmate to make a free phone call with a limit of 5 minutes. The inmate must be allowed to call both locally and long distance.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

The proposed system is capable of customizing the available call length and calling hours by day, by individual inmate, by destination number, by specific inmate phone, by facility or system wide. The Edit Inmate screen shown below allows authorized County administrators to enter an "Active Date" for an inmate restricting the use of their PIN until the date and time entered. When the period of restriction has passed the inmate's calling privileges will be automatically reinstated, without any needed input from County personnel.



Additionally, "Time of Day" parameters can be set based on inmate PIN or by individual phone number, restricting calls to only those times specified. See example screenshot on the following page.





**3.4.6**   The users – inmate and called party - shall be notified of limit in advance of the system terminating the call.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

Once the call duration is within 1 minute of the allowed time limit, the automated operator provides a warning to both parties that the time limit has been reached and the call will soon disconnect.

**3.4.7**   Vendor shall supply services for speech and hearing impaired individuals to communicate in real time with family and friends.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

All proposed telephones are ADA-compliant and are hearing-aid compatible. If required, NCIC will provide the County with the required TDD/TTY equipment needed (and maintain that equipment for the course of the Contract). Additionally, NCIC will provide telephones which are accessible to wheelchair-bound users in designated areas of the Facilities.



In addition to providing TDD/TTY devices as needed by the County, NCIC is able to offer cutting-edge Video Relay Service (VRS) which is quickly becoming the preference for deaf/hearing-impaired inmates. VRS acts as a video visitation service for deaf/hearing-impaired inmates allowing for face-to-face interactions between these inmates and the outside party. NCIC can provide VRS at no cost to the County. Following is a screenshot depicting VRS functionality:

### Screenshot – VRS Application in Use



**3.4.8**   The proposed system must require active acceptance by the called party.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

The proposed system requires positive, active acceptance by the called party, before a call is allowed to connect. The inmate and the called party cannot communicate until the call is positively and actively accepted. The inmate is placed on hold while the system confirms that someone has answered and accepted the call prior to connecting the two parties.

**3.4.9**   The proposed system shall include user prompts in English and Spanish. Other languages are desirable. Please identify other language capabilities on the system.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

NCIC's fully automated system provides easy-to-understand prompts in English and Spanish (or other languages as requested by the County) to guide callers and the called party through the calling process. There is no limit to the number of languages offered through the automated system. All dialing instructions, voice prompts, greetings and any interjected security messages are fully customizable based on the requirements of the County. Any messages interjected into calls are excluded from billing calculations.



**3.4.10** The vendor will need to have a program that will proactively attempt to set-up an account for individuals who are not able to accept collect calls, enabling families to quickly communicate with incarcerated individuals. Please describe your program.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

Upon acceptance of a call, the system notifies the called party that they can easily establish an account by pressing 0 for a live operator. Upon pressing 0, while the inmate is on-hold, the called party is immediately routed to a live bilingual operator (based in the US) without need to navigate cumbersome IVR prompts. Use of a *live* operator for every initial call increases the acceptance rate of calls from inmates, it ensures the safety of the called party, who is often driving when they receive their first call from their incarcerated family member, and our live representatives are much more compassionate than an IVR since this first call is often when the called party finds out their friend or family member is in jail.

Since Pre-Paid Collect accounts don't require a credit check, NCIC simply accepts all major Credit and Debit cards. Payments can also be made via check, Money Order, MoneyGram and Western Union. Once a Pre-Paid Collect account is established, it can easily be maintained and replenished by phone or via our user-friendly website.

**3.4.11** Vendor must notify end user when they have reached $20.00 balance of its site or personal credit limit and describe process.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

At the beginning of each phone call, end users are notified of their remaining account balance via the automated operator. End users are also able to manually check their account balance through our online website.

**3.4.12** The proposed system should have the ability to integrate with third party vendors such as Jail Management Systems, Commissary Systems, Banking Systems, and Video Visitation Systems.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

NCIC has a vast amount of experience in integrating with 3rd party software providers, including JMS, Banking/Commissary companies, and other communication systems. All interface-related development will be completed at no cost to the County. It is worth noting that NCIC has interfaced with Cole County's future JMS provider, New World / Tyler, at 8 other Facilities and will easily do so if awarded.

**3.4.13** The County will not be liable for any of the cost incurred in preparation and presentation of the response. Any material submitted by the bidder that is considered confidential in nature must be clearly marked as such. Due to applicable laws and regulations concerning public documents, the County makes no representation that such material will be kept confidential.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**



**3.4.14** The vendor should indicate if the proposed system will include the ability to obtain and store call records from the current system if such records are accessible.

**NCIC RESPONSE:** READ, AGREE, AND WILL COMPLY.

NCIC will work with the current provider in order to obtain and store all previous calls generated by their system.

Additionally, the proposed system is capable of permitting full monitoring and recording of all calls made from any inmate telephone or visitation station within the facility, unless there are restrictions that prohibit the recording and monitoring of certain calls, such as attorney-client restrictions. Once calls have been recorded, they are stored in multiple geographically separate redundant backup locations to ensure 100% reliability. Authorized Users can immediately play back a recorded call or monitor a call while it is in-progress.

All information and recordings are stored in geographically separate redundant backup locations to ensure 100% reliability. The primary data center is located in Longview, TX and backed up at our "mirror location" in downtown Dallas, TX. As a tertiary level of protection, all recordings and call detail are stored with Amazon's Web Services S3 Cloud.

**3.5** **PERSONAL IDENTIFICATION NUMBER (PIN)**

**3.5.1** The proposed system shall utilize Personal Identification Numbers (PIN) for the inmates. Describe your system's use of PINs, including Open PIN, Restricted PIN, and Closed PIN.

**NCIC RESPONSE:** READ, AGREE, AND WILL COMPLY.

The proposed system offers an optional, easy to use PIN feature that can be interfaced with most JMS/Booking systems via a simple XML interface. PIN codes can be turned on/off for the entire facility, a group of phones or a specific phone, based on the needs of Cole County. For example: PIN numbers can be turned on in general population but turned off in booking and juvenile. Authorized users can easily deactivate PIN numbers via the system application. The system has the capability to provide collect, debit, pre-paid, pre-paid card, free and speed dial calling utilizing a secure PIN. The inmate utilizes the same PIN number for all call types.

The proposed system provides for inmate records and associated details to be automatically loaded when interfaced with most JMS/Booking systems via a simple XML interface. Once the file is imported (default import frequency is 15 minutes, but can be more frequent if required), and upon the first call attempt, the system prompts the inmate to enter a secure 4-digit PIN2 (commonly referred to as "Passcode,") to supplement their PIN number. This eliminates the burden of manual entry by staff. As demonstrated by the following screenshot, each inmate needs to input their PIN and PIN2 in order to place calls.





**3.5.2** The proposed system shall prevent duplicate PINs and not allow a PIN to be used by two inmates at the same time.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

The proposed system does not allow duplicate PIN numbers to exist, or for the same PIN to be used by multiple inmates concurrently.

**3.5.3** The proposed system shall not allow an inmate PIN to be used in a pod that the inmate is not housed in.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

PIN codes are normally used to restrict any and all inmates to particular calling patterns. Following is a partial list of PIN restrictions: restrict an inmate's calling to certain days of the week, times of day for each of those days, specific phones or sets of phones, specific destination numbers, a limit on allowable numbers and call time limits. Each PIN can be tied to an "allowed" calling list or on the general allowed call list. The system administrator at Cole County or our customer service team can limit the destination numbers an inmate is allowed. With the default limit up to 9,999 (unlimited) different allowed destination numbers in order to prevent random or harassing calls to unknown numbers. This list can automatically be generated by maintaining the list of destinations the inmate has called and is easily customizable based on Cole County's request.

As an added disciplinary feature, inmate phone privileges can be either deactivated indefinitely or for a specific amount of time, based on the inmate's PIN. During the time that an inmate's privileges have been suspended, they can still be allowed access to attorney and counseling calls, if that is the preference of facility administration. Once the period of restriction has passed, the inmate will automatically have access to use the phone.



The PIN system is fully configurable with the following features:

| PIN Features and Applications | |
|---|---|
| Inmate call restrictions based on PIN | PIN system shows first and most recent attempted/completed call date. |
| Restrictions by time of day, day of week, allowed calling lists, allowed phones/locations, limitation of free calls, limitation of commissary calls. | PIN system allows a quick view of all allowed / blocked destination numbers. |
| PINs can be changed manually or via JMS for automatic importing. | All calls can be monitored, and call activity viewed real time via the inmate's PIN. |
| PINs can be deactivated via web-interface or set for delayed activation. | All reports by PIN are generated in real-time and accessible via any internet-enabled computer. |
| PIN system allows detainees to receive voicemail messages from family members on the Personal Allowed Number (PAN) list (if approved by the County). | Call Detail Records ("CDRs") store all relevant call information and calls can be sorted in a myriad of ways, such as by date, PIN, inmate name, destination number, phone, duration, and call disposition. |
| PINs can be set to have delays between calls to allow other detainees the opportunity to place calls. | Certain phones can be set to not require PINs (e.g. Booking). |
| Broadcast messages can be sent by facility staff to individual inmates, groups of inmates or the whole population. | PIN system can import up to 30 data points in inmate database, such as name, birthdate, age, gender, social security number, federal ID, origin, contract status, active/inactive, race, etc. |

**3.5.4**    Define the minimum and maximum number of digits used in a PIN.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

PIN codes can be set from a minimum of 4 digits up to 20 digits, depending on the requirements of the interface and the needs of Cole County. The PIN length is configured during installation and implementation of the system.

**3.6**    **FRAUD MANAGEMENT**

**3.6.1**    The proposed system shall be able to detect, notify, and prevent three-way or conference calls, except for those calls to attorney's or other approved numbers. We understand that there are industry patents in this area. Please provide a description of the process you have deployed on your platform and why you feel the technical approach provides the best three-way detection solution.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

Our patented Three-Way Call Detection system listens for silence detection on a near-real time basis using various algorithms developed based on research on thousands of three-way call attempts. When the system determines that a three-way or call forward has been attempted, a warning message can be played to the parties on the call (based on the preferences of the Facility), and the call record is permanently marked as a three-way attempt (providing administrators an easy way to go back and listen to the call). If required by Cole County, the



system can be configured to terminate any detected three-way calls. However, we typically find that correctional agencies prefer to allow them to continue, to help gather valuable investigative data.

**3.6.2** The proposed system must be able to detect potentially fraudulent telephone activity and at the County's discretion disconnect calls automatically. Describe the types of fraudulent telephone activity bidder's system will detect and the method by which it is detected.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

Our three-way call detection offers varying levels of confidence on detected calls with an option to block, flag and alert users in the case of suspected or confirmed three-way call attempts and is the first in the industry to offer DTMF digit collection on the called party end, which results in significantly less "false positives," as it does not only rely on silence detection like most systems.

If a three-way call is detected, future calls to that number can be blocked, or just flagged. If terminating the call, notification is given the call is being disconnected so the inmates will not assume the call was accidentally disconnected. If blocked, the system will play a message announcing the number was blocked due to three-way calling.

**3.6.3** The proposed system shall prevent the inmate from receiving a second dial tone, or "chain-dialing."

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

The proposed system prevents chain dialing and secondary dial-tone; inmates cannot make a second call until the first call is completed. The centralized call switching uses a VoIP network connection to the inmate phones and not the public switched telephone network (PSTN).

**3.6.4** The proposed system shall prevent any extra digits dialed by the inmate after the party has accepted the call. Cole County needs to be able to override this for certain numbers, such as P&P and Public Defender Offices. Please describe process.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

The proposed system will not allow secondary dial-tone as it provides a synthesized dial tone and controls all interaction with the phone network, forcing inmates to hang up the existing call before they begin the next call, ignoring any keypad input.



The proposed system can be configured to allow extra digits to specified dialed numbers as is the case with speed dials to specific numbers and designated voicemails for services such as PREA, Crime Tips, grievances, Public Defender, sexual assault/harassment, medical requests, etc. All such numbers will be configured at no cost to Cole County.

**3.6.5** The proposed system shall brand each call with the name of the facility and the inmate placing the call.

    **NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

The proposed system brands and identifies each call with the facility name, type of call, and inmate (typically inmate's voice recording) placing the call to the Called Party.

**3.6.6** The proposed system shall continue to play the brand recording at random intervals throughout the call.

    **NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

NCIC's fully automated system provides easy-to-understand prompts in English and Spanish (or other languages as requested by the County) to guide callers and the called party through the calling process. All dialing instructions, voice prompts, greetings and any interjected security messages are fully customizable based on the requirements of the County. Any messages interjected into calls are excluded from billing calculations.

**3.6.7** The proposed system shall guard against "Hook-switch dialing," and other fraudulent activities. Please describe.

    **NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

The proposed system prevents chain dialing and secondary dial-tone; inmates cannot make a second call until the first call is completed. The centralized call switching uses a VoIP network connection to the inmate phones and not the public switched telephone network (PSTN).

**3.6.8** The inmate shall not communicate with the called party until the call has been accepted.

    **NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

The inmate and Called Party cannot communicate until the called party has positively and actively accepted the initial call. Active acceptance requires that the called party press a "1" on their keypad. Billing does not begin until the Called Party and inmate are connected. During the call setup announcement called parties can deny the call by pressing "2" and block all future calls by pressing "3".

**3.6.9** The system shall detect the difference between an accepted call, and an answering machine, busy signal, or other telephone activity. Please describe.

    **NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

The proposed system uses a sophisticated answer detection algorithm which can distinguish between standard and artificial telephone tones, standard SIT tones, busy signals and even answering machines/voicemail to ensure accurate call answering, prevent erroneous billing and subsequent complaints. This technology helps to ensure that only customers who actively accept a call are connected and billed.



**3.6.10** The proposed system shall allow call blocking of specific numbers in real time by the facility through the Administrative Access. Facility shall have the ability to block a telephone number by inmate or facility wide.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

The Facility can block and unblock an unlimited quantity of telephone numbers without NCIC's assistance although NCIC's support team is available to assist if needed. Each blocked number will contain descriptive information regarding how and when the block was applied (as well as date/time stamped). Blocked numbers can easily be unblocked, if deemed appropriate.

An inmate Allowed Destination List works in conjunction with the Denied Destination List; if a phone number has been set to "block all" no inmate at the facility will be able to dial the phone number under any circumstances. Likewise, a phone number can be blocked for a specific inmate but allowed for others, or from certain designated phones, hours of the day, etc. This differs from some other systems in the industry, that only allow number blocking at a "global" level – this creates fodder for complaints and limits revenue generation. Following is a screenshot demonstrating the functionality to block and restrict destination numbers by specific inmate:

<u>Screenshot – Allowed/Denied Destination List</u>



**3.6.11** Specific telephone numbers such as victims, witnesses, staff, judges, and numbers requested by the facility shall be blocked either at the facility or by the vendor.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

**3.6.12** Explain the procedure available to facility staff to inform the vendor of blocked number requests.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

To specific telephone numbers, including victims, witnesses, judges and facility staff, is completed within the centralized system under the destinations tab. Additionally, Facility staff can simply contact NCIC via support@ncic.com or



the toll-free customer support number and request number to be placed on the do-not-record list (all such requests will be verified and added to the system with detailed notes).

**3.6.13**   Indicate the average amounts of time required to implement a block. Explain the procedures and time required to block a number in the event of an emergency.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

Blocks in the system take about a minute to configure and take effect in a real-time basis. In the event of an emergency, facility staff can contact the NCIC front desk at 888-686-3699 and request an immediate block to whichever destination number.

**3.6.14**   The proposed system shall permit the called party to block all future calls from a correctional facility.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

During the initial call greetings, called parties can deny the call by pressing "2" or can block all future calls by pressing "3." Any such blocked calls will be displayed in the system as "Blocked," reflecting all details regarding when and how the block was applied.

**3.6.15**   The system must have the capability to suspend an inmate privileges from placing a call and set a beginning and end date without the need to manually re- enable privileges, and yet still allow phone calls to attorneys.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

Inmate phone privileges can be either deactivated indefinitely or for a specified amount of time. During the time that an inmate's privileges have been removed, they can still be allowed access to certain professional calls, such as legal or counseling calls, if preferred by facility administration. Once the period of restriction has passed the inmate will automatically have access to use the phones again.





**3.6.16**  The proposed system shall allow the inmate to record their name one time and store this recorded name for all future calls.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

When inmates attempt their first call from a phone, the system automatically prompts them to state their name. The inmate's greeting is then stored to be used on all future calls. The Name Recording feature allows inmate to record their name (using a window of a 3-seconds) which is then played for the called party prior to call acceptance. Administrators can hear the recorded name using the proposed software and can clear the name, if required, so that an inmate must re-record their name prior to their next call.



**3.6.17**  The system should provide the ability for investigators to attach case notes to a call and view it from a report such as an inmate communication report.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

The proposed system allows authorized users to quickly and easily take notes on calls. These notes are permanently attached to that call record, to facilitate investigations and later review. Authorized users can enter detailed notes onto call records, inmate profiles, and destination phone numbers. Also, the system is able to make any entered notes available to users based on user permission levels. Such notes can be included on reporting and searching results, and the viewing of such notes can be restricted to certain users, based on authorization / permission levels.





**3.6.18** The system should allow investigators to share notes about a communication or keep them private if they choose and use text entries, such as a case number or a specific gang affiliation in the case notes as the search criteria to retrieve specific case notes with the associated call detail record as well as providing the ability to do a full text search against the notes attached to the call.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

The system is able to make any entered notes available to users based on user permission levels. Such notes can be included on reporting and searching results, and the viewing of such notes can be restricted to certain users, based on authorization / permission levels.

**3.6.19** The system shall be to download single or multiple calls from communication search results.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

The proposed system provides a large number of different reports that are both managerial and investigative in nature. The Call Detail Records (CDR) store all relevant call information and calls can be sorted in a myriad of ways, such as by date, PIN, inmate name, destination number, phone, duration and call disposition. The proposed platform provides a myriad of reports, all exportable as XLS, XLSX, CSV or PDF files, allowing users to search call data by any parameter. Shown below is an example of a basic raw CDR export.

| Inmate# | Call Date | Location | Caller Name | Caller PIN | Destination Number | Dest City/State | Duration | Charges | Disposition | Jurisdiction Desc |
|---|---|---|---|---|---|---|---|---|---|---|
| | 02/17/2018 15:27:31 | North - CB 13 Left | | | | Marshall, TX | 283 | $1.25 | COMP: Prepaid - Caller | IntraLATA |
| | 02/17/2018 15:27:12 | South - J Seperation 1-6 | | | | Henderson, TX | 34 | $0.25 | COMP: Prepaid - Destination | Local |
| | 02/17/2018 15:29:35 | North - Female Separation | | | | Longview, TX | 9 | $0.00 | COMP: Free | Local |
| | 02/17/2018 15:29:33 | North - CB 5 Left | | | | Longview, TX | 5 | $0.00 | COMP: Free | Local |
| | 02/17/2018 15:30:22 | North - CB 19 Left | | | | Lufkin, TX | 5 | $0.25 | COMP: Free | IntraState |
| | 02/17/2018 15:30:22 | North - CB 8 Front | | | | Tyler, TX | 4 | $0.00 | COMP: Free | IntraLATA |
| | 02/17/2018 15:31:05 | North - CB 19 Middle | | | | Longview, TX | 53 | $0.25 | COMP: Prepaid - Destination | Local |
| | 02/17/2018 15:31:16 | South - Day Room 5 | | | | McArthur Frq | 877 | $3.75 | COMP: Prepaid - Destination | Local |
| | 02/17/2018 15:31:20 | North - CB 2 Front | | | | Boise, ID | 4 | $0.00 | COMP: Free | Interstate |
| | 02/17/2018 15:31:53 | North - CB 5 Left | | | | Longview, TX | 5 | $0.00 | COMP: Free | Local |
| | 02/17/2018 15:32:42 | North - CB 20 Right | | | | Longview, TX | 4 | $0.00 | COMP: Free | Local |
| | 02/17/2018 15:33:42 | North - CB 5 Right | | | | Tyler, TX | 87 | $0.50 | COMP: Prepaid - Destination | IntraLATA |
| | 02/17/2018 15:34:00 | North - CB 20 Left | | | | Longview, TX | 116 | $0.50 | COMP: Prepaid - Caller | Local |
| | 02/17/2018 15:34:12 | North - Female Separation | | | | Longview, TX | 53 | $0.25 | COMP: Prepaid - Destination | Local |
| | 02/17/2018 15:34:29 | North - CB 1 Left | | | | Longview, TX | 120 | $0.50 | COMP: Prepaid - Destination | Local |
| | 02/17/2018 15:35:37 | South - Day Room 3 | | | | Irvine, CA | 66 | $0.43 | COMP: Prepaid - Destination | Interstate |
| | 02/17/2018 15:36:35 | North - Separation Male 13-18 | | | | Longview, TX | 890 | $3.25 | COMP: Prepaid - Destination | Local |
| | 02/17/2018 15:38:02 | Marvin - Multipurpose Left | | | | Frisco, TX | 8 | $0.00 | COMP: Free | IntraState |

**3.6.20** The system shall allow communication search results to be emailed to someone who does not have access to the system.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

The proposed platform provides a myriad of reports, all exportable as XLS, XLSX, CSV or PDF files, allowing users to search call data by any parameter and email exported files to users who do not have access to the system.

**3.6.21** The system shall allow authorized users to copy recorded conversations to any external media device connect to user's PC.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

Authorized users can burn downloaded files to a USB drive, CD, DVD or ZIP file and can produce unlimited copies without affecting the audio quality of such recordings.



**3.6.22**  The system must allow recorded conversation to be reviewed without any special software downloaded to their computer.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

The proposed ITS is a truly centralized, web-based solution with all core functions (call processing, billing, system monitoring, etc.) accessible from anywhere, anytime by Authorized Users via any internet-connected device.

**3.6.23**  The proposed system should offer Inmate Biometric technology and associated reporting, that validates the inmates identify based on the inmate PIN, prior to connecting the call.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

NCIC offers an industry-leading Voice Biometrics System (VBS), which is a "continuous" voice biometrics application that synthesizes voice prints upon every use of the inmate telephone. There is no formal, cumbersome enrollment process for the VBS (meaning absolutely no staff/officer involvement during the intake process) and inmates don't know that their voice prints are being created and refined with every call. Facility staff are able to locate instances of PIN theft and PIN sharing quickly and easily and use the intuitive user interface to locate events of interest, identify three-way calling events and pinpoint the exact point within a call that the voice print changes from one inmate to another ("Multi-Speaker Events").

Additionally, call or voice audio can be taken from other external sources (outside of the County's inmate telephone system) and manually fed through the proposed VBS in order to determine if a particular voice print belongs to an inmate who has previously been housed at any Facility using our system, or if that person has been called by previous inmates at any Facility using our system. Voice Biometrics is offered at no cost or commission deduction to the County.

NCIC provides correctional personnel with numerous investigative tools to aid investigation in the analysis of calls and facilitates the discovery of actionable intelligence revealed through biometric processing, that may otherwise go unseen. Some of the advantages offered by our system include:
- No lengthy enrollment process – Voice Prints are automatically and covertly created and continuously improved, delivering highest accuracy rates possible.
- Identify PIN sharing events – Along with the identity of the imposter, allowing investigators to focus their efforts on calls that have the highest likelihood to include actionable intelligence.
- Query records by voice – Identify all calls in which the targeted inmate may have spoken. Voices of civilians can also be run against database, providing investigators with unparalleled intelligence gathering tools.
- Create voice prints on request – Prints can be processed against historical calls, allowing investigators to listen to and extract potential intelligence, regardless of inmate or civilian identity or number of telephones numbers used.
- Continuous Voice Identification – Provides investigators not only verification of whom is speaking, but also the identity of all inmate(s) who speak during a call.
- Link civilians by voice – Our Voice Biometric system is the only solution



that can create and match on demand or automatically, prints and biometric results for civilians in addition to inmates.

### 3.7 INVESTIGATE TOOLS.

**3.7.1** The system will need to be equipped with a remote conferencing feature and e- mail feature for those numbers that are unit surveillance by the investigative unit. The feature will need to allow authorized personnel to monitor a call and receive e-mail notification from any designated remote location while the call is in progress. The call will need to be automatically conferenced to a predetermined investigators telephone number in listen mode only once the call is accepted by the called party and in progress.

**RESPONSE: READ, AGREE, AND WILL COMPLY.**

The system provides an alert feature where alerts can be sent to cellphones or landlines, so that investigators can control and listen to calls of interest. The system alerts investigators either prior to a call being placed or while a call is in progress so that investigators can approve/deny a call prior to the call being connected, and covertly monitor the call if they so choose. The following image shows part of the alert set-up process:



**3.7.2** The proposed system must allow for all calls remotely conferenced to investigators to be accepted by the investigator with a unique PIN.

**RESPONSE: READ, AGREE, AND WILL COMPLY.**

The proposed alert system requires a unique security PIN code when the alert is created, based on the preference of Cole County and each authorized user. This helps ensure that only the assigned, designated investigator is able to access the inmate call in question.



**3.7.3** The proposed system shall have the capability to remotely survey inmate calls and be able to transfer specific calls in progress to investigators.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

When an "alerted" call is detected, the alert is sent to the alert list via email, voice, or text (depending on the alert configuration). The alert will allow the investigator to approve/deny the call and/or listen to the call in-progress. Investigators can hear the call at any internet-connected computer or via cell phone/landline. Monitoring can be performed by multiple investigators at once, without affecting the ability of the system to record calls. Covert monitoring is not detectable by either the Called Party or the Inmate.

Most commonly, investigators elect to simply receive email notification of calls of interest once the call has completed, with an email (including the call recording) being delivered to the investigator after the call is finished.

**3.7.4** Vendor investigative software must be owned by the provider and IF provided through the use of a contractor or vendor, the Cole County must be notified of this. This is to ensure quality and ongoing commitment of development as technology progresses.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

Our proposed ITS was developed as a comprehensive solution, including the investigative software, and is entirely owned by NCIC.

**3.7.5** The investigative software must be completely integrated and accessed from the calling platform and not require the export and import of inmate call records, inmate account information, or called party billing name and address information related with the County. Please describe your solution.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

The proposed system is entirely integrated into the proposed ITS and does not require any special software to search and audit the requested information. The proposed ITS is a truly centralized, web-based solution with all core functions (call processing, billing, system monitoring, etc.) accessible from anywhere, anytime by Authorized Users via any internet-connected device. The system alerts investigators either prior to a call being placed or while a call is in progress so that investigators can listen to and/or approve a call prior to the call being connected. The alert will allow the investigator to deny, approve or listen to the call. Investigators can hear the call from any Internet-connected PC, tablet or smartphone and terminate the call if required.

**3.7.6** The investigative software must be able to show calling activity on an easy to view timeline.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

The proposed system's Call History reporting page will exceed your expectations for search, reporting and sorting requirements. All call attempt and completion data are accessible for the life of the contract, and beyond. Our Call History reports allow searching by partial destination numbers, by call disposition, such as answering machine, no answer, busy line, call denied by caller, call blocked by caller, invalid PIN (when inmates are trying to fraudulently use PINs), invalid destination number and over 20 more options. Call Detail Records include all fields outlined above, and more. Users can



adjust the date fields included in their call detail searches so that the results are customized to the needs of the individual user.

Reports are also available showing frequently called numbers, account number, destination of call, county, parish and state of terminating call, total amount of billed call, duration of call, and bill type (prepaid, collect, etc.). All call attempt and completion data are accessible for the life of the contract. The Call History tab provides access to call recordings and call notes as well. The grid populates automatically with call details that match the Selection Criteria.

The Call Detail screen below lists all calls that are placed/accepted in addition the report lists the date, time, and duration of all calls, local or long distance and even calls to commissary.



**3.7.7** The investigative software shall not only be able to accommodate investigating inmates, but also called parties and organizations.

 **RESPONSE: READ, AGREE, AND WILL COMPLY.**

The proposed ITS includes multiple capabilities for investigation and includes gathering intelligence on called parties/organizations via destination number information, calling patterns, geographical locations, etc., with features such as Seven Degrees of Separation and a Visual Link Analysis.

The industry-leading call association investigative tool provides a graphical interface that can associate up to seven levels of association of inmates and called parties, helping investigators piece together potential associates to crimes, gangs and evidence suppression. Our new graphical interface is extremely intuitive and easy-to-understand, requiring little to no training for users of the system. The graphical interface uses a wagon-wheel visual which connects "spokes" to each called party from an inmate. More pronounced spokes indicate associations with other inmates and called parties, alerting the user to potential investigation-solving connections. Please see sample screenshot and the Visual Link Analysis (common called numbers) report on the following page.



### Seven Degrees of Separation - Sample Screenshot



An added benefit to the proposed system is that it provides access to call recordings and inmate details to nearby NCIC installations allowing jail personnel and investigators the ability to take advantage of the same powerful suite of investigative software used by these nearby County and City agencies.

**3.7.8** Provide any other additional investigative tools, features or creative solutions that might be available to Cole County.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

NCIC's proposed ITS platform provides a suite of investigative features and does not require any additional software. Additional investigative elements include the following:

#### Keyword Detection and Transcription

The proposed ITS most recently deployed a voice to text transcription feature that allows users to transcribe select calls directly through the system. Authorized users will have the ability to transcribe phone calls directly through the call player's Transcription feature. The call player provides users the ability to follow the audio recording with text of each speaker and also provides confidence levels of the text based on color coding. Shown below is a description of a recent success story where the transcription feature assisted in uncovering a plot to conspire a kidnapping:

> **NCIC Transcription Success Story**
>
> **El Dorado County Sheriff's Office, CA**
>
> Leveraging NCIC's proprietary Voice Biometrics and Transcription services, investigators at El Dorado County were alerted to a discussion pertaining to a potential kidnapping event:
>
> "I had some plans for him if anything you know oh man he would have been kidnapped into a f***ing hotel room and he would have been fed water and breadcrumbs for weeks while we empty out his whole bank account, is exactly what we're gonna do to him. It was already planned but then like nothing he doesn't have a dollar yeah well that's another thing, and that's another reason why it never happened."



### Data Analytical Specialists

NCIC has employed several disabled veterans for the purpose of reviewing call recordings, voice biometrics reports and other data which are then provided in summary format to the correctional agency in the form of actionable intelligence. This service is provided at no cost to the agencies served by NCIC and is an initiative to not only offer a 'workforce multiplier' to our facility customers, but also to provide employment opportunities for these veterans.

Working with the appropriate referral agencies, NCIC has already sourced several suitable candidates for the role of providing Intelligence/Analytical Support. NCIC will maintain all responsibility for hiring, training, and managing these employees, whose primary duties will include:

- ✓ Interacting with the proposed applications, including the Inmate Telephone System, Video Visitation System, Voice Biometrics System, cellphone forensics solution, and all related software;
- ✓ Maximizing the utility of the proposed applications and operating as a "Workforce Multiplier" for the County by monitoring calls and video sessions, inmate email traffic, setting investigative alerts, and scheduling investigative reports;
- ✓ Providing actionable intelligence to County personnel, investigators and cooperating agencies based on their findings.

### User Activity Log Reporting

The User Activity Log allows Facility administrators to monitor usage and page views and/or changes made by all employees accessing the interface with authorized access to the system, preventing any abuse of privileges. The system can require VPN access or limit accessibility by originating IP address. Each time a user logs into the platform, a unique session is generated, and corresponding record created. All page views and modifications to the database during this session are logged to provide an audit trail in our Activity Log report. With these checks in place, any views or changes are logged with the user's login information, date/timestamp and their location allowing the change to be tracked back to the user and undone if necessary. All information is stored in redundant locations to ensure 100% reliability.





Through the Activity Log tab of the proposed ITS, every single action completed by a User is logged so County/Facility administrators can view all User interactions with the system, and reverse those actions, if needed.

<u>Reverse Lookup Feature</u>
Our integrated Reverse Lookup feature allows County / Facility users to see name and billing addresses of each called party with a convenient link to Google Maps allowing the user to pinpoint the address and see a "Street view" of the particular address associated to their phone, whether landline or cellphone.



As an added bonus to this feature, phone numbers retrieved from seized mobile phones can easily be imported into our destination database with a description of phone owner, allowing users to easily add to our Alert database and search for association to numbers called from mobile phones and inmates calling to those numbers.

## 3.8   CALL ACCEPTANCE
**3.8.1**   The proposed shall provide an option for the called party to request rate of the call prior to acceptance.

    **NCICRESPONSE: READ, AGREE, AND WILL COMPLY.**

Called parties are provided the option of hearing and repeating the rate quote during the call setup process, before the called party accepts the call. Unlike other providers in the industry, the proposed system does not have a call greeting sequence that makes it difficult to receive a rate quote, nor do we configure our prompt/greeting sequence to deceitfully steer consumers (called parties) to more expensive "Single Payment" billing options. All calls are billed in a truly per-minute fashion.

**3.8.2**   The called party must actively accept the call.

    **NCICRESPONSE: READ, AGREE, AND WILL COMPLY.**

The inmate and the called party cannot communicate until the call is positively accepted. The inmate is placed on hold while the system confirms that someone has answered and accepted the call prior to connecting the two parties. Billing does not begin until after the called party actively accepts the call.



**3.8.3**   The inmate cannot communicate nor hear the called party until the call has been accepted.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

The inmate and the called party cannot communicate until the call is positively accepted. The inmate is placed on hold while the system confirms that someone has answered and accepted the call prior to connecting the two parties.

**3.8.4**   Billing must not begin until the call is accepted.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

When the called party answers - a call setup message is played at the beginning of each call. The inmate cannot hear the called party during these messages and billing does not begin until after the called party actively accepts the call.

**3.8.5**   System must allow County to enable some telephone numbers to be called without any charges, i.e. attorney-client calls.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

Free call configurations available within the proposed system are extremely granular and customizable, and can be based on individual inmate telephones, specific destination phone numbers, specific inmate PIN, and can further be controlled by time-of-day allowances. Free call allowances are based on the requirements / preferences of the County.

All calls except for those marked as verified attorney-client privilege will be recorded. NCIC works diligently to ensure that all calls between inmates and their verified attorneys are not recorded. NCIC is the only large Inmate Telephone Provider that has not been a party to legal proceedings for mishandling Attorney-Client calls. If required, NCIC will work with the incumbent provider (or the Facility / County) to receive an export of existing 'Privileged' numbers from the existing system.

**3.9**   **SYSTEM SECURITY**

**3.9.1**   The proposed system must be programmed for auto shut-off at times designated by the County.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

The proposed system features include automated on/off controls, based on pre-configured schedules and the needs of Cole County. The platform allows authorized users to shut down individual telephones, blocks of telephones or the entire telephone system, and shutdown can be completed either immediately, or done once any current calls are completed.

**3.9.2**   The County personnel must be able to manually shut down the system in case of emergency.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

The system can be manually switched on/off via the secure web page using any internet-enabled device with internet access or by manual switches located in any area designated (Demarcation location, central control center, selected housing units, selected telephone) by the authorized personnel. Only authorized Facility personnel with proper login credentials (username and password) will be allowed access to this particular area of the system.







**3.9.3**   The proposed system shall be password protected to permit only appropriate facility personnel access to the system.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

The proposed ITS allows for allocation of user access levels in a very granular fashion. Facility or agency administrators can be provided with superior permission levels which allow them to manage the login/permissions provided to other Authorized Users. Permission levels can be granted based on the daily job duties and tasks each User needs to perform. Authorized Users are able to be provided with the same secure Username and Password for all proposed applications, allowing them to access the system(s) based on their security level remotely, via the Internet. Authorized Users can securely perform all functions of the system, including live monitoring, listening to recorded calls, blocking/unblocking numbers, terminating calls, PIN administration, call history searching, or any other function needed in real-time (based on their individual level of system access/permission). All page views and modifications to the database are logged in detail, to provide an audit trail in our user Activity



Log report. With these checks in place, any views or changes are logged with the Authorized User's login information, date/timestamp and their originating IP address allowing the change to be tracked back to the User and undone, if necessary. All information is stored in geographically separate backup locations to ensure 100% reliability. Please reference the User Set Up Screen below.



**3.9.4**   The system must have the capability to enable and disable any phone at the facility from any secured internet enable computer.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

The proposed system allows authorized County/Facility personnel the ability to enable and disable individual telephones, blocks of telephones or the entire telephone system. This feature can be accessed via the secure website using any computer with internet access. Only authorized County/Facility personnel with proper username and password will be allowed to access the system.

**3.9.5**   For security purposes the system must be a centralized non-premise system that will keep all records secure and not require that need to maintain at the facility. Describe how your system will meet this requirement.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

The proposed system is a fully centralized, web-based platform with two geographically separate, redundant data storage centers, one in Longview, TX and a mirror (backup) location in downtown Dallas, TX. A tertiary level of backup is provided by Amazon's GovCloud services, which are designed to host the most sensitive data, and address the most stringent US government security and compliance requirements. Across all of our separate storage solutions and considering the hundreds of facilities using our platform, the system is only running at approximately 25% capacity.



**3.9.6** System must set a maximum call length for calls made by inmates. Describe the range of time and increments that calls can be limited too.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

The proposed system is capable of customizing the available call length and calling hours by day, by individual inmate, by destination number, by specific inmate phone, by facility or system wide.

The Edit Inmate screen shown below allows authorized County administrators to enter an "Active Date" for an inmate restricting the use of their PIN until the date and time entered. When the period of restriction has passed the inmate's calling privileges will be automatically reinstated, without any needed input from County personnel.

Additionally, "Time of Day" parameters can be set based on inmate PIN or by individual phone number, restricting calls to only those times specified. See example screenshot below:





**3.9.7** System must shut down all or subsets of inmate telephones (by floor, block, or other grouping).

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

The platform allows authorized users to shut down individual telephones, blocks of telephones or the entire telephone system, and shut-down can be completed either immediately, or done once any current calls are completed.

**3.9.8** The system shall prohibit any operator calls, 411 calls, any 800, 900 or any other free number incoming calls.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

The proposed system prohibits access to 800 and 900 type services. There is a database of blocked numbers which is maintained by NCIC, which can be shared with the Facility for approval, as required. A small but representative sample of the blocked number database includes 800, 888, 877, 900, 700, 911, 411, 311, 0, 950, 976, 555-1212 and 10-10xxx numbers. This database of blocked numbers is updated regularly. At no time will inmates be able to reach a live operator or 411 information-type services or any such access to items listed above.

**3.10   VOICE BIOMETRICS**

**3.10.1** The system must be fully integrated into the vendor's inmate calling system and Cole County must be notified if any third party software is required.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

The proposed Voice Biometrics software is entirely integrated into the proposed ITS and does not rely on a third party software.

NCIC offers an industry-leading Voice Biometrics System (VBS), which is a "continuous" voice biometrics application that synthesizes voice prints upon every use of the inmate telephone. There is no formal, cumbersome enrollment process for the VBS (meaning absolutely no staff/officer involvement during the intake process) and inmates don't know that their voice prints are being created and refined with every call. Facility staff are able to locate instances of PIN theft and PIN sharing quickly and easily and use the intuitive user interface to locate events of interest, identify three-way calling events and pinpoint the exact point within a call that the voice print changes from one inmate to another ("Multi-Speaker Events").

Additionally, call or voice audio can be taken from other external sources (outside of the County's inmate telephone system) and manually fed through the proposed VBS in order to determine if a particular voice print belongs to an inmate who has previously been housed at any Facility using our system. Voice Biometrics is offered at no cost or commission deduction to the County.

NCIC provides correctional personnel with numerous investigative tools to aid investigation in the analysis of calls and facilitates the discovery of actionable intelligence revealed through biometric processing, that may otherwise go unseen. Some of the advantages offered by our system include:

- No lengthy enrollment process – Voice Prints are automatically and covertly created and continuously improved, delivering highest accuracy rates



possible.

- **Identify PIN sharing events** – Along with the identity of the imposter, allowing investigators to focus their efforts on calls that have the highest likelihood to include actionable intelligence.
- **Query records by voice** – Identify all calls in which the targeted inmate may have spoken. Voices of civilians can also be run against database, providing investigators with unparalleled intelligence gathering tools.
- **Create voice prints on request** – Prints can be processed against historical calls, allowing investigators to listen to and extract potential intelligence, regardless of inmate or civilian identity or number of telephones numbers used.
- **Continuous Voice Identification** – Provides investigators not only verification of whom is speaking, but also the identity of all inmate(s) who speak during a call.
- **Link civilians by voice** – Our VBS is the only solution that can create and match on demand or automatically, prints and biometric results for civilians in addition to inmates.

**3.10.2** The system must provide secure, fully vetted voice signature database created through the fully supervised and validated enrollment of each inmate, which establishes the voice to PIN relationship.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

The proposed PIN System, utilizing both PIN1 and PIN2 security, combined with our VBS, has the following features:

- **Our VBS** provides for continuous voice identification, providing investigators not only verification of whom is speaking but also the identity of the detainee.
- **Our VBS** is the only solution that **DOES NOT** require a lengthy, formal enrollment process. Prints are automatically created and continuously improved delivering the highest accuracy possible. However, the proposed system is able to be configured to accommodate a manual,. supervised enrollment process, if preferred by Cole County.
- **The proposed VBS** is able to create voiceprints on request. This is a powerful tool to have when a suspect is not a detainee and is using many different phone numbers. Once the print is created, the voice can be searched through historical calls so investigators can listen to and extract potential intelligence.
- **The proposed VBS** is not only able to identify PIN sharing but also the identity of the PIN thief, allowing investigators to focus their investigative efforts.
- **The database** can be queried by voice, identifying all the calls in which a targeted detainee may have spoken.. Much more than this, a voice of a targeted **NON-DETAINEE** can also be run against the database giving investigators unparalleled intelligence gathering tools.
- **In the event** that the system cannot positively identify the identity of an impostor, the system will still notify that the speaker was not the owner of the PIN.



**3.10.3**   The system shall continuously monitor the voice signature for 100% of each and every call. Please describe your solution.

   **NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

   Our proposed VBS, which is a "continuous" voice biometrics application that synthesizes voice prints upon every use of the inmate telephone, as is noted in the response provided under item 3.10.1 and 3.10.2.

**3.10.4**   The system must be able to capture and compare the voice signature of the called party to other called parties. Please describe your solution.

   **NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

   Our proposed VBS, which is a "continuous" voice biometrics application that synthesizes voice prints upon every use of the inmate telephone, of both called parties and inmates, as is noted in the response provided under item 3.10.1 and 3.10.2.

**3.10.5**   The system must be able to capture and compare the voice signature of the called party to other called parties. Please describe your solution.

   **NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

   Our VBS solution can create and match, on demand or automatically, prints and biometric results for called parties in addition to inmates. These prints and identification can be cross referenced with other called party prints to provide an analyzed result.

**3.10.6**   The system must display a numerical confidence rating of the actual identities, by name of all inmates whose voices are detected on the call, whether the PIN owner or not. The numerical rating will represent the probability of an inmate's voice matching the voice on a call, e.g. 85%, 95%, or 100%.

   **NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

**3.10.7**   The system should identify all inmates by their voice signature on every call; continuous biometric identification by name of all inmates speaking on a call.

   **NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

   Our proposed VBS, which is a "continuous" voice biometrics application that synthesizes voice prints upon every use of the inmate telephone, of both called parties and inmates, as is noted in the response provided under item 3.10.1 and 3.10.2.

**3.10.8**   The system should identify called parties by name label if the called party has not identified to the system via current or previous contact.

   **NCIC RESPONSE: HAS READ, AGREES, AND WILL PARTIALLY COMPLY.**

   NCIC is mindful of certain (current) industry-specific concerns as it relates to privacy protections of Called Parties, however; NCIC is open to further discussing this requirement with Cole County.



**3.10.9**  The system should provide the ability to search and find every occurrence of an inmate's voice and name on every call whether or not the inmate initiated the call. Investigators will be able to submit a sample of an inmate's voice into the entire call database to find every call on which the inmate's voice appears, whether or not the inmate initiated the call.

**NCIC RESPONSE:** READ, AGREE, AND WILL COMPLY.

Our proposed VBS is capable of identifying an inmate's voice and name through continuous voice identification and using an inmate's PIN to authenticate.

**3.10.10** The system should provide the ability to search and find every occurrence of a called party's voice on all calls. Investigators will be able to search on a called party's voice and identify all the calls on which that voice appears.

**NCIC RESPONSE:** READ, AGREE, AND WILL COMPLY.

**3.10.11** The system should allow for the retention of the inmate's voice signature file for repeat offenders so that the inmate's voice does not have to be re-enrolled at intake or booking upon the inmate's re-entry.

**NCIC RESPONSE:** READ, AGREE, AND WILL COMPLY.

The proposed VBS is capable of retaining an inmate's voice signature to utilize and cross reference in the event that the offender is re-booked to the Facility.

**3.10.12** The system should provide the option of either call cutoff or call allowance based on inmate voice biometric technology that validates identity. The system will provide associated reporting.

**NCIC RESPONSE:** HAS READ, AGREES, AND WILL PARTIALLY COMPLY.

The proposed VBS does not *currently* have the ability to provide call cutoff or calling restriction based on identified voice prints. However, the proposed ITS allows for customizable restrictions to be placed through the use of an inmate's PIN. NCIC also offers three-way calling to be detected which allows for automated call cutoffs, if preferred.

**3.10.13** The system must automatically detect calls that include 3-way calling events.

**NCIC RESPONSE:** READ, AGREE, AND WILL COMPLY.

Facility staff are able to locate instances of PIN theft and PIN sharing quickly and easily and use the intuitive user interface to locate events of interest, identify three-way calling events and pinpoint the exact point within a call that the voice print changes from one inmate to another ("Multi-Speaker Events").

**3.10.14** The system should provide automated reverse-phone lookup of called party telephone numbers.

**NCIC RESPONSE:** READ, AGREE, AND WILL COMPLY.

Our integrated Reverse Lookup feature allows County / Facility users to see name and billing addresses of each called party with a convenient link to Google Maps allowing the user to pinpoint the address and see a "Street view" of the particular address associated to their phone, whether landline or cellphone. Please refer to page 31 for additional details.



**3.10.15** The system should identify likely cases of PIN abuse along with inmate names.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

Our proposed VBS, which is a "continuous" voice biometrics application that synthesizes voice prints upon every use of the inmate telephone, as is noted in the response provided under item 3.10.1 and 3.10.2.

**3.10.16** The system should automatically detect and flag all inmate-to-inmate calls no matter how or where they happen, and no matter whether the inmates are within a facility or in different facilities across the country.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

Our proposed VBS is a "continuous" voice biometrics application that synthesizes voice prints upon every use of the inmate telephone, as is noted in the response provided under item 3.10.1 and 3.10.2.

**3.10.17** The system should provide the ability for investigators to flag and track inmates and telephone numbers by high interest groups, including custom-defined groups, such as gangs, high profile inmates, institution drug dealers, escape risks, and mail-monitoring inmates.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

Our Seven Degrees of Inmate Calling provides a "wagon wheel" of calling patterns, with larger spokes indicating associations between the called party and other inmates. This feature will also identify calls to current and former inmates and will provide:

- Visual link of calling affiliations between inmates and destination numbers.
- Association investigative tool provides a graphical interface that can associate up to seven levels of association of inmates and called parties.
- Potential associates to crimes, gangs and evidence suppression.

**3.10.18** The system will provide the ability for investigators to search the call database by inmate, date range, voice, case number, high interest group or other criteria.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

The proposed system allows for call history searching based on all of the criteria described above.

**3.10.19** The system should provide the ability to create and export reports showing misused PINs, 3 way calls, frequently called numbers, and suspicious called parties.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

Our proposed VBS is a "continuous" voice biometrics application that synthesizes voice prints upon every use of the inmate telephone and provides a wide range of investigative reporting, as is noted in the response provided under item 3.10.1 and 3.10.2.

**3.10.20** The system should be configured to automatically show recent calls that fit custom criteria, such as calls by known gang members.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

Our Seven Degrees of Inmate Calling is a industry-leading call association investigative tool which provides a graphical interface that can associate up to seven levels of association of inmates and called parties, helping investigators piece together potential associates to crimes, gangs and evidence suppression.



**3.10.21** The system should flag 3-way, PIN abuse, and inmate-to-inmate calls for immediate review.

> **NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**
>
> Our proposed VBS is a "continuous" voice biometrics application that synthesizes voice prints upon every use of the inmate telephone and provides a wide range of investigative reporting, as is noted in the response provided under item 3.10.1 and 3.10.2.

**3.10.22** The system should provide the ability to display summary facts about any inmate's calling activity.

> **NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**
>
> Our proposed VBS is a "continuous" voice biometrics application that synthesizes voice prints upon every use of the inmate telephone and provides a wide range of investigative reporting, as is noted in the response provided under item 3.10.1 and 3.10.2.

**3.10.23** The system should provide tools that give management the ability to track and report on staff usage of the software.

> **NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**
>
> The User Activity Log allows Facility administrators to monitor usage and page views and/or changes made by all employees accessing the interface with authorized access to the system, preventing any abuse of privileges. All page views and modifications to the database during this session are logged to provide an audit trail in our Activity Log report. With these checks in place, any views or changes are logged with the user's login information, date/timestamp and their location allowing the change to be tracked back to the user and undone if necessary. All information is stored in redundant locations to ensure 100% reliability.

**3.10.24** The system should provide a call player that pictorially displays details of each call along with live action buttons: Investigators will be able to view every second of every call from start to finish with the ability to scan and replay call segments. Investigators should be able to separate, graphically view, and independently listen to either/both the inmate side and called party side without the need for additional switching and listening equipment. Investigators should be able to vary call replay speed, visually pinpoint, identify, and play 3-way calls, and easily make notes related to each call or call segment. Investigators should be able to capture and forward calls and call segments via secure mail. The call player should also provide these features:
**3.10.24.1** Allow forwarding of inmate calls that contain intelligence information to designated staff for further investigation or intervention.

> **NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**
>
> The proposed system allows for calls of interest to be forwarded to other investigators, through the use of the briefcase tab. Our innovative Briefcase recording management suite allows investigators and contract agencies, such as other counties and jurisdictions to login and pull their own recordings without the need of County personnel to handle the recordings. Our flexible User authorization settings limits external agency logins so they can only have access to their own inmate information and not be able to view or listen to other inmates. This eliminates the burden of facility personnel having to manage inmate information for other agencies.



**3.10.24.2**    Let staff assign an investigation case number and associate multiple telephone call records with that case number

**NCICRESPONSE: READ, AGREE, AND WILL COMPLY.**

The proposed system allows authorized users to quickly and easily take notes on calls. These notes are permanently attached to that call record, to facilitate investigations and later review.

**3.10.24.3**    Automatically identify each 3-way call attempt and/or conversation without the investigator having to review the entire conversation, even if there are multiple 3-ways on the same call. The 3-way segment(s) can be isolated, sped up/slow down, replayed, copied, and forwarded via secure email without having to burn CD.

**NCICRESPONSE: READ, AGREE, AND WILL COMPLY.**

When the system determines that a three-way or call forward has been attempted, a warning message can be played to the parties on the call (based on the preferences of the Facility), and the call record is permanently marked as a three-way attempt (providing administrators an easy way to go back and listen to the call). If required by Cole County, the system can be configured to terminate any detected three-way calls. However, we typically find that correctional agencies prefer to allow them to continue, to help gather valuable investigative data.

**3.10.24.4**    Automatically detect inmate-to-inmate calling events and show where they occur.

**NCICRESPONSE: READ, AGREE, AND WILL COMPLY.**

The proposed system does not allow for inmate-to-inmate calling. However, in the event that inmate-to-inmate calling is attempted via an outside third-party, the proposed Voice Biometrics and three-way detection feature will detect and identify it.

**3.10.24.5**    Ability to split call audio and isolate just the inmate or called party side of the call without the need for additional speakers or manual switching.

**NCICRESPONSE: READ, AGREE, AND WILL COMPLY.**

The proposed VBS currently allows for audio to be isolated in the call player, whether it be the inmate's or the called party's.

**3.10.24.6**    Ability to skip pauses in the conversation to reduce the required listening time.

**NCICRESPONSE: READ, AGREE, AND WILL COMPLY.**

Our system's call player allows for skip pauses to be removed from the call so that blank audio spaces are omitted from the call.

**3.10.24.7**    Ability to intelligently accelerate the speed of the call such that the voices are still intelligible even at the highest speeds.

**NCICRESPONSE: READ, AGREE, AND WILL COMPLY.**

**3.10.24.8**    Ability for an investigator to listen to, save, and email selected portions of a call.

**NCICRESPONSE: HAS READ, AGREES, AND WILL PARTIALLY COMPLY.**

The proposed call player currently allows for investigators to listen to, save and email the entire phone call of interest as opposed to just portions of a call.



**3.10.24.9**   While staff listens to a call on the call player screen, the system will display the name of the inmate heard speaking on the call.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

The proposed call player currently displays the name of the inmate being heard speaking on phone calls.

**3.10.24.10** A suspicious call displays a color-coded probability that the inmate voice detected on the call is not the PIN owner and identifies the inmate voice on the call.

**NCIC RESPONSE: HAS READ, AGREES, AND WILL PARTIALLY COMPLY.**

While not "color coded," the proposed system does indeed indicate when the voice detected on the call is not the PIN owner.

**3.10.24.11** Ability for staff to capture voice samples from the inmate and/or called party side of the call and search the call database for all calls where that voice occurs.

**NCIC RESPONSE: HAS READ, AGREES, AND WILL PARTIALLY COMPLY.**

This is a standard feature of the proposed system.

**3.10.24.12**  Describe additional features for the voice biometrics solution offered.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

Our proposed VBS is also capable of interacting with our Voice Transcription/Translation feature which provides Cole County staff an additional tool for identification and investigation.

## 3.11   REPORTS

**3.11.1** The Vendor shall supply a method for the facility to retrieve, view and track call activity, commission information, and facility service requests from practically any location at any time via a web accessible site.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

A comprehensive package of web-based reports is offered with no special reporting tools needed to view or download detailed live and historical call detail and revenue information. If Cole County desires custom reports, NCIC will create custom reporting and can automate reports to email desired recipients as needed. Reports are available for inmate calls, with a variety of search options, inmate detail and statistics, destination number statistics, destination number associations, daily/monthly revenue reports and user activity reporting. Shown below is an example of a basic raw CDR export.

| Listened | Call Date | Location | Caller Name | Caller PIN | Destination Number | Dest City/State | Duration | Charges | Disposition | Jurisdiction Desc |
|---|---|---|---|---|---|---|---|---|---|---|
|  | 02/17/2018 15:27:11 en-US | North - C8 13 Left |  |  |  | Marshall, TX | 283 | $1.75 | COMP: Prepaid - Caller | IntraLATA |
|  | 02/17/2018 15:27:13 en-US | South - 7 Separation 1-6 |  |  |  | Henderson, TX | 34 | $0.25 | COMP: Prepaid - Destination | Local |
|  | 02/17/2018 15:29:38 en-US | North - Female Separation |  |  |  | Longview, TX | 9 | $0.00 | COMP: Free | Local |
|  | 02/17/2018 15:29:39 en-US | North - C8 9 Left |  |  |  | Longview, TX | 5 | $0.00 | COMP: Free | Local |
|  | 02/17/2018 15:30:22 en-US | North - C8 19 Left |  |  |  | Lufkin, TX | 5 | $0.00 | COMP: Free | IntraState |
|  | 02/17/2018 15:30:22 en-US | North - C8 9 Front |  |  |  | Tyler, TX | 4 | $0.00 | COMP: Free | IntraLATA |
|  | 02/17/2018 15:31:06 en-US | North - C8 19 Middle |  |  |  | Longview, TX | 53 | $0.25 | COMP: Prepaid - Destination | Local |
|  | 02/17/2018 15:31:10 en-US | South - Day Room 5 |  |  |  | Longview, TX | 877 | $3.75 | COMP: Prepaid - Destination | Local |
|  | 02/17/2018 15:31:20 en-US | North - C8 3 Front |  |  |  | Boise, ID | 4 | $0.00 | COMP: Free | Interstate |
|  | 02/17/2018 15:31:58 en-US | North - C8 5 Left |  |  |  | Longview, TX | 6 | $0.00 | COMP: Free | Local |
|  | 02/17/2018 15:32:49 en-US | North - C8 20 Right |  |  |  |  | 4 | $0.00 | COMP: Free | Local |
|  | 02/17/2018 15:33:42 mAIX | North - C8 9 Right |  |  |  | Tyler, TX | 87 | $0.50 | COMP: Prepaid - Destination | IntraLATA |
|  | 02/17/2018 15:34:06 en-US | North - C8 20 Left |  |  |  |  | 116 | $0.50 | COMP: Prepaid - Caller | Local |
|  | 02/17/2018 15:34:11 en-US | North - Female Separation |  |  |  | Longview, TX | 53 | $0.25 | COMP: Prepaid - Destination | Local |
|  | 02/17/2018 15:34:20 mAIX | North - C8 1 Left |  |  |  | Longview, TX | 120 | $0.50 | COMP: Prepaid - Destination | Local |
|  | 02/17/2018 15:35:37 en-US | South - Day Room 1 |  |  |  | Irvine, CA | 66 | $0.50 | COMP: Prepaid - Destination | Interstate |
|  | 02/17/2018 15:35:03 en-US | North - Separation Male 13-18 |  |  |  | Longview, TX | 800 | $1.75 | COMP: Prepaid - Destination | Local |
|  | 02/17/2018 15:38:08 en-US | Marvin - Multipurpose Left |  |  |  | Frisco, TX | 9 | $0.00 | COMP: Free | IntraState |



**3.11.2**  The vendor shall supply call detail reports to the County via a system self-serving access tool which is fully integrated into the platform provided. These reports shall contain a variety of call information and be customizable to suit the County's needs.

**3.11.3**  Standard reports should include Frequently Dialed Numbers, 3- Way Call Attempts, and Call Volume by Telephone. Customized reports shall be provided to the county at no additional charge.

**NCIC RESPONSE: HAS READ, AGREE, AND WILL COMPLY WITH ALL ITEMS ABOVE.**

Our Call History reports allow searching by whole or partial destination numbers, call disposition, inmate name/PIN, inmate telephone location, and many other options. The Call History screen shown below lists all calls that are attempted and completed. In addition, the report lists the date, time and duration of all calls completed through the system, as well as the total charges associated with each call.

Screenshot – Call History Reporting

| Listen | Listened | Call Date | | Location | Caller Name | Caller PIN | Destination Number | Dest State/City | Duration | Charges | Disposition | Alert | Notes | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Listen | | 10/04/2017 21:34:00 | | South - 7 Dorm | Barzella resident | 118X34 | 903431... | Longview, TX | 06:12 | $1.71 | COMP: Prepaid - Destination | | Notes | |
| Listen | testuser903 | 10/04/2017 21:35:20 | | Marvin - Day R. MetaAmereann | 116758 | 903115... | Longview, TX | 13:30 | $3.71 | COMP: Prepaid - Destination | | Notes | |
| Listen | testuser903 | 10/04/2017 21:35:37 | | North - C8 4 R. Jones, Kendrick | 86323 | 903344... | Tyler, TX | 13:30 | $3.71 | COMP: Prepaid - Destination | | Notes | |
| Listen | testuser903 | 10/04/2017 21:35:54 | | North - C8 2 R. Jones, Derrick | 78678 | 903242... | Marshall, TX | 14:19 | $3.71 | COMP: Prepaid - Destination | | Notes | |
| Listen | | 10/04/2017 21:37:31 | | North - C8 11 E. Preston, Bobby | 72662 | 903374... | Gladewater, TX | 02:59 | $1.71 | COMP: Prepaid - Destination | | Notes | |
| Listen | | 10/04/2017 21:37:46 | | North - C8 9 R. Gray, Derrick | 81849 | 902341... | Tyler, TX | 02:32 | $0.71 | COMP: Prepaid - Destination | | Notes | |
| Listen | | 10/04/2017 21:37:50 | | North - C8 18 R. Ynoso, Vencent | 80848 | 903072... | Karnack, TX | 02:12 | $0.71 | COMP: Prepaid - Destination | | Notes | |
| Listen | | 10/04/2017 21:38:03 | | South - Day Rd. Athorn, Charley | 120008 | 322098... | Grassesor, TX | 09:48 | $2.59 | COMP: Prepaid - Destination | | Notes | |

**3.11.4**  Vendor shall supply monthly revenue reports.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

NCIC will, at no cost to Cole County, customize or build any reports as needed. All reports are available to be exported in a range of file formats so that they can be manipulated and worked with. Reports can either be pulled on an "as-needed" basis by Cole County or can be developed and pre-scheduled to automatically deliver to specified recipients at certain times, such as at the beginning of each month, covering the prior traffic month.

**3.11.5**  Vendor shall attach samples of their call detail and other standard reports.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

NCIC's proposed system offers secure, web-based reporting; therefore, no special reporting tools are needed. The platform provides a range of useful call detail and management reports based on inmate calling activities at an extremely granular level. Reports can be run on an as needed basis or configured and scheduled to run (and be delivered by email) at specified intervals. A common configuration is to have reports run at the beginning of each month, for the prior traffic month. These can be customized and are available at no cost to Cole County. Reports can be managerial/financial, or investigative, in nature.



In addition to the wide range of "canned" reports that are available through the system, NCIC will work with Cole County to customize any other reports as needed. Detailed managerial and investigative reports are available covering all items listed above, aspects of inmate communications, including Call Completion, Revenue, Per-Call charges, etc. Authorized Users (with the appropriate level of access) are able to easily pull raw Call Detail Records containing all required data for every attempted and completed call within the proposed system. Reports can be exported using a variety of common file formats, such as XLS, XLSX, CSV and PDF. The screenshot below displays the searchable criteria in the Call History tab.

**NCIC Inmate Communications**
**Call Commission Summary**
From Date: 03/01/2020 00:00:00  To Date: 03/21/2020 23:59:59
Report Run Date: 04/02/2020 10:43:21

| Call Date | Call Count | Total Minutes | Call Revenue | Commission Rate | Commission Paid |
|---|---|---|---|---|---|
| 3/1/2020 | 2,556 | 24,887 | $4,977.40 | 58% | $2,886.89 |
| 3/2/2020 | 2,486 | 25,867 | $5,173.40 | 58% | $3,000.57 |
| 3/3/2020 | 2,578 | 24,867 | $4,973.40 | 58% | $2,884.57 |
| 3/4/2020 | 2,688 | 28,654 | $5,730.80 | 58% | $3,323.86 |
| 3/5/2020 | 2,564 | 28,957 | $5,791.40 | 58% | $3,359.01 |
| 3/6/2020 | 2,458 | 23,457 | $4,691.40 | 58% | $2,721.01 |
| 3/7/2020 | 2,587 | 21,587 | $4,317.40 | 58% | $2,504.09 |
| 3/8/2020 | 2,654 | 25,847 | $5,169.40 | 58% | $2,998.25 |
| 3/9/2020 | 2,344 | 23,587 | $4,717.40 | 58% | $2,736.09 |
| 3/10/2020 | 2,435 | 24,122 | $4,824.40 | 58% | $2,798.15 |
| 3/11/2020 | 2,894 | 26,877 | $5,375.40 | 58% | $3,117.73 |
| 3/12/2020 | 3,102 | 32,544 | $6,508.80 | 58% | $3,775.10 |
| 3/13/2020 | 2,998 | 31,587 | $6,317.40 | 58% | $3,664.09 |
| 3/14/2020 | 2,957 | 30,522 | $6,104.40 | 58% | $3,540.55 |
| 3/15/2020 | 2,875 | 29,587 | $5,917.40 | 58% | $3,432.09 |
| 3/16/2020 | 2,769 | 28,557 | $5,711.40 | 58% | $3,312.61 |
| 3/17/2020 | 2,866 | 28,956 | $5,791.20 | 58% | $3,358.90 |
| 3/18/2020 | 2,789 | 27,548 | $5,509.60 | 58% | $3,195.57 |
| 3/19/2020 | 2,755 | 26,593 | $5,318.60 | 58% | $3,084.79 |
| 3/20/2020 | 2,731 | 27,542 | $5,508.40 | 58% | $3,194.87 |
| 3/21/2020 | 2,865 | 29,847 | $5,969.40 | 58% | $3,462.25 |
| **Totals** | **56,951** | **571,992** | **$114,398.40** | | **$66,351.07** |

(The above Sample Report is not indicative of the commission offer for the County)

**NCIC Inmate Communications**
**Call Frequency - Division**
From Date: 05/01/2020 00:00:00  To Date: 05/31/2020 23:59:59
Report Run Date: 06/05/2020 09:58:40

| Division | Call Count | Total Minutes | Call Revenue |
|---|---|---|---|
| Main Jail | 21,458 | 258,794 | $51,758.80 |
| Kansas Jail | 15,879 | 158,479 | $31,695.80 |
| Probation | 2,687 | 25,847 | $5,169.40 |
| Totals | 40,024 | 443,120 | $88,624.00 |



### NCIC Inmate Communications
### Call Frequency - Inmate PIN
From Date: 05/01/2020 00:00:00   To Date: 05/31/2020 23:59:59
Report Run Date: 06:03:2020 11:45:15

| Inmate PIN | Call Count | Total Minutes | Call Revenue |
|---|---|---|---|
| 364565 | 324 | 2,057 | $411.40 |
| 409056 | 301 | 1,987 | $397.40 |
| 181740 | 297 | 1,879 | $375.80 |
| 203952 | 254 | 1,754 | $350.80 |
| 310286 | 221 | 1,701 | $340.20 |
| 403844 | 202 | 1,654 | $330.80 |
| 384529 | 194 | 1,457 | $291.40 |
| 404845 | 164 | 1,347 | $269.40 |
| 396551 | 145 | 1,247 | $249.40 |
| 243866 | 143 | 1,154 | $230.80 |
| 263510 | 120 | 1,054 | $210.80 |
| 406782 | 117 | 954 | $190.80 |
| 307435 | 112 | 902 | $180.40 |
| 451803 | 109 | 854 | $170.80 |
| 181740 | 102 | 841 | $168.20 |
| 263510 | 85 | 648 | $129.60 |
| 364565 | 65 | 541 | $108.20 |
| **Totals** | **2,955** | **$22,031.00** | **$4,406.20** |

### NCIC Inmate Communications
### Call Frequency - Location
From Date: 05/01/2020 00:00:00   To Date: 05/31/2020 23:59:59
Report Run Date: 06/02/2020 15:05:20

| Location | Call Count | Total Minutes | Call Revenue |
|---|---|---|---|
| A - Max | 15,487 | 158,764 | $31,752.80 |
| B Block | 13,587 | 124,587 | $24,917.40 |
| C Block | 13,154 | 111,547 | $22,309.40 |
| D Block | 12,879 | 110,254 | $22,050.80 |
| E Block | 12,458 | 101,548 | $20,309.60 |
| G - Max | 10,524 | 95,874 | $19,174.80 |
| Intake - B | 8,647 | 92,547 | $18,509.40 |
| Intake Dorm | 8,012 | 84,254 | $16,850.80 |
| L - Max | 7,854 | 71,548 | $14,309.60 |
| X Dorm | 7,214 | 62,548 | $12,509.60 |
| Y Dorm | 4,587 | 48,754 | $9,750.80 |
| **Totals** | **114,403** | **1,062,225** | **$212,445.00** |



### NCIC Inmate Communications
### Call Frequency (Inmate Phone Number)
From Date: 04/01/2020 00:00:00   To Date: 04/10/2020 23:59:59
Report Run Date: 05/02/2020 11:23:34

| Destination Number | Call Count | Total Minutes | Call Revenue |
|---|---|---|---|
| (647) 544-0506 | 145 | 1,587 | $317.40 |
| (647) 824-6804 | 135 | 1,487 | $297.40 |
| (321) 394-5290 | 115 | 1,258 | $251.60 |
| (334) 544-3678 | 102 | 1,158 | $231.60 |
| (334) 544-3678 | 99 | 1,024 | $204.80 |
| (251) 455-2324 | 91 | 957 | $191.40 |
| (405) 313-3360 | 81 | 854 | $170.80 |
| (832) 417-6472 | 78 | 684 | $136.80 |
| (334) 544-3678 | 75 | 601 | $120.20 |
| (334) 544-3678 | 71 | 548 | $109.60 |
| (661) 348-2281 | 68 | 524 | $104.80 |
| (910) 514-4146 | 65 | 501 | $100.20 |
| (510) 681-4945 | 61 | 457 | $91.40 |
| (909) 565-5282 | 54 | 432 | $86.40 |
| (312) 414-7224 | 51 | 421 | $84.20 |
| (256) 660-8777 | 48 | 415 | $83.00 |
| (312) 414-7224 | 44 | 387 | $77.40 |
| (440) 447-3441 | 40 | 367 | $73.40 |
| (803) 770-7587 | 38 | 302 | $60.40 |
| (850) 464-8792 | 36 | 197 | $39.40 |
| (260) 399-0508 | 25 | 184 | $36.80 |
| **Totals** | **1,522** | **14,345** | **$2,869.00** |

### NCIC Inmate Communications
### Incomplete Calls - Disposition
From Date: 04/01/2020 00:00:00   To Date: 04/30/2020 23:59:59
Report Run Date: 05/12/2020 09:15:11

| Disposition | Call Count |
|---|---|
| DIAL: No Answer | 2,358 |
| SET: Caller Hung Up | 968 |
| CMSY: Commissary Call | 1,158 |
| ACC: Called Party Hung Up | 985 |
| ANS: Answering Machine | 2,114 |
| ANS: Denied Call | 2,687 |
| ANS: Denied Future Calls | 1,258 |
| ANS: No Response | 254 |
| DIAL: Busy | 1,254 |
| SET: Destination Denied (Facility) | 258 |
| SET: Invalid Destination | 57 |
| SET: Invalid Menu Option | 26 |
| SET: Invalid Personal ID | 358 |
| SET: Invalid PIN | 287 |
| SET: PIN In Use | 3 |
| SET: Prepaid Balance Too Low | 258 |
| SET: Profile not allowed | 36 |
| **Total** | **14,319** |



## NCIC Inmate Communications
### Incomplete Calls - Inmate PIN
From Date: 05/04/2020 00:00:00 To Date: 05/04/2020 23:59:59
Report Run Date: 05/14/2020 10:45:12

| Caller PIN | Destination Number | Call Date | Call Count | Bill Type | Disposition |
|---|---|---|---|---|---|
| 82448 | STP/Commissary 2995029 | 5/4/2020 22:40 | 1 | Commissary Call (Free) | CMSY: Commissary Call |
| 83055 | (803) 665-0020 | 5/4/2020 22:31 | 1 | Prepaid Collect | SET: Caller Hung Up |
| 82780 | (574) 214-6513 | 5/4/2020 21:54 | 1 | Inmate Prepaid | ANS: Answering Machine |
| 83361 | (225) 278-2156 | 5/4/2020 21:34 | 1 | Prepaid Collect | SET: Prepaid Balance Too Low |
| 82025 | (406) 896-4041 | 5/4/2020 21:23 | 1 | Prepaid Collect | ANS: Answering Machine |
| 83546 | (301) 357-2146 | 5/4/2020 21:08 | 1 | Inmate Prepaid | SET: Caller Hung Up |
| 83055 | (803) 665-0020 | 5/4/2020 20:58 | 1 | Inmate Prepaid | ACC: Called Party Hung Up |
| 81502 | (225) 508-0050 | 5/4/2020 20:54 | 1 | Inmate Prepaid | SET: Caller Hung Up |
| 82780 | (574) 214-6513 | 5/4/2020 20:51 | 1 | Prepaid Collect | SET: Caller Hung Up |
| 82658 | (903) 449-8653 | 5/4/2020 20:48 | 1 | Inmate Prepaid | DIAL: No Answer |
| 82285 | (510) 491-5640 | 5/4/2020 20:45 | 1 | Inmate Prepaid | DIAL: Busy |
| 40944 | (337) 577-1426 | 5/4/2020 20:45 | 1 | Inmate Prepaid | SET: Caller Hung Up |
| 81502 | (225) 508-0050 | 5/4/2020 20:44 | 1 | Prepaid Collect | DIAL: Busy |
| 78151 | (601) 665-3041 | 5/4/2020 20:31 | 1 | Prepaid Collect | ANS: No Response |
| 83680 | (337) 655-1159 | 5/4/2020 20:27 | 1 | Prepaid Collect | DIAL: No Answer |
| 78151 | (601) 666-3042 | 5/4/2020 20:25 | 1 | Prepaid Collect | ACC: Called Party Hung Up |
| 83680 | (337) 655-1159 | 5/4/2020 20:25 | 1 | Prepaid Collect | DIAL: No Answer |
| 81502 | (225) 508-0050 | 5/4/2020 20:15 | 1 | Inmate Prepaid | SET: Caller Hung Up |
| 69503 | (214) 900-9311 | 5/4/2020 20:50 | 1 | Inmate Prepaid | SET: Destination Denied (Facility) |
| 78304 | (903) 875-5685 | 5/4/2020 20:18 | 1 | Prepaid Collect | SET: Prepaid Balance Too Low |
| | Totals | | 20 | | |

## NCIC Inmate Communications
### Incomplete Calls - Location
From Date: 05/03/2020 15:00:00 To Date: 05/03/2020 22:00:00
Report Run Date: 05/05/2020 09:15:10

| Location | Destination Number | Call Date | Call Count | Disposition |
|---|---|---|---|---|
| Unit 1 - Section 3 - Phone 3 | 7709838798 | 5/3/2020 16:34 | 1 | SET: Caller Hung Up |
| Dorm 1 - Phone 2 | 6152758903 | 5/3/2020 16:35 | 1 | ANS: No Response |
| Unit 8 - Section 6 - Phone 4 | 6785881754 | 5/3/2020 16:53 | 1 | ANS: Answering Machine |
| Unit 1 - Section 3 - Phone 4 | 8037473701 | 5/3/2020 16:54 | 1 | ANS: Answering Machine |
| Dorm 3 - Phone 3 | 6158109360 | 5/3/2020 17:39 | 1 | ANS: Answering Machine |
| Dorm 1 - Phone 3 | 7702035466 | 5/3/2020 18:43 | 1 | ANS: Answering Machine |
| Infirmary - Phone 1 | 6787549530 | 5/3/2020 18:58 | 1 | SET: Caller Hung Up |
| Unit 1 - Section 1 - Phone 1 | 5745208445 | 5/3/2020 19:40 | 1 | SET: Caller Hung Up |
| Unit 5 - Section 2 - Phone 4 | 2564290957 | 5/3/2020 20:02 | 1 | ANS: Answering Machine |
| Dorm 1 - Phone 1 | 2566608777 | 5/3/2020 20:15 | 1 | ANS: Answering Machine |
| Dorm 4 - Phone 1 | 3124147224 | 5/3/2020 20:22 | 1 | ANS: Answering Machine |
| Dorm 6 - Phone 2 | 9095655282 | 5/3/2020 20:22 | 1 | ANS: No Response |
| Dorm 4 - Phone 2 | 7708965088 | 5/3/2020 20:34 | 1 | ANS: No Response |
| Dorm 3 - Phone 1 | 6786566112 | 5/3/2020 20:49 | 1 | SET: Caller Hung Up |
| Dorm 4 - Phone 3 | 3345443678 | 5/3/2020 21:10 | 1 | SET: Caller Hung Up |
| Dorm 6 - Phone 1 | 3213945290 | 5/3/2020 21:49 | 1 | SET: Caller Hung Up |
| Intake - IH6 | 4044410384 | 5/3/2020 23:50 | 1 | ANS: No Response |
| Totals | | | 17 | |



**NCIC Inmate Communications**

**Incomplete Calls - Inmate Phone Number**

From Date: 05/01/2020 00:00:00  To Date: 05/01/2020 09:50:00

Report Run Date: 05/02/2020 11:45:15

| Destination Number | Call Date | Call Count | Bill Type | Disposition |
|---|---|---|---|---|
| (809) 571-2531 | 5/3/2020 15:59 | 1 | Prepaid Collect | SET: Prepaid Balance Too Low |
| (703) 380-0019 | 5/3/2020 8:41 | 1 | Inmate Prepaid | SET: Caller Hung Up |
| (775) 479-9517 | 5/3/2020 22:17 | 1 | Free | ANS: Answering Machine |
| (775) 240-7954 | 5/3/2020 19:13 | 1 | Inmate Prepaid | DIAL: No Answer |
| (480) 306-9397 | 5/3/2020 18:50 | 1 | Inmate Prepaid | ANS: Answering Machine |
| (480) 306-9397 | 5/3/2020 15:18 | 1 | Inmate Prepaid | ANS: No Response |
| (775) 434-4393 | 5/3/2020 15:07 | 1 | Prepaid Collect | ANS: Answering Machine |
| (775) 849-1380 | 5/3/2020 14:20 | 1 | Prepaid Collect | ANS: No Response |
| (775) 217-7509 | 5/3/2020 13:28 | 1 | Prepaid Collect | ANS: Answering Machine |
| (775) 217-7509 | 5/3/2020 13:21 | 1 | Prepaid Collect | ANS: Answering Machine |
| (509) 956-2752 | 5/3/2020 11:23 | 1 | Inmate Prepaid | ANS: No Response |
| (775) 217-7509 | 5/3/2020 10:57 | 1 | Prepaid Collect | DIAL: Busy |
| (919) 449-0799 | 5/3/2020 9:34 | 1 | Prepaid Collect | ANS: Answering Machine |
| (330) 553-7378 | 5/3/2020 9:30 | 1 | Inmate Prepaid | ANS: Answering Machine |
| (809) 571-2531 | 5/3/2020 9:15 | 1 | Prepaid Collect | ANS: No Response |
| (816) 301-9367 | 5/2/2020 20:32 | 1 | Prepaid Collect | DIAL: No Answer |
| (775) 431-9190 | 5/2/2020 19:50 | 1 | Prepaid Collect | SET: Caller Hung Up |
| (703) 380-0019 | 5/1/2020 16:51 | 1 | Inmate Prepaid | Simultaneous Calls Not Allowed |
| | **Total** | **18** | | |

## Sample Traffic Report

**Date Range Selected: 08/01/2017 - 08/31/2017**

| ANI | Phone Location | Attempts | Complete | Domestic Min. | Inter. Min | Total Min. | Charges | Oper. Sec. | Orig.Sec |
|---|---|---|---|---|---|---|---|---|---|
| | Dorm A | 1558 | 578 | 1430 | 360 | 1790 | $280.50 | 0 | 131240 |
| | Dorm B | 708 | 205 | 778 | 130 | 408 | $76.50 | 0 | 43311 |
| | Dorm C | 603 | 189 | 615 | 1 | 616 | $162.25 | 0 | 63552 |
| | Dorm D | 645 | 173 | 610 | 56 | 666 | $128.25 | 0 | 54582 |
| | Dorm E | 717 | 330 | 1428 | 81 | 1509 | $159.00 | 0 | 100832 |
| | Dorm F | 1133 | 389 | 1146 | 0 | 1146 | $405.00 | 0 | 93995 |
| | Dorm G | 710 | 361 | 909 | 0 | 909 | $362.75 | 0 | 70606 |
| | Dorm H | 239 | 127 | 830 | 0 | 830 | $22.00 | 0 | 57045 |
| | Booking Collect | 274 | 87 | 276 | 29 | 305 | $0.00 | 0 | 31383 |
| | Seg 1-4 Roll Cart | 348 | 127 | 508 | 90 | 598 | $47.75 | 0 | 47415 |
| | Seg A & B Roll Cart | 311 | 114 | 399 | 0 | 399 | $158.00 | 0 | 37782 |
| | ROLLUP CART 3 | 0 | 0 | 0 | 0 | 0 | $0.00 | 0 | 0 |
| | **TOTALS:** | **7246** | **2680** | **8429** | **747** | **9176** | **$1,806.50** | **0** | **740743** |

| Total ANIs: | 17 |
|---|---|
| Active ANIs: | 11 |
| Active Rooms: | 0 |

## Sample Daily Summary Report

**NCIC Daily Summary - 01/01/2019 TO 01/11/2019**

Account#:   XXX1

Report Date:   01 11 '19 04:39:31pm

Date Range Selected: 01/01/2019 - 01/11/2019

| Date | DOW | Attempts | Complete | Domestic Min | Inter.Min | Commissary Min | Total Min. | Collect Credit Cards | Calling Cards | Alt Transfers | Intl Collect | Collect Messages | Charges | Oper.Sec | Orig.Sec | Active ANIs |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01/01/19 | Tue | 5731 | 2726 | 7410 | 66 | 743 | 8219 | 0 | 0 | 0 | 0 | 0 | $11,448.93 | 0 | 514127 | 57 |
| 01/02/19 | Wed | 5415 | 2700 | 7940 | 19 | 939 | 7998 | 0 | 0 | 0 | 0 | 0 | $5,379.28 | 0 | 482095 | 61 |
| 01/03/19 | Thu | 5054 | 2555 | 5750 | 23 | 915 | 7638 | 0 | 0 | 0 | 0 | 0 | $11,318.93 | 0 | 474194 | 64 |
| 01/04/19 | Fri | 4495 | 2287 | 6471 | 59 | 636 | 7166 | 0 | 0 | 0 | 0 | 0 | $11,284.30 | 0 | 455165 | 64 |
| 01/05/19 | Sat | 5162 | 2574 | 5844 | 23 | 681 | 7559 | 0 | 0 | 0 | 0 | 0 | $11,523.56 | 0 | 505312 | 66 |
| 01/06/19 | Sun | 5210 | 2517 | 6957 | 16 | 814 | 7797 | 0 | 0 | 0 | 0 | 0 | $11,367.16 | 0 | 482441 | 64 |
| 01/07/19 | Mon | 5167 | 2486 | 6560 | 33 | 781 | 7374 | 0 | 0 | 0 | 0 | 0 | $11,228.06 | 0 | 465944 | 64 |
| 01/08/19 | Tue | 4593 | 2174 | 5789 | 43 | 590 | 6402 | 0 | 0 | 0 | 0 | 0 | $11,114.31 | 0 | 416555 | 65 |
| 01/09/19 | Wed | 4979 | 2292 | 6409 | 79 | 622 | 7191 | 0 | 0 | 0 | 0 | 0 | $11,310.31 | 0 | 472445 | 63 |
| 01/10/19 | Thu | 5288 | 2577 | 6241 | 31 | 642 | 6914 | 0 | 0 | 0 | 0 | 0 | $11,274.97 | 0 | 446637 | 61 |
| 01/11/19* | Fri | 2623 | 1172 | 3116 | 25 | 306 | 3445 | 0 | 0 | 0 | 0 | 0 | $611.48 | 0 | 228425 | 61 |
| **TOTALS:** | | **53467** | **25820** | **69957** | **408** | **7669** | **77744** | **0** | **0** | **0** | **0** | **0** | **$53,691.50** | **0** | **4931140** | |



## Sample Call Jurisdiction Report

### SUMMARY:

| JURISDICTION | CALL TYPES | CALLS | GROSS | CALL LENGTH | NET PAYMENT |
|---|---|---|---|---|---|
| Commissary | Auto Collect | 104 | $ 0.00 | 163 | $ 0.00 |
| | | | | | |
| Interstate | Auto Collect(Prepaid Collect) | 7 | $ 11.70 | 56 | $ 7.29 |
| Interstate | Inmate(Prepaid) | 18 | $ 16.17 | 77 | $ 10.03 |
| Interstate | Inmate(Prepaid Card) | 18 | $ 0.00 | 18 | $ 0.00 |
| | | | | | |
| IntraLATA | Auto Collect(Prepaid Collect) | 24 | $ 38.25 | 153 | $ 23.71 |
| IntraLATA | Inmate(Prepaid) | 31 | $ 34.23 | 163 | $ 21.22 |
| IntraLATA | Inmate(Prepaid Card) | 17 | $ 0.00 | 17 | $ 0.00 |
| | | | | | |
| IntraState | Auto Collect(Prepaid Collect) | 2 | $ 4.00 | 16 | $ 2.48 |
| IntraState | Inmate(Prepaid) | 9 | $ 5.46 | 56 | $ 3.39 |
| IntraState | Inmate(Prepaid Card) | 4 | $ 0.00 | 4 | $ 0.00 |
| | | | | | |
| Local | Auto Collect | 1 | $ 0.25 | 1 | $ 0.15 |
| Local | Auto Collect(Prepaid Collect) | 72 | $ 87.75 | 351 | $ 54.41 |
| Local | Inmate(Prepaid) | 171 | $ 138.00 | 660 | $ 85.49 |
| Local | Inmate(Prepaid Card) | 118 | $ 0.00 | 118 | $ 0.00 |
| | | | | | |
| Local Free Calls | Auto Collect | 46 | $ 0.00 | 93 | $ 0.00 |
| Local Free Calls | Auto Collect(Prepaid Collect) | 36 | $ 0.00 | 36 | $ 0.00 |
| | | | | | |
| **TOTALS:** | | 678 | $ 336.47 | 1972 | $ 208.61 |

### SUMMARY: JURISDICTION / CALLTYPES

| JURISDICTION / TYPES | CALLS | | GROSS | CALL LENGTH | NET PAYMENT | PERCENTAGE OF GROSS |
|---|---|---|---|---|---|---|
| **TOTALS:** | 678 | | $ 336.47 | 1972 | $ 208.61 | 100 % |
| | | | | | | |
| Auto Collect | 151 | | 0.25 | 277 | 0.1550 | 0 % |
| Auto Collect(Prepaid Collect) | 141 | | 141.76 | 612 | 87.8912 | 42 % |
| Inmate(Prepaid) | 229 | | 194.46 | 926 | 120.5652 | 58 % |
| Inmate(Prepaid Card) | 157 | | 0.00 | 157 | 0.0000 | 0 % |
| **TOTALS:** | 678 | | $ 336.47 | 1972 | $ 208.61 | 100 % |

## Frequently Called Number Summary Report

### NCIC Top 25 Destination Numbers

Account(s): ▬▬▬
Report Date: 06/19/17, 09:13:32am

Date Range Selected: 05/20/17 - 06/19/17

| Account | Total Calls | Destination Number | Inmate Pin |
|---|---|---|---|
| 20031 | 957 | 256▬▬▬▬ | 307303 |
| 20031 | 818 | 205▬▬▬▬ | 301759 |
| 20031 | 634 | 205▬▬▬▬ | 302460 |
| 20031 | 572 | 205▬▬▬▬ | 305762 |
| 20031 | 503 | 256▬▬▬▬ | 308804 |
| 20031 | 490 | 205▬▬▬▬ | 307301 |
| 20031 | 477 | 480▬▬▬▬ | 308068 |
| 20031 | 474 | 205▬▬▬▬ | 307963 |
| 20031 | 442 | 205▬▬▬▬ | 308334 |
| 20031 | 440 | 205▬▬▬▬ | 308381 |
| 20031 | 409 | 205▬▬▬▬ | 307146 |
| 20031 | 405 | 205▬▬▬▬ | 307769 |
| 20031 | 405 | 205▬▬▬▬ | 308397 |
| 20031 | 384 | 205▬▬▬▬ | 308630 |
| 20031 | 377 | 205▬▬▬▬ | 307277 |
| 20031 | 376 | 205▬▬▬▬ | 307190 |
| 20031 | 375 | 205▬▬▬▬ | 308618 |
| 20031 | 370 | 205▬▬▬▬ | 308764 |
| 20031 | 369 | 205▬▬▬▬ | 308988 |
| 20031 | 362 | 205▬▬▬▬ | 307403 |
| 20031 | 354 | 334▬▬▬▬ | 308322 |
| 20031 | 354 | 205▬▬▬▬ | 308452 |
| 20031 | 348 | 205▬▬▬▬ | 308849 |
| 20031 | 345 | 205▬▬▬▬ | 308099 |
| 20031 | 344 | 205▬▬▬▬ | 308065 |



NCIC INMATE COMMUNICATIONS

## Example Call Detail Report

## Report Export Feature and Format(s)

## Three-Way Call Detail Report



**Inmate Report**

3.11.6 Vendor shall provide secure access to all calling activity within the facility via the internet/web. The hosted site will need to provide an interface that will allow a facility to view call detail reports, check and track a facility commission data. This system should also allow facilities to open and/or view the status of service tickets.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

Authorized County users will have a secure user login and password allowing them to access the system based on their security level remotely, via the Internet. Users can securely perform all functions of the system, including live monitoring, listening to recorded calls, blocking/unblocking numbers, terminating calls, PIN administration, call history or any other function needed in real-time. All page views and modifications to the database are logged in detail, to provide an audit trail in our User Activity Log report. With these checks in place, any views or changes are logged with the user's login information, timestamp and their location allowing the change to be tracked back to the user and undone if necessary.

3.11.7 The system shall have the ability to export reports in Excel, PDF, and CSV formats.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

Custom reports can also be set up for automatic delivery and reports can easily be downloaded in a variety of file formats including Excel, PDF, CSV. The ITS provides a range of useful call detail and management reports based on inmate calling activities at an extremely granular level.



### 3.12 SERVICE AND MAINTENANCE

**3.12.1** Vendor shall provide 24-hour, toll-free service number.

 **RESPONSE: READ, AGREE, AND WILL COMPLY.**

NCIC's Bi-Lingual Facility Support Department is available 24/7/365 and can be contacted by telephone at 903-757-4455 or toll-free 888-686-3699, or through email (for trouble-ticketing) at support@ncic.com. Callers can easily access a live agent within a few seconds, by following the easy prompts. NCIC directly provides the technical services including customer service and facility support – at no time will these functions be outsourced to a third-party company, they are all managed from our company headquarters in Longview, TX.

**3.12.2** Vendor must provide live domestic customer service support to the County 24 hours a day, year round, for issue.

 **RESPONSE: READ, AGREE, AND WILL COMPLY.**

NCIC personnel will provide 24/7/365 customer service to the County for the life of the Agreement. Our Domestic Customer Service can be reached for full support of the ICE platform and visitation kiosk services via email at support@ncic.com, or by telephone at 903.757.4455 or toll free 888.686.3699. Cole County can also submit repair requests through the ICE platform's trouble ticket system. The authorized personnel submitting the trouble ticket is immediately sent an email confirmation. Any updates or changes to the ticket status are emailed to the authorized administrator.

**3.12.3** Vendor must provide live domestic customer services support to family/friends and staff 24 hours a day, year round, without exception allowing family/friends and staff to set up accounts, make payments, access account information, and resolve issue.

**3.12.4** Vendor must provide family/friends and staff full service online support including ability to set up accounts, make payments access account information, calculate call rates, and resolve issues (including online customer service chat and email support) via company website.

    a. Family/friends and staff must have the ability to manage phone services and video visitation services from one centralized Web-based portal.

    b. Website must dynamically display available products to family/friends based on previous calling history.

    c. Website and portal must be accessible enhanced to support mobile devices such as cell phones.

    d. Provider must support customizable service and courtesy notification campaigns to family/friends via various methods (phone dialer, text messages, email) to alert family/friends of bills due, bills past due, low account balances, account blocks, etc.)

 **RESPONSE: HAS READ, AGREE, AND WILL COMPLY WITH ALL ITEMS ABOVE.**

NCIC's US-based Call Center is staffed on a 24/7/365 basis with bilingual operators capable of assisting family/friends and staff in providing assistance. Family/friends are provided a customer service toll-free number (800-943-2189) as the caller ID on all inmate calls, so family members can easily contact us for further questions about their accounts, balances, recharges and/or refunds. This feature makes it easier for the Called Party to contact NCIC Customer Support in order to set up or manage their pre-paid account or ask questions about service.

NCIC also has a webpage (www.ncic.com) for account funding and



management with low, defined fees to establish accounts, which can be accessed through any mobile device as well. NCIC proudly operates the most customer-friendly Call Center in the inmate telephone industry, recognizing that satisfied friends and family result in more completed calls, higher Gross Revenue, and minimal complaints to the correctional agency. Our customer service can be customized to provide family and friends with push notifications of important information regarding their communication services and accounts.



**3.12.5** Vendor shall respond to all major service outages within four (4) hours. Major outage is defined as 30% or more of the functionality of the system.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

NCIC offers a detailed on-site response time service matrix as can be seen below. NCIC will work collaboratively with each facility to customize the response times matrix determining applicable response times for each facility dependent on the nature of each issue.

| Service Level | Description | Resolution Time |
|---|---|---|
| High | Any report of 50% or greater of tablets are not operational. Any occasion when NCIC's admin portal cannot be accessed by the County. | 8 hours |
| Medium | Any report of 25% or greater of tablets are not operational. Any occasion when recording or live monitoring utilities are non-operational or malfunctioning. | 16 hours |
| Low | <25% of telephones are not operational. Static or other noise heard while conducting a telephone call. Administrative function not working in NCIC's admin portal. | 24 hours |



**3.12.6** Vendor shall provide service policies and procedures as an attachment to this proposal.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

NCIC has provided a detailed description of our Service Policies and Procedures which can be found in Attachment 3 of our response.

**3.12.7** Describe the maintenance and quality assurance programs for telephones to be installed.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

NCIC proposes a monthly Preventative Maintenance ("PM") visit (based on approval/schedule of Cole County) which is geared towards ensuring that all inmate phones and related equipment are functional and operating at full capacity. Every inmate telephone station will be checked during the monthly PM. After each monthly visit, the service technician will submit (both to Facility staff and also to NCIC headquarters) a detailed Repair Log, showing all work completed, any pending work to be completed, etc.

### Sample Preventative Maintenance Phone Repair Form

| XYZ JAIL EQUIPMENT REPAIR FORM | | | | | | | |
|---|---|---|---|---|---|---|---|
| Date Reported | Device Type | Device Location / Name | Problem Reported | Work Performed | Date Fixed | Replaced By | Ticket # |
| Wednesday, May 1, 2019 | Phone | Unit B - Phone 17 | Static on phone calls | Replaced handset and tested the phone | Thursday, May 2, 2019 | Jailer Carl Mendez | 658754 |
| Wednesday, May 1, 2019 | Phone | Unit D - Phone 25 | Cannot process calls | Replaced entire phone unit and tested the phone | Thursday, May 2, 2019 | Jailer Carl Mendez | 658754 |
| Wednesday, May 1, 2019 | Kiosk | Lobby Area | Reciever isn't accepting cash | Replaced reciever | Thursday, May 2, 2019 | Jailer Carl Mendez | 658754 |
| Wednesday, May 1, 2019 | Video Unit | Visitation Area - Unit A | Faulty Camera | Replaced camera and tested a session | Thursday, May 2, 2019 | Jailer Carl Mendez | 658754 |
| Wednesday, May 1, 2019 | Video Unit | Visitation Area - Unit F | Loose Handset | Tightened and secured internal screws | Thursday, May 2, 2019 | Jailer Carl Mendez | 658754 |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

**3.12.8** Identify facility service personnel responsible for on-site service and maintenance of system.

**3.12.9** Identify location and response time to the facility, of field service personnel.

**NCIC RESPONSE: HAS READ, AGREE, AND WILL COMPLY WITH ALL ITEMS ABOVE.**

Mr. Bill Rounds will act as the primary point of contact for all of Cole County's on-site service and maintenance needs, and he is a contract employee who provides services throughout the State of Missouri, as well as surrounding states.

Bill Rounds - Business Development and Field Services
Lathrop, MO 64465
Email: tcikc@grm.net
Office Phone: 903-757-4455
Cell Phone: 816-651-5936

**3.12.10** Describe employment status of vendor's field and remote service personnel. Are they full-time employees or contract personnel?

**3.12.11** Detail equipment installation charges, if any.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

Mr. Bill Rounds, who will act as the County's primary field service technician



and point of contact, is a contracted employee who will provide all installation and maintenance services. All remote service personnel are full-time direct employees who will be available on a 24/7/365 basis.

NCIC will furnish all materials, hardware, software, interfaces, cabling, switching equipment, labor and materials for the installation and operation of the system at no cost to the County. At no time throughout the course of the Agreement will Cole County be responsible for any costs associated with the proposed systems.

**3.12.12** Describe the maintenance and quality assurance programs for telephones to be installed.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

NCIC proposes a monthly Preventative Maintenance ("PM") visit (based on approval/schedule of Cole County) which is geared towards ensuring that all inmate phones and related equipment are functional and operating at full capacity. Every inmate telephone station will be checked during the monthly PM. After each monthly visit, the service technician will submit (both to Facility staff and also to NCIC headquarters) a detailed Repair Log, showing all work completed, any pending work to be completed, etc.

**3.12.13** Detail the method of determining service interruptions and service call priorities. List response time for each priority and the level of expertise devoted to each priority.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

Please reference Attachment 3 – Service Policies and Procedures.

**3.12.14** Provide a contact person who will be responsible for ongoing account management and support.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

NCIC will assign Mr. Bill Rounds as the main point of contact for the County of Cole during the entire Contract term. Mr. Rounds will oversee final Contract documentation and ongoing Contract management, act as primary liaison with the appropriate County and Facility personnel, manage the implementation of all services, ongoing maintenance and oversight and management of the day-to-day operations to include direction of NCIC's overall team.

Bill Rounds - Business Development and Field Services
Lathrop, MO 64465
Email: tcikc@grm.net
Office Phone: 903-757-4455
Cell Phone: 816-651-5936

Support services can be provided both remote or in-person depending on the type of service that is required by the County.

**3.12.15** The system shall have the capability for remote diagnostic to minimize facility visits by provider. Describe your system diagnostic process and tools.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

Please reference Attachment 3 – Service Policies and Procedures.



**3.12.16** Disaster Recovery:

- Describe your disaster recovery system
- Provide will provide redundant data centers. How many data centers do you have? Describe Them.
- How many staff do you have dedicated to managing and operating your data centers?

**RESPONSE: HAS READ, AGREE, AND WILL COMPLY WITH ALL ITEMS ABOVE.**

## NCIC Disaster Recovery Plan

The proposed System is a fully integrated, custom-designed system comprised of both onsite and offsite network components to provide the utmost in network redundancy than standard cloud-based systems. All components for placing calls / video sessions, live monitoring, recording and data collections are located in high security, fully redundant locations in Longview, Texas and Dallas, Texas, with near real-time back up on Amazon Web Services cloud storage.

NCIC is the carrier of record but will use AT&T and Level 3 as underlying providers for terminating calls domestically. NCIC has its own network for terminating international calls and the ICE platform consistently maintains a network uptime of 99.99% due to our unique network architecture.

The ICE platform was the first inmate telephone service to use the Cloud to provide the utmost redundancy and security in call recording and call detail storage. ICE utilizes Amazon's GovCloud services, which are designed to host the most sensitive data, and address the most stringent US government security and compliance requirements. Inmate call recordings are stored in a minimum of 3 separate locations and encrypted in AWS' proprietary encryption code. All call records and system data are backed up in real-time. The call recordings and call detail are immediately copied to Amazon's GovCloud for off-site redundancy. Access to AWS GovCloud services is limited to vetted account holders that must be held by US citizens.

Our co-location facility in downtown Dallas, Texas with Equinix (www.equinix.com/data-centers/) handles up to 100% of our live data traffic in the case of an outage at our primary facility in Longview, Texas. On an average day, our network operates at 25% of capacity, running on 1 Gig of bandwidth with 4 separate bandwidth providers (AT&T, CenturyLink, Cogent and Conterra Networks). In 2016, we started a major network upgrade, mainly in anticipation of the FCC rate ruling which did cause an increase our call counts by about 40% over the following two years. NCIC chose the two diverse Texas locations due to their central locations in the US because of the major fiber hubs and the lack of major weather disturbances, earthquakes, or potential terrorist activity.

First and foremost, our focus is on disaster prevention. NCIC is willing to offer a Service Level Agreement (including penalties for non-performance) to alleviate any concerns to our customers. There are 6 levels of disaster recovery to guarantee Tier 1 carrier-grade services (99.99+% uptime):



1. Our core strength is running our platform on a RAID 6 array of asterisk (Dell PowerEdge) servers, upgraded in the summer of 2018. Our primary site utilizes over 40 separate switching and database servers just for handling call and video visitation traffic. We utilize separate and diverse bandwidth providers to ensure network redundancy. AT&T is our primary and Conterra (formerly Network Communications) is our secondary provider, for a total of over 1 Gig of bandwidth. Each server is run on its own separate UPS/Battery backup which is, in turn, connected to a Blue Star 150kVA generator with two diverse natural gas providers for fueling. This new generator also includes remote monitoring features to keep operations staff informed of its status 24x7x365. Our Longview, TX data center has 3 separate air-conditioning units to ensure optimal temperatures year-round.

2. Our secondary site, co-located with Equinix in downtown Dallas, offers us a virtual mirror of our primary Facility, utilizing 21 separate switch servers and capable of carrying 100% of our data network load. We utilize Cogent as the bandwidth provider allowing us a 4th diverse bandwidth provider with another 300megs of bandwidth. We utilize two new Dell PowerVault servers for the database which allows real-time back up between the primary and secondary facilities. Equinix offers auxiliary generators and multiple air-conditioning units.

3. For secure, tamper-resistant call recording storage, we have gone a step further than our competitors and utilize Amazon's Simple Storage Service (S3), which provides us with a minimum of 3 data bunkers located throughout the USA to provide encrypted storage of call recordings and call detail for up to 5 years. Amazon Web Services allows us to maintain our PCI compliance standards, CPNI Compliance, along with their CJIS Compliance, ensuring the utmost security covering our customers and their data.

4. We utilize four separate outbound providers to terminate our calls, allowing us network redundancy in the case of regional network interruptions. We utilize AT&T and Level 3 as primary, Network IP and First Data Communications as our secondary providers. We utilize THINQ to manage the dynamic routing between AT&T and Level 3 communications, meaning we can change network routing within seconds in the case of a regional outage by any of our providers. Our fourth provide is our own proprietary, international networks built out in Latin America.

5. SolarWinds/Orion Network Management interface allows us real-time network monitoring with alerts to our Network Operations Center indicating bandwidth outages at specific jails within 5 minutes of interruption.

6. In response to the possibility of having to shut down our call center during the Pandemic in March of 2020, NCIC developed a web-based call center platform whereby our customer service representatives are able to work remotely limiting any impact of natural disasters that may



impact our physical call center in Longview, Texas. We were able to actively use the system during a severe winter storm in January 2022, whereby we issued secure laptops and noise-cancelling headsets to our call center staff which first conducts a speed test and network quality test, then creates a Virtual Private Network into our redundant call center platforms located in Longview, Texas and secondary location in downtown Dallas, Texas and were able to continue operation for approximately 12 hours.

Our primary data center, in Longview, Texas, located in downtown is on the same power grid as our main hospital, Christus Good Shepherd Medical Center, is strategically situated in an area with rolling terrain, so not susceptible to flooding. Longview rarely has extreme weather, such as tornados, hurricanes or snow/ice storms, earthquakes, etc. so very rarely do we have problems with employees being able to come to work due to extreme weather or natural disasters.

### 3.13 INSTALLATION AND CUT-OVER

**3.13.1** The vendor must provide inmate phone sets, the remote administration station and the automated inmate call control system, install the visitation recording sets, remote system access and the system and insure that they are working properly. This installation is to be completed within sixty (60) days after contract award and full execution.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

The proposed system is a fully functional and maintained inmate telephone system that provides all operational features and system requirements applicable to all calls placed through the system, including local, long distance, and international calling. ICE and the complete system and equipment that support the Facility's call monitoring/security needs includes digital recording technology, network, database, servers, call processors, digital and analog communications circuits, telecommunications capabilities, and other required system functionality. NCIC is responsible for all costs of the proposed system, including installation, at no cost to the County, and fully understands and will comply with the sixty (60) day installation requirement.

**3.13.2** The vendor shall submit a complete and detailed schedule of the time-frame required for installation, including utility coordination, internet service provider installation, training, cut over, and testing. The system must be installed in a manner and under a time-frame designed to minimize disruption of the normal functioning of the facilities.

**3.13.3** If the schedule cannot be met within the 60 days stated above, contractor must propose an installation schedule of events. Failure to state installation time in the bid will obligate the contractor to complete installation so as required in the bid. Extended installation time may be considered when in the best interest of the County.

**NCIC RESPONSE: HAS READ, AGREE, AND WILL COMPLY WITH ALL ITEMS ABOVE.**

NCIC has provided a draft implementation plan which follows a "phased" approach incorporating quality assurance measures to ensure a seamless transition, minimizing the risk of disruption of phone service, and ensuring completion of the project by the desired completion date. The project plan will be modified per agreed upon contract terms and will follow the project plan and template. Please reference Attachment 4 - NCIC's Sample Implementation Plan.



**3.13.4**  Any delay in the implementation schedule that is caused by the County will increase the contractor's time allowance to complete installation but the contractor must submit a complete and detailed schedule of additional time required.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

**3.13.5**  The risk of loss and/or damage will be assumed by the contractor during shipment/travel, unloading, and installation

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

At no time will NCIC hold Cole County responsible for any loss or damage of equipment during shipment, unloading or installation.

**3.13.6**  The vendor must have a plan to provide planned technology upgrades.  Please describe.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

NCIC provides the Facility with all upgrades to the proposed Platform free of charge for the life of the contract and any contract renewals/extensions. This ensures the Facility has the latest and most advanced system available. NCIC releases new updates periodically, with updates, improvements and enhances occurring on a quarterly basis at a minimum. These updates contain new features, improvements, system enhancements and hardware updates. Since the current system runs on centrally located servers, there are no updates that need to be installed at the Facility, thus allowing for seamless product upgrades.

**3.13.7**  The vendor must describe their experience with implementing services detailed in the RFP.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

NCIC has a vast amount of experience in providing inmate communications services in a large range of facilities, of all sizes (from 20 to 2,200 beds). NCIC has successfully implemented all of the types of technologies described in this RFP, maintaining superior customer support and account retention levels. NCIC has developed our approach to inmate communications based on the needs of customers, always ensuring that the systems provided are operating at the optimal levels and maximizing uptake of the communications services.

NCIC has a proven track record in maximizing efficiencies in correctional facilities by replacing older paper-based processes with seamless, integrated solutions to accommodate all kinds of facility needs.

## 3.14  VIDEO VISITATION

**3.14.1**  The vendor must work with the existing provider to determine the exact times when video visitation equipment can be replaced to reduce "down time".

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

If awarded, NCIC will coordinate with the current provider to coordinate and ensure that a seamless transition of services and equipment is in order to reduce downtime of communications at Cole County.



**3.14.2** The vendor must describe, how it performs Cole County's standard system testing to ensure that the proposed video visitation system and its network services are fully implemented and ready to accept visitation traffic and Cole County use. This description must include the provider and industry standard methodologies, procedures and protocols consistent with the video visitation system proposed. The provider must describe what is required of Cole County personnel during the system testing. All hardware, software, software licensing, etc. required to perform this testing must be provided to Cole County at no cost.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

Prior to NCIC's technicians leaving the project site, a thorough Acceptance Testing process is conducted, typically involving a facility walk-through with County staff and personnel, additional testing of equipment (test calls / visits), providing any applicable project or system-related documentation and finally, transitioning to the 'Ongoing Management' stage.

**3.14.3** The vendor is required to provide system testing which simulates normal operating conditions of the installed video visitation to ensure proper performance after hardware and software configuration is complete. This simulation must include full traffic load representative high traffic situations for visitation traffic.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

NCIC will provide all required system testing of all proposed systems, prior to leaving the project site.

**3.14.4** The vendor must agree, in its response, to Cole County's right to require the replacement of any network service or system component whose failure to meet required performance levels, during testing, has risen to chronic problem level.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

NCIC will adhere to Cole County's right to replace any network service or system component which is deemed unable to meet the require performance levels.

### 3.15   CALL MONITORING AND RECORDING

**3.15.1** The proposed system shall maintain all call recordings centrally on SAN storage technology and not use tape drives for storage of call recordings.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

All information and recordings are stored in geographically separate redundant backup locations to ensure 100% reliability. The primary data center is located in Longview, TX and backed up at our "mirror location" in downtown Dallas, TX. As a tertiary level of protection, all recordings and call detail are stored with Amazon's Web Services S3 Cloud. The proposed system was the first inmate communications service to use the Cloud to provide the utmost redundancy and security in call/video recordings and detail storage. It utilizes Amazon's GovCloud services, which are designed to host the most sensitive data, and address the most stringent US government security and compliance requirements.  Inmate call recordings are stored in a minimum of 3 separate locations and encrypted in AWS' proprietary encryption code. All call records and system data are backed up in real-time. The call recordings and call detail are immediately copied to Amazon's GovCloud for off-site redundancy. Access to AWS GovCloud services is limited to vetted account holders that must be held by US citizens.



**3.15.2** All recordings (telephone and video) shall be stored online and available through the online user interface for ninety (90) days.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

All call recordings and system data are backed up in real-time and available through any internet-enabled device. Recordings are available for the duration of the agreement, and longer if required by Cole County.

**3.15.3** Facility personnel must be able to search call recordings by dialed number, date, time, inmate account, or site name and must be able to simultaneously live monitor conversations while the system is recording the conversations.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

Our Call History and Call Detail Reports (CDRs) allow searching by partial destination numbers, call disposition, such as answering machine, no answer, busy line, call denied by caller, call blocked by caller, invalid PIN (when inmates are trying to fraudulently use PINs), invalid destination number, frequently called numbers and over 20 more options.

**3.15.4** The County must be able to block the recording of conversations to certain numbers.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

The proposed system allows for certain visitors to be marked as attorneys, legal counsel and approved medical professionals (for HIPAA compliance). The proposed VVS provides the ability to prohibit the recording and monitoring of private attorney visitation conversations. NCIC takes pride in our management of attorney-client calls and has never been a party to a legal proceeding related to mismanagement of legal video sessions.

**3.15.5** All recorded calls and video must be backed up and geographically disparate to minimize the risk of lost recordings due to a catastrophic system failure. Describe bidder's system backup plan and system redundancy.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

All information and recordings are stored in geographically separate redundant backup locations to ensure 100% reliability. Please refer to the response provided under section 3.15.1.

**3.15.6** Facility personnel must be able to search call recordings by destination number, date, time and inmate name.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

Our Call History reports allow searching by partial destination numbers, by call disposition, such as answering machine, no answer, busy line, call denied by caller, call blocked by caller, invalid PIN (when inmates are trying to fraudulently use PINs), invalid destination number and over 20 more options. Call Detail Records include all fields outlined above, and more.



### 3.16   VIDEO MONITORING AND RECORDING

**3.16.1**   The proposed system must offer both local and remote video visitation capabilities.



**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

The proposed VVS platform allows a visitor to schedule a remote video visit from any personal mobile device, tablet and/or home or public desktop computer with an internet connection through the user-friendly website. Remote video sessions can be made through a desktop, laptop, tablet or mobile device. NCIC recommends using Windows10 or the most recent version of Mac OS as the compatible software.

**3.16.2**   The proposed system must allow staff to monitor in real time any video visitation. Staff must be able to terminate the video visitation at any time.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**



NCIC's proposed InTouch VVS is a proprietary, centralized, web-based application system that provides both on and off-site video visitation, as well as other kiosk-based functions such as inmate messaging, unlimited customizable inmate requests (grievances, PREA, medical, dental, general requests, ICE requests, religious, maintenance, etc.), along with links to various services, such as commissary, Immigration Information Websites, Consular websites, Veteran Services, approved videos, inmate information and finally we offer access to inmate documents and handbooks.

**3.16.3**   The proposed system must use web-based software

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

NCIC's proposed InTouch VVS is a proprietary, centralized, web-based application.

**3.16.4**   The proposed system must record and store data of completed video visitation sessions. All video data must be accessible for play back or download.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

All visit sessions are automatically recorded unless the visitor is flagged as a verified attorney visit (or as otherwise indicated by the facility). All stored visit recordings are available for at least twelve (12) months (and longer if so desired). Video storage is managed in the same fashion as phone recordings to ensure the integrity. All recordings shall be protected from being purged and shall be stored online. Certain recordings can be separated and stored beyond the usual storage time allocation, if needed. Visit sessions are able to be stored in a variety of file formats. Visit sessions and Visit Detail Records are always stored in at least three (3) geographically separate locations to ensure maximum system redundancy. The length of time that recordings are stored is based on the preferences of the County.



**3.16.5** The proposed system must not require a server onsite to store video visitation date.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

The proposed VVS does not require an onsite server in order for it to store video visits and data.

**3.16.6** The proposed system must allow for restrictive permissions that limit individual or groups of inmates to access certain applications per the County's specifications.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

The proposed VVS includes a robust administrative portal which allows specific, authorized County and facility personnel the ability to modify or view any data, privileges, accesses or restrictions pertaining to inmates based on the County's defined administrative rights.

**3.16.7** The proposed system must be optimized for use on a mobile device.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

The proposed VVS is entirely web-based and can be accessed using any mobile device or laptop.

**3.16.8** The Video Visitation System shall provide the ability to monitor conversations in real- time without the knowledge of the participants. It is desired that the Contractor assist Cole County Sheriff's Department with monitoring of live conversations, documenting and notifying Cole County Sheriff's Department if a video visit is terminated.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

InTouch Video Visitation allows for real-time monitoring of live Video Visits, from directly within the web-based User Interface.



As can be seen in the sample screenshot above, the Live Monitoring application is user-friendly, allows for investigators / administrators to mute / unmute one or both sides of the visitation, send wanting messages to one or both participants, and terminate the session if needed.

Functionality within the Live Monitoring feature of the proposed Video Visitation system is available based on user permissions and daily job functions of authorized users.



**3.16.9** The Video Visitation System shall be capable of interrupting a video visitation conference while in progress and the ability to communicate with either one or both participants verbally and/or through text messaging.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

The proposed VVS allows for the Authorized User to monitor all or individual current and completed sessions, and rotate randomly between enlarged sessions in order to catch any untoward or suspicious behavior. Sessions can easily be terminated, if such behavior is observed. The Authorized User has the ability to first display a warning message to one or both parties, prior to termination, if they so choose.

<u>Sending a Warning Message – Screenshot</u>



<u>Terminating a Live Video Session – Screenshot</u>





**3.16.10** The Video Visitation System shall provide the ability to digitally extract and playback historical video conversations.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

Authorized users will have the ability to digitally extract any video recordings and data directly through the proposed system. This is performed through Visits History Tab and investigators will have the ability to select and download an unlimited number of video visits. Users will have the ability to playback recorded conversations and download these records to external media.

<u>Downloading Visit Results Screenshot</u>



**3.16.11** An unlimited number of visitations shall be able to be recorded simultaneously 24 hours per day, 7 days per week and shall be time and date synchronized.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

**3.16.12** The Video Visitation System shall allow Cole County Sheriff's Department the ability to monitor usage and report on usage at a user and facility level.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

Authorized users will have the ability to monitor system usage and report on usage at a user and facility level – this permission is typically only granted to administrative users with superior permissions.

**3.16.13** The proposed video visitation should be secure and built for the correctional environment.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

NCIC's industry-leading, correctional-grade kiosks are suitable for a correctional environment and assembled with longevity in mind. As with all other aspects of NCIC's technologies and service, our correctional kiosks are provided and maintained at no cost to the County. An equipment specification sheet with images can be found on page 90 of this response.



**3.16.14** The proposed system must enable family/friends to schedule both local and remote video visit via a web-based customer portal.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

The proposed VVS platform allows a visitor to schedule a local or remote video visit from any personal mobile device, tablet and/or home or public desktop computer with an internet connection through the user-friendly website.

**3.16.15** The proposed system must give the staff the ability to require approval whenever a family/friend request to communicate with an inmate.

**3.16.16** The proposed system must allow the staff to manage an inmate's list of contacts and approve/deny communication access.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

The proposed VVS allows users to establish and manage approved visitor lists for the entire facility, only selected housing units, or only selected inmates. Only authorized users with the appropriate credentials will be allowed this functionality.

**3.16.17** The proposed system must give the staff the option to require approval whenever a video visitation session is scheduled.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

If required, the proposed system can be configured to provide the option of approving a scheduled visitation session before it is confirmed in the system to both parties. This can be performed on a system wide basis or on a per inmate/visitor basis.

**3.16.18** The proposed system must allow for family/friends to pay per minute for remote video visitation sessions, opposed to purchasing a block of time regardless of how long the video visit session lasts.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

The proposed VVS processes all video visitation sessions to be billed in a per-minute fashion, as opposed to an entire block of time that might only last a minute. This ensures that Friends and Family of inmates are only charged for time spoken.

**3.16.19** The proposed video visitation should allow for the display of the inmate handbook.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

The proposed kiosks are capable of displaying various types of public information such as inmate handbooks, jail rules and regulations, etc.

**3.16.20** The proposed video visitation kiosk should allow inmates to submit request and receive responses.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

The proposed InTouch Inmate Ticketing application exists as the perfect platform for secure internal communications between inmates and facility staff. Inmate ticketing allows for both inmate-initiated and staff-initiated tickets. Agencies can create an unlimited number of ticket types, based on the requirements of each facility. The overall ticketing system can be completely customized based on the requirements of each agency, has full reporting, reminders and escalation functions, and allows for sharing of documents.

**InTouch**
INMATE TICKETING
Powered by NCIC



**3.16.21** The proposed system must offer the staff a ticketing system where they can submit support tickets or ask questions directly to the contractor's support team. Response to these request should be no more than 2 hours from notification/submission. Please explain how support will be maintained for the proposed video visitation system.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

The proposed VVS offers staff with the ability to click on our "Support" button to submit a ticket or question which autogenerates an assigned ticket number. Once this request is received, NCIC staff typically replies within 30-45 minutes to further asses the inquiry. In the event that a hardware issue is being reported and maintenance is required, NCIC will coordinate with and dispatch the assigned local technician.

Upon resolution, the technician conducts on-site testing, notifies the on-site customer contact, and provides ticket documentation for trouble resolution and closure. NCIC technicians are available 24x7x365 and work in a close team environment so they back-up each other on after-hour coverage.

**3.16.22** Recordings shall have capability to be selectively turned on or off through programming by the vendor dependent upon the type of call and other pertinent legal requirements.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

The proposed system allows for certain visitors to be marked as attorneys, legal counsel and approved medical professionals (for HIPAA compliance). The proposed VVS provides the ability to prohibit the recording and monitoring of private attorney visitation conversations. NCIC takes pride in our management of attorney-client calls and has never been a party to a legal proceeding related to mismanagement of legal video sessions.

**3.16.23** Cole County Sheriff's Department desires that all recordings shall be retained by Contractor for a minimum of one year from the date the call was placed.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

**3.16.24** Cole County Sheriff's Department shall retain all rights and ownership of records and recordings.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

**3.17  VIDEO VISITATION – SOFTWARE REQUIREMENTS**

**3.17.1** Software must be updated on a regularly scheduled plan.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

NCIC releases upgrades, updates and feature enhancements to the system periodically, and on an as-needed basis. All upgrades are pushed out "globally" (to all customers using our platform), unless the update is unique to a specific facility.

**3.17.2** Visitation sessions shall connect automatically without any intervention from facility staff. However, the ability to manually connect or re-connect must be offered.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

The proposed VVS is capable of automatically connection visitation session without the need for facility staff intervention. Authorized staff will have the ability to manually connect a visit without the need for scheduling.



**3.17.3**  The system must auto connect without the use of unique identification numbers for visitors or inmates.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

The proposed VVS is able to provide automated connectivity of visitation sessions through the usage of an inmate's PIN and a visitor's registered communications account.

**3.17.4**  It would be beneficial to have the ability to connect the visit manually by staff if a client is not computer savvy.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

The proposed VVS can allow authorized users to manually create an unscheduled visit (referred to within the proposed system as 'Special Visits') without the requirement of entering a registered inmate/visitor account. Only authorized administrators will have the ability to create such visits from within the system.

**3.17.5**  The inmate interface must have a multi-lingual interface (English and Spanish at a minimum).

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

The proposed VVS is multi-lingual, by default (English and Spanish available). If required by Cole County, additional languages can be added / supported, and at no cost.

**3.17.6**  The proposed system must allow Cole County to view and monitor a minimum of 10 concurrent live video sessions. The system must allow for viewing of concurrent live video sessions, both on site and remotely. Please describe this process and state how many concurrent live video sessions the County is able to monitor at one time.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

The proposed Video Visitation System (VVS) allows for recording and viewing of live video visitation session through the VVS Console. In addition, all previously recorded visits may be viewed in the Video Visitation reporting function unless there are restrictions that prohibit the recording and monitoring of certain calls, such as attorney-client privilege. Multiple users can monitor simultaneously, without affecting the performance of the system, and without the parties on the session being aware of the monitoring. Authorized users can monitor up to 14 live video visitation sessions on one single page.

**3.17.7**  The proposed system must be able to automatically or manually rotate between concurrent live video visitation sessions with the ability to terminate a video session for inappropriate or suspicious behavior.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

The proposed VVS allows for the Authorized User to monitor all or individual current and completed sessions, and rotate randomly between enlarged sessions in order to catch any untoward or suspicious behavior. Sessions can easily be terminated, if such behavior is observed. The Authorized User has the ability to first display a warning message to one or both parties, prior to termination, if they so choose.



**3.17.8** The proposed system should provide web-based visitation scheduling for authorized users (Agency staff, attorneys, the public) utilizing any standard web browser.

> **NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

The proposed VVS user interface was written using the newest technology in web tools and is compatible with any Windows-based computer and various web browsers including Internet Explorer, Chrome (recommended), Safari and Firefox. All functions of the proposed system are accessible 24/7/365 via any internet-enabled computer, tablet or smart-phone allowing authorized users access throughout the platform based on their level of access authorization.

**3.17.9** The proposed system must display pending visits to Cole County Staff and to those incarcerated.

> **NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

The proposed system is able to display pending / upcoming visits to Facility personnel, and to inmates in a common housing area. No sensitive information is displayed, as part of this.



**3.17.10** The proposed system must have a single portal search for video and call record.

> **NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

**3.17.11** The proposed system must be able to automatically detect if remote visitor's computer system meets minimum requirements for system connectivity.

> **NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

The proposed system requires a webcam camera with a microphone and speaker in order to meet the minimum visitation requirement from a computer and will notify visitors if anything is missing.

**3.17.12** The proposed system must allow family, friends, attorneys, etc. to easily schedule onsite video visits using an onsite terminal, a smartphone or tablet, or web browser.

> **NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

Visitors are able to schedule onsite video visits directly through the onsite kiosks, any mobile device or through a desktop browser.



**3.17.13** The proposed system must allow family, friends, attorneys, etc to easily schedule offsite video visits to be conducted on both Android and Apple smartphones.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

Visitors are able to schedule offsite video visits directly through any smartphone, tablet, or laptop.

**3.17.14** The proposed system must require visitors to provide a government issued ID with a photo and birth date (i.e. driver's license) during registration for Agency staff approval prior to scheduling a visitation session.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

The proposed VVS is able to be subject to whatever level of authentication as required by Cole County. This can include that the visitor provide a government-issued photo ID. The proposed system allows visitors to capture and upload their photo ID to system for authentication and approval.

**3.17.15** Visitor's must be able to pay for the video visitation session using either a credit card or debit card. However, the County must have the ability to offer visits at no charge to attorney's, clergy, Public Defenders, Probation/Parole, Pretrial Services and other state agency personnel.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

Visitors will have the ability to pay for their video visitation sessions using a credit or debit card. Free visitation allowances are also extremely granular and can be associated with inmate PINs, specific phones/housing areas, or special visitors such as attorneys, parole officers, etc.

**3.17.16** The proposed system must only display timeslots that meet Cole County policies.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

**3.17.17** The proposed system must have the ability to block or restrict visitation during specific time frames due to holidays, attorney visits or pretrial services.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

The proposed VVS is capable of blocking out specific time frames or days due to holidays, attorney visits, or pretrial services. The system is entirely customizable to block out any times or dates desired by the County.

**3.17.18** The proposed system must allow users or County Staff to change personal information (i.e. addresses, phone numbers, ID numbers).

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

The proposed system allows for users to change their personal information directly through our site.

**3.17.19** The proposed system must send an email to a visitor when a visit is scheduled, modified, or cancelled.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

The proposed VVS is able to send text/email notifications to the outside party (visitor) when a visit is scheduled, modified or canceled. Outbound notifications are able to be customized based on the requirements of the County / Facility.



**3.17.20** The proposed system must offer customizable set duration for each visit.

> **RESPONSE: READ, AGREE, AND WILL COMPLY.**
>
> Visit / session durations are customizable based on the specific requirements of Facility administration, and can be tailored to specific housing areas, inmate classifications, or down to the specific inmate PIN. Unlike certain other systems in the industry, the proposed system does not force the inmate and visitor to participate in the entire block of the session (and pay for the entire block). Visit sessions are able to be paid for on a per-minute basis.



**3.17.21** The proposed system must provide a visual warning message to inform the visitor that the session will be ending in 2 minutes or provide a visual countdown timer.

> **RESPONSE: READ, AGREE, AND WILL COMPLY.**
>
> The proposed VVS is able to display an onscreen countdown clock depicting the time remaining on each visitation session.

**3.17.22** The proposed system must provide different levels of permissions to facility staff users based on user type.  For example:
- Administrators:  Create/manage/edit – Users, schedules, visitation rules, download recorded sessions, etc
- Users: Create/manage scheduled video visits, living monitoring sessions, approve/deny visitors
- Read-only users: Can only view scheduled visits

> **RESPONSE: HAS READ, AGREE, AND WILL COMPLY WITH ALL ITEMS ABOVE.**
>
> The proposed VVS is password – protected and access is provided only by the appropriate user credentials. Individual levels of access can be granted to each specific Authorized User. Authorized Users will have a secure user login (username and password), allowing them to access the system based on their security level remotely, via the Internet. Users can securely perform all functions of the system, including live monitoring, monitoring live sessions, blocking/unblocking visitors, terminating live sessions, visit history searches, managerial reporting or any other function needed in real-time.



**3.17.23** The proposed system must require a unique username and password that will allow the facility user access based on their allowed permissions.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

**3.17.24** The proposed system shall provide specific information for tracking inmate and visitor activities and patterns by, at a minimum, the following criteria:

(a) Inmate ID Number
(b) Session ID
(c) Appointment ID
(d) Inmate First/Last Name
(e) Visitor Name
(f) Date and time of visit
(g) Inmate video visitation station; and location/housing unit
(h) Daily, weekly, and monthly visits statistics

**NCIC RESPONSE: HAS READ, AGREE, AND WILL COMPLY WITH ALL ITEMS ABOVE.**

The proposed system is capable of tracking and logging all information listed above which can be audited by authorized users.

**3.17.25** The proposed system shall provide an audit trail/logs of all activity (i.e., user login times and locations, which users have scheduled/modified/cancelled a visit, etc.).

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

The proposed VVS provides an audit trail of all activity within the system including user login times and IP addresses, specific user scheduling cancellations/modifications, page views, etc.

**3.17.26** The proposed system should allow for an interface with or data retrieval from Cole County Offender/Inmate Management System.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

All aspects of the proposed VVS for Cole County will be properly interfaced, in real-time, with the applicable Facility systems, such as the Inmate Management and Commissary Systems. This ensures seamless movement of critical inmate data between disparate Facility systems, in order to maximize the use of the systems and minimize the administrative workload of Facility personnel.

**3.17.27** The proposed system must use the same inmate identification number as created by the Jail Management System to identify the inmate on the video visitation system.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

**3.17.28** The proposed system must automatically cancel a visit if the inmate's visitation eligibility status changes, the inmate is moved to a location which doesn't allow or doesn't have visitation available or the inmate has been locked down or the inmate has been released.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

The proposed VVS automatically cancels any pre-scheduled visits in the event that an inmate is moved to a location which doesn't allow visitation,  is released or if their active status has changed.



**3.17.29** The proposed system must send an email cancellation notification to the visitor if a visit is cancelled.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

The proposed VVS provides visitors with notification by email/text in the event that their scheduled session has been cancelled.

**3.17.30** The proposed system will provide for an exclusion list which allow Cole County to set visitor·exclusions (i.e., visitor A is allowed to visit with anyone in the jail excluding one or more selected inmates) because they are known gang affiliates, contraband smugglers, etc.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

The proposed VVS allows users to establish and manage approved visitor lists for the entire facility, only selected housing units, or only selected inmates. Visitation restrictions can be placed on specific visitors so that unwanted communication is prevented. Only authorized users with the appropriate credentials will be allowed this functionality.

**3.17.31** The proposed system must provide cancellation/interruption capabilities. The Cole County Staff must be able to interrupt ongoing visits and send email and document why the session was cancelled according to facility visitation policy violations.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

Authorized users will have the ability to broadcast written warning messages to an inmate, a visitor or both, during an ongoing visit. These messages will be displayed on the inmate kiosk or the visitor's screen and will disappear after a few seconds, allowing the visit to continue.

**3.17.32** The proposed system shall provide authorized administrative users the ability to do searches and create reports.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

The proposed InTouch Video Visitation system allows users to track, research and investigate visitation·history from within the web-based platform. Available search parameters include visitation date, visitor, inmate, and more. The proposed VVS includes a comprehensive range of reporting capabilities, including a set of "canned" reports that are commonly used by Facility personnel. Reports are both investigative and managerial / financial in nature. Additionally, NCIC will deploy our experienced Reporting experts to design and make available any custom reports as required by Cole County. The following reports are available to authorized users from the proposed VVS application:

- Visit History Reporting
- User Activity Reporting
- Ticket Usage Log Reporting
- Inmate Document Log Reporting
- External Service Log Reporting
- Inmate Message Log Reporting





**3.17.33** The proposed system must provide a way to display and filter scheduled visits to staff so they know where and when an inmate needs to be available for pending video visits.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

The proposed system is able to display pending / upcoming visits to Facility staff, and to inmates in a common housing area.

**3.17.34** The proposed system must allow for visitation recording.
**3.17.35** Visit must be recorded by user type.
**3.17.36** Recorded visits must be searchable and viewable.
**3.17.37** Recorded visits must be stored for 90 days.
**3.17.38** Cole County must be able to lock certain recordings such that they will not be purged as part of the standard retention duration.

**NCIC RESPONSE: HAS READ, AGREE, AND WILL COMPLY WITH ALL ITEMS ABOVE.**

All visit sessions are automatically recorded unless the visitor is flagged as a verified attorney visit (or as otherwise indicated by the facility). All stored visit recordings are available for at least twelve (12) months and longer if so desired. Video storage is managed in the same fashion as phone recordings to ensure the integrity. All recordings shall be protected from being purged and shall be stored online. Certain recordings can be separated and stored beyond the usual storage time allocation, if needed. Visit sessions are able to be stored in a variety of file formats. Visit sessions and Visit Detail Records are always stored in at least three (3) geographically separate locations to ensure maximum system redundancy. The length of time that recordings are stored is based on the preferences of the County.



**3.17.39** Recorded visits must be able to be downloaded into a standard video format (e.g. MP4).

> **NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

**3.17.40** Recorded visits must be backed up daily to at least two off-site, environmentally controlled data centers.

> **NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

**3.17.41** Authorized personnel must be able to quickly and easily schedule visitation sessions.

> **NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

The proposed VVS can allow authorized users to manually create an unscheduled visit (referred to within the proposed system as 'Special Visits') without the requirement of entering a registered inmate/visitor account. Only authorized administrators will have the ability to create such visits from within the system. Additionally, the system can allow for inmates to initiate video sessions if it is of interest for Cole County to enable this feature.

**3.17.42** The system must provide visitation rules capabilities that allows for configurable rules to be established in order to encourage usage and minimize the number of people in the lobby. Visitation rules shall be as follows:

(a) Inmate is allowed one (1) on-site visits per week.
(b) Inmate is allowed three (3) remote visits per week.

> **NCIC RESPONSE: HAS READ, AGREE, AND WILL COMPLY WITH ALL ITEMS ABOVE.**

The proposed VVS is entirely customizable to meet the individual requirements of Cole County and can be configured to only allow a certain number of on-site and remote visits per week. This can be applied by specific inmate, housing units, or facility wide.

In addition, the proposed VVS / Kiosk solution allows for the entry of a customized digital banner, allowing Authorized Users / Facility administration the ability to broadcast messages to the inmate population or to kiosks in the public lobby areas. Messages can either be broadcasted at a facility-wide level, or to specific housing areas. This allows for "Message of the Day" functionality, such as changes in visitation hours, special menu updates, etc. Please refer to the screenshot on the following page.





**3.17.43** The proposed system must be able to communicate with the video hardware at the time of a scheduled visit so that the visitation session will automatically commence without staff involvement.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

The proposed VVS is able to be configured in a manner that allows for sessions to connect automatically OR can require Officer / Staff involvement. This configuration is completely up to the Facility administration and can be customized down to the specific housing area, or even to the individual inmate PIN.

**3.17.44** The proposed system must have visitation recording capabilities. The proposed system must also have the capability of not recording those visits for attorney, probation and parole and others as identified by County Staff.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

All visit sessions are automatically recorded unless the visitor is flagged as a verified attorney visit (or as otherwise indicated by the facility). All stored visit recordings are available for at least twelve (12) months and longer if so desired. Video storage is managed in the same fashion as phone recordings to ensure the integrity.

**3.17.45** The proposed system scheduling of video visitation sessions must be able to be performed through a vendor's custom app, a mobile smartphone, or tablet or web browser.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

NCIC allows for system scheduling directly through our mobile application "NCIC Mobile Video Visitation", any tablet, or web-browser.



**3.17.46** The proposed system must have been successfully installed and functional in a facility in similar size to Cole County.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

NCIC has implemented our VVS in various agencies in similar size to Cole County. Please refer to our customer references shown on page 123 of this response.

**3.17.47** The proposed system will be used by attorney, County staff, including probation and parole, as well as the public and will allow for the scheduling and management of on-site and remote visitation sessions.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

**3.18 KIOSK REQUIREMENTS:** The proposed system must provide a kiosk functionality that allows for multiple capabilities. These capabilities shall be available for us as predetermined scheduled times outlined by the County and must be customizable to the exact feature. These functionalities must perform as follows:

**3.18.1** Ability to place inmate telephone calls.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

The proposed kiosks will be capable of placing standard inmate telephone calls, if so desired by Cole County.

**3.18.2** Ability to upload PDF documents such as an inmate handbook or any other document deemed necessary at Cole County by the Cole County Staff.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

Facility personnel are able to utilize the 'facility documents' function to upload any pertinent documents such as the jail handbook, Rules and Regulations, rehabilitative programs, PREA information.





**3.18.3**  Ability to allow a drop down menu from home screen for inmates to access multiple languages.

**XXNCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

The proposed VVS is multi-lingual, by default (English and Spanish available) and inmates will have the ability to select their preferred language by selecting from a listing of languages from the drop down menu. If required by Cole County, additional languages can be added / supported, and at no cost.

**3.18.4**  Ability to allow access to commissary ordering for the inmates.

**XXNCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

All aspects of the proposed VVS for Cole County will be properly interfaced, in real-time, with the applicable Facility systems, such as JMS and Commissary. The proposed kiosks can allow for display of commissary products where inmate can directly place their commissary orders as well as see their available balance.

**3.18.5**  A fully functional video visitation capability fully compliant with the specifications outlined in the RFP.

**XXNCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

**3.18.6**  Ability to provide a sick call application to submit illnesses.

**XXNCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

The proposed VVS application includes an industry-leading Grievance request module which allows inmates to submit electronic grievances and medical requests to either all personnel or specific users in charge of grievances or medical requests. These requests can be managed and responded to by Facility personnel. The software is configurable to allow a Medical Request schedule, limit the number of open Medical Requests, Medical Requests per month, for a specific number of days, and notify Medical staff via email and/or fax. In addition, the system can integrate with the facility's Medical provider in order to send Sick Call slips directly to the Medical provider without intervention from the facility's. Within the platform, the facility or designated Medical staff can:
1.  Assign to Medical staff users
2.  Assign to a Medical category
3.  Add Admin notes
4.  Update status
5.  Request additional information from the inmate
6.  Reassign to the Non-Medical (grievance/request system)
7.  Print with or without notes
8.  View History
9.  View inmate
10. View all Medical Requests relating to the inmate



Shown below is a screenshot depicting a grievance/ticket request.



**3.18.7** Inmate forms and grievance submission capability that will:

(a) Allow an inmate to place know grievance requests.

(b) All authorized facility staff to review and respond to grievances through the inmate Telephone Platform user interface.

(c) Allow for assignment to other facility staff.

(d) Track the response time for grievance resolution that can be customized so County name specifications can be viewed and staff can view any excessive time periods for grievance resolution.

(e) All inmates to track and review all active and closed grievances/request through the kiosk.

**NCIC RESPONSE:** HAS READ, AGREE, AND WILL COMPLY WITH ALL ITEMS ABOVE.

The proposed Grievance request module allows for an appeal / escalation feature, as well as date/time stamping of all communications so that timeliness of responses can be tracked, for compliance purposes. These requests can be managed and responded to by Facility personnel and can also be re-assigned to appropriate Facility staff. The implementation of an electronic grievance system, including all expected escalation capabilities, and replacing paper-based processes, reduces Facility liability related to inmate complaints about grievances not being responded to / addressed in a timely manner.







(f) Provide a method for an inmate to appeal a grievance.

**NCIC RESPONSE:** READ, AGREE, AND WILL COMPLY.

The proposed Grievance request module allows for an appeal / escalation feature, as well as date/time stamping of all communications so that timeliness of responses can be tracked, for compliance purposes.

(g) Ability to keep all forms for the life of the contract – even after the inmate is released.

**NCIC RESPONSE:** READ, AGREE, AND WILL COMPLY.

All submitted forms are logged and stored in the system for the life of the Agreement, if not longer.



(h) Ability to set a limit on the type of forms submitted per day.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

The ticketing system is configurable to limit the number of form types that can be submitted in a daily period.

(i) The inmate platform on the kiosk must allow the ability for Cole County to present customized terms and conditions as a condition for inmates to accept prior to accessing services on the kiosk including the ability to verify acceptance.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

The kiosk software provides Facility staff the ability to create and display standard /custom terms and conditions to the inmate upon logging in. They can also be configured to require an inmate's acknowledgement in order to continue.

(j) If changes are made to the facilities terms and conditions, the inmate platform must allow the ability to force the inmate to re-accept the new terms and conditions.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

(k) The system must provide an audit log of the inmate events (accepted or rejected) of the terms and conditions with the ability to export.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

The proposed system allows for users to audit inmate events and activity, including the ability to see if an inmate accepted or rejected the terms and conditions.

(l) The system must allow for staff to initiate a conversation with an inmate.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

The proposed ticketing system allows authorized users to initiate written conversation with an inmate directly through their login device. These conversations will be displayed to the inmate on their kiosk.

**3.18.8** Methods to avoid inmate monopolization of terminals:

(a) The proposed kiosk must have a method for conflict resolution which will give both verbal and visual warnings as to pending, approved and scheduled events. Some form of warning should notify an inmate prior to placement of a call of the time allowed to place a call should it be less than the standard duration allowable. Conflict resolution must be configured such that certain scheduled communication events (i.e. video visitation, attorney visitation sessions) take priority over unscheduled communication events (i.e. telephone calls).

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

Upon installation, all housing units will be listed by which kiosks are available for which inmates as labeled by their housing area. The scheduler is built with sophisticated tracking to know which kiosks are available based on the schedule put in place for each housing unit and how many visits are available at one time. This prevents the occurrence of scheduling conflicts for video sessions. Shown on the following page is a screenshot depicting scheduling options.





(b) The kiosk must allow for the ability to multitask whereas the inmate can perform multiple functions at the same time. For instance, an inmate could be on the phone with their family/friends while reading the inmate handbook or placing a commissary order, or entering a request.

**NCIC RESPONSE: HAS READ, AGREES, AND WILL NOT COMPLY.**

**The proposed system currently only allows for inmates to perform one function at a time. However, NCIC is currently developing a method to implement this feature while ensuring that all applications and activity are properly monitored.**

3.18.9   The ability to print all inmate requests at once in a report format. Report(s) must include the inmate's questions and the staff's response.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

**All inmate requests and grievances are able to be exported and printed directly through the system to include all involved conversations.**

3.18.10 The ability to search key words in the inmate request.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

**The proposed VVS currently allows for searching of specific key words in inmate grievances.**

**3.19   VIDEO VISITATION – HARDWARE REQUIREMENTS**

3.19.1   The kiosk must be able to access the web-based application and be enabled for touch screen inputs.

3.19.2   The kiosk must have a built in camera.

3.19.3   The kiosk must have a detention-grade audio handset

3.19.4   The proposed system shall be a complete TCP/IP-based system. All video and audio streams between the terminals, visitors, and management equipment (servers) shall be transmitted over TCP/IP Ethernet. Systems that utilize analog audio/video matrix switching systems are not acceptable.



3.19.5   The proposal must consist of inmate terminals connected over a 100 Mbps dedicated Ethernet, network so that any terminal.

3.19.6   The proposed system must be able to access the video visitation solution via local area network (LAN) or via a broadband internet connection using an android or apple smartphone or tablet or computer or laptop with web camera.

**NCIC RESPONSE: HAS READ, AGREE, AND WILL COMPLY WITH ALL ITEMS ABOVE.**

**The proposed VVS has been designed specifically for use in a correctional environment, sturdy, robust, with no exterior removable components. The top surface of the kiosk is angled in order to prevent inmates from placing drinks and other items on top of the units, which are moisture resistant. Neither NCIC nor our Facility customers have encountered any limitations of the proposed VVS. Shown below are the typical specifications pertaining to the equipment:**

---

**EQUIPMENT SPECIFICATION SHEET / VIDEO VISITATION DESCRIPTION**

The NCIC video visitation kiosk offers touch-screen input and is made of a rugged 16-gauge steel shell that contains small openings for cooling and ventilation – there are no exterior removable parts. The NCIC kiosk employs a heavy-duty armored swivel handset that is hearing-aid compatible, and has an anti-static receiver. The NCIC kiosks are designed to be wall mounted in its structure by being securely bolted. Aside from wall mounted kiosks, NCIC also provides correctional facilities with a portable kiosk option that can be easily transported to provide video communication and a range of other inmate applications.

The interior of the proposed kiosks contain a powerful encrypted CPU and monitor designed to be secure and ideal for a correctional environment.



**FEATURES**
- **Polywell Mini PC**
  CPU : Intel Celeron Quad core @ 2.0Ghz
  Ram : 4 Gb
  Storage : 32gb SSD
- **Kingtouch Monitor**
  17-inch touch screen
  Tempered shatterproof touch panels
- **Cameras**
  Microsoft LifeCam cinema 5.0 Mega Pixels
  ELP-USBFHD06H-MF80 2mp USB Camera
  (8MM manual focus lens, 3m USB cable, without microphone)
- **Handsets**
  24inch and 32 inch swivel handsets
- **Video Visitation Unit Shells**
  17-inches wide, 19-inches in height and 6-inches in depth
- **Kiosk Shells**
  19-inches wide, 11 ½ inches in depth, 59-inches in height, with a 22-inch x 21-inch base plate

**Environmental Specifications**
- **Min. Operating Temperature: 32°F / 1.7°C
  Max. Operating Temperature: 90°F / 32.2°C
  Operating Relative Humidity: 8% to 90%**



---

3.19.7   The proposed system must allow more than three (3) remote visitations at the same time.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

**The proposed VVS is capable of allow an unlimited number of remote video visitation sessions.**



**3.19.8** The proposed system should allow more than one (1) remote visitation from a single IP address at the same time. For example, Pretrial Services have four (4) officer that need to visit with inmates at the same time.

**NCIC RESPONSE: HAS READ, AGREES, AND WILL NOT COMPLY.**

The proposed VVS does not currently allow for multiple visitors to connect to a single visit. The proposed VVS would require multiple parties to be in one single room using a single camera and microphone to visit simultaneously. Should NCIC be awarded, we will commit to the development of this feature within a certain timeframe.

**3.19.9** The proposed system at a minimum must utilize:
(a) High quality video using low bandwidth
(b) Video Standards: H.264
(c) Video Transmission Speeds: 65 kbps – 2 mbps
(d) Wide range of video resolutions and bit rates: CIF (352 X 288 pixels), SIF (352 X 240 pixels), QCIF (176 X 144 pixels)

**3.19.10** The proposed system must be designed for:
(a) Up to 30 frames per second of high quality video at 384+ Kbps.
(b) Up to 15 frames per second of high quality video at 64 – 320 Kbps.
(c) Constant or variable bit rate and frame rate.

**NCIC RESPONSE: HAS READ, AGREE, AND WILL COMPLY WITH ALL ITEMS ABOVE.**

The proposed VVS hardware is entirely inclusive of all the specifications listed above, meeting or exceeding all stated requirements.

**3.19.11** The proposed system must provide end to end encryption for all video visitations.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

All video visitation sessions shall be encrypted to ensure that all sessions are tamper-free.

## 3.20   DIGITAL DOCUMENTS AND FORMS REQUIREMENTS

**3.20.1** The proposed system must offer the ability for inmates to securely submit any form.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

Inmate forms can be securely submitted securely through the proposed kiosks; only authorized users will have access to see these forms.

**3.20.2** The proposed system must allow the staff to create notification groups of users to receive certain forms.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

The proposed VVS application allows inmates to submit electronic grievances and medical requests to either all personnel or specific users in charge of grievances or medical requests.

**3.20.3** Inmate form submission and reporting must have the capability to only be accessible by users approved to read, respond, and approve specific forms assigned to approved users.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

Only authorized users with specific set permissions will have the ability to read, respond to and approve specific forms.



**3.20.4** The proposed system must allow for the device used by inmates to take a photo whenever a form is submitted.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

The proposed system does not currently have this feature. Should the County require this as an active feature, NCIC will begin the process of development upon award.

**3.20.5** The proposed system must allow the staff to download a digit file and print any submitted form.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

All inmate requests and grievances are able to be exported and printed directly through the system to include all involved conversations.

**3.20.6** The proposed system must allow the staff to type and send a response to any submitted form to be accessible by the inmate.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

Authorized staff will have the ability to send typed responses to an inmate's submitted form.

**3.20.7** The proposed system must allow the staff to restrict the quantity of forms an inmate can submit.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

The ticketing system is configurable to limit the number of form that an inmate can submit during a specific period of time.

**3.20.8** The proposed system must allow staff to translate forms submitted by inmates in a language other than English.

**NCIC RESPONSE: HAS READ, AGREES, AND WILL NOT COMPLY.**

The proposed system does not currently have this feature. Should the County require this as an active feature, NCIC will begin the process of development upon award.

**3.20.9** The proposed system must allow the staff to create any form to be available on inmate devices without any interaction from the vendor.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**



**3.21 INMATE TABLETS.** The tablets must have the following settings, descriptions, etc. as listed below:

**A.** Built specifically for correction facilities, with round corners, transparent care, and firmly fastened using security screws.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

The proposed tablet has a heavy-duty exterior which is specifically designed for a correctional environment, allowing it to withstand a shock and/or drop test onto concrete. NCIC has used similar grade materials to the kinds used in bullet resistant glass, windows in correctional facilities, military applications, etc. This case protects the tablet from tampering, general damage, and contraband storage. NCIC has only allowed access through this secure case to critical hardware buttons such as the power button, volume buttons, and home button.



The proposed Inmate Tablet solution operates on a dedicated Wi-Fi network that does not allow access to external networks, websites or applications. The tablet's wireless solution has various components that can be either wired to an extended switched ethernet network or can be fully meshed with other existing access points. At no time, will inmates be able to access the Operating Systems of the proposed Inmate Tablet solution. Prior to being deployed in correctional facilities, the proposed Tablets are subject to strenuous Penetration Testing methodologies to ensure that they are suitable for deployment in a correctional environment.

**B.** Inmates must have immediate access to content they request (no waiting on downloads).

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

The proposed Tablets are capable of offering video visitation services, standard inmate phone calling, messaging, grievances/ticketing, educational & rehabilitation program services, entertainment services, commissary ordering, inmate handbooks, law library, medical/mental health sick call requests; digital mail services; email messaging services, and various other services. All content is available to the inmate without the need to download.

**C.** Option for charging stations or locked changing cabinets.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

All tablets will be stored and charged in mobile charging carts allowing for secure storage and easy transport. Charging carts can be wheeled between pods to allow for maximum distribution of tablets in areas equipped with secured wireless connectivity. The charge cart itself simply plugs into a wall outlet when it is time to charge the tablet devices; otherwise, it can be rolled between pods without exposed cords or wiring. This prevents any inmate access to electrical componentry or wiring. The proposed tablets are able to be charged using a variety of charging apparatus including handheld, portable and wall-mounted



options. Shown below are several examples of available charging options.

## NCIC Static Tablet Charging Station Options



**D.** Free content for life skills videos, e-books and common-core material for high school equivalency testing.

**E.** Fee-based text and photo messaging.

**F.** Fee FM radio with access to purchase music.

**G.** Movies for rental.

**H.** Free pre-loaded games.

**XNCIC RESPONSE: HAS READ, AGREE, AND WILL COMPLY WITH ALL ITEMS ABOVE.**

NCIC strongly believes in widespread accessibility of educational opportunities for those who are incarcerated. Because of this, we believe a truly impactful tablet program requires free and continuous access, irrespective of inmate's ability to pay or socioeconomic status. There are many tablet programs that focus on a revenue generating model, requiring inmates to "pay to play." These programs that charge inmates to access content and entertainment (such as movies, games, music, e-books, etc.) often see significantly lower engagement rates.



Our Educational & Entertainment Suite helps students realize that incarceration is their opportunity to find a path forward instead of a brief pause from their struggles outside of your facility. These thoughtful courses were designed for detainees struggling with mental health issues, grief, anxieties and addictions. Your efforts to offer these meaningful programs will help your community curb recidivism by providing encouragement to your detainees and their families.

The students' user IDs are integrated with our communications suite, simplifying and streamlining the login process, by allowing the same logins for all features of our platforms.

Our Educational & Entertainment Suite blends over 20,000 classes and videos into key courses, such as:

- Parenting
- Anger Management
- Addiction Awareness and Control
- Management of Anxieties
- Substance Abuse
- Communications Skills
- Confidence Building
- Time Management
- Computer Skills
- Work Skills
- Religious Programming
- Language Programs
- Math Skills
- Reading Comprehension
- Recharge for Reentry program to help detainees engage in meaningful communications with family, friends and each other.

I.    Free Law Library.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

NCIC is proposing a complete, comprehensive Law Library solution at zero cost to the County (and of course, no cost to inmates). NCIC has researched Law Library providers that also offer robust resources for Federal inmates, and by partnering with Fastcase (https://www.fastcase.com/) for provision of legal resources for Cole County, we are ensuring that inmates at the Facility will have optimal access to these resources. The application allows for inmates to research past legal cases, constitutions, statutes, regulations, etc. Below are a few key points that are available to inmates:

<u>Citation Analysis</u> - Identify the most authoritative cases in results, every time. Fastcase integrates citation analysis into search results, telling you how often each case in your results list has been cited. It's like Shepardizing or KeyCiting each case in search results, except that you can see the results automatically integrated into search results. Now you can sort the most seminal case to the top of the list, with one click. Only Fastcase offers this powerful tool.



**Smart and Fast Results** - Fastcase's powerful sorting algorithms bring the best results to the top of the list every time – making research powerful, fast and easy. Search results are listed in relevance order by default, but you can re-sort the list to fit your research, to prioritize what's important to you in every search. Sort in date order, highest court first, alphabetical order, or most cited cases at the top of the list. Fastcase's powerful sorting tools make it easier and faster to find the cases you need, no matter what kind of research you're performing.



**J.** Vendor is responsible for program implementation, including delivery and installation of all required infrastructure.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

NCIC will remain responsible for all system implementation, including all deliveries and installation of necessary infrastructure.

**K.** Free headphones.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

NCIC will provide a free pair of headphones with each tablet device, as a



standard. If headphones are lost or damaged, inmates will be able to purchase a replacement pair through the commissary vendor.

**L.** Vendor to state the cost of rental of device for the inmate and any revenue-generating component.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

NCIC is proposing to offer all tablet equipment at <u>no cost to Cole County</u> or inmates. Our proposed tablets allow for revenue generating services such as video visitation, e-messaging, and standard phone calling. All other services and entertainment will be offered to inmates for free.

### 3.21.1 TECHNICAL SPECIFICATIONS.

**A.** Minimum of 1 GB Ram.
**B.** Minimum of 32 GB Storage.
**C.** Minimum screen size of 7 inches.
**D.** Rechargeable Lithium battery.
**E.** Video format to support MP4, 3GP, AVI, RM, etc.
**F.** Audio Format MP3, MP2, OGG, AAC, M4A, AMR, FLAC, APE, WAV
**G.** Picture format – JPG, BMP, PNG

**NCIC RESPONSE: HAS READ, AGREE, AND WILL COMPLY WITH ALL ITEMS ABOVE.**

### 3.21.2 INMATE MAIL/PHOTOS

**A.** Messages/photos to arrive in real time, to be reviewed and approved by staff.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

NCIC is capable of providing a secure, integrated Inmate Messaging application which is able to be provided through the Inmate Kiosks and tablets. Inmate messages are subject to a range of security features, including:

✓ Ability to detect certain keywords within messages. The proposed system offers a standard dictionary of common keywords, and also offers the ability to supplement that standard dictionary with local slang and colloquialisms.
✓ Ability to quarantine messages based on whether keywords are detected, or whether they contain attachments, etc. Quarantining the messages would delay delivery until facility review. Quarantining can be done based on inmate or outside party, particular kiosk being used, etc.
✓ Ability to limit the number of characters / lengths of the messages. This can be done based on inmate or outside party, particular kiosk being used, etc.
✓ Ability to run warrant checks based on outside parties signing up for the messaging.
✓ Ability to send an email or text alert to designated investigators when certain messaging occurrences happen.

Shown on the following page is a screenshot depicting the proposed Inmate Messaging application.





Additionally, NCIC is also pleased to offer our state of the art Mail Scanning system which is a part of our InTouch Suite. NCIC was prompted to develop our industry-leading Mail Scanning system  after several NCIC Facility customers came to us, looking for a solution to a dangerous problem. Incoming physical mail has traditionally been one of the primary methods used to introduce dangerous illicit drugs and other contraband into correctional facilities. By intercepting the incoming physical mail and converting it into digital format for secure delivery to inmates, NCIC's Mail Scanning application disrupts the flow of incoming contraband such as harmful drugs which are commonly soaked into paper, greeting cards, envelopes, and stamps. All scanned mail is performed on a real-time basis and is available to the inmate almost immediately.

InTouch Mail Scanning significantly reduces the workload faced by Facility personnel, because under the typical deployment, all physical mail intended for the Facility is re-routed to a secure off-site mail processing center which was designed specifically for the purpose of receiving, sorting, scanning and managing large volumes of physical mail destined for correctional facilities. Deployment of the InTouch Mail Scanning system involves instructing friends and families of inmates to send all mail to a particular P.O. Box for delivery to NCIC, rather than to the Jail facility. NCIC helps with this



process by providing informational flyers and posters for display throughout the facility, as well as posting the information on the Sheriff's or Jail's website.

Upon arrival at NCIC's secure mail processing center, our highly trained personnel sort mail by Correctional Facility and carefully scan all qualifying mail (see requirements for acceptable mail on the attached document) for electronic delivery to the intended inmate's secure message center using the unique identifier for each inmate (e.g. SO number, Jacket number, Booking number, etc.), accessible by the NCIC Inmate Tablets inside each housing area within the Facility. The front of the envelope is scanned in along with the contents of the envelope (letter, postcard, etc.), so that inmates can see all aspects of their mail (and for investigative benefit). Upon logging into the Inmate Tablet with their own unique PIN and PIN2, inmates will be notified in their "Message Center" if they have any messages awaiting them, including scanned mail. Not to mention, digital delivery is more environmentally friendly than traditional mail delivery.

NCIC's InTouch Mail Scanning application benefits all involved parties - improving the communications experience for inmates and their friends and families, increasing safety within correctional facilities while decreasing the workload for Facility personnel and streamlining facility operations by reducing paper-based processes.

**B.** Vendor is responsible for program implementation, including delivery and installation of all required infrastructure.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

NCIC will remain responsible for all system implementation, including all deliveries and installation of necessary infrastructure.

**C.** Messages/photos must be archived for future recall and investigation.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

All electronic message conversations are automatically stored and auditable through the system. Investigators will have the ability to filter search for specific messages and export/download any conversations.

Additionally, all scanned mail and photos are stored in the system and are also auditable by authorized investigators. Please refer to the Mailbox screenshot shown on the following page to see how this is offered to Facility staff through the proposed system.





**D.** Messages typed in Spanish must be easily translated.

**NCIC RESPONSE: HAS READ, AGREES, AND WILL NOT COMPLY.**

At this point in time, the proposed system does not contain the ability to translate typed conversations.

**E.** Staff must have the ability to approve or reject any message or individual photo.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

The proposed system is configurable to ensure that all messages or photos are flagged for approval before being delivered.

**F.** Vendor to state the cost and any revenue-generating component.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

NCIC's proposed e-messaging system is provided at no cost to the County. Details regarding our proposed rates for e-messages and commissionable payment to the County can be found on pages 130 – 132 of this response.

NCIC's proposed mail scanning feature is offered at no cost to the inmates or the County – there is no revenue generating component with this service.

## 3.22 TRAINING

**3.22.1** Vendor shall provide onsite training to the Cole County staff in system administration, operation, and reporting to the satisfaction of Cole County. Training thereafter can be remote or, if requested by the County onsite at no cost to the County.

**3.22.2** The vendor must have the ability to provide initial and ongoing training through multiple options such as live training and web-casting, as well as having an online help system integrated into the system.

**3.20.1** Describe the training program including a description of topics covered and any applicable documents.

**NCIC RESPONSE: HAS READ, AGREE, AND WILL COMPLY WITH ALL ITEMS ABOVE.**

NCIC provides free, comprehensive training to all customers and will provide free recurring training as needed and/or requested by Cole County. Facility Administrators, along with any County staff who will have access to the



equipment and the system interface are thoroughly instructed on how to use the proposed platform. Staff will receive hands-on training to ensure they are properly acquainted with the new system. Training can be provided over multiple days and shifts to ensure all Facility staff has a chance to participate, if needed. All staff will be provided with a detailed syllabus, as well as a training manual. In addition, the proposed ICE platform also offers the Documentation section where users can search for features to obtain instructions; there are more than thirty (30) brief "How To" videos.

NCIC will provide on-site training based on staffs' areas of expertise, including, but not limited to:
• System administration, operation, and reporting
• Investigative features for investigative staff

Initial on-site training is provided during the implementation and is included as part of the overall project plan. NCIC will work with Cole County to identify who is to be trained along with the type of training the staff is to receive (e.g., Administrator, Operation, Reporting, Investigative).

A hands-on demonstration and training are provided to all necessary individuals to ensure they are properly acquainted and familiar with the new system. Training will be provided over multiple days and shifts to ensure:
• All staff can attend;
• Trainings are provided for the staff's area of focus (e.g., administration, investigation);
• Smaller class sizes; and
• To accommodate the staffs' schedules.

On-demand, ongoing training will be available via Phone/WebEx, or on-site if preferred by Cole County. Phone/WebEx training can be done same day in the case of emergency, and all ongoing refresher training is provided at no cost to Cole County. Please see the sample training agendas below:






Additionally, as mentioned above, Authorized Users are abler to access a large range of brief "How To" videos, covering various common functions of the proposed system. Please see example screenshots that follow:



## 3.23   PAYMENT OPTIONS

**3.23.1**   The proposed system shall allow automated operator collect calling.

RESPONSE: READ, AGREE, AND WILL COMPLY.

The proposed system offers automated collect, pre-paid collect, and debit calls. The pre-paid collect application supports prepaid collect international calls to any country, in addition to domestic calling. Calls to Canada, Mexico and Puerto Rico, a majority of international calling, can be processed as automated collect calls; all other countries require prepayment. The proposed system is the only one in the industry that allows traditional collect calling to these countries.

**3.23.2**   The proposed system shall provide a debit account for inmates' families and other approved parties.

RESPONSE: READ, AGREE, AND WILL COMPLY.

The proposed system is capable of providing all operational features and system requirements applicable to all calls placed through the system, including local, long distance, interstate and international calling. The platform is capable of processing collect, pre-paid collect, pre-paid card, debit, authorized free, and speed dial calls.





Additionally, NCIC recommends an integrated, cardless Debit program, allowing inmates to seamlessly transfer funds from their Trust / Commissary account, to their inmate (Debit) calling account.

**Account Funding Options**
Prepaid Collect and Direct Billing/Postpaid



In addition to the above inmate-funded options, all friends and family members can easily establish and fund their own pre-paid collect account, which can easily be managed online or via telephone. NCIC's approach of minimizing ancillary fees and maximizing the amount of funds available for actual calling is the main reason that NCIC completes more calls and generates more commissionable revenue than *every* other provider in the industry.

**3.23.3**  The proposed system shall allow inmate family/friends to set up an account directly with the vendor.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

Please reference immediate previous response.

**3.23.4**  All prepaid calls will be subject to the same restrictions and features as standard inmate collect calls.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

Security and investigative features of the proposed system are available regardless of how the calls are billed.

**3.23.5**  The called party shall be provided an option to request cost of the call prior to accepting the charges.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

Called parties are provided the option of hearing and repeating the rate quote during the call setup process, before the called party accepts the call. Unlike other providers in the industry, the proposed system does not have a call greeting sequence that makes it difficult to receive a rate quote, nor do we configure our prompt/greeting sequence to deceitfully steer consumers (called parties) to more expensive "Single Payment" billing options.

**3.23.6**  The vendor shall have a system in place that will allow inmate families and friends to set-up alternate billing methods directly with the vendor.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

NCIC utilizes our customer service toll-free number as the caller ID on each call, so that family members can easily contact us for further questions about their accounts, recharges and/or refunds. NCIC can provide posters, pamphlets and flyers that can be distributed in the lobby of the jail for family members, and we can post simple instructions next to our phones so the inmates can understand how to place calls prior to placing their first call. A webpage is also available for account funding and management with low, defined fees to establish accounts.



The proposed system uses a <u>live</u> operator to handle the prepaid collect account set-up process for friends and family, our process results in a higher amount of completed calls/revenue than allowing collect to cell phones at higher prices. The called party can immediately connect to a live bi-lingual customer service representative in order to set up an account, while the inmate is on hold waiting to be connected. The use of a live operator versus an awkward automated system increases the percentage of successful account set-ups and decreases confusion about establishing an account.

**3.23.7**  Two of the methods the County would like to see offered are:
(a)  The vendor should have a system in place that will allow inmate families and friends to set-up an account directly with the vendor.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

NCIC's experienced, friendly, bi-lingual Call Center Representatives are able to assist customers in setting up a Pre-Paid Collect account. NCIC prefers to use a live operator for every initial call, versus forcing the called party through a cumbersome, awkward IVR (which seems to be the standard in the industry). Since Pre-Paid Collect accounts don't require a credit check, NCIC simply accepts all major Credit and Debit cards. Payments can also be made via check, Money Order, MoneyGram and Western Union. Once a Pre-Paid Collect account is established, it can easily be maintained and replenished by phone or via our user-friendly website.

(b)  The vendor should have an advance payment system. This system should allow customers to prepay for calls from the facility.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

Upon acceptance of a call, the system notifies the called party that they can easily establish an account by pressing 0 for a live operator. Upon pressing 0, while the inmate is on-hold, the called party is immediately routed to a live bilingual operator (based in the US) without need to navigate cumbersome IVR prompts. Use of a *live* operator for every initial call increases the acceptance rate of calls from inmates, it ensures the safety of the called party, who is often driving when they receive their first call from their incarcerated family member, and our live representatives are much more compassionate than an IVR since this first call is often when the called party finds out their friend or family member is in jail.

**3.23.8**  Vendor must offer family/friends options to accept payment to fund accounts. Options must include the following:
(a)  Money Orders
(b)  Lobby Kiosk
(c)  Booking Kiosk
(d)  Direct Trust Fund integration for debit calling

**NCIC RESPONSE: HAS READ, AGREE, AND WILL COMPLY WITH ALL ITEMS ABOVE.**

Friends and family members have the option to add funds to their account using a variety of methods listed above and including the following:
- Bank Card (all major credit/debit cards)
- Money Order
- Western Union



- Valid Pre-Paid Debit Card
- MoneyGram

Inmates have the option to pre-pay for telephone calls through the following means:

<u>Integrated, Cardless Debit:</u> An integrated debit system whereby inmates have the option to transfer funds from their commissary or trust account, directly through the inmate telephone system. Funds are made available immediately for calling. Integrated, cardless debit can be provided at no cost to Cole County and promotes maximum utilization of the inmate telephone system.

<u>Physical Pre-Paid Cards:</u> Traditional pre-paid calling cards that can be sold to the inmate by the facility and used for pre-paid calling.

**3.23.9**  Vendor must offer the ability for inmate family/friends to accept and pay for a single call with a credit/debit card without the need to establish an account or transfer to customer service.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

NCIC offers Bank Card Collect calling which allows the family to bill to a card for a single call without having to establish an account. NCIC prefers to not offer any excessively-priced 'Single Payment' calls. Should Cole County insist on allowing a 'Single Payment' call product, NCIC will provide it at the same low, per-minute rate as all other calls.

**3.23.10** Vendor must all calls to cell phones and have an ability to establish accounts for such customers.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

The proposed ITS allows calls to cell phones and CLECs to process the same as all other calls, so upon acceptance of the call, it notifies the customer they can easily establish an account by pressing 0 for a live operator. Upon pressing 0, while the inmate is on-hold, the called party is immediately routed to a live bilingual operator (based in the US) without need to navigate cumbersome IVR prompts (the preferred methodology of most ITS providers). Use of a live operator increases the acceptance rate of calls from inmates, it ensures the safety of the called party, who is often driving when they receive their first call from their incarcerated family member, and our live representatives are much more compassionate than an IVR since this first call is often when the called party finds out their family member is in jail.

**3.23.11** Vendor must allow family/friends to deposit non-fixed amounts.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

**3.23.12** Vendor must allow family/friends electronic deposits/payments to calling accounts in real-time upon receipt of payment.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

NCIC provides friends and family members to deposit money into inmate



phone or commissary accounts in real-time, allowing the inmate access to funds.

### 3.24 EQUIPMENT

**3.24.1** The proposed inmate telephone system shall be a turnkey telephone system and service.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

The proposed system is a fully turnkey inmate communications platform and service solution which includes all technologies and network requirements requested by Cole County.

**3.24.2** The equipment shall have reinforced cords of a length determined by the County which may vary based on the installation location.

**3.24.3** All vendor equipment must comply with applicable guidelines set forth in the Americans with Disabilities Act (ADA).

**NCIC RESPONSE: HAS READ, AGREE, AND WILL COMPLY WITH ALL ITEMS ABOVE.**

The NCIC phone employs a heavy-duty armored handset that is hearing-aid compatible, and has an anti-static receiver. The phone's housing is made of durable 14-gauge stainless steel which is ideal for a correctional environment – there are no exterior removable parts and hardware is in full compliance with ADA requirements. Our proposed phones offer volume control and have a rubber seal to prevent moisture from entering through the back of the phone. NCIC has developed our own phone to include buttons that are 100% larger than standard inmate phones, allowing visually-impaired inmates to more easily see the numbers and letters on the keypads. Further, the phones are easier to use in low-light conditions, as the numbers and letters are over 100% larger than traditional phone keypads. Shown below are several variations/examples of our standard ITS hardware.



**3.24.4** The proposed equipment and system shall be scalable to meet the county's growing needs.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

NCIC's proposed equipment and system is a scalable platform that can easily be upgraded to accommodate Cole County's growing needs.

106 | P a g e



**3.24.5** Vendor equipment shall include backup power in the event of temporary loss of commercial power.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

All equipment is connected to a network-enabled Uninterruptible Power Supply (UPS) backup in order to prevent down-time during power failures or conversations from power to generator. The UPS units allow for remote power management by our Network Operations Center (NOC) for up to four (4) hours. In an effort to guard against VoIP router outages, we utilize UPS battery backup units, which also provide surge protection.

---

### EQUIPMENT SPECIFICATIONS / UNINTERRUPTIBLE POWER SUPPLY

An Uninterruptible Power Supply (UPS) unit protects the AdTran equipment in the event of a power outage.

<u>UPS Specifications:</u>
- Manufacturer: APC
- Model: BE650G
- Dimensions: 7.09" x 11.18" x 3.39"
- Nominal Input Voltage: 120V
- Input frequency: 50/60 Hz
- Input Connections: NEMA 5-15P
- Active Network Diagnostics

<u>UPS Environmental Specifications:</u>
- Operating Temperature: 32 - 104 °F (0 - 40 °C)
- Operating Relative Humidity: 5 - 95 %
- Storage Temperature: -15 - 45 °C
- Storage Relative Humidity: 5 - 95 %



---

**3.24.6** The vendor shall provide non-coin, inmate telephones composed of durable equipment suitable for jail environments.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

Please reference 3.24.2 and 3.24.3 responses above.

**3.24.7** The proposed system must be able to utilize the current PCs that are available at the County. The vendor must provide two (2) PC's and monitors for the visitation monitoring.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

All features and functionality of the proposed system are accessible via any Internet enabled computer, tablet or smart-phone allowing authorized administrators' access throughout the platform based on their level of password security. By use of HTML5, our interface and call monitoring application are accessible without downloading any foreign software and can be easily accessed through a variety of devices. Our interface also works on all available browsers: Chrome (preferred), Internet Explorer, Safari and Firefox. Current internet-accessible PCs can be fully utilized. If required by Cole County, NCIC will furnish the County with additional suitable computer workstations through which to access the platform.



**3.24.8** The proposed system shall have the ability, as authorizes by the Sheriff's Office, to monitor live or listen to previously recorded calls remotely without the need to interface directly with the Sheriff's network.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

All calls can be monitored simultaneously and covertly by multiple users, without affecting the ability of the system to record calls, or the quality of the call audio for the call participants (inmate and called party). Live Monitoring on the platform allows for all calls to be monitored and call activity to be viewed in real-time. The live monitoring feature allows the authorized user to sort monitoring/call history by a large variety of search criteria.

Our web-based HTML5 player allows users to move back and forth within the call, as well as increase/decrease the playback speed, allowing users to significantly reduce work-time in listening to call recordings. All the information can be sorted real-time and calls can be easily terminated with a single click of the mouse, if required.

**3.24.9** The proposed system user interface shall be based on security level and password protected.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

The proposed ITS allows for allocation of user access levels in a very granular fashion. Facility or agency administrators can be provided with superior permission levels which allow them to manage the login/permissions provided to other Authorized Users. Permission levels can be granted based on the daily job duties and tasks each User needs to perform. Authorized Users are able to be provided with the same secure Username and Password for all proposed applications, allowing them to access the system(s) based on their security level remotely, via the Internet. Authorized Users can securely perform all functions of the system, including live monitoring, listening to recorded calls, blocking/unblocking numbers, terminating calls, PIN administration, call history searching, or any other function needed in real-time (based on their individual level of system access/permission).

**3.24.10** All vendor equipment shall comply with FCC regulations

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

All equipment meets or exceeds applicable FCC licensing, rules, and certification regulations. FCC FRN# and other certification-related documents are available upon request. NCIC proudly operates with calling rate and fee structures which meet or exceed the requirements of the FCC and various State regulatory bodies.

**3.24.11** The proposed equipment and system shall be scalable to meet the County's growing needs.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

**3.24.12** Vendor equipment shall include backup power in the event of temporary loss of commercial power.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

All equipment is connected to a network-enabled Uninterruptible Power Supply (UPS) backup in order to prevent down-time during power failures or conversations from power to generator.



**3.24.13** Disclose, with percentages clearly shown, what work is or will be subcontracted, and what work is or will be performed by the Vendor's employees.

**NCIC RESPONSE:** READ, AGREE, AND WILL COMPLY.

No aspect of the proposed solution will be outsourced to subcontractors and 100% of the required work will be undertaken by direct NCIC employees.

**3.24.14** Indicate your firm's ability to provide authorized users detailed reporting tools to include but not limited to the following information:

- a. Phone Location Originating call
- b. Time of call
- c. Telephone number called
- d. Most frequently called numbers
- e. Length of call
- f. Identify numbers called from a specific telephone
- g. Identify telephone numbers called by a specific inmate
- h. Alarm number status
- i. Alarm a telephone number and allow automatic recording of the call
- j. Multiple calls from different inmate phones to the same number

**NCIC RESPONSE:** HAS READ, AGREE, AND WILL COMPLY WITH ALL ITEMS ABOVE.

A comprehensive package of web-based reports is offered meeting and exceeding the items noted above with no special reporting tools needed to view or download detailed live and historical call detail and revenue information. If Cole County desires custom reports, NCIC will create custom reporting and can automate reports to email desired recipients as needed. Reports are available for inmate calls, with a variety of search options, inmate detail and statistics, destination number statistics, destination number associations, daily/monthly revenue reports and user activity reporting. Please also reference the sample reports provided in section 3.11.5 on Page 51.

**3.24.15** Indicate your systems ability to allow authorized user access to system User Utilities from any Windows XP based PC that has access to the internet.

**NCIC RESPONSE:** READ, AGREE, AND WILL COMPLY.

All features and functionality of the proposed system are accessible via any Internet enabled computer, tablet or smart-phone allowing authorized administrators' access throughout the platform based on their level of password security. By use of HTML5, our interface and call monitoring application are accessible without downloading any foreign software and can be easily accessed through a variety of devices. Our interface also works on all available browsers: Chrome (preferred), Internet Explorer, Safari and Firefox. Current internet-accessible PCs can be fully utilized.



## 4.0 FEES, RATES, AND FACILITY COMMISSIONS

**4.1   FEES, RATES, AND COMMISSIONS**

**4.1.1**   The system will need to have the capability to inform the called party of the call cost prior to acceptance.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

Called Parties are provided with an accurate, transparent rate quote prior to call acceptance.

**4.1.2**   The rates charged to users shall not exceed the tariffs as mandated by the Public Utilities Commission for all services. Please provide a copy of the rates that will be charged.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

Please reference NCIC's proposed Calling Rates and Compensation on pages 130 – 132. The calling rates being proposed by NCIC are considerably lower than the rate caps mandated by the applicable regulatory bodies.

**4.1.3**   The vendor shall be responsible for the collection of charges for fraudulent or otherwise uncollectible calls.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

NCIC is providing a robust, monthly commission structure that does not include any deductions or withholdings for uncollectible revenue, fraudulent calling, chargebacks, etc.

**4.1.4**   The vendor shall be responsible for any and all billing disputes, claims, or liabilities that may arise in regards to its provision of this contract.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

NCIC will remain responsible for any and all billing disputes, claims, or liabilities that may arise. NCIC never applies any withholdings or adjustments for bad debt, fraudulent calling activity, uncollectible charges, theft, etc.

**4.1.5**   Vendor billing to called parties must include the vendor information and a toll-free telephone number to resolve billing disputes.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

NCIC provides our toll-free customer service phone number (800-943-2189) as the caller ID on all inmate calls. This makes it easier for the Called Party to contact NCIC Customer Support in order to set up or manage their NCIC communications account or ask questions about the service.

NCIC directly handles any customer complaints, this function is not outsourced and remains an in-house operation. NCIC enjoys the lowest rate of customer complaints in the industry, due to our use of low calling rates and minimal fees. In every instance of displacing a competitor in a facility, the incoming complaints are drastically reduced. Any complaints that are received, are handled professionally and diligently, typically within two (2) minutes.



**4.1.6**  Billing charges shall begin when the calling party is connected to the called party and shall be terminated when either party hangs up. Incomplete calls such as network intercept recording, busy signals, no answers, refusal of calls, answering machine pick-ups, etc. shall not be billed.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

The proposed system uses a sophisticated answer detection algorithm which can distinguish between standard and artificial telephone tones, standard SIT tones, busy signals and even answering machines/voicemail to ensure accurate call answering, prevent erroneous billing and subsequent complaints. This technology helps to ensure that only customers who actively accept a call are connected and billed.

**4.1.7**  Describe the full procedures for billing.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

The proposed system is completely centralized, allowing call records to be immediately available for real-time call-rating. The rating engine utilizes a robust and accurate real-time tax calculation solution designed specifically for the communications industry. When a call is completed the rated and taxed Call Detail Record (CDR) is placed in our calling database. If the call is pre-paid, the transaction is immediately posted to the pre-paid account and the available balance is reduced by the cost of the call. If the call is Collect, the CDR is submitted to the Local Exchange Carrier (LEC) or BSG Clearing for billing and collection. Upon successful submission to appropriate entities for billing, via FTP or other secure connection/file applications, the records are marked as billed. CDRs are stored and backed up daily.

**4.1.8**  Under no circumstances will the commission rate be adjusted lower than the rate agreed to at the contract award, nor will the County be obligated to renegotiate any portion of this contract as a result of an increase to the commission rate.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

NCIC has always paid commissions based on TRUE Gross Revenue, and will do so in this case.

**4.1.9**  The commission rate shall be based on Gross Billed Revenue. Bidder shall include a detailed analysis as to how they determine and define gross revenue. Including examples of consumer deposits from all points of sale, the fees they pay, the dollar amount available for a call given the deposit, and the amount that the County is commissioned after the dollar amount has been used from an accepted call.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

NCIC will pay Cole County an agreed upon commission percentage for all revenue generated through the proposed inmate communication systems. NCIC's method for calculating Gross Revenue is simple, due to our use of truly per-minute calling rates. Gross Revenue is calculated simply by multiplying the number of completed minutes by the agreed-upon per-minute calling rate. Please see sample Commission Report shown on the following page:



| Call Date | Call Count | Total Minutes | Call Revenue | Commission Rate | Commission Paid |
|---|---|---|---|---|---|
| 3/1/2020 | 2,556 | 24,887 | $4,977.40 | 58% | $2,886.89 |
| 3/2/2020 | 2,486 | 25,867 | $5,173.40 | 58% | $3,000.57 |
| 3/3/2020 | 2,578 | 24,867 | $4,973.40 | 58% | $2,884.57 |
| 3/4/2020 | 2,688 | 28,654 | $5,730.80 | 58% | $3,323.86 |
| 3/5/2020 | 2,564 | 28,957 | $5,791.40 | 58% | $3,359.01 |
| 3/6/2020 | 2,458 | 23,457 | $4,691.40 | 58% | $2,721.01 |
| 3/7/2020 | 2,587 | 21,587 | $4,317.40 | 58% | $2,504.09 |
| 3/8/2020 | 2,654 | 25,847 | $5,169.40 | 58% | $2,998.25 |
| 3/9/2020 | 2,344 | 23,587 | $4,717.40 | 58% | $2,736.09 |
| 3/10/2020 | 2,435 | 24,122 | $4,824.40 | 58% | $2,798.15 |
| 3/11/2020 | 2,894 | 26,877 | $5,375.40 | 58% | $3,117.73 |
| 3/12/2020 | 3,102 | 32,544 | $6,508.80 | 58% | $3,775.10 |
| 3/13/2020 | 2,998 | 31,587 | $6,317.40 | 58% | $3,664.09 |
| 3/14/2020 | 2,957 | 30,522 | $6,104.40 | 58% | $3,540.55 |
| 3/15/2020 | 2,875 | 29,587 | $5,917.40 | 58% | $3,432.09 |
| 3/16/2020 | 2,769 | 28,557 | $5,711.40 | 58% | $3,312.61 |
| 3/17/2020 | 2,866 | 28,956 | $5,791.20 | 58% | $3,358.90 |
| 3/18/2020 | 2,789 | 27,548 | $5,509.60 | 58% | $3,195.57 |
| 3/19/2020 | 2,755 | 26,593 | $5,318.60 | 58% | $3,084.79 |
| 3/20/2020 | 2,731 | 27,542 | $5,508.40 | 58% | $3,194.87 |
| 3/21/2020 | 2,865 | 29,847 | $5,969.40 | 58% | $3,462.25 |
| **Totals** | **56,951** | **571,992** | **$114,398.40** | | **$66,351.07** |

*NCIC Inmate Communications*
*Call Commission Summary*
From Date: 03/01/2020 00:00:00  To Date: 03/21/2020 23:59:59
Report Run Date: 04/02/2020 10:43:21

(The above Sample Report is not indicative of the commission offer for Cole County)

NCIC charges only low, per-minute rates with no connection fees, surcharges or inflated "First Minute" rates. Therefore, the applicable Gross Revenue for each traffic month is calculated simply by multiplying the number of completed minutes by the applicable per-minute calling rate. Applicable facility commission can then be found by applying the commission percentage to the Gross Revenue amount.

Example Numbers Only:
- **Per-Minute Rate: $0.25**
- **Agreed-Upon Commission Percentage: 50%**
- **Number of Completed Minutes During Month: 500,000**
- **Gross Revenue for Month: $125,000.00**
- **Applicable Commission per Month: $62,500.00**

NCIC always adheres to the appropriate regulations relative to Inmate Calling Services ("ICS"). During the recent ICS regulatory proceedings, NCIC contributed heavily by submitting data and evidence in support of the fact that low calling rates and minimal fees can result in an equitable scenario for all parties; allowing a fair inmate calling environment for inmates and their friends and families, while also providing a reasonable return to the correctional agency.



**4.1.10** Consumer Fees: The County believes in providing fair and affordable services to friends and family. The bidder must disclose all possible consumer fees if the bidder's proposal is selected. This includes bidder's fee and third-party fees. The County may reject proposals if all potential fees are not fully disclosed. This would include, but is not limited to, any and all deposit fees, transfer fees, refund fees, account maintenance fees, billing fees, paper bill fees, monthly access fees, etc.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

All proposed fees are in line with the fees allowed by the FCC and various State regulatory bodies. At no time will NCIC ever assess any fees outside of what is agreed upon and approved. NCIC does not charge any account maintenance fees, billing fees, paper bill fees, or monthly access fees. Please see the following fee table.

| INMATE COMMUNICATION SYSTEM – FEES | |
|---|---|
| **CHARGE/FEE NAME** | **AMOUNT** |
| LIVE OPERATOR TRANSACTION FEE: | $5.95 |
| AUTOMATED OPERATOR & WEB TRANSACTION FEE: | $3.00 |
| REFUND FEE: | $0.00 |

Worth noting: NCIC is not proposing any "Single Pay" call products, as part of our overall proposal for Cole County (we simply do not offer them). Under the *existing* arrangement at Cole County, the commissionable revenue is being eroded by these Single Pay call products, which are offered by Cole County's incumbent provider. These call types typically have a non-commissionable Transaction Fee of $3.00, which only serves to confuse friends and families, and erode the commissionable calling revenue. NCIC's preference is to make it very easy for called parties to access a live operator, in order to set up a Prepaid Account and take advantage of the low, per-minute billing.



## 5.0 COMMISSION STRUCTURE

**5.1**   Commission Structure. Please provide information on the commission structure. Include the following within your response:

**5.1.1**   What is the percentage of commission you will pay Cole County? Failure to state proposed commission percentage will result in rejection of proposal.

**RESPONSE: READ, AGREE, AND WILL COMPLY.**

NCIC is proposing a <u>Sixty-Five (65%) percent commission</u> on all ITS generated revenue and a <u>Twenty-Five (25%) percent commission</u> on all VVS and messaging generated revenue. Please see pages 130 – 132 for additional details on our proposed offer.

**5.1.2**   Explain in detail the method used to calculate revenue to the County (e.g., gross revenue, adjusted gross revenue, net revenue).

**RESPONSE: READ, AGREE, AND WILL COMPLY.**

NCIC will pay Cole County an agreed upon commission percentage for all revenue generated through the proposed inmate communication systems. NCIC's method for calculating Gross Revenue is simple, due to our use of truly per-minute calling rates. Gross Revenue is calculated simply by multiplying the number of completed minutes by the agreed-upon per-minute calling rate.

**5.1.3**   State applicable deductions from Gross Revenue before calculating the County's revenue (i.e., uncollectible calls, total calls, access lines charges, clearing house charges, RBOC, LIDB, etc.).

**RESPONSE: READ, AGREE, AND WILL COMPLY.**

NCIC is providing a robust, monthly commission structure that does not include any deductions or withholdings for uncollectible revenue, fraudulent calling, chargebacks, etc.

**5.1.4**   Method of reporting the calculation of the County's commission payment.
   (a) Provide samples of proposed reports.
   (b) Is there a charge for customized reports?
   (c) If yes, provide amounts.

**RESPONSE: HAS READ, AGREE, AND WILL COMPLY WITH ALL ITEMS ABOVE.**

NCIC's method for calculating Gross Revenue is simple, due to our use of truly per-minute calling rates. Gross Revenue is calculated simply by multiplying the number of completed minutes by the agreed-upon per-minute calling rate. There are no charges for providing Cole County with customized reports.

Shown on page 51 of this response is a detailed listing of sample reports that are available to Cole County.

**5.1.5**   Describe collection procedures.

**RESPONSE: READ, AGREE, AND WILL COMPLY.**

Virtually the entire billing process is automated. Calls are rated using a real-time call-rating engine. The rating engine includes an industry standard telecommunication-taxing engine, which includes all



applicable taxes based on all elements including bill type and termination point. Upon call completion, the rated and taxed Call Detail Record is placed in our calling database. Inmate Call Engine is centralized (equipment not kept on-site) therefore records do not have to be downloaded from an on-site processor at the facilities making them available immediately, improving accuracy and speed. If the call is prepaid, the transaction is posted real-time to the prepaid account and the available balance is immediately reduced by the cost of the call. If the call is collect the CDR is sent to the local billing entity for consumer payment. A database of all CDRs is stored and backed up daily.

NCIC has an agreement for LEC billing with BSG Clearing. This agreement has been in place since 1997. NCIC also has several direct LEC billing agreements throughout the US and Canada. NCIC developed and maintains its own in-house prepaid collect billing platform.

**5.1.6**   What type of reports are available to Cole County to audit commission payments? Provide samples of reports.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

NCIC takes pride in complete transparency with regards to all Revenue and Commission reporting. All Revenue/Commission reporting is able to be verified and validated through the monthly Call Detail Records (CDRs) which are able to be easily exported directly from the web-based platform at any time, and can also be scheduled to be sent at pre-configured intervals (such as at the beginning of each month, for the prior traffic month).

<u>Screenshot – Total Revenue Reports</u>

| G Destination Number | H Dest City/State | I Duration | J Charges | K Disposition |
|---|---|---|---|---|
| 214245▪▪▪ | Dallas, TX | 520 | $2.25 | COMP: Prepaid - Destination |
| 214245▪▪▪ | Dallas, TX | 107 | $0.50 | COMP: Prepaid - Destination |
| 214245▪▪▪ | Dallas, TX | 175 | $0.75 | COMP: Prepaid - Destination |
| 214245▪▪▪ | Dallas, TX | 48 | $0.25 | COMP: Prepaid - Caller |
| 214245▪▪▪ | Dallas, TX | 42 | $0.25 | COMP: Prepaid - Caller |
| 214245▪▪▪ | Dallas, TX | 77 | $0.50 | COMP: Prepaid - Caller |
| | | | **TOTAL CHARGES: $4.50** | |

**5.1.7**   Cole County requires detailed reports of placed, accepted, local, and long distance calls.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

NCIC's proposed Call History reporting is able to provide custom searching based on placed, accepted, local, and long distance calls.

**5.1.8**   Describe the procedure for handling uncollectible revenue. State whether this expense reduces County commission and, if so, specify in what manner.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

NCIC is providing a robust, monthly commission structure that does not include any deductions or withholdings for uncollectible revenue, fraudulent calling, chargebacks, etc.



**5.1.9**   Describe the procedure for billing:
(a) Describe your billing process and who handles billings
(b) Will there be any handling fees charged to the County?
(c) Are there any deductions from revenues?

**NCIC RESPONSE: HAS READ, AGREE, AND WILL COMPLY WITH ALL ITEMS ABOVE.**

The proposed system is completely centralized, allowing call records to be immediately available for real-time call-rating. The rating engine utilizes a robust and accurate real-time tax calculation solution designed specifically for the communications industry. When a call is completed the rated and taxed Call Detail Record (CDR) is placed in our calling database. If the call is pre-paid, the transaction is immediately posted to the pre-paid account and the available balance is reduced by the cost of the call. If the call is Collect, the CDR is submitted to the Local Exchange Carrier (LEC) or BSG Clearing for billing and collection. Upon successful submission to appropriate entities for billing, via FTP or other secure connection/file applications, the records are marked as billed. CDRs are stored and backed up daily.

There are no handling fees charged to Cole County or its constituents.

NCIC is providing a robust, monthly commission structure that does not include any deductions or withholdings for uncollectible revenue, fraudulent calling, chargebacks, etc.

**5.1.10**   Provide vendor proposed calling rates for local, intraLATA, interLATA, and interstate calls.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

NCIC has provided a detailed overview of our proposed calling rates which can be found on pages 130 – 132 of this response.

**5.1.11**   Describe all Vendor patents your company holds or has developed. Please supply patent information for proposed equipment or software, where applicable to the inmate telephone system.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

NCIC has entered into mutual patent sharing and licensing agreements with multiple service providers covering over 230 technology patents specific to the corrections industry. NCIC has also filed Patent Application Number 13/037,865 which "Allows for monitoring of inmate call recordings for silence recognition to detect and disconnect unauthorized third-party call connections" and Patent Application Number 13/211,719 which "uses Voice Biometrics Software to analyze inmate telephone calls to detect multiple speakers on a call" or identify theft of inmate phone accounts.

To ensure NCIC does not have to "catch up" in our product offering, we reinvest approximately 20% of our annual revenues to new product development. Therefore, our clients can be assured they are being



provided state of the art inmate communication services. Furthermore, NCIC has committed over $1 million in patent development and licensing, and over $500,000.00 in patent defense.

5.1.12   The vendor shall be experienced in providing phone service to Missouri counties with inmate phones. Vendor should provide an overview of their firm, including years in service and nature of experience in inmate telephones business.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

NCIC is the largest employee-owned inmate communications provider in the United States and is well-positioned to meet and exceed all stated requirements, requests and additional features stated within this RFP. NCIC has years of experience providing a wide range of communications services for the past 27 years, including large correctional and government agencies, rehabilitative facilities, and local County / Police Departments.

NCIC was established in 1995, incorporated in the State of Texas in August, 1996, which also makes it the longest running telecommunications carrier in the inmate telephone industry. Company principals William Pope and Jay Walters offer more than 40 years of experience in the inmate telephone industry. NCIC is headquartered in Longview, Texas with satellite offices throughout the USA, including the State of Missouri, and several other countries. NCIC has been providing phone service in correctional facilities since 1998 originally as a whole-sale network provider facilitating our technology and services to our independent inmate telephone providers. NCIC went on to redesign our inmate telephone platform in 2007 in order to focus exclusively on jails and prisons and to build a secure 100% VoIP network.

As the only major privately held, employee-owned inmate communications provider, NCIC operates without fanfare, instead focusing on providing affordable, reliable, secure inmate communications, excellent customer service and a combination of advanced technologies found nowhere else in our industry. Our experience and knowledge in this industry affords us the ability to provide the type of service expected as a valued customer of NCIC Inmate Communications. We are committed to provide excellence to our customers every day with technological solutions coupled with integrity, trust and innovation. We believe and understand that communication, solid technology, stable pricing and overall ease of operation of this system are the key components to success.

NCIC has a vast amount of experience in providing inmate communications services in a large range of facilities, of all sizes (from 20 to 2,200 beds). NCIC has successfully implemented all of the types of technologies described in this RFP, maintaining superior customer support and account retention levels.



**5.1.13**  The vendor must be serving seven (7) County facilities for five (5) years or more. The Vendor shall provide information describing its client base and the proposed system's position in the counties of Missouri.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

NCIC has years of experience providing a wide range of communications services for the past 27 years to over 800 agencies, including large correctional and government agencies, rehabilitative facilities, and local County / Police Departments.

In the State of Missouri, NCIC currently provides communication services to nine (9) correctional agencies that range from Police Departments to Sheriff's Offices. Shown on page 123 is a listing of our customer references which include some in the State of MO.

**5.2   CURRENT COST AND COMMISSION.**

| Month, Year | Phone Purchases – Securus | Commission - Securus |
|---|---|---|
| May 2021 | $19,013.25 | $21,195.13 |
| June 2021 | $21,061.47 | $21,950.61 |
| July 2021 | $18,509.96 | $22,562.79 |
| August 2021 | $17,241.18 | $22,355.30 |
| September 2021 | $15,910.90 | $20,561.28 |
| October 2021 | $12,200.52 | $17,624.94 |
| November 2021 | $14,921.73 | $17,548.35 |
| December 2021 | $14,171.95 | $17,679.27 |
| January 2022 | $13,248.95 | $17,311.10 |
| February 2022 | $13,595.33 | $16,821.70 |
| March 2022 | $17,932.35 | $13,933.33 |
| April 2022 | $14,374.31 | |

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**



## 6.0 PRISON RAPE ELIMINATION ACT (PREA) REQUIREMENTS

**6.1**  All of the contractor's employees and agents providing service in the facility must be at least 18 years of age. A Missouri Uniform Law Enforcement System (MULES) or other background investigation may be required on the contractor's employees and agents before allowing entry into the facility. Such investigation shall be equivalent to investigations required of all personnel employed by the Sheriff's Department. The facility shall have the right to deny access into the facility for any of the contractor's employees or agents for any reason. Such denial shall not relieve the contractor of any requirements of the contract.

**6.2**  The contractor's employees and agents under active federal or state felony or misdemeanor supervision must receive written approval from the Sheriff prior to performing services on a facility contract. Contractors/employees/agents with prior felony convictions and not under active supervision must receive written approval in advance from the Sheriff.

**NCIC RESPONSE: HAS READ, AGREE, AND WILL COMPLY WITH ALL ITEMS ABOVE.**

**6.3**  The contractor, its employees, and others acting under the contractor's control, shall at all-time observe and comply with all applicable state statues, Department rules, regulations, guidelines, internal management policy and procedures, and general orders of the Department that are applicable, regarding operations and activities in and about all Department property. Furthermore, the contractor, its agents or employees, shall not obstruct the Department nor any of its designated officials from performing their duties in response to court orders or in the maintenance of a secure and safe correctional environment. The contractor shall comply with the Department's policy and procedures relating to employee conduct.

**(a)**  The Department has a zero tolerance policy for any form of sexual misconduct to include staff/contractor/volunteer on offender, or offender on offender sexual harassment, sexual assault, sexual abusive contact and consensual sex. Any contractor or contractor's employee or agent who witnesses sexual abuse or sexual harassment must immediately report it to the Shift Supervisor. A contractor or contractor's employee or agent who engages in, fails to report, or knowingly condones sexual harassment or sexual contact with or between offenders shall be grounds for canceling the contract and may subject the contractor or contractor's employee or agent to criminal prosecution.

**(b)**  Any contractor, contractor's employees, or agent who has engaged in sexual abuse in a prison, jail, lockup, community confinement facility, juvenile facility or other institution shall be denied access into the facility.

**NCIC RESPONSE: HAS READ, AGREE, AND WILL COMPLY WITH ALL ITEMS ABOVE.**

**6.4**  The contractor and/or contractor's employee and agents shall not interact with the offenders, except as is necessary to perform the requirements of the contract. The contractor and/or contractor's employees and agents shall not give anything to nor accept anything from the offenders except in the normal performance of the contract.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

NCIC will abide by all PREA and Facility requirements when conducting visits to Cole County's facilities and will abide by all necessary background checks and procedures.



## 7.0 CUSTOMER SERVICE

**7.1** Please describe your family/friends customer service operations and services.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

Family/friends/end users are provided a customer service toll-free number (800-943-2189) as the caller ID on all inmate calls, so family members can easily contact us for further questions about their accounts, balances, recharges and/or refunds. This feature makes it easier for the Called Party to contact NCIC Customer Support in order to set up or manage their pre-paid account or ask questions about service. NCIC also has a webpage for account funding and management with low, defined fees to establish accounts.

NCIC's industry-leading, US-based Call Center is staffed with knowledgeable, bilingual operators and is located at our company headquarters in Longview, Texas and we don't "offshore" our Call Center (or close it down) after-hours, which is the preference of our competitors. Typically, an NCIC representative answers the call within 3 rings in order to prevent the inmate from hanging up while they are on-hold listening to calming 'hold' music. Compare this to complaints posted at http://www.prisontalk.com about prison phone services making customers hold for 30 minutes or making them wait days to set up prepaid accounts or months for refunds. Provided below are Customer Service numbers in the event Cole County elects to contact providers. NCIC welcomes the opportunity to show the ease of navigating and response time provided by our fully staffed, multilingual Customer Service Department.

| Company | Customer Service Number | Ease of Navigating IVR (Scale of 1-5, 5 being easiest) | Time To Reach a Live Operator |
|---|---|---|---|
| NCIC Inmate Communications | 800-943-2189 (press 8 for live operator) | | |
| ICSolutions | 888-506-8407 | | |
| Securus Technologies | 800-844-6591 | | |
| Turnkey Corrections | 715-386-5700 | | |
| Combined Public Communications (CPC) | 877-998-5678 | | |
| HomeWav | 844-394-6639 | | |
| City Tele-Coin (CTC) | 318-746-1114 | | |
| Smart Communications | 888-253-5178 | | |

**7.2** Describe the process for customer services inquiries and hours of availability.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

NCIC provides our toll-free customer service phone number (800-943-2189) as the



caller ID on all inmate calls. This makes it easier for the called party to contact NCIC Customer Support in order to set up or manage their NCIC communications account, or ask questions about the service. NCIC's Bi-Lingual Customer Service and Technical Support Department is available 24x7x365.

In addition, NCIC also has a webpage (www.ncic.com) for account funding and management with low, defined fees to establish accounts, which can be accessed through any mobile device as well.

7.3 What is the average customer wait time to reach a customer service representative?

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

NCIC proudly operates the most customer-friendly Call Center in the inmate telephone industry, recognizing that satisfied friends and family result in more completed calls, higher Gross Revenue, and minimal complaints to the correctional agency. As shown in the table that follows, the average hold time for callers to NCIC is 17.84 seconds, based on reporting for the traffic period 04/1/2021 – 09/30/2021.

| NCIC Call Center Data<br>April 1, 2021 – September 30, 2021 | | | | | |
|---|---|---|---|---|---|
| Operator Group | Call Disposition | Total Calls for Period | % of Overall | Average Queue Time (Seconds) | Average Call Time (Seconds) |
| No Operator | Abandoned/Dropped | 5,330 | 1.01% | 7.80 | 30.82 |
| NCIC Pre Paid Recharge | Connected | 103,481 | 19.53% | 12.24 | 78.79 |
| NCIC Pre-Paid Call-In | Connected | 235,084 | 44.37% | 21.23 | 151.88 |
| NCIC Pre-Paid Setup | Connected | 174,774 | 32.99% | 17.79 | 139.69 |
| NCIC ICE BCC | Connected | 11 | 0.00% | 28.27 | 52.55 |
| Customer Service | Connected | 11,169 | 2.11% | 19.70 | 97.99 |
| | Totals | 529,849 | 100.00% | | |

7.4 How does your firm provide customer service to inmate family/friends?

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

NCIC provides our toll-free customer service phone number (800-943-2189) as the caller ID on all inmate calls. This makes it easier for the called party to contact NCIC Customer Support in order to set up or manage their NCIC communications account, or ask questions about the service. NCIC's Bi-Lingual Customer Service and Technical Support Department is available 24x7x365.

7.5 Where is your firm's family/friends customer service center located?

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

Customer service operations are headquartered in Longview, TX. None of the operations are outsourced to overseas.



**7.6** List and describe the ways inmate family/friends can contact your customer service center?

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

NCIC provides our toll-free customer service phone number (800-943-2189) as the caller ID on all inmate calls. In addition, NCIC also has a webpage (www.ncic.com) that provides a customer service email to contact for any issues/inquiries.

**7.7** Do you outsource any of your customer service operations? If so, to whom and identify the location of their customer service center?

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

None of our call center customer service operations are outsourced to third-party companies.

**7.8** Vendor must provide live domestic customer service representative support to the County 24 hours a day, year round, for issues.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

NCIC's Bi-Lingual Customer Service and Technical Support Department is available 24x7x365.

**7.9** Vendor must provide live domestic customer service representative support to constituents 24 hours a day, year round, without exception allowing family/friends/staff to set up accounts, make payments, access account information, and resolve issues.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

NCIC's Bi-Lingual Customer Service and Technical Support Department is available 24x7x365.



# BID NUMBER 2022-21
### EXPERIENCE & REFERENCES

To be considered qualified by the County for the work contemplated herein, the respondent must have a minimum of five (5) years' experience in installs of similar size and scope. For the purpose of verifying quality of service, please list customer references that the County may contact (minimum of three).

Years' experience in installs of similar size and scope: _____27_____ years

| REFERENCE ONE |
|---|

Owner Name:  Ray County Jail _____ City/State:  Henrietta, MO _____
Contact Person/Title:  Capt. Andraya Kreiling _____
Phone/Email: 816-290-5631 / akreiling@raycountysheriff.com  Date of Install:  04/01/2021 _____
Location & Size of the Facility:  200 W 9th St. Henrietta, MO  / 200 Beds _____
Scope of Work:  Inmate Telephone, Video Visitation and Tablet System _____

| REFERENCE TWO |
|---|

Owner Name:  Sherburne County Jail _____ City/State:  Elk River, MN _____
Contact Person/Title:  Jail Administrator Brian Frank _____
Phone/Email: 763-765-3802 / Brian.Frank@co.sherburne.mn.us  Date of Install:  07/22/2021 _____
Location & Size of the Facility: 13880 Business Center Dr. NW  Elk River, MN  /  750 Beds
Scope of Work: Inmate Telephone, Video Visitation and Tablet System _____

| REFERENCE THREE |
|---|

Owner Name: Callaway County Jail _____ City/State:  Fulton, MO _____
Contact Person/Title:  Capt. Robbie Harrison _____
Phone/Email: 573-592-2400 /  RHarrison@CallawaySO.org  Date of Install:  07/19/2013 _____
Location & Size of the Facility:  1201 State Rd O  Fulton, MO / 100 Beds _____
Scope of Work: Inmate Telephone, Video Visitation and Tablet System _____

| REFERENCE FOUR |
|---|

Owner Name:  Jefferson County, AL _____ City/State:  Bessemer, AL _____
Contact Person/Title:  Corporal Charles Overton _____
Phone/Email: 205-607-7811 / overtonc@jccal.org _____ Date of Install:  08/28/2020 _____
Location & Size of the Facility:  1822 2nd Ave N, Bessemer, AL 35020 / 1,700 Beds _____
Scope of Work: Inmate Telephone, Video Visitation and Tablet System _____

| REFERENCE FIVE |
|---|

Owner Name: San Luis Obispo County Jail _____ City/State: San Luis Obispo, CA _____
Contact Person/Title:  Sgt. Ashley Chapman _____
Phone/Email: 805-781-4600 / amchapman@co.slo.ca.us _____ Date of Install:  08/15/2019 _____
Location & Size of the Facility: 1585 Kansas Ave, San Luis Obispo, CA 93405 / 797 Beds _____
Scope of Work: Inmate Telephone, Video Visitation and Tablet System _____



# BID NUMBER 2022-21
### BIDDER RESPONSE FORM

Vendors shall complete the following Bidder Response Form, indicating their responses in the spaces provided. Additional pages may be added if needed. Proposals that do not include this completed Bidder Response Form may cause the entire offer to be deemed unacceptable and therefore non-responsive.

1. Provide an itemized list, description, and cost of equipment to be provided and installed, such as server racks, and uninterrupted power supplies, as well as space, environmental and electrical power requirements for all such equipment. Please include the labor in this total, this needs to be the TOTAL cost for the project.

| Item | Description | Cost |
|------|-------------|------|
| | | $ 0.00 |
| 29 | Telephones | $ 0.00 |
| 27 | Video Kiosks | $ 0.00 |
| 180 | Tablets | $ 0.00 |
| | Installation | $ 0.00 |
| | Ongoing Maintenance | $ 0.00 |
| | | $ |
| | | $ |
| | | $ |
| | | $ |
| (use additional pages if needed) | | |
| | TOTAL | $ 0.00 |

2. Description of Video Visitation terminals including but not limited to correctional environment design details, mounting methods, handset designs, etc.

**The NCIC video visitation kiosk offers touch-screen input and is made of a rugged 16-gauge steel shell that contains small openings for cooling and ventilation -- there are no exterior removable parts. The NCIC kiosk employs a heavy-duty armored swivel handset that is hearing-aid compatible, and has an anti-static receiver. The NCIC kiosks are designed to be wall mounted in its structure by being securely bolted.**

3. Description of any other network or hardware that is not included as part of this proposal but may be required.

**Upon installation, NCIC will provide Cole County with Adtran units to power and provide connectivity between all lines of telephone communications. The AdTran Total Access 924 dimensions are 1.7"H x 17" W x 8.5"D with nominal input voltage 90-120 VAC, input frequency 60Hz and standard EIA 310-D rack-mount system. Each Adtran VoIP router can connect up to 24 telephones, and contains self-diagnostics software, providing remote configuration, diagnostic and reboot capabilities. Each AdTran unit is connected to a dedicated 66 block generally located on a plywood board next to the 66 block where the phone lines terminate. The 66 block measures 10"x3"x4".**



4.  Provide the number of Video Visitation terminals recommended by the contractor and their location, along with a justification of the proposed number.

    **NCIC is proposing to install all required 24 wall mounted kiosks and 3 portable video visitation kiosks that was stated in the RFP. Post award, NCIC will coordinate with Cole County personnel to determine where all equipment is meant to be installed. In the event that Cole County allows it, NCIC will also provide additional equipment to keep on-site in the event of future maintenance.**

5.  Description of recommended call duration limits, justification for the recommended duration, flexibility allowed with setting duration limits and how the system notifies visitor when the visit is ending.

    **NCIC is proposing to provide a call duration limit of 15 minutes per call, as it was required in the RFP. The proposed system is capable of customizing the available call length and calling hours by day, by individual inmate, by destination number, by specific inmate phone, by facility or system wide.**

6.  Description of how service is blocked to any particular inmate for any particular amount of time and how visits may be remotely terminated at will.

    **The proposed system is capable of allowing authorized County administrators to enter an "Active Date" for an inmate restricting the use of their PIN until the date and time entered. When the period of restriction has passed the inmate's calling/visitation privileges will be automatically reinstated, without any needed input from County personnel.**

    **There is no limit to the number of remote visits that may be terminated.**

7.  Description of the methods and/or steps involved in monitoring conversations in real-time without the knowledge of the participants. Please include any description services offered to assist in monitoring and reporting of live video visits.

    **The proposed VVS allows for the Authorized User to monitor all or individual current and completed sessions, and rotate randomly between enlarged sessions in order to catch any untoward or suspicious behavior. Sessions can easily be terminated, if such behavior is observed. The Authorized User has the ability to first display a warning message to one or both parties, prior to termination, if they so choose.**



8. Description of the methods and/or steps involved in the interruption of a video visitation conference while in progress and the ability for the Cole County Sheriff's Department to communicate with either or both participants either with voice and/or text.

**Sessions can easily be terminated, if such behavior is observed. The Authorized User has the ability to first display a warning message to one or both parties, prior to termination, if they so choose.**

9. Description of the methods and/or steps involved in the digital extraction of historical video visits.

**Authorized users will have the ability to digitally extract any video recordings and data directly through the proposed system. This is performed through Visits History Tab and investigators will have the ability to select and download an unlimited number of video visits. Users will have the ability to playback recorded conversations and download these records to external media.**

10. Description of how unlimited visits will be able to be recorded simultaneously with time and date synchronization.

**The proposed system was designed by our development team to allow an unlimited number of visitation sessions to be simultaneously recorded without impacting or crashing the system. All recorded visits are automatically stamped with the date and time that it was placed.**

11. Description of the methods available to the Cole County Sheriff's Department to monitor and report on usage at user and facility level.

**Authorized users will have the ability to monitor system usage and report on usage at a user and facility level – this permission is typically only granted to administrative users with superior permissions. This is performed directly through the proposed system's Activity Log where authorized users will be able to filter their audit search and export any results as a report.**



12. Description of the method used to selectively turn on or off recordings based on type of visit (i.e. legal visit).

**The proposed system allows for certain visitors to be marked as attorneys, legal counsel and approved medical professionals (for HIPAA compliance). The proposed VVS provides the ability to prohibit the recording and monitoring of private attorney visitation conversations. NCIC takes pride in our management of attorney-client calls and has never been a party to a legal proceeding related to mismanagement of legal video sessions.**

13. Methods of storing recordings, locations of storage, retention of recording including retention schedules, and backup methods used.

**All information and recordings are stored in geographically separate redundant backup locations to ensure 100% reliability. The primary data center is located in Longview, TX and backed up at our "mirror location" in downtown Dallas, TX. As a tertiary level of protection, all recordings and call detail are stored with Amazon's Web Services S3 Cloud. The proposed system was the first inmate communications service to use the Cloud to provide the utmost redundancy and security in call/video recordings and detail storage. It utilizes Amazon's GovCloud services, which are designed to host the most sensitive data, and address the most stringent US government security and compliance requirements. Inmate call recordings are stored in a minimum of 3 separate locations and encrypted in AWS' proprietary encryption code. All call records and system data are backed up in real-time. The call recordings and call detail are immediately copied to Amazon's GovCloud for off-site redundancy. Access to AWS GovCloud services is limited to vetted account holders that must be held by US citizens.**

14. Detailed description of scheduling software including at a minimum, visitors account setup and features, how visits are scheduled, and any limits or other features of scheduling software from a visitor and technical perspective.

**Upon installation, all housing units will be listed by which kiosks are available for which inmates as labeled by their housing area. The scheduler is built with sophisticated tracking to know which kiosks are available based on the schedule put in place for each housing unit and how many visits are available at one time. This prevents the occurrence of scheduling conflicts for video sessions. The proposed VVS can allow authorized users to manually create an unscheduled visit (referred to within the proposed system as 'Special Visits') without the requirement of entering a registered inmate/visitor account. Only authorized administrators will have the ability to create such visits from within the system.**



15. Description of Cole County Sheriff's Department administration security profile creation and maintenance of profiles.

The proposed ITS allows for allocation of user access levels in a very granular fashion. Facility or agency administrators can be provided with superior permission levels which allow them to manage the login/permissions provided to other Authorized Users.

Permission levels can be granted based on the daily job duties and tasks each User needs to perform. Authorized Users are able to be provided with the same secure Username and Password for all proposed applications, allowing them to access the system(s) based on their security level remotely, via the Internet. Authorized Users can securely perform all functions of the system, including live monitoring, listening to recorded calls, blocking/unblocking numbers, terminating calls, PIN administration, call history searching, or any other function needed in real-time (based on their individual level of system access/permission).

16. Technical and infrastructure expertise of contractor and collaboration required by Cole County IT Department to ensure smooth installation system.

NCIC welcomes any level of involvement the County personnel is willing to provide during the installation process and system testing, however, NCIC's technicians can complete all testing without any input from County personnel, if required. NCIC's technicians may require an escort provided by the County in order to access certain areas of some facilities.

17. Cabling and wiring materials and labor required to install the system. Please include description of any changes to existing power and space capacity that would be required.

NCIC's proposed platform is a fully turnkey telephone system and service solution which includes all technologies, network installation requirements, wiring, software, and all necessary equipment, service, and maintenance. All items listed shall be provided at no cost.

18. How planned and un-planned outages or system resource reductions will be handled.

In the event any planned outages are foreseen, NCIC will coordinate with Cole County to ensure that the outage is performed at a time that would cause minimal disruption. In the case of un-planned outages, NCIC relies on our self-diagnosing and reporting Orion

Network Performance Monitoring (NPM) system. The routers contain self-diagnostics software capable of automatically rebooting the units if required. The Orion NPM software provides automated alerts to the NOC whenever connectivity is lost.

Should the system lose power for long periods of time, NCIC has provided a detailed description of our Disaster Recovery Plan which can be found beginning on page 63 of this response.

19. Reports available (and provide samples of) as part of this proposal including but not limited to scheduling reports, commission, and accounting reports, customer service, maintenance reports, and administrative reports.

**NCIC's proposed system offers secure, web-based reporting; therefore, no special reporting tools are needed. The platform provides a range of useful call detail and management reports based on inmate calling activities at an extremely granular level. Reports can be run on an as needed basis or configured and scheduled to run (and be delivered by email) at specified intervals. A common configuration is to have reports run at the beginning of each month, for the prior traffic month. These can be customized and are available at no cost to Cole County. Reports can be managerial/financial, or investigative, in nature. Please refer to page 51 for a listing of our available sample reports.**

20. How customer account balances are managed to include written policies and documents provided and description of any charges incurred by customer.

**At the beginning of each phone call, end users are notified of their remaining account balance via the automated operator. End users are also able to manually check their account balance through our online website.**

**NCIC has a webpage (www.ncic.com) for account funding and management with low, defined fees to establish accounts, which can be accessed through any mobile device as well. A listing of our funding fees can be shown on page 131 of this response.**

21. Contractor's policy regarding refunding customer account balances to include any charges incurred by customer.
**Pre-Paid Collect account holders can request a refund at any time, and refunded amounts are provided either via check, or credited back to the method of payment. Refunds are typically processed within twenty-four (24) hours, and NCIC never charges a fee for refunds.**

22. Describe user and administrative training provided to include face-to-face training and written documentation for staff, inmates and inmate family and/or friends.

**NCIC provides free, comprehensive training to all customers and will provide free recurring training as needed and/or requested by Cole County. Facility Administrators, along with any County staff who will have access to the equipment and the system interface are thoroughly instructed on how to use the proposed platform. Staff will receive hands-on training to ensure they are properly acquainted with the new system. Please refer to page 186 for additional information.**

**Upon installation, NCIC will leave behind a large number of instructional documentation for staff, inmates, and friends/family.**



Telephone and Video Visitation rates: Vendor shall use the firm, fixed rates per minute for all calls and video visitation videos.

|  |  | Rate |
|---|---|---|
| Non-International Calling | Per Minute | $0.20 |
| International Calling | Per Minute | $0.25 MX & Canada<br>$0.35 Other International<br>$0.99 Calls to Cuba |
| Video Visitation | Per Minute | $0.25 (Remote Visitation)<br>$0.00 (On-Site Visitation) |

Tablet Information: Please include any fees associated with the tablets; rates, fees, commission, headset replacement, etc.

Rates:  **$0.25 Per-Minute on Remote Visitation / $0.25 Per-Message (Text)   (Additional messaging rates shown on the following page.)**

Fees:  **$0.00 to Inmates for tablet usage**

Commission:  **25% of all VVS/Messaging Revenue**

Headset Replacement:  **Pass-Through Cost (No Markup)  Typically charged at $2.50 per headset, to the Agency.**

**In addition to the Rates and Commission details above, NCIC has included a detailed overview of our offer which can be shown on the following page.**

## THIS SECTION INTENTIONALLY LEFT BLANK



| INMATE TELEPHONE SYSTEM | | | | |
|---|---|---|---|---|
| CALL TYPE | PREPAID COLLECT | | CARDLESS DEBIT / DEBIT CARDS | |
| | CONNECTION FEE | PER MINUTE | CONNECTION FEE | PER MINUTE |
| ALL CALLS WITHIN THE UNITED STATES: | $0.00 | $0.20 | $0.00 | $0.20 |
| MEXICO & CANADA: | $0.00 | $0.25 | $0.00 | $0.25 |
| ALL OTHER INTERNATIONAL: | $0.00 | $0.35 | $0.00 | $0.35 |
| INBOUND VOICEMAIL: | $1.50 (up to 3-Minutes duration) | | | |
| COMMISSION AMOUNT & GUARANTEE: | Sixty-Five Percent (65%) of Gross Call Revenue<br><br>NCIC is guaranteeing Cole County $65.00 per inmate, per month which totals to $11,375.00 per month. This is a Minimum Annual Guarantee (MAG) of $136,500.00 per year (based on an Average Daily Population of 175). | | | |
| UP-FRONT PAYMENT: | NCIC is proposing to offer Cole County a $100,000.00 up-front payment in pre-paid commissions; which is payable to the County within 10 days system installation. | | | |
| VOICE BIOMETRICS, CALL TRANSCRIPTION & INVESTIGATIVE KEYWORD ALERTS: | $0.00 (No Cost to Facility or Inmate)<br>Workforce multiplier for Investigators by identifying all inmates through voice prints and decreasing workload when searching for particular names, specific drugs, weapons and an unlimited selection of keywords. | | | |

*Proposed calling rates do not include applicable pass-through government taxes.*
**Calling rates to Cuba will be offered at $0.99 per-minute.*

| INMATE COMMUNICATION SYSTEM – FEES | |
|---|---|
| CHARGE/FEE NAME | AMOUNT |
| LIVE OPERATOR TRANSACTION FEE: | $5.95 |
| AUTOMATED OPERATOR & WEB TRANSACTION FEE: | $3.00 |
| REFUND FEE: | $0.00 |

**CONTINUED ON THE FOLLOWING PAGE . . .**



| VIDEO VISITATION SYSTEM and KIOSK FEATURES | |
|---|---|
| **CHARGE/FEE NAME** | **AMOUNT** |
| REMOTE (OFF-SITE) VIDEO VISITATION – PER MINUTE RATE: | **$0.25** |
| ON-SITE VIDEO VISITATION – PER MINUTE RATE: | **$0.00** |
| SECURE INMATE MESSAGING – RATES: | Text Messages - **$0.25** (up to 30,000 characters per message)<br>Picture Attachments - **$0.35**<br>Video Messages (30 Seconds) - **$0.35**<br>GIFs - **$0.05** |
| REMOTE VIDEO VISITATION and INMATE MESSAGING – COMMISSION: | **25%** of Gross Visit / Messaging Revenue |
| OFFSITE DIGITAL MAIL: | **$0.00** (No Cost to inmate, family or Facility) Our Mail Processing solution is owned and operated by NCIC and processed in Texas. This is not sent to a 3rd party vendor and saves countless hours of manpower for the Facility. |
| COMMISSARY ORDERING: | **$0.00** (No Cost to Inmate, Family or Facility) Continues to save staff's time on each shift by eliminating paper orders. Ordering Commissary in this manner can also increase commissary sales by 20% by allowing real-time ordering any day of the week. |
| LAW LIBRARY: | **$0.00** (No Cost to Inmate, Family or County)<br>A savings of $131.25 a month to the Facility based on the ADP of 175 Inmates with NCIC covering the cost of $0.75 a month per Inmate. |
| INMATE FORMS & DOCUMENTS: | **$0.00** (No Cost to Inmate, Family or Facility) Continues to save time for all employees at booking and while making their rounds by posting Jail Rules and Inmate Documents on the Inmate Kiosk and Tablets for Inmates to read in their cells as needed. |
| GRIEVANCES, INMATE REQUESTS, & MEDICAL REQUESTS: | **$0.00** (No Cost to Inmate, Family or Facility) Workforce multiplier by eliminating paper or verbal requests and allows Inmate to submit everything they need form the kiosk or tablet as need. We also provide detainee to staff messaging history that we maintain on our system for the life of the contract to minimize any litigation. |
| RECHARGE FOR RE-ENTRY FOR INMATES: | **$0.00** (No Cost to Inmate, Family or Facility) Value to Facility would be the reduction of recidivism and increased morale of Inmate population which ends up saving the Facility thousands of dollars. |
| INMATE EDUCATIONAL PLATFORM VIA TABLETS & KIOSK: | **$0.00** (No Cost to Inmate, Family or Facility)<br>Savings of $1,050.00 per month to Cole County based on the ADP of 175 Inmates with NCIC covering the cost of $6 month per Inmate.<br><br>**NCIC is proposing a 1:1 tablet to inmate ratio throughout the life of the Agreement.** |



Please select all that apply. If any items below request for a description, please include that within your RFP.

GENERAL REQUIREMENTS (3.4)

☑The system shall be a Web-based system with tiered security access levels.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

The proposed Inmate Telephone System (ITS) is a fully centralized, web-based platform allowing access to authorized users from anywhere with an internet-enabled device. The ITS is a fully integrated, "all in one" solution which holds all features within the sole application.

☑The proposed system shall allow one-way outgoing collect/debit/prepaid calls, only.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

The proposed system allows one-way, out-going service only, preventing any inmate telephone from receiving incoming calls. The centralized call switching uses a VoIP network connection to the inmate phones and not the public switched telephone network (PSTN).

Should the County be interested in implementing it, NCIC does offer a secure inbound Voicemail system, but this is entirely optional for the County.

☑The proposed system shall be capable of local and long distance collect calls.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

The system allows inmates to make collect, pre-paid collect, pre-paid card or cardless debit calls to cell phones and land lines. Inmates have the options of local, long distance, and international calling. The pre-paid collect application supports prepaid collect international calls to any country, in addition to domestic calling. Calls to Canada, Mexico and Puerto Rico, the majority of international calling, can be processed as automated collect calls; all other countries require prepayment.

☑The proposed system shall not be capable of receiving incoming calls.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

The proposed system allows one-way, out-going service only, preventing any inmate telephone from receiving incoming calls.

☑The proposed system shall allow inmate calls to be restricted to 15 minutes. Cole County representatives must be able to change this call duration limit throughout the entire site, by inmate Account/Pin, or group of telephones.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

The proposed system is capable of customizing the available call length and calling hours by day, by individual inmate, by destination number, by specific inmate phone, by facility or system wide. The system allows authorized County administrators to enter an "Active Date" for an inmate restricting the use of their PIN until the date and time entered. When the period of restriction has passed the inmate's calling privileges will be automatically reinstated, without any needed input from County personnel. Additionally, "Time of Day" parameters can be set based on inmate PIN or by individual phone number, restricting calls to only those times specified.



☑The users – inmate and called party - shall be notified of limit in advance of the system terminating the call.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

Once the call duration is within 1 minute of the allowed time limit, the automated operator provides a warning to both parties that the time limit has been reached and the call will soon disconnect.

☑Vendor shall supply one TTY phone to Cole County.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

All proposed telephones are ADA-compliant and are hearing-aid compatible. If required, NCIC will provide the County with the required TDD/TTY equipment needed (and maintain that equipment for the course of the Contract). Additionally, NCIC will provide telephones which are accessible to wheelchair-bound users in designated areas of the Facilities.

In addition to providing TDD/TTY devices as needed by the County, NCIC is able to offer cutting-edge Video Relay Service (VRS) which is quickly becoming the preference for deaf/hearing-impaired inmates. VRS acts as a video visitation service for deaf/hearing-impaired inmates allowing for face-to-face interactions between these inmates and the outside party.

☑The proposed system must require active acceptance by the called party.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

The proposed system requires positive, active acceptance by the called party, before a call is allowed to connect. The inmate and the called party cannot communicate until the call is positively and actively accepted. The inmate is placed on hold while the system confirms that someone has answered and accepted the call prior to connecting the two parties.

☑The proposed system shall include user prompts in English and Spanish. Other languages are desirable. Please identify other language capabilities on the system.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

NCIC's fully automated system provides easy-to-understand prompts in English and Spanish (or other languages as requested by the County) to guide callers and the called party through the calling process. There is no limit to the number of languages offered through the automated system. All dialing instructions, voice prompts, greetings and any interjected security messages are fully customizable based on the requirements of the County. Any messages interjected into calls are excluded from billing calculations.

☑The vendor will need to have a program that will proactively attempt to set-up an account for individuals who are not able to accept collect calls, enabling families to quickly communicate with incarcerated individuals. Please describe your program.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

Upon acceptance of a call, the system notifies the called party that they can easily establish an account by pressing 0 for a live operator. Upon pressing 0, while the inmate is on-hold, the called party is immediately routed to a live bilingual operator (based in the US) without need to navigate cumbersome IVR prompts. Use of a *live* operator for every initial call increases the acceptance rate of calls from inmates, it



ensures the safety of the called party, who is often driving when they receive their first call from their incarcerated family member, and our live representatives are much more compassionate than an IVR since this first call is often when the called party finds out their friend or family member is in jail.

Since Pre-Paid Collect accounts don't require a credit check, NCIC simply accepts all major Credit and Debit cards. Payments can also be made via check, Money Order, MoneyGram and Western Union. Once a Pre-Paid Collect account is established, it can easily be maintained and replenished by phone or via our user-friendly website.

☑Vendor must notify end user when they have reached $20.00 balance of its site or personal credit limit and describe process.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

At the beginning of each phone call, end users are notified of their remaining account balance via the automated operator. End users are also able to manually check their account balance through our online website.

☑The proposed system should have the ability to integrate with third party vendors such as Jail Management Systems, Commissary Systems, Banking Systems, and Video Visitation Systems.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

NCIC has a vast amount of experience in integrating with 3rd party software providers, including JMS, Banking/Commissary companies, and other communication systems. All interface-related development will be completed at no cost to the County. It is worth noting that NCIC has interfaced with Cole County's future JMS provider, New World / Tyler, at 8 other Facilities and will easily do so if awarded.

☑The vendor should indicate if the proposed system will include the ability to obtain and store call records from the current system if such records are accessible.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

The proposed system is capable of permitting full monitoring and recording of all calls made from any inmate telephone or visitation station within the facility, unless there are restrictions that prohibit the recording and monitoring of certain calls, such as attorney-client restrictions. Once calls have been recorded, they are stored in multiple geographically separate redundant backup locations to ensure 100% reliability. Authorized Users can immediately play back a recorded call or monitor a call while it is in-progress.

Additionally, all information and recordings are stored in geographically separate redundant backup locations to ensure 100% reliability. The primary data center is located in Longview, TX and backed up at our "mirror location" in downtown Dallas, TX. As a tertiary level of protection, all recordings and call detail are stored with Amazon's Web Services S3 Cloud.

PERSONAL IDENTIFICATION NUMBER (PIN) (3.5)
☑The proposed system shall utilize Personal Identification Numbers (PIN) for the inmates. Describe your system's use of PINs, including Open PIN, Restricted PIN, and Closed PIN.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

The proposed system offers an optional, easy to use PIN feature that can be interfaced with most JMS/Booking systems via a simple XML interface. PIN codes can be turned



on/off for the entire facility, a group of phones or a specific phone, based on the needs of Cole County. For example: PIN numbers can be turned on in general population but turned off in booking and juvenile. Authorized users can easily deactivate PIN numbers via the system application. The system has the capability to provide collect, debit, pre-paid, pre-paid card, free and speed dial calling utilizing a secure PIN. The inmate utilizes the same PIN number for all call types.

The proposed system provides for inmate records and associated details to be automatically loaded when interfaced with most JMS/Booking systems via a simple XML interface. Once the file is imported (default import frequency is 15 minutes, but can be more frequent if required), and upon the first call attempt, the system prompts the inmate to enter a secure 4-digit PIN2 (commonly referred to as "Passcode,") to supplement their PIN number. This eliminates the burden of manual entry by staff.

☑The proposed system shall prevent duplicate PINs and not allow a PIN to be used by two inmates at the same time.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

The proposed system does not allow duplicate PIN numbers to exist, or for the same PIN to be used by multiple inmates concurrently.

☑Define the minimum and maximum number of digits used in a PIN.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

PIN codes can be set from a minimum of 4 digits up to 20 digits, depending on the requirements of the interface and the needs of Cole County. The PIN length is configured during installation and implementation of the system.

FRAUD MANAGEMENT (3.6)

☑ The proposed system shall be able to detect, notify, and prevent three-way or conference calls, except for those calls to attorney's or other approved numbers. We understand that there are industry patents in this area. Please provide a description of the process you have deployed on your platform and why you feel the technical approach provides the best three-way detection solution.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

Our patented Three-Way Call Detection system listens for silence detection on a near-real time basis using various algorithms developed based on research on thousands of three-way call attempts. When the system determines that a three-way or call forward has been attempted, a warning message can be played to the parties on the call (based on the preferences of the Facility), and the call record is permanently marked as a three-way attempt (providing administrators an easy way to go back and listen to the call). If required by Cole County, the system can be configured to terminate any detected three-way calls. However, we typically find that correctional agencies prefer to allow them to continue, to help gather valuable investigative data.



☑The proposed system must be able to detect potentially fraudulent telephone activity and at the County's discretion disconnect calls automatically. Describe the types of fraudulent telephone activity bidder's system will detect and the method by which it is detected.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

Our three-way call detection offers varying levels of confidence on detected calls with an option to block, flag and alert users in the case of suspected or confirmed three-way call attempts and is the first in the industry to offer DTMF digit collection on the called party end, which results in significantly less "false positives," as it does not only rely on silence detection like most systems.

If a three-way call is detected, future calls to that number can be blocked, or just flagged. If terminating the call, notification is given the call is being disconnected so the inmates will not assume the call was accidentally disconnected. If blocked, the system will play a message announcing the number was blocked due to three-way calling.

☑The proposed system shall prevent the inmate from receiving a second dial tone, or "chain-dialing."

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

The proposed system prevents chain dialing and secondary dial-tone; inmates cannot make a second call until the first call is completed. The centralized call switching uses a VoIP network connection to the inmate phones and not the public switched telephone network (PSTN).

☑The proposed system shall prevent any extra digits dialed by the inmate after the party has accepted the call. Please describe process.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

The proposed system will not allow secondary dial-tone as it provides a synthesized dial tone and controls all interaction with the phone network, forcing inmates to hang up the existing call before they begin the next call, ignoring any keypad input.

The proposed system can be configured to allow extra digits to specified dialed numbers as is the case with speed dials to specific numbers and designated voicemails for services such as PREA, Crime Tips, grievances, Public Defender, sexual assault/harassment, medical requests, etc. All such numbers will be configured at no cost to Cole County.

☑The proposed system shall brand each call with the name of the facility and the inmate placing the call.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

The proposed system brands and identifies each call with the facility name, type of call, and inmate (typically inmate's voice recording) placing the call to the Called Party.

☑The proposed system shall continue to play the brand recording at random intervals throughout the call.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

NCIC's fully automated system provides easy-to-understand prompts in English and Spanish (or other languages as requested by the County) to guide callers and the called



party through the calling process. All dialing instructions, voice prompts, greetings and any interjected security messages are fully customizable based on the requirements of the County. Any messages interjected into calls are excluded from billing calculations.

☑The proposed system shall guard against "Hook-switch dialing," and other fraudulent activities. Please describe.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

The proposed system prevents chain dialing and secondary dial-tone; inmates cannot make a second call until the first call is completed. The centralized call switching uses a VoIP network connection to the inmate phones and not the public switched telephone network (PSTN).

☑The inmate shall not communicate with the called party until the call has been accepted. The system shall detect the difference between an accepted call, and an answering machine, busy signal, or other telephone activity. Please describe.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

The inmate and Called Party cannot communicate until the called party has positively and actively accepted the initial call. Active acceptance requires that the called party press a "1" on their keypad. Billing does not begin until the Called Party and inmate are connected. During the call setup announcement called parties can deny the call by pressing "2" and block all future calls by pressing "3".

☑The proposed system shall allow call blocking of specific numbers in real time by the facility through the Administrative Access.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

The proposed system uses a sophisticated answer detection algorithm which can distinguish between standard and artificial telephone tones, standard SIT tones, busy signals and even answering machines/voicemail to ensure accurate call answering, prevent erroneous billing and subsequent complaints. This technology helps to ensure that only customers who actively accept a call are connected and billed.

☑Specific telephone numbers such as victims, witnesses, staff, judges, and numbers requested by the facility shall be blocked either at the facility or by the vendor.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

The Facility can block and unblock an unlimited quantity of telephone numbers without NCIC's assistance although NCIC's support team is available to assist if needed. Each blocked number will contain descriptive information regarding how and when the block was applied (as well as date/time stamped). Blocked numbers can easily be unblocked, if deemed appropriate.

An inmate Allowed Destination List works in conjunction with the Denied Destination List; if a phone number has been set to "block all" no inmate at the facility will be able to dial the phone number under any circumstances. Likewise, a phone number can be blocked for a specific inmate but allowed for others, or from certain designated phones, hours of the day, etc. This differs from some other systems in the industry, that only allow number blocking at a "global" level – this creates fodder for complaints and limits revenue generation.



☑Explain the procedure available to facility staff to inform the vendor of blocked number requests.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

To block specific telephone numbers, including victims, witnesses, judges and facility staff, is completed within the centralized system under the destinations tab. Additionally, Facility staff can simply contact NCIC via support@ncic.com or the toll-free customer support number and request number to be placed on the do-not-record list (all such requests will be verified and added to the system with detailed notes).

☑Indicate the average amounts of time required to implement a block. Explain the procedures and time required to block a number in the event of an emergency.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

Blocks in the system take about a minute to configure and take effect in a real-time basis. In the event of an emergency, facility staff can contact the NCIC front desk at 888-686-3699 and request an immediate block to whichever destination number.

☑The proposed system shall also have the ability to assign approved calling numbers according to a specific inmate. The proposed system shall permit the called party to block all future calls from a correctional facility.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

An inmate Allowed Destination List works in conjunction with the Denied Destination List; if a phone number has been set to "block all" no inmate at the facility will be able to dial the phone number under any circumstances.

During the initial call greetings, called parties can deny the call by pressing "2" or can block all future calls by pressing "3." Any such blocked calls will be displayed in the system as "Blocked," reflecting all details regarding when and how the block was applied.

☑The system must have the capability to suspend an inmate privileges from placing a call and set a beginning and end date without the need to manually re-enable privileges.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

Inmate phone privileges can be either deactivated indefinitely or for a specified amount of time. During the time that an inmate's privileges have been removed, they can still be allowed access to certain professional calls, such as legal or counseling calls, if preferred by facility administration. Once the period of restriction has passed the inmate will automatically have access to use the phones again.

☑The proposed system shall allow the inmate to record their name one time and store this recorded name for all future calls.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

When inmates attempt their first call from a phone, the system automatically prompts them to state their name. The inmate's greeting is then stored to be used on all future calls. The Name Recording feature allows inmate to record their name (using a window of a 3-seconds) which is then played for the called party prior to call acceptance. Administrators can hear the recorded name using the proposed software and can clear the name, if required, so that an inmate must re-record their name prior to their next call.



☑The system should provide the ability for investigators to attach case notes to a call and view it from a report such as an inmate communication report.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

The proposed system allows authorized users to quickly and easily take notes on calls. These notes are permanently attached to that call record, to facilitate investigations and later review. Authorized users can enter detailed notes onto call records, inmate profiles, and destination phone numbers. Also, the system is able to make any entered notes available to users based on user permission levels. Such notes can be included on reporting and searching results, and the viewing of such notes can be restricted to certain users, based on authorization / permission levels.

☑The system should allow investigators to share notes about a communication or keep them private if they choose and use text entries, such as a case number or a specific gang affiliation in the case notes as the search criteria to retrieve specific case notes with the associated call detail record as well as providing the ability to do a full text search against the notes attached to the call.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

The system is able to make any entered notes available to users based on user permission levels. Such notes can be included on reporting and searching results, and the viewing of such notes can be restricted to certain users, based on authorization / permission levels.

☑The system shall be to download single or multiple calls from communication search results.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

The proposed system provides a large number of different reports that are both managerial and investigative in nature. The Call Detail Records (CDR) store all relevant call information and calls can be sorted in a myriad of ways, such as by date, PIN, inmate name, destination number, phone, duration and call disposition. The proposed platform provides a myriad of reports, all exportable as XLS, XLSX, CSV or PDF files, allowing users to search call data by any parameter.

☑The system shall allow communication search results to be emailed to someone who does not have access to the system.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

The proposed platform provides a myriad of reports, all exportable as XLS, XLSX, CSV or PDF files, allowing users to search call data by any parameter and email exported files to users who do not have access to the system.

☑The system shall allow authorized users to copy recorded conversations to any external media device connect to user's PC.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

Authorized users can burn downloaded files to a USB drive, CD, DVD or ZIP file and can produce unlimited copies without affecting the audio quality of such recordings.

☑The system must allow recorded conversation to be reviewed without any special software downloaded to their computer.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

The proposed ITS is a truly centralized, web-based solution with all core functions (call processing, billing, system monitoring, etc.) accessible from anywhere, anytime by



Authorized Users via any internet-connected device.

☑The proposed system should offer Inmate Biometric technology and associated reporting, that validates the inmates identify based on the inmate PIN, prior to connecting the call.

**✗⨁NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

NCIC offers an industry-leading Voice Biometrics System (VBS), which is a "continuous" voice biometrics application that synthesizes voice prints upon every use of the inmate telephone. There is no formal, cumbersome enrollment process for the VBS (meaning absolutely no staff/officer involvement during the intake process) and inmates don't know that their voice prints are being created and refined with every call. Facility staff are able to locate instances of PIN theft and PIN sharing quickly and easily and use the intuitive user interface to locate events of interest, identify three-way calling events and pinpoint the exact point within a call that the voice print changes from one inmate to another ("Multi-Speaker Events").

Additionally, call or voice audio can be taken from other external sources (outside of the County's inmate telephone system) and manually fed through the proposed VBS in order to determine if a particular voice print belongs to an inmate who has previously been housed at any Facility using our system, or if that person has been called by previous inmates at any Facility using our system. Voice Biometrics is offered at no cost or commission deduction to the County.

NCIC provides correctional personnel with numerous investigative tools to aid investigation in the analysis of calls and facilitates the discovery of actionable intelligence revealed through biometric processing, that may otherwise go unseen. Some of the advantages offered by our system include:

- No lengthy enrollment process – Voice Prints are automatically and covertly created and continuously improved, delivering highest accuracy rates possible.
- Identify PIN sharing events – Along with the identity of the imposter, allowing investigators to focus their efforts on calls that have the highest likelihood to include actionable intelligence.
- Query records by voice – Identify all calls in which the targeted inmate may have spoken. Voices of civilians can also be run against database, providing investigators with unparalleled intelligence gathering tools.
- Create voice prints on request – Prints can be processed against historical calls, allowing investigators to listen to and extract potential intelligence, regardless of inmate or civilian identity or number of telephones numbers used.
- Continuous Voice Identification – Provides investigators not only verification of whom is speaking, but also the identity of all inmate(s) who speak during a call.
- Link civilians by voice – Our Voice Biometric system is the only solution that can create and match on demand or automatically, prints and biometric results for civilians in addition to inmates.



## INVESTIGATE TOOLS. (3.7)

☑The system will need to be equipped with a remote conferencing feature and e-mail feature for those numbers that are unit surveillance by the investigative unit. The feature will need to allow authorized personnel to monitor a call and receive e-mail notification from any designated remote location while the call is in progress. The call will need to be automatically conferenced to a predetermined investigators telephone number in listen mode only once the call is accepted by the called party and in progress.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

The system provides an alert feature where alerts can be sent to cellphones or landlines, so that investigators can control and listen to calls of interest. The system alerts investigators either prior to a call being placed or while a call is in progress so that investigators can approve/deny a call prior to the call being connected, and covertly monitor the call if they so choose.

☑The proposed system must allow for all calls remotely conferenced to investigators to be accepted by the investigator with a unique PIN.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

The proposed alert system requires a unique security PIN code when the alert is created, based on the preference of Cole County and each authorized user. This helps ensure that only the assigned, designated investigator is able to access the inmate call in question.

☑The proposed system shall have the capability to remotely survey inmate calls and be able to transfer specific calls in progress to investigators.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

When an "alerted" call is detected, the alert is sent to the alert list via email, voice, or text (depending on the alert configuration). The alert will allow the investigator to approve/deny the call and/or listen to the call in-progress. Investigators can hear the call at any internet-connected computer or via cell phone/landline. Monitoring can be performed by multiple investigators at once, without affecting the ability of the system to record calls. Covert monitoring is not detectable by either the Called Party or the Inmate.

Most commonly, investigators elect to simply receive email notification of calls of interest once the call has completed, with an email (including the call recording) being delivered to the investigator after the call is finished.

☑Vendor investigative software must be wholly owned by the provider and not provided through the use of a contractor or vendor. This is to ensure quality and ongoing commitment of development as technology progresses.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

NCIC's proposed ITS was developed as a comprehensive solution, including the investigative software.



☑The investigative software must be completely integrated and accessed from the calling platform and not require the export and import of inmate call records, inmate account information, or called party billing name and address information related with the County. Please describe your solution.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

The proposed system is entirely integrated into the proposed ITS and does not require any special software to search and audit the requested information. The system alerts investigators either prior to a call being placed or while a call is in progress so that investigators can listen to and/or approve a call prior to the call being connected. The alert will allow the investigator to deny, approve or listen to the call. Investigators can hear the call from any Internet-connected PC, tablet or smartphone and terminate the call if required.

☑The investigative software must be able to show calling activity on an easy to view timeline.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

The proposed system's Call History reporting page will exceed your expectations for search, reporting and sorting requirements. All call attempt and completion data are accessible for the life of the contract, and beyond. Our Call History reports allow searching by partial destination numbers, by call disposition, such as answering machine, no answer, busy line, call denied by caller, call blocked by caller, invalid PIN (when inmates are trying to fraudulently use PINs), invalid destination number and over 20 more options. Call Detail Records include all fields outlined above, and more. Users can adjust the date fields included in their call detail searches so that the results are customized to the needs of the individual user.

Reports are also available showing frequently called numbers, account number, destination of call, county, parish and state of terminating call, total amount of billed call, duration of call, and bill type (prepaid, collect, etc.). All call attempt and completion data are accessible for the life of the contract. The Call History tab provides access to call recordings and call notes as well. The grid populates automatically with call details that match the Selection Criteria.

☑The investigative software shall not only be able to accommodate investigating inmates, but also called parties and organizations.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

The proposed ITS includes multiple capabilities for investigation and includes gathering intelligence on called parties/organizations via destination number information, calling patterns, geographical locations, etc., with features such as Seven Degrees of Separation and a Visual Link Analysis.

The industry-leading call association investigative tool provides a graphical interface that can associate up to seven levels of association of inmates and called parties, helping investigators piece together potential associates to crimes, gangs and evidence suppression. Our new graphical interface is extremely intuitive and easy-to-understand, requiring little to no training for users of the system. The graphical interface uses a wagon-wheel visual which connects "spokes" to each called party from an inmate. More pronounced spokes indicate associations with other inmates and called parties, alerting the user to potential investigation-solving connections.



An added benefit to the proposed system is that it provides access to call recordings and inmate details to nearby NCIC installations allowing jail personnel and investigators the ability to take advantage of the same powerful suite of investigative software used by these nearby County and City agencies.

☑Provide any other additional investigative tools, features or creative solutions that might be available to Cole County.

XNCIC RESPONSE: READ, AGREE, AND WILL COMPLY.

NCIC's proposed ITS platform provides a suite of investigative features and does not require any additional software. Additional investigative elements include the following:

Keyword Detection and Transcription

The proposed ITS most recently deployed a voice to text transcription feature that allows users to transcribe select calls directly through the system. Authorized users will have the ability to transcribe phone calls directly through the call player's Transcription feature. The call player provides users the ability to follow the audio recording with text of each speaker and also provides confidence levels of the text based on color coding.

Data Analytical Specialists

NCIC has employed several disabled veterans for the purpose of reviewing call recordings, voice biometrics reports and other data which are then provided in summary format to the correctional agency in the form of actionable intelligence. This service is provided at no cost to the agencies served by NCIC and is an initiative to not only offer a 'workforce multiplier' to our facility customers, but also to provide employment opportunities for these veterans.

Working with the appropriate referral agencies, NCIC has already sourced several suitable candidates for the role of providing Intelligence/Analytical Support. NCIC will maintain all responsibility for hiring, training, and managing these employees, whose primary duties will include:

✓ Interacting with the proposed applications, including the Inmate Telephone System, Video Visitation System, Voice Biometrics System, cellphone forensics solution, and all related software;
✓ Maximizing the utility of the proposed applications and operating as a "Workforce Multiplier" for the County by monitoring calls and video sessions, inmate email traffic, setting investigative alerts, and scheduling investigative reports;
✓ Providing actionable intelligence to County personnel, investigators and cooperating agencies based on their findings.

User Activity Log Reporting

The User Activity Log allows Facility administrators to monitor usage and page views and/or changes made by all employees accessing the interface with authorized access to the system, preventing any abuse of privileges. The system can require VPN access or limit accessibility by originating IP address. Each time a user logs into the platform, a unique session is generated, and corresponding record created. All page views and modifications to the database during this session are logged to provide an audit trail in our Activity Log report. With these checks in place, any views or changes are logged with the user's login information, date/timestamp and their location allowing the



change to be tracked back to the user and undone if necessary. All information is stored in redundant locations to ensure 100% reliability.

Through the Activity Log tab of the proposed ITS, every single action completed by a User is logged so County/Facility administrators can view all User interactions with the system, and reverse those actions, if needed.

<u>Reverse Lookup Feature</u>

Our integrated Reverse Lookup feature allows County / Facility users to see name and billing addresses of each called party with a convenient link to Google Maps allowing the user to pinpoint the address and see a "Street view" of the particular address associated to their phone, whether landline or cellphone.

As an added bonus to this feature, phone numbers retrieved from seized mobile phones can easily be imported into our destination database with a description of phone owner, allowing users to easily add to our Alert database and search for association to numbers called from mobile phones and inmates calling to those numbers.

CALL ACCEPTANCE (3.8)

☑The proposed shall provide an option for the called party to request rate of the call prior to acceptance.

☒☒NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.

Called parties are provided the option of hearing and repeating the rate quote during the call setup process, before the called party accepts the call. Unlike other providers in the industry, the proposed system does not have a call greeting sequence that makes it difficult to receive a rate quote, nor do we configure our prompt/greeting sequence to deceitfully steer consumers (called parties) to more expensive "Single Payment" billing options. All calls are billed in a truly per-minute fashion.

☑The called party must actively accept the call.

☒☒NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.

The inmate and the called party cannot communicate until the call is positively accepted. The inmate is placed on hold while the system confirms that someone has answered and accepted the call prior to connecting the two parties. Billing does not begin until after the called party actively accepts the call.

☑The inmate cannot communicate nor hear the called party until the call has been accepted.

☒☒NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.

The inmate and the called party cannot communicate until the call is positively accepted. The inmate is placed on hold while the system confirms that someone has answered and accepted the call prior to connecting the two parties.

☑Billing must not begin until the call is accepted.

☒☒NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.

When the called party answers - a call setup message is played at the beginning of each call. The inmate cannot hear the called party during these messages and billing does not begin until after the called party actively accepts the call.



☑System must allow County to enable some telephone numbers to be called without any charges, i.e. attorney-client calls.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

Free call configurations available within the proposed system are extremely granular and customizable, and can be based on individual inmate telephones, specific destination phone numbers, specific inmate PIN, and can further be controlled by time-of-day allowances. Free call allowances are based on the requirements / preferences of the County.

All calls except for those marked as verified attorney-client privilege will be recorded. NCIC works diligently to ensure that all calls between inmates and their verified attorneys are not recorded. NCIC is the only large Inmate Telephone Provider that has not been a party to legal proceedings for mis-handling Attorney-Client calls. If required, NCIC will work with the incumbent provider (or the Facility / County) to receive an export of existing 'Privileged' numbers from the existing system.

SYSTEM SECURITY (3.9)

☑The proposed system must be programmed for auto shut-off at times designated by the County.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

The proposed system features include automated on/off controls, based on pre-configured schedules and the needs of Cole County. The platform allows authorized users to shut down individual telephones, blocks of telephones or the entire telephone system, and shutdown can be completed either immediately, or done once any current calls are completed.

☑The County personnel must be able to manually shut down the system in case of emergency.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

The system can be manually switched on/off via the secure web page using any internet-enabled device with internet access or by manual switches located in any area designated (Demarcation location, central control center, selected housing units, selected telephone) by the authorized personnel. Only authorized Facility personnel with proper login credentials (username and password) will be allowed access to this particular area of the system.

☑The proposed system shall be password protected to permit only appropriate facility personnel access to the system.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

The proposed ITS allows for allocation of user access levels in a very granular fashion. Facility or agency administrators can be provided with superior permission levels which allow them to manage the login/permissions provided to other Authorized Users. Permission levels can be granted based on the daily job duties and tasks each User needs to perform. Authorized Users are able to be provided with the same secure Username and Password for all proposed applications, allowing them to access the system(s) based on their security level remotely, via the Internet. Authorized Users can securely perform all functions of the system, including live monitoring, listening to recorded calls, blocking/unblocking numbers, terminating calls, PIN administration, call history searching, or any other function needed in real-time (based on their individual level of system access/permission). All page views and modifications to the database are logged in detail, to provide an audit trail in our user Activity Log report.



With these checks in place, any views or changes are logged with the Authorized User's login information, date/timestamp and their originating IP address allowing the change to be tracked back to the User and undone, if necessary. All information is stored in geographically separate backup locations to ensure 100% reliability.

☑The system must have the capability to enable and disable any phone at the facility from any secured internet enable computer.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

The proposed system allows authorized County/Facility personnel the ability to enable and disable individual telephones, blocks of telephones or the entire telephone system. This feature can be accessed via the secure website using any computer with internet access. Only authorized County/Facility personnel with proper username and password will be allowed to access the system.

☑For security purposes the system must be a centralized non-premise system that will keep all records secure and not require that need to maintain at the facility. Describe how your system will meet this requirement.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

The proposed system is a fully centralized, web-based platform with two geographically separate, redundant data storage centers, one in Longview, TX and a mirror (backup) location in downtown Dallas, TX. A tertiary level of backup is provided by Amazon's GovCloud services, which are designed to host the most sensitive data, and address the most stringent US government security and compliance requirements. Across all of our separate storage solutions and considering the hundreds of facilities using our platform, the system is only running at approximately 25% capacity.

☑System must set a maximum call length for calls made by inmates. Describe the range of time and increments that calls can be limited too.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

The proposed system is capable of customizing the available call length and calling hours by day, by individual inmate, by destination number, by specific inmate phone, by facility or system wide.

The system's Edit Inmate screen allows authorized County administrators to enter an "Active Date" for an inmate restricting the use of their PIN until the date and time entered. When the period of restriction has passed the inmate's calling privileges will be automatically reinstated, without any needed input from County personnel.

Additionally, "Time of Day" parameters can be set based on inmate PIN or by individual phone number, restricting calls to only those times specified.

☑System must shut down all or subsets of inmate telephones (by floor, block, or other grouping).

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

The platform allows authorized users to shut down individual telephones, blocks of telephones or the entire telephone system, and shut-down can be completed either immediately, or done once any current calls are completed.



☑The system shall prohibit any operator calls, 411 calls, any 800, 900 or any other free number incoming calls.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

The proposed system prohibits access to 800 and 900 type services. There is a database of blocked numbers which is maintained by NCIC, which can be shared with the Facility for approval, as required. A small but representative sample of the blocked number database includes 800, 888, 877, 900, 700, 911, 411, 311, 0, 950, 976, 555-1212 and 10-10xxx numbers. This database of blocked numbers is updated regularly. At no time will inmates be able to reach a live operator or 411 information-type services or any such access to items listed above.

VOICE BIOMETRICS (3.10)

☑The system must be fully integrated into the vendor's inmate calling system and not require a 3rd party software.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

The proposed Voice Biometrics software is entirely integrated into the proposed ITS and does not rely on a third party software.

NCIC offers an industry-leading Voice Biometrics System (VBS), which is a "continuous" voice biometrics application that synthesizes voice prints upon every use of the inmate telephone. There is no formal, cumbersome enrollment process for the VBS (meaning absolutely no staff/officer involvement during the intake process) and inmates don't know that their voice prints are being created and refined with every call. Facility staff are able to locate instances of PIN theft and PIN sharing quickly and easily and use the intuitive user interface to locate events of interest, identify three-way calling events and pinpoint the exact point within a call that the voice print changes from one inmate to another ("Multi-Speaker Events").

Additionally, call or voice audio can be taken from other external sources (outside of the County's inmate telephone system) and manually fed through the proposed VBS in order to determine if a particular voice print belongs to an inmate who has previously been housed at any Facility using our system. Voice Biometrics is offered at no cost or commission deduction to the County.

NCIC provides correctional personnel with numerous investigative tools to aid investigation in the analysis of calls and facilitates the discovery of actionable intelligence revealed through biometric processing, that may otherwise go unseen. Some of the advantages offered by our system include:

- No lengthy enrollment process – Voice Prints are automatically and covertly created and continuously improved, delivering highest accuracy rates possible.
- Identify PIN sharing events – Along with the identity of the imposter, allowing investigators to focus their efforts on calls that have the highest likelihood to include actionable intelligence.
- Query records by voice – Identify all calls in which the targeted inmate may have spoken. Voices of civilians can also be run against database, providing investigators with unparalleled intelligence gathering tools.
- Create voice prints on request – Prints can be processed against historical calls, allowing investigators to listen to and extract potential intelligence, regardless of inmate or civilian identity or number of telephones numbers used.
- Continuous Voice Identification – Provides investigators not only verification of



whom is speaking, but also the identity of all inmate(s) who speak during a call.
- Link civilians by voice – Our VBS is the only solution that can create and match on demand or automatically, prints and biometric results for civilians in addition to inmates.

☑The system must provide secure, fully vetted voice signature database created through the fully supervised and validated enrollment of each inmate, which establishes the voice to PIN relationship.

NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.

☑The system shall continuously monitor the voice signature for 100% of each and every call. Please describe your solution.

NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.

Our proposed VBS, which is a "continuous" voice biometrics application that synthesizes voice prints upon every use of the inmate telephone, as is noted in the response provided under item 3.10.1 and 3.10.2.

☑The system must be able to capture and compare the voice signature of the called party to other called parties. Please describe your solution.

NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.

Our proposed VBS, which is a "continuous" voice biometrics application that synthesizes voice prints upon every use of the inmate telephone, of both called parties and inmates, as is noted in the response provided under item 3.10.1 and 3.10.2.

☑The system must be able to capture and compare the voice signature of the called party to other called parties. Please describe your solution.

NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.

Our VBS solution can create and match, on demand or automatically, prints and biometric results for called parties in addition to inmates. These prints and identification can be cross referenced with other called party prints to provide an analyzed result.

☑The system must display a numerical confidence rating of the actual identities, by name of all inmates whose voices are detected on the call, whether the PIN owner or not. The numerical rating will represent the probability of an inmate's voice matching the voice on a call, e.g. 85%, 95%, or 100%.

NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.

☑The system should identify all inmates by their voice signature on every call; continuous biometric identification by name of all inmates speaking on a call.

NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.

Our proposed VBS, which is a "continuous" voice biometrics application that synthesizes voice prints upon every use of the inmate telephone, of both called parties and inmates, as is noted in the response provided under item 3.10.1 and 3.10.2.



☑The system should identify called parties by name label if the called party has not identified to the system via current or previous contact.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

NCIC is mindful of certain (current) industry-specific concerns as it relates to privacy protections of Called Parties, however, NCIC is open to further discussing this requirement with Cole County.

☑The system should provide the ability to search and find every occurrence of an inmate's voice and name on every call whether or not the inmate initiated the call. Investigators will be able to submit a sample of an inmate's voice into the entire call database to find every call on which the inmate's voice appears, whether or not the inmate initiated the call.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

Our proposed VBS is capable of identifying an inmate's voice and name through continuous voice identification and using an inmate's PIN to authenticate.

☑The system should provide the ability to search and find every occurrence of a called party's voice on all calls. Investigators will be able to search on a called party's voice and identify all the calls on which that voice appears.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

☑The system should allow for the retention of the inmate's voice signature file for repeat offenders so that the inmate's voice does not have to be re-enrolled at intake or booking upon the inmate's re-entry.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

The proposed VBS is capable of retaining an inmate's voice signature to utilize and cross reference in the event that the offender is re-booked to the Facility.

☑The system should provide the option of either call cutoff or call allowance based on inmate voice biometric technology that validates identity. The system will provide associated reporting.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

The proposed VBS does not *currently* have the ability to provide call cutoff or calling restriction based on identified voice prints. However, the proposed ITS allows for customizable restrictions to be placed through the use of an inmate's PIN. NCIC also offers three-way calling to be detected which allows for automated call cutoffs, if preferred.

☑The system must automatically detect calls that include 3-way calling events.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

Facility staff are able to locate instances of PIN theft and PIN sharing quickly and easily and use the intuitive user interface to locate events of interest, identify three-way calling events and pinpoint the exact point within a call that the voice print changes from one inmate to another ("Multi-Speaker Events").

☑The system should provide automated reverse-phone lookup of called party telephone numbers.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

Our integrated Reverse Lookup feature allows County / Facility users to see name and billing addresses of each called party with a convenient link to Google Maps allowing



the user to pinpoint the address and see a "Street view" of the particular address associated to their phone, whether landline or cellphone. Please refer to page 31 for additional details.

☑ The system should identify likely cases of PIN abuse along with inmate names.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

Our proposed VBS, which is a "continuous" voice biometrics application that synthesizes voice prints upon every use of the inmate telephone, as is noted in the response provided under item 3.10.1 and 3.10.2.

☑ The system should automatically detect and flag all inmate-to-inmate calls no matter how or where they happen, and no matter whether the inmates are within a facility or in different facilities across the country.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

Our proposed VBS is a "continuous" voice biometrics application that synthesizes voice prints upon every use of the inmate telephone, as is noted in the response provided under item 3.10.1 and 3.10.2.

☑ The system should provide the ability for investigators to flag and track inmates and telephone numbers by high interest groups, including custom-defined groups, such as gangs, high profile inmates, institution drug dealers, escape risks, and mail-monitoring inmates.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

Our Seven Degrees of Inmate Calling provides a "wagon wheel" of calling patterns, with larger spokes indicating associations between the called party and other inmates. This feature will also identify calls to current and former inmates and will provide:

- Visual link of calling affiliations between inmates and destination numbers.
- Association investigative tool provides a graphical interface that can associate up to seven levels of association of inmates and called parties.
- Potential associates to crimes, gangs and evidence suppression.

☑ The system will provide the ability for investigators to search the call database by inmate, date range, voice, case number, high interest group or other criteria.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

The proposed system allows for call history searching based on all of the criteria described above.

☑ The system should provide the ability to create and export reports showing misused PINs, 3 way calls, frequently called numbers, and suspicious called parties.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

Our proposed VBS is a "continuous" voice biometrics application that synthesizes voice prints upon every use of the inmate telephone and provides a wide range of investigative reporting, as is noted in the response provided under item 3.10.1 and 3.10.2.



☑The system should be configured to automatically show recent calls that fit custom criteria, such as calls by known gang members.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

Our Seven Degrees of Inmate Calling is a industry-leading call association investigative tool which provides a graphical interface that can associate up to seven levels of association of inmates and called parties, helping investigators piece together potential associates to crimes, gangs and evidence suppression.

☑The system should flag 3-way, PIN abuse, and inmate-to-inmate calls for immediate review.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

Our proposed VBS is a "continuous" voice biometrics application that synthesizes voice prints upon every use of the inmate telephone and provides a wide range of investigative reporting, as is noted in the response provided under item 3.10.1 and 3.10.2.

☑The system should provide the ability to display summary facts about any inmate's calling activity.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

Our proposed VBS is a "continuous" voice biometrics application that synthesizes voice prints upon every use of the inmate telephone and provides a wide range of investigative reporting, as is noted in the response provided under item 3.10.1 and 3.10.2.

☑The system should provide tools that give management the ability to track and report on staff usage of the software.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

The User Activity Log allows Facility administrators to monitor usage and page views and/or changes made by all employees accessing the interface with authorized access to the system, preventing any abuse of privileges. All page views and modifications to the database during this session are logged to provide an audit trail in our Activity Log report. With these checks in place, any views or changes are logged with the user's login information, date/timestamp and their location allowing the change to be tracked back to the user and undone if necessary. All information is stored in redundant locations to ensure 100% reliability.

☑The system should provide a call player that pictorially displays details of each call along with live action buttons: Investigators will be able to view every second of every call from start to finish with the ability to scan and replay call segments. Investigators should be able to separate, graphically view, and independently listen to either/both the inmate side and called party side without the need for additional switching and listening equipment. Investigators should be able to vary call replay speed, visually pinpoint, identify, and play 3-way calls, and easily make notes related to each call or call segment. Investigators should be able to capture and forward calls and call segments via secure mail. The call player should also provide these features:

☑Allow forwarding of inmate calls that contain intelligence information to designated staff for further investigation or intervention.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

The proposed system allows for calls of interest to be forwarded to other investigators, through the use of the briefcase tab. Our innovative Briefcase recording management



suite allows investigators and contract agencies, such as other counties and jurisdictions to login and pull their own recordings without the need of County personnel to handle the recordings. Our flexible User authorization settings limits external agency logins so they can only have access to their own inmate information and not be able to view or listen to other inmates. This eliminates the burden of facility personnel having to manage inmate information for other agencies.

☑Let staff assign an investigation case number and associate multiple telephone call records with that case number

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

The proposed system allows authorized users to quickly and easily take notes on calls. These notes are permanently attached to that call record, to facilitate investigations and later review.

☑Automatically identify each 3-way call attempt and/or conversation without the investigator having to review the entire conversation, even if there are multiple 3-ways on the same call. The 3-way segment(s) can be isolated, sped up/slow down, replayed, copied, and forwarded via secure email without having to burn CD.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

When the system determines that a three-way or call forward has been attempted, a warning message can be played to the parties on the call (based on the preferences of the Facility), and the call record is permanently marked as a three-way attempt (providing administrators an easy way to go back and listen to the call). If required by Cole County, the system can be configured to terminate any detected three-way calls. However, we typically find that correctional agencies prefer to allow them to continue, to help gather valuable investigative data.

☑Automatically detect inmate-to-inmate calling events and show where they occur.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

The proposed system does not allow for inmate-to-inmate calling. However, in the event that inmate-to-inmate calling is attempted via an outside third-party, the proposed Voice Biometrics and three-way detection feature will detect and identify it.

☑Ability to split call audio and isolate just the inmate or called party side of the call without the need for additional speakers or manual switching.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

The proposed VBS currently allows for audio to be isolated in the call player, whether it be the inmate's or the called party's.

☑Ability to skip pauses in the conversation to reduce the required listening time.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

Our system's call player allows for skip pauses to be removed from the call so that blank audio spaces are omitted from the call.

☑Ability to intelligently accelerate the speed of the call such that the voices are still intelligible even at the highest speeds.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**



☑Ability for an investigator to listen to, save, and email selected portions of a call

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

The proposed call player currently allows for investigators to listen to, save and email the entire phone call of interest as opposed to just portions of a call.

☑While staff listens to a call on the call player screen, the system will display the name of the inmate heard speaking on the call.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

The proposed call player currently displays the name of the inmate being heard speaking on phone calls.

☑A suspicious call displays a color-coded probability that the inmate voice detected on the call is not the PIN owner and identifies the inmate voice on the call.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

While not "color coded," the proposed system does indeed indicate when the voice detected on the call is not the PIN owner.

☑Ability for staff to capture voice samples from the inmate and/or called party side of the call and search the call database for all calls where that voice occurs.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

This is a standard feature of the proposed system.

☑Describe additional features for the voice biometrics solution offered.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

Our proposed VBS is also capable of interacting with our Voice Transcription/Translation feature which provides Cole County staff an additional tool for identification and investigation.

REPORTS (3.11)

☑The Vendor shall supply a method for the facility to retrieve, view and track call activity, commission information, and facility service requests from practically any location at any time via a web accessible site.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

A comprehensive package of web-based reports is offered with no special reporting tools needed to view or download detailed live and historical call detail and revenue information. If Cole County desires custom reports, NCIC will create custom reporting and can automate reports to email desired recipients as needed. Reports are available for inmate calls, with a variety of search options, inmate detail and statistics, destination number statistics, destination number associations, daily/monthly revenue reports and user activity reporting.



☑The vendor shall supply call detail reports to the County via a system self-serving access tool which is fully integrated into the platform provided. These reports shall contain a variety of call information and be customizable to suit the County's needs.

☑Standard reports should include Frequently Dialed Numbers, 3- Way Call Attempts, and Call Volume by Telephone. Customized reports shall be provided to the county at no additional charge.

NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.

Our Call History reports allow searching by whole or partial destination numbers, call disposition, inmate name/PIN, inmate telephone location, and many other options. The Call History reporting screen lists all calls that are attempted and completed. In addition, the report lists the date, time and duration of all calls completed through the system, as well as the total charges associated with each call.

☑Vendor shall supply monthly revenue reports.

NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.

NCIC will, at no cost to Cole County, customize or build any reports as needed. All reports are available to be exported in a range of file formats so that they can be manipulated and worked with. Reports can either be pulled on an "as-needed" basis by Cole County or can be developed and pre-scheduled to automatically deliver to specified recipients at certain times, such as at the beginning of each month, covering the prior traffic month.

☑Vendor shall attach samples of their call detail and other standard reports.

NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.

NCIC's proposed system offers secure, web-based reporting; therefore, no special reporting tools are needed. The platform provides a range of useful call detail and management reports based on inmate calling activities at an extremely granular level. Reports can be run on an as needed basis or configured and scheduled to run (and be delivered by email) at specified intervals. A common configuration is to have reports run at the beginning of each month, for the prior traffic month. These can be customized and are available at no cost to Cole County. Reports can be managerial/financial, or investigative, in nature.

In addition to the wide range of "canned" reports that are available through the system, NCIC will work with Cole County to customize any other reports as needed. Detailed managerial and investigative reports are available covering all items listed above, aspects of inmate communications, including Call Completion, Revenue, Per-Call charges, etc. Authorized Users (with the appropriate level of access) are able to easily pull raw Call Detail Records containing all required data for every attempted and completed call within the proposed system. Reports can be exported using a variety of common file formats, such as XLS, XLSX, CSV and PDF. A detailed listing of our reports can be shown on page 51 of this response.

☑Vendor shall provide secure access to all calling activity within the facility via the internet/web. The hosted site will need to provide an interface that will allow a facility to view call detail reports, check and track a facility commission data. This system should also allow facilities to open and/or view the status of service tickets.

NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.

Authorized County users will have a secure user login and password allowing them to



access the system based on their security level remotely, via the Internet. Users can securely perform all functions of the system, including live monitoring, listening to recorded calls, blocking/unblocking numbers, terminating calls, PIN administration, call history or any other function needed in real-time. All page views and modifications to the database are logged in detail, to provide an audit trail in our User Activity Log report. With these checks in place, any views or changes are logged with the user's login information, timestamp and their location allowing the change to be tracked back to the user and undone if necessary.

☑The system shall have the ability to export reports in Excel, PDF, and CSV formats.

☒☒NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.

Custom reports can also be set up for automatic delivery and reports can easily be downloaded in a variety of file formats including Excel, PDF, CSV. The ITS provides a range of useful call detail and management reports based on inmate calling activities at an extremely granular level.

SERVICE AND MAINTENANCE (3.12)

☑Vendor shall provide 24-hour, toll-free service number.

☒☒NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.

NCIC's Bi-Lingual Facility Support Department is available 24/7/365 and can be contacted by telephone at 903-757-4455 or toll-free 888-686-3699, or through email (for trouble-ticketing) at support@ncic.com. Callers can easily access a live agent within a few seconds, by following the easy prompts. NCIC directly provides the technical services including customer service and facility support – at no time will these functions be outsourced to a third-party company, they are all managed from our company headquarters in Longview, TX.

☑Vendor must provide live domestic customer service support to the County 24 hours a day, year round, for issue.

☒☒NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.

NCIC personnel will provide 24/7/365 customer service to the County for the life of the Agreement. Our Domestic Customer Service can be reached for full support of the ICE platform and visitation kiosk services via email at support@ncic.com, or by telephone at 903.757.4455 or toll free 888.686.3699. Cole County can also submit repair requests through the ICE platform's trouble ticket system. The authorized personnel submitting the trouble ticket is immediately sent an email confirmation. Any updates or changes to the ticket status are emailed to the authorized administrator.

☑Vendor must provide live domestic customer services support to family/friends and staff 24 hours a day, year round, without exception allowing family/friends and staff to set up accounts, make payments, access account information, and resolve issue.
☑Vendor must provide family/friends and staff full service online support including ability to set up accounts, make payments access account information, calculate call rates, and resolve issues (including online customer service chat and email support) via company website.
☑Family/friends and staff must have the ability to manage phone services and video visitation services from one centralized Web-based portal.
☑Website must dynamically display available products to family/friends based on previous calling history.



☑Website and portal must be accessible enhanced to support mobile devices such as cell phones.
☑Provider must support customizable service and courtesy notification campaigns to family/friends via various methods (phone dialer, text messages, email) to alert family/friends of bills due, bills past due, low account balances, account blocks, etc.).

**NCIC RESPONSE: HAS READ, AGREE, AND WILL COMPLY WITH ALL ITEMS ABOVE.**

NCIC's US-based Call Center is staffed on a 24/7/365 basis with bilingual operators capable of assisting family/friends and staff in providing assistance. Family/friends are provided a customer service toll-free number (800-943-2189) as the caller ID on all inmate calls, so family members can easily contact us for further questions about their accounts, balances, recharges and/or refunds. This feature makes it easier for the Called Party to contact NCIC Customer Support in order to set up or manage their pre-paid account or ask questions about service.

NCIC also has a webpage (www.ncic.com) for account funding and management with low, defined fees to establish accounts, which can be accessed through any mobile device as well. NCIC proudly operates the most customer-friendly Call Center in the inmate telephone industry, recognizing that satisfied friends and family result in more completed calls, higher Gross Revenue, and minimal complaints to the correctional agency. Our customer service can be customized to provide family and friends with push notifications of important information regarding their communication services and accounts.

☑Vendor shall respond to all major service outages within four (4) hours. Major outage is defined as 30% or more of the functionality of the system.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

NCIC offers a detailed on-site response time service matrix as can be seen below. NCIC will work collaboratively with each facility to customize the response times matrix determining applicable response times for each facility dependent on the nature of each issue.

| Service Level | Description | Resolution Time |
|---|---|---|
| High | Any report of 50% or greater of tablets are not operational. Any occasion when NCIC's admin portal cannot be accessed by the County. | 8 hours |
| Medium | Any report of 25% or greater of tablets are not operational. Any occasion when recording or live monitoring utilities are non-operational or malfunctioning. | 16 hours |
| Low | <25% of telephones are not operational. Static or other noise heard while conducting a telephone call. Administrative function not working in NCIC's admin portal. | 24 hours |

☑Vendor shall provide service policies and procedures as an attachment to this proposal.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

NCIC has provided a detailed description of our Service Policies and Procedures which can be found in Attachment 3 of our response.



☑Describe the maintenance and quality assurance programs for telephones to be installed.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

NCIC proposes a monthly Preventative Maintenance ("PM") visit (based on approval/schedule of Cole County) which is geared towards ensuring that all inmate phones and related equipment are functional and operating at full capacity. Every inmate telephone station will be checked during the monthly PM. After each monthly visit, the service technician will submit (both to Facility staff and also to NCIC headquarters) a detailed Repair Log, showing all work completed, any pending work to be completed, etc.

☑Identify facility service personnel responsible for on-site service and maintenance of system.
☑Identify location and response time to the facility, of field service personnel.

**NCIC RESPONSE: HAS READ, AGREE, AND WILL COMPLY WITH ALL ITEMS ABOVE.**

Mr. Bill Rounds will act as the primary point of contact for all of Cole County's on-site service and maintenance needs, and he is a contract employee who provides services throughout the State of Missouri, as well as surrounding states.

Bill Rounds - Business Development and Field Services
Lathrop, MO 64465
Email: tcikc@grm.net
Office Phone: 903-757-4455
Cell Phone: 816-651-5936

☑Describe employment status of vendor's field and remote service personnel. Are they full-time employees or contract personnel?
☑Detail equipment installation charges, if any.

**NCIC RESPONSE: HAS READ, AGREE, AND WILL COMPLY WITH ALL ITEMS ABOVE.**

Mr. Bill Rounds, who will act as the County's primary field service technician and point of contact, is a contracted employee who will provide all installation and maintenance services. All remote service personnel are full-time direct employees who will be available on a 24/7/365 basis.

NCIC will furnish all materials, hardware, software, interfaces, cabling, switching equipment, labor and materials for the installation and operation of the system at no cost to the County. At no time throughout the course of the Agreement will Cole County be responsible for any costs associated with the proposed systems.

☑Describe the maintenance and quality assurance programs for telephones to be installed.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

NCIC proposes a monthly Preventative Maintenance ("PM") visit (based on approval/schedule of Cole County) which is geared towards ensuring that all inmate phones and related equipment are functional and operating at full capacity. Every inmate telephone station will be checked during the monthly PM. After each monthly visit, the service technician will submit (both to Facility staff and also to NCIC headquarters) a detailed Repair Log, showing all work completed, any pending work to be completed, etc.



☑Detail the method of determining service interruptions and service call priorities. List response time for each priority and the level of expertise devoted to each priority.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

Please reference Attachment 3 – Service Policies and Procedures.

☑Provide a contact person who will be responsible for ongoing account management and support.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

NCIC will assign **Mr. Bill Rounds** as the main point of contact for the County of Cole during the entire Contract term. Mr. Rounds will oversee final Contract documentation and ongoing Contract management, act as primary liaison with the appropriate County and Facility personnel, manage the implementation of all services, ongoing maintenance and oversight and management of the day-to-day operations to include direction of NCIC's overall team.

Bill Rounds - Business Development and Field Services
Lathrop, MO 64465
Email: tcikc@grm.net
Office Phone: 903-757-4455
Cell Phone: 816-651-5936

Support services can be provided both remote or in-person depending on the type of service that is required by the County.

☑The system shall have the capability for remote diagnostic to minimize facility visits by provider. Describe your system diagnostic process and tools.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

Please reference Attachment 3 – Service Policies and Procedures.

☑Describe your disaster recovery system.
☑Provide will provide redundant data centers. How many data centers do you have? Describe Them.
☑How many staff do you have dedicated to managing and operating your data centers?

**NCIC RESPONSE: HAS READ, AGREE, AND WILL COMPLY WITH ALL ITEMS ABOVE.**

## NCIC Disaster Recovery Plan

The proposed System is a fully integrated, custom-designed system comprised of both onsite and offsite network components to provide the utmost in network redundancy and higher security than standard cloud-based systems. All components for placing calls / video sessions, live monitoring, recording and data collections are located in high redundant, fully redundant locations in Longview, Texas and Dallas, Texas, with near real-time back up on Amazon Web Services cloud storage.

NCIC is the carrier of record but will use AT&T and Level 3 as underlying providers for terminating calls domestically. NCIC has its own network for terminating international calls and the ICE platform consistently maintains a network uptime of 99.99% due to our unique network architecture.

The ICE platform was the first inmate telephone service to use the Cloud to provide



the utmost redundancy and security in call recording and call detail storage. ICE utilizes Amazon's GovCloud services, which are designed to host the most sensitive data, and address the most stringent US government security and compliance requirements. Inmate call recordings are stored in a minimum of 3 separate locations and encrypted in AWS' proprietary encryption code. All call records and system data are backed up in real-time. The call recordings and call detail are immediately copied to Amazon's GovCloud for off-site redundancy. Access to AWS GovCloud services is limited to vetted account holders that must be held by US citizens.

Our co-location facility in downtown Dallas, Texas with Equinix (www.equinix.com/data-centers/) handles up to 100% of our live data traffic in the case of an outage at our primary facility in Longview, Texas. On an average day, our network operates at 25% of capacity, running on 1 Gig of bandwidth with 4 separate bandwidth providers (AT&T, CenturyLink, Cogent and Conterra Networks). In 2016, we started a major network upgrade, mainly in anticipation of the FCC rate ruling which did cause an increase our call counts by about 40% over the following two years. NCIC chose the two diverse Texas locations due to their central locations in the US because of the major fiber hubs and the lack of major weather disturbances, earthquakes, or potential terrorist activity.

First and foremost, our focus is on disaster prevention. NCIC is willing to offer a Service Level Agreement (including penalties for non-performance) to alleviate any concerns to our customers. There are 6 levels of disaster recovery to guarantee Tier 1 carrier-grade services (99.99+% uptime):

1. Our core strength is running our platform on a RAID 6 array of asterisk (Dell PowerEdge) servers, upgraded in the summer of 2018. Our primary site utilizes over 40 separate switching and database servers just for handling call and video visitation traffic. We utilize separate and diverse bandwidth providers to ensure network redundancy. AT&T is our primary and Conterra (formerly Network Communications) is our secondary provider, for a total of over 1 Gig of bandwidth. Each server is run on its own separate UPS/Battery backup which is, in turn, connected to a Blue Star 150kVA generator with two diverse natural gas providers for fueling. This new generator also includes remote monitoring features to keep operations staff informed of its status 24x7x365. Our Longview, TX data center has 3 separate air-conditioning units to ensure optimal temperatures year-round.

2. Our secondary site, co-located with Equinix in downtown Dallas, offers us a virtual mirror of our primary Facility, utilizing 21 separate switch servers and capable of carrying 100% of our data network load. We utilize Cogent as the bandwidth provider allowing us a 4th diverse bandwidth provider with another 300megs of bandwidth. We utilize two new Dell PowerVault servers for the database which allows real-time back up between the primary and secondary facilities. Equinix offers auxiliary generators and multiple air-conditioning units.

3. For secure, tamper-resistant call recording storage, we have gone a step further than our competitors and utilize Amazon's Simple Storage Service (S3), which provides us with a minimum of 3 data bunkers located throughout the USA to provide encrypted storage of call recordings and call detail for up to 5 years. Amazon Web Services allows us to maintain our PCI compliance standards, CPNI



Compliance, along with their CJIS Compliance, ensuring the utmost security covering our customers and their data.

4. We utilize four separate outbound providers to terminate our calls, allowing us network redundancy in the case of regional network interruptions. We utilize AT&T and Level 3 as primary, Network IP and First Data Communications as our secondary providers. We utilize THINQ to manage the dynamic routing between AT&T and Level 3 communications, meaning we can change network routing within seconds in the case of a regional outage by any of our providers. Our fourth provide is our own proprietary, international networks built out in Latin America.

5. SolarWinds/Orion Network Management interface allows us real-time network monitoring with alerts to our Network Operations Center indicating bandwidth outages at specific jails within 5 minutes of interruption.

6. In response to the possibility of having to shut down our call center during the Pandemic in March of 2020, NCIC developed a web-based call center platform whereby our customer service representatives are able to work remotely limiting any impact of natural disasters that may impact our physical call center in Longview, Texas. We were able to actively use the system during a severe winter storm in January 2022, whereby we issued secure laptops and noise-cancelling headsets to our call center staff which first conducts a speed test and network quality test, then creates a Virtual Private Network into our redundant call center platforms located in Longview, Texas and secondary location in downtown Dallas, Texas and were able to continue operation for approximately 12 hours.

Our primary data center, in Longview, Texas, located in downtown is on the same power grid as our main hospital, Christus Good Shepherd Medical Center, is strategically situated in an area with rolling terrain, so not susceptible to flooding. Longview rarely has extreme weather, such as tornados, hurricanes or snow/ice storms, earthquakes, etc. so very rarely do we have problems with employees being able to come to work due to extreme weather or natural disasters.

INSTALLATION AND CUT-OVER (3.13)

☑The vendor must provide inmate phone sets, the remote administration station and the automated inmate call control system, install the visitation recording sets, remote system access and the system and insure that they are working properly. This installation is to be completed within sixty (60) days after contract award and full execution.

NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.

The proposed system is a fully functional and maintained inmate telephone system that provides all operational features and system requirements applicable to all calls placed through the system, including local, long distance, and international calling. ICE and the complete system and equipment that support the Facility's call monitoring/security needs includes digital recording technology, network, database, servers, call processors, digital and analog communications circuits, telecommunications capabilities, and other required system functionality. NCIC is responsible for all costs of the proposed system, including installation, at no cost to the County, and fully understands and will comply with the sixty (60) day installation requirement.



☑The vendor shall submit a complete and detailed schedule of the time-frame required for installation, including utility coordination, internet service provider installation, training, cut over, and testing. The system must be installed in a manner and under a time-frame designed to minimize disruption of the normal functioning of the facilities.

☑If the schedule cannot be met within the 60 days stated above, contractor must propose an installation schedule of events. Failure to state installation time in the bid will obligate the contractor to complete installation so as required in the bid. Extended installation time may be considered when in the best interest of the County.

**NCIC RESPONSE: HAS READ, AGREE, AND WILL COMPLY WITH ALL ITEMS ABOVE.**

NCIC has provided a draft implementation plan which follows a "phased" approach incorporating quality assurance measures to ensure a seamless transition, minimizing the risk of disruption of phone service, and ensuring completion of the project by the desired completion date. The project plan will be modified per agreed upon contract terms and will follow the project plan and template. Please reference Attachment 4 - NCIC's Sample Implementation Plan.

☑Any delay in the implementation schedule that is caused by the County will increase the contractor's time allowance to complete installation but the contractor must submit a complete and detailed schedule of additional time required.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

☑The risk of loss and/or damage will be assumed by the contractor during shipment/travel, unloading, and installation.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

At no time will NCIC hold Cole County responsible for any loss or damage of equipment during shipment, unloading or installation.

☑The vendor must have a plan to provide planned technology upgrades.  Please describe.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

NCIC provides the Facility with all upgrades to the proposed Platform free of charge for the life of the contract and any contract renewals/extensions. This ensures the Facility has the latest and most advanced system available. NCIC releases new updates periodically, with updates, improvements and enhances occurring on a quarterly basis at a minimum. These updates contain new features, improvements, system enhancements and hardware updates. Since the current system runs on centrally located servers, there are no updates that need to be installed at the Facility, thus allowing for seamless product upgrades.

☑The vendor must describe their experience with implementing services detailed in the RFP

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

NCIC has a vast amount of experience in providing inmate communications services in a large range of facilities, of all sizes (from 20 to 2,200 beds). NCIC has successfully implemented all of the types of technologies described in this RFP, maintaining superior customer support and account retention levels. NCIC has developed our approach to inmate communications based on the needs of customers, always ensuring that the systems provided are operating at the optimal levels and maximizing uptake of the communications services.



NCIC has a proven track record in maximizing efficiencies in correctional facilities by replacing older paper-based processes with seamless, integrated solutions to accommodate all kinds of facility needs.

VIDEO VISITATION (3.14)

☑The vendor must work with the existing provider to determine the exact times when video visitation equipment can be replaced to reduce "down time".

☒NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.

If awarded, NCIC will coordinate with the current provider to coordinate and ensure that a seamless transition of services and equipment is in order to reduce downtime of communications at Cole County.

☑The vendor must describe, how it performs Cole County's standard system testing to ensure that the proposed video visitation system and its network services are fully implemented and ready to accept visitation traffic and Cole County use. This description must include the provider and industry standard methodologies, procedures and protocols consistent with the video visitation system proposed. The provider must describe what is required of Cole County personnel during the system testing. All hardware, software, software licensing, etc. required to perform this testing must be provided to Cole County at no cost.

☒NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.

Prior to NCIC's technicians leaving the project site, a thorough Acceptance Testing process is conducted, typically involving a facility walk-through with County staff and personnel, additional testing of equipment (test calls / visits), providing any applicable project or system-related documentation and finally, transitioning to the 'Ongoing Management' stage.

☑The vendor is required to provide system testing which simulates normal operating conditions of the installed video visitation to ensure proper performance after hardware and software configuration is complete. This simulation must include full traffic load representative high traffic situations for visitation traffic.

☒NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.

NCIC will provide all required system testing of all proposed systems, prior to leaving the project site.

☑The vendor must agree, in its response, to Cole County's right to require the replacement of any network service or system component whose failure to meet required performance levels, during testing, has risen to chronic problem level.

☒NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.

NCIC will adhere to Cole County's right to replace any network service or system component which is deemed unable to meet the require performance levels.

CALL MONITORING AND RECORDING (3.15)

☑The proposed system shall maintain all call recordings centrally on SAN storage technology and not use tape drives for storage of call recordings.

☒NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.

All information and recordings are stored in geographically separate redundant backup locations to ensure 100% reliability. The primary data center is located in Longview, TX and backed up at our "mirror location" in downtown Dallas, TX. As a tertiary level



of protection, all recordings and call detail are stored with Amazon's Web Services S3 Cloud. The proposed system was the first inmate communications service to use the Cloud to provide the utmost redundancy and security in call/video recordings and detail storage. It utilizes Amazon's GovCloud services, which are designed to host the most sensitive data, and address the most stringent US government security and compliance requirements. Inmate call recordings are stored in a minimum of 3 separate locations and encrypted in AWS' proprietary encryption code. All call records and system data are backed up in real-time. The call recordings and call detail are immediately copied to Amazon's GovCloud for off-site redundancy. Access to AWS GovCloud services is limited to vetted account holders that must be held by US citizens.

☑ All recordings (telephone and video) shall be stored online and available through the online user interface for ninety (90) days.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

All call recordings and system data are backed up in real-time and available through any internet-enabled device. Recordings are available for the duration of the agreement, and longer if required by Cole County.

☑ Facility personnel must be able to search call recordings by dialed number, date, time, inmate account, or site name and must be able to simultaneously live monitor conversations while the system is recording the conversations.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

Our Call History and Call Detail Reports (CDRs) allow searching by partial destination numbers, call disposition, such as answering machine, no answer, busy line, call denied by caller, call blocked by caller, invalid PIN (when inmates are trying to fraudulently use PINs), invalid destination number, frequently called numbers and over 20 more options.

☑ The County must be able to block the recording of conversations to certain numbers.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

The proposed system allows for certain visitors to be marked as attorneys, legal counsel and approved medical professionals (for HIPAA compliance). The proposed VVS provides the ability to prohibit the recording and monitoring of private attorney visitation conversations. NCIC takes pride in our management of attorney-client calls and has never been a party to a legal proceeding related to mismanagement of legal video sessions.

☑ All recorded calls and video must be backed up and geographically disparate to minimize the risk of lost recordings due to a catastrophic system failure. Describe bidder's system backup plan and system redundancy.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

All information and recordings are stored in geographically separate redundant backup locations to ensure 100% reliability. Please refer to the response provided under section 3.15.1.



☑Facility personnel must be able to search call recordings by destination number, date, time and inmate name.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

Our Call History reports allow searching by partial destination numbers, by call disposition, such as answering machine, no answer, busy line, call denied by caller, call blocked by caller, invalid PIN (when inmates are trying to fraudulently use PINs), invalid destination number and over 20 more options. Call Detail Records include all fields outlined above, and more.

VIDEO MONITORING AND RECORDING (3.16)

☑The proposed system must offer both local and remote video visitation capabilities.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

The proposed VVS platform allows a visitor to schedule a remote video visit from any personal mobile device, tablet and/or home or public desktop computer with an internet connection through the user-friendly website. Remote video sessions can be made through a desktop, laptop, tablet or mobile device. NCIC recommends using Windows10 or the most recent version of Mac OS as the compatible software.

☑The proposed system must allow staff to monitor in real time any video visitation. Staff must be able to terminate the video visitation at any time.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

NCIC's proposed InTouch VVS is a proprietary, centralized, web-based application system that provides both on and off-site video visitation, as well as other kiosk-based functions such as inmate messaging, unlimited customizable inmate requests (grievances, PREA, medical, dental, general requests, ICE requests, religious, maintenance, etc.), along with links to various services, such as commissary, Immigration Information Websites, Consular websites, Veteran Services, approved videos, inmate information and finally we offer access to inmate documents and handbooks.

☑The proposed system must use web-based software

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

NCIC's proposed InTouch VVS is a proprietary, centralized, web-based application.

☑The proposed system must record and store data of completed video visitation sessions. All video data must be accessible for play back or download.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

All visit sessions are automatically recorded unless the visitor is flagged as a verified attorney visit (or as otherwise indicated by the facility). All stored visit recordings are available for at least twelve (12) months (and longer if so desired). Video storage is managed in the same fashion as phone recordings to ensure the integrity. All recordings shall be protected from being purged and shall be stored online. Certain recordings can be separated and stored beyond the usual storage time allocation, if needed. Visit sessions are able to be stored in a variety of file formats. Visit sessions and Visit Detail Records are always stored in at least three (3) geographically separate locations to ensure maximum system redundancy. The length of time that recordings are stored is based on the preferences of the County.



☑ The proposed system must not require a server onsite to store video visitation date.

**☒NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

The proposed VVS does not require an onsite server in order for it to store video visits and data.

☑ The proposed system must allow for restrictive permissions that limit individual or groups of inmates to access certain applications per the County's specifications.

**☒NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

The proposed VVS includes a robust administrative portal which allows specific, authorized County and facility personnel the ability to modify or view any data, privileges, accesses or restrictions pertaining to inmates based on the County's defined administrative rights.

☑ The proposed system must be optimized for use on a mobile device.

**☒NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

The proposed VVS is entirely web-based and can be accessed using any mobile device or laptop.

☑ The Video Visitation System shall provide the ability to monitor conversations in real-time without the knowledge of the participants. It is desired that the Contractor assist Cole County Sheriff's Department with monitoring of live conversations, documenting and notifying Cole County Sheriff's Department if a video visit is terminated.

**☒NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

InTouch Video Visitation allows for real-time monitoring of live Video Visits, from directly within the web-based User Interface.

As can be seen in the sample screenshot on page 70, the Live Monitoring application is user-friendly, allows for investigators / administrators to mute / unmute one or both sides of the visitation, send wanting messages to one or both participants, and terminate the session if needed.

Functionality within the Live Monitoring feature of the proposed Video Visitation system is available based on user permissions and daily job functions of authorized users.

☑ The Video Visitation System shall be capable of interrupting a video visitation conference while in progress and the ability to communicate with either one or both participants verbally and/or through text messaging.

**☒NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

The proposed VVS allows for the Authorized User to monitor all or individual current and completed sessions, and rotate randomly between enlarged sessions in order to catch any untoward or suspicious behavior. Sessions can easily be terminated, if such behavior is observed. The Authorized User has the ability to first display a warning message to one or both parties, prior to termination, if they so choose.



☑The Video Visitation System shall provide the ability to digitally extract and playback historical video conversations.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

Authorized users will have the ability to digitally extract any video recordings and data directly through the proposed system. This is performed through Visits History Tab and investigators will have the ability to select and download an unlimited number of video visits. Users will have the ability to playback recorded conversations and download these records to external media.

☑An unlimited number of visitations shall be able to be recorded simultaneously 24 hours per day, 7 days per week and shall be time and date synchronized.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

☑The Video Visitation System shall allow Cole County Sheriff's Department the ability to monitor usage and report on usage at a user and facility level.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

Authorized users will have the ability to monitor system usage and report on usage at a user and facility level – this permission is typically only granted to administrative users with superior permissions.

☑The proposed video visitation should be secure and built for the correctional environment.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

NCIC's industry-leading, correctional-grade kiosks are suitable for a correctional environment and assembled with longevity in mind. As with all other aspects of NCIC's technologies and service, our correctional kiosks are provided and maintained at no cost to the County. An equipment specification sheet with images can be found on page 90 of this response.

☑The proposed system must enable family/friends to schedule both local and remote video visit via a web-based customer portal.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

The proposed VVS platform allows a visitor to schedule a local or remote video visit from any personal mobile device, tablet and/or home or public desktop computer with an internet connection through the user-friendly website.

☑The proposed system must give the staff the ability to require approval whenever a family/friend request to communicate with an inmate.
☑The proposed system must allow the staff to manage an inmate's list of contacts and approve/deny communication access.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

The proposed VVS allows users to establish and manage approved visitor lists for the entire facility, only selected housing units, or only selected inmates. Only authorized users with the appropriate credentials will be allowed this functionality.



☑The proposed system must give the staff the option to require approval whenever a video visitation session is scheduled.

**☒NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

If required, the proposed system can be configured to provide the option of approving a scheduled visitation session before it is confirmed in the system to both parties. This can be performed on a system wide basis or on a per inmate/visitor basis.

☑The proposed system must allow for family/friends to pay per minute for remote video visitation sessions, opposed to purchasing a block of time regardless of how long the video visit session lasts.

**☒NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

The proposed VVS processes all video visitation sessions to be billed in a per-minute fashion, as opposed to an entire block of time that might only last a minute. This ensures that Friends and Family of inmates are only charged for time spoken.

☑The proposed video visitation should allow for the display of the inmate handbook.

**☒NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

The proposed kiosks are capable of displaying various types of public information such as inmate handbooks, jail rules and regulations, etc.

☑The proposed video visitation kiosk should allow inmates to submit request and receive responses.

**☒NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

The proposed InTouch Inmate Ticketing application exists as the perfect platform for secure internal communications between inmates and facility staff. Inmate ticketing allows for both inmate-initiated and staff-initiated tickets. Agencies can create an unlimited number of ticket types, based on the requirements of each facility. The overall ticketing system can be completely customized based on the requirements of each agency, has full reporting, reminders and escalation functions, and allows for sharing of documents.

☑The proposed system must offer the staff a ticketing system where they can submit support tickets or ask questions directly to the contractor's support team. Response to these request should be no more than 2 hours from notification/submission. Please explain how support will be maintained for the proposed video visitation system.

**☒NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

The proposed VVS offers staff with the ability to click on our "Support" button to submit a ticket or question which autogenerates an assigned ticket number. Once this request is received, NCIC staff typically replies within 30-45 minutes to further asses the inquiry. In the event that a hardware issue is being reported and maintenance is required, NCIC will coordinate with and dispatch the assigned local technician.

Upon resolution, the technician conducts on-site testing, notifies the on-site customer contact, and provides ticket documentation for trouble resolution and closure. NCIC technicians are available 24x7x365 and work in a close team environment so they back-up each other on after-hour coverage.



☑Recordings shall have capability to be selectively turned on or off through programming by the vendor dependent upon the type of call and other pertinent legal requirements.

**☒NCICRESPONSE: READ, AGREE, AND WILL COMPLY.**

**The proposed system allows for certain visitors to be marked as attorneys, legal counsel and approved medical professionals (for HIPAA compliance). The proposed VVS provides the ability to prohibit the recording and monitoring of private attorney visitation conversations. NCIC takes pride in our management of attorney-client calls and has never been a party to a legal proceeding related to mismanagement of legal video sessions.**

☑Cole County Sheriff's Department desires that all recordings shall be retained by Contractor for a minimum of one year from the date the call was placed.

**☒NCICRESPONSE: READ, AGREE, AND WILL COMPLY.**

☑Cole County Sheriff's Department shall retain all rights and ownership of records and recordings.

**☒NCICRESPONSE: READ, AGREE, AND WILL COMPLY.**

VIDEO VISITATION – SOFTWARE REQUIREMENTS (3.17)
☑Software must be updated on a regularly scheduled plan.

**☒NCICRESPONSE: READ, AGREE, AND WILL COMPLY.**

**NCIC releases upgrades, updates and feature enhancements to the system periodically, and on an as-needed basis. All upgrades are pushed out "globally" (to all customers using our platform), unless the update is unique to a specific facility.**

☑Visitation sessions shall connect automatically without any intervention from facility staff. However, the ability to manually connect or re-connect must be offered.

**☒NCICRESPONSE: READ, AGREE, AND WILL COMPLY.**

**The proposed VVS is capable of automatically connection visitation session without the need for facility staff intervention. Authorized staff will have the ability to manually connect a visit without the need for scheduling.**

☑The system must auto connect without the use of unique identification numbers for visitors or inmates.

**☒NCICRESPONSE: READ, AGREE, AND WILL COMPLY.**

**The proposed VVS is able to provide automated connectivity of visitation sessions through the usage of an inmate's PIN and a visitor's registered communications account.**

☑The inmate interface must have a multi-lingual interface (English and Spanish at a minimum).

**☒NCICRESPONSE: READ, AGREE, AND WILL COMPLY.**

**The proposed VVS is multi-lingual, by default (English and Spanish available). If required by Cole County, additional languages can be added / supported, and at no cost.**



☑The proposed system must allow Cole County to view and monitor a minimum of 10 concurrent live video sessions. The system must allow for viewing of concurrent live video sessions. Please describe this process and state how many concurrent live video sessions the County is able to monitor at one time.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

The proposed Video Visitation System (VVS) allows for recording and viewing of live video visitation session through the VVS Console. In addition, all previously recorded visits may be viewed in the Video Visitation reporting function unless there are restrictions that prohibit the recording and monitoring of certain calls, such as attorney-client privilege. Multiple users can monitor simultaneously, without affecting the performance of the system, and without the parties on the session being aware of the monitoring. Authorized users can monitor up to 14 live video visitation sessions on one single page.

☑The proposed system must be able to automatically or manually rotate between concurrent live video visitation sessions with the ability to terminate a video session for inappropriate or suspicious behavior.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

The proposed VVS allows for the Authorized User to monitor all or individual current and completed sessions, and rotate randomly between enlarged sessions in order to catch any untoward or suspicious behavior. Sessions can easily be terminated, if such behavior is observed. The Authorized User has the ability to first display a warning message to one or both parties, prior to termination, if they so choose.

☑The proposed system should provide web-based visitation scheduling for authorized users (Agency staff, attorneys, the public) utilizing any standard web browser.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

The proposed VVS user interface was written using the newest technology in web tools and is compatible with any Windows-based computer and various web browsers including Internet Explorer, Chrome (recommended), Safari and Firefox. All functions of the proposed system are accessible 24/7/365 via any internet-enabled computer, tablet or smart-phone allowing authorized users access throughout the platform based on their level of access authorization.

☑The proposed system must display pending visits to Cole County Staff and to those incarcerated.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

The proposed system is able to display pending / upcoming visits to Facility personnel, and to inmates in a common housing area. No sensitive information is displayed, as part of this.

☑The proposed system must have a single portal search for video and call record.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

☑The proposed system must be able to automatically detect if remote visitor's computer system meets minimum requirements for system connectivity.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

The proposed system requires a webcam camera with a microphone and speaker in order to meet the minimum visitation requirement from a computer and will notify



visitors if anything is missing.

☑The proposed system must allow family, friends, attorneys, etc. to easily schedule onsite video visits using an onsite terminal, a smartphone or tablet, or web browser.

NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.

Visitors are able to schedule onsite video visits directly through the onsite kiosks, any mobile device or through a desktop browser.

☑The proposed system must allow family, friends, attorneys, etc to easily schedule offsite video visits to be conducted on both Android and Apple smartphones.

NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.

Visitors are able to schedule offsite video visits directly through any smartphone, tablet, or laptop.

☑The proposed system must require visitors to provide a government issued ID with a photo and birth date (i.e. driver's license) during registration for Agency staff approval prior to scheduling a visitation session.

NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.

The proposed VVS is able to be subject to whatever level of authentication as required by Cole County. This can include that the visitor provide a government-issued photo ID. The proposed system allows visitors to capture and upload their photo ID to system for authentication and approval.

☑Visitor's must be able to pay for the video visitation session using either a credit card or debit card. However, the County must have the ability to offer visits at no charge to attorney's, clergy, Public Defenders, Probation/Parole, Pretrial Services and other state agency personnel.

NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.

Visitors will have the ability to pay for their video visitation sessions using a credit or debit card. Free visitation allowances are also extremely granular and can be associated with inmate PINs, specific phones/housing areas, or special visitors such as attorneys, parole officers, etc.

☑The proposed system must only display timeslots that meet Cole County policies.

NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.

☑The proposed system must have the ability to block or restrict visitation during specific time frames due to holidays, attorney visits or pretrial services.

NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.

The proposed VVS is capable of blocking out specific time frames or days due to holidays, attorney visits, or pretrial services. The system is entirely customizable to block out any times or dates desired by the County.

☑The proposed system must allow users or County Staff to change personal information (i.e. addresses, phone numbers, ID numbers).

NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.

The proposed system allows for users to change their personal information directly through our site.



☑The proposed system must send an email to a visitor when a visit is scheduled, modified, or cancelled.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

The proposed VVS is able to send text/email notifications to the outside party (visitor) when a visit is scheduled, modified or canceled. Outbound notifications are able to be customized based on the requirements of the County / Facility.

☑The proposed system must offer customizable set duration for each visit.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

Visit / session durations are customizable based on the specific requirements of Facility administration, and can be tailored to specific housing areas, inmate classifications, or down to the specific inmate PIN. Unlike certain other systems in the industry, the proposed system does not force the inmate and visitor to participate in the entire block of the session (and pay for the entire block). Visit sessions are able to be paid for on a per-minute basis.

☑The proposed system must provide a visual warning message to inform the visitor that the session will be ending in 2 minutes or provide a visual countdown timer.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

The proposed VVS is able to display an onscreen countdown clock depicting the time remaining on each visitation session.

☑The proposed system must provide different levels of permissions to facility staff users based on user type.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

The proposed VVS is password – protected and access is provided only by the appropriate user credentials. Individual levels of access can be granted to each specific Authorized User. Authorized Users will have a secure user login (username and password), allowing them to access the system based on their security level remotely, via the Internet. Users can securely perform all functions of the system, including live monitoring, monitoring live sessions, blocking/unblocking visitors, terminating live sessions, visit history searches, managerial reporting or any other function needed in real-time.

☑The proposed system must require a unique username and password that will allow the facility user access based on their allowed permissions.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**



☑The proposed system shall provide specific information for tracking inmate and visitor activities and patterns by, at a minimum, the following criteria:
- Inmate ID Number
- Session ID
- Appointment ID
- Inmate First/Last Name
- Visitor Name
- Date and time of visit
- Inmate video visitation station; and location/housing unit
- Daily, weekly, and monthly visits statistics

**NCIC RESPONSE: HAS READ, AGREE, AND WILL COMPLY WITH ALL ITEMS ABOVE.**

The proposed system is capable of tracking and logging all information listed above which can be audited by authorized users.

☑The proposed system shall provide an audit trail/logs of all activity (i.e., user login times and locations, which users have scheduled/modified/cancelled a visit, etc.).

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

The proposed VVS provides an audit trail of all activity within the system including user login times and IP addresses, specific user scheduling cancellations/modifications, page views, etc.

☑The proposed system should allow for an interface with or data retrieval from Cole County Offender/Inmate Management System.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

All aspects of the proposed VVS for Cole County will be properly interfaced, in real-time, with the applicable Facility systems, such as the Inmate Management and Commissary Systems. This ensures seamless movement of critical inmate data between disparate Facility systems, in order to maximize the use of the systems and minimize the administrative workload of Facility personnel.

☑The proposed system must use the same inmate identification number as created by the Jail Management System to identify the inmate on the video visitation system.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

☑The proposed system must automatically cancel a visit if the inmate's visitation eligibility status changes, the inmate is moved to a location which doesn't allow or doesn't have visitation available or the inmate has been locked down or the inmate has been released.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

The proposed VVS automatically cancels any pre-scheduled visits in the event that an inmate is moved to a location which doesn't allow visitation, is released or if their active status has changed.

☑The proposed system must send an email cancellation notification to the visitor if a visit is cancelled.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

The proposed VVS provides visitors with notification by email/text in the event that their scheduled session has been cancelled.



☑The proposed system will provide for an exclusion list which allow Cole County to set visitor exclusions: (i.e., visitor A is allowed to visit with anyone in the jail excluding one or more selected inmates) because they are known gang affiliates, contraband smugglers, etc.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

The proposed VVS allows users to establish and manage approved visitor lists for the entire facility, only selected housing units, or only selected inmates. Visitation restrictions can be placed on specific visitors so that unwanted communication is prevented. Only authorized users with the appropriate credentials will be allowed this functionality.

☑The proposed system must provide cancellation/interruption capabilities. The Cole County Staff must be able to interrupt ongoing visits and send email and document why the session was cancelled according to facility visitation policy violations.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

Authorized users will have the ability to broadcast written warning messages to an inmate, a visitor or both, during an ongoing visit. These messages will be displayed on the inmate kiosk or the visitor's screen and will disappear after a few seconds, allowing the visit to continue.

☑The proposed system shall provide authorized administrative users the ability to do searches and create reports.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

The proposed InTouch Video Visitation system allows users to track, research and investigate visitation history from within the web-based platform. Available search parameters include visitation date, visitor, inmate, and more. The proposed VVS includes a comprehensive range of reporting capabilities, including a set of "canned" reports that are commonly used by Facility personnel. Reports are both investigative and managerial / financial in nature. Additionally, NCIC will deploy our experienced Reporting experts to design and make available any custom reports as required by Cole County. The following reports are available to authorized users from the proposed VVS application:

- Visit History Reporting
- User Activity Reporting
- Ticket Usage Log Reporting
- Inmate Document Log Reporting
- External Service Log Reporting
- Inmate Message Log Reporting

☑The proposed system must provide a way to display and filter scheduled visits to staff so they know where and when an inmate needs to be available for pending video visits.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

The proposed system is able to display pending / upcoming visits to Facility staff, and to inmates in a common housing area.



☑The proposed system must allow for visitation recording.
☑Visit must be recorded by user type.
☑Recorded visits must be searchable and viewable.
☑Recorded visits must be stored for 90 days.
☑Cole County must be able to lock certain recordings such that they will not be purged as part of the standard retention duration.

**✗NCIC RESPONSE: HAS READ, AGREE, AND WILL COMPLY WITH ALL ITEMS ABOVE.**

**All visit sessions are automatically recorded unless the visitor is flagged as a verified attorney visit (or as otherwise indicated by the facility). All stored visit recordings are available for at least twelve (12) months and longer if so desired. Video storage is managed in the same fashion as phone recordings to ensure the integrity. All recordings shall be protected from being purged and shall be stored online. Certain recordings can be separated and stored beyond the usual storage time allocation, if needed. Visit sessions are able to be stored in a variety of file formats. Visit sessions and Visit Detail Records are always stored in at least three (3) geographically separate locations to ensure maximum system redundancy. The length of time that recordings are stored is based on the preferences of the County.**

☑Recorded visits must be able to be downloaded into a standard video format (e.g. MP4).

**✗NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

☑Recorded visits must be backed up daily to at least two off-site, environmentally controlled data centers.

**✗NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

☑Authorized personnel must be able to quickly and easily schedule visitation sessions. The system must provide visitation rules capabilities that allows for configurable rules to be established in order to encourage usage and minimize the number of people in the lobby. Visitation rules shall be as follows:
- Inmate is allowed two (2) on-site visits per week.
- Inmate is allowed two (2) remote visits per week.

**✗NCIC RESPONSE: HAS READ, AGREE, AND WILL COMPLY WITH ALL ITEMS ABOVE.**

**The proposed VVS is entirely customizable to meet the individual requirements of Cole County and can be configured to only allow a certain number of on-site and remote visits per week. This can be applied by specific inmate, housing units, or facility wide.**

**In addition, the proposed VVS / Kiosk solution allows for the entry of a customized digital banner, allowing Authorized Users / Facility administration the ability to broadcast messages to the inmate population or to kiosks in the public lobby areas. Messages can either be broadcasted at a facility-wide level, or to specific housing areas. This allows for "Message of the Day" functionality, such as changes in visitation hours, special menu updates, etc.**



☑The proposed system must be able to communicate with the video hardware at the time of a scheduled visit so that the visitation session will automatically commence without staff involvement.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

**The proposed VVS is able to be configured in a manner that allows for sessions to connect automatically OR can require Officer / Staff involvement. This configuration is completely up to the Facility administration and can be customized down to the specific housing area, or even to the individual inmate PIN.**

☑The proposed system must have visitation recording capabilities. The proposed system must also have the capability of not recording those visits for attorney, probation and parole and others as identified by County Staff.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

**All visit sessions are automatically recorded unless the visitor is flagged as a verified attorney visit (or as otherwise indicated by the facility). All stored visit recordings are available for at least twelve (12) months and longer if so desired. Video storage is managed in the same fashion as phone recordings to ensure the integrity.**

☑The proposed system scheduling of video visitation sessions must be able to be performed through a vendor's custom app, a mobile smartphone, or tablet or web browser.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

**NCIC allows for system scheduling directly through our mobile application "NCIC Mobile Video Visitation", any tablet, or web-browser.**

☑The proposed system must have been successfully installed and functional in a facility in similar size to Cole County.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

**NCIC has implemented our VVS in various agencies in similar size to Cole County. Please refer to our customer references shown on page 123 of this response.**

☑The proposed system will be used by attorney, County staff, including probation and parole, as well as the public and will allow for the scheduling and management of on-site and remote visitation sessions.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

KIOSK REQUIREMENTS (3.18)

☑Ability to place inmate telephone calls.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

**The proposed kiosks will be capable of placing standard inmate telephone calls, if so desired by Cole County.**

☑Ability to upload PDF documents such as an inmate handbook or any other document deemed necessary at Cole County.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

**Facility personnel are able to utilize the 'facility documents' function to upload any pertinent documents such as the jail handbook, Rules and Regulations, rehabilitative programs, PREA information.**



☑Ability to allow a drop down menu from home screen for inmates to access multiple languages.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

The proposed VVS is multi-lingual, by default (English and Spanish available) and inmates will have the ability to select their preferred language by selecting from a listing of languages from the drop down menu. If required by Cole County, additional languages can be added / supported, and at no cost.

☑Ability to allow access to commissary ordering for the inmates.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

All aspects of the proposed VVS for Cole County will be properly interfaced, in real-time, with the applicable Facility systems, such as JMS and Commissary. The proposed kiosks can allow for display of commissary products where inmate can directly place their commissary orders as well as see their available balance.

☑A fully functional video visitation capability fully compliant with the specifications outlined in the RFP.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

☑Ability to provide a sick call application to submit illnesses.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

The proposed VVS application includes an industry-leading Grievance request module which allows inmates to submit electronic grievances and medical requests to either all personnel or specific users in charge of grievances or medical requests. These requests can be managed and responded to by Facility personnel. The software is configurable to allow a Medical Request schedule, limit the number of open Medical Requests, Medical Requests per month, for a specific number of days, and notify Medical staff via email and/or fax. In addition, the system can integrate with the facility's Medical provider in order to send Sick Call slips directly to the Medical provider without intervention from the facility's. Within the platform, the facility or designated Medical staff can:

1. Assign to Medical staff users
2. Assign to a Medical category
3. Add Admin notes
4. Update status
5. Request additional information from the inmate
6. Reassign to the Non-Medical (grievance/request system)
7. Print with or without notes
8. View History
9. View inmate
10. View all Medical Requests relating to the inmate



Inmate forms and grievance submission capability that will:
☑ Allow an inmate to place know grievance requests.
☑ All authorized facility staff to review and respond to grievances through the inmate Telephone Platform user interface.
☑ Allow for assignment to other facility staff.
☑ Track the response time for grievance resolution that can be customized so County name specifications can be viewed and staff can view any excessive time periods for grievance resolution.
☑ All inmates to track and review all active and closed grievances/request through the kiosk.

**NCIC RESPONSE: HAS READ, AGREE, AND WILL COMPLY WITH ALL ITEMS ABOVE.**

The proposed Grievance request module allows for an appeal / escalation feature, as well as date/time stamping of all communications so that timeliness of responses can be tracked, for compliance purposes. These requests can be managed and responded to by Facility personnel and can also be re-assigned to appropriate Facility staff. The implementation of an electronic grievance system, including all expected escalation capabilities, and replacing paper-based processes, reduces Facility liability related to inmate complaints about grievances not being responded to / addressed in a timely manner.

☑ Provide a method for an inmate to appeal a grievance.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

The proposed Grievance request module allows for an appeal / escalation feature, as well as date/time stamping of all communications so that timeliness of responses can be tracked, for compliance purposes.

☑ Ability to keep all forms for the life of the contract – even after the inmate is released.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

All submitted forms are logged and stored in the system for the life of the Agreement, if not longer.

☑ Ability to set a limit on the type of forms submitted per day.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

The ticketing system is configurable to limit the number of form types that can be submitted in a daily period.

☑ The inmate platform on the kiosk must allow the ability for Cole County to present customized terms and conditions as a condition for inmates to accept prior to accessing services on the kiosk.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

The kiosk software provides Facility staff the ability to create and display standard /custom terms and conditions to the inmate upon logging in. They can also be configured to require an inmate's acknowledgement in order to continue.

☑ If changes are made to the facilities terms and conditions, the inmate platform must allow the ability to force the inmate to re-accept the new terms and conditions.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**



☑The system must provide an audit log of the inmate events (accepted or rejected) of the terms and conditions with the ability to export.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

**The proposed system allows for users to audit inmate events and activity, including the ability to see if an inmate accepted or rejected the terms and conditions.**

☑The proposed kiosk must have a method for conflict resolution which will give both verbal and visual warnings as to pending, approved and scheduled events. Some form of warning should notify an inmate prior to placement of a call of the time allowed to place a call should it be less than the standard duration allowable. Conflict resolution must be configured such that certain scheduled communication events (i.e. video visitation, attorney visitation sessions) take priority over unscheduled communication events (i.e. telephone calls).

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

**Upon installation, all housing units will be listed by which kiosks are available for which inmates as labeled by their housing area. The scheduler is built with sophisticated tracking to know which kiosks are available based on the schedule put in place for each housing unit and how many visits are available at one time. This prevents the occurrence of scheduling conflicts for video sessions.**

☑The kiosk must allow for the ability to multitask whereas the inmate can perform multiple functions at the same time. For instance, an inmate could be on the phone with their family/friends while reading the inmate handbook or placing a commissary order, or entering a request.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

**The proposed system currently only allows for inmates to perform one function at a time. However, NCIC is currently developing a method to implement this feature while ensuring that all applications and activity are properly monitored.**

VIDEO VISITATION – HARDWARE REQUIREMENTS (3.19)

☑The kiosk must be able to access the web-based application and be enabled for touch screen inputs.
☑The kiosk must have a built in camera.
☑The kiosk must have a detention-grade audio handset.
☑The proposed system shall be a complete TCP/IP-based system. All video and audio streams between the terminals, visitors, and management equipment (servers) shall be transmitted over TCP/IP Ethernet. Systems that utilize analog audio/video matrix switching systems are not acceptable.
☑The proposal must consist of inmate terminals connected over a 100 Mbps dedicated Ethernet network so that any terminal.
☑The proposed system must be able to access the video visitation solution via local area network (LAN) or via a broadband internet connection using an android or apple smartphone or tablet or computer or laptop with web camera.

**NCIC RESPONSE: HAS READ, AGREE, AND WILL COMPLY WITH ALL ITEMS ABOVE.**

**The proposed VVS has been designed specifically for use in a correctional environment, sturdy, robust, with no exterior removable components. The top surface of the kiosk is angled in order to prevent inmates from placing drinks and other items on top of the units, which are moisture resistant. Neither NCIC nor our Facility customers have encountered any limitations of the proposed VVS. Shown on page 90 are typical specifications pertaining to the equipment.**



☑The proposed system must allow more than three (3) remote visitations at the same time.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

The proposed VVS is capable of allow an unlimited number of remote video visitation sessions.

☑The proposed system should allow more than one (1) remote visitation from a single IP address at the same time. For example, Pretrial Services have four (4) officer that need to visit with inmates at the same time.

**NCIC RESPONSE: HAS READ, AGREES, AND WILL NOT COMPLY.**

The proposed VVS does not currently allow for multiple visitors to connect to a single visit. The proposed VVS would require multiple parties to be in one single room using a single camera and microphone to visit simultaneously.

The proposed system at a minimum must utilize:
☑High quality video using low bandwidth
☑Video Standards: H264
☑Video Transmission Speeds: 65 kbps – 2 mbps
☑Wide range of video resolutions and bit rates: CIF (352 X 288 pixels), SIF (352 X 240 pixels), QCIF (176 X 144 pixels)
The proposed system must be designed for:
☑Up to 30 frames per second of high quality video at 384+ Kbps.
☑Up to 15 frames per second of high quality video at 64 – 320 Kbps.
☑Constant or variable bit rate and frame rate.

**NCIC RESPONSE: HAS READ, AGREE, AND WILL COMPLY WITH ALL ITEMS ABOVE.**

The proposed VVS hardware is entirely inclusive of all the specifications listed above, meeting or exceeding all stated requirements.

☑The proposed system must provide end to end encryption for all video visitations.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

All video visitation sessions shall be encrypted to ensure that all sessions are tamper-free.

DIGITAL DOCUMENTS AND FORMS REQUIREMENTS (3.20)

☑The proposed system must offer the ability for inmates to securely submit any form.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

Inmate forms can be securely submitted securely through the proposed kiosks; only authorized users will have access to see these forms.

☑The proposed system must allow the staff to create notification groups of users to receive certain forms.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

The proposed VVS application allows inmates to submit electronic grievances and medical requests to either all personnel or specific users in charge of grievances or medical requests.



☑Inmate form submission and reporting must have the capability to only be accessible by users approved to read, respond, and approve specific forms assigned to approved users.

**☒NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

Only authorized users with specific set permissions will have the ability to read, respond to and approve specific forms.

☑The proposed system must allow for the device used by inmates to take a photo whenever a form is submitted.

**☒NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

The proposed system does not currently have this feature. Should the County require this as an active feature, NCIC will begin the process of development upon award.

☑The proposed system must allow the staff to download a digit file and print any submitted form.

**☒NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

All inmate requests and grievances are able to be exported and printed directly through the system to include all involved conversations.

☑The proposed system must allow the staff to type and send a response to any submitted form to be accessible by the inmate.

**☒NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

Authorized staff will have the ability to send typed responses to an inmate's submitted form.

☑The proposed system must allow the staff to restrict the quantity of forms an inmate can submit.

**☒NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

The ticketing system is configurable to limit the number of form that an inmate can submit during a specific period of time.

☑The proposed system must allow staff to translate forms submitted by inmates in a language other than English.

**☒NCIC RESPONSE: HAS READ, AGREES, AND WILL NOT COMPLY.**

The proposed system does not currently have this feature. Should the County require this as an active feature, NCIC will begin the process of development upon award.

☑The proposed system must allow the staff to create any form to be available on inmate devices without any interaction from the vendor.

**☒NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

The proposed system does not currently have this feature. Should the County require this as an active feature, NCIC will begin the process of development upon award.

INMATE TABLETS (3.21)

☑Built specifically for correction facilities, with round corners, transparent case, and firmly fastened using security screws.

**☒NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

The proposed tablet has a heavy-duty exterior which is specifically designed for a correctional environment, allowing it to withstand a shock and/or drop test onto



concrete. NCIC has used similar grade materials to the kinds used in bullet resistant glass, windows in correctional facilities, military applications, etc. This case protects the tablet from tampering, general damage, and contraband storage. NCIC has only allowed access through this secure case to critical hardware buttons such as the power button, volume buttons, and home button.

The proposed Inmate Tablet solution operates on a dedicated Wi-Fi network that does not allow access to external networks, websites or applications. The tablet's wireless solution has various components that can be either wired to an extended switched ethernet network or can be fully meshed with other existing access points. At no time, will inmates be able to access the Operating Systems of the proposed Inmate Tablet solution. Prior to being deployed in correctional facilities, the proposed Tablets are subject to strenuous Penetration Testing methodologies to ensure that they are suitable for deployment in a correctional environment.

☑Inmates must have immediate access to content they request (no waiting on downloads).
**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

The proposed Tablets are capable of offering video visitation services, standard inmate phone calling, messaging, grievances/ticketing, educational & rehabilitation program services, entertainment services, commissary ordering, inmate handbooks, law library, medical/mental health sick call requests; digital mail services; email messaging services, and various other services. All content is available to the inmate without the need to download.

☑Option for charging stations or locked charging cabinets.
**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

All tablets will be stored and charged in mobile charging carts allowing for secure storage and easy transport. Charging carts can be wheeled between pods to allow for maximum distribution of tablets in areas equipped with secured wireless connectivity. The charge cart itself simply plugs into a wall outlet when it is time to charge the tablet devices; otherwise, it can be rolled between pods without exposed cords or wiring. This prevents any inmate access to electrical componentry or wiring. The proposed tablets are able to be charged using a variety of charging apparatus including handheld, portable and wall-mounted options.

☑Free content for life skills videos, e-books and common-core material for high school equivalency testing.
☑Fee-based text and photo messaging.
☑Fee FM radio with access to purchase music.
☑Movies for rental.
☑Free pre-loaded games.
**NCIC RESPONSE: HAS READ, AGREE, AND WILL COMPLY WITH ALL ITEMS ABOVE.**

NCIC strongly believes in widespread accessibility of educational opportunities for those who are incarcerated. Because of this, we believe a truly impactful tablet program requires free and continuous access, irrespective of inmate's ability to pay or socioeconomic status. There are many tablet programs that focus on a revenue generating model, requiring inmates to "pay to play." These programs that charge inmates to access content and entertainment (such as movies, games, music, e-books, etc.) often see significantly lower engagement rates.



Our Educational & Entertainment Suite helps students realize that incarceration is their opportunity to find a path forward instead of a brief pause from their struggles outside of your facility. These thoughtful courses were designed for detainees struggling with mental health issues, grief, anxieties and addictions. Your efforts to offer these meaningful programs will help your community curb recidivism by providing encouragement to your detainees and their families.

The students' user IDs are integrated with our communications suite, simplifying and streamlining the login process, by allowing the same logins for all features of our platforms.

Our Educational & Entertainment Suite blends over 20,000 classes and videos into key courses, such as:

- Parenting
- Anger Management
- Addiction Awareness and Control
- Management of Anxieties
- Substance Abuse
- Communications Skills
- Confidence Building
- Time Management
- Computer Skills
- Work Skills
- Religious Programming
- Language Programs
- Math Skills
- Reading Comprehension
- Recharge for Reentry program to help detainees engage in meaningful communications with family, friends and each other.

✓Free law library.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

NCIC is proposing a complete, comprehensive Law Library solution at zero cost to the County (and of course, no cost to inmates). NCIC has researched Law Library providers that also offer robust resources for Federal inmates, and by partnering with Fastcase (https://www.fastcase.com/) for provision of legal resources for Cole County, we are ensuring that inmates at the Facility will have optimal access to these resources. The application allows for inmates to research past legal cases, constitutions, statutes, regulations, etc. Below are a few key points that are available to inmates:

<u>Citation Analysis</u> - Identify the most authoritative cases in results, every time. Fastcase integrates citation analysis into search results, telling you how often each case in your results list has been cited. It's like Shepardizing or KeyCiting each case in search results, except that you can see the results automatically integrated into search results. Now you can sort the most seminal case to the top of the list, with one click. Only Fastcase offers this powerful tool.



**Smart and Fast Results** - Fastcase's powerful sorting algorithms bring the best results to the top of the list every time — making research powerful, fast and easy. Search results are listed in relevance order by default, but you can re-sort the list to fit your research, to prioritize what's important to you in every search. Sort in date order, highest court first, alphabetical order, or most cited cases at the top of the list. Fastcase's powerful sorting tools make it easier and faster to find the cases you need, no matter what kind of research you're performing.

✓Vendor is responsible for program implementation, including delivery and installation of all required infrastructure.

**✗※NCIC RESPONSE:** READ, AGREE, AND WILL COMPLY.

NCIC will remain responsible for all system implementation, including all deliveries and installation of necessary infrastructure.

✓Free headphones.

**✗※NCIC RESPONSE:** READ, AGREE, AND WILL COMPLY.

NCIC will provide a free pair of headphones with each tablet device, as a standard. If headphones are lost or damaged, inmates will be able to purchase a replacement pair through the commissary vendor.

✓Vendor to state the cost of rental of device for the inmate and any revenue-generating component.

**✗※NCIC RESPONSE:** READ, AGREE, AND WILL COMPLY.

NCIC is proposing to offer all tablet equipment at <u>no cost to Cole County</u> or inmates. Our proposed tablets allow for revenue generating services such as video visitation, e-messaging, and standard phone calling. All other services and entertainment will be offered to inmates for free.

TECHNICAL SPECIFICATIONS (3.21.1)
  ✓Minimum of 1 GB Ram.
  ✓Minimum of 32 GB Storage.
  ✓Minimum screen size of 7 inches.
  ✓Rechargeable Lithium battery.
  ✓Video format to support MP4, 3GP, AVI, RM, etc.
  ✓Audio Format MP3, MP2, OGG, AAC, M4A, AMR, FLAC, APE, WAV
  ✓Picture format – JPG, BMP, PNG

**✗※NCIC RESPONSE:** HAS READ, AGREE, AND WILL COMPLY WITH ALL ITEMS ABOVE.

INMATE MAIL/PHOTOS (3.21.2)
  ✓Messages/photos to arrive in real time, to be reviewed and approved by staff.

**✗※NCIC RESPONSE:** READ, AGREE, AND WILL COMPLY.

NCIC is capable of providing a secure, integrated Inmate Messaging application which is able to be provided through the Inmate Kiosks and tablets. Inmate messages are subject to a range of security features, including:

✓   Ability to detect certain keywords within messages. The proposed system offers a standard dictionary of common keywords, and also offers the ability to supplement that standard dictionary with local slang and colloquialisms.



✓ Ability to quarantine messages based on whether keywords are detected, or whether they contain attachments, etc. Quarantining the messages would delay delivery until facility review. Quarantining can be done based on inmate or outside party, particular kiosk being used, etc.

✓ Ability to limit the number of characters / lengths of the messages. This can be done based on inmate or outside party, particular kiosk being used, etc.

✓ Ability to run warrant checks based on outside parties signing up for the messaging.

✓ Ability to send an email or text alert to designated investigators when certain messaging occurrences happen.

Additionally, NCIC is also pleased to offer our state of the art Mail Scanning system which is a part of our InTouch Suite. NCIC was prompted to develop our industry-leading Mail Scanning system after several NCIC Facility customers came to us, looking for a solution to a dangerous problem. Incoming physical mail has traditionally been one of the primary methods used to introduce dangerous illicit drugs and other contraband into correctional facilities. By intercepting the incoming physical mail and converting it into digital format for secure delivery to inmates, NCIC's Mail Scanning application disrupts the flow of incoming contraband such as harmful drugs which are commonly soaked into paper, greeting cards, envelopes, and stamps. All scanned mail is performed on a real-time basis and is available to the inmate almost immediately.

InTouch Mail Scanning significantly reduces the workload faced by Facility personnel, because under the typical deployment, all physical mail intended for the Facility is re-routed to a secure off-site mail processing center which was designed specifically for the purpose of receiving, sorting, scanning and managing large volumes of physical mail destined for correctional facilities. Deployment of the InTouch Mail Scanning system involves instructing friends and families of inmates to send all mail to a particular P.O. Box for delivery to NCIC, rather than to the Jail facility. NCIC helps with this process by providing informational flyers and posters for display throughout the facility, as well as posting the information on the Sheriff's or Jail's website.

Upon arrival at NCIC's secure mail processing center, our highly trained personnel sort mail by Correctional Facility and carefully scan all qualifying mail (see requirements for acceptable mail on the attached document) for electronic delivery to the intended inmate's secure message center using the unique identifier for each inmate (e.g. SO number, Jacket number, Booking number, etc.), accessible by the NCIC Inmate Tablets inside each housing area within the Facility. The front of the envelope is scanned in along with the contents of the envelope (letter, postcard, etc.), so that inmates can see all aspects of their mail (and for investigative benefit). Upon logging into the Inmate Tablet with their own unique PIN and PIN2, inmates will be notified in their "Message Center" if they have any messages awaiting them, including scanned mail. Not to mention, digital delivery is more environmentally friendly than traditional mail delivery.

NCIC's InTouch Mail Scanning application benefits all involved parties - improving the communications experience for inmates and their friends and families, increasing safety within correctional facilities while decreasing the workload for Facility personnel and streamlining facility operations by reducing paper-based processes.



✓Vendor is responsible for program implementation, including delivery and installation of all required infrastructure.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

NCIC will remain responsible for all system implementation, including all deliveries and installation of necessary infrastructure.

✓Messages/photos must be archive for future recall and investigation.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

All electronic message conversations are automatically stored and auditable through the system. Investigators will have the ability to filter search for specific messages and export/download any conversations.

Additionally, all scanned mail and photos are stored in the system and are also auditable by authorized investigators.

✓Messages typed in Spanish must be easily translated.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

At this point in time, the proposed system does not contain the ability to translate typed conversations.

✓Staff must have the ability to approve or reject any message or individual photo.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

The proposed system is configurable to ensure that all messages or photos are flagged for approval before being delivered.

✓Two way messaged between inmate and family/friend.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

✓Vendor to state the cost and any revenue-generating component.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

Details regarding our proposed rates for e-messages and commissionable payment to the County can be found on pages 130 – 132 of this response.

NCIC's proposed mail scanning feature is offered at no cost to the inmates or the County – there is no revenue generating component with this service.

TRAINING (3.22)
☑Vendor shall provide onsite training to the Cole County staff in system administration, operation, and reporting to the satisfaction of Cole County. Training thereafter can be remote or, if requested by the County onsite at no cost to the County.
☑The vendor must have the ability to provide initial and ongoing training through multiple options such as live training and web-casting, as well as having an online help system integrated into the system.
☑Describe the training program including a description of topics covered and any applicable documents.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

NCIC provides free, comprehensive training to all customers and will provide free



recurring training as needed and/or requested by Cole County. Facility Administrators, along with any County staff who will have access to the equipment and the system interface are thoroughly instructed on how to use the proposed platform. Staff will receive hands-on training to ensure they are properly acquainted with the new system. Training can be provided over multiple days and shifts to ensure all Facility staff has a chance to participate, if needed. All staff will be provided with a detailed syllabus, as well as a training manual. In addition, the proposed ICE platform also offers the Documentation section where users can search for features to obtain instructions; there are more than thirty (30) brief "How To" videos.

NCIC will provide on-site training based on staffs' areas of expertise, including, but not limited to:
- System administration, operation, and reporting
- Investigative features for investigative staff

Initial on-site training is provided during the implementation and is included as part of the overall project plan. NCIC will work with Cole County to identify who is to be trained along with the type of training the staff is to receive (e.g., Administrator, Operation, Reporting, Investigative).

A hands-on demonstration and training are provided to all necessary individuals to ensure they are properly acquainted and familiar with the new system. Training will be provided over multiple days and shifts to ensure:
- All staff can attend;
- Trainings are provided for the staff's area of focus (e.g., administration, investigation);
- Smaller class sizes; and
- To accommodate the staffs' schedules.

On-demand, ongoing training will be available via Phone/WebEx, or on-site if preferred by Cole County. Phone/WebEx training can be done same day in the case of emergency, and all ongoing refresher training is provided at no cost to Cole County.

## PAYMENT OPTIONS (3.23)

☑ The proposed system shall allow automated operator collect calling.

**✕⦿NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

The proposed system offers automated collect, pre-paid collect, and debit calls. The pre-paid collect application supports prepaid collect international calls to any country, in addition to domestic calling. Calls to Canada, Mexico and Puerto Rico, a majority of international calling, can be processed as automated collect calls; all other countries require prepayment. The proposed system is the only one in the industry that allows traditional collect calling to these countries.

☑ The proposed system shall provide a debit account for inmates' families and other approved parties.

**✕⦿NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

The proposed system is capable of providing all operational features and system requirements applicable to all calls placed through the system, including local, long distance, interstate and international calling. The platform is capable of processing collect, pre-paid collect, pre-paid card, debit, authorized free, and speed dial calls.



Additionally, NCIC recommends an integrated, cardless Debit program, allowing inmates to seamlessly transfer funds from their Trust / Commissary account, to their inmate (Debit) calling account.

In addition to the above inmate-funded options, all friends and family members can easily establish and fund their own pre-paid collect account, which can easily be managed online or via telephone. NCIC's approach of minimizing ancillary fees and maximizing the amount of funds available for actual calling is the main reason that NCIC completes more calls and generates more commissionable revenue than *every* other provider in the industry.

☑The proposed system shall allow inmate family/friends to set up an account directly with the vendor.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

Please reference immediate previous response.

☑All prepaid calls will be subject to the same restrictions and features as standard inmate collect calls

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

Security and investigative features of the proposed system are available regardless of how the calls are billed.

☑The called party shall be provided an option to request cost of the call prior to accepting the charges.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

Called parties are provided the option of hearing and repeating the rate quote during the call setup process, before the called party accepts the call. Unlike other providers in the industry, the proposed system does not have a call greeting sequence that makes it difficult to receive a rate quote, nor do we configure our prompt/greeting sequence to deceitfully steer consumers (called parties) to more expensive "Single Payment" billing options.

☑The vendor shall have a system in place that will allow inmate families and friends to set-up alternate billing methods directly with the vendor.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

NCIC utilizes our customer service toll-free number as the caller ID on each call, so that family members can easily contact us for further questions about their accounts, recharges and/or refunds. NCIC can provide posters, pamphlets and flyers that can be distributed in the lobby of the jail for family members, and we can post simple instructions next to our phones so the inmates can understand how to place calls prior to placing their first call. A webpage is also available for account funding and management with low, defined fees to establish accounts.

The proposed system uses a <u>live</u> operator to handle the prepaid collect account set-up process for friends and family, our process results in a higher amount of completed calls/revenue than allowing collect to cell phones at higher prices. The called party can immediately connect to a live bi-lingual customer service representative in order to set up an account, while the inmate is on hold waiting to be connected. The use of a live operator versus an awkward automated system increases the percentage of successful account set-ups and decreases confusion about establishing an account.



☑The vendor should have a system in place that will allow inmate families and friends to set-up an account directly with the vendor.

**XNCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

NCIC's experienced, friendly, bi-lingual Call Center Representatives are able to assist customers in setting up a Pre-Paid Collect account. NCIC prefers to use a live operator for every initial call, versus forcing the called party through a cumbersome, awkward IVR (which seems to be the standard in the industry). Since Pre-Paid Collect accounts don't require a credit check, NCIC simply accepts all major Credit and Debit cards. Payments can also be made via check, Money Order, MoneyGram and Western Union. Once a Pre-Paid Collect account is established, it can easily be maintained and replenished by phone or via our user-friendly website.

☑The vendor should have an advance payment system. This system should allow customers to prepay for calls from the facility.

**XNCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

Upon acceptance of a call, the system notifies the called party that they can easily establish an account by pressing 0 for a live operator. Upon pressing 0, while the inmate is on-hold, the called party is immediately routed to a _live_ bilingual operator (based in the US) without need to navigate cumbersome IVR prompts. Use of a _live_ operator for every initial call increases the acceptance rate of calls from inmates, it ensures the safety of the called party, who is often driving when they receive their first call from their incarcerated family member, and our live representatives are much more compassionate than an IVR since this first call is often when the called party finds out their friend or family member is in jail.

Vendor must offer family/friends options to accept payment to fund accounts. Options must include the following:
☑Money Orders
☑Lobby Kiosk
☑Booking Kiosk
☑Direct Trust Fund integration for debit calling

**XNCIC RESPONSE: HAS READ, AGREE, AND WILL COMPLY WITH ALL ITEMS ABOVE.**

Friends and family members have the option to add funds to their account using a variety of methods listed above and including the following:
- Bank Card (all major credit/debit cards)
- Money Order
- Western Union
- Valid Pre-Paid Debit Card
- MoneyGram

Inmates have the option to pre-pay for telephone calls through the following means:

Integrated, Cardless Debit: An integrated debit system whereby inmates have the option to transfer funds from their commissary or trust account, directly through the inmate telephone system. Funds are made available immediately for calling. Integrated, cardless debit can be provided at no cost to Cole County and promotes maximum utilization of the inmate telephone system.



**Physical Pre-Paid Cards:** Traditional pre-paid calling cards that can be sold to the inmate by the facility and used for pre-paid calling.

☑Vendor must offer the ability for inmate family/friends to accept and pay for a single call with a credit/debit card without the need to establish an account or transfer to customer service.

X(X)NCIC**RESPONSE: READ, AGREE, AND WILL COMPLY.**

NCIC offers Bank Card Collect calling which allows the family to bill to a card for a single call without having to establish an account. NCIC prefers to not offer any excessively-priced 'Single Payment' calls. Should Cole County insist on allowing a 'Single Payment' call product, NCIC will provide it at the same low, per-minute rate as all other calls.

☑Vendor must all calls to cell phones and have an ability to establish accounts for such customers.

X(X)NCIC**RESPONSE: READ, AGREE, AND WILL COMPLY.**

The proposed ITS allows calls to cell phones and CLECs to process the same as all other calls, so upon acceptance of the call, it notifies the customer they can easily establish an account by pressing 0 for a live operator.  Upon pressing 0, while the inmate is on-hold, the called party is immediately routed to a live bilingual operator (based in the US) without need to navigate cumbersome IVR prompts (the preferred methodology of most ITS providers). Use of a live operator increases the acceptance rate of calls from inmates, it ensures the safety of the called party, who is often driving when they receive their first call from their incarcerated family member, and our live representatives are much more compassionate than an IVR since this first call is often when the called party finds out their family member is in jail.

☑Vendor must allow family/friends to deposit non-fixed amounts.

X(X)NCIC**RESPONSE: READ, AGREE, AND WILL COMPLY.**

☑Vendor must allow family/friends electronic deposits/payments to calling accounts in real-time upon receipt of payment.

X(X)NCIC**RESPONSE: READ, AGREE, AND WILL COMPLY.**

NCIC provides friends and family members to deposit money into inmate phone or commissary accounts in real-time, allowing the inmate access to funds.

EQUIPMENT (3.24)

☑The proposed inmate telephone system shall be a turnkey telephone system and service.

X(X)NCIC**RESPONSE: READ, AGREE, AND WILL COMPLY.**

The proposed system is a fully turnkey inmate communications platform and service solution which includes all technologies and network requirements requested by Cole County.

☑The equipment shall have reinforced cords of a length determined by the County which may vary based on the installation location.

☑All vendor equipment must comply with applicable guidelines set forth in the Americans with Disabilities Act (ADA)

X(X)NCIC**RESPONSE: HAS READ, AGREE, AND WILL COMPLY WITH ALL ITEMS ABOVE.**

The NCIC phone employs a heavy-duty armored handset that is hearing-aid compatible, and has an anti-static receiver. The phone's housing is made of durable 14-



gauge stainless steel which is ideal for a correctional environment – there are no exterior removable parts and hardware is in full compliance with ADA requirements. Our proposed phones offer volume control and have a rubber seal to prevent moisture from entering through the back of the phone. NCIC has developed our own phone to include buttons that are 100% larger than standard inmate phones, allowing visually-impaired inmates to more easily see the numbers and letters on the keypads. Further, the phones are easier to use in low-light conditions, as the numbers and letters are over 100% larger than traditional phone keypads.

☑The proposed equipment and system shall be scalable to meet the county's growing needs.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

NCIC's proposed equipment and system is a scalable platform that can easily be upgraded to accommodate Cole County's growing needs.

☑Vendor equipment shall include backup power in the event of temporary loss of commercial power.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

All equipment is connected to a network-enabled Uninterruptible Power Supply (UPS) backup in order to prevent down-time during power failures or conversations from power to generator. The UPS units allow for remote power management by our Network Operations Center (NOC) for up to four (4) hours. In an effort to guard against VoIP router outages, we utilize UPS battery backup units, which also provide surge protection.

☑The vendor shall provide non-coin, inmate telephones composed of durable equipment suitable for jail environments.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

Please reference 3.24.2 and 3.24.3 responses above.

☑The proposed system must be able to utilize the current PCs that are available at the County without the need for additional PCs.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

All features and functionality of the proposed system are accessible via any Internet enabled computer, tablet or smart-phone allowing authorized administrators' access throughout the platform based on their level of password security. By use of HTML5, our interface and call monitoring application are accessible without downloading any foreign software and can be easily accessed through a variety of devices. Our interface also works on all available browsers: Chrome (preferred), Internet Explorer, Safari and Firefox. Current internet-accessible PCs can be fully utilized. If required by Cole County, NCIC will furnish the County with additional suitable computer workstations through which to access the platform.

☑The proposed system shall have the ability, as authorizes by the Sheriff's Office, to monitor live or listen to previously recorded calls remotely without the need to interface directly with the Sheriff's network.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

All calls can be monitored simultaneously and covertly by multiple users, without affecting the ability of the system to record calls, or the quality of the call audio for the call participants (inmate and called party). Live Monitoring on the platform allows for



all calls to be monitored and call activity to be viewed in real-time. The live monitoring feature allows the authorized user to sort monitoring/call history by a large variety of search criteria.

Our web-based HTML5 player allows users to move back and forth within the call, as well as increase/decrease the playback speed, allowing users to significantly reduce work-time in listening to call recordings. All the information can be sorted real-time and calls can be easily terminated with a single click of the mouse, if required.

☑The proposed system user interface shall be based on security level and password protected.

✗✗NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.

The proposed ITS allows for allocation of user access levels in a very granular fashion. Facility or agency administrators can be provided with superior permission levels which allow them to manage the login/permissions provided to other Authorized Users. Permission levels can be granted based on the daily job duties and tasks each User needs to perform. Authorized Users are able to be provided with the same secure Username and Password for all proposed applications, allowing them to access the system(s) based on their security level remotely, via the Internet. Authorized Users can securely perform all functions of the system, including live monitoring, listening to recorded calls, blocking/unblocking numbers, terminating calls, PIN administration, call history searching, or any other function needed in real-time (based on their individual level of system access/permission).

☑All vendor equipment shall comply with FCC regulations.

✗✗NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.

All equipment meets or exceeds applicable FCC licensing, rules, and certification regulations. FCC FRN# and other certification-related documents are available upon request. NCIC proudly operates with calling rate and fee structures which meet or exceed the requirements of the FCC and various State regulatory bodies.

☑The proposed equipment and system shall be scalable to meet the County's growing needs.

✗✗NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.

☑Vendor equipment shall include backup power in the event of temporary loss of commercial power.

✗✗NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.

All equipment is connected to a network-enabled Uninterruptible Power Supply (UPS) backup in order to prevent down-time during power failures or conversations from power to generator.

☑Disclose, with percentages clearly shown, what work is or will be subcontracted, and what work is or will be performed by the Vendor's employees.

✗✗NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.

No aspect of the proposed solution will be outsourced to subcontractors and 100% of the required work will be undertaken by direct NCIC employees.



Indicate your firm's ability to provide authorized users detailed reporting tools to include but not limited to the following information:
- ✓ Phone Location Originating call
- ✓ Time of call
- ✓ Telephone number called
- ✓ Most frequently called numbers
- ✓ Length of call
- ✓ Identify numbers called from a specific telephone
- ✓ Identify telephone numbers called by a specific inmate
- ✓ Alarm number status
- ✓ Alarm a telephone number and allow automatic recording of the call
- ✓ Multiple calls from different inmate phones to the same number

**NCIC RESPONSE: HAS READ, AGREE, AND WILL COMPLY WITH ALL ITEMS ABOVE.**

A comprehensive package of web-based reports is offered meeting and exceeding the items noted above with no special reporting tools needed to view or download detailed live and historical call detail and revenue information. If Cole County desires custom reports, NCIC will create custom reporting and can automate reports to email desired recipients as needed. Reports are available for inmate calls, with a variety of search options, inmate detail and statistics, destination number statistics, destination number associations, daily/monthly revenue reports and user activity reporting. Please also reference the sample reports provided in section 3.11.5 on Page 51.

✓ Indicate your systems ability to allow authorized user access to system User Utilities from any Windows XP based PC that has access to the internet.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

All features and functionality of the proposed system are accessible via any Internet enabled computer, tablet or smart-phone allowing authorized administrators' access throughout the platform based on their level of password security. By use of HTML5, our interface and call monitoring application are accessible without downloading any foreign software and can be easily accessed through a variety of devices. Our interface also works on all available browsers: Chrome (preferred), Internet Explorer, Safari and Firefox. Current internet-accessible PCs can be fully utilized.



## ANTI-COLLUSION STATEMENT

STATE OF __TEXAS__ )

COUNTY OF __GREGG__ )


_____ William L. Pope _____ being first

duly sworn, deposes and says that he is _____ President _____
(title of person signing)

of _____ NCIC Inmate Communications _____
(Name of Bidder)

that all statements made and facts set out in the proposal for the attached bid are true and correct; and that the bidder (The person, firm, association, or corporation making said bid) has not, either directly or indirectly, entered into any agreement, participated in any collusion, or otherwise taken any action in restraint of free competitive bidding in connection with such bid of any contract which result from its acceptance.

Affiant further certifies that bidder is not financially interested in, or financially affiliated with, any other bidder for the attached bid.

(BY) _Will Pope_

(BY) _Ever Jaimes_

EVER JAIMES
Notary Public, State of Texas
Comm. Expires 09-16-2023
Notary ID 130361464

Sworn to before me this __5th__ day of __July__, 20 22

_____
Ever Jaimes
Notary Public

My Commission expires: __September 16, 2023__

_____



# Attachment 1 – NCIC Certifications

**NETWORK COMMUNICATIONS INTERNATIONAL CORP.**   Missouri Price List
**d/b/a NCIC Inmate Communications**       Original Title Page
607 E. Whaley Street
Longview, Texas 75601

Effective: July 27, 2017

INTEREXCHANGE TELECOMMUNICATIONS SERVICES PRICE LIST

MISSOURI

INTEREXCHANGE TELECOMMUNICATIONS PRICE LIST

OF

NETWORK COMMUNICATIONS INTERNATIONAL CORP.
Institutional Calling Services are provided under the trade name: NCIC Inmate Communications

This Price List contains the descriptions, regulations and rates applicable to the provision of interexchange telecommunications provided by Network Communications International Corp. d/b/a NCIC Inmate Communications within the State of Missouri. This Price List may be inspected, during normal business hours, at the Company's principal place of business at 607 E. Whaley Street, Longview, Texas 75601, or at the Company's website at:

http://tariffs.net/select_client_docs.asp?comp=137

Network Communications International Corp. d/b/a NCIC Inmate Communications operates as a competitive telecommunications company within the state of Missouri.



John R. Ashcroft Secretary of State
2020-2021 BIENNIAL REGISTRATION REPORT
BUSINESS

| F00462761 |
| --- |
| Date Filed: 3/6/2020 |
| John R. Ashcroft |
| Missouri Secretary of State |

☒ I ELECT TO FILE A BIENNIAL REGISTRATION REPORT

*SECTION 1, 3 & 4 ARE REQUIRED

| REPORT DUE BY: **4/30/2020** |
| --- |

F00462761
NETWORK COMMUNICATIONS INTERNATIONAL CORP.
NATIONAL REGISTERED AGENTS, INC.
120 SOUTH CENTRAL AVENUE
CLAYTON MO 63105

**1**

RENEWAL MONTH:
JANUARY

☐ I OPT TO CHANGE THE CORPORATION'S
RENEWAL MONTH TO  FOR A $25.00 FEE

PRINCIPAL PLACE OF BUSINESS OR CORPORATE HEADQUARTERS:

607 East Whaley Street                    (Required)

| STREET | |
| --- | --- |
| LONGVIEW  TX  75601 | |
| CITY / STATE | ZIP |

**2**  If changing the registered agent and/or registered office address, please check the appropriate box(es) and fill in the necessary information.
☐ The new registered agent
IF CHANGING THE REGISTERED AGENT, AN ORIGINAL WRITTEN CONSENT FROM THE NEW
REGISTERED AGENT MUST BE ATTACHED AND FILED WITH THIS REGISTRATION REPORT.
☐ The new registered office address
Must be a Missouri address, PO Box alone is not acceptable. This section is not applicable for Banks, Trusts and Foreign Insurance.

**3**

| OFFICERS NAME AND PHYSICAL ADDRESS (P.O. BOX ALONE NOT ACCEPTABLE). MUST LIST PRESIDENT AND SECRETARY BELOW **A** | | BOARD OF DIRECTORS NAME AND PHYSICAL ADDRESS (P.O. BOX ALONE NOT ACCEPTABLE). MUST LIST AT LEAST ONE DIRECTOR BELOW **B** | |
| --- | --- | --- | --- |
| **PRESIDENT** | Pope, William L | **NAME** | Walters, Jay |
| STREET | 607 East Whaley Street | STREET | 607 East Whaley Street |
| CITY/STATE/ZIP | Longview TX 75601 | CITY/STATE/ZIP | Longview TX 75601 |
| **SECRETARY** | Walters, Jay | **NAME** | Pope, William L |
| STREET | 607 East Whaley Street | STREET | 607 East Whaley Street |
| CITY/STATE/ZIP | Longview TX 75601 | CITY/STATE/ZIP | Longview TX 75601 |
| **VICE PRESIDENT** | Walters, Jay | **NAME** | |
| STREET | 607 East Whaley Street | STREET | |
| CITY/STATE/ZIP | Longview TX 75601 | CITY/STATE/ZIP | |
| **TREASURER** | Walters, Jay | **NAME** | |
| STREET | 607 East Whaley Street | STREET | |
| CITY/STATE/ZIP | Longview TX 75601 | CITY/STATE/ZIP | |

NAMES AND ADDRESSES OF ALL OTHER OFFICERS AND DIRECTORS ARE ATTACHED

**4**  The undersigned understands that false statements made in this report are punishable for the crime of making a false
declaration under Section 575.060 RSMo. Photocopy or stamped signature not acceptable.

| Authorized party or officer sign here | William L Pope | | (Required) |
| --- | --- | --- | --- |
| Please print name and title of signer: | William L Pope | / | President |
| | NAME | | TITLE |

REGISTRATION REPORT FEE IS:
___$40.00 if filed on or before 4/30/2020
___$55.00 if filed on or before 5/31/2020
___$70.00 if filed on or before 6/30/2020
___$85.00 if filed on or before 7/31/2020
ADD AN ADDITIONAL $25.00 FEE IF CHANGING THE RENEWAL MONTH.

WHEN THIS FORM IS ACCEPTED BY THE SECRETARY OF STATE, BY LAW
IT WILL BECOME A PUBLIC DOCUMENT AND ALL INFORMATION
PROVIDED IS SUBJECT TO PUBLIC DISCLOSURE

E-MAIL ADDRESS (OPTIONAL):

REQUIRED INFORMATION MUST BE COMPLETE OR THE REGISTRATION REPORT WILL BE REJECTED
RETURN COMPLETED REGISTRATION REPORT AND PAYMENT TO: Secretary of State, P.O. Box 778, Jefferson City, MO 65102



**John R. Ashcroft**

Missouri Secretary of State

**MISSOURI ONLINE BUSINESS FILING**

| MY ACCOUNT | HOME | SEARCH | MISC INFO | UCC FILING |

## Gen. Business - For Profit Details as of 6/23/2022

File Documents - select the filing from the "Filing Type" drop-down list, then click FILE ONLINE.

File Registration Reports - click FILE REGISTRATION REPORT.

Copies or Certificates - click FILE COPIES/CERTIFICATES.

**RETURN TO SEARCH RESULTS**

**ORDER COPIES/ CERTIFICATES**

Create Filing

Amended Articles Accepting Professional Corporation Law (Corp 43)

**FILE ONLINE**

| General Information | Filings | Principal Office Address | Contact(s) |

| | | | | |
|---|---|---|---|---|
| Name(s) | NETWORK COMMUNICATIONS INTERNATIONAL CORP. | | Principal Office Address | 807 East Whaley Street LONGVIEW, TX 75601 |
| Type | Gen. Business - For Profit | | Charter No. | F00462761 |
| Domesticity | Foreign | | Home State | TX |
| Registered Agent | NATIONAL REGISTERED AGENTS, INC. 120 South Central Avenue Clayton, MO 63105 | | Status | Good Standing |
| Date Formed | 11/23/1998 | | | |
| Duration | Perpetual | | | |
| Report Due | 4/30/2022 | | | |



# BEFORE THE PUBLIC SERVICE COMMISSION
# OF THE STATE OF MISSOURI

In the Matter of the Name Change of Network )
Communications International Corp. to )          **File No. TN-2018-0011**
Network Communications International )
Corp. d/b/a NCIC Inmate Communications )

## ORDER RECOGNIZING NAME CHANGE

Issue Date:  July 27, 2017                                    Effective Date:  July 27, 2017

On July 13, 2017, Network Communications International Corp. d/b/a NCIC Inmate Phone Service filed notice that it has changed its name to Network Communications International Corp. d/b/a NCIC Inmate Communications. The Staff of the Commission responded on July 27, indicating the company has complied with all statutory and regulatory requirements for changing its name.   Staff recommends the Commission recognize the name change.   The Commission will do so.

THE COMMISSION ORDERS THAT:

1.      The Commission recognizes the name change of Network Communications International Corp. d/b/a NCIC Inmate Phone Service to Network Communications International Corp. d/b/a NCIC Inmate Communications.

2.      This order shall be effective when issued.



3.     This file shall be closed on July 28, 2017.

**BY THE COMMISSION**



Morris L. Woodruff
Secretary

Morris L. Woodruff, Chief Regulatory Law
Judge, by delegation of authority
pursuant to Section 386.240, RSMo 2016.

Dated at Jefferson City, Missouri,
on this 27th day of July, 2017.



# BEFORE THE PUBLIC SERVICE COMMISSION

## OF THE STATE OF MISSOURI

In the Matter of the Application of Network ) 
Communications International Corp. for a ) **Case No. TA-99-592**
Certificate of Authority to Provide Alterna- ) Tariff No. 9900960
tive Operator Services in Missouri. )

### ORDER APPROVING INTEREXCHANGE CERTIFICATE OF SERVICE AUTHORITY
### AND ORDER APPROVING TARIFF

Network Communications International Corp. (NCIC) applied to the Public Service Commission on June 9, 1999, for a certificate of service authority to provide intrastate interexchange telecommunications services, limited to alternative operator services between and among locations within the state of Missouri, under Section 392.440, RSMo 1994[1]. NCIC asked the Commission to classify it as a competitive company and waive certain statutes and rules as authorized by Sections 392.361 and 392.420. NCIC is a Texas corporation, with its principal office located at 606 East Magrill Street, Longview Texas 75601.

The Commission issued a Notice of Applications for Intrastate Certificates of Service Authority and Opportunity to Intervene on June 29, directing parties wishing to intervene to file their requests by July 14. The requirement for a hearing is met when the opportunity for hearing has been provided and no proper party has requested the opportunity to present evidence. State ex rel. Rex Deffenderfer

---

[1] All statutory references are to the Revised States of Missouri 1994 unless otherwise indicated.



The Commission finds that NCIC's proposed tariff details the services, equipment, and pricing it proposes to offer, and is similar to tariffs approved for other Missouri certificated interexchange carriers. The Commission finds that the proposed tariff filed on June 9 shall be approved to become effective on July 26, 1999.

**IT IS THEREFORE ORDERED:**

1. That Network Communications International Corp. is granted a certificate of service authority to provide intrastate interexchange telecommunications services, limited to alternative operator services between and among locations in the state of Missouri, subject to all applicable statutes and Commission rules except as specified in this order.

2. That Network Communications International Corp. is classified as a competitive telecommunications company. Application of the following statutes and regulatory rules shall be waived:

### Statutes

```
392.240(1) - ratemaking
392.270    - valuation of property (ratemaking)
392.280    - depreciation accounts
392.290    - issuance of securities
392.310    - stock and debt issuance
392.320    - stock dividend payment
392.340    - reorganization(s)
392.330, RSMo Supp. 1998 - issuance of securities,
                             debts and notes
```

### Commission Rules

```
4 CSR 240-10.020        - depreciation fund income
4 CSR 240-30.010(2)(C)  - rate schedules
4 CSR 240-30.040        - Uniform System of Accounts
4 CSR 240-32.030(1)(B)  - exchange boundary maps
4 CSR 240-32.030(1)(C)  - record-keeping
4 CSR 240-32.030(2)     - in-state record-keeping
4 CSR 240-32.050(3)     - local office record-keeping
```



**STATE OF MISSOURI**
**OFFICE OF THE PUBLIC SERVICE COMMISSION**

I have compared the preceding copy with the original on file in this office and

I do hereby certify the same to be a true copy therefrom and the whole thereof.

WITNESS my hand and seal of the Public Service Commission, at Jefferson City,

Missouri, this  20TH day of JULY, 1999.

_Dale Hardy Roberts_
**Dale Hardy Roberts**
**Secretary/Chief Regulatory Law Judge**



## Attachment 2 – FCC Documentation



### Announcing a new FCC.gov
Tell us what you think and help shape the future »

FCC Federal
Communications
Commission

Search | RSS | Updates | E-Filing | Initiatives | Consumers | Find People

FCC Form 499 Filer Database Detailed Information

| FCC > CGB Home > FCC Form 499 Filer Database > FCC Form 499 Filer Database Detailed Information

## FCC Form 499 Filer Database
# DETAILED INFORMATION

Form 499 Filer 817994 RSS Feed

**Filer Identification Information:**

No Longer Active as of .

Replaced by filer: _

**Historical Data:**

```
499 Filer ID Number:                817994
Registration Current as of:         4/1/2022
Legal Name of Reporting Entity:     Network Communications International Corp.
Doing Business As:                  Network Communications International Corp.
Principal Communications Type:      Operator Service Provider (OSP)
Universal Service Fund Contributor: Yes
    (Contact USAC at 888-641-8722 if this is not correct.)
Holding Company:
Registration Number (CORES ID):     0004330023
Management Company:                 N/A
Headquarters Address:               607 East Whaley Street
                City:               Longview
                State:              TX
                ZIP Code:           75601
Customer Inquiries Address:         607 East Whaley Street
                City:               Longview
                State:              TX
                ZIP Code:           75601
Customer Inquiries Telephone:       888-230-4523  Ext:
Other Trade Names:
```

**Agent for Service of Process:**
```
Local/Alternate Agent for Service
of Process:
                Telephone:
                Extension:
                Fax:                ----
                E-mail:
Business Address of Agent for
Mail or Hand Service of Documents:
                City:
                State:
                ZIP Code:
```

```
D.C. Agent for Service of Process:
                Telephone:          National Registered Agents, Inc.
                                    800-767-1553
                Extension:
                Fax:                609-716-0820
                E-Mail:             info@ncai.com
Business Address of D.C. Agent for
Mail or Hand Service of Documents:  1015 15th Street N.W.
                                    Suite 1000
                City:               Washington
                State:              DC
                ZIP Code:           20005
```

**FCC Registration Information:**
```
Chief Executive Officer:            William Pope
        Business Address:           607 East Whaley Street
                City:               Longview
                State:              TX
                ZIP Code:           75601

Chairman or Other Senior Officer:   Jay Walters
        Business Address:           607 East Whaley Street
                City:               Longview
                State:              TX
```



ZIP Code:          75601

President or Other Senior Officer:
    Business Address:
        City:
       State:
    ZIP Code:

Jurisdictions in Which the Filing Entity Provides Telecommunications Services:

Alabama
Alaska
Arizona
Arkansas
California
Colorado
Connecticut
Delaware
District of Columbia
Florida
Georgia
Hawaii
Idaho
Illinois
Indiana
Iowa
Kansas
Kentucky
Louisiana
Maine
Maryland
Massachusetts
Michigan
Midway Atoll
Minnesota
Mississippi
Missouri
Montana
Nebraska
Nevada
New Hampshire
New Jersey
New Mexico
New York
North Carolina
North Dakota
Ohio
Oklahoma
Oregon
Pennsylvania
Puerto Rico
Rhode Island
South Carolina
South Dakota
Tennessee
Texas
Utah
Vermont
Virginia
Washington
West Virginia
Wisconsin
Wyoming

Use browser "Back" button to return to results page.



This database reflects filings received by USAC as of May. 17, 2022          FCC Form 499 Filer Database Software Version 01.03.06 July 21, 2011

| FCC Home | | Search | | RSS | | Updates | | E-Filing | | Initiatives | | Consumers | | Find People |

Federal Communications Commission
45 L Street NE
Washington, DC 20554
More FCC Contact Information...

Phone: 1-888-CALL-FCC (1-888-225-5322)
TTY: 1-888-TELL-FCC (1-888-835-5322)
Fax: 1-866-418-0232

- Privacy Policy
- Website Policies & Notices
- Required Browser Plug-ins
- Freedom of Information Act



## Attachment 3 – NCIC Service Policies and Procedures

NCIC's Customer Support is completely maintained "in-house," with no aspect of service or support being "farmed out" to subcontractors or moved offshore. Facility staff have a variety of ways to quickly contact NCIC support staff. The toll-free phone number (888-686-3699) will provide immediate, direct access to a LIVE account representative, so that any concerns can be quickly addressed. Additionally, Facility staff can send an email directly to our support crew via the following email address: support@ncic.com. All enquiries received will receive immediate notification of receipt, and resolution will follow shortly thereafter.

The purposed systems and all on-site equipment is remotely monitored 24x7x365 using our self-diagnosing and reporting Orion Network Performance Monitoring (NPM) system from Solarwinds. The routers contain self-diagnostics software capable of automatically rebooting the units if required. The Orion NPM software provides automated alerts to the Network Operations Center whenever connectivity is lost. Adtran units can be rebooted manually and logged into remotely, configured and updated as required. Whenever the Solarwinds Orion NPM detects an anomaly an alert and a trouble ticket are created in our Network Operations Center (NOC) in Longview.

The NOC operates 24x7x365 and is available to support all level of support requests. In addition, the Network Operations Center provides systematic monitoring such as on the VoIP gateway devices to proactively detect bandwidth interruptions or outages. For interruptions of more than 5 minutes during phone availability times, a call will be prompted to our bandwidth provider for resolution of the fault. This approach minimizes support issues from being noticed and reported by our clients in the first place.

The NOC systematically, remotely monitors the system to proactively identify potential disruptions and to minimize any noticeable support issues from occurring. In addition, the NOC is capable of providing remote service and maintenance to address service requests. Over ninety percent of service requests are resolved remotely.

### FEATURES
- Quickly detects, diagnoses, and resolves network performance issues
- View performance, traffic and configuration details of devises and applications that are on premises, in the cloud, or across hybrid environments
- Respond to multiple condition checks, correlated events, network topology and device dependencies
- Automatically discover and map devices, performance metrics, link utilization and wireless coverage
- Automated capacity forecasting, alerting, and reporting
- Real-time network performance metrics with interactive charts and graphs
- Monitors, alerts and reports on key device metrics (ex. Temperature, fan speed, power supply)

Please refer to the Orion Network Performance Monitoring capabilities screenshot.



## ORION NETWORK PERFORMANCE MONITORING
### SAMPLE SCREENSHOTS




The assigned technician responds to the Service Request by first contacting the Customer to acknowledge receipt of the request and gather additional information required to troubleshoot and resolve the issue (e.g., how many units are affected, location of issue, is system operational, is it a software or hardware issue, etc.).

The technician uses a variety of tactics including conducting remote testing, if available. If on-site support is required, the technician contacts the facility to arrange access and escorts. The technician works on the problem through resolution. During the course of the Service Request, the technician provides ticket updates to ensure timely communication is shared with our customers and the account team. Upon resolution, the technician conducts on-site testing, notifies the on-site customer contact, and provides ticket documentation for trouble resolution and closure.

A review of monthly usage and trends of activity (e.g., zero usage stations, stations where usage has dropped significantly, stations with high demand) are conducted monthly. By monitoring traffic, we can identify potential failure on ports and/or equipment. Where feasible, we conduct remote access testing to identify potential locations of concern.

The primary technician is accountable for becoming quickly familiar with the facility's infrastructure, layout, daily contacts, and general protocol for entry and work in the facility (e.g., procedures for bringing in tools, getting gate passes, coordinating escort coverage). Our approach enables our field force to be nimble in moving through our customers' clearance



protocols so that problems are addressed promptly. Technicians work with designated facility personnel to keep the systems running at maximum efficiency, meet the telephone needs of the inmate population and eliminate operational problems and/or security hazards as quickly as possible after they are identified. In summary, technicians are available 24x7x365 and work in a close team environment so they back-up each other on after-hour coverage. NCIC responds promptly to all service outages and maintenance requirements.

**THIS SECTION INTENTIONALLY LEFT BLANK**



## Attachment 4 – Sample Implementation Plan

NCIC Inmate Communications intends to provide the County with a comprehensive, turn-key Inmate Communications System which meets or exceeds the requirements of the County, offering the perfect blend of functionality and profitability. NCIC's recommended approach and work plan are shown below and transitioning correctional agencies from one inmate communications provider to another does not need to be a difficult process as long as the incoming vendor carefully plans to address the many moving pieces associated with the transition. While shown as the recommended approach, NCIC is aware of the need to provide flexibility and welcomes suggestions and/or options that are best suited for the County Staff and Personnel. Following is a high-level overview of NCIC's intended approach for a seamless transition of services at the County.

### Pre-Installation Preparations

NCIC will deploy resources to meet with the appropriate County personnel to confirm requirements and establish the most efficient channels of communication. Equipment ordering will be completed (after confirming counts of all required hardware), a thorough Site Survey will be conducted prior to any work actually commencing. Communication will be initiated with all involved stakeholders, including the outgoing provider (for access to critical County system data such as blocked / Do Not Record numbers, etc.), as well as third-party providers for which an Interface may be required (e.g., JMS / Commissary providers).

### Installation and Cutover Activities

NCIC's experienced Field Technicians employ a carefully developed methodology for switching services from an outgoing provider, to NCIC. Often referred to as a 'side by side' approach, technicians will 'Pre-wire' the new platform laterally to the existing platform so that the systems run concurrently (very briefly), which provides a flawless cutover. Once all newly installed inmate phone / kiosk hardware has been properly tested, NCIC's network equipment will be activated, bringing the NCIC system online. Labeling of all equipment is conducted by NCIC's on-site technicians (working collaboratively with NCIC's Network Operations Center) so that all equipment can be properly identified by Facility personnel within the web-based platform. Working directly with NCIC personnel at our Longview, TX headquarters also allows for confirming the accuracy of call branding / automated greetings, calling rates and other required features (e.g., blocked call files, 'Do Not Record' numbers, Commissary / PREA / Crime Tip Speed Dials, etc.). NCIC's technicians will carefully handle all removed / outgoing equipment, which is typically stored neatly somewhere on-site, awaiting retrieval by the outgoing provider. If needed, NCIC will facilitate removal of the outgoing equipment.

NCIC recommends conducting comprehensive on-site training (or virtual, if preferred) that runs in parallel with the transition activities. Complete training will be provided (over as many sessions as needed) covering all installed systems and accommodating different shifts, as required.

### Post Cutover / Project Closeout

Prior to NCIC's technicians leaving the project site, a thorough Acceptance Testing process is conducted, typically involving a facility walk-through with County staff and personnel, additional testing of equipment (test calls / visits), providing any applicable project or system-related documentation and finally, transitioning to the 'Ongoing Management' stage.

### Installation / Implementation

NCIC standard process for cutting over our ITS from the previous provider, involves little to no



downtime in phone service for the inmate populations. Our experienced Field Technicians carefully plan the cutover such that the new NCIC Inmate Telephone hardware is installed over the previous provider's network for a short period. After the hardware installation has been successfully completed, NCIC's network equipment is activated to bring the NCIC system online, through the new hardware. If needed, the actual cutover can be completed outside of normal inmate telephone availability (e.g. early morning or late evening), to ensure there is zero disturbance to the inmate population. Should NCIC be awarded, we recommend a thorough Site Visit to ensure that equipment counts/positioning, suggested procedures and all other considerations are acceptable and fully understood in order to meet and exceed the County's expectations.  Further details regarding NCIC's approach to installing and implementing services can be found below and on the pages that follow.

| Project Phase | Timeline | Description |
|---|---|---|
| Pre-Installation and Phase I | Week 1-3 | During Pre-Installation Inmate Telephone Phase, NCIC's Project Team will:<br><br>• Meet with Customer to confirm the overall project scope, project schedule and acceptance criteria;<br>• Order equipment including but not limited to circuits, network equipment, system software, inmate phones and related equipment such as TTY/VRS devices;<br>• Confirm project team members and define roles and responsibilities;<br>• Identify team members requiring onsite access – complete background / security clearance forms and any other Customer requirements to obtain facility access; and<br>• Conduct site survey at each location identifying existing equipment locations, confirming installation requirements including number of inmate phones, infrastructure requirements, demarcation points, equipment room(s), cut-off switches. (Each facility location where equipment will be installed will be a task on the project plan.)<br>• Request exports of critical lists from the outgoing / incumbent Inmate Phone Provider (such as attorney numbers, blocked numbers, free calls) and have such lists 'scrubbed' by NCIC personnel to ensure they are suitable for importing into the NCIC system.<br>• Initiate the business relationship and dialogue with critical third-parties such as the Facility's JMS and / or Commissary providers, in order to implement the critical interfaces.<br><br>During Pre-Installation Video Visitation Phase, NCIC's Project Team will:<br><br>• Meet with Customer to confirm the overall project scope, project schedule and acceptance criteria, conduct a supplemental Site Survey;<br>• Order equipment including but not limited to circuits, network equipment, system software, video visitation kiosks and related equipment;<br>• Confirm project team members and define roles and responsibilities;<br>• Identify team members requiring onsite access – complete background / security clearance forms and any other Customer requirements to obtain facility access; and<br>• Conduct site survey at each location identifying existing equipment locations, confirming installation requirements including number of |



video visitation kiosks (inmate-side and public-side), infrastructure requirements, equipment room(s), cut-off switches. (Each facility location where equipment will be installed will be a task on the project plan).

- Confirm scheduling requirements for video visitation for all User Groups.
- Confirm the required functionality of the multi-functional video visitation kiosks, covering the following possible services:
  o On-site video visitation
  o Off-site ('remote') video visitation
  o Grievances
  o Medical Requests
  o Inmate Ticketing
  o Jail Handbook
  o Inmate Messaging
  o PREA Notifications
  o Suicide Notifications
  o Commissary Ordering
  o Links to other 3rd Party Services

Initiate the business relationship and dialogue with critical third-parties such as the Facility's JMS and / or Commissary providers, in order to implement the critical interfaces.

During the **Pre-Installation Tablet** Phase, NCIC's Project Team will:

- Meet with Customer to confirm the overall project scope, project schedule and acceptance criteria, conduct a supplemental Site Survey;
- Order equipment including but not limited to wireless access points, network equipment, system software, inmate tablets, and charging stations;
- Confirm project team members and define roles and responsibilities;
- Identify team members requiring onsite access – complete background / security clearance forms and any other Customer requirements to obtain facility access; and
- Conduct site survey at each location identifying existing equipment locations, confirming installation requirements including number of inmate tablets, charging stations, infrastructure requirements, equipment room(s), charging stations. (Each facility location where equipment will be installed will be a task on the project plan).
- Initiate the business relationship and dialogue with critical third-parties such as the Facility's JMS and / or Commissary providers, in order to implement the critical interfaces.
- Conduct Pre-Installation Configuration;
- Confirm Requirements and Features with Customer;

Conduct Initial Software Demo Training.



| Project Phase | Timeline | Description |
|---|---|---|
| Phase II Installation, Cut-Over & Acceptance | Week 3 – 6 | During **Installation & Cut-Over Inmate Telephone Phase**, NCIC's Project Team will:<br>• Account setup and configuration completed including setup and configuration of the inmate phones to test for required features and functionality;<br>• 'Pre-wire' the new platform laterally to the existing platform so that the systems run concurrently (very briefly), which provides a flawless cutover.  The new platform running in parallel with the existing platform;<br>  o Reduces risks and major problems from occurring post-cutover;<br>  o Leads to a seamless post-cutover testing; and<br>  o Provides a mitigation step to ensure target completion date is met<br>• Inspect and test all installed inmate telephones. Phones are tested from the phone room before rolling the system out to the general inmate population at each facility;<br>  o This approach ensures that the system is working correctly, avoiding downtime once the inmate phones are cut over to the new platform.<br>• All connectivity to the Local Exchange carrier / bandwidth provider is verified before any changes are made to what is currently being used;<br>  o With the use of state-of-the-art equipment, NCIC's Network Operations Center ('NOC') remotely tests the NCIC network before the installation technicians convert over to the new platform.<br>  o Remote testing ensures all phones and equipment are operating to specifications.<br>• Phone labeling and testing (including a test call back to the NOC for each individual phone) is conducted prior to switching of the physical phones;<br>• New inmate telephones are installed in the housing areas (and all required locations) and the old phones are boxed up and neatly stored in a designated area of the facility awaiting the outgoing provider's retrieval. If preferred, NCIC will remove the outgoing / old equipment at our sole expense.<br><br>**Cut-over phase & Customer Acceptance Phase**, which includes:<br>• Flash cutover to the NCIC Inmate Telephone System, which is coordinated with facility personnel (and executed at the facility's preferred time of day) to ensure minimal downtime;<br>• Testing of each inmate telephone – once the new phones have been converted to the new system, the installation technicians will walk all locations and test each phone to ensure all equipment is working at optimal levels;<br>  o If any issues are identified (e.g., no dial tone, no key tone) they are resolved during this phase.<br>• Testing of branding / automated greetings, calling rates, and other required features (e.g., blocked call files, 'Do Not Record' numbers, Commissary / PREA / Crime Tip Speed Dials, etc.);<br>• Comprehensive, on-site training which is scheduled in advance and ensures coverage of all required facility personnel and different shifts, if applicable. |



- Joint facility Walk-Thru, System Acceptance Testing, Final Documentation

During **Installation & Cut-Over Video Visitation Phase**, NCIC's Project Team will:

- Configure and test network;
- Account setup and configuration completed including setup and configuration of the inmate phones to test for required features and functionality;
- Inspect and test all video visitation kiosks. Enable all required features in accordance with Customer requirements and contract.
- Confirm visitation rules and User Access requirements with Customer, test configuration and User Access.
- Request required data from the incumbent system (where applicable). Review, 'scrub' and migrate from current system.
- Develop and test the required interfaces with 3rd Party providers such as JMS and Commissary.
- QA testing on delivered equipment.
- Test all installed Network Circuits;
- Equipment setup and powered;
- Installation of inmate-side and public-side video visitation kiosks including installing any new cabling, QA testing;
- Installation and setup of Computer Workstations and Administrative Software in designated areas;
- Confirm that inmate information and other critical elements of the integrations are accurate and working;
- ID all kiosk ports and create equipment inventory listing.
- User Acceptance testing
- Comprehensive, on-site training which is scheduled in advance and ensures coverage of all required facility personnel and different shifts, if applicable.



**Cut-over phase & Customer Acceptance Phase,** which includes:

- Monitoring initial video visitation sessions for any issues, ensuring quality connectivity and accuracy of scheduling software;
- Miscellaneous support activities (e.g. ensuring NCIC video visitation information is on the County's web pages, providing informative posters / flyers / brochures for Friends and Families of inmates, providing NCIC Escalation List etc.);
- Post-Installation report;
- Final project documentation is completed; Project Plan is updated and closed out;
- Joint facility Walk-Thru, System Acceptance Testing, Final Documentation

During **Installation & Cut-Over Tablet Phase,** NCIC's Project Team will:

- Configure and test network;
- Account setup and configuration completed including setup and configuration of the inmate tablets to test for required features and functionality;
- Inspect and test all inmate tablets. Enable all required features in accordance with Customer requirements and contract.
- Confirm User Access requirements and User Roles with Customer, test configuration and User Access.
- Develop and test the required interfaces with 3rd Party providers such as JMS and Commissary.
- QA testing on delivered equipment.
- Implement System Configurations;
- Initiate Facility Training;
- Test all installed Network Circuits;
- Equipment setup and powered;
- Installation of charging stations and wireless content servers including installing any new cabling, QA testing;
- Installation and setup of Computer Workstations and Administrative Software in designated areas;
- Confirm that inmate information and other critical elements of the integrations are accurate and working;
- ID all Inmate Tablets and create equipment inventory listing.
- Additional On-site Software Training

**Cut-over phase & Customer Acceptance Phase,** which includes:

- Monitoring initial Education and Entertainment Content interaction for any issues, ensuring quality connectivity and charging consistency;
- Miscellaneous support activities (e.g. ensuring NCIC Inmate Tablet information is on the County's web pages, providing informative posters / flyers / brochures for Staff and Inmates, providing NCIC Escalation List etc.);



- Post-Installation report;
- Joint facility Walk-Thru, System Acceptance Testing, Final Documentation

**THIS SECTION INTENTIONALLY LEFT BLANK**



## Attachment 5 – Addendums



# PURCHASING DEPARTMENT

**COLE COUNTY COMMISSION**
311 East High Street, Room 200 | Jefferson City, MO 65101
Tel 573-634-9168 | Fax 573-634-8031
jbryant@colecounty.org

To:  All Interested Parties
From: Jessica Bryant, Cole County Purchasing Agent
Date: June 17, 2022
Re:  Addendum One to Cole County Bid No. 2022-21: Telephone and Video Visitation Services, Cole County Jail

The following information hereby becomes part of the above-referenced Request for Bid and shall be fully considered in the preparation of your response.

**The bid receipt date and time HAS CHANGED; submissions will be received until <u>Thursday, July 7th at 3:00 p.m.</u>**

I/We have received Addendum Number One to Bid No. 2022-21 and have fully considered the information provided in preparing a response.

NCIC Inmate Communications
<u>             </u>
Name of Company

William L. Pope, President      *Willie Pope*
Agent and Title            Authorized Signature



# PURCHASING DEPARTMENT



## COLE COUNTY COMMISSION
311 East High Street, Room 200 | Jefferson City, MO 65101
Tel 573-634-9168 | Fax 573-634-8031
jbryant@colecounty.org

| | |
|---|---|
| To: | All Interested Parties |
| From: | Jessica Bryant, Cole County Purchasing Agent |
| Date: | June 23, 2022 |
| Re: | Addendum Two to Cole County Bid No. 2022-21: Telephone and Video Visitation Services, Cole County Jail |

The following information hereby becomes part of the above-referenced Request for Bid and shall be fully considered in the preparation of your response.

1. NCIC notes the "Current Cost and Commission" table provided on page 34 of the RFP. In addition, would the County please provide the monthly Revenue/Commission Statements (relative to the Inmate Telephone System) from the incumbent Provider, covering the most recent 6-month period?
   - See attached reports.

2. Would the County please provide the monthly Revenue/Commission Statements (relative to the Video Visitation System) from the incumbent Provider, covering the most recent 6-month period?
   - Included in the above cost; see attached reports.

3. Would the County please provide the ADP for the same 6-month period that was requested for the monthly revenue/commission statements?
   - See attached reports.

4. Would the County please provide a copy of the current Inmate Communications Agreement, including any attachments, Amendments or Addendums?
   - See attached.

5. It is noted that the RFP specifications begin on page 11 of the RFP and also on page 43, as a checkmark listing. Would the County please verify if vendors are meant to repeat all responses for sections beginning on page 43 or only to items requesting additional information?
   - Please repeat all of the responses, then we know they were all acknowledged.

6. Please provide several recent commission reports for the Jail, showing calls, minutes, and revenue (or at minimum calls and minutes).
   - See attached reports.

7. Please provide average monthly revenue data for any additional services offered under the current contract, such as voicemail, messaging, etc.
   - This is not a part of our current contract.



8. Does the current vendor offer any alternate calling types, such as Advance Pay, PayNow, or Text-to-Connect? If so, what are the rates and fees charged for these calls?
   - This is not a part of our current contract.

9. Please provide a copy of all current contracts and amendments pertaining to all services under this RFP.
   - See attached.

10. Does the County require that proposals include commissions on interstate calls?
   - Yes.

11. Do commissions from this contract go to the Inmate Welfare Fund, the Sheriff's Office discretionary fund, or the County general fund?
   - Sheriff's Office.

12. Will the County allow for a proposal to present multiple pricing options for the County's consideration?
   - Yes.

13. The Fees, Rates, and Facility Commissions section (4.0) does not address pricing or commissions for tablet content and the tablets section (3.21) only asks for the "cost of dental of device…" Are bidders required to disclose rates, fees, and commissions for tablet content as well? If so, should we include information at the bottom of Section 3.21 or some other place, or do you want to modify the pricing section?
   - Yes, the bidders need to disclose rates, fees, and commissions for the tablet content as well. The bidder response form as been modified for this.

14. Please provide breakdown of the inmate population, in percentages or actual numbers, by local, DOC, or other agency.
   - See attached reports.

15. Please provide the average daily population for 2021, broken down by month, if possible?
   - See attached reports.

16. In order to ensure a level playing field for all bidders, please confirm that the successful vendor must provide new equipment. Also, please verify that this applies to both new potential bidders and the incumbent providers.
   - Bidders to supply new equipment.

17. Please provide the schedule in which the inmates have access to the inmate phones.
   - 7:00 am – 11:00 am
     1:00 pm – 4:00 pm
     6:00 pm – 10:00 pm

18. What is the desired number of tablets or inmate-to-tablet ratio?
   - The County would like to start with 50 tablets.



19. Section 3.21.K of the RFP requires free headphones. Does the County require a free pair of headphones for each inmate booked? If so, approximately how many inmates are booked annually?
    - No, only individuals with tablet. Bidder to include option for cost of replacement headsets.

20. Section 3.21.I requires "Free Law Library" on the tablets. Do you have a subscription to a law library service today, or is the vendor expected to provide the law library subscription?
    - Vendor is to supply law library subscription.

21. Some of the requirements in the Scope of Work do not match the requirements in the checklist beginning on RFP p. 43. Specifically, Section 3.7.4 (.14) and 3.10.1 allow third-party software but require it to be disclosed, while the corresponding requirements on pages 45 and 46 do not allow third-party software. Please clarify, will third-party software be acceptable as long as we notify the County and it is fully integrated into our system?
    - Yes, but the County must be notified of any third party software.

22. Section 2.13 states, "Award shall be made to the lowest responsible bidder(s) whose offer best responds to the quality, capacity, and service requirements of Cole County, as determined by the County." What specific criteria will be used to determine the best response, and what are the values of each? Are some more important than others?
    - The County will look at the overall responses to determine this and compare requirements, pricing, etc.

23. What is the anticipated state date for this contract?
    - Mid July – August

24. Some vendors provide alternate payment options, such as the ability to purchase a one-time phone call using a credit or debit card, without the necessity of setting up a prepaid account, and typically pay little to no commission on these calls. Will the County please confirm that vendors are required to pay the same commission amount for all call, including premium, prepaid, debit and collect?
    - The County doesn't allow credit or debit card calls.

25. After the first round of questions is answered, will the County accept additional questions if clarification is needed for any of the County's responses?
    - IF clarification is needed but the additional questions must be submitted by June 28th.

26. Is the County willing to look at other vendor solutions that are very similar in scope but are not exact in matching many of the specific requirements?
    - The vendor will want to match as many as the specific requirements with the RFP that they can. These are the items they County is looking for in the new system and vendor.

27. Is the jail using the new iCloud Keefe software?
    - No.

28. How is bonding handled at the jail?
    - Manually, it is not part of the RFP.



29. Is there currently a kiosk installed in the lobby that allows for inmate telephone deposits? If so, who provides this kiosk?
   - Yes, the vendor provides it.

30. Please outline the fees that are being charged to end-users:
   a. Bill Statement Fee
   b. PrePaid Account Funding Fee via Web
   c. PrePaid Account Funding Fee via IVR
   d. PrePaid Account Funding Fee via Live Operator
   e. Fees for Install Pay Calls
   - See attached Report.

The bid receipt date and time **HAS CHANGED**; submissions will be received until **Thursday, July 7th at 3:00 p.m.** per Addendum One.

I/We have received Addendum Number Two to Bid No. 2022-21 and have fully considered the information provided in preparing a response.

NCIC Inmate Communications
------------------------------------------------------
Name of Company

William L. Pope, President                    *Will Pope*
------------------------------------------------------
Agent and Title                               Authorized Signature





# PURCHASING DEPARTMENT

## COLE COUNTY COMMISSION
311 East High Street, Room 200 | Jefferson City, MO 65101
Tel 573-634-9168 | Fax 573-634-8031
jbryant@colecounty.org

| | |
|---|---|
| To: | All Interested Parties |
| From: | Jessica Bryant, Cole County Purchasing Agent |
| Date: | June 27, 2022 |
| Re: | Addendum Three to Cole County Bid No. 2022-21: Telephone and Video Visitation Services, Cole County Jail |

The following information hereby becomes part of the above-referenced Request for Bid and shall be fully considered in the preparation of your response.

1. The RFP section titled "5.2 CURRENT COST AND COMMISSION" includes a table with Phone purchases and Commissions for the current vendor. Will the County please provide additional detail regarding the Commission Column? It is unclear what this covers/includes.
   - The County only receives one check per month for all commissions. This check includes all commissions for video visitation and phone usage.

2. HomeWAV is of the understanding that Cole County's current Inmate Communication Provider (Securus) utilizes Guarded Exchange to support live monitoring. Can you describe the process and extent to which Securus/Guarded Exchange assists with monitoring? Is it the County's desire to replicate or imitate the manner in which the current provider assists with monitoring or will the County entertain similar, equal or improved processes?
   - Securus monitors the inmate phone calls and video visitation. Reports are then sent to the appropriate staff members of any issues found. The county is open to any and all monitoring systems proposed.

3. Will the county please require all vendors to include all fees associated with their service in their proposal? Including, but not limited to: Transaction Fees, First minute fees for video (if they differ from every additional fee), and Connection Fees.
   - Yes, all fees associated with the service must be included in the response.

**The bid receipt date and time HAS CHANGED; submissions will be received until Thursday, July 7th at 3:00 p.m. per Addendum One.**

I/We have received Addendum Number Three to Bid No. 2022-21 and have fully considered the information provided in preparing a response.

NCIC Inmate Communications
Name of Company

William L. Pope, President
Agent and Title                                        Authorized Signature

**EXHIBIT 2**



# DETENTION INMATE COMMUNICATION SYSTEM
## SHERIFF'S OFFICE DETENTION FACILITY
## YELLOWSTONE COUNTY, MONTANA

### Request For Proposal YCDF 2022

**Board of County Commissioners**
316 North 26th Street
3rd Floor, Room 3101, Stillwater Building
Billings, MT  59101

**Due Date and Time:**
Monday, August 8, 2022, at 5:00 P.M.



**COPY**







**INMATE KIOSKS**   **REMOTE VISITATION**   **INMATE MAIL SCANNING**   **INMATE MESSAGING**   **INMATE PHONE CALLS**

**NCIC.com  |  800-943-2189**



# TRANSMITTAL LETTER

NCIC Inmate Communications ("NCIC") is pleased to submit this response to Yellowstone County's 2022 RFP for **Inmate Communication and Technology System.** NCIC's overall proposal revolves around improved communications technologies, lower rates and fees for inmates (and their friends and families), significantly higher revenue-share and superior service and support. NCIC has thoroughly reviewed Yellowstone County's RFP and this proposal will remain open and valid for up to 90 days from the RFP close date (or longer, if required).

Montana is a developing market for NCIC where our services are provided to four tribal facilities, as well as several other facilities (including the Granite County Jail) through a reseller arrangement. NCIC is pleased with our growing involvement with the State's law enforcement community, including our participation and support of MSPOA and regular sponsorship of regional events, such as the Jail Administrator meetings. We are particularly proud of our efforts and contributions towards the current SB 303 proceedings, during which NCIC sat alongside Montana correctional agencies at recent legislative meetings in Helena and, through these joint efforts, succeeded in changing the original course of that draft legislation. NCIC's efforts, along with the efforts of many other individuals within Montana's law enforcement community, were crucial in modifying regulation originally aimed to "cap" all phone calling at a rate of $0.10/Minute, potentially decimating the monthly revenue-share received from inmate communication contracts in Montana's correctional agencies. The draft of that legislation has recently been adjusted to mirror the calling rates and ancillary fees the Federal Communications Commission (FCC) allows (including calling rates of up to $0.21/Minute), which is *much* more advantageous for the operating budgets of Montana's County jails.

NCIC is the largest **independently owned** inmate communications provider operating today, meaning the company is not beholden to the demands of Private Equity groups, allowing the flexibility to focus on servicing our main stakeholders – the facilities and communities served, and our employees. NCIC is headquartered in Longview, Texas and strengthened by a nation-wide network of field technicians and regional offices – an important aspect of our proposal for Yellowstone County Detention Facility (YCDF) is the presence of *local* support in Billings. NCIC has been in operation for 27 years and provides services to more than 800 confinement facilities of all sizes and types, ranging from 5,500 beds down to 2 beds. Our exemplary history in the regulatory arena has shown our support of being *in favor of* regulation, rather than opposing it. NCIC has been a vocal contributor to FCC proceedings regarding Inmate Calling Service (ICS) for more than a decade – our efforts have been instrumental in helping rein in some of the abuses that have taken place in our industry over the years. NCIC is the *only* large inmate communications provider who has never been sued for over-charging on calling rates and fees – our plan is to keep it that way.

NCIC understands the concerns Yellowstone County has when the provider leverages inmates by selling their company. With that said, NCIC commits to <u>not</u> selling its company to a Private Equity group or a competitor, and NCIC will agree that if an attempt is made to sell our company, Yellowstone County has the right to immediately terminate the agreement or move to a month-to-month arrangement.

NCIC is proposing our proven InTouch communications suite for the Yellowstone County Detention Facility, including all phone, kiosk and tablet-based technologies as outlined herein. By choosing NCIC as the trusted service provider for the YCDF, the agency will benefit from being on the same administrative and investigative platform as many other facilities across the United States and another nine countries.



**NCIC's "Proposal at a Glance" for YCDF:**
- ✓ Significant reduction in rates for phone calls, messaging, and video visitation.
- ✓ Complete package of services being proposed:
  - ○ Telephone Service
  - ○ Video Visitation (off-site and, if needed, on-site)



- o   Secure Messaging
- o   <u>Free</u> Educational / Communications Tablets (minimal staff involvement needed)
- o   Mail Scanning (for contraband reduction)
- o   Ticketing (grievances / requests / kites)
- o   **Incentive-Based Offerings:**
     To assist with the operation of the Facility, NCIC will be offering the ability for YCDF personnel to provide extended (or free) access to things like video visits, phone calls, messaging, or entertainment material, for Trustee inmates or for otherwise rewarding good inmate behavior, at the discretion of Facility personnel. NCIC will offer this ability at no cost (or commission deduction).

- ✓   **Complete package of equipment** being proposed (phones, wall-mounted kiosks, and tablets).
  - o   NCIC has avoided the "tablet only" and "kiosk only" scenarios, which are being pitched by certain Providers to save money on equipment and installations. This scenario is troublesome...NCIC proposes *all three hardware options* for maximum coverage.
  - o   NCIC is *not* proposing any reduction in the existing equipment counts (phones and tablets) and proposes to install *at least* the same amounts of equipment (with brand new hardware).
  - o   NCIC is proposing (if required by YCDF) a 1:1 inmate – tablet ratio, *from day one of operation*, to ensure adequate coverage and avoid any issues associated with access to tablets and programming.
  - o   NCIC's proposed Tablets are heavily geared towards education, rehabilitation, and programming, and offered at **no cost** to the Agency and residents (there are no device rental fees, and *all* programming is offered at no cost).
  - o   <u>Free</u> provision of NCIC's "Learn2Earn" educational and rehabilitative platform.

- ✓   **An overhaul of the Video Visitation program,** increasing the usage *with a focus on "remote" (off-site) visitation*, to further decrease foot traffic in the YCDF lobby.
  - o   NCIC's industry-leading Facial Detection program will help ensure maximum administrative oversight and availability of Video Visitation on all equipment – kiosks and tablets (based on the allowances and preferences of Facility Administration).
  - o   NCIC will collaborate with the Facility to ascertain best placement of Video Visitation kiosks.
  - o   NCIC does not "nickel & dime" our customers as it relates to free calls / video visits. These will simply be configured based on YCDF requirements.
- ✓   Provision of various services *at no cost* (or commission deduction), including Law Library, Voice Biometrics, Voice Transcription / Keyword Detection, etc.

*Rates and Compensation*
- ✓   Reduce the calling rates from the current $0.21/Minute down to only **$0.16/Minute** (for <u>all</u> calls within the US).
  - o   Eliminate the "Quick Connect" Single Pay calls which are currently eroding commissionable revenue with a $6.95 per-call, <u>non-commissioned</u> Transaction Fee.
- ✓   Implement truly "per minute" rates for Video Visitation ($0.25/Minute), increasing usage (as compared to the current "block" billing of $7.50 per session, which discourages usage).
- ✓   Implement secure inmate messaging at a rate of $0.20/Message ($0.25/Picture).
- ✓   Seventy-Two percent (72%) revenue-share on TRUE gross telephone revenue.
- ✓   Twenty-Five percent (25%) revenue-share on all Video Visit and Messaging revenue.
- ✓   To assist Yellowstone County in navigating the "percentage games," which are prevalent in our industry, NCIC will also provide a Minimum Monthly Guarantee ("MMG") of **$65.00/Inmate.**
  - o   On a monthly basis, the greater of the two amounts (the contractual percentages <u>or</u> the MMG of $65.00/Inmate) will be the applicable commission payment (whichever is greater).
  - o   For perspective, the incumbent provider has been returning an Average Monthly Commission per Inmate of only **$15.71,** (including all services). NCIC's analyses are provided as **Exhibit B.**



- o **NCIC is proposing to pay, <u>at a minimum,</u> an <u>additional</u> \$49.29 in monthly Commission per Inmate. At the stated ADP of 530 inmates, this represents an *additional* monthly commission amount of \$26,123.70, or an *additional* annual commission amount of \$313,484.40, compared to the performance of the incumbent Provider.**
- ✓ NCIC is offering a one-time, up-front Technology Grant in the amount of **\$50,000.00,** which is entirely optional for YCDF and if accepted, can be used at the discretion of the Facility's administration.

Should NCIC become the trusted provider of inmate communications for YCDF and the broader community, the account will be managed collaboratively by Alex Pope (Senior Platform Specialist) and Craig Storer (Director of Marketing), whose efforts will be supported by NCIC's experienced team of administrative, support, networking, IT, and field technician personnel.

Sincerely,

Craig Storer
Director of Marketing
Craig.Storer@ncic.com
(318) 286-8134



| TABLE OF CONTENTS | PAGE |
|---|---|
| Transmittal Letter | 2 |
| Technical Proposal | 6 |
| NCIC Organizational Chart | 7 |
| References | 8 |
| RFP Overview | 9 |
| System Overview | 12 |
| Charges, Fees, and Commission Offer | 97 |
| Attachment A | 101 |
| Addendum #1 | 102 |
| Questions & Answers | 103 |
| Exhibit A – Educational Tablets (Overview) | 117 |
| Exhibit B – Analyses of Inmate Communications Performance | 118 |
| Exhibit C – Sample Inmate Communications Agreement | 126 |
| Separately Sealed USB Drives of Sample Call and Video Recordings | |



# TECHNICAL PROPOSAL

NCIC Inmate Communications has fully reviewed Yellowstone County's Request for Proposal for a Detention Inmate Communications System and fully understands all stated requirements. NCIC is well-positioned to meet or exceed all the County's requirements through a combination of industry-leading technologies and a sturdy Customer Support program covering both the Facility, and the Friends and Families of inmates. Provided throughout this response is detailed information regarding how NCIC aims to meet and exceed the needs and requirements of the County and its constituents.

NCIC has over 115 employees including full time field technicians, generating approximately $75 million dollars in revenue per year. NCIC was established in 1995, making it the longest running provider of communications management in institutional and correctional facilities. Company principals William Pope and Jay Walters offer more than 50 years of combined experience in the inmate communications industry. NCIC is headquartered in Longview, Texas with satellite offices in Georgia, California, Minnesota, Maine, Virginia, El Salvador, Ecuador, Costa Rica, and Honduras.

NCIC is the *only* large inmate communications provider in the U.S. that has not been sued for overcharging inmates and their friends and family on calling rates and fees. Furthermore, NCIC has had no contract terminated for any reason in the last five years and NCIC is not currently involved in any litigation and has no claims against the company. NCIC is extremely proud of our continued accomplishments in the law enforcement community, supporting the daily operations of law enforcement, providing quality service for inmates, and their friends and family members, all while providing a generous return to our facility partners. NCIC is the leading provider of inmate communications services throughout the United States, offering a comprehensive suite of investigative and communications technologies for correctional agencies and the constituents they serve, including Inmate Telephone Systems, Video Visitation Systems, Digital Mail Service, Voice Biometrics, Voice Transcription, multi-functional Inmate Kiosks, Inmate Tablets, as well as all related software and services. The proposed platform also offers an inmate education and rehabilitative platform, inmate customer service voicemail, and many supplemental features.

NCIC currently holds correctional communications contracts that underpin the services provided to more than 800 separate confinement facilities. NCIC contracts with all types of confinement facilities including county jails, police departments, private and state prisons, re-entry facilities and juvenile facilities. NCIC has provided a sample agreement as part of our overall proposal as Exhibit C.

NCIC is proud of our company's achievements in providing inmate communications services. In addition to being heavily involved in regulatory efforts at the State and Federal levels (as described in our Transmittal Letter), NCIC has spent the last several years refining our kiosk and tablet-based technologies, effectively ending our reliance on third-party providers. NCIC now directly provides 100% of our hardware and technology, allowing complete control of our overall technology portfolio.



# NCIC INMATE COMMUNICATIONS
## ORGANIZATIONAL CHART





## REFERENCES

| Customer Name: | Sherburne County Jail |
|---|---|
| Facility Address: | 13880 Business Center Dr. NW, Elk River, MN 55330 |
| Contact Name and Title: | Brian Frank, Jail Administrator |
| Telephone Number(s): | 763-765-3802 |
| Email Address: | brian.frank@co.sherburne.mn.us |
| Agreement Effective Date: | March 2021 |
| Services Provided: | Inmate Telephones, Video Visitation, Tablet System |

| Facility Name: | Gregg County Jail |
|---|---|
| Facility Address: | 101 E. Methvin St., Longview, TX 75601 |
| Contact Name and Title: | Maxey Cerliano, Sheriff |
| Telephone Number(s): | 903-236-8400 |
| Email Address: | maxey.cerliano@co.gregg.tx.us |
| Agreement Effective Date: | September 2019 |
| Services Provided: | Inmate Telephones and Video Visitation |

| Facility Name: | Platte County Sheriff's Office |
|---|---|
| Facility Address: | 850 Maple St., Wheatland, WY 82201 |
| Contact Name and Title: | David Russell, Interim Undersheriff |
| Telephone Number(s): | 307-322-2331 |
| Email Address: | drussell@plattecountywyoming.com |
| Agreement Effective Date: | January 2021 |
| Services Provided: | Inmate Telephones and Video Visitation |

| Facility Name: | Minnehaha County Jail |
|---|---|
| Facility Address: | 305 W 4th St, Sioux Falls, SD 57104 |
| Contact Name and Title: | Mike Mattson, Warden |
| Telephone Number(s): | 605-367-4321 |
| Email Address: | mmattson@minnehahacounty.org |
| Agreement Effective Date: | July 2022 |
| Services Provided: | Inmate Telephones, Video Visitation, Tablet System |

| Facility Name: | Russell County Sheriff's Office |
|---|---|
| Facility Address: | 307 Prentiss Dr., Phenix City, AL 36869 |
| Contact Name and Title: | Steve Johnson, Jail Administrator |
| Telephone Number(s): | 334-298-6535 |
| Email Address: | stevej@rcso.org |
| Agreement Effective Date: | November 2021 |
| Services Provided: | Inmate Telephones and Video Visitation |



### REQUEST FOR PROPOSALS
### YELLOWSTONE COUNTY, MONTANA

#### SHERIFF'S OFFCE DETENTION FACILITY

### INMATE COMMUNICATION & TECHNOLOGY SYSTEM

Notice is hereby given that the Board of County Commissioners of Yellowstone County, Montana is currently soliciting proposals from qualified inmate communication services vendors for providing local and out of area communication combined with state-of-the-art equipment and technology throughout the Yellowstone County Detention Facility located at 3165 King Avenue East, Billings MT.

All proposals must be labeled 'Detention Inmate Communication System' with 6 copies mailed (1 original and 5 copies) to the Board of County Commissioners, PO Box 35000, Billings, MT 59107 or delivered to their office, Room 3101, located on the 3rd Floor the Stillwater Building, 316 North 26th Street, Billings, MT 59101. Proposals must be received no later than 5:00 p.m. August 1st , 2022. All timely & correctly labeled proposals received by this time and date will be opened and read aloud at 9:30 a.m. August 2nd, 2022, in the Commissioners Board Room, 3rd Floor of the Stillwater Building, 316 North 26th Street. Proposals received after the aforementioned time and date will not be considered.

All proposals received will be time and date stamped. The time and date stamped on each proposal must indicate that it was received no later than 5:00 p.m. MDT August 1st, 2022.

No proposals may be withdrawn for at least 90 days after the scheduled deadline time for receipt of the proposals.

All Montana laws pertaining to resident vendors, both state and county, will be adhered to if applicable.

In order to ensure prospective contractors, have a complete understanding of the project, a Pre- Submittal meeting will be held at 10:00 a.m. on July 20th, 2022, at the Yellowstone County Detention Facility located at 3165 King Avenue, Billings, MT 59101. All contractors interested in submitting a proposal are highly encouraged to attend.

#### COMPLIANCE WITH LAWS
The Contractor must, in performance of work under this contract, fully comply  with all applicable federal, state or local laws, rules, and regulations, including  the Montana Human Rights Act, Civil Rights Act of 1964, the Age Discrimination Act of 1975, and the American with Disabilities Act of 1990. Any subletting or  subcontracting by the Contractor subjects Subcontractors to the same provisions. In accordance with Section 49-3-207, MCA, the Contractor agrees  that the hiring of persons to perform the  contract will be made on the basis of  merit and qualifications and there will be no discrimination based  upon race, color, religion, creed, political ideas, sex, age, marital status, physical or mental  disability, or  national origin by the persons performing under the contract.

The Contractor must, in performance of work under this contract, fully comply  with all applicable federal, state or local laws, rules, and regulations, including the Montana Human Rights Act, Civil Rights Act of 1964, the Age Discrimination Act of 1975, and the American with Disabilities Act of 1990. Any subletting or  subcontracting by the Contractor subjects Subcontractors to the same provisions. In accordance with Section 49-3-207, MCA, the Contractor agrees  that the hiring of persons to perform the  contract will be made on the basis of  merit and qualifications and there will be no discrimination based  upon race, color, religion, creed, political ideas, sex, age, marital status, physical or mental  disability, or  national origin by the persons performing under the contract.

The contractor must, in performance of work under this contract, fully comply with all applicable federal, state or local  laws, rules, regulations, including the Montana Human Rights Act, Civil Rights Act of 1964, the Age



Discrimination Act of 1975 and the American with Disabilities Act of 1990.  Any subletting or subcontracting by the CONTRACTOR subjects subcontractors to the same provisions.  In accordance with section 49-3-207, MCA, the contractor agrees that the hiring of persons to perform the contract will be made on the basis of merit and qualifications and there will be no discrimination based upon race, color, religion, creed, political ideas, sex, age, marital status, physical or mental disability, or national origin by the persons performing under the contract.

**INSURANCE REQUIREMENTS**
Contractor shall maintain at its sole cost and expense, commercial general liability insurance  naming Yellowstone County, as additional insured for this contract against liability for damages for bodily injury, including death and completed operations and property damages in a minimum amount of Seven Hundred Fifty Thousand Dollars ($750,000.00) for each claim and One Million Dollars , ($1,000,000.00), in the aggregate arising from incidents which occur as the result of Contractors  negligence during the contract and for which Yellowstone County/Yellowstone County Sheriffs Office,  sole basis of liability is vicarious liability for the acts or omissions of the Contractor or/and subcontractors.   Contractor shall maintain for this contract at its cost and expense, insurance against claims for injuries to persons or damages to property, including contractual liability which may arise from or in connection with the contract by Contractor, agents, employees, representatives, assigns and sub-contractors.  This insurance shall cover claims as may be caused by any negligent act or omission.  The policy of insurance shall be an occurrence policy with a Best Rating of A- or better and must be in force throughout the contract.

Contractor shall name on the Certificate of liability insurance Yellowstone County, as additional insured throughout the contract.  In addition, Contractor will furnish to Yellowstone County/Yellowstone County Sheriffs Office, a copy of the policy endorsement, CG 32 87 05 10, indicating that Yellowstone County/ Yellowstone County Sheriffs Office, are named as an additional insured under the Contractors insurance policy for this contract.  Contractor agrees to furnish both the  Certificate of insurance and policy endorsement at least ten (10) days prior to beginning work on the contract.

No proposal may be withdrawn for at least 60 days from the proposal due date.

All  Montana laws pertaining to resident bidders, both state and county, will be adhered to if applicable.

The successful contractor will be required to follow all the directives included in section 18-2-422 of the Montana Code Annotated concerning Montana Prevailing Wages. Those directives are as follows:

(1) The contractor and employers shall pay the standard prevailing wage rate, including fringe benefits, for each job classification during construction of the project; (2) each contractor and employer are required to maintain payroll records in a manner readily capable of being certified for submission under statute 18-2-423, for not less than 3 years after the contractor's or employer's completion of work on the project; and (3) each contractor is required to post a statement of all wages and fringe benefits in compliance with 18-2-423.

Statute 18-2-423 is as follows: If a complaint is filed with the department alleging noncompliance with 18-2-422, the department may require the project to submit to it certified copies of the payroll records for workers employed on that project.  A contractor or a subcontractor shall pay employees receiving an hourly wage on a weekly basis. If a wage violation complaint is filed with the department, the contractor or subcontractor shall provide the employee's payroll records to the department within 5 days of receiving the payroll request from the department.

(4) The Contractor is required to comply with all other applicable provisions of Title 18, Chapter 2, Part 4 of the Montana Code Annotated.



The Contractor must, in performance of work under this contract, fully comply with all applicable federal, state or local laws, rules, regulations, including the Montana Human Rights Act, Civil Rights Act of 1964, the Age Discrimination Act of 1975 and the American with Disabilities Act of 1990. Any subletting or subcontracting by the Contractor subjects sub-contractors to the same provisions. In accordance with section 49-3-207, MCA, the Contractor agrees that the hiring of persons to perform the contract will be made on the basis of merit and qualifications and there will be no discrimination based upon race, color, religion, creed, political ideas, sex, age, marital status, physical or mental disability, or national origin by the persons performing under the contract.

**WORKERS COMPENSATION**

Contractor is required to maintain workers compensation insurance, or an independent contractor's exemption issued by the Montana Department of Labor covering Contractor and Contractor's employees. Contractor is not, nor is Contractor's workers, employees of Yellowstone County. Workers Compensation insurance or the exemption from the workers compensation obligation must be valid for the entire period of the project.

It is the Owner's desire to award a three (3) year contract with optional renewals for an additional four (4) years, not to exceed seven (7) years total.

The Proposal must include evidence that the Vendor is in compliance with all FCC mandates for inmate telephone services, include calling rates, deposit and transaction fees, and all FCC reporting and filing requirements, including the FCC Inmate Communication Services Annual Form 2301 filing requirement and the FCC 499 filing requirements.

The contract will not necessarily be awarded to the vendor with the highest perceived commission offer, but to the vendor that demonstrates the best ability to fulfill the requirements of this RFP as determined by the County from the total information submitted. A determination shall be made of the vendor's financial and operational ability to serve the institution. Only proposals from financially responsible organizations, as determined by the County, that are presently engaged in the business of providing institutional communications shall be considered. Representatives from the County reserve the right to contact the vendor's current and prior clients under their management prior to the award of this contract. The selection committee may ask finalists to participate in phone interviews or product demonstrations or to provide written responses to items requiring clarification. Any costs associated with interviews or product demonstrations are the sole responsibility of the Offeror.

The Board of County Commissioners reserves the right to reject any or all proposals received, to waive informalities to evaluate the proposals submitted, and to accept the proposal that best serves the interests of Yellowstone County.

Questions related proposal submittal shall contact James Matteson at 406-256-2717 or email jmatteson@yellowstonecountymt.gov.

Done by order of the Board of County Commissioners, Yellowstone County, Montana this 14th day of June 2022.

> *Board of County Commissioners*
> *Yellowstone County, Montana*
> *Donald W Jones, Chair*

*Attest:* _____
*Jeff Martin, Clerk and Record*

**)((NCIC RESPONSE: HAS READ, AGREE, AND WILL COMPLY WITH ALL ITEMS ABOVE.**



## System Overview

### 1. Inmate Communication System

a. The proposed system must meet the communication needs for inmates housed in the Yellowstone County Detention Facility, by providing telephone service, video visitation, text-based messaging, and electronic submission of inmate forms.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

NCIC is proposing an all-encompassing Inmate Telephone System, Kiosk System, and Tablet System including all related software, hardware and network components, customer and facility support, and ongoing maintenance. The proposed systems are highly configurable and customizable based on the specific requirements of the County. NCIC is fully responsible for all costs associated with the complete installation and ongoing maintenance of the proposed Communications Systems. NCIC's proposed platforms are fully turnkey Communications Systems and service solutions which include all technologies, network installation requirements, wiring, software, and all necessary equipment, service, and maintenance. All items listed above shall be provided to Yellowstone County at no cost. NCIC will assume all costs associated with the proposed Communications Systems, including initial installation and on-going service and support.

b. The county is interested in a modern technological system, made up of traditional phones, kiosks, and tablet computers. Describe system hardware, and how it meets the above needs. If the proposed system uses a combination of hardware, vendor should clearly specify what options are available on each.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

NCIC's inmate telephones employ a heavy-duty armored handset that is hearing aid compatible and has an anti-static receiver. The phone's housing is made of durable 14-gauge stainless steel which is ideal for a correctional environment – there are no exterior removable parts and hardware is in full compliance with ADA requirements. Our proposed phones offer volume control and has a rubber seal to prevent moisture from entering through the back of the phone. NCIC has developed our own phone to include buttons that are 100% larger than standard inmate phones, allowing visually impaired inmates to see the numbers and letters on the keypads. Further, the phones are easier to use in low-light conditions, as the numbers and letters are over 100% larger than traditional phone keypads. Shown on the following page is a specification sheet showing our phone equipment.



**EQUIPMENT SPECIFICATION SHEET / TELEPHONE DESCRIPTION**

The NCIC phone offers volume control and has a rubber seal to prevent moisture from entering through the back of the phone.  The phone offers an industry trend-setting 1000 lbs. pull strength on the handset cord.

NCIC has developed their own phone to include buttons that are 100% larger than standard inmate phones, allowing visually-impaired inmates to see the numbers and letters on the keypads.  Further, the phones are easier to use in low-light conditions, as the numbers and letters are over 100% larger than traditional phone keypads.

The NCIC phone employs a heavy-duty armored handset that is hearing-aid compatible, and has an anti-static receiver.  The phone's housing is made of durable 14-gauge stainless steel which is ideal for a correctional environment – there are no exterior removable parts.

**G-TEL Enterprises JP3500**



- Constructed of durable 14-gauge stainless steel
- Large, stainless steel ADA keypad
- Adjustable volume button
- Large customizable instruction card area
- Tamper resistant locking system
- Built in mounting plate designed for fast, easy installation
- Mounting plate includes gasket which prevents moisture from entering phone
- Oversized line-wire entrance hole w/ moisture preventing gasket
- Handset cord retaining bracket is designed for fast, easy handset changes
- Stainless grommet provides added security for handset cord
- Adjustable handset cord lengths
- Armored cord is made to Bell Core standards and withstands minimum 1000 lb. pulling test
- Magnetic hook switch/handset
- Optional noise-canceling microphone available
- Ambient Temperature:
    -40°C ~ + 60°C
    -40 F ~ + 140 F
- Relative Humidity: ≤95% (at room temperature)
- Atmospheric Pressure: 80 ~ 110KPa
- Frequency Response: 250 ~ 3000 Hz
- Supply Voltage: 48 ~ 60V
- Feed Current: 25mA
- Call Transfer Index: SLR≤12 dB, RLR≤-1dB, STMR≥10dB
- Environmental Noise: ≤70dB
- Ringing level: ≥80dB
- Operates on C.O., analog lines or analog dial tone PABX/KSU stations
- Dimensions:11¼" tall, 5¼" wide, 6 "deep (287.5×135×75mm)
- Weight: 8lbs, 3KG

STANDARD HANDSET CORD LENGTH IS 24", OPTIONAL CORD LENGTHS ARE 6", 8", 12", 18", 32", AND 52"

**The proposed Video Visitation kiosks have been designed specifically for use in a correctional environment, sturdy, robust, with no exterior removable components. The top surface of the kiosk is angled in order to prevent inmates from placing drinks and other items on top of the units, which are moisture resistant. Neither NCIC nor our Facility customers have encountered any limitations of the proposed VVS. Shown below are the typical specifications pertaining to the equipment:**



## EQUIPMENT SPECIFICATION SHEET / VIDEO VISITATION DESCRIPTION

The NCIC video visitation kiosk offers touch-screen input and is made of a rugged 16-gauge steel shell that contains small openings for cooling and ventilation – there are no exterior removable parts. The NCIC kiosk employs a heavy-duty armored swivel handset that is hearing-aid compatible, and has an anti-static receiver. The NCIC kiosks are designed to be wall mounted in its structure by being securely bolted. Aside from wall mounted kiosks, NCIC also provides correctional facilities with a portable kiosk option that can be easily transported to provide video communication and a range of other inmate applications.



The interior of the proposed kiosks contain a powerful encrypted CPU and monitor designed to be secure and ideal for a correctional environment.

### FEATURES

- **Polywell Mini PC**
  CPU : Intel Celeron Quad core @ 2.0Ghz
  Ram : 4 Gb
  Storage : 32gb SSD
- **Kingtouch Monitor**
  17-inch touch screen
  Tempered shatterproof touch panels
- **Cameras**
  Microsoft LifeCam cinema 5.0 Mega Pixels
  ELP-USBFHD06H-MF80 2mp USB Camera
  (8MM manual focus lens, 3m USB cable, without microphone)
- **Handsets**
  24inch and 32 inch swivel handsets
- **Video Visitation Unit Shells**
  17-inches wide, 19-inches in height and 6-inches in depth
- **Kiosk Shells**
  19-inches wide, 11 ½ inches in depth, 59-inches in height, with a 22-inch x 21-inch base plate



### Environmental Specifications

- Min. Operating Temperature: 32°F / 1.7°C
  Max. Operating Temperature: 90°F / 32.2°C
  Operating Relative Humidity: 8% to 90%

NCIC's proposed tablets are entirely customized and manufactured with a heavy-duty exterior which is specifically designed for a correctional environment, allowing it to withstand a shock and/or drop test onto concrete. NCIC has used similar grade materials to the kinds used in bullet resistant glass, windows in correctional facilities, military applications, etc. This case protects the tablet from tampering, general damage, and contraband storage. NCIC has only allowed access through this secure case to critical



hardware buttons such as the power button, volume buttons, and headphone jack. NCIC's proposed tablet is a JACS TG801 8" Android Rugged Tablet, designed specifically for correctional environments. The following are the technical specifications for NCIC's proposed tablet hardware.



## NCIC Handheld Tablet Specs

| | |
|---|---|
| **CPU** | RK3368H, Cortex-A53 Octa Core 64 bit 1.5GHz |
| **RAM/ROM** | 2 GB / 32 GB |
| **Operating System** | Google Android 7.1.2 Nougat |
| **Display** | 8" LCD panel, 800 x 1280 pixels, 5-Point Capacitive Touch Screen |
| **Camera** | Front 5.0MP |
| **WLAN** | 802.11 a/b/g/n/ac 2.4GHz/5GHz |
| **Bluetooth** | Bluetooth 4.1 |
| **Other Network** | Compatible with JACS POE adapter |
| **RFID** | 860 - 960MHz |
| **NFC** | Supported |
| **FM** | Supported |
| **I/O Interface** | 3.5mm earphone jack, Power button, Volume +/-, DC Port, MicroUSB 2.0 x 1, High quality speaker 1W x 2 |
| **Wireless Charging** | Supported, 5V/1.2A |
| **Battery** | 8000mAh Polymer Lithium-Ion battery |
| **DC** | Input: 100-240VAC, 50-60Hz; Output: USB 5V/2A DC |
| **Weight** | Unit (without packaging) 758.2g / 1.67lb |
| **Dimensions** | L(241.9) * W(147) * D(22.3) mm / L(9.52") * W(5.79") * D(0.88") |
| **Accessories** | Power Adapter, Wireless Charger (Optional) |

c. The vendor shall provide secure access for all inmate services, and under no circumstance, allow inmates to access to unmonitored or unsecured services, internet, or networks.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

**Upon YCDF approval, NCIC will install and maintain its own independent, secure network for use with all communications devices in the Facility. NCIC utilizes firewalls and Access Control Lists on all network hardware, preventing access to unwanted sites/sources by devices utilizing the network as well as to prevent access and intrusions from outside devices.**

d. All non-privileged inmate communications must be monitorable and recorded. Communications must be retained and archived for a minimum period of 3 years.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

**The Live Monitoring feature allows authorized users to monitor all recorded phone calls and video visits. Multiple users can simultaneously and covertly monitor all calls and video visits, without affecting the ability of the system to record calls and video visits, or the quality of the call audio/video visits video & audio for the sessions participants (inmate and called party/visitor). Live Monitoring on the platforms allow for all recorded calls and video visits to be monitored and activity to be viewed in real-time. The Live Monitoring feature allows the authorized user to sort monitoring/call history by a large variety of search criteria. Following are sample screen shots of the Live Monitoring screen:**







**All information and recordings are stored in geographically separate redundant backup locations to ensure 100% reliability. The primary data center is located in Longview, TX and backed up at our "mirror location" in downtown Dallas, TX. As a tertiary level of protection, all recordings and call details are stored with Amazon's GovCloud, which is designed to host the most sensitive data and address the most stringent US government security and compliance requirements. NCIC Communications Services utilize Amazon's S3 (Simple Storage Solution) storage services where recorded data is stored in a minimum of 3 separate locations and encrypted in AWS' proprietary encryption code. All call records and system data are backed up in real-time and available through any Internet enabled computer. All recorded data is immediately copied to Amazon GovCloud for off-site redundancy, in addition to the two geographically separate physical storage locations. Access to AWS GovCloud services is limited to vetted account holders that must be held by US citizens. All phone call recordings, text and picture messages, inmate tickets (grievances, requests, kites), scanned mail, and**



more are stored for the life of the contract and any extensions and are always available online. The only recorded data with a shelf life is video visits, which has the recordings stored for three calendar years. All associated Video Visit details records are stored indefinitely, with the audio and video for each Video Visit being available for three calendar years after the Video Visit takes place.

## 2. System Application and Management

A. Structure and Security

    A. The system's user interface shall be a web-based, easy to use application that is available securely from anywhere at any time remotely. If there are functions that cannot be performed remotely, vendor must clearly describe any limitations.

    **NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**



NCIC's systems are fully centralized, web-based platforms and were created using the newest technology in web development tools. The systems are compatible with any internet-enabled computer and various web browsers including Microsoft Edge, Google Chrome (recommended), Safari and Firefox, and more. All functions of the systems are accessible 24/7/365 via any internet-enabled computer, tablet, or smart-phone, allowing authorized users access throughout the platform based on their level of access authorization. The systems provide multiple tiered security access levels based on the YCDF's specific needs.

    B. The proposed system shall be password protected, with tiered security access levels, to permit only county personnel and their designees.

    **NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

The proposed platforms are wholly centralized, with all core functions managed at company headquarters in Longview, Texas. Authorized users of the platforms can log in and use the systems from anywhere, on any device, with the appropriate login credentials (a secure Username and Password). The proposed Communications Services support multiple levels of password protected access, so all Authorized Users only have access based on their individual level of authority, and do not have access to the entire functionality of the systems. Please see the sample User Setup screenshots with multiple user permission options, below.









Welcome, Ever | Support | Preferences | Log out
Company: TCOO
Facility: County Jail
Export
Home
Live Monitoring
Call History
Briefcase
Destinations
Inmates
Alerts
Prepaid Cards
Config
Users
Activity Log
Orion
Documentation
User Name
Last Name
First Name
User Status
Agency/Department
Last Login
Edit Add Delete
Aaron
Active
IT
4/9/2015 10:52:45 AM US/Central
Edit Add Delete
Kristy
Active
Deputy
12/8/2019 5:53:10 PM US/Central
Edit User
User Name:
Status: Enabled
Theme:
User Type: Permanent
Change Password
Password Expires: Never
First Name: Kristy
Last Name:
Phone:
Cell Phone:
Email:
Default Passcode (Alerts):
Grid Rows:
Auto Logout: 120
Last Login: 12/8/2019 5:53:10 PM
Security
Super User
Owner
Permissions
Links List:
Facility Name
Edit
Update Cancel
Security Details
User Name:
Company: TCOO
Status: Enabled
Facility: County Jail
Account Credit
No Permissions
Activity Log
No Permissions
Alerts
View,Edit
Briefcase
View
Call Download
Allowed
Call History
View,Listen,Add No
Charges
No Permissions
Commissary
No Permissions
Company
No Permissions
Destinations
View,Edit,Check Ba
Documentation
View
Facility
No Permissions
FacilityShutDown
No Permissions
Home
View
Inmates
View,Edit,Check Ba
Contract:
All
Live Monitoring
View,Listen,Add No
Messaging
No Permissions
Phones
View
Prepaid Cards
No Permissions
Area Profiles
View
Links
No Permissions
Service
No Permissions
SpeedDial
No Permissions
User Management
No Permissions
Video Arraignment
No Permissions
Cancel

Name
Investigator
Global Role
Active Visit
Create Delete Edit View
activitylogs
Create Delete Edit View
Admin Dashboard
Create Delete Edit View
Admin tickets
Assign comment Create Delete Edit Print
Reopen Status Types View View All
Alerts
Create Delete Edit View
Announcements
Create Delete Edit View
Approve Visits
Approve Reject Cancel Create create-reject-reason
Delete delete-reject-reason Edit update-reject-reason
View
Cancel
Save

C. For security purposes, the system must be a centralized non-premise system that will keep all records (including telephone and visit recordings) secure and not require the need to be maintained at the facility. All records must be backed up and geographically disparate to minimize the risk of data loss to a catastrophic system failure. Describe in detail, system backup plans and system redundancy.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

The proposed systems are fully centralized, web-based platforms with two geographically separate, redundant data storage centers, one in Longview, TX and a mirror (backup) location in downtown Dallas, TX. A tertiary level of backup is provided by Amazon's GovCloud services, which are designed to host the most sensitive data, and address the most stringent US government security and compliance requirements. Across all our separate storage solutions and considering the hundreds of facilities using our platform, the system is only running at approximately 25% capacity.

<u>All inmate telephone recordings are stored for the life of the contract (including any extensions) or longer if required and are available online for downloading at any time.</u> Retention of call recordings is completely configurable, based on the needs of YCDF.

The proposed system was the first inmate telephone service to use the Cloud to provide the utmost redundancy and security in call recording and call detail storage. Access to AWS GovCloud services is limited to vetted account holders that must be held by US citizens.

D. The proposed system must have the ability to set automatic shut off times, for all inmate communication equipment and inmate services (phone call, visit, media, etc.), as designated by the county.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

The proposed platforms allow authorized users to shut down individual telephones/kiosks/tablets, blocks of telephones/kiosks/tablets or the entire telephone/kiosk/tablet systems. Shutdown can be completed either immediately or done once any current calls are completed. These shutdowns are completely auditable directly through the relative Activity Log tabs and provide details on the start time, end time, and identified reason for shut down. Since the shutdowns are based on location rather than inmates, the system does not identify which inmates were affected by the shutdown. Following are screenshots of a shutdown via keystrokes where a user can shut down a complete facility, groups of phones, or individual phones.





In addition to the phone shutdown functionality, all proposed inmate communications systems are subject to a pre-configured daily schedule of availability, as determined by the Facility's administration.

E. County personnel must be able to manually shut down all equipment and services in the event of an emergency.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

The systems can be manually switched on/off via a secure web page using any internet-enabled device or by manual switches located in any area designated (Demarcation location, central control center, selected housing units, selected telephone) by the authorized personnel. Only authorized Facility personnel with proper login credentials (username and password) will be allowed access to this area of the system. Shutdown functionality is applicable to all communications services and can be applied "globally" (facility wide), by specific housing area, or by select devices (phones, kiosks, and tablets).



## Create Facility Lockdown

| | |
|---|---|
| Start Date | ○ 2022-07-26 00:00:00 |
| End Date | ○ 2022-07-30 00:00:00 |
| Select Applications | ○ Prevent Login |
| | ○ Onsite Visits |
| | ○ Softphone |
| | ○ Messaging |
| | ○ Mailscan |
| | ○ External Services |
| | ○ Offsite Visits |
| | ○ Ticketing |
| Type: | **Facility Wide**   Units   VV Stations |

F. The system must allow users with sufficient privileges, to disable both individual communication devices and groups of devices (by device type and or location), as needed by the facility.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

**The platforms allow authorized users to shut down individual telephones/kiosks/tablets, blocks of telephones/kiosks/tablets or the entire telephone/kiosk/tablet systems, and shutdown can be completed either immediately, or done once any current calls are completed.**

G. The system must allow designated county users with sufficient privileges to create new users and inactivate old users and assign appropriate system privileges to complete their tasks.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

**The platforms allow authorized users with sufficient privileges the capability to create new users, deactivate old users, assign privileges, and if granted additional administrative privileges, to monitor users and their activity on the platforms. NCIC is fully able to assist in providing these services in the event the YCDF prefers this to occur separate from the facility and users.**



B. Reports
    a. The proposed system should be able to generate user customizable reports for all information and records stored in the system. This includes detailed information on calls, video visits, deposits, services used by inmates, user activities, etc.

       **NCIC RESPONSE:** READ, AGREE, AND WILL COMPLY.

       The proposed systems allow for a myriad of reports, all exportable in a variety of file formats, allowing Authorized Users to search record data and revenue information by any parameter. NCIC's standard monthly commission report, and all reports, are fully customizable based on the requirements of YCDF.

    b. Reports should be exportable to common spreadsheet file formats (CSV, XLSX, XLS, etc.).

       **NCIC RESPONSE:** READ, AGREE, AND WILL COMPLY.

       Reports can be exported using a variety of common file formats, such as XLS, XLSX, CSV and PDF. The proposed platforms provide a myriad of reports allowing users to search call data by any parameter and email exported files to users who do not have access to the systems.

    c. Vendor shall attach samples of reports their system can generate, and describe in detail, report options and file output options.

       **NCIC RESPONSE:** READ, AGREE, AND WILL COMPLY.

       NCIC's proposed systems offer secure, web-based reporting; therefore, no special reporting tools are needed. The platforms provide a range of useful record detail and management reports based on inmate communication activities at an extremely granular level. Reports can be run on an as needed basis or configured and scheduled to run (and be delivered by email) at specified intervals. A common configuration is to have reports run at the beginning of each month, for the prior traffic month. These can be customized and are available at no cost to YCDF. Reports can be managerial/financial, or investigative, in nature.

       In addition to the wide range of "canned" reports that are available through the systems, NCIC will work with YCDF to customize any other reports as needed. Detailed managerial and investigative reports are available covering all items listed above, aspects of inmate communications, including Call/Visit Completion, Revenue, Per-Call/Visit charges, etc. Authorized Users (with the appropriate level of access) can easily pull raw Call/Visit Detail Records containing all required data for every attempted and completed call/visit within the proposed systems. The following screenshots display the searchable criteria in the Call History tab.







### NCIC Inmate Communications
### Call Commission Summary
From Date: 03/01/2020 00:00:00  To Date: 03/21/2020 23:59:59
Report Run Date: 04/02/2020 10:43:21

| Call Date | Call Count | Total Minutes | Call Revenue | Commission Rate | Commission Paid |
|---|---|---|---|---|---|
| 3/1/2020 | 2,556 | 24,887 | $4,977.40 | 58% | $2,886.89 |
| 3/2/2020 | 2,486 | 25,867 | $5,173.40 | 58% | $3,000.57 |
| 3/3/2020 | 2,578 | 24,867 | $4,973.40 | 58% | $2,884.57 |
| 3/4/2020 | 2,688 | 28,654 | $5,730.80 | 58% | $3,323.86 |
| 3/5/2020 | 2,564 | 28,957 | $5,791.40 | 58% | $3,359.01 |
| 3/6/2020 | 2,458 | 23,457 | $4,691.40 | 58% | $2,721.01 |
| 3/7/2020 | 2,587 | 21,587 | $4,317.40 | 58% | $2,504.09 |
| 3/8/2020 | 2,654 | 25,847 | $5,169.40 | 58% | $2,998.25 |
| 3/9/2020 | 2,344 | 23,587 | $4,717.40 | 58% | $2,736.09 |
| 3/10/2020 | 2,435 | 24,122 | $4,824.40 | 58% | $2,798.15 |
| 3/11/2020 | 2,894 | 26,877 | $5,375.40 | 58% | $3,117.73 |
| 3/12/2020 | 3,102 | 32,544 | $6,508.80 | 58% | $3,775.10 |
| 3/13/2020 | 2,998 | 31,587 | $6,317.40 | 58% | $3,664.09 |
| 3/14/2020 | 2,957 | 30,522 | $6,104.40 | 58% | $3,540.55 |
| 3/15/2020 | 2,875 | 29,587 | $5,917.40 | 58% | $3,432.09 |
| 3/16/2020 | 2,769 | 28,557 | $5,711.40 | 58% | $3,312.61 |
| 3/17/2020 | 2,866 | 28,956 | $5,791.20 | 58% | $3,358.90 |
| 3/18/2020 | 2,789 | 27,548 | $5,509.60 | 58% | $3,195.57 |
| 3/19/2020 | 2,755 | 26,593 | $5,318.60 | 58% | $3,084.79 |
| 3/20/2020 | 2,731 | 27,542 | $5,508.40 | 58% | $3,194.87 |
| 3/21/2020 | 2,865 | 29,847 | $5,969.40 | 58% | $3,462.25 |
| **Totals** | **56,951** | **571,992** | **$114,398.40** | | **$66,351.07** |

**(The above Sample Report is not indicative of the commission offer for Yellowstone County)**



**NCIC Inmate Communications**

Call Frequency - Division

From Date: 05/01/2020 00:00:00  To Date: 05/31/2020 23:59:59

Report Run Date: 06/05/2020 09:58:40

| Division | Call Count | Total Minutes | Call Revenue |
|---|---|---|---|
| Main Jail | 21,458 | 258,794 | $51,758.80 |
| Kansas Jail | 15,879 | 158,479 | $31,695.80 |
| Probation | 2,687 | 25,847 | $5,169.40 |
| **Totals** | **40,024** | **443,120** | **$88,624.00** |

**NCIC Inmate Communications**

Call Frequency - Inmate PIN

From Date: 05/01/2020 00:00:00  To Date: 05/31/2020 23:59:59

Report Run Date: 06:03:2020 11:45:15

| Inmate PIN | Call Count | Total Minutes | Call Revenue |
|---|---|---|---|
| 364565 | 324 | 2,057 | $411.40 |
| 409056 | 301 | 1,987 | $397.40 |
| 181740 | 297 | 1,879 | $375.80 |
| 203952 | 254 | 1,754 | $350.80 |
| 310286 | 221 | 1,701 | $340.20 |
| 403844 | 202 | 1,654 | $330.80 |
| 384529 | 194 | 1,457 | $291.40 |
| 404845 | 164 | 1,347 | $269.40 |
| 396551 | 145 | 1,247 | $249.40 |
| 243866 | 143 | 1,154 | $230.80 |
| 263510 | 120 | 1,054 | $210.80 |
| 406782 | 117 | 954 | $190.80 |
| 307435 | 112 | 902 | $180.40 |
| 451803 | 109 | 854 | $170.80 |
| 181740 | 102 | 841 | $168.20 |
| 263510 | 85 | 648 | $129.60 |
| 364565 | 65 | 541 | $108.20 |
| **Totals** | **2,955** | **$22,031.00** | **$4,406.20** |



**NCIC Inmate Communications**
**Call Frequency - Location**
From Date: 05/01/2020 00:00:00  To Date: 05/31/2020 23:59:59
Report Run Date: 06/02/2020 15:05:20

| Location | Call Count | Total Minutes | Call Revenue |
|---|---|---|---|
| A - Max | 15,487 | 158,764 | $31,752.80 |
| B Block | 13,587 | 124,587 | $24,917.40 |
| C Block | 13,154 | 111,547 | $22,309.40 |
| D Block | 12,879 | 110,254 | $22,050.80 |
| E Block | 12,458 | 101,548 | $20,309.60 |
| G - Max | 10,524 | 95,874 | $19,174.80 |
| Intake - B | 8,647 | 92,547 | $18,509.40 |
| Intake Dorm | 8,012 | 84,254 | $16,850.80 |
| L - Max | 7,854 | 71,548 | $14,309.60 |
| X Dorm | 7,214 | 62,548 | $12,509.60 |
| Y Dorm | 4,587 | 48,754 | $9,750.80 |
| **Totals** | **114,403** | **1,062,225** | **$212,445.00** |

**NCIC Inmate Communications**
**Call Frequency (Inmate Phone Number)**
From Date: 04/01/2020 00:00:00  To Date: 04/10/2020 23:59:59
Report Run Date: 05/02/2020 11:23:34

| Destination Number | Call Count | Total Minutes | Call Revenue |
|---|---|---|---|
| (647) 544-0506 | 145 | 1,587 | $317.40 |
| (647) 824-6804 | 135 | 1,487 | $297.40 |
| (321) 394-5290 | 115 | 1,258 | $251.60 |
| (334) 544-3678 | 102 | 1,158 | $231.60 |
| (334) 544-3678 | 99 | 1,024 | $204.80 |
| (251) 455-2324 | 91 | 957 | $191.40 |
| (405) 313-3360 | 81 | 854 | $170.80 |
| (832) 417-6472 | 78 | 684 | $136.80 |
| (334) 544-3678 | 75 | 601 | $120.20 |
| (334) 544-3678 | 71 | 548 | $109.60 |
| (661) 348-2281 | 68 | 524 | $104.80 |
| (910) 514-4146 | 65 | 501 | $100.20 |
| (510) 681-4945 | 61 | 457 | $91.40 |
| (909) 565-5282 | 54 | 432 | $86.40 |
| (312) 414-7224 | 51 | 421 | $84.20 |
| (256) 660-8777 | 48 | 415 | $83.00 |
| (312) 414-7224 | 44 | 387 | $77.40 |
| (440) 447-3441 | 40 | 367 | $73.40 |
| (803) 770-7587 | 38 | 302 | $60.40 |
| (850) 464-8792 | 36 | 197 | $39.40 |
| (260) 399-0508 | 25 | 184 | $36.80 |
| **Totals** | **1,522** | **14,345** | **$2,869.00** |



## NCIC Inmate Communications
### Incomplete Calls - Disposition
From Date: 04/01/2020 00:00:00   To Date: 04/30/2020 23:59:59
Report Run Date: 05/12/2020 09:15:11

| Disposition | Call Count |
| --- | --- |
| DIAL: No Answer | 2,358 |
| SET: Caller Hung Up | 968 |
| CMSY: Commissary Call | 1,158 |
| ACC: Called Party Hung Up | 985 |
| ANS: Answering Machine | 2,114 |
| ANS: Denied Call | 2,687 |
| ANS: Denied Future Calls | 1,258 |
| ANS: No Response | 254 |
| DIAL: Busy | 1,254 |
| SET: Destination Denied (Facility) | 258 |
| SET: Invalid Destination | 57 |
| SET: Invalid Menu Option | 26 |
| SET: Invalid Personal ID | 358 |
| SET: Invalid PIN | 287 |
| SET: PIN In Use | 3 |
| SET: Prepaid Balance Too Low | 258 |
| SET: Profile not allowed | 36 |
| **Total** | **14,319** |

## NCIC Inmate Communications
### Incomplete Calls - Inmate PIN
From Date: 05/04/2020 00:00:00   To Date: 05/04/2020 23:59:59
Report Run Date: 05/14/2020 10:45:12

| Caller PIN | Destination Number | Call Date | Call Count | Bill Type | Disposition |
| --- | --- | --- | --- | --- | --- |
| 82448 | SIP/Commissary2995029 | 5/4/2020 22:40 | 1 | Commissary Call (Free) | CMSY: Commissary Call |
| 83055 | (803) 665-0020 | 5/4/2020 22:31 | 1 | Prepaid Collect | SET: Caller Hung Up |
| 82780 | (574) 214-4613 | 5/4/2020 21:54 | 1 | Inmate Prepaid | ANS: Answering Machine |
| 83361 | (225) 278-2156 | 5/4/2020 21:53 | 1 | Prepaid Collect | SET: Prepaid Balance Too Low |
| 82025 | (408) 896-4044 | 5/4/2020 21:23 | 1 | Prepaid Collect | ANS: Answering Machine |
| 83546 | (301) 357-2146 | 5/4/2020 21:08 | 1 | Inmate Prepaid | SET: Caller Hung Up |
| 83055 | (803) 665-0020 | 5/4/2020 20:58 | 1 | Inmate Prepaid | ACC: Called Party Hung Up |
| 81502 | (225) 508-0050 | 5/4/2020 20:54 | 1 | Inmate Prepaid | SET: Caller Hung Up |
| 82780 | (574) 214-4613 | 5/4/2020 20:51 | 1 | Prepaid Collect | SET: Caller Hung Up |
| 82658 | (909) 449-8653 | 5/4/2020 20:48 | 1 | Inmate Prepaid | DIAL: No Answer |
| 82285 | (510) 491-5640 | 5/4/2020 20:45 | 1 | Inmate Prepaid | SET: Caller Hung Up |
| 42944 | (337) 977-1426 | 5/4/2020 20:45 | 1 | Inmate Prepaid | SET: Caller Hung Up |
| 81502 | (225) 508-0050 | 5/4/2020 20:44 | 1 | Prepaid Collect | DIAL: Busy |
| 78151 | (601) 665-3041 | 5/4/2020 20:31 | 1 | Prepaid Collect | ANS: No Response |
| 83680 | (337) 655-1159 | 5/4/2020 20:27 | 1 | Prepaid Collect | DIAL: No Answer |
| 78151 | (601) 665-3042 | 5/4/2020 20:25 | 1 | Prepaid Collect | ACC: Called Party Hung Up |
| 83680 | (337) 655-1159 | 5/4/2020 20:25 | 1 | Prepaid Collect | DIAL: No Answer |
| 81502 | (225) 508-0050 | 5/4/2020 20:15 | 1 | Inmate Prepaid | SET: Caller Hung Up |
| 69503 | (214) 900-9311 | 5/4/2020 20:50 | 1 | Inmate Prepaid | SET: Destination Denied (Facility) |
| 78304 | (903) 875-5685 | 5/4/2020 20:18 | 1 | Prepaid Collect | SET: Prepaid Balance Too Low |
| | **Totals** | | **20** | | |



**NCIC Inmate Communications**
Incomplete Calls - Location
From Date: 05/03/2020 15:00:00  To Date: 05/03/2020 22:00:00
Report Run Date: 05/05/2020 09:15:10

| Location | Destination Number | Call Date | Call Count | Disposition |
|---|---|---|---|---|
| Unit 1 - Section 3 - Phone 3 | 7709838798 | 5/3/2020 16:34 | 1 | SET: Caller Hung Up |
| Dorm 1 - Phone 2 | 6152758903 | 5/3/2020 16:35 | 1 | ANS: No Response |
| Unit 8 - Section 6 - Phone 4 | 6785881754 | 5/3/2020 16:53 | 1 | ANS: Answering Machine |
| Unit 1 - Section 3 - Phone 4 | 8037473701 | 5/3/2020 16:54 | 1 | ANS: Answering Machine |
| Dorm 3 - Phone 3 | 6158109360 | 5/3/2020 17:39 | 1 | ANS: Answering Machine |
| Dorm 1 - Phone 3 | 7702035466 | 5/3/2020 18:43 | 1 | ANS: Answering Machine |
| Infirmary - Phone 1 | 6787549530 | 5/3/2020 18:58 | 1 | SET: Caller Hung Up |
| Unit 1 - Section 1 - Phone 1 | 5745208445 | 5/3/2020 19:40 | 1 | SET: Caller Hung Up |
| Unit 5 - Section 2 - Phone 4 | 2564290557 | 5/3/2020 20:02 | 1 | ANS: Answering Machine |
| Dorm 1 - Phone 1 | 2566608777 | 5/3/2020 20:15 | 1 | ANS: Answering Machine |
| Dorm 4 - Phone 1 | 3124147224 | 5/3/2020 20:22 | 1 | ANS: Answering Machine |
| Dorm 6 - Phone 2 | 9095655282 | 5/3/2020 20:22 | 1 | ANS: No Response |
| Dorm 4 - Phone 2 | 7708965088 | 5/3/2020 20:34 | 1 | ANS: No Response |
| Dorm 3 - Phone 1 | 6786566112 | 5/3/2020 20:49 | 1 | SET: Caller Hung Up |
| Dorm 4 - Phone 3 | 3345443678 | 5/3/2020 21:10 | 1 | SET: Caller Hung Up |
| Dorm 6 - Phone 1 | 3213945290 | 5/3/2020 21:49 | 1 | SET: Caller Hung Up |
| Intake - IH6 | 4044410384 | 5/3/2020 23:50 | 1 | ANS: No Response |
| **Totals** | | | **17** | |

**NCIC Inmate Communications**
Incomplete Calls - Inmate Phone Number
From Date: 05/01/2020 00:00:00  To Date: 05/01/2020 09:50:00
Report Run Date: 05/02/2020 11:45:15

| Destination Number | Call Date | Call Count | Bill Type | Disposition |
|---|---|---|---|---|
| (809) 571-2531 | 5/3/2020 15:59 | 1 | Prepaid Collect | SET: Prepaid Balance Too Low |
| (703) 380-0019 | 5/3/2020 8:41 | 1 | Inmate Prepaid | SET: Caller Hung Up |
| (775) 473-9517 | 5/3/2020 22:17 | 1 | Free | ANS: Answering Machine |
| (775) 240-7954 | 5/3/2020 19:13 | 1 | Inmate Prepaid | DIAL: No Answer |
| (480) 306-9397 | 5/3/2020 18:50 | 1 | Inmate Prepaid | ANS: Answering Machine |
| (480) 306-9397 | 5/3/2020 15:18 | 1 | Prepaid Collect | ANS: No Response |
| (775) 434-4393 | 5/3/2020 15:07 | 1 | Inmate Prepaid | ANS: Answering Machine |
| (775) 849-1380 | 5/3/2020 14:20 | 1 | Prepaid Collect | ANS: No Response |
| (775) 217-7509 | 5/3/2020 13:28 | 1 | Prepaid Collect | ANS: Answering Machine |
| (775) 217-7509 | 5/3/2020 13:21 | 1 | Inmate Prepaid | ANS: Answering Machine |
| (509) 956-2752 | 5/3/2020 11:23 | 1 | Inmate Prepaid | ANS: No Response |
| (775) 217-7509 | 5/3/2020 10:57 | 1 | Prepaid Collect | ANS: Answering Machine |
| (919) 443-0799 | 5/3/2020 9:34 | 1 | Prepaid Collect | DIAL: Busy |
| (330) 553-7378 | 5/3/2020 9:30 | 1 | Inmate Prepaid | ANS: Answering Machine |
| (809) 571-2531 | 5/3/2020 9:15 | 1 | Prepaid Collect | ANS: No Response |
| (816) 301-9367 | 5/2/2020 20:32 | 1 | Prepaid Collect | DIAL: No Answer |
| (775) 431-9190 | 5/2/2020 19:50 | 1 | Prepaid Collect | SET: Caller Hung Up |
| (703) 380-0019 | 5/1/2020 16:51 | 1 | Inmate Prepaid | Simultaneous Calls Not Allowed |
| **Total** | | **18** | | |