

## Sample Traffic Report

Date Range Selected: 08/01/2017 - 08/31/2017

| ANI | Phone Location | Attempts | Complete | Domestic Min. | Inter. Min | Total Min. | Charges | Oper. Sec. | Orig.Sec |
|---|---|---|---|---|---|---|---|---|---|
| | Dorm A | 1558 | 578 | 1430 | 360 | 1790 | $280.50 | 0 | 131240 |
| | Dorm B | 708 | 205 | 278 | 130 | 408 | $76.50 | 0 | 43311 |
| | Dorm C | 603 | 189 | 615 | 1 | 616 | $162.25 | 0 | 63552 |
| | Dorm D | 645 | 173 | 610 | 56 | 666 | $128.25 | 0 | 54582 |
| | Dorm E | 717 | 330 | 1428 | 81 | 1509 | $159.00 | 0 | 109832 |
| | Dorm F | 1133 | 389 | 1146 | 0 | 1146 | $405.00 | 0 | 93995 |
| | Dorm G | 710 | 361 | 909 | 0 | 909 | $367.25 | 0 | 70606 |
| | Dorm H | 239 | 127 | 830 | 0 | 830 | $22.00 | 0 | 57045 |
| | Booking Collect | 274 | 87 | 276 | 29 | 305 | $0.00 | 0 | 31383 |
| | Seg 1-4 Roll Cart | 348 | 127 | 508 | 90 | 598 | $47.75 | 0 | 47415 |
| | Seg A & B Roll Cart | 311 | 114 | 399 | 0 | 399 | $158.00 | 0 | 37782 |
| | ROLLUP CART 3 | 0 | 0 | 0 | 0 | 0 | $0.00 | 0 | 0 |
| | TOTALS: | 7246 | 2680 | 8429 | 747 | 9176 | $1,806.50 | 0 | 740743 |

| | |
|---|---|
| Total ANIs: | 17 |
| Active ANIs: | 11 |
| Active Rooms: | 0 |

## Sample Daily Summary Report

NCIC Inmate Phone Service

**NCIC Daily Summary - 01/01/2019 TO 01/11/2019**

Account(s): 20031

Report Date: 01 11 19 04:59:31pm

Date Range Selected: 01 01 2019 - 01/11/2019

| Date | DOW | Attempts | Complete | Domestic. | Inter.Min | Commissary.Min | Total Min. | Collect | Credit Cards | Calling Cards | Alt Transfers | Intl Collect | Collect Messages | Charges | Oper.Sec. | Orig.Sec | Active ANIs |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01/01/19 | Tue | 5731 | 2726 | 7410 | 66 | 743 | 8219 | 0 | 0 | 0 | 0 | 0 | 0 | $1,448.93 | 0 | 514127 | 57 |
| 01/02/19 | Wed | 5415 | 2700 | 7040 | 19 | 939 | 7998 | 0 | 0 | 0 | 0 | 0 | 0 | $1,379.28 | 0 | 492895 | 61 |
| 01/03/19 | Thu | 5054 | 2555 | 6750 | 23 | 915 | 7688 | 0 | 0 | 0 | 0 | 0 | 0 | $1,338.93 | 0 | 474194 | 64 |
| 01/04/19 | Fri | 4495 | 2287 | 6471 | 59 | 636 | 7166 | 0 | 0 | 0 | 0 | 0 | 0 | $1,284.30 | 0 | 451165 | 64 |
| 01/05/19 | Sat | 5162 | 2534 | 6844 | 25 | 681 | 7550 | 0 | 0 | 0 | 0 | 0 | 0 | $1,323.96 | 0 | 468312 | 66 |
| 01/06/19 | Sun | 5210 | 2517 | 6967 | 16 | 814 | 7797 | 0 | 0 | 0 | 0 | 0 | 0 | $1,367.16 | 0 | 482441 | 64 |
| 01/07/19 | Mon | 5167 | 2486 | 6560 | 33 | 781 | 7374 | 0 | 0 | 0 | 0 | 0 | 0 | $1,288.06 | 0 | 463944 | 64 |
| 01/08/19 | Tue | 4593 | 2174 | 5769 | 43 | 590 | 6402 | 0 | 0 | 0 | 0 | 0 | 0 | $1,114.31 | 0 | 416555 | 63 |
| 01/09/19 | Wed | 4929 | 2292 | 6499 | 70 | 622 | 7191 | 0 | 0 | 0 | 0 | 0 | 0 | $1,310.31 | 0 | 472445 | 63 |
| 01/10/19 | Thu | 5088 | 2377 | 6241 | 31 | 642 | 6914 | 0 | 0 | 0 | 0 | 0 | 0 | $1,224.97 | 0 | 446637 | 61 |
| 01/11/19* | Fri | 2623 | 1172 | 3116 | 23 | 306 | 3445 | 0 | 0 | 0 | 0 | 0 | 0 | $611.68 | 0 | 228425 | 61 |
| TOTALS: | | 53467 | 25820 | 69667 | 408 | 7669 | 77744 | 0 | 0 | 0 | 0 | 0 | 0 | $13,691.89 | 0 | 4911140 | |



## Sample Call Jurisdiction Report

**SUMMARY:**

| JURISDICTION | CALL TYPES | CALLS | GROSS | CALL LENGTH | NET PAYMENT |
|---|---|---|---|---|---|
| Commissary | Auto Collect | 104 | $ 0.00 | 183 | $ 0.00 |
| Interstate | Auto Collect(Prepaid Collect) | 7 | $ 11.76 | 56 | $ 7.29 |
| Interstate | Inmate(Prepaid) | 18 | $ 16.17 | 77 | $ 10.03 |
| Interstate | Inmate(Prepaid Card) | 18 | $ 0.00 | 18 | $ 0.00 |
| IntraLATA | Auto Collect(Prepaid Collect) | 24 | $ 38.25 | 153 | $ 23.71 |
| IntraLATA | Inmate(Prepaid) | 31 | $ 34.23 | 163 | $ 21.22 |
| IntraLATA | Inmate(Prepaid Card) | 17 | $ 0.00 | 17 | $ 0.00 |
| IntraState | Auto Collect(Prepaid Collect) | 2 | $ 4.00 | 16 | $ 2.48 |
| IntraState | Inmate(Prepaid) | 9 | $ 5.46 | 26 | $ 3.39 |
| IntraState | Inmate(Prepaid Card) | 4 | $ 0.00 | 4 | $ 0.00 |
| Local | Auto Collect | 1 | $ 0.25 | 1 | $ 0.15 |
| Local | Auto Collect(Prepaid Collect) | 72 | $ 87.75 | 351 | $ 54.41 |
| Local | Inmate(Prepaid) | 171 | $ 138.60 | 660 | $ 85.93 |
| Local | Inmate(Prepaid Card) | 118 | $ 0.00 | 118 | $ 0.00 |
| Local Free Calls | Auto Collect | 46 | $ 0.00 | 93 | $ 0.00 |
| Local Free Calls | Auto Collect(Prepaid Collect) | 36 | $ 0.00 | 36 | $ 0.00 |
| **TOTALS:** | | 678 | $ 336.47 | 1972 | $ 208.61 |

**SUMMARY: JURISDICTION / CALLTYPES**

| JURISDICTION / TYPES | CALLS | GROSS | CALL LENGTH | NET PAYMENT | PERCENTAGE OF GROSS |
|---|---|---|---|---|---|
| **TOTALS:** | 678 | $ 336.47 | 1972 | $ 208.61 | 100 % |
| Auto Collect | 151 | 0.25 | 277 | 0.1550 | 0 % |
| Auto Collect(Prepaid Collect) | 141 | 141.76 | 612 | 87.8912 | 42 % |
| Inmate(Prepaid) | 229 | 194.46 | 926 | 120.5652 | 58 % |
| Inmate(Prepaid Card) | 157 | 0.00 | 157 | 0.0000 | 0 % |
| **TOTALS:** | 678 | $ 336.47 | 1972 | $ 208.61 | 100 % |

## Frequently Called Number Summary Report

NCIC INMATE COMMUNICATIONS

**NCIC Top 25 Destination Numbers**

**Account(s):**

**Report Date:** 06/19/17 09:13:32am

**Date Range Selected:** 05/20/17 - 06/19/17

| Account | Total Calls | Destination Number | Inmate Pin |
|---|---|---|---|
| 20031 | 957 | 256 | 307303 |
| 20031 | 818 | 205 | 301759 |
| 20031 | 624 | 205 | 302460 |
| 20031 | 572 | 205 | 305762 |
| 20031 | 503 | 256 | 308804 |
| 20031 | 490 | 205 | 307301 |
| 20031 | 477 | 480 | 308068 |
| 20031 | 474 | 205 | 307963 |
| 20031 | 442 | 205 | 308334 |
| 20031 | 440 | 205 | 308381 |
| 20031 | 409 | 205 | 307146 |
| 20031 | 405 | 205 | 307769 |
| 20031 | 405 | 205 | 308397 |
| 20031 | 384 | 205 | 308630 |
| 20031 | 377 | 205 | 307277 |
| 20031 | 376 | 205 | 307190 |
| 20031 | 375 | 205 | 308618 |
| 20031 | 370 | 205 | 308764 |
| 20031 | 369 | 205 | 308988 |
| 20031 | 362 | 205 | 307403 |
| 20031 | 354 | 334 | 308322 |
| 20031 | 354 | 205 | 308452 |
| 20031 | 348 | 205 | 308849 |
| 20031 | 345 | 205 | 308099 |
| 20031 | 344 | 205 | 308065 |



## Example Call Detail Report



## Report Export Feature and Format(s)



## Three-Way Call Detail Report





## Inmate Report

C. Inmate Identity and Protection

a. System Must have security procedures and technology (unique pin numbers, voice biometrics, facial recognition, etc.) in place to prevent inmates from stealing other inmates accounts.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

The proposed software systems are capable of offering a multitude of security protocol technologies such as voice biometrics identification, PIN security through the use of "passcodes", and facial detection through our video visitation system. Through our proposed Voice Biometrics System, investigators can pinpoint instances of pin theft and PIN sharing based on the system's reporting of the detected voices.

NCIC has recently implemented a facial detection feature that works to provide an additional measure of security of the system's visits. The feature provides the ability to grey out the screen any time a face is not detected on the kiosks or visitor's camera.

When enabled, this feature blurs the background of either the inmate or visitor on the screen to ensure only the face is shown throughout the visit. A screenshot of this functionality is provided.





b. Describe, in detail, how the system prevents inmates from stealing another inmate's access.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

**The proposed systems offer an optional, easy-to-use PIN feature that can be interfaced with most JMS/Booking systems via a simple XML interface. PIN codes can be turned on/off for the entire facility, a group of phones, or a specific phone/kiosk/tablet based on the needs of YCDF. For example: PINs can be turned on in general population but turned off in booking and juvenile. Authorized users can easily deactivate PINs via the software systems. The systems have the capability to provide collect, debit, pre-paid, pre-paid card, free and speed dial calling utilizing a secure PIN. The inmate utilizes the same PIN for all services and devices.**

**The proposed systems provide for inmate records and associated details to be automatically loaded when interfaced with any JMS/Booking system via a simple XML interface (with other interface types available). Once the file is imported (default import frequency is 15 minutes, but can be more frequent if required), and upon the first call or login attempt, the system prompts the inmate to create and enter a secure PIN2 (commonly referred to as "Passcode,") to supplement their PIN. This eliminates the burden of manual entry by staff. As demonstrated by the following screenshot, each inmate needs to input their PIN and PIN2 in order to place calls or interact with kiosks/tablets.**

Edit Inmate

InmateInfo | Notes | Restrictions | Alerts | Recordings | Statistics | Messaging | Transactions

Pin: 120135 [Generate]
Last Name:
Middle Name:
First Name:

Status: Active
Active Date: 01/05/2019 12:52:19
Contract: None

*General*

Pin2: 0123
Birth Date: 9/23/2018
Age: 32
Origin:
Gender: Male / Female
Cell Location: CB04
[Check Prepaid Balance] 0.00

SSN#: - -
Booking#: 18-00103147
FBI#:
Federal ID#:
Comment:
Max Call Length: -1

*History*

Last Attempt: 01/10/2019 18:38:34
Last Complete: 01/10/2019 18:54:06
Imported: 01/10/2019 18:55:06
Exported: None





The proposed PIN system allows for each inmate's communications to be "locked down" to each particular housing area, further reducing the likelihood of PIN theft / sharing.

The phone system also utilizes Voice Biometrics to identify the speaker on each phone call. When an inmate is booked, and beings placing phones calls, our system records the inmate's speech and generates a biometric voice print using his/her speech patterns. From then on, our system can identify the caller on any call regardless of whether or not the inmate on the call is using their own PIN or has stolen/borrowed someone else's.

3. **Inmate phone calls**

Phone calls are any voice call, made from a telephone, kiosk, tablet, etc. that are subject to the rules and regulations concerning inmate telephone communications.

**NCIC RESPONSE:** READ, AGREE, AND WILL COMPLY.

Any phone calls made from kiosks or tablets will be subject to the same restrictions, monitoring and recording functionality as calls placed from the traditional wall-mounted telephones.

A. Call Parameters

a. The proposed system must, at the onset of the call, identify it as originating from the Yellowstone County Detention Facility. It must inform both parties the call is subject to recording and monitoring and identify the inmate calling. Conversation cannot proceed until the called party accepts the call.

**NCIC RESPONSE:** READ, AGREE, AND WILL COMPLY.

The proposed systems brand and identify each call with identifying information such as the facility name, type of call, inmate, Called Party as well as an announcement stating



**that the call may be monitored and recorded. Pre-recorded announcements, warnings and interjected messages can be configured to play randomly throughout phone calls, or at specified intervals. All such greetings and messages are customizable / configurable based on the specific requirements of the YCDF. Active acceptance is required by the called party.**

b. The proposed system must be able to identify privileged calls (e.g., attorney calls, probation and parole, etc.) and prevent recording, prevent monitoring, and provide the call free of charge to the inmate, the county, and the called party. Vendor should take note of Montana Annotated 7-32-2255, which mandates privileged calls between inmates and their attorney must be without charge. Describe, in detail, the process for managing privileged calls.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

**NCIC works diligently to ensure that all calls between inmates and their verified attorneys and any noted privileged communications are not recorded. NCIC has never faced any claims or legal action resulting from mis-handling attorney calls; issues which have plagued other inmate telephone providers in recent times.**

**Attorney numbers can also be manually added to the database as needed by the facility, and NCIC can assist with the management of attorney numbers to ensure the list is kept up to date. Call recording is turned off for privileged numbers (attorney numbers, etc.) and the Inmate Call Engine System does not record or store any recording of the conversation. Monitoring of privileged conversations is completely blocked.**

**Call duration for destination numbers can be set to allow any call length, thus additional call time can be easily added for certain attorneys. There is no limit on the number of attorney numbers that can be added to the system. There is also no physical limitation for the maximum duration of phone calls.**

**NCIC is the only large Inmate Communications Provider that has not been subject to legal proceedings related to the mishandling of attorney-client calls. NCIC employs an extremely rigid process for maintaining the integrity of the "Do Not Record" list, including thoroughly "scrubbing" the list on a quarterly basis, at least (including calling each number) to verify:**

- ✓ **All numbers still belong to legitimate legal representatives**
- ✓ **There is a BAR number associated with each number**
- ✓ **The name of the attorney firm is noted with each number**
- ✓ **Attorneys want to receive call from inmates at that facility**

**By putting forth the legwork that other providers are not willing to, NCIC ensures that your agency will remain out of the headlines, regarding a range of issues including the appropriate handling of attorney-client calls.**

**NCIC's superior process for managing privileged communications also extends to privileged video visitation and messaging, which can be offered at no cost (or commission deduction).**



c. The inmate shall not communicate with nor hear the called party until the call has been accepted.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

**When an inmate places an initial call, the Called Party is immediately transferred to a <u>live</u> operator while the inmate is on hold in order to set up a pre-paid account. The inmate will hear hold music while they wait for the call to be accepted and will not be able to hear the call progress. Thereafter on each subsequent call, the inmate remains muted until the Called Party has positively accepted the call.**

**NCIC's preferred approach of employing a *<u>live</u>* operator for every initial call between an inmate and their called party (as opposed to forcing called parties through an awkward IVR, as preferred by our competitors) maximizes the amount of successful prepaid account setups, thereby maximizing call completion and revenue generation.**

d. The proposed system shall provide an option for the called party to request rate of the call prior to acceptance.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

**The proposed system provides a call setup message which is played at the beginning of each call. The system automatically announces the type of call that is being placed to the Called Party, whether it be a collect, direct dial prepaid, or debit call. The proposed automated system guides Called Parties on how to accept and deny incoming calls as well as providing the option to hear the *accurate, transparent* rate quote prior to call acceptance.**

e. The called party must actively accept the call. Billing does not begin until the call is accepted.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

**The inmate and Called Party cannot communicate until the called party has positively and actively accepted the initial call. Active acceptance requires that the called party press a "1" on their keypad. Billing does not begin until the Called Party and inmate are connected. During the call setup announcement called parties can deny the call by pressing "2" and block all future calls by pressing "3".**

f. The proposed system must allow for live monitoring of phone calls and allow users of sufficient privilege to terminate the call.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

**Multiple users can simultaneously and covertly monitor all calls, without affecting the ability of the system to record calls, or the quality of the call audio for the call participants (inmate and called party). Live Monitoring on the platform allows for all calls to be monitored and call activity to be viewed in real-time. Authorized Users can immediately play back a recorded call or monitor a call while it is in-progress.**

**The Live Monitoring feature of the proposed ICE system allows authorized users to monitor all non-privileged calls. All monitored calls can be paused during playback. Our web based HTML5 player allows users to move back and forth within the call, as well as increase/decrease the playback speed, allowing users to significantly reduce worktime in listening to call recordings. All the information can be sorted in real-time, and calls can**



be easily terminated with a single click of the mouse, if required. Please refer to a sample screen shot of the Live Monitoring screen, below:

| | Listened | Time | | Phone Location | Caller Name | Caller PIN | Booking# | Federal ID# | FBI# | Destination | DestCityState | Call Status | Alert | Notes | Terminate |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Listen | | 06:35 | EN | North - CB 2 Front | Bowker, Michael | 96009 | 17-00091542 | | | | Longview, TX | Connected | | Add | Terminate |
| Listen | testuser903 | 04:55 | EN | South - Day Room : | Green, Brandon | 105653 | 17-00090736 | | | | Longview, TX | Connected | | Add | Terminate |
| Listen | | 03:19 | EN | North - CB 4 Rear | Jones, Bendrick | 86229 | 17-00090960 | | | | Longview, TX | Connected | | Add | Terminate |
| Listen | | 01:13 | EN | South - Day Room | Johnson, Justin | 120946 | 17-00091510 | | | | Longview, TX | Connected | | Add | Terminate |
| Listen | | 00:51 | EN | North - CB 15 Left | Chevner, Jessica | 120949 | 17-00091514 | | | | ST Albans, VT | Connected | | Add | Terminate |
| | | 00:12 | EN | North - CB 1 Right | Grissom, Leonard | 59978 | 17-00090365 | | | | | Selecting Call Type | | Add | Terminate |
| | | 00:00 | | North - CB 3 Right | | | | | | | | Entering PIN | | Add | Terminate |

g. The proposed system must allow the county to set maximum call length.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

The proposed system is capable of customizing the available call length and calling hours by day, by individual inmate, by destination number, by specific inmate phone, by facility or system wide. Authorized users can set call durations as a facility-wide default that can be changed based on the inmate's PIN, telephone, or groups of telephones, as well as phone number dialed. Call time durations can be adjusted at any time based on the requirements of the County. Duration configuration preferences can also be applied to TTY/TDD calls, VRS calls, attorney calls, Speed Dial calls, etc. Call length configurations are extremely granular and customizable based on the needs of the County.

Parameters can be set based on inmate PIN or by individual phone number, restricting calls to only those times, as well as establishing specific call length configuration, as shown herein.



h. The proposed system should have the ability for staff to block phone numbers from being called.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

The proposed system prohibits access to 800 and 900 type services. There is a database of blocked numbers which is actively maintained by NCIC. A small but representative sample of the block database includes 800, 888, 877, 900, 700, 911, 411, 311, 0, 950, 976, 555-1212 and 10-10xxx numbers. This database of blocked numbers is updated regularly. Inmates are unable to call toll-free numbers unless the County gives express authorization to a specific number. Additionally, the County staff and personnel numbers can be entered into the block call list to prevent access to personal and home telephone numbers.

An inmate allowed call list works in conjunction with the blocked call list; if a phone number has been set to "block all" no inmate at the facility will be able to dial the phone number under no circumstances. Likewise, a phone number can be blocked for a specific inmate but allowed for others, or from certain designated phones, hours of the day, etc. Examples of the 'Denied Destination List' within an inmate profile, as well as how to block a number at a Global level, are below:

<u>Screenshot – Allowed/Denied Destination List</u>

    





i. The proposed system should have the ability to assign approved calling numbers to a specific inmate.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

**The Location Call Control by PIN allows specific configuration based on telephone location within the Facility. Phone numbers can be approved or disapproved / blocked based on telephone locations and configuration for an inmate via PIN restrictions. Additionally, when configured, upon receipt of file from the JMS or RMS system, the inmate's location is updated to reflect new location. Once the file is received, the system allows the moved inmate to place calls from their new location and only to approved numbers.**

j. The proposed system shall include user prompts in English and Spanish.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

**The proposed system provides prompts in both English and Spanish, and multiple other languages are available upon request. With the standard English and Spanish language options, with regard to the prompts, these are pre-recorded, and the inmate selects the language at the beginning of each call by pressing a 1 or 2 on the keypad. The selected language plays to the inmate and called party.**

B. Call Records

a. All inmate phone calls, with the exception of privileged communications, must be recorded.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

**All calls except for those marked as verified attorney-client privilege, will be recorded. NCIC works diligently to ensure that all calls between inmates and their verified attorneys are not recorded. NCIC is the only large Inmate Telephone Provider that has not been a party to legal proceedings for mis-handling Attorney-Client calls.**



b. Call recordings must be stored online, accessible to, and downloadable by the County, for the length of the contract. Call recordings must be made available to the County at no charge for three years after contract expiration, even if the Jail decides to use another inmate phone system provider.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

**All call recordings and system data are backed up in real-time and available through any internet-enabled device. Recordings are available for the duration of the agreement, and longer if required by Yellowstone County.**

c. Users must be able to search call recordings by inmate's name, date of call, location in facility call originated, and destination number.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

**Our Call History and CDRs allow searching by partial destination numbers, call disposition, such as answering machine, no answer, busy line, call denied by caller, call blocked by caller, invalid PIN (when inmates are trying to hack PINs), invalid destination number, frequently called numbers and over 20 more options. The Call Detail screen shown below lists all calls that are placed/accepted in addition the report lists the date, time, and duration of all calls, local or long distance and even calls to commissary. Authorized users can customize their reporting based on areas of investigative interest.**

**Screenshot - Call Detail Report**

Home | Live Monitoring | Call History | Briefcase | Destinations | Inmates | Alerts | Documentation

Selection Criteria

Quick Date: Today | Complete: Yes | Phone Location: All | Notes:
Starting Date: 06/30/2017 00:00:00 | Caller: Find | Disposition: All | Region: All
Ending Date: 06/30/2017 23:59:59 | Destination: | Profile: All
Search | Clear | Return up to 1000 records: | Three Way: All | Alert: All

Right click column names to show/hide columns

| Listen | Listened | Call Date | Location | Caller Name | Caller PIN | Three Way | Destination Numb | Dest City/State | Duratior | Disposition | Alert | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Listen | | 06/30/2017 10:33:04 | Gym - Ri | Gainous, Jef | | Not Detected | | Cairo, GA | 14:47 | COMP: Prepaid - I | | Notes |
| Listen | | 06/30/2017 09:44:30 | Gym - Ri | Gainous, Jef | | Not Detected | | Cairo, GA | 14:37 | COMP: Prepaid - I | | Notes |
| Listen | | 06/30/2017 08:59:20 | Gym - Ri | Gainous, Jef | | Not Detected | | Cairo, GA | 00:03 | COMP: Free | | Notes |
| Listen | | 06/30/2017 14:05:50 | Gym - Ri | Burtram, Chr | | Not Detected | | Brewton, AL | 13:49 | COMP: Prepaid - I | | Notes |
| Listen | | 06/30/2017 10:22:14 | Gym - Ri | Burtram, Chr | | Not Detected | | Dfuniakspg, FL | 02:38 | COMP: Prepaid - I | | Notes |

d. Call recordings should be easily downloadable, by both individual recording, and batch downloads of multiple recordings by shared criteria (e.g., inmate's name, date of call, and housing unit).

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

**The proposed system utilizes the innovative Briefcase feature for the collection, organization and sharing of call recordings. The powerful Call History tab provides the search, reporting and sorting requirements to easily find CDRs based on selected criteria. Authorized Users can easily add recordings to the Briefcase and manage downloads for saving in .zip files, ISO files, .wav formats and .mp3 formats for listening on all internet-connected devices such as PC's, laptops, tablets, and smartphones.**



The Briefcase function allows for an unlimited number of designated recording folders that can be shared with other investigators or system users. Investigators can easily and quickly access calls to view, listen, share, download, etc. The Briefcase tab allows an investigator to choose other users within their agency or outside agencies by clicking on "Share" to view the user list, select user, click "Add," and click "Share" again. Authorized Users are appropriately notified that calls have been shared. Please see the sample screenshots on the following page depicting investigate Briefcase functionality.







e. Filenames of call recordings should include identifying information (e.g., inmate's name and date of call, etc.).

NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.

The file names of downloaded phone calls contain the following information:

- Inmate PIN
- Dialed phone number
- Date of call
- Time of call

A sample screenshot of an example file name has been provided below.





f. Call recordings must be downloadable to a common audio format (e.g., mp3, wav, etc.).

**NCIC RESPONSE:** READ, AGREE, AND WILL COMPLY.

**All Authorized Users can easily manage downloaded recordings for saving in .zip files, ISO files, .wav and .mp3 formats for listening on all devices, PC's, Macs, tablets, and smart phones. The user can also email files to selected recipients or burn the files to a CD, DVD or ZIP file. Windows XP or newer has the capability to burn disks built in.**

g. Call recordings must be clear and understandable. Vendor shall submit sample call recordings (minimum of three calls) that demonstrate sound quality of their system. Recordings may have any personal and facility information removed or be test calls between vendor personnel made on a vendor installed system.

**NCIC RESPONSE:** READ, AGREE, AND WILL COMPLY.

**All call recordings are clear and understandable to investigators – NCIC ensures that all call quality is provided at an acceptable frequency for all callers. NCIC has provided a separately sealed USB drive containing sample call recordings for the County to review.**

h. The proposed system should have an up to date, secure, method of verifying the file is a true and accurate copy of the original. Describe their methods for authenticating a recorded call.

**NCIC RESPONSE:** READ, AGREE, AND WILL COMPLY.

**Call recordings within the proposed system are securely encrypted with the appropriate, unique checksum value, date, and time stamped, and stored along with the call data associated with that specific call. Each and every time a call recording is listened to, downloaded, copied, or emailed, this information and a timestamp of the event is appended to the call record – but the original recording is never compromised.**

**This new information, which is kept for investigative and audit purposes, is attached to the existing file, but the original file is never overwritten or edited.**

**These features maintain the integrity of each call recording residing within the ITS to support the chain of evidence and ensure that our data and recordings withstand the highest degree of judicial scrutiny.**

C. Inmate Phone Security

a. The proposed system must allow the called party to block future calls from the Yellowstone County Detention Facility.

**NCIC RESPONSE:** READ, AGREE, AND WILL COMPLY.

**During the call setup announcement called parties can deny the current call by pressing "2" and block all future calls by pressing "3". Such call blocking abilities are available from both landlines (home phones) and cellphones.**

b. Preference that the system utilizes voice biometrics to verify inmate's identity and should sample call audio multiple times throughout the call. Describe how the proposed system uses voice biometrics to confirm identity.

**NCIC RESPONSE:** READ, AGREE, AND WILL COMPLY.

**NCIC offers an industry-leading Voice Biometrics System (VBS), which is a "continuous"**

voice biometrics application that synthesizes voice prints upon every use of the inmate telephone. There is no formal, cumbersome enrollment process for the VBS (meaning absolutely no staff/officer involvement during the intake process) and inmates do not know that their voice prints are being created and refined with every call. Facility staff are able to locate instances of PIN theft and PIN sharing quickly and easily and use the intuitive user interface to locate events of interest. Additionally, NCIC is currently developing a security feature that identifies three-way calling events and pinpoints the exact point within a call that the voice print changes from one inmate to another ("Multi-Speaker Events").

Additionally, calls or voice audio can be taken from other external sources (outside of the County's inmate telephone system) and manually fed through the proposed VBS in order to determine if a particular voice print belongs to an inmate who has previously been housed at any Facility using our system. Voice Biometrics is offered at no cost or commission deduction to the County.

NCIC provides correctional personnel with numerous investigative tools to aid investigation in the analysis of calls and facilitates the discovery of actionable intelligence revealed through biometric processing, which may otherwise go unseen. The proposed PIN System, utilizing both PIN1 and PIN2 security, combined with our VBS, has the following features:

- No lengthy enrollment process – Voice Prints are automatically and covertly created and continuously improved, delivering highest accuracy rates possible.
- Identify PIN sharing events – Along with the identity of the imposter, allowing investigators to focus their efforts on calls that have the highest likelihood to include actionable intelligence.
- Query records by voice – Identify all calls in which the targeted inmate may have spoken. Voices of civilians can also be run against database, providing investigators with unparalleled intelligence gathering tools.
- Create voice prints on request – Prints can be processed against historical calls, allowing investigators to listen to and extract potential intelligence, regardless of inmate or civilian identity or number of telephones numbers used.
- Continuous Voice Identification – Provides investigators not only verification of whom is speaking, but also the identity of all inmate(s) who speak during a call.
- Link civilians by voice – Our VBS is the only solution that can create and match on demand or automatically, prints and biometric results for civilians in addition to inmates.

c. The proposed system shall prevent the inmate from receiving a second dial tone, or "chain-dialing".

**NCIC RESPONSE:** READ, AGREE, AND WILL COMPLY.

The proposed system prevents chain dialing and secondary dial-tone; inmates cannot make a second call until the first call is completed. The centralized call switching uses a VoIP network connection to the inmate phones and not the public switched telephone network.



d. The proposed system shall prevent extra digits dialed by the inmate after the party has accepted the call.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

**The proposed system will not allow secondary dial-tone as it provides a synthesized dial tone and controls all interaction with the phone network, forcing inmates to hang up the existing call before they begin the next call, ignoring any keypad input.**

**The proposed system can be configured to allow extra digits to specified dialed numbers as is the case with speed dials to specific numbers and designated voicemails for services such as PREA, Crime Tips, grievances, Public Defender, sexual assault/harassment, medical requests, etc. All such numbers will be configured at no cost to the County.**

e. The proposed system shall guard against "hook-switch-dialing" and other fraudulent activities.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

**The proposed system prevents hook-switch dialing and secondary dial tone. The inmate phones are not connected to a traditional phone line but to the platform, which provides a synthesized dial tone and controls all interaction with the phone network, forcing inmates to hang up the existing call before they begin the next call and ignoring any keypad input which may occur in between.**

f. The system shall detect the difference between an accepted call, an answering machine, busy signal, and other telephone activity.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

**The proposed system uses a sophisticated answer detection algorithm which can distinguish between standard and artificial telephone tones, standard SIT tones, busy signals and even answering machines/voicemail to ensure accurate call answering, prevent erroneous billing and subsequent complaints. This technology helps to ensure that only customers who actively accept a call are connected and billed.**

g. The proposed system must be able to detect potentially fraudulent telephone activity and at the County's discretion disconnect calls automatically.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

**Our patented Three-Way Call Detection system listens for silence detection on a near-real time basis using various algorithms developed based on research on thousands of three-way call attempts. When the system determines that a three-way or call forward has been attempted, a warning message can be played to the parties on the call (based on the preferences of the Facility), and the call record is permanently marked as a three-way attempt (providing administrators an easy way to go back and listen to the call). If required by Yellowstone County, the system can be configured to terminate any detected three-way calls. However, we typically find that correctional agencies prefer to allow them to continue, to help gather valuable investigative data.**





h. Describe types of fraud their system will detect and how it prevents fraudulent telephone activity.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

**In addition to the information provided in the section herein, Inmate Phone Security (items a through g), NCIC's proposed voice biometric identification system can detect if an inmate is committing an act of PIN theft.**

**Additionally, our three-way call detection offers varying levels of confidence on detected calls with an option to block, flag and alert users in the case of suspected or confirmed three-way call attempts and is the first in the industry to offer DTMF digit collection on the called party end, which results in significantly less "false positives," as it does not only rely on silence detection like most systems.**

**4. Inmate Video Visits**

The System must provide both remote and onsite video visitation for inmates and visitors.

A. Hardware and equipment

a. Describe the hardware (tablets, kiosks, etc.) inmates can visit on.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

**NCIC's proposed InTouch Video Visitation System (VVS) is provided to inmates through our correctional grade kiosks (and tablets) that are manufactured and assembled by NCIC. NCIC's industry-leading, correctional-grade kiosks and tablets have been designed specifically for use in a correctional environment, are sturdy, robust, and have no exterior removable components. The top surface of the kiosks is angled to prevent inmates from placing drinks and other items on top of the units, which are moisture resistant. Neither NCIC nor our Facility customers have encountered any limitations of the proposed VVS. As with all other aspects of NCIC's technologies and service, our correctional kiosks and tablets are provided and maintained at no cost. Shown below are the typical specifications pertaining to the equipment (portable / roll-around options are shown towards the bottom right of the following specification sheet):**

**EQUIPMENT SPECIFICATION SHEET / VIDEO VISITATION DESCRIPTION**

The NCIC video visitation kiosk offers touch-screen input and is made of a rugged 16-gauge steel shell that contains small openings for cooling and ventilation – there are no exterior removable parts. The NCIC kiosk employs a heavy-duty armored swivel handset that is hearing-aid compatible, and has an anti-static receiver. The NCIC kiosks are designed to be wall mounted in its structure by being securely bolted. Aside from wall mounted kiosks, NCIC also provides correctional facilities with a portable kiosk option that can be easily transported to provide video communication and a range of other inmate applications.



The interior of the proposed kiosks contain a powerful encrypted CPU and monitor designed to be secure and ideal for a correctional environment.

**FEATURES**

- **Polywell Mini PC**
  CPU : Intel Celeron Quad core @ 2.0Ghz
  Ram : 4 Gb
  Storage : 32gb SSD
- **Kingtouch Monitor**
  17-inch touch screen
  Tempered shatterproof touch panels
- **Cameras**
  Microsoft LifeCam cinema 5.0 Mega Pixels
  ELP-USBFHD06H-MF80 2mp USB Camera
  (8MM manual focus lens, 3m USB cable, without microphone)
- **Handsets**
  24inch and 32 inch swivel handsets
- **Video Visitation Unit Shells**
  17-inches wide, 19-inches in height and 6-inches in depth
- **Kiosk Shells**
  19-inches wide, 11 ½ inches in depth, 59-inches in height, with a 22-inch x 21-inch base plate



**Environmental Specifications**

- Min. Operating Temperature: 32°F / 1.7°C
  Max. Operating Temperature: 90°F / 32.2°C
  Operating Relative Humidity: 8% to 90%

b. The vendor must provide sufficient hardware and equipment for inmates to make regular video visits. Hardware must be designed for a corrections environment.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

**All proposed equipment is robust and designed to be used in a correctional environment. NCIC will consult closely with YCDF personnel to establish the optimal quantity and placement of hardware.**

c. The Vendor should provide a minimum of three visiting kiosks or stations in the facility lobby for local visiting.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**



B. Inmate Video Visit Security

a. The system must allow users to monitor and terminate active visits.

NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.

Upon acceptance, both parties are notified that "All visits are subject to monitoring and recording" (unless the visit is to a verified Attorney that has been added to the Privileged list, in which case, this standard warning is absent). All recordings and prompts are displayed in the language selected to navigate the kiosk and place the visit.

All video visitations sessions are automatically encrypted and recorded from the beginning of the session. All systems utilize Amazon's S3 (Simple Storage Solution) storage services where recordings are stored in a minimum of 3 separate locations and encrypted in AWS' proprietary encryption code.

NCIC's InTouch VVS allows for real-time monitoring of live Video Visits, from directly within the web-based User Interface.

As can be seen in the sample screenshot above, the Live Monitoring application is user-friendly, allows for investigators / administrators to mute / unmute one or both sides of the visitation, send warning messages to one or both participants, and terminate the session if needed. Functionality within the Live Monitoring feature of the proposed Video Visitation system is available based on user permissions and daily job functions of authorized users.

b. The system should utilize voice biometrics to verify inmate's identity during video visits.

NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.

Audio from video visits can be manually run through NCIC's Voice Biometrics System upon request, allowing the County to determine the identity of the inmate on the visit, as well as determine if the visitor was previously incarcerated at YCDF or any other detention facility that utilizes NCIC's VBS service.



c. If inmates visit through portable hardware (i.e., tablet), the system must be able to limit inmate video to specific areas of the housing units, as designated by the county.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

**NCIC's proposed tablet solution prevents potential violations of privacy by utilizing our aforementioned facial detection feature. It "greys out" the entire frame of what the tablet camera sees with the exception of faces. The only thing visible on the screen during a video visit on at tablet would be a face.**

**NCIC is aware that YCDF personnel have serious reservations about the prospect of offering video visitation through portable devices, and we understand the reasons why. While NCIC's proposed tablets are absolutely capable of offering video visitation (which can be secured by our Facial Detection feature), NCIC will only look to implement that feature in certain designated areas of the Facility, as specified by YCDF personnel.**

d. Describe types of fraudulent video visit activity the system will detect and how it prevents fraudulent video visit activity.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

**NCIC's proposed VVS allows for users to configure the video settings on a global level to enable the blurred background/face detection features. These features can be applied to either remote or onsite visits and for the feature to be enabled on the inmate's or visitor's side, or both. Please refer to the following screenshot. In addition, the proposed VVS allows for these security features to be disabled for specific inmates or visitors based on the County's needs.**



**Additionally, the proposed Voice Biometrics application can be applied to Video Visitation, to further secure the system.**



C. Remote Visitor Interface

a. The proposed video visitation system must be easy to use and should work on all major smartphones, tablet computers, and computers (equipped with camera and microphone).

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

**The proposed VVS is entirely web-based and can be accessed through any smartphones, tablet computers, or computers with an operational camera and microphone.**

b. The proposed video visitation system should provide the visitor with a diagnostic test to check their internet connection is capable of video visitation.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

**The proposed system includes a comprehensive pre-connection diagnostic check, to help ensure that users enjoy the best possible experience. Shown below are several sample screenshots of the user-facing diagnostic test:**







c. Describe in detail, the system's compatibility with consumer hardware and operating systems, including known limitations.

**NCIC RESPONSE:** READ, AGREE, AND WILL COMPLY.

**The proposed VVS is entirely web-based and requires no specific hardware or operating system in order to allow for a video visitation to take place. There are no known limitations through our VVS; although, a reliable internet connection is required in order for the system to operate optimally.**

D. Scheduling

a. The video visitation system must be able to allow inmates to schedule visits, independent of staff. Vendor should, describe in detail, options for scheduling video visits.

**NCIC RESPONSE:** READ, AGREE, AND WILL COMPLY.

**The proposed VVS comes equipped with a robust scheduling component, so that inmates and their approved friends and family can manage their own scheduling, without the involvement of facility staff. Additionally, the proposed VVS allows for "impromptu" (ad-hoc) video visitation, if allowed by the facility. NCIC can implement any combination of these scenarios, based on the specific requirements of the County.**

**The system can allow for inmates to initiate video sessions without the need for a scheduled session as long as the visitor has a pre-paid account registered and is on the inmate's approved calling list. All impromptu video sessions will be monitored and recorded in the same fashion as scheduled visits.**

**The proposed VVS platform allows a visitor to schedule a remote video visit from any personal mobile device, tablet and/or home or public desktop computer with an internet connection, through the user-friendly website. Remote video sessions can be made through a desktop, laptop, tablet, or mobile device. NCIC recommends using Windows10/Windows 11 or the most recent version of Mac OS as the compatible software.**

**NCIC's proposed online scheduling system allows visitors to have a listing of all eligible inmates that can participate in video visitation sessions as well as an automated scheduling calendar depicting the available dates and times to choose from. The proposed VVS provides visitors with notification by email/text/banner alerts in the event their scheduled session has been cancelled.**

**Once a visitor's account has been created, visitors will be prompted to begin the process of scheduling their visit which requires selecting the agency name, inmate name, and selecting their preferred date and time to visit. The scheduler is built with sophisticated tracking to know which kiosks are available based on the schedule put in place for each housing unit and how many visits are available at one time. This prevents the occurrence of scheduling conflicts for video sessions. Following are various screenshots depicting the account creating and scheduling options.**

NCIC
INMATE COMMUNICATIONS

NCIC
Support
Welcome
Create Visitor Account
Select Facility
Select Inmate
Choose Date & Time
07/10/1995
Create Account
Already Have an Account?

NCIC
NCIC Test Facility
$30.1
(en-US) English
Support | Dashboard | Add Funds | Logout
find an Inmate
Select the person you'd like to visit.
Marisa
Marisa INMATE
Date of Birth: 01/01/0001
Pin: XXXX5485
STEP 1
Create Visitor Account
STEP 2
select Inmate
STEP 3
Choose Date & Time
Continue

E.  Video Recordings

a.  All video visits, with the exception of privileged communications, must be recorded, stored online, accessible, and downloadable by the county for a minimum of one year from the date of the visit, and at no charge to the county.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

**All visit sessions are automatically recorded unless the visitor is flagged as a verified attorney visit (or as otherwise indicated by the facility). All stored visit recordings are available as specified by the Facility. Video storage is managed in the same fashion as phone recordings to ensure the integrity of the recordings. All recordings shall be**



protected from being purged and shall be stored online. Certain recordings can be separated and stored beyond the usual storage time allocation, if needed. Visit sessions and Visit Detail Records are always stored in at least three geographically separate locations to ensure maximum system redundancy. The length of time that recordings are stored is based on the preferences of the County.

b. Users must be able to search visit recordings by inmate's name, date of visit, and location in facility inmate was housed.

NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.

The proposed InTouch Video Visitation system allows users to track, research and investigate visitation history from within the web-based platform. Available search parameters include visitation date, visitor, inmate, and more as pictured.

The proposed VVS includes a comprehensive range of reporting capabilities, including a set of "canned" reports that are commonly used by Facility personnel. Reports are both investigative and managerial / financial in nature. Additionally, NCIC will deploy our experienced Reporting experts to design and make available any custom reports as required by Yellowstone County. The following reports are available to authorized users from the proposed VVS application:

- Visit History Reporting
- User Activity Reporting
- Ticket Usage Log Reporting
- Inmate Document Log Reporting
- External Service Log Reporting
- Inmate Message Log Reporting



NCIC Inmate Communications
Video Visitation Shedule Summary
From Date: 05/01/2020 To Date: 05/01/2020
Report Run Date: 04/30/2020 08:45:20

| Code | Status | Visitor First Name | Visitor Last Name | Visit Date | Visit Time | Time Limit | Actual Duration | Visit Type | Inmate Name | Inmate PIN | Visitor Email | Total Charges |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 48623 | Completed | Riley | Banks | 5/1/2020 | 10:00 | 20 | 17:54 | Remote | Sean Foster | 15878 | r.banks@yahoo.com | $6.84 |
| 65686 | Visitor No Show | Jeremy | Major | 5/1/2020 | 10:30 | 20 | 0 | On-Site | Howard Watson | 14589 | major-j1989@gmail.com | $0.00 |
| 92353 | Completed | Bridgette | Snowden | 5/1/2020 | 11:00 | 20 | 18:41 | Remote | Jonathan Martinez | 14687 | bsnowden@yahoo.com | $7.22 |
| 45842 | Completed | Sarah | Ann | 5/1/2020 | 11:30 | 20 | 19:55 | Remote | Raymond Davis | 14552 | sarah-ann-1986@hotmail.com | $7.60 |
| 36924 | Completed | Gregory | Smith | 5/1/2020 | 12:00 | 20 | 14:58 | Remote | Cheryl Wright | 15879 | smith.gregory@icloud.com | $5.70 |
| 23863 | Completed | Timothy | Mitchell | 5/1/2020 | 12:30 | 20 | 18:54 | On-Site | Bonnie Taylor | 16468 | mitchellt@gmail.com | $0.00 |
| 51853 | Completed | Janine | O'Rourke | 5/1/2020 | 13:00 | 20 | 19:40 | On-Site | Mildred Powell | 17448 | janine_o@hotmail.com | $0.00 |
| 51632 | Visitor No Show | Kim | Nealy | 5/1/2020 | 13:30 | 20 | 0 | On-Site | Richard Thompson | 16589 | kimnealy1998@yahoo.com | $0.00 |
| 18424 | Completed | Cameron | Sutton | 5/1/2020 | 14:00 | 20 | 15:31 | Remote | Craig Bryant | 14567 | Cameron.Sutton@icloud.com | $6.08 |
| 58434 | Visitor No Show | Lana | Chechik | 5/1/2020 | 14:30 | 20 | 0 | On-Site | Sharon Stewart | 13478 | lchechik1994@gmail.com | $0.00 |
| 18400 | Completed | Greg | Purcell | 5/1/2020 | 15:00 | 20 | 17:58 | Remote | Chris Harris | 14442 | purcell_greg1987@yahoo.com | $6.84 |
| 22541 | Canceled | Matt | O'Dell | 5/1/2020 | 15:30 | 20 | 0 | On-Site | Kimberly James | 15784 | modell_TX@gmail.com | $0.00 |
| 16519 | Completed | Justin | Campbell | 5/1/2020 | 16:00 | 20 | 9:51 | Remote | Victor Peterson | 16878 | jcampbell1990@yahoo.com | $3.80 |
| 50788 | Completed | Brendan | Cooper | 5/1/2020 | 16:30 | 20 | 12:40 | Remote | Julia Griffin | 15879 | cooper_b@gmail.com | $4.94 |

c. Visit recordings should be easily downloadable, by both individual recording, and batch downloads of multiple recordings by shared criteria (e.g., inmate's name, date of visit, and housing unit).

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

**All visit recordings are downloadable in the same manner as the call recordings by shared criteria as noted above.**

d. Filenames of visit recordings should include identifying information (e.g., inmate's name and date of visit).

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

**All visitation recordings are stamped with identifying information of the visitor names involved and the date/time the visit took place.**

**Yellowstone County suggested this feature during NCIC's technology demo in early 2022. Our development team created and implemented this feature based on the County's recommendation. NCIC's continued commitment to improving our platform by openly accepting new development ideas and requests allows for ongoing growth and advancements to our Inmate Communication Systems and Services.**

**Please reference the following sample image of a video visit file name.**





e. Video visit recordings must be downloadable to a common video format (e.g., mp4, mpeg, avi, etc.).

NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.

The proposed system outputs downloaded video visit sessions in the standard WEBM file format allowing for any modern browser to be used as the player; therefore, no proprietary player needs to be downloaded to view the video visits.



f. The proposed system should have an up to date, secure, method of verifying the visit file is a true and accurate copy of the original. Describe the proposed system's methods for authenticating a recorded visit.

NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.

**When a video visitation session begins, the proposed VVS creates a unique session identification number, storing it in the system with the appropriate recording in order to provide an encrypted code for authentication.**

g. Video visit recordings must be clear and understandable. Vendor shall submit sample video visit recordings (minimum of three visits) that demonstrate sound and video quality of their system. Recordings may have any personal and facility information removed or be test visits between vendor personnel made on a vendor installed system.

NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.

**All video recordings are clear and understandable to facility staff and investigators – NCIC ensures all video and audio quality is provided at an acceptable level for all inmates/visitors. NCIC has provided a separately sealed USB drive containing sample video visitation recordings for the County to review.**

F. Mandatory Visitation

a. Video visitation is important for inmates to stay in contact with family, friends, and the community.

NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.

**NCIC remains a staunch supporter of the notion that increased connectivity between incarcerated individuals and their friends and families is extremely important. As we discuss further in the applicable portions of our RFP response, NCIC's VVS bills for usage in a truly per-minute fashion – never charging for unused minutes. NCIC *only charges for Video Visitation once a session has been connected.* NCIC's approach differs from the typical approach in the industry, which is to bill for VVS in "blocks" of time, and charge for it *at the time of scheduling*. This approach tends to penalize consumers for minutes not actually used (e.g., for late arrivals, dropped sessions, etc.), and generally discourages overall usage. This is one of the main reasons that the proposed VVS generates more usage revenue, on a per-month, per-inmate basis, than competing systems.**

b. The system must allot a minimum of forty-five minutes of video visit time to each inmate in the facility, at no charge to the inmate or facility.

NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.

**Visit / session durations are customizable based on the specific requirements of Facility administration, and can be tailored to specific housing areas, inmate classifications, or down to the specific inmate PIN. Unlike certain other systems in the industry (and as described above), the proposed system does not force the inmate and visitor to participate in the entire block of the session (and pay for the entire block). Visit sessions can be paid for on a per-minute basis.**



**Shown below is the area of the system where the daily availability for the proposed VVS can be configured.**

c. The system should allow increased visit time, based on classification, and assignment to work details, at no charge to the inmate, or facility.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

**As described in our Transmittal Letter, one of the main strengths of NCIC's overall proposal is that NCIC will be offering the ability for YCDF personnel to provide extended (or free) access to things like video visits, phone calls, messaging, or entertainment material, for Trustee inmates or for otherwise rewarding good inmate behavior, at the discretion of Facility personnel. NCIC will offer this ability at no cost (or commission deduction).**

G. Privileged Video Visits

a. The county is interested in systems that can provide non-recorded, video visitation to specific government agencies (Public Defenders, Probation and Parole, etc.) at no cost to the county or agency. Describe options available for privileged video visits.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

**Free visitation allowances are also extremely granular and can be associated with inmate PINs, specific phones/housing areas, or special visitors such as attorneys, parole officers, etc. NCIC can configure all forms of privileged communications (phone calls, video visits and messaging) based on the requirements of YCDF.**

5. **Inmate Text-Based Messaging**

The proposed system must provide some form of text-based messaging or secure email to inmates.

A. Messaging options and fees

a. The vendor shall, in detail, describe the system's text-based messaging options.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**



NCIC is providing a secure, integrated Inmate Messaging application which can be provided through the Inmate Kiosks and/or Inmate Tablets (based on the allowances of Facility administration). Inmate messages are subject to a range of security features, including:

- ✓ Ability to detect certain keywords within messages. The proposed system offers a standard dictionary of common keywords and offers the ability to supplement that standard dictionary with local slang and colloquialisms.
- ✓ Ability to quarantine messages based on whether keywords are detected, or whether they contain attachments, etc. Quarantining the messages would delay delivery until facility review. Quarantining can be done based on inmate or outside party, particular kiosk being used, etc.
- ✓ Ability to limit the amount of characters / length of the messages. This can be done based on inmate or outside party, particular kiosk being used, etc.
- ✓ Ability to send an email or text alert to designated investigators with messaging occurrences.

Following are sample screenshots depicting the proposed Inmate Messaging application.







B. Messaging Security

a. All inmate text-based messaging, with the exception of privileged communications, must be recorded.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

**By default, the proposed messaging application will record and store all messages, aside from privileged messaging. All recorded messaging data and content will be stored for the life of the Agreement, or longer if needed.**

b. All message records must be maintained for the life of the contract.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

**All messages are stored in the system for the life of the contract, or longer if needed, with the exception of attorney/client conversations.**

c. Message records should be searchable by inmate's name, date message was sent, and location of inmate who sent message.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

**All messages are stored in the system and are searchable by inmate name, visitor name, specific date/time, specific keyword searching, or by text/attachments only.**



d. Message records should be downloadable to common file formats (CSV, XLSX, XLS, PDF, etc.).

**NCIC RESPONSE:** READ, AGREE, AND WILL COMPLY.

e. The proposed system must allow for users to block inmates from sending and receiving text-based messages.

**NCIC RESPONSE:** READ, AGREE, AND WILL COMPLY.

**The proposed system is capable of restricting inmates from sending or receiving text messages through the system. These restrictions can be put in place as a temporary or permanent hold. Related features are also available, such as the ability to place other types of restrictions, such as character limitations or restrictions on attachments, based on specific inmate or visitor profile.**

**6. Inmate Forms and Facility Tools**

The proposed system must include modern communication tools between inmates and the facility, at no cost to the inmate or facility.

**NCIC RESPONSE:** READ, AGREE, AND WILL COMPLY.

**NCIC can offer Yellowstone County staff and inmates with a robust communications tool through the use of grievance/request filing, provided directly through the proposed InTouch Suite. This feature is considered standard and comes at no cost to either inmates or the Facility.**

A. Inmate Requests and Grievances

a. The proposed system must allow for inmates to submit facility requests and grievances, and to receive responses from the facility.
b. Forms should be customizable by the facility
c. Describe, in detail, their system for inmate form and grievance submission.

**NCIC RESPONSE:** HAS READ, AGREE, AND WILL COMPLY WITH ALL ITEMS ABOVE.

**The proposed Grievance request module (which NCIC refers to as our "Ticketing" system) allows for customized creation of Ticket Types based on the preference of each facility, as well as date/time stamping of all communications so that timeliness of responses can be tracked, for compliance purposes. These requests can be managed and responded to by Facility personnel and can also be re-assigned to appropriate Facility staff, if needed. The implementation of an electronic Ticketing system, including all expected escalation capabilities, and replacing paper-based processes, reduces Facility liability related to inmate complaints about grievances not being responded to / addressed in a timely manner.**







The proposed Ticketing system allows for each "Ticket Type" to deliver incoming requests to the appropriate facility personnel, based on their individual roles. This streamlines the delivery of Tickets to facility staff in such a manner that they only interact with those Tickets that pertain to their duties. Should an inmate inadvertently submit a Ticket as the wrong "Ticket Type," the recipient of the Ticket can easily re-classify that ticket such that it reaches the correct recipient.



In addition to "Inmate Tickets," the proposed system also includes "Admin Tickets" which brings similar functionality but is designed for facility personnel to initiate the communication to inmates (rather than inmates initiating it). Admin Tickets are simply a "staff to detainee" communications tool, to help further eliminate paper-based processes and allow staff to interact with inmates without needing to visit the inmate housing areas.

B. Facility material and messages

a. The proposed system must allow for the facility to easily disseminate documents to inmates, such as rule books, schedules, etc.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

Facility personnel are able to utilize the 'Facility Documents' function to upload any pertinent documents such as the jail handbook, Rules and Regulations, rehabilitative programs, PREA information, etc.

b. The proposed system should allow the facility to disseminate media files (videos, sound files) such as an audio rule book, or instructional videos for inmate laborers.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

The proposed "Facility Documents" function also allows for video and sound files to be uploaded and accessible to inmates directly through the proposed kiosks. Common examples of facility videos made available to inmates include PREA and Orientation videos.

This feature allows for various resources to be loaded into the system either in a manner that requires inmates to "acknowledge" the resource (with a date & time stamp associated), and / or can simply make these resources available on an ongoing basis, through the kiosks and tablets.



c. The system must allow for the facility to send messages to both specific inmates and groups of inmates.

**NCIC RESPONSE:** READ, AGREE, AND WILL COMPLY.

**The proposed InTouch application allows Facility staff to submit electronic messages and responses to either all specific inmates or groups of inmates. Messages to specific inmates can be securely delivered using the Admin Tickets function, and messages to groups of inmates, or the entire population, can be disseminated using the Broadcast functionality.**

d. Describe, in detail, the options available to provide facility documents and messages to inmates.

**NCIC RESPONSE:** READ, AGREE, AND WILL COMPLY.

**Facility personnel are able to utilize the 'Facility Documents' function to upload any pertinent documents such as the jail handbook, Rules and Regulations, rehabilitative programs, PREA information and any other documentation required by Yellowstone County. This can be provided through the kiosks as PDF files, images, videos, and audio recordings. In the event that a large number of documents / resources are needing to be loaded, the proposed system allows for the creation of "folders" to sort these resources by topic / category.**

**Following are several sample screenshots of the Facility Documents, Admin Tickets and Broadcast Messaging functionality.**







NCIC
INMATE COMMUNICATIONS

NCIC
NCIC Demo
Alex Demo
1000:00
(en-US) English
Dashboard
Logout
NCIC
INMATE COMMUNICATIONS
Inmate Rules
1. Before I am given the privilege of using an electronic tablet, I am required to read and agree to all rules
and procedures listed in this user's contract and follow all San Luis Obispo County Jail rules. Failure to do
so may result in the suspension of my tablet use.
2. I will be assigned a tablet to utilize during approved times while in my housing unit.
3. It is my responsibility to maintain earbuds in my possession and that they are to be used for tablet use
only. Earbuds may be confiscated if they are misused or altered from their original state. Earbuds issued
to or purchased by me are my property and I must take them with me when I am released. Earbuds
Accept

NCIC
NCIC Demo
Alex Demo
1000:00
(en-US) English
Dashboard
Logout
Go Back
OPEN
#TK-OmV9NgeouGAP
Scheduled For Resolution
Assigned to: Not assigned
11-22-2021 11:35 AM
Lawyer number
Inmate
John Adair
Description
Can I please get the phone number for a public defender?
ACTIVITY
Alex Pope (employee) marked this task as scheduled for resolution
11-22-2021 11:36 AM
Alex Pope (employee) left a comment
11-22-2021 11:36 AM
812-556-6584
John Adair (inmate) Created this task
11-22-2021 11:35 AM
Add Comment
Leave Comment





C. Inmate Commissary

   a. The proposed system must be able to coordinate with the facility's commissary provider (currently Summit) and provide electronic commissary ordering to inmates.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

**NCIC has a vast amount of experience in integrating with third party software providers, including JMS, Banking/Commissary companies, and other communication systems. All interface-related development will be completed at no cost. It is worth noting that NCIC has interfaced with Yellowstone County's commissary provider, Summit, at numerous other Facilities and will easily do so, if awarded. NCIC enjoys an excellent working relationship with Summit and the following Summit personnel can be contacted to attest to the positive nature of our working relationship, if needed:**

**Brian Clark, Business Development Director**
**Summit Correctional Services**
**brian.clark@summitfoodservice.com**

**Mike Cozart, VP of Commissary Services**
**Summit Correctional Services**
**mike.cozart@summitfoodservice.com**

**NCIC has worked closely with Summit Commissary to provide a commissary ordering link on NCIC's Kiosk and Tablet hardware at other facilities and will be glad to do so at YCDF, if awarded.**