Infringement Claim Chart – U.S. Patent No. 11,228,672                                    Exhibit 13
PAGE 28

| | | |
|---|---|---|
| | | C. For security purposes, the system must be a centralized non-premise system that will keep all records (including telephone and visit recordings) secure and not require the need to be maintained at the facility. All records must be backed up and geographically disparate to minimize the risk of data loss to a catastrophic system failure. Describe in detail, system backup plans and system redundancy.<br><br>**XXNCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**<br><br>**The proposed systems are fully centralized, web-based platforms with two geographically separate, redundant data storage centers, one in Longview, TX and a mirror (backup) location in downtown Dallas, TX. A tertiary level of backup is provided by Amazon's GovCloud services, which are designed to host the most sensitive data, and address the most stringent US government security and compliance requirements. Across all our separate storage solutions and considering the hundreds of facilities using our platform, the system is only running at approximately 25% capacity.**<br><br>**<u>All inmate telephone recordings are stored for the life of the contract (including any extensions) or longer if required and are available online for downloading at any time. Retention of call recordings is completely configurable, based on the needs of YCDF.</u>**<br><br>**The proposed system was the first inmate telephone service to use the Cloud to provide the utmost redundancy and security in call recording and call detail storage. Access to AWS GovCloud services is limited to vetted account holders that must be held by US citizens.** |
| | | Exhibit 2, Yellowstone County RFP, 19. |

**EXHIBIT 14**

Infringement Claim Chart – U.S. Patent No. 10,721,624                               Exhibit 14
PAGE 1

| Elem | Claim | |
|------|-------|---|
| [1.P] | 1. A system of layered security barriers of a mobile device that prevents unsanctioned use of the mobile device, comprising: | On information and belief, JACS Solutions ("JACS") manufactures, sells, and delivers customized hardware and software that it specifically intends, directs, and encourages to be used in a system for preventing *unsanctioned use of a mobile device* within a controlled environment facility. One such system that deploys JACS's hardware and software is NCIC's InTouch Communications Suite.<br><br><br>NCIC's proposed tablets are entirely customized and manufactured with a heavy-duty exterior which is specifically designed for a correctional environment, allowing it to withstand a shock and/or drop test onto concrete. NCIC has used similar grade materials to the kinds used in bullet resistant glass, windows in correctional facilities, military applications, etc. This case protects the tablet from tampering, general damage, and contraband storage. NCIC has only allowed access through this secure case to critical hardware buttons such as the power button, volume buttons, and headphone jack. NCIC's proposed tablet is a JACS TG801 8" Android Rugged Tablet, designed specifically for correctional environments. The following are the technical specifications for NCIC's proposed tablet hardware.<br><br>Exhibit 2, Yellowstone County RFP, 14. |

Infringement Claim Chart – U.S. Patent No. 10,721,624                                    Exhibit 14
PAGE 2



Exhibit 2, Yellowstone County RFP, 15.

Infringement Claim Chart – U.S. Patent No. 10,721,624                                                     Exhibit 14
PAGE 3

| Technical specifications | | |
|---|---|---|
| Screen | 7 inch capacitive touch screen. Resolution: 1024 * 600 | |
| CPU | Chipset: ROCKCHIP 3128 ; Processor: Cortex A7; Frequency: 1. 3 GHz | |
| RAM MEMORY | DDR3: 1 GB | |
| Storage | 16GB Increase its capacity with external TF memory from 128MB to 32 GB. | |
| Operating system | Android 5. 1 | |
| Network | **Wi-Fi** : Integrated Wi-Fi module. IEEE 802.11a/b/g/n. | |
| Applications | Applications in APK format | |
| Video | AVI, MOV, MP4, ASF, 3GP, TS, MKV, MPEG, etc. | |
| Music | MP3, APE, FLAC, AAC, OGG, etc. | |
| Photos | JPG, BMP, PNG, TIFF, etc. | |
| E-books | TXT, PDF, CHM, HTML, PDB, UMD, FB2, LRC, EPUB. | |
| Office formats | Supported formats: Word, Excel, PDF, etc. | |
| PC connection | micro USB2.0 x 1 | |
| Battery | Lithium battery: 2500 mAh. | |

Exhibit 50, TG800 User Manual, 6-7.

JACS manufactures and sells the JACS tablets, which prevent unsanctioned use of a device within controlled environments using *layered security barriers*.

# Hardware and Firmware Customization

Our innovative approach to customization of hardware, firmware, and software maximizes both physical and data security of devices and provides technology managers with total control over what users and applications connect to their networks.

Infringement Claim Chart – U.S. Patent No. 10,721,624                                    Exhibit 14
PAGE 4

| | | |
|---|---|---|
| | | Exhibit 23, JACS Website 2, 3.<br><br>**Providing connections to family members, loved ones, and support networks**<br><br>Remaining connected to the outside world is a crucial part of the rehabilitation process for the incarcerated. Providing the interned with safe ways to communicate with their family, friends, and loved ones—as well as legal counsel, educational programs, and employment opportunities—reduces recidivism. The custom-built devices used in this challenging environment must prioritize connectivity while remaining digitally and physically secure.<br><br>Exhibit 22, JACS Website 1, 1. |

Infringement Claim Chart – U.S. Patent No. 10,721,624                                    Exhibit 14
PAGE 5

<table>
<tr>
<td></td>
<td></td>
<td>

# Challenge

Time doesn't stop for people serving sentences in federal and state correctional facilities. A critical component to reducing recidivism, improving mental and physical health, and promoting reform and rehabilitation is offering services that maintain contact between incarcerated people and their families. However, in many instances people serve their time far from home where visitation access is limited. As a supplement to in-person visitation, facilities are adopting video calling and emerging technologies as a way to maintain a positive association between family contact and outcomes including in-prison behavior, measures of health, and re-conviction after release.

Correctional technology partners delivering these services for penal institutions require uniquely customized devices that can be trusted in the hands of prisoners and are engineered to prioritize security, prohibit tampering, and eliminate non-traditional or harmful use. Due to the challenging environment in which these devices are being deployed, technology partners need a connected device that can operate on private networks and in secure facilities where it sees heavy use.

Exhibit 22, JACS Website 1, 2.

As discussed below, the layered security barriers include *a hardware barrier*, an *application barrier*, and an *operating system barrier*.
</td>
</tr>
<tr>
<td>[1.1]</td>
<td>a hardware barrier that includes a front plate and a back plate,

the hardware barrier obstructing access to at least one port of the mobile device;</td>
<td>The JACS tablets include *a hardware barrier that includes a front plate and a back plate*.</td>
</tr>
</table>

Infringement Claim Chart – U.S. Patent No. 10,721,624                         Exhibit 14
PAGE 6



Exhibit 26, JACS Website 5, 2; *see also* Exhibit 20, TG801 Specification, 2.

Infringement Claim Chart – U.S. Patent No. 10,721,624                                          Exhibit 14
PAGE 7



Exhibit 41, 2018 Photos, 2.

On information and belief, JACS manufactures, sells, and delivers the customized JACS tablets to NCIC for use in NCIC's InTouch Communications Suite.

Infringement Claim Chart – U.S. Patent No. 10,721,624                                      Exhibit 14
PAGE 8

|  |  | NCIC's proposed tablets are entirely customized and manufactured with a heavy-duty exterior which is specifically designed for a correctional environment, allowing it to withstand a shock and/or drop test onto concrete. NCIC has used similar grade materials to the kinds used in bullet resistant glass, windows in correctional facilities, military applications, etc. This case protects the tablet from tampering, general damage, and contraband storage. NCIC has only allowed access through this secure case to critical hardware buttons such as the power button, volume buttons, and headphone jack. NCIC's proposed tablet is a JACS TG801 8" Android Rugged Tablet, designed specifically for correctional environments. The following are the technical specifications for NCIC's proposed tablet hardware.  |
| --- | --- | --- |

Exhibit 2, Yellowstone County RFP, 14.

The JACS tablets are configured to be deployed within NCIC's InTouch Communication Suite to obstruct *access to at least one port of the mobile device.*

Infringement Claim Chart – U.S. Patent No. 10,721,624                    Exhibit 14
PAGE 9

| | | |
|---|---|---|
| | | **7. Inmate Tablets**<br>The facility is interested in systems that provide tablet computers to inmates for educational and entertainment purposes.<br><br>☆**NCIC** RESPONSE: READ, AGREE, AND WILL COMPLY.<br><br>**The proposed tablet has a heavy-duty exterior which is specifically designed for a correctional environment, allowing it to withstand a shock and/or drop test onto concrete. NCIC has used similar grade materials to the kinds used in bullet resistant glass, windows in correctional facilities, military applications, etc. This case protects the tablet from tampering, general damage, and contraband storage. NCIC has only allowed access through this secure case to critical hardware buttons such as the power button, volume buttons, and home button. Please see sample image of a NCIC tablet.** <br><br>**The proposed Inmate Tablet solution operates on a dedicated Wi-Fi network that does not allow access to external networks, websites, or applications. The tablet's wireless solution has various components that can be either wired to an extended switched ethernet network or can be fully meshed with other existing access points. At no time, will inmates be able to access the Operating Systems of the proposed Inmate Tablet solution. Prior to being deployed in correctional facilities, the proposed Tablets are subject to strenuous Penetration Testing methodologies to ensure that they are suitable for deployment in a correctional environment.**<br><br>Exhibit 2, Yellowstone County RFP, 66. |

|  |  | **Key functions** | |
| --- | --- | --- | --- |
|  |  | **Name** | **Description** |
|  |  | POWER | Press this button briefly to wake up or send to sleep mode. Press for several seconds if you want to turn off or turn on your tablet |
|  |  | Slot TF Card | TF memory, 32 MB to 128 MB |
|  |  | Headphones | Stereo headphone connector |
|  |  | USB port | Micro USB 5-pin charging port |
|  |  | USB Host port | External USB port for external accessories, 3G dongle, mouse, keyboard, etc. (2.0) |
|  |  | Screen | HD screen area |
|  |  | Exhibit 50, TG800 User Manual, 6; *see also* Exhibit 20, TG801 Specification, 7-8. | |
| [1.2] | an application barrier stored on a memory of the mobile device, the application barrier configured to: | On information and belief, JACS designs, installs, and maintains software on the JACS tablet, including "custom build firmware" loaded onto the tablet before the tablet is shipped. The custom build firmware does not allow access to external applications or modifications to existing applications. | |
|  |  | Providing connections to family members, loved ones, and support networks<br><br>Remaining connected to the outside world is a crucial part of the rehabilitation process for the incarcerated. Providing the interned with safe ways to communicate with their family, friends, and loved ones—as well as legal counsel, educational programs, and employment opportunities— reduces recidivism. The custom-built devices used in this challenging environment must prioritize connectivity while remaining digitally and physically secure. | |
|  |  | Exhibit 22, JACS Website 1, 1 | |

Infringement Claim Chart – U.S. Patent No. 10,721,624                                    Exhibit 14
PAGE 11

# Challenge

Time doesn't stop for people serving sentences in federal and state correctional facilities. A critical component to reducing recidivism, improving mental and physical health, and promoting reform and rehabilitation is offering services that maintain contact between incarcerated people and their families. However, in many instances people serve their time far from home where visitation access is limited. As a supplement to in-person visitation, facilities are adopting video calling and emerging technologies as a way to maintain a positive association between family contact and outcomes including in-prison behavior, measures of health, and re-conviction after release.

Correctional technology partners delivering these services for penal institutions require uniquely customized devices that can be trusted in the hands of prisoners and are engineered to prioritize security, prohibit tampering, and eliminate non-traditional or harmful use. Due to the challenging environment in which these devices are being deployed, technology partners need a connected device that can operate on private networks and in secure facilities where it sees heavy use.

Exhibit 22, JACS Website 1, 2.

Infringement Claim Chart – U.S. Patent No. 10,721,624                                Exhibit 14
PAGE 12

**Our Service**

# Firmware Customization

JACS Solutions firmware customization services ensure businesses never settle for mass-produced products that don't quite fit their needs. Off-the-shelf products provide basic features and capabilities that only bandage problems rather than solve them. By building operating systems from the ground up, we can eliminate bloatware, implement security restrictions on application installation, and make other modifications to optimize performance. These capabilities allow us to deliver a purpose-built device that creates a solid and secure foundation for mobile operations.

Exhibit 25, JACS Website 4, 3.

**CUSTOM BUILD ANDROID OPERATING SYSTEM**

JACS Solutions' customers have the option to have a customized Android OS created just for their business. The result? A highest level of device security, and a fast configuration-free deployment process.

Alternatively, customers can utilize their existing third-party MDM and configure their apps in the user partition. This approach is appropriate for businesses who don't desire the utmost level of device security, and who wish to continue using their existing process of working through a third-party MDM.

With a custom build device firmware:

- Apps can be installed to the system partition so they cannot be removed or modified
- Bloatware and unwanted consumer applications are removed from the OS build, minimizing vulnerabilities
- SystemUI.apk and AD-Verity Security in Android can be modified to provide higher level of security
- Custom flash storage partitioning is performed to enhance device performance
- A custom launcher can be integrated to lock the device into a "kiosk mode" to prevent access to unauthorized applications
- Boot screen image, customer logo and customized wallpaper can be displayed during device boot up to increase brand awareness
- The custom build firmware is loaded on each device before shipping

Exhibit 21, JACS Website Archive, 2.

The JACS tablets are configured to be deployed within NCIC's InTouch Communications Suite to provide the *application barrier*.

Infringement Claim Chart – U.S. Patent No. 10,721,624                                     Exhibit 14
PAGE 13

| | | 7. **Inmate Tablets**<br>The facility is interested in systems that provide tablet computers to inmates for educational and entertainment purposes.<br><br>**✗✗NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**<br><br>**The proposed tablet has a heavy-duty exterior which is specifically designed for a correctional environment, allowing it to withstand a shock and/or drop test onto concrete. NCIC has used similar grade materials to the kinds used in bullet resistant glass, windows in correctional facilities, military applications, etc. This case protects the tablet from tampering, general damage, and contraband storage. NCIC has only allowed access through this secure case to critical hardware buttons such as the power button, volume buttons, and home button. Please see sample image of a NCIC tablet.**<br><br>**The proposed Inmate Tablet solution operates on a dedicated Wi-Fi network that does not allow access to external networks, websites, or applications. The tablet's wireless solution has** various components that can be either wired to an extended switched ethernet network or can be fully meshed with other existing access points. At no time, will inmates be able to access the Operating Systems of the proposed Inmate Tablet solution. Prior to being deployed in correctional facilities, the proposed Tablets are subject to strenuous Penetration Testing methodologies to ensure that they are suitable for deployment in a correctional environment.<br><br>The proposed Tablets are essentially an extension of NCIC's wall-mounted kiosks, capable of offering video visitation services (if needed), standard inmate phone calling, messaging, grievances/ticketing, educational & rehabilitation program services, entertainment options, commissary ordering, inmate handbooks, law library, medical/mental health sick call requests; digital mail services and various other services, based on the preferences of facility administration.<br><br>Exhibit 2, Yellowstone County RFP, 66. |
| [1.3] | perform application modification in which non-secure functions of an application stored in the memory of the mobile device are disabled,<br><br>the non-secure functions including social functions of | On information and belief, the JACS tablets include firmware that controls the user experience by modifying applications to disable non-secure functions, *i.e.*, the firmware *performs application modification in which non-secure functions of an application stored in the memory of the mobile device are disabled*. The '624 patent provides examples of *non-secure functions* including an application that provides "basic social interaction functions such as commenting, rating functions, interactive messaging/chatting features, and voice/video chat." *See* Spec., 10:56-64. On information and belief, the customized firmware is a customized Android OS including a modified SystemUI that provides a "higher level of security." This higher level security entails disabling such *non-secure functions* of applications or turning off access to these social functions. |

Infringement Claim Chart – U.S. Patent No. 10,721,624                                    Exhibit 14
PAGE 14

| the application; | |
|---|---|
| | **CUSTOM BUILD ANDROID OPERATING SYSTEM**<br><br>JACS Solutions' customers have the option to have a customized Android OS created just for their business. The result? A highest level of device security, and a fast configuration-free deployment process.<br><br>Alternatively, customers can utilize their existing third-party MDM and configure their apps in the user partition. This approach is appropriate for businesses who don't desire the utmost level of device security, and who wish to continue using their existing process of working through a third-party MDM.<br><br>With a custom build device firmware:<br><br>• Apps can be installed to the system partition so they cannot be removed or modified<br>• Bloatware and unwanted consumer applications are removed from the OS build, minimizing vulnerabilities<br>• SystemUI.apk and AD-Verity Security in Android can be modified to provide higher level of security<br>• Custom flash storage partitioning is performed to enhance device performance<br>• A custom launcher can be integrated to lock the device into a "kiosk mode" to prevent access to unauthorized applications<br>• Boot screen image, customer logo and customized wallpaper can be displayed during device boot up to increase brand awareness<br>• The custom build firmware is loaded on each device before shipping<br><br>Exhibit 21, JACS Website Archive, 2.<br><br>**Our Service**<br><br>Firmware Customization<br><br>JACS Solutions firmware customization services ensure businesses never settle for mass-produced products that don't quite fit their needs. Off-the-shelf products provide basic features and capabilities that only bandage problems rather than solve them. By building operating systems from the ground up, we can eliminate bloatware, implement security restrictions on application installation, and make other modifications to optimize performance. These capabilities allow us to deliver a purpose-built device that creates a solid and secure foundation for mobile operations.<br><br>Exhibit 25, JACS Website 4, 3. |

Infringement Claim Chart – U.S. Patent No. 10,721,624                                      Exhibit 14
PAGE 15

**Controlled User Experience**

When the device firmware is built from the ground up with its single purpose in mind, it provides a more straightforward and more controlled user experience. Users are unlikely to "accidentally" download unwanted apps or trigger unwarranted data usage. Controlled user experience also dramatically reduces the number of support calls as a result.

Exhibit 21, JACS Website Archive, 2.

 Highly Secure

With the ability to offer a higher level of control over the Android source code, JACS Solutions can exclude elements of the OS that will introduce vulnerabilities and security risks. This modification offers a more secure approach to the overall solution than off-the-shelf products and the standard MDM service.

Exhibit 25, JACS Website 4, 4.

On information and belief, JACS's firmware disables *social functions* of the enabled applications. The '624 patent discloses "social functions" that are provided by applications "such as commenting and messaging that can be used for clandestine communications between an inmate and an unauthorized outside party." '624 Patent, 3:12-16, 10:56-10:59 ("Other applications whose main goal is not social interaction nonetheless provide basic social interaction functions such as commenting, rating functions, interactive messaging/chatting features, and voice/video chat."). Thus, the *social functions* can include messaging and chat.

Infringement Claim Chart – U.S. Patent No. 10,721,624                                    Exhibit 14
PAGE 16

**Benefit**

# You're in Control

Reduce risk and limit vulnerabilities by restricting network and device access, preventing unwanted application installations, and performing over-the-air firmware and application updates.

Exhibit 27, JACS Website 6, 3.

**CUSTOM BUILD ANDROID OPERATING SYSTEM**

JACS Solutions' customers have the option to have a customized Android OS created just for their business. The result? A highest level of device security, and a fast configuration-free deployment process.

Alternatively, customers can utilize their existing third-party MDM and configure their apps in the user partition. This approach is appropriate for businesses who don't desire the utmost level of device security, and who wish to continue using their existing process of working through a third-party MDM.

With a custom build device firmware:

- Apps can be installed to the system partition so they cannot be removed or modified
- Bloatware and unwanted consumer applications are removed from the OS build, minimizing vulnerabilities
- SystemUI.apk and AD-Verity Security in Android can be modified to provide higher level of security
- Custom flash storage partitioning is performed to enhance device performance
- A custom launcher can be integrated to lock the device into a "kiosk mode" to prevent access to unauthorized applications
- Boot screen image, customer logo and customized wallpaper can be displayed during device boot up to increase brand awareness
- The custom build firmware is loaded on each device before shipping

Exhibit 21, JACS Website Archive, 2.

e.  The proposed system must allow for users to block inmates from sending and receiving text-based messages.

**XNCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

**The proposed system is capable of restricting inmates from sending or receiving text messages through the system. These restrictions can be put in place as a temporary or permanent hold. Related features are also available, such as the ability to place other types of restrictions, such as character limitations or restrictions on attachments, based on specific inmate or visitor profile.**

Exhibit 2, Yellowstone County RFP, 60.

Infringement Claim Chart – U.S. Patent No. 10,721,624                    Exhibit 14
PAGE 17

The JACS tablets are configured to be deployed within NCIC's InTouch Communications Suite to disable non-secure functions such as using unsanctioned messaging tools.



Exhibit 2, Yellowstone County RFP, 66.

Infringement Claim Chart – U.S. Patent No. 10,721,624                                    Exhibit 14
PAGE 18

| | | |
|---|---|---|
| | | **10. Other Media / Devices**<br>  A.  Digital Pictures / Picture Messages<br>    a.  The proposed system should allow friends and family to send pictures to inmates electronically.<br>    b.  The proposed system must inspect and approve pictures, prior to delivery.<br>    c.  The proposed system must not allow outgoing pictures.<br>    d.  The proposed system must allow pictures to be disabled by users.<br>  **NCIC** RESPONSE: HAS READ, AGREE, AND WILL COMPLY WITH ALL ITEMS ABOVE.<br><br>The proposed InTouch Inmate Messaging system can allow friends and family to send pictures to inmates. Facility staff will have the ability to flag any and all picture attachments as quarantined messages in order to inspect and approve those photos, prior to delivery. Picture messages are only allowed to be send one-way and inmates will not be able to send photo attachments back out to Friends and Family.<br><br>The proposed Messaging application is completely configurable and customizable based on the preferences of YCDF.<br><br>Exhibit 2, Yellowstone County RFP, 77. |
| [1.4] | monitor user activity of a social application,<br><br>the monitoring including gathering social interactions of the social application and reviewing the social interactions for illicit activity; | The JACS tablets are configured to be deployed within NCIC's InTouch Communications Suite's to *monitor user activity of a social application* (*e.g.*, applications allowing messaging and chat features).<br><br>    d.  All non-privileged inmate communications must be monitorable and recorded. Communications must be retained and archived for a minimum period of 3 years.<br>  **NCIC** RESPONSE: READ, AGREE, AND WILL COMPLY.<br>The Live Monitoring feature allows authorized users to monitor all recorded phone calls and video visits. Multiple users can simultaneously and covertly monitor all calls and video visits, without affecting the ability of the system to record calls and video visits, or the quality of the call audio/video visits video & audio for the sessions participants (inmate and called party/visitor). Live Monitoring on the platforms allow for all recorded calls and video visits to be monitored and activity to be viewed in real-time. The Live Monitoring feature allows the authorized user to sort monitoring/call history by a large variety of search criteria. Following are sample screen shots of the Live Monitoring screen:<br><br>Exhibit 2, Yellowstone County RFP, 15.<br><br>NCIC's Transcription Service also allows for keyword detection, which automatically sifts through every call placed from your facility to detect keywords of interest. As shown in the example screenshot below, investigators can search for multiple keywords of interest by simply entering them into the Keyword field (separated by a space).<br><br>Exhibit 2, Yellowstone County RFP, 70. |

Infringement Claim Chart – U.S. Patent No. 10,721,624                                        Exhibit 14
PAGE 19



Exhibit 2, Yellowstone County RFP, 71.

Infringement Claim Chart – U.S. Patent No. 10,721,624                                   Exhibit 14
PAGE 20



Exhibit 2, Yellowstone County RFP, 16.

This monitoring includes *gathering social interactions* and *reviewing the social interactions for illicit activity*.

> NCIC is providing a secure, integrated Inmate Messaging application which can be provided through the Inmate Kiosks and/or Inmate Tablets (based on the allowances of Facility administration). Inmate messages are subject to a range of security features, including:
>
> ✓ Ability to detect certain keywords within messages. The proposed system offers a standard dictionary of common keywords and offers the ability to supplement that standard dictionary with local slang and colloquialisms.
>
> ✓ Ability to quarantine messages based on whether keywords are detected, or whether they contain attachments, etc. Quarantining the messages would delay delivery until facility review. Quarantining can be done based on inmate or outside party, particular kiosk being used, etc.
>
> ✓ Ability to limit the amount of characters / length of the messages. This can be done based on inmate or outside party, particular kiosk being used, etc.
>
> ✓ Ability to send an email or text alert to designated investigators with messaging occurrences.

Exhibit 2, Yellowstone County RFP, 58.

Infringement Claim Chart – U.S. Patent No. 10,721,624                                        Exhibit 14
PAGE 21

| | | b. Users must be able to search visit recordings by inmate's name, date of visit, and location in facility inmate was housed. <br><br> ✶NCIC RESPONSE: READ, AGREE, AND WILL COMPLY. <br><br> The proposed InTouch Video Visitation system allows users to track, research and investigate visitation history from within the web-based platform. Available search parameters include visitation date, visitor, inmate, and more as pictured. |
| | | Exhibit 2, Yellowstone County RFP, 53. <br><br>  <br><br> Exhibit 2, Yellowstone County RFP, 54. |

Infringement Claim Chart – U.S. Patent No. 10,721,624                                          Exhibit 14
PAGE 22

|  |  |  |  |
|---|---|---|---|
|  |  | b.  The preferred proposed system will also provide transcription of Video Visits.<br><br>NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.<br><br>The NCIC development team is currently expanding the functionality of the proposed Transcription and Keyword Detection service to also apply to Video Visits. While the automatic transcription service is being worked on, YCDF can make requests for the transcription of specific video visits and NCIC will have them manually run through our audio transcription engine.<br><br>c.  The proposed system should allow keyword searches for all transcribed records and text-based messages.<br><br>NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.<br><br>The proposed system allows grants the ability to detect certain keywords within messages and transcribed call records. The proposed system offers a standard dictionary of common keywords and offers the ability to supplement that standard dictionary with local slang and colloquialisms.<br><br>The proposed Keyword Detection system operates as a "workforce multiplier" by allowing agencies and investigators to easily be routed to conversations of interest, which may otherwise never get listened to.<br><br>Exhibit 2, Yellowstone County RFP, 72.<br><br>A.  Automatic Alerts<br>  a.  The proposed system must be able to send automatic alerts through email and or text messages to investigators, for all inmate communications.<br><br>NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.<br><br>The proposed platform features an Alert system ("Hot Number Alerts") whereby alerts can be sent via email, text, or phone call, allowing investigators to receive real-time notifications and covertly listen to calls of interest. The proposed System alerts investigators to calls of interest either prior to a call being connected or while a call is in progress (this is configurable based on the needs of the County) so that investigators can listen to and/or approve the call.<br><br>Exhibit 2, Yellowstone County RFP, 72. |  |

Infringement Claim Chart – U.S. Patent No. 10,721,624                    Exhibit 14
PAGE 23

| | | |
|---|---|---|
| | | C. For security purposes, the system must be a centralized non-premise system that will keep all records (including telephone and visit recordings) secure and not require the need to be maintained at the facility. All records must be backed up and geographically disparate to minimize the risk of data loss to a catastrophic system failure. Describe in detail, system backup plans and system redundancy.<br><br>**NCIC** **RESPONSE: READ, AGREE, AND WILL COMPLY.**<br><br>The proposed systems are fully centralized, web-based platforms with two geographically separate, redundant data storage centers, one in Longview, TX and a mirror (backup) location in downtown Dallas, TX. A tertiary level of backup is provided by Amazon's GovCloud services, which are designed to host the most sensitive data, and address the most stringent US government security and compliance requirements. Across all our separate storage solutions and considering the hundreds of facilities using our platform, the system is only running at approximately 25% capacity.<br><br>All inmate telephone recordings are stored for the life of the contract (including any extensions) or longer if required and are available online for downloading at any time. Retention of call recordings is completely configurable, based on the needs of YCDF.<br><br>The proposed system was the first inmate telephone service to use the Cloud to provide the utmost redundancy and security in call recording and call detail storage. Access to AWS GovCloud services is limited to vetted account holders that must be held by US citizens.<br><br>Exhibit 2, Yellowstone County RFP, 19. |
| [1.5] | prevent installation or removal of an application; | On information and belief, the JACS tablets are configured to be deployed within NCIC's InTouch Communications to prevent installation or removal of applications.<br><br>**CUSTOM BUILD ANDROID OPERATING SYSTEM**<br><br>JACS Solutions' customers have the option to have a customized Android OS created just for their business. The result? A highest level of device security, and a fast configuration-free deployment process.<br><br>Alternatively, customers can utilize their existing third-party MDM and configure their apps in the user partition. This approach is appropriate for businesses who don't desire the utmost level of device security, and who wish to continue using their existing process of working through a third-party MDM.<br><br>With a custom build device firmware:<br>• Apps can be installed to the system partition so they cannot be removed or modified<br>• Bloatware and unwanted consumer applications are removed from the OS build, minimizing vulnerabilities<br>• SystemUI.apk and AD-Verity Security in Android can be modified to provide higher level of security<br>• Custom flash storage partitioning is performed to enhance device performance<br>• A custom launcher can be integrated to lock the device into a "kiosk mode" to prevent access to unauthorized applications<br>• Boot screen image, customer logo and customized wallpaper can be displayed during device boot up to increase brand awareness<br>• The custom build firmware is loaded on each device before shipping<br><br>Exhibit 21, JACS Website Archive, 2. |

Infringement Claim Chart – U.S. Patent No. 10,721,624                              Exhibit 14
PAGE 24

| | | 7. **Inmate Tablets**<br>The facility is interested in systems that provide tablet computers to inmates for educational and entertainment purposes.<br><br>**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**<br><br>**The proposed tablet has a heavy-duty exterior which is specifically designed for a correctional environment, allowing it to withstand a shock and/or drop test onto concrete. NCIC has used similar grade materials to the kinds used in bullet resistant glass, windows in correctional facilities, military applications, etc. This case protects the tablet from tampering, general damage, and contraband storage. NCIC has only allowed access through this secure case to critical hardware buttons such as the power button, volume buttons, and home button. Please see sample image of a NCIC tablet.**<br><br>**The proposed Inmate Tablet solution operates on a dedicated Wi-Fi network that does not allow access to external networks, websites, or applications. The tablet's wireless solution has** various components that can be either wired to an extended switched ethernet network or can be fully meshed with other existing access points. At no time, will inmates be able to access the Operating Systems of the proposed Inmate Tablet solution. Prior to being deployed in correctional facilities, the proposed Tablets are subject to strenuous Penetration Testing methodologies to ensure that they are suitable for deployment in a correctional environment.<br><br>The proposed Tablets are essentially an extension of NCIC's wall-mounted kiosks, capable of offering video visitation services (if needed)**,** standard inmate phone calling, messaging, grievances/ticketing, educational & rehabilitation program services, entertainment options, commissary ordering, inmate handbooks, law library, medical/mental health sick call requests; digital mail services and various other services, based on the preferences of facility administration. |
| | | Exhibit 2, Yellowstone County RFP, 66. |
| [1.6] | detect an attempt to perform an unsanctioned function of the application stored in the memory of the mobile device; | The '672 patent discloses that *an unsanctioned function* can include "restrictions on communications" that include restrictions on "time of day, a length of a call, three-way call or other restrictions on calls." '672 patent, 1:32-36, *see also* FIGS. 8A-C (describing impermissible charging, accessing an unsanctioned social network website, and connecting to an outside access point as unsanctioned functions).<br><br>The JACS tablets are configured to be deployed within NCIC's InTouch Communications Suite to detect a three-way call (*an unsanctioned function*). |

> **3.10.24.3**   Automatically identify each 3-way call attempt and/or conversation without the investigator having to review the entire conversation, even if there are multiple 3-ways on the same call. The 3-way segment(s) can be isolated, sped up/slow down, replayed, copied, and forwarded via secure email without having to burn CD.
>
> **✡⊗NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**
>
> When the system determines that a three-way or call forward has been attempted, a warning message can be played to the parties on the call (based on the preferences of the Facility), and the call record is permanently marked as a three-way attempt (providing administrators an easy way to go back and listen to the call). If required by Cole County, the system can be configured to terminate any detected three-way calls. However, we typically find that correctional agencies prefer to allow them to continue, to help gather valuable investigative data.

Exhibit 1, Cole County RFP, 48.

The JACS tablets are further configured to be deployed within NCIC's InTouch Communications Suite to automatically detect keyword usage in messages and call records to prevent illicit behaviors (*an unsanctioned function*).

> c.   The proposed system should allow keyword searches for all transcribed records and text-based messages.
>
> **✡⊗NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**
>
> The proposed system allows grants the ability to detect certain keywords within messages and transcribed call records. The proposed system offers a standard dictionary of common keywords and offers the ability to supplement that standard dictionary with local slang and colloquialisms.
>
> The proposed Keyword Detection system operates as a "workforce multiplier" by allowing agencies and investigators to easily be routed to conversations of interest, which may otherwise never get listened to.

Exhibit 2, Yellowstone County RFP, 72.



Exhibit 2, Yellowstone County RFP, 72.

Exhibit 2, Yellowstone County RFP, 71.

| [1.7] | prevent a processor of the | The JACS tablets are configured to be deployed within NCIC's InTouch Communications Suite to |

| | | |
|---|---|---|
| | mobile device from executing operations related to the attempt to perform the unsanctioned function; and | terminate a detected three-way call. |

**3.10.24.3**   Automatically identify each 3-way call attempt and/or conversation without the investigator having to review the entire conversation, even if there are multiple 3-ways on the same call. The 3-way segment(s) can be isolated, sped up/slow down, replayed, copied, and forwarded via secure email without having to burn CD.

X̶NCIC̶ RESPONSE: READ, AGREE, AND WILL COMPLY.

When the system determines that a three-way or call forward has been attempted, a warning message can be played to the parties on the call (based on the preferences of the Facility), and the call record is permanently marked as a three-way attempt (providing administrators an easy way to go back and listen to the call). If required by Cole County, the system can be configured to terminate any detected three-way calls. However, we typically find that correctional agencies prefer to allow them to continue, to help gather valuable investigative data.

Exhibit 1, Cole County RFP, 48.

The JACS tablets are configured to be deployed within NCIC's InTouch Communications Suite to prevent additional unsanctioned functions by identifying illicit uses of the JACS tablets.

c.   The proposed system should allow keyword searches for all transcribed records and text-based messages.

X̶NCIC̶ RESPONSE: READ, AGREE, AND WILL COMPLY.

The proposed system allows grants the ability to detect certain keywords within messages and transcribed call records. The proposed system offers a standard dictionary of common keywords and offers the ability to supplement that standard dictionary with local slang and colloquialisms.

The proposed Keyword Detection system operates as a "workforce multiplier" by allowing agencies and investigators to easily be routed to conversations of interest, which may otherwise never get listened to.

Exhibit 2, Yellowstone County RFP, 72.

Infringement Claim Chart – U.S. Patent No. 10,721,624                                    Exhibit 14
PAGE 28



Exhibit 2, Yellowstone County RFP, 72.

Exhibit 2, Yellowstone County RFP, 71.

| [1.8] | an operating system (OS) | The JACS tablets include *an operating system (OS) barrier*. |

Infringement Claim Chart – U.S. Patent No. 10,721,624

Exhibit 14

PAGE 29

| barrier stored in the memory of the mobile device, the OS barrier configured to: | **7.   Inmate Tablets**<br>The facility is interested in systems that provide tablet computers to inmates for educational and entertainment purposes.<br><br>**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**<br><br>The proposed tablet has a heavy-duty exterior which is specifically designed for a correctional environment, allowing it to withstand a shock and/or drop test onto concrete. NCIC has used similar grade materials to the kinds used in bullet resistant glass, windows in correctional facilities, military applications, etc. This case protects the tablet from tampering, general damage, and contraband storage. NCIC has only allowed access through this secure case to critical hardware buttons such as the power button, volume buttons, and home button. Please see sample image of a NCIC tablet. <br><br>The proposed Inmate Tablet solution operates on a dedicated Wi-Fi network that does not allow access to external networks, websites, or applications. The tablet's wireless solution has various components that can be either wired to an extended switched ethernet network or can be fully meshed with other existing access points. At no time, will inmates be able to access the Operating Systems of the proposed Inmate Tablet solution. Prior to being deployed in correctional facilities, the proposed Tablets are subject to strenuous Penetration Testing methodologies to ensure that they are suitable for deployment in a correctional environment.<br><br>The proposed Tablets are essentially an extension of NCIC's wall-mounted kiosks, capable of offering video visitation services (if needed), standard inmate phone calling, messaging, grievances/ticketing, educational & rehabilitation program services, entertainment options, commissary ordering, inmate handbooks, law library, medical/mental health sick call requests; digital mail services and various other services, based on the preferences of facility administration.<br><br>Exhibit 2, Yellowstone County RFP, 66. |

Infringement Claim Chart – U.S. Patent No. 10,721,624                                    Exhibit 14
PAGE 30

**Our Service**

# Firmware Customization

JACS Solutions firmware customization services ensure businesses never settle for mass-produced products that don't quite fit their needs. Off-the-shelf products provide basic features and capabilities that only bandage problems rather than solve them. By building operating systems from the ground up, we can eliminate bloatware, implement security restrictions on application installation, and make other modifications to optimize performance. These capabilities allow us to deliver a purpose-built device that creates a solid and secure foundation for mobile operations.

Exhibit 25, JACS Website 4, 3.

 Highly Secure

With the ability to offer a higher level of control over the Android source code, JACS Solutions can exclude elements of the OS that will introduce vulnerabilities and security risks. This modification offers a more secure approach to the overall solution than off-the-shelf products and the standard MDM service.

Exhibit 25, JACS Website 4, 4.

| | | |
|---|---|---|
| | | The *OS barrier* is *stored in the memory of the mobile device* the custom build firmware is loaded on each device before shipping.<br><br>**CUSTOM BUILD ANDROID OPERATING SYSTEM**<br><br>JACS Solutions' customers have the option to have a customized Android OS created just for their business. The result? A highest level of device security, and a fast configuration-free deployment process.<br><br>Alternatively, customers can utilize their existing third-party MDM and configure their apps in the user partition. This approach is appropriate for businesses who don't desire the utmost level of device security, and who wish to continue using their existing process of working through a third-party MDM.<br><br>With a custom build device firmware:<br><br>• Apps can be installed to the system partition so they cannot be removed or modified<br>• Bloatware and unwanted consumer applications are removed from the OS build, minimizing vulnerabilities<br>• SystemULink and AD-Verity Security in Android can be modified to provide higher level of security<br>• Custom flash storage partitioning is performed to enhance device performance<br>• A custom launcher can be integrated to lock the device into a "kiosk mode" to prevent access to unauthorized applications<br>• Boot screen image, customer logo and customized wallpaper can be displayed during device boot up to increase brand awareness<br>• The custom build firmware is loaded on each device before shipping<br><br>Exhibit 21, JACS Website Archive, 2. |
| [1.9] | detect an attempt to access device settings of the mobile device by a user of the mobile device; and | The JACS tablets are specifically configured to *detect an attempt to access device settings of the mobile device by a user of the mobile device*.<br><br>**Our Service**<br><br>Firmware Customization<br><br>JACS Solutions firmware customization services ensure businesses never settle for mass-produced products that don't quite fit their needs. Off-the-shelf products provide basic features and capabilities that only bandage problems rather than solve them. By building operating systems from the ground up, we can eliminate bloatware, implement security restrictions on application installation, and make other modifications to optimize performance. These capabilities allow us to deliver a purpose-built device that creates a solid and secure foundation for mobile operations.<br><br>Exhibit 25, JACS Website 4, 3.<br><br>**Controlled User Experience**<br><br>When the device firmware is built from the ground up with its single purpose in mind, it provides a more straightforward and more controlled user experience. Users are unlikely to "accidentally" download unwanted apps or trigger unwarranted data usage. Controlled user experience also dramatically reduces the number of support calls as a result. |

Exhibit 21, JACS Website Archive, 2.



### Highly Secure

With the ability to offer a higher level of control over the Android source code, JACS Solutions can exclude elements of the OS that will introduce vulnerabilities and security risks. This modification offers a more secure approach to the overall solution than off-the-shelf products and the standard MDM service.

Exhibit 25, JACS Website 4, 4.

**Benefit**

# You're in Control

Reduce risk and limit vulnerabilities by restricting network and device access, preventing unwanted application installations, and performing over-the-air firmware and application updates.

Exhibit 27, JACS Website 6, 3.

On information and belief, the JACS tablets are configured to be deployed within NCIC's InTouch Communications Suite to detect an attempt to access device settings of the tablet. For example,

Infringement Claim Chart – U.S. Patent No. 10,721,624

Exhibit 14

PAGE 33

such detection may first occur when the tablets are subjected to "strenuous penetration testing methodologies." Additionally and alternatively, the modified firmware performs the detection on an ongoing basis given the "higher level of security" provided by the modified SystemUI.

### 7. Inmate Tablets

The facility is interested in systems that provide tablet computers to inmates for educational and entertainment purposes.

NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.

The proposed tablet has a heavy-duty exterior which is specifically designed for a correctional environment, allowing it to withstand a shock and/or drop test onto concrete. NCIC has used similar grade materials to the kinds used in bullet resistant glass, windows in correctional facilities, military applications, etc. This case protects the tablet from tampering, general damage, and contraband storage. NCIC has only allowed access through this secure case to critical hardware buttons such as the power button, volume buttons, and home button. Please see sample image of a NCIC tablet.



The proposed Inmate Tablet solution operates on a dedicated Wi-Fi network that does not allow access to external networks, websites, or applications. The tablet's wireless solution has various components that can be either wired to an extended switched ethernet network or can be fully meshed with other existing access points. At no time, will inmates be able to access the Operating Systems of the proposed Inmate Tablet solution. Prior to being deployed in correctional facilities, the proposed Tablets are subject to strenuous Penetration Testing methodologies to ensure that they are suitable for deployment in a correctional environment.

The proposed Tablets are essentially an extension of NCIC's wall-mounted kiosks, capable of offering video visitation services (if needed), standard inmate phone calling, messaging, grievances/ticketing, educational & rehabilitation program services, entertainment options, commissary ordering, inmate handbooks, law library, medical/mental health sick call requests; digital mail services and various other services, based on the preferences of facility administration.

Exhibit 2, Yellowstone County RFP, 66.

Infringement Claim Chart – U.S. Patent No. 10,721,624                                    Exhibit 14
PAGE 34

<table>
<tr>
<td colspan="2"></td>
<td>

**CUSTOM BUILD ANDROID OPERATING SYSTEM**

JACS Solutions' customers have the option to have a customized Android OS created just for their business. The result? A highest level of device security, and a fast configuration-free deployment process.

Alternatively, customers can utilize their existing third-party MDM and configure their apps in the user partition. This approach is appropriate for businesses who don't desire the utmost level of device security, and who wish to continue using their existing process of working through a third-party MDM.

With a custom build device firmware:

- Apps can be installed to the system partition so they cannot be removed or modified
- Bloatware and unwanted consumer applications are removed from the OS build, minimizing vulnerabilities
- SystemUI.apk and AD-Verity Security in Android can be modified to provide higher level of security
- Custom flash storage partitioning is performed to enhance device performance
- A custom launcher can be integrated to lock the device into a "kiosk mode" to prevent access to unauthorized applications
- Boot screen image, customer logo and customized wallpaper can be displayed during device boot up to increase brand awareness
- The custom build firmware is loaded on each device before shipping

Exhibit 21, JACS Website Archive, 2.
</td>
</tr>
<tr>
<td>[1.10]</td>
<td>prevent, at a kernel of an operating system operating on the mobile device, the processor of the mobile device from executing operations that attempt to access or alter the device settings of the mobile device;</td>
<td>

The JACS tablets are configured to prevent the processor *from executing operations that attempt to access or alter the device settings of the tablet*.

**Our Service**

# Firmware Customization

JACS Solutions firmware customization services ensure businesses never settle for mass-produced products that don't quite fit their needs. Off-the-shelf products provide basic features and capabilities that only bandage problems rather than solve them. By building operating systems from the ground up, we can eliminate bloatware, implement security restrictions on application installation, and make other modifications to optimize performance. These capabilities allow us to deliver a purpose-built device that creates a solid and secure foundation for mobile operations.

Exhibit 25, JACS Website 4, 3.

**Controlled User Experience**

When the device firmware is built from the ground up with its single purpose in mind, it provides a more straightforward and more controlled user experience. Users are unlikely to "accidentally" download unwanted apps or trigger unwarranted data usage. Controlled user experience also dramatically reduces the number of support calls as a result.

Exhibit 21, JACS Website Archive, 2.
</td>
</tr>
</table>

Infringement Claim Chart – U.S. Patent No. 10,721,624                    Exhibit 14
PAGE 35

 **Highly Secure**

With the ability to offer a higher level of control over the Android source code, JACS Solutions can exclude elements of the OS that will introduce vulnerabilities and security risks. This modification offers a more secure approach to the overall solution than off-the-shelf products and the standard MDM service.

Exhibit 25, JACS Website 4, 4.

**Benefit**

You're in Control

Reduce risk and limit vulnerabilities by restricting network and device access, preventing unwanted application installations, and performing over-the-air firmware and application updates.

Exhibit 27, JACS Website 6, 3.



**CUSTOM BUILD ANDROID OPERATING SYSTEM**

JACS Solutions' customers have the option to have a customized Android OS created just for their business. The result? A highest level of device security, and a fast configuration-free deployment process.

Alternatively, customers can utilize their existing third-party MDM and configure their apps in the user partition. This approach is appropriate for businesses who don't desire the utmost level of device security, and who wish to continue using their existing process of working through a third-party MDM.

With a custom build device firmware:

- Apps can be installed to the system partition so they cannot be removed or modified
- Bloatware and unwanted consumer applications are removed from the OS build, minimizing vulnerabilities
- SystemUI.apk and AD-Verity Security in Android can be modified to provide higher level of security
- Custom flash storage partitioning is performed to enhance device performance
- A custom launcher can be integrated to lock the device into a "kiosk mode" to prevent access to unauthorized applications
- Boot screen image, customer logo and customized wallpaper can be displayed during device boot up to increase brand awareness
- The custom build firmware is loaded on each device before shipping

Exhibit 21, JACS Website Archive, 2.

On information and belief, the prevention occurs *at a kernel of an operating system operating on the mobile device* in the customized Android OS. *See* '924 patent, 11:43-45 (describing a *kernel* as a "software module that controls the interactions between applications and the mobile device hardware).

**WHY CUSTOM BUILD FIRMWARE?**

**Highly Secure**

With traditional MDM software, it is still possible to exploit the underlying vulnerabilities in the operating system. A custom build firmware excludes all the functionalities and apps not required for the end solution from the beginning. As a result, there is typically no need to apply security patches to the operating system or address threats after the fact.

**Easy to Deploy**

Configuring each device is time and resource consuming. By customizing the firmware at the OS level, it eliminates the need to set each device manually. Every device is ready to be deployed out of the box, saving cost and time on field deployment.

**Controlled User Experience**

When the device firmware is built from the ground up with its single purpose in mind, it provides a more straightforward and more controlled user experience. Users are unlikely to "accidentally" download unwanted apps or trigger unwarranted data usage. Controlled user experience also dramatically reduces the number of support calls as a result.

Exhibit 21, JACS Website Archive, 2.

The JACS tablets are configured to be deployed within NCIC's InTouch Communications Suite to prevent the processor from executing operations that attempt to access or alter the device settings of the tablet.

Infringement Claim Chart – U.S. Patent No. 10,721,624                                                          Exhibit 14
PAGE 37

<table>
<tr>
<td></td>
<td></td>
<td>

**7. Inmate Tablets**
The facility is interested in systems that provide tablet computers to inmates for educational and entertainment purposes.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

The proposed tablet has a heavy-duty exterior which is specifically designed for a correctional environment, allowing it to withstand a shock and/or drop test onto concrete. NCIC has used similar grade materials to the kinds used in bullet resistant glass, windows in correctional facilities, military applications, etc. This case protects the tablet from tampering, general damage, and contraband storage. NCIC has only allowed access through this secure case to critical hardware buttons such as the power button, volume buttons, and home button. Please see sample image of a NCIC tablet.

The proposed Inmate Tablet solution operates on a dedicated Wi-Fi network that does not allow access to external networks, websites, or applications. The tablet's wireless solution has various components that can be either wired to an extended switched ethernet network or can be fully meshed with other existing access points. At no time, will inmates be able to access the Operating Systems of the proposed Inmate Tablet solution. Prior to being deployed in correctional facilities, the proposed Tablets are subject to strenuous Penetration Testing methodologies to ensure that they are suitable for deployment in a correctional environment.

The proposed Tablets are essentially an extension of NCIC's wall-mounted kiosks, capable of offering video visitation services (if needed), standard inmate phone calling, messaging, grievances/ticketing, educational & rehabilitation program services, entertainment options, commissary ordering, inmate handbooks, law library, medical/mental health sick call requests; digital mail services and various other services, based on the preferences of facility administration.

Exhibit 2, Yellowstone County RFP, 66.

</td>
</tr>
<tr>
<td>[1.11]</td>
<td>wherein the unsanctioned function includes exchanging data with an unsanctioned source outside of a controlled environment facility; and</td>
<td>The JACS tablets are configured to be deployed within NCIC's InTouch Communications Suite to detect a three-way call (*an unsanctioned function*).Three-way calling involves the exchange of data with *an unsanctioned source outside of a controlled environment facility*.</td>
</tr>
</table>

Infringement Claim Chart – U.S. Patent No. 10,721,624                                    Exhibit 14

PAGE 38

| | | |
|---|---|---|
| | | **3.10.24.3**   Automatically identify each 3-way call attempt and/or conversation without the investigator having to review the entire conversation, even if there are multiple 3-ways on the same call.  The 3-way segment(s) can be isolated, sped up/slow down, replayed, copied, and forwarded via secure email without having to burn CD.<br><br>XXXNCIC RESPONSE: READ, AGREE, AND WILL COMPLY.<br><br>When the system determines that a three-way or call forward has been attempted, a warning message can be played to the parties on the call (based on the preferences of the Facility), and the call record is permanently marked as a three-way attempt (providing administrators an easy way to go back and listen to the call). If required by Cole County, the system can be configured to terminate any detected three-way calls. However, we typically find that correctional agencies prefer to allow them to continue, to help gather valuable investigative data.<br><br>Exhibit 1, Cole County RFP, 48. |
| [1.12] | wherein the device settings of the mobile device include a wireless access point setting. | On information and belief, JACS's firmware prevents alteration of device settings and specifically, the wireless access point to which a device connects.<br><br><br><br>Exhibit 22, JACS Website 1, 3. |

The JACS Solution

The system administrators of correctional facilities need a secure device that supports programs for prisoners to stay connected to family members, loved ones, and support networks, while maintaining the safety of both the incarcerated and correctional staff.

JACS Solutions TR series ruggedized tablets are custom-built for use in challenging environments where delivering wireless connectivity safely and securely is a priority. With options for Wi-Fi only and Private LTE network operation, technology partners and system administrators can maintain complete control of the devices on their networks. The tablets are built with locked-down firmware and available in a customized, tamper-proof interface and casing to eliminate improper use in secure environments.

Infringement Claim Chart – U.S. Patent No. 10,721,624                                        Exhibit 14
PAGE 39

| | | |
|---|---|---|
| | | **7. Inmate Tablets**<br>The facility is interested in systems that provide tablet computers to inmates for educational and entertainment purposes.<br><br>**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**<br><br>**The proposed tablet has a heavy-duty exterior which is specifically designed for a correctional environment, allowing it to withstand a shock and/or drop test onto concrete. NCIC has used similar grade materials to the kinds used in bullet resistant glass, windows in correctional facilities, military applications, etc. This case protects the tablet from tampering, general damage, and contraband storage. NCIC has only allowed access through this secure case to critical hardware buttons such as the power button, volume buttons, and home button. Please see sample image of a NCIC tablet.** <br><br>**The proposed Inmate Tablet solution operates on a dedicated Wi-Fi network that does not allow access to external networks, websites, or applications. The tablet's wireless solution has** various components that can be either wired to an extended switched ethernet network or can be fully meshed with other existing access points. At no time, will inmates be able to access the Operating Systems of the proposed Inmate Tablet solution. Prior to being deployed in correctional facilities, the proposed Tablets are subject to strenuous Penetration Testing methodologies to ensure that they are suitable for deployment in a correctional environment.<br><br>The proposed Tablets are essentially an extension of NCIC's wall-mounted kiosks, capable of offering video visitation services (if needed)**,** standard inmate phone calling, messaging, grievances/ticketing, educational & rehabilitation program services, entertainment options, commissary ordering, inmate handbooks, law library, medical/mental health sick call requests; digital mail services and various other services, based on the preferences of facility administration.<br><br>Exhibit 2, Yellowstone County RFP, 66. |

**EXHIBIT 15**













# Good Evening, Ncic

Select an application below to get started


Chat


Video Visit


Account


Contact

 Home

 Chat



 Visits

 Account



**EXHIBIT 16**

The Wayback Machine - https://web.archive.org/web/20160225223443/http://www.ncic.com:80/ice.htm



## I.C.E... The Total Inmate Telephone System

The ICE platform runs exclusively on a VoIP-based centralized platform located in Longview, Texas. An ample amount of bandwidth is provided at the jail to allow all phones to be used simultaneously, so facilites will never experience call blocking during peak calling hours. Additionally, we utilized three separate outbound carriers from our switch which allows emergency roll-over in the case of one of our carriers having technical issues. In the past, many providers "concentrated" their phone lines in order to save on the cost of phone lines, but since the advent of VoIP there is no additional cost to allow all phones to operate at the same time.

ICE utilizes redundant Cisco ASA Firewalls. These firewalls are constantly updated to ensure any known vulnerabilities are resolved. Our network is PCI compliant which means the system undergoes quarterly scans to ensure there are no known vulnerabilities. Any issues found require immediate attention in order to maintain PCI compliance.

All changes made to the data either by the user interface or directly are logged along with the IP address and username of the person making the

**First Class Features**

**Investigative tools**

- Live monitoring
- Call detail storing for up to 5 years with no archival
- Easy-to-use HTML5 audio player
- Data mining system (to find commonalities of inmates and called parties)
- Importing of previous provider's call history / recordings
- Google maps of destination number
- Reverse Lookup of destination number
- DTMF digit collection for analysis

**Security**

- ECHO™ Voice Biometrics
- Call thresholding
- Threeway Call Detection

**Unique Features**

- Real Time Prepaid Account Setup
- Network Monitoring System
- Inmate Voicemail
- Broadcast messaging
- PREA, CrimeTips and Grievance notification system
- Inmate Customer Service Voicemail System
- Commissary calling
- Web interface
- Kiosk and commissary software
- JMS

NCIC - Inmate Telephone System

change. For increased security, database
permissions are limited to only key personnel
who have access to view/modify the data
directly.

- Time of Day announcements for inmates
- Inmate Information Line
- Jailer / Guard Check In
- Collect calling to Mexico
- Web-based account management tool for family.



P.O. Box 551, Longview, TX 75606 | info@ncic.com | 903-757-4455 | 888-686-3699



**EXHIBIT 17**



Home    <u>Correctional Staff</u>    About Us    Resources ⌄

## Inmate Call Engine

The Inmate Call Engine platform is designed to be a user-friendly system that offers first class features and advanced technology to your agency to help streamline the workload of your facility.

| VOICE BIOMETRICS, TRANSCRIPTION & TRANSLATION | CALL THRESHOLDING | THREE-WAY CALL DETECTION |
|---|---|---|
|  |  |  |
| Analyzing unique voice characteristics enhances security and identifies PIN theft and PIN sharing. | Allow for controlled access of outside agencies to their recordings only. | Easily identify three-way calls with the option to flag or terminate. |

### The Total Inmate Telephone System
# Inmate Call Engine

The Inmate Call Engine platform runs exclusively on a VoIP-based centralized platform located in Longview, Texas so there is no need to install a server in your facility. NCIC sets the system up with an ample amount of bandwidth at the jail to allow all phones to be used simultaneously, so facilities will never experience call blocking during peak calling hours. Additionally, we utilized three separate outbound carriers from our switch which allows emergency roll-over in the case of one of our carriers having technical issues.

All changes made to the data, either directly or through the user interface, are recorded to the log along with the IP address and username of the person making the change. For increased security, database permissions are limited to only key personnel who have access to view or modify the data directly. Inmate Call Engine utilizes redundant Cisco® ASA Firewalls. These firewalls are constantly updated to ensure any known vulnerabilities are resolved.

Our network is PCI compliant which means the system undergoes quarterly scans to ensure there are no known vulnerabilities. Any issues found require immediate attention in order to maintain PCI compliance.

## First Class Features

# Investigative Tools



### LIVE MONITORING
Monitor phone calls in real time, even from your cell phone.

### CALL DETAILS STORAGE
Store for up to 7 years without need for archival.

### HTML5 AUDIO PLAYER
Easy-to-use tool allows you to listen to audio anywhere via the web.

### DATA MINING SYSTEM
Find commonalities between inmates and called parties.

### DESTINATION CALL MAPPING
View a Google Map showing the residence of the family or friend who set up an account for the inmate.

### REVERSE LOOKUP
Identity details about the destination number, including associated address.

### DTMF DIGIT COLLECTION
Improved analysis through data collection.

### INVESTIGATIVE ALERTS
Set a range of helpful alerts that can be received by your investigative staff by phone call, email or text.

## First Class Features

# Unique And Powerful Features

Discover the powerful features that the Inmate Call Engine and InTouch suite offers for facility staff, inmates, and family and friends. Balancing the day-to-day tracking of inmates, facility management, and interactions with the public can be a complicated task on the best days. NCIChas built tools to make these interactions and tasks more efficient and easier to access. This will not only increase the safety of your facility, but also positively affect your budget.

**VOICE TRANSCRIPTION / KEYWORD ALERTS**

Voice Transcription of all telephone calls allows for keyword searching, alerts and automated delivery of keyword detection reports.

**VOICE BIOMETRICS**

Biometric printing of inmate voices to detect fraudulent use of inmate calling accounts.

**POSTAL MAIL AND DOCUMENT SCANNING**

Postal Mail and Document scanning allows the facility to provid email from family & friends, while eliminating incoming contraband.

**VIDEO VISITATION (ONSITE AND OFFSITE)**

**NETWORK MONITORING SYSTEM**

Monitor all communications (calls, video visits and messages) from any location or device that has internet access.

**INMATE VOICEMAIL**

Families can leave secure voicemails for inmates to listen to. Messages can be monitored by staff as well.

**INMATE CUSTOMER SERVICE VOICEMAIL**

Inmates can leave a voice message directly with NCIC's support team to assist with certain issues.

**BROADCAST MESSAGING**

**INMATE INFORMATION LINE**

Families can call a designated number to speak with a live operator to receive a range of inmate-related information, such as bond information, visitation hours and release date.

**JAILER / GUARD CHECK IN**

Jail staff can enter a secure code into the phone in each housing area to confirm cell checks.

**COLLECT CALLING TO MEXICO**

Inmates can call family members in Mexico for a low, per-minute collect call rate.

**EDUCATIONAL TABLETS**

Tablets are used for the education and rehabilitation of inmates and can provide

Inmates can visit with family members from their housing areas. Families can visit from the convenience of their home using their computer, tablet or smartphone

**PAPERLESS JAIL COMMUNICATIONS**

Paperless jail communications include inmate ticketing (grievances, requests etc.) and staff-to-detainee communications.

**SECURE INMATE MESSAGING**

Secure Inmate Messaging offers another form of communication between inmates and their friends and families.

**NO-WAIT PREPAID ACCOUNT SETUP**

Real-Time setup of a PrePaid accounts allows users to begin receiving calls immediately.

**EASY ACCOUNT MANAGEMENT FOR FAMILY**

Families can manage their PrePaid Accounts via the web from any location. NCIC's custom smartphone app is also available on the iTunes and Google Play stores.

Authorized staff can leave secure messages for inmates to listen to before they can make a phone call.

**PREA, CRIME TIPS AND GRIEVANCE NOTIFICATIONS**

Speed Dials can be set up enabling inmates / CI's to leave a message for jail staff or investigators, or for PREA and general requests.

**COMMISSARY CALLING**

Inmates can place commissary orders directly from the phones in their housing areas.

**KIOSK AND COMMISSARY SOFTWARE**

Integrate with Kiosk and Commissary for deposit convenience for friends and families.

**TIME OF DAY ANNOUNCEMENTS**

Inmate Tablets: Tablets are used for the education of inmates and can provide another secure, recorded communication device.

**JAIL MANAGEMENT SYSTEM (JMS)**

NCIC's communications systems integrate seamlessly with yourJMS.

another secure, recorded communication device.

**WEB INTERFACE**

Access Inmate Call Engine features via the user-friendly interface from any internet-connected device.

**CLOUD-BASED STORAGE**

Cloud-based storage systems that holds inmate call recordings for up to 7 seven years.

**LOBBY DEPOSIT KIOSKS**

Lobby Deposit Kiosks for phone and commissary payments, along with Video Visitation scheduling.

**VIDEO ARRAIGNMENT**

Video Arraignment allows video communications between the courts and inmates, increasing safety by eliminating the need to transport inmates from jails to courtrooms.

---

## Additional Security Products offered by NCIC

- Body scanners to eliminate the trafficking of contraband cell phones and other illegal items.
- Mobile ferrous metal detectors to eliminate the trafficking of contraband cell phones and metal weapons.

---



| Mailing Address | Contact Us | Links | |
|---|---|---|---|
| PO Box 551 | Email: info@ncic.com | NCIC Portal | Inmate Deposits |
| Longview, Texas 75606 | Phone: 800-943-2189 | State List | Inmate Phone |
| | Intl Callers: 903-247-0069 | Her Majesty's Prison | Service |

Copyright © NCIC - All Rights Reserved

**EXHIBIT 18**



# NCIC Messaging

**Step 1**

## Create Vistor Account (Click Here)

**Step 2**

## Select Facility

**Step 3**

## Select Inmate



Click to see if Messaging is available



**Mailing Address**

PO Box 551
Longview, Texas
75606

**Contact Us**

Email: info@ncic.com
Phone: 800-943-2189
Intl Callers: +1-903-
247-0069

**Links**

NCIC Portal
State List
Her Majesty's
Prison

Inmate
Deposits
Inmate Phone
Service
Accessibility

Copyright © NCIC - All Rights Reserved

**EXHIBIT 19**



(en-US) English



# Welcome

Facilities We Service

Login with Email Address or Phone Number?

| Email Address | Phone Number |
|---|---|

Email Address

example@address.com

Password

••••••••••                                      👁

Forgot Password? Click Here to Reset

Login

Need to Register?

Register Now

**EXHIBIT 20**

**REDACTED IN ITS ENTIRETY**

**EXHIBIT 21**

The Wayback Machine - https://web.archive.org/web/20181111063219/http://www.jacs-solutions.com:80/software-customization/



- PRODUCTS
  - 4G LTE TABLETS
    - TT800Q
    - TT800V
  - RUGGED TABLETS
  - ANDROID POE TOUCH
  - WI-FI® TABLETS
  - ANDROID TOUCH DISPLAYS
- SERVICES
  - HARDWARE CUSTOMIZATION
  - SOFTWARE CUSTOMIZATION
  - REMOTE DEVICE MANAGEMENT
- INDUSTRIES
  - TRANSPORTATION
  - HEALTHCARE
  - MANUFACTURING
  - RETAIL AND HOSPITALITY
  - PUBLIC SECTOR
  - ENERGY
- WHY JACS
- SUPPORT
  - FAQ
  - HELPDESK
- ABOUT US
  - NEWS AND EVENTS
  - PARTNERS
  - CAREERS
- CONTACT US

- SEARCH
  - Search…

Revolution Slider Error: You have some jquery.js library include that comes after the revolution files js include.
This includes make eliminates the revolution slider libraries, and make it not work.

To fix it you can:
   1. In the Slider Settings -> Troubleshooting set option: **Put JS Includes To Body** option to true.
   2. Find the double jquery.js include and remove it.

**Purpose-built devices are one of the best answers to ensure data security and controlled user experiences.** The rising needs of IoT initiatives and M2M
demand businesses to put greater emphasis on data security and control of user experience on mobile devices. BYOD (Bring Your Own Device) solutions usually

lack the required protection and oversight. JACS Solutions provides device firmware customization to transform our commercial grade Android and Windows devices into purpose-built, highly secured dedicated business tools that are easy to deploy and easy to maintain.



## CUSTOM BUILD ANDROID OPERATING SYSTEM

JACS Solutions' customers have the option to have a customized Android OS created just for their business. The result? A highest level of device security, and a fast configuration-free deployment process.

Alternatively, customers can utilize their existing third-party MDM and configure their apps in the user partition. This approach is appropriate for businesses who don't desire the utmost level of device security, and who wish to continue using their existing process of working through a third-party MDM.

With a custom build device firmware:

- Apps can be installed to the system partition so they cannot be removed or modified
- Bloatware and unwanted consumer applications are removed from the OS build, minimizing vulnerabilities
- SystemUI.apk and AD-Verity Security in Android can be modified to provide higher level of security
- Custom flash storage partitioning is performed to enhance device performance
- A custom launcher can be integrated to lock the device into a "kiosk mode" to prevent access to unauthorized applications
- Boot screen image, customer logo and customized wallpaper can be displayed during device boot up to increase brand awareness
- The custom build firmware is loaded on each device before shipping

## WHY CUSTOM BUILD FIRMWARE?

### Highly Secure

With traditional MDM software, it is still possible to exploit the underlying vulnerabilities in the operating system. A custom build firmware excludes all the functionalities and apps not required for the end solution from the beginning. As a result, there is typically no need to apply security patches to the operating system or address threats after the fact.

### Easy to Deploy

Configuring each device is time and resource consuming. By customizing the firmware at the OS level, it eliminates the need to set each device manually. Every device is ready to be deployed out of the box, saving cost and time on field deployment.

### Controlled User Experience

When the device firmware is built from the ground up with its single purpose in mind, it provides a more straightforward and more controlled user experience. Users are unlikely to "accidentally" download unwanted apps or trigger unwarranted data usage. Controlled user experience also dramatically reduces the number of support calls as a result.

### Tamper proof purpose-built devices with customized software

Contact Us

ABOUT US

JACS Solutions is a leader in providing customized and secured smart devices and solutions for enterprises, integrators and VARs to meet their needs in mobile enterprise, M2M and IoT. We design, manufacture and provide end-to-end support on enterprise-grade smart devices and displays.

RECENT POSTS

- Sales Engineer
- ATA Management Conference & Exhibition
- JACS Launches AT&T Certified TT800Q Tablet
- Mobile World Congress Americas
- JACS Solutions Receives Accreditation for ISO9001:2015

RECOMMENDED PAGES

- TT800Q
- Verizon TT800V
- Rugged Tablets
- Power over Ethernet (PoE) Devices
- Wi-Fi® Tablets
- Hardware Customization
- Software Customization
- Remote Device Management

CONTACT US

JACS SOLUTIONS HEADQUARTERS
8808 Centre Park Dr., Suite 305
Columbia, MD 21045, USA
+1 443 718 4333 (general)
+1 443 718 4333 ext. 8003 (support)
+1 (866) 723-3050 (fax)

© 2018 JACS Solutions All rights reserved

Search…

**EXHIBIT 22**

10/13/22, 5:05 PM
Reducing recidivism among the incarcerated with secure wireless technologies - JACS Solutions
Case 1:23-cv-00500-MN Document 2-6 Filed 05/08/23 Page 69 of 208 PageID #: 748



🏠(https://www.jacs-solutions.com/)  ::  Use Cases(/iot-solutions/use-cases/)  ::  Reducing recidivism among the incarcerated with secure wireless technologies

# Reducing recidivism among the incarcerated with secure wireless technologies

**Providing connections to family members, loved ones, and support networks**

Remaining connected to the outside world is a crucial part of the rehabilitation process for the incarcerated. Providing the interned with safe ways to communicate with their family, friends, and loved ones—as well as legal counsel, educational programs, and employment opportunities—reduces recidivism. The custom-built devices used in this challenging environment must prioritize connectivity while remaining digitally and physically secure.

Skip to main content



# Challenge

Time doesn't stop for people serving sentences in federal and state correctional facilities. A critical component to reducing recidivism, improving mental and physical health, and promoting reform and rehabilitation is offering services that maintain contact between incarcerated people and their families. However, in many instances people serve their time far from home where visitation access is limited. As a supplement to in-person visitation, facilities are adopting video calling and emerging technologies as a way to maintain a positive association between family contact and outcomes including in-prison behavior, measures of health, and re-conviction after release.

Correctional technology partners delivering these services for penal institutions require uniquely customized devices that can be trusted in the hands of prisoners and are engineered to prioritize security, prohibit tampering, and eliminate non-traditional or harmful use. Due to the challenging environment in which these devices are being deployed, technology partners need a connected device that can operate on private networks and in secure facilities where it sees heavy use.

Skip to main content



# The JACS Solution

The system administrators of correctional facilities need a secure device that supports programs for prisoners to stay connected to family members, loved ones, and support networks, while maintaining the safety of both the incarcerated and correctional staff.

JACS Solutions TR series ruggedized tablets are custom-built for use in challenging environments where delivering wireless connectivity safely and securely is a priority. With options for Wi-Fi only and Private LTE network operation, technology partners and system administrators can maintain complete control of the devices on their networks. The tablets are built with locked-down firmware and available in a customized, tamper-proof interface and casing to eliminate improper use in secure environments.

See Our Tablets(https://www.jacs-solutions.com/iot-solutions/platforms/customizable-tablets/)

**Get in Touch**

## Want to learn more about JACS Solutions? We'd love to hear from you.

Skip to main content

First name*

Last name*

Email*

Phone number

Company name*

How may we help you?*

Please Select

Anything else we should know?

☐ **I'd like to receive JACS news & updates**

protected by reCAPTCHA
Privacy · Terms

Submit

**EXHIBIT 23**



# When off the shelf is off the table

JACS Solutions Inc. is a global provider of custom connectivity solutions for industrial and enterprise Internet-of-Things (IoT) applications. JACS partners with clients to design, manufacture, and deploy connected devices and integrated solutions that make essential business operations smarter, more reliable, and more efficient by reducing risks and vulnerabilities that are inherent with off-the-shelf, consumer-grade products.

Select Industry

Get Started

Skip to main content



**IoT Solutions**

# Tailored IoT Solutions

Experts in cellular, Wi-Fi, and Private LTE, we deliver fully customized IoT solutions that address organizational challenges and enable future business models across diverse industry sectors.

Our Technologies(/technologies)

Skip to main content

IoT Solutions | Customized IoT Solutions | Page 76 of 208



**Where We Specialize**

# Hardware and Firmware Customization

Our innovative approach to customization of hardware, firmware, and software maximizes both physical and data security of devices and provides technology managers with total control over what users and applications connect to their networks.

Our Services(/iot-solutions/services)

Skip to main content



**JACS Platforms**

# Portfolio of Customized Solutions

Built on a portfolio of platforms that includes conventional and ruggedized tablets, connectivity solutions, touch displays, and more, our solutions have been proven to lower total cost of ownership, improve productivity, minimize operational downtime, and address privacy and security concerns in today's always-connected business environment.

Select Platform

Get Started

Skip to main content

Case 1:23-cv-00500-MN    Document 2-6    Filed 05/08/23    Page 78 of 208 PageID #: 757



Why JACS

# Leader in Maximizing Everyday Operations for Enterprises

### Secure

Protect your operations with locked-down firmware, encrypted data transfer and a tamper-proof interface.

### Connected

Modernize and transform your infrastructure by connecting people and devices from anywhere.

### Productive

Keep your equipment and workforce connected and productive so you can always make the right business decisions at the right time.

### Customizable

Solutions that meet your exact specifications, from hardware and display requirements to customizable accessories.

### Total Cost of Ownership

Reduce cost of ownership with a solution that is built to last and designed to maximize productivity without interruption.

### Enterprise and Industrial Grade

Solutions purpose-built to withstand even the harshest environments, whether in a facility, on the road, or in the field.

## 55+

### Countries

Serving customers all over the world.

## 2,000,000+

### Devices Deployed

Helping businesses do more, more often.

Skip to main content

Use Cases

# Use Cases

**See Use Cases   (/iot-solutions/use-cases/)**





## Reducing recidivism among the incarcerated with secure wireless technologies

Learn how correctional facilities are reducing recidivism with secure wireless technologies that provide connections to family members, loved ones, and support networks.

**Continue Reading**

**(https://www.jacs-solutions.com/case/reducing-recidivism-among-the-incarcerated-with-secure-wireless-technologies/)**

## Internet connectivity for remote patient monitoring

Secure and reliable Internet connectivity of medical devices for remote patient monitoring is critical so that healthcare providers to access data they need...

**Continue Reading**

**(https://www.jacs-solutions.com/case/internet-connectivity-for-remote-patient-monitoring/)**



## Mobile workstation for warehouses and distribution centers

Using smart devices in warehouses and distribution centers enables companies to share large amounts of data quickly, leading to improved operations and less...

Skip to main content

**Continue Reading**

**(https://www.jacs-solutions.com/case/mobile-workstation-**

**for-warehouses-and-distribution-centers/)**

# Solutions Stories

**Explore All Articles  (https://www.jacs-solutions.com/solutions-stories/)**





## 4 Key Takeaways from the 2021 GSMA Climate Action Report

August 8, 2022 — Four key takeaways from the 2021 Mobile Net Zero climate action report released by the GSMA.

**Continue Reading**

**(https://www.jacs-solutions.com/4-key-takeaways-from-the-2021-gsma-climate-action-report/)**

## Building Durable Mobile Devices for Use in Tough Industries

June 24, 2022 — Building durable mobile devices for use in tough industries is a multi-step process.

**Continue Reading**

**(https://www.jacs-solutions.com/building-durable-mobile-devices-for-use-in-tough-industries/)**



Why Are Schools Investing in Private

Skip to main content

LTE Technology?

May 31, 2022 — As demand for flexible learning grows, education is one business sector that stands to benefit from the adoption of Private LTE technology.

**(https://www.jacs-solutions.com/why-are-schools-investing-in-private-lte-technology/)** Continue Reading

**EXHIBIT 24**

⌂(https://www.jacs-solutions.com/)  ::  Support(https://www.jacs-solutions.com/support/)  ::  FAQs

# FAQs

Below you'll find answers to some of the most commonly asked questions about JACS Solutions and our platforms, products, and services. This Q&A will help you get to know JACS a little better and understand more about how we work with our customers.

We work hard to ensure our customers and partners have the information and technical support they need to resolve questions quickly and make the experience of working with JACS a great one. If you don't see your question listed below, please reach out. We're happy to help.

## General

### So JACS is a tablet company, right?                                                     −

Yes and no. JACS builds IoT solutions that enable our customers' digital transformation initiatives, connected workflows, and smart applications. Our extensive technology toolkit and global R&D expertise allows us to create platforms that are highly-customizable to address critical business needs. And yes, sometimes those devices are tablets.

### What do you mean when you say custom solutions?                                         −

JACS provides hardware, firmware, services, and accessories that are integrated with end-to-end solutions for IoT applications. Each solution is built to the specific requirements of our customers who often find that off-the-shelf products fall short in terms of performance, reliability, product lifecycle, and security.

### How are JACS solutions used?                                                            −

JACS has deployed custom solutions in healthcare, education, transportation, logistics, retail & hospitality, enterprise
Skip to main content businesses, the public sector, and more. If your business or organization requires connectivity to enable applications in stationary or mobile environments, we can provide a solution that will work for you.

**How do I know if I need a custom solution instead of an off-the-shelf product?**    —

If you're deploying technology solutions into your enterprise, education, healthcare, or other work environment and have specific concerns about data privacy, security, physical damage, reliable network connectivity, or productivity, you'll likely want to consider a custom solution over an off-the-shelf product that is built for mass adoption and consumer use.

## Platforms and Devices

**What makes JACS devices different from consumer-grade products?**    —

JACS understands that one size does not fit all and that enterprise technology must meet a higher standard than consumer products. From reducing security vulnerabilities to ruggedizing devices for use in tough environments, JACS devices are purpose-built for business.

**Can I use JACS devices with my current wireless carrier?**    —

Generally, yes. JACS has close relationships with wireless network operators in many countries around the world. We work closely with them to certify devices for use on their networks and we can also provide devices that are network agnostic. Just a couple of examples are the JACS TT800V tablet certified by Verizon Wireless, and TT800Q certified by AT&T.

**What other options do I have for connecting my device to the internet?**    —

In addition to certifying devices for use on publicly available cellular networks, JACS devices may include Wi-Fi connectivity as well as the capability to connect to private mobile networks using frequency bands allocated for use by enterprises operating their own networks and neutral host providers.

**Besides devices, what products does JACS provide?**    —

JACS platforms are built at the component level so we have the ability to create just about anything to be used in an IoT environment. Some examples of what we've developed are tablets, connectivity solutions that include LTE USB dongles and mobile hotspots, Internet-enabled touch displays, and charging carts for all sorts of devices.

Skip to main content

## Will my JACS products work outdoors or in harsh conditions?                    —

JACS offers several options for ruggedizing your devices. We have deployed both rugged and semi-rugged devices to enterprise customers in a number of different industries where drops, vibrations, dust, and heavy use may impact product life. We can also provide enclosures and cases that will protect devices.

## Are all JACS products listed on the website?                    —

Since JACS specializes in custom solutions for each client, we are not really a "product" company. Though you may see products on our website, they're really just representative samples of what our platforms can become. We're happy to offer those products to you, but the customization possibilities are endless.

# Technical Q&A

## Will JACS solutions support my company's applications?                    —

Yes. When we develop a solution for you, we will include firmware customizations that lockdown devices to restrict some applications and allow others. We can also provide you with the tools necessary to manage these permissions on your own.

## How does JACS help me with security and privacy?                    —

JACS understands that data security and privacy are critical concerns in a connected world and that your business cannot accept unnecessary risks. That's why we offer many security and privacy-related capabilities including locking down device firmware; enabling or disabling Google Management Services (GMS), and providing secure modes of connectivity like LTE and Wi-Fi. Our team of engineers and solutions architects will work closely with you to understand what is needed in your JACS-built solution.

## What operating system do JACS tablets use?                    —

Skip to main content

Most JACS devices run a custom version of Android (Android version 5 and later). Our team also has the ability to build solutions that run Windows IoT if that is needed for your business. Just like our hardware, we will customize the operating system for you to ensure that you have exactly what you need.

---

### How can I tell what operating system version is running on my JACS devices?    −

To find the software version of your Android device, go to Settings, tap About Device, and look for the Kernel version.

---

### Can I remotely manage and update my JACS devices?    −

If you would like, JACS will include our Over-The-Air (OTA) service to manually or automatically install the most up-to-date software version for your devices. We also have several partners from whom you may purchase and install Mobile Device Management (MDM) services for more comprehensive management of your deployed JACS devices.

---

## Purchasing and Working With JACS

---

### How can I buy a JACS solution?    −

Just **give us a shout(/contact-us/)** with a little information about what you're looking for. Our team is happy to learn more about your technology needs and to help you specify solution requirements.

---

### How long does it take to receive a custom solution from JACS?    −

That depends. Given the custom nature of our solutions, timelines may vary. Once we get things going, you'll have a dedicated team of account and project managers assigned to you to keep you updated every step of the way.

---

### Are there minimum order quantities when buying from JACS?    −

Yes. JACS requires minimum order quantities on all physical products. For more information on those minimum quantities, please **contact us.(https://www.jacs-solutions.com/contact-us/)**

---

Skip to main content

### What type of support does JACS provide to customers?    −

All JACS devices come with one year standard manufacturer's limited warranty. We also offer premium warranties and

insurance. Learn more about our premium **JACS Device Protection Plans.(https://www.jacs-solutions.com/wp-content/uploads/2021/12/JACS-Device-Warranty.jpeg)**

# Helpdesk / RMA Questions

## How can I find out if my device is still under warranty?                                                         —

Contact **helpdesk@jacs-solutions.com(mailto:helpdesk@jacs-solutions.com?subject=New Ticket)** to open a ticket, and we will review your account and update you on your warranty status directly. Please include the serial number and IMEI number of the device(s) in question and have the sales receipt or a comparable proof-of-sale showing the original date of purchase ready.

## How do I find the serial number and IMEI number on my device?                                          —

Typically, the product serial number and IMEI number can be found on the back of the device; however, the location may vary depending on the device type and its customizations.

## Can I return a device without opening a support ticket?                                                          —

No. All repair issues must be initiated through our ticket system to ensure proper customer service and tracking. All devices must have an RMA number before you return them to us.

## JACS Service sent me an RMA number. How do I ship my device(s) or equipment for repair?—

Please carefully wrap all devices and equipment in protective packaging with bubble wrap or other padding. Please write the RMA number from your support ticket on the outside of the shipping box and ship to:

JACS Solutions
809 Pinnacle Drive, Suite R
Linthicum Heights, MD 21090

Additional devices or equipment not included in the provided RMA number will be subject to additional shipping and handling fees.

## How long do repairs take after JACS has received my device?                                                —

Skip to main content

The turnaround time for repair varies depending on the issue. We will keep you apprised of the repair status through your open support ticket.

## What if I would like to purchase expedited return shipping for my RMA devices?    —

If you need expedited return shipping for your RMA devices, please indicate so in your open support ticket so that our team can provide you with a quote.

## If I have multiple devices with similar issues, should I RMA them individually or in bulk?    —

Submitting devices in bulk for RMA is preferred, as it reduces shipping and handling costs and allows for the most efficient way to diagnose and repair them.

## If I shipped multiple devices for RMA, do I have to wait for all my devices to be repaired prior to return shipping?    —

We do offer options for you to receive repaired devices on an individual basis. If you are interested in this, please contact us to see if we can accommodate your request. Note that there will be additional shipping charges.

## Do I have the option to receive a replacement device instead of waiting for my original device to be repaired?    —

Replacement devices are only available to customers who have purchased our Protect Warranty Plan.

## Can I still send my out-of-warranty device for repair?    —

Yes. Create a ticket by emailing **helpdesk@jacs-solutions.com(mailto:helpdesk@jacs-solutions.com?subject=Out-of-Warranty Device)** to begin the RMA process. Please note that you will be responsible for all parts, labor, and shipping costs associated with your out-of-warranty devices. In addition, all out-of-warranty device RMAs are subject to a one-time diagnostic charge.

## Do you offer online support and troubleshooting for your devices?    —

Skip to main content

As part of the support ticket process, our technicians will work with you to determine whether the device(s) need to be submitted for repair through our RMA process. Be advised that tampering with hardware or opening the product without

Case 1:23-cv-00500-MN    Document 2-6    Filed 05/08/23    Page 89 of 208 PageID #: 768

consent from our support team is strictly prohibited and will void your warranty.

**Get in Touch**

# Don't see your question? Give us a shout.

First name*

Last name*

Email*

Phone number

Company name*

How may we help you?*

Please Select

Anything else we should know?

☐ **I'd like to receive JACS news & updates**

protected by **reCAPTCHA**
Privacy · Terms

Submit

**EXHIBIT 25**



⌂(https://www.jacs-solutions.com/)  ::  IoT Solutions  ::  Services

# Customization Services

Sometimes the best solution is one that doesn't exist yet. When out-of-the-box solutions for your mobile enterprise operations fall short, JACS Solutions can provide customization services for hardware and firmware that work specifically for the needs of your business. Whether you've already developed precise specifications or need guidance to solve a challenge, JACS is your partner in bringing your vision to life.

**Get Started**

Skip to main content



**Our Products**

# Hardware Customization

For many enterprise businesses, complex workflows and security needs demand tools built to unique specifications. Often these businesses need non-standard features and capabilities, or they require an optimal balance of specifications and cost to meet a set budget. Others might need to create a next-generation product to compete in the marketplace. Regardless of the goal for your end product, JACS Solutions can equip you with unmatched hardware customization to develop mobile devices that get the job done when off-the-shelf just won't cut it.

> **View Our Platforms(https://www.jacs-solutions.com/iot-solutions/platforms/)**

 ## Long Product Life Cycle

Truly cost-effective solutions result in products able to
deliver time and time again without needing to be
replaced after 12-18 months. Our products have a life
cycle of 3-5+ years, and we help our customers forecast
and plan upgrades for the next six months and beyond

 ## Outstanding Product Development Capability

JACS Solutions offers development capabilities spanning conceptualization, design, prototyping, and testing to certification and regulatory compliance. 70% of our

Skip to main content

and plan upgrades for the next six months and beyond.

worldwide workforce is in R&D, demonstrating our drive to develop the very best products on the market.

## Dedication to Customer Service

JACS Solutions enjoys creating portfolios of custom devices for customers across all industries. We pride ourselves on developing innovative products through a partnership with our customers and our unrelenting focus on service and quality.



**Our Service**

# Firmware Customization

JACS Solutions firmware customization services ensure businesses never settle for mass-produced products that don't quite fit their needs. Off-the-shelf products provide basic features and capabilities that only bandage problems rather than solve them. By building operating systems from the ground up, we can eliminate bloatware, implement security restrictions on application installation, and make other modifications to optimize performance. These capabilities allow us to deliver a purpose-built device that creates a solid and secure foundation for mobile operations.

Skip to main content

Branded, Hardware & Firmware Customization | JACS Solutions

**View Our Technologies(/iot-solutions/technologies/)**



## Highly Secure

With the ability to offer a higher level of control over the Android source code, JACS Solutions can exclude elements of the OS that will introduce vulnerabilities and security risks. This modification offers a more secure approach to the overall solution than off-the-shelf products and the standard MDM service.



## Easy Deployment

Configuring each device is time and resource-consuming. Customizing the firmware at the OS level eliminates the need to set up each device manually. Every device is ready to be deployed out of the box, saving time and money.



## Controlled User Experience

When your device firmware is built from the ground up with you in mind, it provides a more direct and controlled user experience. Users are also unlikely to access unwanted apps or trigger unwarranted data usage.

**Get in Touch**

# Let Us Build You The Perfect Solution

First name*

Last name*

Email*

Skip to main content

Phone number

Company name*

How may we help you?*

Please Select

Anything else we should know?

☐ **I'd like to receive JACS news & updates**

protected by **reCAPTCHA**
Privacy · Terms

Submit

**EXHIBIT 26**



⌂(https://www.jacs-solutions.com/)   ::   IoT Solutions   ::   Platforms(https://www.jacs-solutions.com/iot-solutions/platforms/)   ::   Accessories

# Accessories

**Put Your JACS Solutions To Work.**

Whether you're deploying your customized JACS solutions for handheld, stationary, in-vehicle, or field use, JACS accessories provide the added functionality, security, and protection they need to work effectively. JACS accessories are as customizable as the hardware platforms they support, offering options ranging from white-labeling to data and power port configuration. See a list of currently available accessories here or speak with a JACS representative about other accessory options.

# Available Accessories For JACS Platforms



Skip to main content



Screen Protector

Enclosure Stand



Mounting Arm





Charging Dock



In-Vehicle Dock



Rubber Case



Leather Case



Vehicle Power Harness



Hand Strap

Shoulder Strap

Skip to main content



Back Strap



Car Charger



Stylus

**Get in Touch**

# Find or Customize Accessories For Your JACS Products

First name*

Last name*

Email*

Phone number

Skip to main content

Company name*

How may we help you?*

Please Select

Anything else we should know?

☐ **I'd like to receive JACS news & updates**

protected by **reCAPTCHA**
Privacy · Terms

Submit

**EXHIBIT 27**

Case 1:23-cv-00500-MN    Document 2-6    Filed 05/08/23    Page 103 of 208 PageID #: 782



⌂(https://www.jacs-solutions.com/)   ::   IoT Solutions   ::   Platforms(https://www.jacs-solutions.com/iot-solutions/platforms/)   ::   Customizable Tablets

# Customizable Tablets

We put the *Custom* in Customer with our purpose-built tablet solutions.

JACS Solutions has been developing customized tablets that support business-critical applications in diverse industries for more than a decade. Each of our platforms is built to your requirements at the hardware, firmware, and software level to connect and empower your workforce.

Whether your goal is maintaining operational uptime, securing your connected applications, connecting assets and people from anywhere, or solving other unique business challenges, our dedicated team of engineers and product specialists work with you to design, develop, and implement a tablet solution that ensures business success.

[ **Build Your Custom Solution** ]



### Secure

Protect your operations with locked-down firmware, encrypted data transfer and a tamper-proof interface.

 ### Connected

Stay connected in any environment on public mobile, private LTE, or Wi-Fi networks and fixed or wireless



### Enterprise-Grade

Reduce cost of ownership with a tablet that is built to last and designed to maximize productivity without interruption.



**Benefit**

# Tough and Reliable

Have confidence knowing your devices are purpose-built to withstand even the harshest environments, whether they are operating in a warehouse, on the floor of a manufacturing facility, on the road, or in the field.

Skip to main content



**Benefit**

# You're in Control

Reduce risk and limit vulnerabilities by restricting network and device access, preventing unwanted application installations, and performing over-the-air firmware and application updates.

Skip to main content

Case 1:23-cv-00500-MN    Document 2-6    Filed 05/08/23    Page 106 of 208 PageID #: 785



**Benefit**

# Never Compromise

Get tablet solutions that meet your exact specifications, from hardware and display requirements to customizable accessories. Not sure what you need? JACS professionals are here to guide you through building a solution for you from the ground up.

Skip to main content



**Use Case**

# Optimize Operations in Transportation and Logistics

Learn how fleet managers are driving change in the transportation and logistics space with technology solutions that improve efficiencies, reduce costs, protect assets, and ensure compliance.

> **View Use Case(https://www.jacs-solutions.com/case/transportation-use-case-optimize-operations-transportation-logistics/)**

Skip to main content

**Get in Touch**

# Build Your Perfect Tablet Solution

First name*

Last name*

Email*

Phone number

Company name*

How may we help you?*

Please Select

Anything else we should know?

☐ **I'd like to receive JACS news & updates**

protected by reCAPTCHA
Privacy · Terms

Submit

# Security & Flexibility in an Enterprise Solution

Skip to main content

Case 1:23-cv-00500-MN Document 2-6 Filed 05/08/23 Page 109 of 208 PageID #: 788



**TR0810 8" Wi-Fi Only Android Rugged Tablet**

**(https://www.jacs-solutions.com/platform/tr0810-8-inch-wifi-android-rugged-tablet/)**



**TR0820 8" CBRS Android Tablet**

**(https://www.jacs-solutions.com/platform/tr0820-cbrs-android-tablet/)**



**TT1001 10" 4G LTE Android Tablet**

**(https://www.jacs-solutions.com/platform/tt1001-10-inch-4g-lte-android-tablet/)**



**TT800Q 8" AT&T 4G LTE Android Tablet**

**(https://www.jacs-solutions.com/platform/tt800q-4g-lte-android-tablet/)**



Skip to main content







TT1001V3 10" CBRS Android Tablet

**(https://www.jacs-solutions.com/platform/tt1001v3-10-inch-cbrs-android-tablet/)**

TT800V 8" Verizon 4G LTE Android Tablet

**(https://www.jacs-solutions.com/platform/tt800v-verizon-4g-lte-android-tablet/)**

**EXHIBIT 28**

**NCIC**
INMATE COMMUNICATIONS

Setup or Login to Your Account

## NCIC Video Visits and Messaging Services

🔍 Search

| | | | | | | |
|---|---|---|---|---|---|---|
| Alabama | Arizona | Arkansas | California | Florida | Georgia | Iowa |
| Kansas | Michigan | Minnesota | Mississippi | Missouri | North Carolina | Oklahoma |
| South Dakota | Texas | Wyoming | | | | |

---

**Henry County - AL**

166 E Williams St

Messaging, Video Visits (Onsite and Offsite)

〉 More Information

**Jefferson County Jail - Bessemer - AL**

1822 2nd Avenue North

Messaging, Video Visits (Onsite and Offsite)

〉 More Information

**Coosa County Jail - AL**

296 School Street

Messaging, Video Visits (Onsite and Offsite)

〉 More Information

---

**Shelby County - AL**

380 McDow Rd

Video Visits (Onsite and Offsite)

〉 More Information

**Conecuh County - AL**

104 Liberty St

Messaging, Video Visits (Onsite and Offsite)

〉 More Information

**Vestavia Hills PD - AL**

1032 Montgomery Hwy

Messaging, Video Visits (Onsite and Offsite)

〉 More Information

---

**Jefferson County Jail - Birmingham - AL**

809 Richard Arrington Jr. Blvd

Messaging, Video Visits (Onsite and Offsite)

〉 More Information

**Chambers County - AL**

105 Alabama Ave

Messaging, Video Visits (Onsite and Offsite)

〉 More Information

**Dekalb County - AL**

2801 Jordan Road SW

Messaging, Video Visits (Onsite and Offsite)

〉 More Information

---

**Clay County - AL**

41771 AL-77

Messaging, Video Visits (Onsite and Offsite)

〉 More Information

**Dothan PD - AL**

210 N St Andrews Street

Messaging, Video Visits (Only Offsite)

〉 More Information

**Gulf Shores PD - AL**

220 Clubhouse Drive

Messaging, Video Visits (Onsite and Offsite)

〉 More Information

---

**Coosa Valley Youth Detention - AL**

4625 McClellan Blvd

Video Visits (Only Offsite)

〉 More Information

**Russell County Jail - AL**

307 Prentiss Dr

Video Visits (Onsite and Offsite)

〉 More Information

**Madison County Jail - AL**

815 Wheeler Ave NW

Video Visits (Onsite and Offsite)

〉 More Information

NCIC
INMATE COMMUNICATIONS

1900 Frederick Rd

Messaging, Video Visits (Only Offsite)

> More Information

4625 McClellan
Blvd

Video Visits (Only Offsite)

> More Information

225 Industrial Park
Rd

Messaging, Video Visits (Onsite and Offsite)

> More Information

**Marion County Jail - AL**

280 Winchester
Drive

Messaging, Video Visits (Onsite and Offsite)

> More Information

**EXHIBIT 29**

**REDACTED IN ITS ENTIRETY**

**EXHIBIT 30**

**REDACTED IN ITS ENTIRETY**

**EXHIBIT 31**



⌂(https://www.jacs-solutions.com/)  ::  Platforms(/iot-solutions/platforms)  ::  Customizable Tablets(/iot-solutions/platforms/customizable-tablets)  ::  TR0820 8" CBRS Android Tablet

# TR0820 8" CBRS Android Tablet

**Tough, Flexible & Secure**

The TR0820 CBRS Android Tablet provides connectivity to private LTE networks to keep your workforce securely connected and productive. Its semi-rugged design is purpose-built for heavy use in the harshest environments, and its low power consumption makes it ideal for applications where charging capabilities are scarce.

The TR0820 is OnGo Alliance certified and supports a multitude of peripherals, such as barcode scanners, RFID readers, and biometric devices. Built with security in mind, it also features a locked-down firmware and a tamper-proof application interface.



## Tough

Built to withstand heavy use in harsh environments where Wi-Fi networks often fall short.



## Flexible

Adapt to any situation with a modular design compatible with barcode scanners, RFID readers, and biometric devices.


Skip to main content

## Secure

Maintain complete control of the devices on your private network with a CBRS tablet built with locked-

, down firmware and a tamper-proof interface and casing.

## Resources

| Product Data Sheet | + |
|---|---|

| Support | + |
|---|---|

# Specifications

| | |
|---|---|
| **CHIPSET AND CPU**<br>RK3288W, Quad-Core Cortex A17, Up to 1.6GHz | **BLUETOOTH**<br>Supported |
| **CBRS MODULE**<br>Sequans CB410L Module(Category 4) | **AUDIO**<br>3.5mm Earphone Jack, Internal Microphone, Dual Speakers (0.8 Watt) |
| **RAM/ROM**<br>2GB DDR3 / 32GB | **PORTS/SLOTS**<br>NANO SIM Card Slot, 5-pin PoGo Pin |
| **OPERATING SYSTEM**<br>Android 10 | **GPS**<br>Internal GPS |
| **RESOLUTION**<br>1280 x 800 pixels | **BATTERY**<br>3.7V 6200 mAh Lithium-Ion Battery |
| **SCREEN SIZE**<br>8.0 inches | **SENSORS**<br>Gravity Sensor |
| **SCREEN SPECIFICATIONS**<br>Brightness up to 300 nits, Capacitive Touch Panel | **OPERATING TEMPERATURE**<br>32°F to 122°F |
| **CAMERA**<br>5MP Front Camera Auto-Focus | **WEIGHT**<br>1.87 lbs |
| **CELLULAR NETWORK**<br>CBRS Band 48 4G LTE | **DIMENSIONS**<br>9.52" x 5.79" x D 0.88" |

Skip to main content

### WLAN

802.11 a/b/g/n/ac
Frequency: Dual-band 2.4GHz / 5GHz

### ACCESSORIES

Power Adapter (5V/2A with over-voltage protection; OTG Output: 5V/1A)

**EXHIBIT 32**



# TR0820 CBRS 4G LTE TABLET

The **JACS TR0820 CBRS 4G LTE Android Tablet** provides connectivity to private LTE networks and is semi-ruggedized to survive harsh conditions and heavy use, ensuring that purpose-built applications for the industrial and enterprise applications work reliably and continuously. The tablet features a high-capacity battery that requires less time to charge and supports longer battery life. The 5-Pin PoGo port supports a multitude of peripherals such as barcode scanners, RFID readers, biometric devices, and vehicles. Built with security in mind, the JACS CBRS tablet may be customized at the hardware and firmware levels, which includes locking down the device to prevent installation of unnecessary applications that may introduce security risks and negatively impact productivity.  In addition to LTE, the tablet supports Wi-Fi, Bluetooth, and GPS.





## SEMI-RUGGED
Built to withstand temperature and vibration extremes to operate in the harshest of environments



## FLEXIBILITY
PoGo port and bluetooth support peripherals such as barcode scanners, RFID readers, biometric devices, and more



## SECURITY
Protect sensitive data with encrypted online connections and tamper-proof interface

# CUSTOMIZING YOUR TR0820 TABLET

## FIRMWARE CUSTOMIZATION

JACS firmware customization allows you to control pre-loaded applications at the operating system level, change default system settings, remove unwanted applications and "bloatware", lockdown the device for kiosk usage with a customer launcher and a host of other possibilities.

## HARDWARE CUSTOMIZATION

Build your tablet hardware to your exact needs.  Modify the memory, processing power, camera, ports, casing, etc.  JACS Solutions can even personalize the talets with your corporate branding.



**809 Pinnacle Drive, Suite R**
**Linthicum Heights, MD 21090**

**443.718.4333**
**www.jacs-solutions.com**

# JACS SOLUTIONS
# TR0820 8" CBRS 4G LTE TABLET SPECIFICATIONS

| | |
|---|---|
| **Chipset/Modules** | RK3288, Quad-Core Cortex A17, Up to 1.6GHz<br>**Sequans Cassiopeia CB410L/CB610L Modules** |
| **RAM/ROM** | 2GB LPDDR3/32 GB eMMC |
| **Operating System** | **Android 10** |
| **Display** | 8 .0 in.<br>Pixels 1280 x 800<br>Aspect Ratio 16:10<br>Brightness up to 300 nits |
| **Touch Panel** | Capacitive 5-point multi-touch |
| **Camera** | **Front:** 5MP Auto-Focus |
| **Network & Connectivity** | **CBRS Band 48 4G LTE**<br>**Wi-Fi:** WLAN 802.11 a/b/g/n/ac, Dual-band 2.4 GHz/5 GHz with 2x2 MIMI for transmit and receive<br>**Bluetooth:** Supported<br>FM, NFC, RFID capable |
| **I/O Interface** | **Buttons:** Power, Volume +/-, Reset<br>**Audio:** 3.5mm Earphone Jack, Internal Microphone (sensitivity -42dB), 2 Speakers (8 ohm/0.8W)<br>**SD Card Slot:** NANO SIM Card Slot<br>**USB Port:** 5-pin PoGo Pin (Host/Slave)<br>**LED** Power Indicator |
| **GPS** | **Internal GPS** |
| **Battery & Power** | **Magnetic PoGo PIN:** 5V/2A with over-voltage protection<br>**OTG Output:** 5V/1A |
| **Sensor** | Gravity Sensor |
| **Operating Temp.** | -40°C to 70°C / -40°F to 158°F |
| **Weight** | 0.85 Kg /1.87 lbs. (without package) |
| **Dimension** | L 242 x W 147 x D 22.3 mm / L 9.52 x W 5.79 x D 0.88 Inches |
| **In Box** | TR0820, Power Adapter |



**EXHIBIT 33**

UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
**United States Patent and Trademark Office**
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | ISSUE DATE | PATENT NO. | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 16/246,101 | 05/05/2020 | 10645443 | 3210.0980004 | 5053 |

26111        7590        04/15/2020
STERNE, KESSLER, GOLDSTEIN & FOX P.L.L.C.
1100 NEW YORK AVENUE, N.W.
WASHINGTON, DC 20005

# ISSUE NOTIFICATION

The projected patent number and issue date are specified above.

**Determination of Patent Term Adjustment under 35 U.S.C. 154 (b)**
(application filed on or after May 29, 2000)

The Patent Term Adjustment is 0 day(s). Any patent to issue from the above-identified application will include an indication of the adjustment on the front page.

If a Continued Prosecution Application (CPA) was filed in the above-identified application, the filing date that determines Patent Term Adjustment is the filing date of the most recent CPA.

Applicant will be able to obtain more detailed information by accessing the Patent Application Information Retrieval (PAIR) WEB site (http://pair.uspto.gov).

Any questions regarding the Patent Term Extension or Adjustment determination should be directed to the Office of Patent Legal Administration at (571)-272-7702. Questions relating to issue and publication fee payments should be directed to the Application Assistance Unit (AAU) of the Office of Data Management (ODM) at (571)-272-4200.

APPLICANT(s) (Please see PAIR WEB site http://pair.uspto.gov for additional applicants):

Stephen L. HODGE, Aubrey, TX;
Global Tel*Link Corporation, Reston, VA;

The United States represents the largest, most dynamic marketplace in the world and is an unparalleled location for business investment, innovation, and commercialization of new technologies. The USA offers tremendous resources and advantages for those who invest and manufacture goods here. Through SelectUSA, our nation works to encourage and facilitate business investment. To learn more about why the USA is the best country in the world to develop technology, manufacture products, and grow your business, visit SelectUSA.gov.

IR103 (Rev. 10/09)

UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
**United States Patent and Trademark Office**
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 16/246,101 | 01/11/2019 | Stephen L. HODGE | 3210.0980004 | 5053 |

26111        7590        04/09/2020
STERNE, KESSLER, GOLDSTEIN & FOX P.L.L.C.
1100 NEW YORK AVENUE, N.W.
WASHINGTON, DC 20005

| EXAMINER |
|---|
| ZENATI, AMAL S |

| ART UNIT | PAPER NUMBER |
|---|---|
| 2651 | |

| NOTIFICATION DATE | DELIVERY MODE |
|---|---|
| 04/09/2020 | ELECTRONIC |

**Please find below and/or attached an Office communication concerning this application or proceeding.**

The time period for reply, if any, is set in the attached communication.

Notice of the Office communication was sent electronically on above-indicated "Notification Date" to the following e-mail address(es):

e-office@sternekessler.com

PTOL-90A (Rev. 04/07)

| **Response to Rule 312 Communication** | **Application No.**  16/246,101 | **Applicant(s)**  HODGE, Stephen L. | |
|---|---|---|---|
| | **Examiner**  AMAL S ZENATI | **Art Unit**  2651 | **AIA (FITF) Status**  Yes |

*-- The MAILING DATE of this communication appears on the cover sheet with the correspondence address --*

1. ☑ The amendment filed on <u>01 April 2020</u> under 37 CFR 1.312 has been considered, and has been:

   a) ☐   entered.

   b) ☑   entered as directed to matters of form not affecting the scope of the invention.

   c) ☐   disapproved because the amendment was filed after the payment of the issue fee.

             Any amendment filed after the date the issue fee is paid must be accompanied by a petition under 37 CFR 1.313(c)(1) and the required fee to withdraw the application from issue.

   d) ☐   disapproved. See explanation below.

   e) ☐   entered in part. See explanation below.

_____

/AMAL S ZENATI/
Primary Examiner, Art Unit 2651

 UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
**United States Patent and Trademark Office**
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 16/246,101 | 01/11/2019 | Stephen L. HODGE | 3210.0980004 | 5053 |

7590        04/08/2020
STERNE, KESSLER, GOLDSTEIN & FOX P.L.L.C.
1100 NEW YORK AVENUE, N.W.
WASHINGTON, DC 20005

| EXAMINER |
|---|
| ZENATI, AMAL S |

| ART UNIT | PAPER NUMBER |
|---|---|
| 2651 | |

| NOTIFICATION DATE | DELIVERY MODE |
|---|---|
| 04/08/2020 | ELECTRONIC |

## NOTICE OF NON-COMPLIANT INFORMATION DISCLOSURE STATEMENT
### *Both*

An Information Disclosure Statement (IDS) filed <u>4.01.2020</u> in the above-identified application fails to meet the requirements of 37 CFR 1.97(d) for the reason(s) specified below. Accordingly, the IDS will be placed in the file, but the information referred to therein has not been considered.

The IDS is not compliant with 37 CFR 1.97(d) because:

XX The IDS lacks a statement as specified in 37 CFR 1.97(e).

❑ The IDS lacks the fee set forth in 37 CFR 1.17(p).

❑ The IDS was filed after the issue fee was paid. Applicant may wish to consider filing a petition to withdraw the application from issue under 37 CFR 1.313(c) to have the IDS considered. See MPEP 1308.

/ N.HORNE /

571-272-4200 or 1-888-786-0101
For : Application Assistance Unit
Office of Data Management

Page 1 of 1

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | |
|---|---|
| Inventor: Stephen L. HODGE | Confirmation No.: 5053 |
| Applicant: Global Tel*Link Corporation | Art Unit: 2656 |
| Application No.: 16/246,101 | Examiner: ZENATI, Amal S |
| Filing Date: January 11, 2019 | Atty. Docket: 3210.0980004 |

Title: **CONTROLLED ENVIRONMENT MEDIA AND COMMUNICATION SYSTEM**

## Amendment Under 37 C.F.R. § 1.312

*Mail Stop Issue Fee*

Commissioner for Patents
PO Box 1450
Alexandria, VA 22313-1450

Commissioner:

Submitted herein is an Amendment Under 37 C.F.R. § 1.312. As payment of the issue fee has not yet been made or is filed herewith, Applicant respectfully submits that filing under 37 C.F.R. § 1.312 is proper. (M.P.E.P. § 714.16.)

**Amendments to the Claims** are reflected in the listing of claims which begins on page **2** of this paper.

**Remarks and Arguments** begin on page **7** of this paper.

It is not believed that extensions of time are required beyond those that may otherwise be provided for in documents accompanying this paper. However, if additional extensions of time are necessary to prevent abandonment of this application, then such extensions of time are hereby petitioned under 37 C.F.R. § 1.136(a), and any additional fees required to continue prosecution or appeal of this application (including issue fee, fees for net addition of claims or forwarding to appeal) are hereby authorized to be charged to our Deposit Account No. 19-0036.

- 2 -                                               Stephen L. HODGE
                                                    Application No. 16/246,101

## *Amendments to the Claims*

This listing of claims will replace all prior versions, and listings, of claims in the application.

1-20.   (Canceled)

21.   (Currently Amended)  A media distribution system for distributing media and facilitating video visitation within a secured facility, the media distribution system being available to a resident of the secured facility, the media distribution system comprising:

a media distribution server configured to receive media from a plurality of media sources, generate a catalog of the received media based on the plurality of media sources and metadata associated with the received media, and make the media available on a network via the catalog, the plurality of media sources including a real-time media source and an on-demand media source;

encoding the received media;

storing the encoded received media for later distribution;

a video visitation server configured to conduct video visitation sessions between a first video visitation endpoint and a second video visitation endpoint, at least one of the first and second video visitation endpoints having connectivity to the network; and

an access kiosk placed within a residential unit of [[a]] the secured facility and accessible by the resident, the access kiosk configured to:

communicate with the video visitation server over the network to participate in video visitation sessions with one or more other video visitation endpoints; and

- 3 -                                       Stephen L. HODGE
                                            Application No. 16/246,101

        display the catalog to the resident;

        receive a user selection from the catalog;

        receive the encoded media from the media distribution server over the

network based on the user selection; and

        playback the selected media for consumption.

22.     (Currently Amended)  The system of claim 21, wherein the secured facility is a prison, the resident of the secured facility is an inmate of [[that]] the prison, and the residential unit of [[a ]]the secured facility is a prison cell.

23.     (Original)  The system of claim 21, wherein the media received from the on-demand video source is video-on-demand media.

24.     (Original)  The system of claim 21, wherein the media received from the real-time media source is broadcast media.

25.     (Original)  The system of claim 24, wherein the network supports multicast routing, the media distribution server utilizes multicast routing to route the broadcast media, and the access kiosk utilizes multicast routing to receive the broadcast media over the network.

26.     (Currently Amended)  The system of claim 21, wherein the access kiosk has access to the network only through a secured network segment, the secured network segment being limited to access only [[the ]]network resources necessary for the access kiosk.

Atty. Dkt. No. 3210.0980004

27.     (Currently Amended)  The system of claim 21, wherein the one or more other video

visitation endpoints include[[s]] a second access kiosk, the second access kiosk placed

within the secured facility and available to guests of the secured facility.


28.     (Original)  The system of claim 21, further comprising:

        an intra-facility communications server with access to the network, the intra-facility

communications server configured to route intra-facility communications on the network;

        wherein the access kiosk is further configured to:

                receive input indicative of an intra-facility message; and

                transmit the intra-facility message to the intra-facility communications server

using the network.


29.     (Original)  The system of claim 21, further comprising:

        a voice communications server with access to the network, the voice

communications server configured to route voice communications on the network and one

or more external networks;

        wherein the access kiosk is further configured to place and receive voice calls over

the network and one or more external networks utilizing the voice communications server.


30.     (Original)  The system of claim 21, wherein the media distribution server is further

configured to:

        retrieve a media restriction file associated with the resident based on authentication

information of the resident; and

Stephen L. HODGE
Application No. 16/246,101

modify media made available to the resident based on the media restriction file.

31.     (Currently Amended)  A media distribution system for distributing media to a resident of a

secured facility, the media distribution system comprising:

a media distribution server configured to receive media from a plurality of media

sources, generate a catalog of the received media based on the plurality of media sources

and metadata associated with the received media, and make the media available on a

network via the catalog, the plurality of media sources including a real-time media source

and an on-demand media source;

encoding the received media;

storing the encoded received media for later distribution;

a media playback device associated with the resident and configured to provide an

interface through which the resident can view the catalog, communicate with the media

distribution server, interact with the catalog to make a media selection, and to playback the

selected media received from the media distribution server; and

[[a ]]the network configured to provide communicative connectivity between the

media playback device and the media distribution server.

32.     (Currently Amended)  The system of claim 31, wherein the secured facility is a prison, the

resident of the secured facility is an inmate of [[that ]]the prison, and the residential unit of

[[a ]]the secured facility is a prison cell.

33.     (Original)  The system of claim 31, wherein the on-demand media source is a video-on-demand media source, and the media received from the media distribution server is video-on-demand media.

34.     (Original)  The system of claim 31, wherein the real-time media source is a broadcast media source, and the media received from the media distribution server is broadcast media.

35.     (Original)  The system of claim 34, wherein the network supports multicast routing, the media distribution server utilizes multicast routing to route the broadcast media, and the access kiosk utilizes multicast routing to receive the broadcast media over the network.

36-40.  (Canceled)

- 7 -

Stephen L. HODGE
Application No. 16/246,101

## *Remarks*

Reconsideration of this Application is respectfully requested.

Upon entry of the foregoing amendment, claims 21-35 are pending in the application, with claims 21 and 31 being independent. Claims 21, 22, 26, 27, 31, and 32 are sought to be amended. The amendments correct minor informalities in the claims. Applicant reserves the right to prosecute similar or broader claims, with respect to the amended claims, in the future. These changes are believed to introduce no new matter, and their entry is respectfully requested.

Respectfully submitted,

STERNE, KESSLER, GOLDSTEIN & FOX P.L.L.C.

/Lauren C. Schleh/

Lauren C. Schleh
Attorney for Applicant
Registration No. 65,457

Date: __April 1, 2020__

1100 New York Avenue, N.W.
Washington, D.C. 20005-3934
(202) 371-2600

14798198.1

Atty. Dkt. No. 3210.0980004

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | |
|---|---|
| Inventor: Stephen L. HODGE | Confirmation No.: 5053 |
| Applicant: Global Tel*Link Corporation | Art Unit: 2651 |
| Application No.: 16/246,101 | Examiner: ZENATI, Amal S |
| Filing Date: January 11, 2019 | Atty. Docket: 3210.0980004 |

Title: **CONTROLLED ENVIRONMENT MEDIA AND COMMUNICATION SYSTEM**

## Request for Printing Reference on the Face of the Patent

## Under M.P.E.P. §§ 609.02(A)(2) and 2001.06(b)

Commissioner for Patents
PO Box 1450
Alexandria, VA 22313-1450

Applicant respectfully requests that references considered by the Office in parent application nos. 15/603,095, filed May 23, 2017 (now U.S. Patent No. 10,182,254), and 15/148,880, filed May 06, 2016 (Abandoned) be printed on the face of the patent issuing from the above-captioned application. Pursuant to M.P.E.P. §§ 609.02(A)(2) and 2001.06(b), these references should have been considered by the Examiner during the prosecution of the instant application without separate citation by the Applicant.

Copies of documents **FP1** and **NPL1-NPL13** were cited by or submitted to the Office in an IDS that complies with 37 C.F.R. § 1.98(a)-(c) in Application Nos. 15/603,095, filed May 23, 2017 (now U.S. Patent No. 10,182,254), and 15/148,880, filed May 06, 2016 (Abandoned), which is relied upon for an earlier filing date under 35 U.S.C. § 120. Thus, copies of these documents are not attached. 37 C.F.R. § 1.98(d).

- 2 -                                                    Stephen L. HODGE
                                                         Application No. 16/246,101

Applicant desires to have these references listed on the front page of the patent issuing from the above-captioned application, and therefore provides herewith a listing of these references in accordance with the requirements of 37 C.F.R. § 1.98(a)(1).  In support of this request, enclosed are Forms PTO/SB/08A and PTO/SB/08B listing the references. It is respectfully requested that the Examiner initial the enclosed Forms PTO/SB/08A and PTO/SB/08B indicating consideration of these references and that a copy be returned to the undersigned.

Applicants do not believe any fee is due for this request.  However, the Commissioner is hereby authorized to charge any deficiency to our Deposit Account No. 19-0036.

Respectfully submitted,

STERNE, KESSLER, GOLDSTEIN & FOX P.L.L.C.

/Lauren C. Schleh/

Lauren C. Schleh
Attorney for Applicant
Registration No. 65,457

Date:     April 1, 2020

1100 New York Avenue, N.W.
Washington, D.C. 20005-3934
(202) 371-2600
14699749.1

Atty. Dkt. No. 3210.0980004

Equivalent of Form PTO/SB/08a (07-09)

| Substitute for form 1449/PTO | | | **Complete if Known** | |
|---|---|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** *(Use as many sheets as necessary)* | | | Application Number | 16/246,101 |
| | | | Filing Date | January 11, 2019 |
| | | | First Named Inventor | Stephen L. HODGE |
| | | | Art Unit | 2651 |
| | | | Examiner Name | ZENATI, Amal S |
| Sheet | 1 | of | 2 | Attorney Docket Number | 3210.0980004 |

## U.S. PATENT DOCUMENTS

| Examiner initials* | Cite No.[1] | Document Number Number-Kind Code[2] (if known) | Publication Date MM-DD-YYYY | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|
| | US1 | 2004/0172652 A1 | 09-02-2004 | Fisk et al. | |
| | US2 | 2005/0022229 A1 | 01-27-2005 | Gabriel et al. | |
| | US3 | 2006/0280177 A1 | 12-14-2006 | Gupta et al. | |
| | US4 | 2008/0201158 A1 | 08-21-2008 | Johnson et al. | |
| | US5 | 2009/0013359 A1 | 01-08-2009 | Butler et al. | |
| | US6 | 2009/0240586 A1 | 09-24-2009 | Ramer et al. | |
| | US7 | 2010/0094878 A1 | 04-15-2010 | Soroca et al. | |
| | US8 | 2011/0065419 A1 | 03-17-2011 | Book et al. | |
| | US9 | 2011/0237221 A1 | 09-29-2011 | Prakash et al. | |
| | US10 | 2011/0249073 A1 | 10-13-2011 | Cranfill et al. | |
| | US11 | 2011/0307548 A1 | 12-15-2011 | Fisk et al. | |
| | US12 | 2012/0257583 A1 | 10-11-2012 | Keiser et al. | |
| | US13 | 2012/0262271 A1 | 10-18-2012 | Torgersrud et al. | |
| | US14 | 2012/0324244 A1 | 12-20-2012 | Zipperer et al. | |
| | US15 | 2013/0179949 A1 | 07-11-2013 | Shapiro | |
| | US16 | 2013/0252575 A1 | 09-26-2013 | Ewell et al. | |
| | US17 | 2014/0033230 A1 | 01-30-2014 | Hanna et al. | |
| | US18 | 2014/0215391 A1 | 07-31-2014 | Little et al. | |
| | US19 | 2014/0218466 A1 | 08-07-2014 | Bloms et al. | |
| | US20 | 2014/0253663 A1 | 09-11-2014 | Edwards | |

## FOREIGN PATENT DOCUMENTS

| Examiner initials* | Cite No.[1] | Foreign Patent Document Country Code[3]-Number[4]-Kind Code[5] (if known) | Publication Date MM-DD-YYYY | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear | T[6] |
|---|---|---|---|---|---|---|
| | FP1 | WO 2013/096944 A1 | 06-27-2013 | Microsoft Corporation | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

| Examiner Signature | | Date Considered | |
|---|---|---|---|

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant. [1] Applicant's unique citation designation number (optional). [2] See Kinds Codes of USPTO Patent Documents at www.uspto.gov or MPEP 901.04. [3] Enter Office that issued the document, by the two-letter code (WIPO Standard ST.3). [4] For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document. [5] Kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST.16 if possible. [6] Applicant is to place a check mark here if English language Translation is attached.

Equivalent of Form PTO/SB/08a (07-09)

| Substitute for form 1449/PTO | | | *Complete if Known* | |
|---|---|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** *(Use as many sheets as necessary)* | | | Application Number | 16/246,101 |
| | | | Filing Date | January 11, 2019 |
| | | | First Named Inventor | Stephen L. HODGE |
| | | | Art Unit | 2651 |
| | | | Examiner Name | ZENATI, Amal S |
| Sheet | 2 | of 2 | Attorney Docket Number | 3210.0980004 |

## U.S. PATENT DOCUMENTS

| Examiner initials* | Cite No.[1] | Document Number Number-Kind Code[2] (if known) | Publication Date MM-DD-YYYY | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|
| | US21 | 2014/0267547 A1 | 09-18-2014 | Torgersrud et al. | |
| | US22 | 2014/0270126 A1 | 09-18-2014 | Torgersrud et al. | |
| | US23 | 2014/0273929 A1 | 09-18-2014 | Torgersrud | |
| | US24 | 2014/0282898 A1 | 09-18-2014 | Torgersrud | |
| | US25 | 2015/0050910 A1 | 02-19-2015 | Torgersrud | |
| | US26 | 2015/0188925 A1 | 07-02-2015 | Gupta | |
| | US27 | 2017/0272435 A1 | 09-21-2017 | Hodge | |
| | US28 | 2017/0272440 A1 | 09-21-2017 | Hodge | |
| | US29 | 2017/0324927 A1 | 11-09-2017 | Hodge | |
| | US30 | 6,734,900 B2 | 05-11-2004 | Mayhew | |
| | US31 | 6,810,527 B1 | 10-26-2004 | Conrad et al. | |
| | US32 | 7,027,659 B1 | 04-11-2006 | Thomas | |
| | US33 | 7,911,513 B2 | 03-22-2011 | Garrison et al. | |
| | US34 | 8,537,981 B1 | 09-17-2013 | Cyriac et al. | |
| | US35 | 8,832,374 B1 | 09-09-2014 | Schaefers | |
| | US36 | 8,917,848 B2 | 12-23-2014 | Torgersrud et al. | |
| | US37 | 8,929,525 B1 | 01-06-2015 | Edwards | |
| | US38 | 9,083,850 B1 | 07-14-2015 | Higgs | |
| | US39 | 9,106,789 B1 | 08-11-2015 | Shipman, Jr. et al. | |
| | US40 | 9,332,014 B2 | 05-03-2016 | Keiser et al. | |
| | US41 | 9,674,198 B1 | 06-06-2017 | Hodge | |
| | US42 | 10,182,254 B2 | 01-15-2019 | Hodge | |

## FOREIGN PATENT DOCUMENTS

| Examiner initials* | Cite No.[1] | Foreign Patent Document Country Code[3]-Number[4]-Kind Code[5] (if known) | Publication Date MM-DD-YYYY | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear | T[6] |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

| Examiner Signature | | Date Considered | |
|---|---|---|---|

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant. [1] Applicant's unique citation designation number (optional). [2] See Kinds Codes of USPTO Patent Documents at www.uspto.gov or MPEP 901.04. [3] Enter Office that issued the document, by the two-letter code (WIPO Standard ST.3). [4] For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document. [5] Kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST.16 if possible. [6] Applicant is to place a check mark here if English language Translation is attached.

Equivalent of Form PTO/SB/08b (7-09)

| Substitute for form 1449/PTO | *Complete if Known* | |
|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** *(Use as many sheets as necessary)* | Application Number | 16/246,101 |
| | Filing Date | January 11, 2019 |
| | First Named Inventor | Stephen L. HODGE |
| | Art Unit | 2651 |
| | Examiner Name | ZENATI, Amal S |
| Sheet    1    of    2 | Attorney Docket Number | 3210.0980004 |

| **NON PATENT LITERATURE DOCUMENTS** | | | |
|---|---|---|---|
| Examiner Initials* | Cite No.[1] | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc.), date, page(s), volume-issue number(s), publisher, city and/or country where published | T[2] |
| | NPL1 | Copyright Registration Record for "iPhone: The Missing Manual," 6th ed., 2012; 1 page. | |
| | NPL2 | DSKeye Gigabit Product Brief, Bitec Ltd. 2007; 2 pages. | |
| | NPL3 | Excerpt from Merriam-Webster's Collegiate Dictionary, Tenth Edition, 2002; p. 841. | |
| | NPL4 | Excerpt from The American Heritage Dictionary, 5th Ed. (2016); p. 679. | |
| | NPL5 | Excerpts from "iPhone: The Missing Manual," 6th ed., Sebastopol, CA: O'Reilly Media, 2012; 556 (submitted in 10 parts). | |
| | NPL6 | File History of U.S. Patent No. 9,083,850, Appl. No. 13/931,857, filed July 14, 2015. | |
| | NPL7 | Gotsopoulos et al., "Remote Controlled DSP Based Image Capturing and Processing System Featuring Two-Axis Motion," Proceedings of the 4th European DSP in Education and Research Conference, December 1-2, 2010; pp. 32-36. | |
| | NPL8 | International Search Report and Written Opinion directed to International Patent Appl. No. PCT/US2017/031317, mailed August 2, 2017; 16 pages. | |
| | NPL9 | International Search Report and Written Opinion directed to International Patent Application No. PCT/US2017/022163, mailed June 9, 2017; 12 pages. | |
| | NPL10 | Prosecution History of U.S. Patent No. 8,929,525, Application No. 14/323,582, filed July 3, 2014. | |

| Examiner Signature | | Date Considered | |
|---|---|---|---|
| | | | |

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.
[1] Applicant's unique citation designation number (optional). [2] Applicant is to place a check mark here if English language Translation is attached.

Equivalent of Form PTO/SB/08b (7-09)

| Substitute for form 1449/PTO | | | *Complete if Known* | |
|---|---|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** *(Use as many sheets as necessary)* | | | Application Number | 16/246,101 |
| | | | Filing Date | January 11, 2019 |
| | | | First Named Inventor | Stephen L. HODGE |
| | | | Art Unit | 2651 |
| | | | Examiner Name | ZENATI, Amal S |
| Sheet | 2 | of | 2 | Attorney Docket Number | 3210.0980004 |

| NON PATENT LITERATURE DOCUMENTS | | | |
|---|---|---|---|
| Examiner Initials* | Cite No.[1] | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc.), date, page(s), volume number, publisher, city and/or country where published | T[2] |
| | NPL11 | U.S. Patent Provisional Application No. 61/801,861, filed March 15, 2013; 77 pages. | |
| | NPL12 | Non-Final Office Action directed to U.S. Patent Appl. No. 15/344,819, mailed February 23, 2017; 7 pages. | |
| | NPL13 | Final Office Action directed to U.S. Patent Appl. No. 15/344,819, mailed May 9, 2017; 9 pages. | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

| Examiner Signature | | Date Considered | |
|---|---|---|---|

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.
[1] Applicant's unique citation designation number (optional). [2] Applicant is to place a check mark here if English language Translation is attached.

## Electronic Patent Application Fee Transmittal

| | |
|---|---|
| **Application Number:** | 16246101 |
| **Filing Date:** | 11-Jan-2019 |
| **Title of Invention:** | CONTROLLED ENVIRONMENT MEDIA AND COMMUNICATION SYSTEM |
| **First Named Inventor/Applicant Name:** | Stephen L. HODGE |
| **Filer:** | Lauren Carl Schleh/Renee Bennett |
| **Attorney Docket Number:** | 3210.0980004 |

Filed as Large Entity

**Filing Fees for   Utility under 35 USC 111(a)**

| Description | Fee Code | Quantity | Amount | Sub-Total in USD($) |
|---|---|---|---|---|
| **Basic Filing:** | | | | |
| **Pages:** | | | | |
| **Claims:** | | | | |
| **Miscellaneous-Filing:** | | | | |
| **Petition:** | | | | |
| **Patent-Appeals-and-Interference:** | | | | |
| **Post-Allowance-and-Post-Issuance:** | | | | |
| UTILITY APPL ISSUE FEE | 1501 | 1 | 1000 | 1000 |

| Description | Fee Code | Quantity | Amount | Sub-Total in USD($) |
|---|---|---|---|---|
| **Extension-of-Time:** | | | | |
| **Miscellaneous:** | | | | |
| | | | **Total in USD ($)** | **1000** |

# Electronic Acknowledgement Receipt

| | |
|---|---|
| **EFS ID:** | 39029860 |
| **Application Number:** | 16246101 |
| **International Application Number:** | |
| **Confirmation Number:** | 5053 |
| **Title of Invention:** | CONTROLLED ENVIRONMENT MEDIA AND COMMUNICATION SYSTEM |
| **First Named Inventor/Applicant Name:** | Stephen L. HODGE |
| **Customer Number:** | 26111 |
| **Filer:** | Lauren Carl Schleh/Renee Bennett |
| **Filer Authorized By:** | Lauren Carl Schleh |
| **Attorney Docket Number:** | 3210.0980004 |
| **Receipt Date:** | 01-APR-2020 |
| **Filing Date:** | 11-JAN-2019 |
| **Time Stamp:** | 15:28:47 |
| **Application Type:** | Utility under 35 USC 111(a) |

## Payment information:

| | |
|---|---|
| Submitted with Payment | yes |
| Payment Type | CARD |
| Payment was successfully received in RAM | $ 1000 |
| RAM confirmation Number | E202041F29061771 |
| Deposit Account | |
| Authorized User | |
| The Director of the USPTO is hereby authorized to charge indicated fees and credit any overpayment as follows: | |

## File Listing:

| Document Number | Document Description | File Name | File Size(Bytes)/ Message Digest | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|
| 1 | Miscellaneous Incoming Letter | 2020-04-01-Miscellaneous-Letter-3210-0980004.PDF | 263133<br><br>497cd128827c21b8aa6d7638406d45ed72a b571e | no | 1 |

**Warnings:**

**Information:**

| Document Number | Document Description | File Name | File Size(Bytes)/ Message Digest | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|
| 2 | Issue Fee Payment (PTO-85B) | 2020-04-01-Issue-Fee-3210-0980004.PDF | 193473<br><br>bc3aac11d5bb942e7d3c00204bbab9eed5 62ed61 | no | 1 |

**Warnings:**

**Information:**

| Document Number | Document Description | File Name | File Size(Bytes)/ Message Digest | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|
| 3 | | 2020-04-01-Amendment-312-3210-0980004.PDF | 116624<br><br>fda42e7ad716b7ec7f3ac835e17f57c0dd0d 0c78 | yes | 7 |

| Multipart Description/PDF files in .zip description | | |
|---|---|---|
| Document Description | Start | End |
| Amendment after Notice of Allowance (Rule 312) | 1 | 1 |
| Claims | 2 | 6 |
| Applicant Arguments/Remarks Made in an Amendment | 7 | 7 |

**Warnings:**

**Information:**

| Document Number | Document Description | File Name | File Size(Bytes)/ Message Digest | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|
| 4 | Transmittal Letter | 2020-04-01-Request-Print-References-3210-0980004.pdf | 87416<br><br>8459716233d3ace89ac8c2704d2583cc63cf bc8a | no | 2 |

**Warnings:**

**Information:**

| Document Number | Document Description | File Name | File Size(Bytes)/ Message Digest | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|
| 5 | Information Disclosure Statement (IDS) Form (SB08) | 2020-04-01-IDS-Form08a-3210-0980004.pdf | 152720<br><br>ede95724439e6031e88f821e097b1df46b6 00656 | no | 2 |

| **Warnings:** | | | | | |
|---|---|---|---|---|---|
| **Information:** | | | | | |
| This is not an USPTO supplied IDS fillable form | | | | | |
| 6 | Information Disclosure Statement (IDS) Form (SB08) | 2020-04-01-IDS-Form08b-3210-0980004.pdf | 144216<br><br>38191f45438729ed00a1200d70a28ffed9b99288 | no | 2 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| This is not an USPTO supplied IDS fillable form | | | | | |
| 7 | Fee Worksheet (SB06) | fee-info.pdf | 30405<br><br>c0af6008942ee268b57a88c25dacea2c82e9c543 | no | 2 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| **Total Files Size (in bytes):** | | | 987987 | | |

This Acknowledgement Receipt evidences receipt on the noted date by the USPTO of the indicated documents, characterized by the applicant, and including page counts, where applicable. It serves as evidence of receipt similar to a Post Card, as described in MPEP 503.

**New Applications Under 35 U.S.C. 111**
If a new application is being filed and the application includes the necessary components for a filing date (see 37 CFR 1.53(b)-(d) and MPEP 506), a Filing Receipt (37 CFR 1.54) will be issued in due course and the date shown on this Acknowledgement Receipt will establish the filing date of the application.

**National Stage of an International Application under 35 U.S.C. 371**
If a timely submission to enter the national stage of an international application is compliant with the conditions of 35 U.S.C. 371 and other applicable requirements a Form PCT/DO/EO/903 indicating acceptance of the application as a national stage submission under 35 U.S.C. 371 will be issued in addition to the Filing Receipt, in due course.

**New International Application Filed with the USPTO as a Receiving Office**
If a new international application is being filed and the international application includes the necessary components for an international filing date (see PCT Article 11 and MPEP 1810), a Notification of the International Application Number and of the International Filing Date (Form PCT/RO/105) will be issued in due course, subject to prescriptions concerning national security, and the date shown on this Acknowledgement Receipt will establish the international filing date of the application.



**LAUREN C. SCHLEH**
ASSOCIATE
(202) 772-8587
LSCHLEH@STERNEKESSLER.COM

April 1, 2020

Commissioner for Patents
PO Box 1450
Alexandria, VA 22313-1450

*Confirmation No. 5053*
*Mail Stop Issue Fee*

      Re:    U.S. Utility Patent Application
               Application No. 16/246,101; Filing Date: January 11, 2019
               For:   **CONTROLLED ENVIRONMENT MEDIA AND**
                        **COMMUNICATION SYSTEM**
               Inventor: Stephen L. HODGE
               Our Ref: 3210.0980004

Commissioner:

      In response to the **Notice of Allowance and Fee(s) Due** dated January 8, 2020, the following documents are transmitted for appropriate action by the U.S. Patent and Trademark Office:

1.  Issue Fee Transmittal (Form PTOL-85);
2.  Online Credit Card Payment Authorization for **$1,000.00** to cover Issue Fee;
3.  Amendment Under 37 C.F.R. 1.312;
4.  Request for Printing Reference on the Face of the Patent Under M.P.E.P.
    §§609.02(A)(2) and 2001.06(b);
5.  Form PTO/SB/08a (2 sheets) listing 43 documents (**US1-US42** and **FP1**); and
6.  Form PTO/SB/08b (2 sheets) listing 13 documents (**NPL1-NPL13**).

      The above-listed documents are filed electronically.

      Fee payment is provided through online credit card payment. The U.S. Patent and Trademark Office is hereby authorized to charge any fee deficiency, or credit any overpayment, to our Deposit Account No. 19-0036.

                      Respectfully submitted,

                      STERNE, KESSLER, GOLDSTEIN & FOX P.L.L.C.

                      /Lauren C. Schleh/

                      Lauren C. Schleh
                      Attorney for Applicant
                      Registration No. 65,457

LCS/mep
Enclosure(s)

14699862_1

**PART B - FEE(S) TRANSMITTAL**

Complete and send this form, together with applicable fee(s), by mail or fax, or via EFS-Web.

| By mail, send to: | Mail Stop ISSUE FEE | By fax, send to: | (571)-273-2885 |
|---|---|---|---|
| | Commissioner for Patents | | |
| | P.O. Box 1450 | | |
| | Alexandria, Virginia 22313-1450 | | |

INSTRUCTIONS: This form should be used for transmitting the ISSUE FEE and PUBLICATION FEE (if required). Blocks 1 through 5 should be completed where appropriate. All further correspondence including the Patent, advance orders and notification of maintenance fees will be mailed to the current correspondence address as indicated unless corrected below or directed otherwise in Block 1, by (a) specifying a new correspondence address; and/or (b) indicating a separate "FEE ADDRESS" for maintenance fee notifications.

CURRENT CORRESPONDENCE ADDRESS (Note: Use Block 1 for any change of address)

26111     7590     01/08/2020
STERNE, KESSLER, GOLDSTEIN & FOX P.L.L.C.
1100 NEW YORK AVENUE, N.W.
WASHINGTON, DC 20005

Note: A certificate of mailing can only be used for domestic mailings of the Fee(s) Transmittal. This certificate cannot be used for any other accompanying papers. Each additional paper, such as an assignment or formal drawing, must have its own certificate of mailing or transmission.

**Certificate of Mailing or Transmission**
I hereby certify that this Fee(s) Transmittal is being deposited with the United States Postal Service with sufficient postage for first class mail in an envelope addressed to the Mail Stop ISSUE FEE address above, or being transmitted to the USPTO via EFS-Web or by facsimile to (571) 273-2885, on the date below.

_____ (Typed or printed name)

_____ (Signature)

_____ (Date)

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 16/246,101 | 01/11/2019 | Stephen L. HODGE | 3210.0980004 | 5053 |

TITLE OF INVENTION: CONTROLLED ENVIRONMENT MEDIA AND COMMUNICATION SYSTEM

| APPLN. TYPE | ENTITY STATUS | ISSUE FEE DUE | PUBLICATION FEE DUE | PREV. PAID ISSUE FEE | TOTAL FEE(S) DUE | DATE DUE |
|---|---|---|---|---|---|---|
| nonprovisional | UNDISCOUNTED | $1000 | $0.00 | $0.00 | $1000 | 04/08/2020 |

| EXAMINER | ART UNIT | CLASS-SUBCLASS |
|---|---|---|
| ZENATI, AMAL S | 2651 | 348-014010 |

**1. Change of correspondence address or indication of "Fee Address" (37 CFR 1.363).**

☐ Change of correspondence address (or Change of Correspondence Address form PTO/SB/122) attached.

☐ "Fee Address" indication (or "Fee Address" Indication form PTO/SB/47; Rev 03-09 or more recent) attached. **Use of a Customer Number is required.**

**2. For printing on the patent front page, list**
(1) The names of up to 3 registered patent attorneys or agents OR, alternatively,
(2) The name of a single firm (having as a member a registered attorney or agent) and the names of up to 2 registered patent attorneys or agents. If no name is listed, no name will be printed.

1 _Sterne, Kessler, Goldstein & Fox P.L.L.C._
2 _____
3 _____

**3. ASSIGNEE NAME AND RESIDENCE DATA TO BE PRINTED ON THE PATENT** (print or type)

PLEASE NOTE: Unless an assignee is identified below, no assignee data will appear on the patent. If an assignee is identified below, the document must have been previously recorded, or filed for recordation, as set forth in 37 CFR 3.11 and 37 CFR 3.81(a). Completion of this form is NOT a substitute for filing an assignment.

(A) NAME OF ASSIGNEE

Global Tel*Link Corporation

(B) RESIDENCE: (CITY and STATE OR COUNTRY)

Reston, VA

Please check the appropriate assignee category or categories (will not be printed on the patent) : ☐ Individual ☒ Corporation or other private group entity ☐ Government

4a. Fees submitted: ☒ Issue Fee ☐ Publication Fee (if required) ☐ Advance Order - # of Copies _____

4b. Method of Payment: *(Please first reapply any previously paid fee shown above)*
☒ Electronic Payment via EFS-Web ☐ Enclosed check ☐ Non-electronic payment by credit card (Attach form PTO-2038)
☒ The Director is hereby authorized to charge the required fee(s), any deficiency, or credit any overpayment to Deposit Account No. 19-0036

**5. Change in Entity Status** (from status indicated above)

☐ Applicant certifying micro entity status. See 37 CFR 1.29

☐ Applicant asserting small entity status. See 37 CFR 1.27

☐ Applicant changing to regular undiscounted fee status.

NOTE: Absent a valid certification of Micro Entity Status (see forms PTO/SB/15A and 15B), issue fee payment in the micro entity amount will not be accepted at the risk of application abandonment.
NOTE: If the application was previously under micro entity status, checking this box will be taken to be a notification of loss of entitlement to micro entity status.
NOTE: Checking this box will be taken to be a notification of loss of entitlement to small or micro entity status, as applicable.

NOTE: This form must be signed in accordance with 37 CFR 1.31 and 1.33. See 37 CFR 1.4 for signature requirements and certifications.

| Authorized Signature | /Lauren C. Schleh/ | Date | April 1, 2020 |
|---|---|---|---|
| Typed or printed name | Lauren C. Schleh | Registration No. | 65,457 |

PTOL-85 Part B (08-18) Approved for use through 01/31/2020     OMB 0651-0033     U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE



UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
**United States Patent and Trademark Office**
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

# NOTICE OF ALLOWANCE AND FEE(S) DUE

26111     7590     01/08/2020
STERNE, KESSLER, GOLDSTEIN & FOX P.L.L.C.
1100 NEW YORK AVENUE, N.W.
WASHINGTON, DC 20005

| EXAMINER |
| --- |
| ZENATI, AMAL S |

| ART UNIT | PAPER NUMBER |
| --- | --- |
| 2651 | |

DATE MAILED: 01/08/2020

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
| --- | --- | --- | --- | --- |
| 16/246,101 | 01/11/2019 | Stephen L. HODGE | 3210.0980004 | 5053 |

TITLE OF INVENTION: CONTROLLED ENVIRONMENT MEDIA AND COMMUNICATION SYSTEM

| APPLN. TYPE | ENTITY STATUS | ISSUE FEE DUE | PUBLICATION FEE DUE | PREV. PAID ISSUE FEE | TOTAL FEE(S) DUE | DATE DUE |
| --- | --- | --- | --- | --- | --- | --- |
| nonprovisional | UNDISCOUNTED | $1000 | $0.00 | $0.00 | $1000 | 04/08/2020 |

**THE APPLICATION IDENTIFIED ABOVE HAS BEEN EXAMINED AND IS ALLOWED FOR ISSUANCE AS A PATENT. PROSECUTION ON THE MERITS IS CLOSED. THIS NOTICE OF ALLOWANCE IS NOT A GRANT OF PATENT RIGHTS. THIS APPLICATION IS SUBJECT TO WITHDRAWAL FROM ISSUE AT THE INITIATIVE OF THE OFFICE OR UPON PETITION BY THE APPLICANT. SEE 37 CFR 1.313 AND MPEP 1308.**

**THE ISSUE FEE AND PUBLICATION FEE (IF REQUIRED) MUST BE PAID WITHIN THREE MONTHS FROM THE MAILING DATE OF THIS NOTICE OR THIS APPLICATION SHALL BE REGARDED AS ABANDONED. THIS STATUTORY PERIOD CANNOT BE EXTENDED. SEE 35 U.S.C. 151. THE ISSUE FEE DUE INDICATED ABOVE DOES NOT REFLECT A CREDIT FOR ANY PREVIOUSLY PAID ISSUE FEE IN THIS APPLICATION. IF AN ISSUE FEE HAS PREVIOUSLY BEEN PAID IN THIS APPLICATION (AS SHOWN ABOVE), THE RETURN OF PART B OF THIS FORM WILL BE CONSIDERED A REQUEST TO REAPPLY THE PREVIOUSLY PAID ISSUE FEE TOWARD THE ISSUE FEE NOW DUE.**

**HOW TO REPLY TO THIS NOTICE:**

I. Review the ENTITY STATUS shown above. If the ENTITY STATUS is shown as SMALL or MICRO, verify whether entitlement to that entity status still applies.

If the ENTITY STATUS is the same as shown above, pay the TOTAL FEE(S) DUE shown above.

If the ENTITY STATUS is changed from that shown above, on PART B - FEE(S) TRANSMITTAL, complete section number 5 titled "Change in Entity Status (from status indicated above)".

For purposes of this notice, small entity fees are 1/2 the amount of undiscounted fees, and micro entity fees are 1/2 the amount of small entity fees.

II. PART B - FEE(S) TRANSMITTAL, or its equivalent, must be completed and returned to the United States Patent and Trademark Office (USPTO) with your ISSUE FEE and PUBLICATION FEE (if required). If you are charging the fee(s) to your deposit account, section "4b" of Part B - Fee(s) Transmittal should be completed and an extra copy of the form should be submitted. If an equivalent of Part B is filed, a request to reapply a previously paid issue fee must be clearly made, and delays in processing may occur due to the difficulty in recognizing the paper as an equivalent of Part B.

III. All communications regarding this application must give the application number. Please direct all communications prior to issuance to Mail Stop ISSUE FEE unless advised to the contrary.

**IMPORTANT REMINDER: Maintenance fees are due in utility patents issuing on applications filed on or after Dec. 12, 1980. It is patentee's responsibility to ensure timely payment of maintenance fees when due. More information is available at www.uspto.gov/PatentMaintenanceFees.**

PTOL-85 (Rev. 02/11)

**PART B - FEE(S) TRANSMITTAL**

Complete and send this form, together with applicable fee(s), by mail or fax, or via EFS-Web.

| By mail, send to: | Mail Stop ISSUE FEE<br>Commissioner for Patents<br>P.O. Box 1450<br>Alexandria, Virginia 22313-1450 | By fax, send to: | (571)-273-2885 |

INSTRUCTIONS: This form should be used for transmitting the ISSUE FEE and PUBLICATION FEE (if required). Blocks 1 through 5 should be completed where appropriate. All further correspondence including the Patent, advance orders and notification of maintenance fees will be mailed to the current correspondence address as indicated unless corrected below or directed otherwise in Block 1, by (a) specifying a new correspondence address; and/or (b) indicating a separate "FEE ADDRESS" for maintenance fee notifications.

CURRENT CORRESPONDENCE ADDRESS (Note: Use Block 1 for any change of address)

26111          7590          01/08/2020

STERNE, KESSLER, GOLDSTEIN & FOX P.L.L.C.
1100 NEW YORK AVENUE, N.W.
WASHINGTON, DC 20005

Note: A certificate of mailing can only be used for domestic mailings of the Fee(s) Transmittal. This certificate cannot be used for any other accompanying papers. Each additional paper, such as an assignment or formal drawing, must have its own certificate of mailing or transmission.

**Certificate of Mailing or Transmission**
I hereby certify that this Fee(s) Transmittal is being deposited with the United States Postal Service with sufficient postage for first class mail in an envelope addressed to the Mail Stop ISSUE FEE address above, or being transmitted to the USPTO via EFS-Web or by facsimile to (571) 273-2885, on the date below.

_____ (Typed or printed name)

_____ (Signature)

_____ (Date)

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 16/246,101 | 01/11/2019 | Stephen L. HODGE | 3210.0980004 | 5053 |

TITLE OF INVENTION: CONTROLLED ENVIRONMENT MEDIA AND COMMUNICATION SYSTEM

| APPLN. TYPE | ENTITY STATUS | ISSUE FEE DUE | PUBLICATION FEE DUE | PREV. PAID ISSUE FEE | TOTAL FEE(S) DUE | DATE DUE |
|---|---|---|---|---|---|---|
| nonprovisional | UNDISCOUNTED | $1000 | $0.00 | $0.00 | $1000 | 04/08/2020 |

| EXAMINER | ART UNIT | CLASS-SUBCLASS |
|---|---|---|
| ZENATI, AMAL S | 2651 | 348-014010 |

1. Change of correspondence address or indication of "Fee Address" (37 CFR 1.363).

☐ Change of correspondence address (or Change of Correspondence Address form PTO/SB/122) attached.

☐ "Fee Address" indication (or "Fee Address" Indication form PTO/SB/47; Rev 03-09 or more recent) attached. **Use of a Customer Number is required.**

2. For printing on the patent front page, list
(1) The names of up to 3 registered patent attorneys or agents OR, alternatively,
(2) The name of a single firm (having as a member a registered attorney or agent) and the names of up to 2 registered patent attorneys or agents. If no name is listed, no name will be printed.

1 _____

2 _____

3 _____

3. ASSIGNEE NAME AND RESIDENCE DATA TO BE PRINTED ON THE PATENT (print or type)

PLEASE NOTE: Unless an assignee is identified below, no assignee data will appear on the patent. If an assignee is identified below, the document must have been previously recorded, or filed for recordation, as set forth in 37 CFR 3.11 and 37 CFR 3.81(a). Completion of this form is NOT a substitute for filing an assignment.

(A) NAME OF ASSIGNEE                    (B) RESIDENCE: (CITY and STATE OR COUNTRY)

Please check the appropriate assignee category or categories (will not be printed on the patent) :  ☐ Individual  ☐ Corporation or other private group entity  ☐ Government

4a. Fees submitted:  ☐ Issue Fee  ☐ Publication Fee (if required)  ☐ Advance Order - # of Copies _____

4b. Method of Payment: *(Please first reapply any previously paid issue fee shown above)*

☐ Electronic Payment via EFS-Web  ☐ Enclosed check  ☐ Non-electronic payment by credit card (Attach form PTO-2038)

☐ The Director is hereby authorized to charge the required fee(s), any deficiency, or credit any overpayment to Deposit Account No. _____

5. **Change in Entity Status** (from status indicated above)

☐ Applicant certifying micro entity status. See 37 CFR 1.29

☐ Applicant asserting small entity status. See 37 CFR 1.27

☐ Applicant changing to regular undiscounted fee status.

NOTE: Absent a valid certification of Micro Entity Status (see forms PTO/SB/15A and 15B), issue fee payment in the micro entity amount will not be accepted at the risk of application abandonment.
NOTE: If the application was previously under micro entity status, checking this box will be taken to be a notification of loss of entitlement to micro entity status.
NOTE: Checking this box will be taken to be a notification of loss of entitlement to small or micro entity status, as applicable.

NOTE: This form must be signed in accordance with 37 CFR 1.31 and 1.33. See 37 CFR 1.4 for signature requirements and certifications.

Authorized Signature _____          Date _____

Typed or printed name _____          Registration No. _____

PTOL-85 Part B (08-18) Approved for use through 01/31/2020          OMB 0651-0033          U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE



UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
**United States Patent and Trademark Office**
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 16/246,101 | 01/11/2019 | Stephen L. HODGE | 3210.0980004 | 5053 |

26111      7590      01/08/2020
STERNE, KESSLER, GOLDSTEIN & FOX P.L.L.C.
1100 NEW YORK AVENUE, N.W.
WASHINGTON, DC 20005

| EXAMINER |
|---|
| ZENATI, AMAL S |

| ART UNIT | PAPER NUMBER |
|---|---|
| 2651 | |

DATE MAILED: 01/08/2020

## Determination of Patent Term Adjustment under 35 U.S.C. 154 (b)
(Applications filed on or after May 29, 2000)

The Office has discontinued providing a Patent Term Adjustment (PTA) calculation with the Notice of Allowance.

Section 1(h)(2) of the AIA Technical Corrections Act amended 35 U.S.C. 154(b)(3)(B)(i) to eliminate the requirement that the Office provide a patent term adjustment determination with the notice of allowance. See Revisions to Patent Term Adjustment, 78 Fed. Reg. 19416, 19417 (Apr. 1, 2013). Therefore, the Office is no longer providing an initial patent term adjustment determination with the notice of allowance. The Office will continue to provide a patent term adjustment determination with the Issue Notification Letter that is mailed to applicant approximately three weeks prior to the issue date of the patent, and will include the patent term adjustment on the patent. Any request for reconsideration of the patent term adjustment determination (or reinstatement of patent term adjustment) should follow the process outlined in 37 CFR 1.705.

Any questions regarding the Patent Term Extension or Adjustment determination should be directed to the Office of Patent Legal Administration at (571)-272-7702. Questions relating to issue and publication fee payments should be directed to the Customer Service Center of the Office of Patent Publication at 1-(888)-786-0101 or (571)-272-4200.

PTOL-85 (Rev. 02/11)

## OMB Clearance and PRA Burden Statement for PTOL-85 Part B

The Paperwork Reduction Act (PRA) of 1995 requires Federal agencies to obtain Office of Management and Budget approval before requesting most types of information from the public. When OMB approves an agency request to collect information from the public, OMB (i) provides a valid OMB Control Number and expiration date for the agency to display on the instrument that will be used to collect the information and (ii) requires the agency to inform the public about the OMB Control Number's legal significance in accordance with 5 CFR 1320.5(b).

The information collected by PTOL-85 Part B is required by 37 CFR 1.311. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 30 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, Virginia 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, Virginia 22313-1450. Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

## Privacy Act Statement

**The Privacy Act of 1974 (P.L. 93-579)** requires that you be given certain information in connection with your submission of the attached form related to a patent application or patent. Accordingly, pursuant to the requirements of the Act, please be advised that: (1) the general authority for the collection of this information is 35 U.S.C. 2(b) (2); (2) furnishing of the information solicited is voluntary; and (3) the principal purpose for which the information is used by the U.S. Patent and Trademark Office is to process and/or examine your submission related to a patent application or patent. If you do not furnish the requested information, the U.S. Patent and Trademark Office may not be able to process and/or examine your submission, which may result in termination of proceedings or abandonment of the application or expiration of the patent.

The information provided by you in this form will be subject to the following routine uses:

1. The information on this form will be treated confidentially to the extent allowed under the Freedom of Information Act (5 U.S.C. 552) and the Privacy Act (5 U.S.C 552a). Records from this system of records may be disclosed to the Department of Justice to determine whether disclosure of these records is required by the Freedom of Information Act.

2. A record from this system of records may be disclosed, as a routine use, in the course of presenting evidence to a court, magistrate, or administrative tribunal, including disclosures to opposing counsel in the course of settlement negotiations.

3. A record in this system of records may be disclosed, as a routine use, to a Member of Congress submitting a request involving an individual, to whom the individual has requested assistance from the Member with respect to the subject matter of the record.

4. A record in this system of records may be disclosed, as a routine use, to a contractor of the Agency having need for the information in order to perform a contract. Recipients of information shall be required to comply with the requirements of the Privacy Act of 1974, as amended, pursuant to 5 U.S.C. 552a(m).

5. A record related to an International Application filed under the Patent Cooperation Treaty in this system of records may be disclosed, as a routine use, to the International Bureau of the World Intellectual Property Organization, pursuant to the Patent Cooperation Treaty.

6. A record in this system of records may be disclosed, as a routine use, to another federal agency for purposes of National Security review (35 U.S.C. 181) and for review pursuant to the Atomic Energy Act (42 U.S.C. 218(c)).

7. A record from this system of records may be disclosed, as a routine use, to the Administrator, General Services, or his/her designee, during an inspection of records conducted by GSA as part of that agency's responsibility to recommend improvements in records management practices and programs, under authority of 44 U.S.C. 2904 and 2906. Such disclosure shall be made in accordance with the GSA regulations governing inspection of records for this purpose, and any other relevant (i.e., GSA or Commerce) directive. Such disclosure shall not be used to make determinations about individuals.

8. A record from this system of records may be disclosed, as a routine use, to the public after either publication of the application pursuant to 35 U.S.C. 122(b) or issuance of a patent pursuant to 35 U.S.C. 151. Further, a record may be disclosed, subject to the limitations of 37 CFR 1.14, as a routine use, to the public if the record was filed in an application which became abandoned or in which the proceedings were terminated and which application is referenced by either a published application, an application open to public inspection or an issued patent.

9. A record from this system of records may be disclosed, as a routine use, to a Federal, State, or local law enforcement agency, if the USPTO becomes aware of a violation or potential violation of law or regulation.

| *Notice of Allowability* | Application No. 16/246,101 | Applicant(s) HODGE, Stephen L. | |
|---|---|---|---|
| | Examiner AMAL S ZENATI | Art Unit 2651 | AIA (FITF) Status Yes |

**-- The MAILING DATE of this communication appears on the cover sheet with the correspondence address--**

All claims being allowable, PROSECUTION ON THE MERITS IS (OR REMAINS) CLOSED in this application. If not included herewith (or previously mailed), a Notice of Allowance (PTOL-85) or other appropriate communication will be mailed in due course. **THIS NOTICE OF ALLOWABILITY IS NOT A GRANT OF PATENT RIGHTS.** This application is subject to withdrawal from issue at the initiative of the Office or upon petition by the applicant. See 37 CFR 1.313 and MPEP 1308.

1. ☑ This communication is responsive to <u>amendment filed on 12/16/2019</u>.
    ☐ A declaration(s)/affidavit(s) under **37 CFR 1.130(b)** was/were filed on _____.

2. ☐ An election was made by the applicant in response to a restriction requirement set forth during the interview on _____; the restriction requirement and election have been incorporated into this action.

3. ☑ The allowed claim(s) is/are <u>21-35</u> . As a result of the allowed claim(s), you may be eligible to benefit from the **Patent Prosecution Highway** program at a participating intellectual property office for the corresponding application. For more information, please see **http://www.uspto.gov/patents/init_events/pph/index.jsp** or send an inquiry to **PPHfeedback@uspto.gov.**

4. ☐ Acknowledgment is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d) or (f).
    **Certified copies:**
    a) ☐ All    b) ☐ Some    *c) ☐ None of the:
        1. ☐ Certified copies of the priority documents have been received.
        2. ☐ Certified copies of the priority documents have been received in Application No. _____ .
        3. ☐ Copies of the certified copies of the priority documents have been received in this national stage application from the International Bureau (PCT Rule 17.2(a)).
    * Certified copies not received: _____ .

    Applicant has THREE MONTHS FROM THE "MAILING DATE" of this communication to file a reply complying with the requirements noted below. Failure to timely comply will result in ABANDONMENT of this application.
**THIS THREE-MONTH PERIOD IS NOT EXTENDABLE.**

5. ☐ CORRECTED DRAWINGS (as "replacement sheets") must be submitted.
    ☐ including changes required by the attached Examiner's Amendment / Comment or in the Office action of
    Paper No./Mail Date _____
    **Identifying indicia such as the application number (see 37 CFR 1.84(c)) should be written on the drawings in the front (not the back) of each sheet. Replacement sheet(s) should be labeled as such in the header according to 37 CFR 1.121(d).**

6. ☐ DEPOSIT OF and/or INFORMATION about the deposit of BIOLOGICAL MATERIAL must be submitted. Note the attached Examiner's comment regarding REQUIREMENT FOR THE DEPOSIT OF BIOLOGICAL MATERIAL.

**Attachment(s)**
1. ☑ Notice of References Cited (PTO-892)
2. ☐ Information Disclosure Statements (PTO/SB/08), Paper No./Mail Date _____
3. ☐ Examiner's Comment Regarding Requirement for Deposit of Biological Material _____
4. ☐ Interview Summary (PTO-413), Paper No./Mail Date. _____

5. ☐ Examiner's Amendment/Comment
6. ☐ Examiner's Statement of Reasons for Allowance
7. ☐ Other _____.

/AMAL S ZENATI/
Primary Examiner, Art Unit 2651

| *Notice of References Cited* | Application/Control No. 16/246,101 | Applicant(s)/Patent Under Reexamination HODGE, Stephen L. | |
|---|---|---|---|
| | Examiner AMAL S ZENATI | Art Unit 2651 | Page 1 of 1 |

### U.S. PATENT DOCUMENTS

| * | | Document Number Country Code-Number-Kind Code | Date MM-YYYY | Name | CPC Classification | US Classification |
|---|---|---|---|---|---|---|
| * | A | US-20120262271-A1 | 10-2012 | Torgersrud; Richard | G06F21/32 | 340/5.53 |
| * | B | US-20040172652-A1 | 09-2004 | Fisk, Julian Basil | H04L29/06027 | 725/78 |
| * | C | US-20140033230-A1 | 01-2014 | Hanna; Edward J. | G06Q10/06 | 719/313 |
| | D | | | | | |
| | E | | | | | |
| | F | | | | | |
| | G | | | | | |
| | H | | | | | |
| | I | | | | | |
| | J | | | | | |
| | K | | | | | |
| | L | | | | | |
| | M | | | | | |

### FOREIGN PATENT DOCUMENTS

| * | | Document Number Country Code-Number-Kind Code | Date MM-YYYY | Country | Name | CPC Classification |
|---|---|---|---|---|---|---|
| | N | | | | | |
| | O | | | | | |
| | P | | | | | |
| | Q | | | | | |
| | R | | | | | |
| | S | | | | | |
| | T | | | | | |

### NON-PATENT DOCUMENTS

| * | | Include as applicable: Author, Title Date, Publisher, Edition or Volume, Pertinent Pages) |
|---|---|---|
| | U | |
| | V | |
| | W | |
| | X | |

*A copy of this reference is not being furnished with this Office action. (See MPEP § 707.05(a).)
Dates in MM-YYYY format are publication dates. Classifications may be US or foreign.

U.S. Patent and Trademark Office
PTO-892 (Rev. 01-2001)          **Notice of References Cited**          Part of Paper No. 20200102

| *Search Notes* | Application/Control No. | Applicant(s)/Patent Under Reexamination |
|---|---|---|
| | 16/246,101 | HODGE, Stephen L. |
| | Examiner | Art Unit |
| | AMAL S ZENATI | 2651 |

| CPC - Searched* | | |
|---|---|---|
| Symbol | Date | Examiner |
| | | |

| CPC Combination Sets - Searched* | | |
|---|---|---|
| Symbol | Date | Examiner |
| | | |

| US Classification - Searched* | | | |
|---|---|---|---|
| Class | Subclass | Date | Examiner |
| 348 | 014.01 | 01/02/2020 | |

\* See search history printout included with this form or the SEARCH NOTES box below to determine the scope of the search.

| Search Notes | | |
|---|---|---|
| Search Notes | Date | Examiner |
| Plus and East search | 01/02/2020 | AZ |
| Google Patenting search | 01/02/2020 | AZ |
| Inventor search and (clm) search for double patenting | 01/02/2020 | AZ |

| Interference Search | | | |
|---|---|---|---|
| US Class/CPC Symbol | US Subclass/CPC Group | Date | Examiner |
| 348 | 014.01 | 01/02/2020 | AZ |

| | |
|---|---|
| | |

| **Issue Classification** | **Application/Control No.** 16/246,101 | **Applicant(s)/Patent Under Reexamination** HODGE, Stephen L. |
|---|---|---|
| | **Examiner** AMAL S ZENATI | **Art Unit** 2651 |

**CPC**

| Symbol | | | | | Type | Version |
|---|---|---|---|---|---|---|
| H04N | / | 21 | / | 43615 | F | 2013-01-01 |
| H04N | / | 21 | / | 4882 | I | 2013-01-01 |
| H04L | / | 65 | / | 1059 | I | 2013-01-01 |
| H04L | / | 65 | / | 1069 | I | 2013-01-01 |
| H04L | / | 65 | / | 4076 | I | 2013-01-01 |
| H04L | / | 65 | / | 4084 | I | 2013-01-01 |
| H04N | / | 7 | / | 147 | I | 2013-01-01 |
| H04N | / | 21 | / | 44218 | I | 2013-01-01 |
| H04N | / | 7 | / | 141 | I | 2013-01-01 |
| H04N | / | 21 | / | 6543 | A | 2013-01-01 |
| H04L | / | 65 | / | 403 | A | 2013-01-01 |

**CPC Combination Sets**

| Symbol | | | | Type | Set | Ranking | Version |
|---|---|---|---|---|---|---|---|
| | / | | / | | | | |

| NONE | | **Total Claims Allowed:** | |
|---|---|---|---|
| (Assistant Examiner) | (Date) | 15 | |
| /AMAL S ZENATI/ Primary Examiner, Art Unit 2651 | 02 January 2020 | **O.G. Print Claim(s)** | **O.G. Print Figure** |
| (Primary Examiner) | (Date) | 21 | 1 |

| *Issue Classification* | Application/Control No. | Applicant(s)/Patent Under Reexamination |
|---|---|---|
| | 16/246,101 | HODGE, Stephen L. |
| | **Examiner** | **Art Unit** |
| | AMAL S ZENATI | 2651 |

| INTERNATIONAL CLASSIFICATION |
|---|
| **CLAIMED** |

| | | | |
|---|---|---|---|
| | | | |

| NON-CLAIMED |
|---|

| | | |
|---|---|---|
| | | |

| US ORIGINAL CLASSIFICATION | |
|---|---|
| **CLASS** | **SUBCLASS** |
| | |

| CROSS REFERENCES(S) | | | | | | |
|---|---|---|---|---|---|---|
| **CLASS** | **SUBCLASS (ONE SUBCLASS PER BLOCK)** | | | | | |
| | | | | | | |

| NONE | | **Total Claims Allowed:** | |
|---|---|---|---|
| (Assistant Examiner) | (Date) | 15 | |
| /AMAL S ZENATI/ Primary Examiner, Art Unit 2651 | 02 January 2020 | **O.G. Print Claim(s)** | **O.G. Print Figure** |
| (Primary Examiner) | (Date) | 21 | 1 |

U.S. Patent and Trademark Office                                                      Part of Paper No.: 20200102

| Issue Classification | Application/Control No. | Applicant(s)/Patent Under Reexamination |
|---|---|---|
| | 16/246,101 | HODGE, Stephen L. |
| | **Examiner** | **Art Unit** |
| | AMAL S ZENATI | 2651 |

| ☐ Claims renumbered in the same order as presented by applicant | ☐ CPA | ☐ T.D. | ☐ R.1.47 |
|---|---|---|---|

**CLAIMS**

| Final | Original | Final | Original | Final | Original | Final | Original | Final | Original | Final | Original | Final | Original | Final | Original | Final | Original |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 1 | | 10 | | 19 | 8 | 28 | | 37 | | | | | | | | |
| | 2 | | 11 | | 20 | 9 | 29 | | 38 | | | | | | | | |
| | 3 | | 12 | 1 | 21 | 10 | 30 | | 39 | | | | | | | | |
| | 4 | | 13 | 2 | 22 | 11 | 31 | | 40 | | | | | | | | |
| | 5 | | 14 | 3 | 23 | 12 | 32 | | | | | | | | | | |
| | 6 | | 15 | 4 | 24 | 13 | 33 | | | | | | | | | | |
| | 7 | | 16 | 5 | 25 | 14 | 34 | | | | | | | | | | |
| | 8 | | 17 | 6 | 26 | 15 | 35 | | | | | | | | | | |
| | 9 | | 18 | 7 | 27 | | 36 | | | | | | | | | | |

| NONE | | **Total Claims Allowed:** | |
|---|---|---|---|
| (Assistant Examiner) | (Date) | 15 | |
| /AMAL S ZENATI/<br>Primary Examiner, Art Unit 2651 | 02 January 2020 | O.G. Print Claim(s) | O.G. Print Figure |
| (Primary Examiner) | (Date) | 21 | 1 |

**EAST Search History**

**EAST Search History (Prior Art)**

| Ref # | Hits | Search Query | DBs | Default Operator | Plurals | Time Stamp |
|---|---|---|---|---|---|---|
| L1 | 5 | ("20120262271" \| "20130252575" \| "20140033230" \| "20140253663" \| "20150050910").PN. | US-PGPUB; USPAT | OR | OFF | 2020/01/02 15:20 |
| L2 | 12 | ("20120262271" \| "20130252575" \| "20140033230" \| "20140253663" \| "20150050910").PN. | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2020/01/02 15:20 |
| L3 | 24 | (media with distribut$3) and prison and video and visitat$3 | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2020/01/02 15:21 |
| L4 | 12 | (generat$3 with Catalog with media with metadata) and visit$4 | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2020/01/02 15:22 |
| L6 | 73 | (generat$3 with Catalog with media with metadata) and (visit$4 or facilit$4) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2020/01/02 15:23 |
| L7 | 66 | (generat$3 with Catalog with media with metadata) and (visit$4 or facilit$4) and distribu$4 | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2020/01/02 15:25 |
| L9 | 66 | (generat$3 with Catalog with media with metadata) and (visit$4 or facilit$4) and distribut$4 | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2020/01/02 15:25 |
| L10 | 0 | (generat$3 with Catalog with media with metadata) and ( facilit$4) and distribut$4 and (video near3 visitation) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; | OR | ON | 2020/01/02 15:26 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | DERWENT; IBM_TDB | | | |
| L11 | 0 | (generat$3 with Catalog with media with metadata) and ( facilit$4) and distribut$4 and (video near3 visitat$3) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2020/01/02 15:26 |
| L12 | 106 | ((("GLOBAL") near3 ("TEL" LINK") near3 ("CORPORATION"))).AS,AANM. | USPAT | OR | OFF | 2020/01/02 15:26 |
| L13 | 98 | ((("HODGE") near3 ("Stephen") near3 ("L"))).INV. | US-PGPUB; USPAT; USOCR | OR | OFF | 2020/01/02 15:26 |
| L14 | 0 | 12 and 6 | USPAT | OR | OFF | 2020/01/02 15:27 |
| L15 | 1 | ((generat$3 with Catalog with media with metadata) and (visit$4 or facilit$4) and distribu$4).clm. | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2020/01/02 15:53 |
| S1 | 5 | ("20120262271" | "20130252575" | "20140033230" | "20140253663" | "20150050910").PN. | US-PGPUB; USPAT | OR | OFF | 2017/08/18 14:20 |
| S2 | 7 | ("20040172652" | "20050022229" | "20090013359" | "20120257583" | "20130179949" | "20140218466" | "20140282898").PN. | US-PGPUB; USPAT | OR | OFF | 2017/08/18 14:21 |
| S3 | 50 | ((("3585973") or ("3595600") or ("3812254") or ("3848993") or ("3869394") or ("3884705") or ("4018939") or ("4054740") or ("4088498") or ("4104370") or ("4110176") or ("4120851") or ("4142927") or ("4162279") or ("4163855") or ("4177300") or ("4242818") or ("4243228") or ("4243243") or ("4243256") or ("4243423") or ("4243437") or ("4244939") or ("4246013") or ("4246296") or ("4246298") or ("4248007") or ("4248615") or ("4249336") or ("4249684") or ("4250086") or ("4250162") or ("4251850") or ("4253166") or ("4253178") or ("4253732") or ("4254037") or ("4254038") or ("4256668") or ("4256976") or ("4257373") or ("4258550") or ("4258591") or ("4259000") or ("4259172") or ("4259710") or ("4260506") or ("4260744") or ("4286481") or ("5889386")).PN. | US-PGPUB; USPAT; USOCR | OR | OFF | 2017/08/18 14:38 |
| S4 | 12 | prison and S1 or S2 | US-PGPUB; USPAT | OR | OFF | 2017/08/18 14:47 |
| S5 | 12 | prison and S1 or S2 | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | OFF | 2017/08/18 14:47 |

| S6 | 2 | ("20040008825" \| "7822803").PN. | US-PGPUB; USPAT | OR | OFF | 2017/08/18 15:33 |
| S7 | 2 | ("20150256677" \| "8990629").PN. | US-PGPUB; USPAT | OR | OFF | 2017/08/18 15:34 |
| S8 | 5 | ("20120262271" \| "20130252575" \| "20140033230" \| "20140253663" \| "20150050910").PN. | US-PGPUB; USPAT | OR | OFF | 2017/08/21 08:21 |
| S9 | 5 | message and S8 | US-PGPUB; USPAT | OR | OFF | 2017/08/21 08:21 |
| S10 | 5 | ("20120262271" \| "20130252575" \| "20140033230" \| "20140253663" \| "20150050910").PN. | US-PGPUB; USPAT | OR | OFF | 2017/09/28 09:38 |
| S11 | 7 | ("20040172652" \| "20050022229" \| "20090013359" \| "20120257583" \| "20130179949" \| "20140218466" \| "20140282898").PN. | US-PGPUB; USPAT | OR | OFF | 2017/09/28 09:39 |
| S12 | 50 | (("3585973") or ("3595600") or ("3812254") or ("3848993") or ("3869394") or ("3884705") or ("4018939") or ("4054740") or ("4088498") or ("4104370") or ("4110176") or ("4120851") or ("4142927") or ("4162279") or ("4163855") or ("4177300") or ("4242818") or ("4243228") or ("4243243") or ("4243256") or ("4243423") or ("4243437") or ("4244939") or ("4246013") or ("4246296") or ("4246298") or ("4248007") or ("4248615") or ("4249336") or ("4249684") or ("4250086") or ("4250162") or ("4251850") or ("4253166") or ("4253178") or ("4253732") or ("4254037") or ("4254038") or ("4256668") or ("4256976") or ("4257373") or ("4258550") or ("4258591") or ("4259000") or ("4259172") or ("4259710") or ("4260506") or ("4260744") or ("4286481") or ("5889386")).PN. | US-PGPUB; USPAT; USOCR | OR | OFF | 2017/09/28 09:39 |
| S13 | 5 | ("20120262271" \| "20130252575" \| "20140033230" \| "20140253663" \| "20150050910").PN. | US-PGPUB; USPAT | OR | OFF | 2017/09/28 09:39 |
| S14 | 7 | ("20040172652" \| "20050022229" \| "20090013359" \| "20120257583" \| "20130179949" \| "20140218466" \| "20140282898").PN. | US-PGPUB; USPAT | OR | OFF | 2017/09/28 09:39 |
| S15 | 12 | prison and S13 or S14 | US-PGPUB; USPAT | OR | OFF | 2017/09/28 09:39 |
| S16 | 2833 | (media with distribut$3 with session) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2017/09/28 09:41 |
| S17 | 284 | (media with distribut$3) and prison and video | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2017/09/28 09:42 |

| S18 | 10 | (media with distribut$3) and prison and video and visitat$3 | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2017/09/28 09:42 |
|---|---|---|---|---|---|---|
| S19 | 2 | "20140033230" | US-PGPUB; USPAT | OR | OFF | 2018/01/22 14:08 |
| S20 | 5 | ("20120262271" \| "20130252575" \| "20140033230" \| "20140253663" \| "20150050910").PN. | US-PGPUB; USPAT | OR | OFF | 2018/01/22 14:22 |
| S21 | 7 | ("20040172652" \| "20050022229" \| "20090013359" \| "20120257583" \| "20130179949" \| "20140218466" \| "20140282898").PN. | US-PGPUB; USPAT | OR | OFF | 2018/01/22 14:22 |
| S22 | 12 | prison and S20 or S21 | US-PGPUB; USPAT | OR | OFF | 2018/01/22 14:22 |
| S23 | 12 | prison and S20 or S21 | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | OFF | 2018/01/22 14:22 |
| S24 | 5 | ("20120262271" \| "20130252575" \| "20140033230" \| "20140253663" \| "20150050910").PN. | US-PGPUB; USPAT | OR | OFF | 2018/01/22 14:22 |
| S25 | 1 | "6753900".pn. | US-PGPUB; USPAT | OR | OFF | 2018/01/22 19:52 |
| S26 | 1 | "8117275".pn. | US-PGPUB; USPAT | OR | OFF | 2018/01/22 19:53 |
| S27 | 19 | (media with distribut$3) and prison and video and visitat$3 | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2018/08/30 19:28 |
| S28 | 5 | ("20120262271" \| "20130252575" \| "20140033230" \| "20140253663" \| "20150050910").PN. | US-PGPUB; USPAT | OR | OFF | 2018/08/30 19:29 |
| S29 | 7 | ("20040172652" \| "20050022229" \| "20090013359" \| "20120257583" \| "20130179949" \| "20140218466" \| "20140282898").PN. | US-PGPUB; USPAT | OR | OFF | 2018/08/30 19:29 |
| S30 | 12 | prison and S28 or S29 | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | OFF | 2018/08/30 19:29 |
| S31 | 5 | ("20120262271" \| "20130252575" \| "20140033230" \| "20140253663" \| "20150050910").PN. | US-PGPUB; USPAT | OR | OFF | 2018/08/30 19:29 |
| S32 | 5 | message and S31 | US-PGPUB; USPAT | OR | OFF | 2018/08/30 19:29 |

| S33 | 0 | Aodge.inv. near2 Stephen | US-PGPUB; USPAT | OR | OFF | 2018/08/30 19:30 |
|---|---|---|---|---|---|---|
| S34 | 217 | HODGE.inv. near2 Stephen | US-PGPUB; USPAT | OR | OFF | 2018/08/30 19:30 |
| S35 | 6 | S27 AND S34 | US-PGPUB; USPAT | OR | OFF | 2018/08/30 19:31 |
| S36 | 4 | ((media with distribut$3) and prison and video and visitat$3 ).CLM. | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2018/08/30 19:34 |
| S37 | 5 | ("20120262271" \| "20130252575" \| "20140033230" \| "20140253663" \| "20150050910").PN. | US-PGPUB; USPAT | OR | OFF | 2018/08/30 19:35 |
| S38 | 19 | (media with distribut$3) and prison and video and visitat$3 | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2018/08/30 19:36 |
| S39 | 50 | (("3585973") or ("3595600") or ("3812254") or ("3848993") or ("3869394") or ("3884705") or ("4018939") or ("4054740") or ("4088498") or ("4104370") or ("4110176") or ("4120851") or ("4142927") or ("4162279") or ("4163855") or ("4177300") or ("4242818") or ("4243228") or ("4243243") or ("4243256") or ("4243423") or ("4243437") or ("4244939") or ("4246013") or ("4246296") or ("4246298") or ("4248007") or ("4248615") or ("4249336") or ("4249684") or ("4250086") or ("4250162") or ("4251850") or ("4253166") or ("4253178") or ("4253732") or ("4254037") or ("4254038") or ("4256668") or ("4256976") or ("4257373") or ("4258550") or ("4258591") or ("4259000") or ("4259172") or ("4259710") or ("4260506") or ("4260744") or ("4286481") or ("5889386")).PN. | US-PGPUB; USPAT; USOCR | OR | OFF | 2018/08/30 19:37 |
| S40 | 7 | ("20040172652" \| "20050022229" \| "20090013359" \| "20120257583" \| "20130179949" \| "20140218466" \| "20140282898").PN. | US-PGPUB; USPAT | OR | OFF | 2019/10/09 09:25 |
| S41 | 7 | ("20040172652" \| "20050022229" \| "20090013359" \| "20120257583" \| "20130179949" \| "20140218466" \| "20140282898").PN. | US-PGPUB; USPAT; USOCR | OR | OFF | 2019/10/09 09:25 |
| S42 | 24 | (media with distribut$3) and prison and video and visitat$3 | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2019/10/09 09:26 |
| S43 | 3 | "20040257473" | US-PGPUB; | | ON | 2019/10/09 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | USPAT;<br>USOCR;<br>FPRS;<br>EPO; JPO;<br>DERWENT;<br>IBM_TDB | | | 09:26 |
| S44 | 3 | "20120262271" | US-PGPUB;<br>USPAT;<br>USOCR;<br>FPRS;<br>EPO; JPO;<br>DERWENT;<br>IBM_TDB | OR | ON | 2019/10/09<br>09:28 |
| S45 | 2 | "20040172652" | US-PGPUB;<br>USPAT;<br>USOCR;<br>FPRS;<br>EPO; JPO;<br>DERWENT;<br>IBM_TDB | OR | ON | 2019/10/09<br>09:28 |
| S46 | 7 | "20140033230" | US-PGPUB;<br>USPAT;<br>USOCR;<br>FPRS;<br>EPO; JPO;<br>DERWENT;<br>IBM_TDB | OR | ON | 2019/10/09<br>09:30 |
| S47 | 28 | ("20060280177" \| "20080201158" \|<br>"20090002405" \| "20100094878" \|<br>"20110065419" \| "20110237221" \|<br>"20110249073" \| "20110307548" \|<br>"20120324244" \| "20140215391" \|<br>"20140267547" \| "20140270126" \|<br>"20140273929" \| "20150188925" \|<br>"20170272435" \| "20170272440" \|<br>"6734900" \| "6810527" \| "7027659" \|<br>"7911513" \| "8537981" \| "8832374" \|<br>"8917848" \| "8929525" \| "9083850" \|<br>"9106789" \| "9332014" \| "9674198").PN. | US-PGPUB;<br>USPAT | OR | OFF | 2019/10/09<br>09:33 |
| S48 | 5 | ("20120262271" \| "20130252575" \|<br>"20140033230" \| "20140253663" \|<br>"20150050910").PN. | US-PGPUB;<br>USPAT | OR | OFF | 2019/10/09<br>09:34 |
| S49 | 7 | ("20040172652" \| "20050022229" \|<br>"20090013359" \| "20120257583" \|<br>"20130179949" \| "20140218466" \|<br>"20140282898").PN. | US-PGPUB;<br>USPAT | OR | OFF | 2019/10/09<br>09:34 |

1/2/2020 3:53:34 PM
C:\Users\azenati\Documents\EAST\Workspaces\case_15603095.wsp

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | |
|---|---|
| Inventor: Stephen L. HODGE | Confirmation No.: 5053 |
| Applicant: Global Tel*Link Corporation | Art Unit: 2656 |
| Application No.: 16/246,101 | Examiner: ZENATI, Amal S |
| Filing Date: January 11, 2019 | Atty. Docket: 3210.0980004 |

Title: **CONTROLLED ENVIRONMENT MEDIA AND COMMUNICATION SYSTEM**

## Amendment and Reply Under 37 C.F.R. § 1.111

*Mail Stop Amendment*

Commissioner for Patents
PO Box 1450
Alexandria, VA 22313-1450

Commissioner:

In reply to the Office Action dated October 15, 2019, Applicant submits the following Amendment and Remarks.

**Amendments to the Claims** are reflected in the listing of claims which begins on page 2 of this paper.

**Remarks and Arguments** begin on page 7 of this paper.

It is not believed that extensions of time are required beyond those that may otherwise be provided for in documents accompanying this paper. However, if additional extensions of time are necessary to prevent abandonment of this application, then such extensions of time are hereby petitioned under 37 C.F.R. § 1.136(a), and any additional fees required to continue prosecution or appeal of this application (including issue fee, fees for net addition of claims or forwarding to appeal) are hereby authorized to be charged to our Deposit Account No. 19-0036.

# Electronic Acknowledgement Receipt

| | |
|---|---|
| **EFS ID:** | 38040052 |
| **Application Number:** | 16246101 |
| **International Application Number:** | |
| **Confirmation Number:** | 5053 |
| **Title of Invention:** | CONTROLLED ENVIRONMENT MEDIA AND COMMUNICATION SYSTEM |
| **First Named Inventor/Applicant Name:** | Stephen L. HODGE |
| **Customer Number:** | 26111 |
| **Filer:** | Lauren Carl Schleh/Renee Bennett |
| **Filer Authorized By:** | Lauren Carl Schleh |
| **Attorney Docket Number:** | 3210.0980004 |
| **Receipt Date:** | 16-DEC-2019 |
| **Filing Date:** | 11-JAN-2019 |
| **Time Stamp:** | 16:34:18 |
| **Application Type:** | Utility under 35 USC 111(a) |

## Payment information:

| | |
|---|---|
| Submitted with Payment | no |

## File Listing:

| Document Number | Document Description | File Name | File Size(Bytes)/ Message Digest | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|
| 1 | Miscellaneous Incoming Letter | 2019-12-16-Miscellaneous-Letter-3210-0980004.pdf | 295093<br><br>4af83ba690cc3f8df6f583d9b6082c6dca84b22 | no | 1 |

**Warnings:**

Information:

| 2 | | 2019-12-16-Amendment-Reply-111-3210-0980004.pdf | 160035 | yes | 9 |
| | | | c4040d438f3352c0556ca9195af27b22583f4da5 | | |

| | Multipart Description/PDF files in .zip description | | |
|---|---|---|---|
| | **Document Description** | **Start** | **End** |
| | Applicant Arguments/Remarks Made in an Amendment | 7 | 9 |
| | Claims | 2 | 6 |
| | Amendment/Req. Reconsideration-After Non-Final Reject | 1 | 1 |

| Warnings: |
|---|

| Information: |
|---|

| **Total Files Size (in bytes):** | 455128 |
|---|---|

This Acknowledgement Receipt evidences receipt on the noted date by the USPTO of the indicated documents, characterized by the applicant, and including page counts, where applicable. It serves as evidence of receipt similar to a Post Card, as described in MPEP 503.

**New Applications Under 35 U.S.C. 111**
If a new application is being filed and the application includes the necessary components for a filing date (see 37 CFR 1.53(b)-(d) and MPEP 506), a Filing Receipt (37 CFR 1.54) will be issued in due course and the date shown on this Acknowledgement Receipt will establish the filing date of the application.
**National Stage of an International Application under 35 U.S.C. 371**
If a timely submission to enter the national stage of an international application is compliant with the conditions of 35 U.S.C. 371 and other applicable requirements a Form PCT/DO/EO/903 indicating acceptance of the application as a national stage submission under 35 U.S.C. 371 will be issued in addition to the Filing Receipt, in due course.
**New International Application Filed with the USPTO as a Receiving Office**
If a new international application is being filed and the international application includes the necessary components for an international filing date (see PCT Article 11 and MPEP 1810), a Notification of the International Application Number and of the International Filing Date (Form PCT/RO/105) will be issued in due course, subject to prescriptions concerning national security, and the date shown on this Acknowledgement Receipt will establish the international filing date of the application.



LAUREN C. SCHLEH
ASSOCIATE
(202) 772-8587
LSCHLEH@STERNEKESSLER.COM

December 16, 2019

Commissioner for Patents                         *Confirmation No. 5053*
PO Box 1450                                              *Art Unit 2656*
Alexandria, VA  22313-1450                  *Attn:  Mail Stop Amendment*

     Re:    U.S. Utility  Patent Application
              Appl. No. 16/246,101; Filing Date: January 11, 2019
              For:   **CONTROLLED ENVIRONMENT MEDIA AND
                         COMMUNICATION SYSTEM**
              Inventor:  Stephen  L. HODGE
              Our Ref:  3210.0980004

Commissioner:

     Transmitted herewith for appropriate action is a document entitled ***Amendment and
Reply Under 37 C.F.R. § 1.111***, which is submitted electronically.

     In the event that extensions of time are necessary to prevent abandonment of this patent
application, then such extensions of time are hereby petitioned.

     The U.S. Patent and Trademark Office is hereby authorized to charge any fee deficiency
and any additional fees required to continue prosecution or appeal of this application (including
issue fee, fees for net addition of claims or forwarding to appeal) or credit any overpayment to
our Deposit Account No. 19-0036.

                        Respectfully submitted,

                        STERNE, KESSLER, GOLDSTEIN & FOX P.L.L.C.

                        /Lauren C. Schleh/

                        Lauren C. Schleh
                        Attorney for Applicant
                        Registration No. 65,457

LCS/crb
Enclosure(s)

14281933_1

## *Remarks*

Reconsideration of this Application is respectfully requested.

Upon entry of the foregoing amendment, claims 21-35 are pending in the application, with claims 21 and 31 being independent.  By this Amendment, claims 21 and 31 are sought to be amended. Applicant respectfully reserves the right to prosecute similar or broader claims, with respect to the canceled and/or amended claims, in the future.  These changes are believed to introduce no new matter, and their entry is respectfully requested.

Based on the above amendment and the following remarks, Applicant respectfully requests that the Examiner reconsider all outstanding objections and rejections and that they be withdrawn.

### *Rejection under 35 U.S.C. § 103*

The Office Action rejects claims 21-35 under 35 U.S.C. § 103 as allegedly being unpatentable over U.S. Patent Application Publication No. 2012/0262271 to Torgersrud *et al.* in view of U.S. Patent Application Publication No. 2004/0172652 to Fisk *et al.* This rejection is respectfully traversed.

The applied references fail to disclose and would not have rendered obvious at least "a media distribution server configured to receive media from a plurality of media sources, generate a catalog of the received media based on the plurality of media sources and metadata associated with the received media, and make the media available on a network via the catalog, the plurality of media sources including a real-time media source and an on-demand media source," as recited in independent claim 1.

- 8 -                                                   Stephen L. HODGE
Reply to Office Action of October 15, 2019             Application No. 16/246,101

The Office Action alleges that Torgersrud discloses the claimed media distribution system. Office Action, p. 2. Specifically, Torgersrud discloses an audio-video platform that provides "entertainment services, and social networking." Torgersrud, ¶ [0022]. However, Torgersrud does not provide any details regarding these "entertainment services." For example, Torgersrud, merely discloses that video for a video conference may be "transmitted through a local media server at the facility" (*Id.* at ¶ [0084]), and that "the platform 225 may prevent a resident from accessing certain kiosk features, such as entertainment features." *Id.* at ¶ [0041]. Torgersrud is silent with respect to acquiring media from multiple sources, cataloging the media, and distributing the media. Therefore, Torgersrud fails to at least disclose the above limitation, as well as several of the other limitations in the claims. Fisk is also silent with respect to these features, and therefore fails to at least cure Torgersrud's deficiencies.

For at least similar reasons, the applied references also fail to disclose and would not have rendered obvious at least "a media distribution server configured to receive media from a plurality of media sources, generate a catalog of the received media based on the plurality of media sources and metadata associated with the received media, and make the media available on a network via the catalog, the plurality of media sources including a real-time media source and an on-demand media source," as recited in independent claim 31.

- 9 -

Reply to Office Action of October 15, 2019

Stephen L. HODGE
Application No. 16/246,101

## *Conclusion*

All of the stated grounds of rejection have been properly traversed, accommodated, or rendered moot. Applicant therefore respectfully requests that the Examiner reconsider all presently outstanding rejections and that they be withdrawn. Applicant believes that a full and complete reply has been made to the outstanding Office Action and, as such, the present application is in condition for allowance. If the Examiner believes, for any reason, that personal communication will expedite prosecution of this application, the Examiner is invited to telephone the undersigned at the number provided.

Prompt and favorable consideration of this Amendment and Reply is respectfully requested.

Respectfully submitted,

STERNE, KESSLER, GOLDSTEIN & FOX P.L.L.C.

/Lauren C. Schleh/

Lauren C. Schleh
Attorney for Applicant
Registration No. 65,457

Date:   December 16, 2019

1100 New York Avenue, N.W.
Washington, D.C. 20005-3934
(202) 371-2600

14085330_1

Atty. Dkt. No. 3210.0980004

- 2 -

Stephen  L.  HODGE
Reply to Office Action of October 15, 2019                                    Application No. 16/246,101

### *Amendments to the Claims*

This listing of claims will replace all prior versions, and listings, of claims in the application.

1-20.   (Canceled)

21.      (Currently Amended)  A media distribution system for distributing media and facilitating video visitation within a secured facility, the media distribution system being available to a resident of the secured facility, the media distribution system comprising:

a media distribution server configured to receive media from a plurality of media sources, generate a catalog of the received media based on the plurality of media sources and metadata associated with the received media, and make the media available on a network via the catalog, the plurality of media sources including a real-time media source and an on-demand media source;

encoding the received media;

storing the encoded received media for later distribution;

a video visitation server configured to conduct video visitation sessions between a first video visitation endpoint and a second video visitation endpoint, at least one of the first and second video visitation endpoints having connectivity to the network; and

an access kiosk placed within a residential unit of a secured facility and accessible by the resident, the access kiosk configured to:

communicate with the video visitation server over the network to participate in video visitation sessions with one or more other video visitation endpoints; and

Atty. Dkt. No. 3210.0980004

- 3 -

> > display the catalog to the resident;
>
> > receive a user selection from the catalog;
>
> > receive the encoded media from the media distribution server over the
>
> network based on the user selection; and
>
> > playback the selected media for consumption.

22.    (Original)  The system of claim 21, wherein the secured facility is a prison, the resident is an

inmate of that prison, and the residential unit of a secured facility is a prison cell.

23.    (Original)  The system of claim 21, wherein the media received from the on-demand video

source is video-on-demand media.

24.    (Original)  The system of claim 21, wherein the media received from the real-time media

source is broadcast media.

25.    (Original)  The system of claim 24, wherein the network supports multicast routing, the

media distribution server utilizes multicast routing to route the broadcast media, and the

access kiosk utilizes multicast routing to receive the broadcast media over the network.

26.    (Original)  The system of claim 21, wherein the access kiosk has access to the network only

through a secured network segment, the secured network segment being limited to access

only the network resources necessary for the access kiosk.

- 4 -
Stephen L. HODGE

Application No. 16/246,101

27.     (Original)  The system of claim 21, wherein the one or more other video visitation endpoints includes a second access kiosk, the second access kiosk placed within the secured facility and available to guests of the secured facility.

28.     (Original)  The system of claim 21, further comprising:

an intra-facility communications server with access to the network, the intra-facility communications server configured to route intra-facility communications on the network;

wherein the access kiosk is further configured to:

receive input indicative of an intra-facility message; and

transmit the intra-facility message to the intra-facility communications server using the network.

29.     (Original)  The system of claim 21, further comprising:

a voice communications server with access to the network, the voice communications server configured to route voice communications on the network and one or more external networks;

wherein the access kiosk is further configured to place and receive voice calls over the network and one or more external networks utilizing the voice communications server.

30.     (Original)  The system of claim 21, wherein the media distribution server is further configured to:

retrieve a media restriction file associated with the resident based on authentication information of the resident; and

Atty. Dkt. No. 3210.0980004

modify media made available to the resident based on the media restriction file.

31.    (Currently Amended)  A media distribution system for distributing media to a resident of a

secured facility, the media distribution system comprising:

a media distribution server configured to receive media from a plurality of media

sources, generate a catalog of the received media based on the plurality of media sources

and metadata associated with the received media, and make the media available on a

network via the catalog, the plurality of media sources including a real-time media source

and an on-demand media source;

encoding the received media;

storing the encoded received media for later distribution;

a media playback device associated with the resident and configured to provide an

interface through which the resident can view the catalog, communicate with the media

distribution server, interact with the catalog to make a media selection, and to playback the

selected media received from the media distribution server; and

a network configured to provide communicative connectivity between the media

playback device and the media distribution server.

32.    (Original)  The system of claim 31, wherein the secured facility is a prison, the resident is an

inmate of that prison, and the residential unit of a secured facility is a prison cell.

- 6 -                                        Stephen  L. HODGE
Reply to Office Action of October 15, 2019        Application No. 16/246,101

33.    (Original)  The system of claim 31, wherein the on-demand media source is a video-on-demand media source, and the media received from the media distribution server is video-on-demand media.

34.    (Original)  The system of claim 31, wherein the real-time media source is a broadcast media source, and the media received from the media distribution server is broadcast media.

35.    (Original)  The system of claim 34, wherein the network supports multicast routing, the media distribution server utilizes multicast routing to route the broadcast media, and the access kiosk utilizes multicast routing to receive the broadcast media over the network.

36-40.  (Canceled)

PTO/SB/06 (09-11)
Approved for use through 1/31/2014. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

| PATENT APPLICATION FEE DETERMINATION RECORD<br>Substitute for Form PTO-875 | Application or Docket Number<br>16/246,101 | Filing Date<br>01/11/2019 | ☐ To be Mailed |
|---|---|---|---|

**ENTITY:** ☑ LARGE ☐ SMALL ☐ MICRO

## APPLICATION AS FILED - PART I

| FOR | (Column 1)<br>NUMBER FILED | (Column 2)<br>NUMBER EXTRA | RATE ($) | FEE ($) |
|---|---|---|---|---|
| ☐ BASIC FEE<br>(37 CFR 1.16(a), (b), or (c)) | N/A | N/A | N/A | |
| ☐ SEARCH FEE<br>(37 CFR 1.16(k), (i), or (m)) | N/A | N/A | N/A | |
| ☐ EXAMINATION FEE<br>(37 CFR 1.16(o), (p), or (q)) | N/A | N/A | N/A | |
| TOTAL CLAIMS<br>(37 CFR 1.16(i)) | minus 20 = * | | x $100 = | |
| INDEPENDENT CLAIMS<br>(37 CFR 1.16(h)) | minus 3 = * | | x $460 = | |
| ☐ APPLICATION SIZE FEE (37 CFR 1.16(s)) | If the specification and drawings exceed 100 sheets of paper, the application size fee due is $310 ($155 for small entity) for each additional 50 sheets or fraction thereof. See 35 U.S.C. 41(a)(1)(G) and 37 CFR 1.16(s). | | | |
| ☐ MULTIPLE DEPENDENT CLAIM PRESENT (37 CFR 1.16(j)) | | | | |
| * If the difference in column 1 is less than zero, enter "0" in column 2. | | | TOTAL | |

## APPLICATION AS AMENDED - PART II

| | | (Column 1)<br>CLAIMS REMAINING AFTER AMENDMENT | | (Column 2)<br>HIGHEST NUMBER PREVIOUSLY PAID FOR | (Column 3)<br>PRESENT EXTRA | RATE ($) | ADDITIONAL FEE ($) |
|---|---|---|---|---|---|---|---|
| **AMENDMENT** | 12/16/2019 | | | | | | |
| | Total<br>(37 CFR 1.16(i)) | * 15 | Minus | ** 20 | = 0 | x $100 = | 0 |
| | Independent<br>(37 CFR 1.16(h)) | * 2 | Minus | *** 3 | = 0 | x $460 = | 0 |
| | ☐ Application Size Fee (37 CFR 1.16(s)) | | | | | | |
| | ☐ FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM (37 CFR 1.16(j)) | | | | | | |
| | | | | | | TOTAL ADD'L FEE | 0 |

| | | (Column 1)<br>CLAIMS REMAINING AFTER AMENDMENT | | (Column 2)<br>HIGHEST NUMBER PREVIOUSLY PAID FOR | (Column 3)<br>PRESENT EXTRA | RATE ($) | ADDITIONAL FEE ($) |
|---|---|---|---|---|---|---|---|
| **AMENDMENT** | Total<br>(37 CFR 1.16(i)) | * | Minus | ** | = | x $0 = | |
| | Independent<br>(37 CFR 1.16(h)) | * | Minus | *** | = | x $0 = | |
| | ☐ Application Size Fee (37 CFR 1.16(s)) | | | | | | |
| | ☐ FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM (37 CFR 1.16(j)) | | | | | | |
| | | | | | | TOTAL ADD'L FEE | |

| * If the entry in column 1 is less than the entry in column 2, write "0" in column 3. | LIE |
|---|---|
| ** If the "Highest Number Previously Paid For" IN THIS SPACE is less than 20, enter "20". | /ALLYSON PURNELL/ |
| *** If the "Highest Number Previously Paid For" IN THIS SPACE is less than 3, enter "3". | |
| The "Highest Number Previously Paid For" (Total or Independent) is the highest number found in the appropriate box in column 1. | |

This collection of information is required by 37 CFR 1.16. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 12 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

*If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.*

# UNITED STATES PATENT AND TRADEMARK OFFICE

**UNITED STATES DEPARTMENT OF COMMERCE**
**United States Patent and Trademark Office**
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 16/246,101 | 01/11/2019 | Stephen L. HODGE | 3210.0980004 | 5053 |

26111          7590          10/15/2019
STERNE, KESSLER, GOLDSTEIN & FOX P.L.L.C.
1100 NEW YORK AVENUE, N.W.
WASHINGTON, DC 20005

| EXAMINER |
|---|
| ZENATI, AMAL S |

| ART UNIT | PAPER NUMBER |
|---|---|
| 2656 | |

| NOTIFICATION DATE | DELIVERY MODE |
|---|---|
| 10/15/2019 | ELECTRONIC |

**Please find below and/or attached an Office communication concerning this application or proceeding.**

The time period for reply, if any, is set in the attached communication.

Notice of the Office communication was sent electronically on above-indicated "Notification Date" to the following e-mail address(es):

e-office@sternekessler.com

PTOL-90A (Rev. 04/07)

| *Office Action Summary* | Application No. 16/246,101 | Applicant(s) HODGE, Stephen L. | |
|---|---|---|---|
| | Examiner AMAL S ZENATI | Art Unit 2656 | AIA (FITF) Status Yes |

*-- The MAILING DATE of this communication appears on the cover sheet with the correspondence address --*

**Period for Reply**

A SHORTENED STATUTORY PERIOD FOR REPLY IS SET TO EXPIRE <u>3</u> MONTHS FROM THE MAILING DATE OF THIS COMMUNICATION.
- Extensions of time may be available under the provisions of 37 CFR 1.136(a). In no event, however, may a reply be timely filed after SIX (6) MONTHS from the mailing date of this communication.
- If NO period for reply is specified above, the maximum statutory period will apply and will expire SIX (6) MONTHS from the mailing date of this communication.
- Failure to reply within the set or extended period for reply will, by statute, cause the application to become ABANDONED (35 U.S.C. § 133).
Any reply received by the Office later than three months after the mailing date of this communication, even if timely filed, may reduce any earned patent term adjustment. See 37 CFR 1.704(b).

**Status**

1)☑ Responsive to communication(s) filed on <u>04 October 2019</u>.
    ☐ A declaration(s)/affidavit(s) under **37 CFR 1.130(b)** was/were filed on _____.

2a)☐ This action is **FINAL.**     2b)☑ This action is non-final.

3)☐ An election was made by the applicant in response to a restriction requirement set forth during the interview on _____; the restriction requirement and election have been incorporated into this action.

4)☐ Since this application is in condition for allowance except for formal matters, prosecution as to the merits is closed in accordance with the practice under *Ex parte Quayle*, 1935 C.D. 11, 453 O.G. 213.

**Disposition of Claims***

5) ☑ Claim(s) <u>21-35</u> is/are pending in the application.
    5a) Of the above claim(s) _____ is/are withdrawn from consideration.
6) ☐ Claim(s) _____ is/are allowed.
7) ☑ Claim(s) <u>21-35</u> is/are rejected.
8) ☐ Claim(s) _____ is/are objected to.
9) ☐ Claim(s) _____ are subject to restriction and/or election requirement

* If any claims have been determined <u>allowable</u>, you may be eligible to benefit from the **Patent Prosecution Highway** program at a participating intellectual property office for the corresponding application. For more information, please see http://www.uspto.gov/patents/init_events/pph/index.jsp or send an inquiry to **PPHfeedback@uspto.gov.**

**Application Papers**

10)☐ The specification is objected to by the Examiner.
11)☐ The drawing(s) filed on _____ is/are: a)☐ accepted or b)☐ objected to by the Examiner.
    Applicant may not request that any objection to the drawing(s) be held in abeyance. See 37 CFR 1.85(a).
    Replacement drawing sheet(s) including the correction is required if the drawing(s) is objected to. See 37 CFR 1.121(d).

**Priority under 35 U.S.C. § 119**

12)☐ Acknowledgment is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d) or (f).
    **Certified copies:**
    a)☐ All    b)☐ Some**    c)☐ None of the:
    1.☐ Certified copies of the priority documents have been received.
    2.☐ Certified copies of the priority documents have been received in Application No. _____.
    3.☐ Copies of the certified copies of the priority documents have been received in this National Stage application from the International Bureau (PCT Rule 17.2(a)).

** See the attached detailed Office action for a list of the certified copies not received.

**Attachment(s)**

1) ☑ Notice of References Cited (PTO-892)
2) ☐ Information Disclosure Statement(s) (PTO/SB/08a and/or PTO/SB/08b) Paper No(s)/Mail Date _____.
3) ☐ Interview Summary (PTO-413) Paper No(s)/Mail Date _____.
4) ☐ Other: _____.

Application/Control Number: 16/246,101                                          Page 2
Art Unit: 2656

**DETAILED ACTION**

1.      The present application, filed on or after March 16, 2013, is being examined under the

first inventor to file provisions of the AIA.

*Claim Rejections - 35 USC §103*

2.      The following is a quotation of 35 U.S.C. 103 which forms the basis for
all obviousness rejections set forth in this Office action:

A patent for a claimed invention may not be obtained, notwithstanding that the claimed invention
is not identically disclosed as set forth in section 102, if the differences between the claimed
invention and the prior art are such that the claimed invention as a whole would have been
obvious before the effective filing date of the claimed invention to a person having ordinary skill
in the art to which the claimed invention pertains. Patentability shall not be negated by the manner
in which the invention was made.

Claims **Claims 21-35** are rejected under 35 U.S.C. 103 as being unpatentable

over **Torgersrud et al** (Pub. No.: US 2012/0262271 A1; hereinafter Torgersrud) in view

of **Fisk et al** (Pub. No.: US 2004/0172652 A1; hereinafter Fisk)

Consider **claim 21,  Torgersrud** discloses a media distribution system for distributing

media and facilitating video visitation within a secured facility, the media distribution system

being available to a resident of the secured facility, the media distribution system comprising: a

media distribution server configured to receive media from a media source and make media

available on a network (paragraphs: 0022, 0026, 0028, 0068, and 0084 and fig. 1); video

visitation server configured to conduct video visitation sessions between a first video visitation

endpoint and a second video visitation endpoint, at least one of the first and second video

visitation endpoints having connectivity to the network (paragraphs: 0028, 0068, and 0084); and

an access kiosk placed within a residential unit of a secured facility and accessible by the

resident, the access kiosk configured to: communicate with the video visitation server over the

network to participate in video visitation sessions with one or more other video visitation endpoints (paragraphs: 0022, 0026, 0028 and fig. 1); and receive media from the media distribution server over the network and playback the media for consumption (paragraphs: 0031, 0078, 0082, 0084, and 0093-0095); however, **Torgersrud** does not specifically teaches a plurality of media sources and make media available on a network, the plurality of media sources including a real-time media source and an on-demand media source; encoding the received media; storing the encoded received media for later distribution.

In the same field of endeavor, **Fisk** clearly discloses wherein a plurality of media sources and make media available on a network, the plurality of media sources including a real-time mediasource and an on-demand media source; encoding the received media; storing the encoded received media for later distribution (paragraphs: 0097-0100).

Therefore, it would have been obvious to a person of ordinary skill in the art at the time the invention was made to incorporate the teaching of **Fisk** into teaching of **Torgersrud** for the purpose of implementing a prison cell as a residential unit (paragraph 0079).

Consider **claim 31, Torgersrud** discloses a media distribution system for distributing media to a resident of a secured facility, the media distribution system comprising:  a media playback device associated with the resident and configured to provide an interface through which the resident can communicate with the media distribution server, and to playback media received from the media distribution server (paragraphs: 0022, 0026, 0028, 0068, and 0084 and fig. 1); and a network configured to provide communicative connectivity between the media playback device and the media distribution server (paragraphs: 0028, 0068, 0084, and **0095**); however, **Torgersrud** does not specifically teaches a plurality of media sources and make media available on a network, the plurality of media sources including a real-time media source and an on-demand media source; encoding the received media; storing the encoded received media for later distribution.

In the same field of endeavor, **Fisk** clearly discloses wherein a plurality of media sources and make media available on a network, the plurality of media sources including a real-time media source and an on-demand media source; encoding the received media; storing the encoded received media for later distribution (paragraphs: 0097-0100).

Therefore, it would have been obvious to a person of ordinary skill in the art at the time the invention was made to incorporate the teaching of **Fisk** into teaching of **Torgersrud** for the purpose of implementing a prison cell as a residential unit (paragraph 0079).

Consider **claims 22 and 32, Torgersrud and Fisk** clearly shows the system, wherein the secured facility is a prison, the resident is an inmate of that prison, and the residential unit of a secured facility is a prison cell (Fisk: paragraphs: 0079; Torgersrud: paragraphs: 0022 and 0039).

Consider **claims 23 and 33, Torgersrud and Fisk** clearly shows the system, wherein the media received from the on-demand video source is video-on-demand media (Fisk: paragraphs: 0079 and 0100; Torgersrud: paragraphs: 0022).

Consider **claim 24**, **Torgersrud and Fisk** clearly shows the system, wherein the media received from the real-time media source is broadcast media (Fisk: paragraphs: 0125, 153, and 0157).

Consider **claim 25, Torgersrud and Fisk** clearly shows the system, wherein the network supports multicast routing, the media distribution server utilizes multicast routing to route the broadcast media, and the access kiosk utilizes multicast routing to receive the broadcast media over the network (Fisk: paragraphs: 0125, 0153, and 0235).

Application/Control Number: 16/246,101                                          Page 5
Art Unit: 2656

Consider **claim 26**, **Torgersrud and Fisk** clearly shows the system, wherein the access kiosk has access to the network only through a secured network segment, the secured network segment being limited to access only the network resources necessary for the access kiosk (Torgersrud: paragraphs: 0026, 0041- 0040, 0054).

Consider **claim 27**, **Torgersrud and Fisk** clearly shows the system, wherein the one or more other video visitation endpoints includes a second access kiosk, the second access kiosk placed within the secured facility and available to guests of the secured facility. (Torgersrud: paragraphs: 0081-0084).

Consider **claim 28, Torgersrud and Fisk** clearly shows the system, further comprising:   an intra-facility communications server with access to the network, the intra-facility communications server configured to route intra-facility communications on the network; wherein the access kiosk is further configured to: receive input indicative of an intra-facility message; and transmit the intra-facility message to the intra-facility communications server using the network (Torgersrud: paragraphs: 0070-0071).

Consider **claim 29, Torgersrud and Fisk** clearly shows the system, further comprising: a voice communications server with access to the network, the voice communications server configured to route voice communications on the network and one or more external networks; wherein the access kiosk is further configured to place and receive voice calls over the network and one or more external networks utilizing the voice communications server (Torgersrud: paragraphs: 0070-0071).

Consider **claim 30, Torgersrud and Fisk** clearly shows the system, wherein the media distribution server is further configured to: retrieve a media restriction file associated with the resident based on authentication information of the resident; and modify media made

Application/Control Number: 16/246,101                                    Page 6
Art Unit: 2656

available to the resident based on the media restriction file (Torgersrud: paragraphs: 0041 and 0068).

Consider **claim 33, Torgersrud and Fisk** clearly shows the system, wherein the on-demand media source is a video-on- demand media source, and the media received from the media distribution server is video- on-demand media (Fisk: paragraphs: 0079 and 0100; Torgersrud: paragraphs: 0022).

Consider **claim 34, Torgersrud and Fisk** clearly shows the system, wherein the real-time media source is a broadcast media source, and the media received from the media distribution server is broadcast media (Fisk: paragraphs: 0125, 153, and 0157).

Consider **claim 35, Torgersrud and Fisk** clearly shows the system, wherein the network supports multicast routing, the media distribution server utilizes multicast routing to route the broadcast media, and the access kiosk utilizes multicast routing to receive the broadcast media over the network (Torgersrud: paragraphs: 0022, 0026, 0028, 0095, and fig. 1).

*Conclusion*

Any inquiry concerning this communication or earlier communications from the examiner should be directed to Amal Zenati whose telephone number is 571- 270- 1947**.** The examiner can normally be reached on 8:00 -5:00 M-F.

If attempts to reach the examiner by telephone are unsuccessful, the examiner's supervisor, Curtis Kuntz can be reached on 571- 272- 7499.  The fax phone number for the organization where this application or proceeding is assigned is 571- 273-8300.

Information regarding the status of an application may be obtained from the Patent Application Information Retrieval (PAIR) system.  Status information for published applications

Application/Control Number: 16/246,101                                          Page 7
Art Unit: 2656

may be obtained from either Private PAIR or Public PAIR.  Status information for unpublished

applications is available through Private PAIR only.  For more information about the PAIR

system, see http://pair-direct.uspto.gov.  Should you have questions on access to the Private

PAIR system, contact the Electronic Business Center (EBC) at 866-217-9197 (toll-free).


/AMAL S ZENATI/
Primary Examiner, Art Unit 2656

| *Notice of References Cited* | Application/Control No.<br>16/246,101 | Applicant(s)/Patent Under<br>Reexamination<br>HODGE, Stephen L. | |
|---|---|---|---|
| | Examiner<br>AMAL S ZENATI | Art Unit<br>2656 | Page 1 of 1 |

### U.S. PATENT DOCUMENTS

| * | | Document Number<br>Country Code-Number-Kind Code | Date<br>MM-YYYY | Name | CPC Classification | US Classification |
|---|---|---|---|---|---|---|
| * | A | US-20120262271-A1 | 10-2012 | Torgersrud; Richard | G06F21/32 | 340/5.53 |
| * | B | US-20040172652-A1 | 09-2004 | Fisk, Julian Basil | H04L29/06027 | 725/78 |
| * | C | US-20140033230-A1 | 01-2014 | Hanna; Edward J. | G06Q10/06 | 719/313 |
| | D | | | | | |
| | E | | | | | |
| | F | | | | | |
| | G | | | | | |
| | H | | | | | |
| | I | | | | | |
| | J | | | | | |
| | K | | | | | |
| | L | | | | | |
| | M | | | | | |

### FOREIGN PATENT DOCUMENTS

| * | | Document Number<br>Country Code-Number-Kind Code | Date<br>MM-YYYY | Country | Name | CPC Classification |
|---|---|---|---|---|---|---|
| | N | | | | | |
| | O | | | | | |
| | P | | | | | |
| | Q | | | | | |
| | R | | | | | |
| | S | | | | | |
| | T | | | | | |

### NON-PATENT DOCUMENTS

| * | | Include as applicable: Author, Title Date, Publisher, Edition or Volume, Pertinent Pages) |
|---|---|---|
| | U | |
| | V | |
| | W | |
| | X | |

*A copy of this reference is not being furnished with this Office action. (See MPEP § 707.05(a).)
Dates in MM-YYYY format are publication dates. Classifications may be US or foreign.

U.S. Patent and Trademark Office
PTO-892 (Rev. 01-2001)                    **Notice of References Cited**                    Part of Paper No. 20191009

| *Search Notes* | Application/Control No. | Applicant(s)/Patent Under Reexamination |
|---|---|---|
| | 16/246,101 | HODGE, Stephen L. |
| | **Examiner** | **Art Unit** |
| | AMAL S ZENATI | 2656 |

| CPC - Searched* | | |
|---|---|---|
| **Symbol** | **Date** | **Examiner** |
| | | |

| CPC Combination Sets - Searched* | | |
|---|---|---|
| **Symbol** | **Date** | **Examiner** |
| | | |

| US Classification - Searched* | | | |
|---|---|---|---|
| **Class** | **Subclass** | **Date** | **Examiner** |
| 348 | 014.01 | 10/08/2019 | |

* See search history printout included with this form or the SEARCH NOTES box below to determine the scope of the search.

| Search Notes | | |
|---|---|---|
| **Search Notes** | **Date** | **Examiner** |
| Plus and East search | 10/09/2019 | AZ |

| Interference Search | | | |
|---|---|---|---|
| **US Class/CPC Symbol** | **US Subclass/CPC Group** | **Date** | **Examiner** |
| | | | |

| | |
|---|---|
| | |

| *Index of Claims* | Application/Control No. | Applicant(s)/Patent Under Reexamination |
|---|---|---|
| | 16/246,101 | HODGE, Stephen L. |
| | Examiner | Art Unit |
| | AMAL S ZENATI | 2656 |

| ✔ | **Rejected** | - | **Cancelled** | N | **Non-Elected** | A | **Appeal** |
|---|---|---|---|---|---|---|---|
| = | **Allowed** | ÷ | **Restricted** | I | **Interference** | O | **Objected** |

| CLAIMS | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| ☐ Claims renumbered in the same order as presented by applicant | | | | | ☐ CPA | ☐ T.D. | | ☐ R.1.47 | |

| CLAIM | | DATE | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Final | Original | 10/09/2019 | | | | | | | |
| | 1 | - | | | | | | | |
| | 2 | - | | | | | | | |
| | 3 | - | | | | | | | |
| | 4 | - | | | | | | | |
| | 5 | - | | | | | | | |
| | 6 | - | | | | | | | |
| | 7 | - | | | | | | | |
| | 8 | - | | | | | | | |
| | 9 | - | | | | | | | |
| | 10 | - | | | | | | | |
| | 11 | - | | | | | | | |
| | 12 | - | | | | | | | |
| | 13 | - | | | | | | | |
| | 14 | - | | | | | | | |
| | 15 | - | | | | | | | |
| | 16 | - | | | | | | | |
| | 17 | - | | | | | | | |
| | 18 | - | | | | | | | |
| | 19 | - | | | | | | | |
| | 20 | - | | | | | | | |
| | 21 | ✔ | | | | | | | |
| | 22 | ✔ | | | | | | | |
| | 23 | ✔ | | | | | | | |
| | 24 | ✔ | | | | | | | |
| | 25 | ✔ | | | | | | | |
| | 26 | ✔ | | | | | | | |
| | 27 | ✔ | | | | | | | |
| | 28 | ✔ | | | | | | | |
| | 29 | ✔ | | | | | | | |
| | 30 | ✔ | | | | | | | |
| | 31 | ✔ | | | | | | | |
| | 32 | ✔ | | | | | | | |
| | 33 | ✔ | | | | | | | |
| | 34 | ✔ | | | | | | | |
| | 35 | ✔ | | | | | | | |

EAST Search History

EAST Search History (Prior Art)

| Ref # | Hits | Search Query | DBs | Default Operator | Plurals | Time Stamp |
|---|---|---|---|---|---|---|
| S1 | 5 | ("20120262271" \| "20130252575" \| "20140033230" \| "20140253663" \| "20150050910").PN. | US-PGPUB; USPAT | OR | OFF | 2017/08/18 14:20 |
| S2 | 7 | ("20040172652" \| "20050022229" \| "20090013359" \| "20120257583" \| "20130179949" \| "20140218466" \| "20140282898").PN. | US-PGPUB; USPAT | OR | OFF | 2017/08/18 14:21 |
| S3 | 50 | (("3585973") or ("3595600") or ("3812254") or ("3848993") or ("3869394") or ("3884705") or ("4018939") or ("4054740") or ("4088498") or ("4104370") or ("4110176") or ("4120851") or ("4142927") or ("4162279") or ("4163855") or ("4177300") or ("4242818") or ("4243228") or ("4243243") or ("4243256") or ("4243423") or ("4243437") or ("4244939") or ("4246013") or ("4246296") or ("4246298") or ("4248007") or ("4248615") or ("4249336") or ("4249684") or ("4250086") or ("4250162") or ("4251850") or ("4253166") or ("4253178") or ("4253732") or ("4254037") or ("4254038") or ("4256668") or ("4256976") or ("4257373") or ("4258550") or ("4258591") or ("4259000") or ("4259172") or ("4259710") or ("4260506") or ("4260744") or ("4286481") or ("5889386")).PN. | US-PGPUB; USPAT; USOCR | OR | OFF | 2017/08/18 14:38 |
| S4 | 12 | prison and S1 or S2 | US-PGPUB; USPAT | OR | OFF | 2017/08/18 14:47 |
| S5 | 12 | prison and S1 or S2 | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | OFF | 2017/08/18 14:47 |
| S6 | 2 | ("20040008825" \| "7822803").PN. | US-PGPUB; USPAT | OR | OFF | 2017/08/18 15:33 |
| S7 | 2 | ("20150256677" \| "8990629").PN. | US-PGPUB; USPAT | OR | OFF | 2017/08/18 15:34 |
| S8 | 5 | ("20120262271" \| "20130252575" \| "20140033230" \| "20140253663" \| "20150050910").PN. | US-PGPUB; USPAT | OR | OFF | 2017/08/21 08:21 |
| S9 | 5 | message and S8 | US-PGPUB; USPAT | OR | OFF | 2017/08/21 08:21 |
| S10 | 5 | ("20120262271" \| "20130252575" \| "20140033230" \| "20140253663" \| "20150050910").PN. | US-PGPUB; USPAT | OR | OFF | 2017/09/28 09:38 |

| S11 | 7 | ("20040172652" \| "20050022229" \| "20090013359" \| "20120257583" \| "20130179949" \| "20140218466" \| "20140282898").PN. | US-PGPUB; USPAT | OR | OFF | 2017/09/28 09:39 |
|---|---|---|---|---|---|---|
| S12 | 50 | (("3585973" or "3595600" or "3812254" or "3848993" or "3869394" or "3884705" or "4018939" or "4054740" or "4088498" or "4104370" or "4110176" or "4120851" or "4142927" or "4162279" or "4163855" or "4177300" or "4242818" or "4243228" or "4243243" or "4243256" or "4243423" or "4243437" or "4244939" or "4246013" or "4246296" or "4246298" or "4248007" or "4248615" or "4249336" or "4249684" or "4250086" or "4250162" or "4251850" or "4253166" or "4253178" or "4253732" or "4254037" or "4254038" or "4256668" or "4256976" or "4257373" or "4258550" or "4258591" or "4259000" or "4259172" or "4259710" or "4260506" or "4260744" or "4286481" or "5889386")).PN. | US-PGPUB; USPAT; USOCR | OR | OFF | 2017/09/28 09:39 |
| S13 | 5 | ("20120262271" \| "20130252575" \| "20140033230" \| "20140253663" \| "20150050910").PN. | US-PGPUB; USPAT | OR | OFF | 2017/09/28 09:39 |
| S14 | 7 | ("20040172652" \| "20050022229" \| "20090013359" \| "20120257583" \| "20130179949" \| "20140218466" \| "20140282898").PN. | US-PGPUB; USPAT | OR | OFF | 2017/09/28 09:39 |
| S15 | 12 | prison and S13 or S14 | US-PGPUB; USPAT | OR | OFF | 2017/09/28 09:39 |
| S16 | 2833 | (media with distribut$3 with session) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2017/09/28 09:41 |
| S17 | 284 | (media with distribut$3) and prison and video | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2017/09/28 09:42 |
| S18 | 10 | (media with distribut$3) and prison and video and visitat$3 | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2017/09/28 09:42 |
| S19 | 2 | "20140033230" | US-PGPUB; USPAT | OR | OFF | 2018/01/22 14:08 |
| S20 | 5 | ("20120262271" \| "20130252575" \| "20140033230" \| "20140253663" \| "20150050910").PN. | US-PGPUB; USPAT | OR | OFF | 2018/01/22 14:22 |

| S21 | 7 | ("20040172652" \| "20050022229" \| "20090013359" \| "20120257583" \| "20130179949" \| "20140218466" \| "20140282898").PN. | US-PGPUB; USPAT | OR | OFF | 2018/01/22 14:22 |
| S22 | 12 | prison and S20 or S21 | US-PGPUB; USPAT | OR | OFF | 2018/01/22 14:22 |
| S23 | 12 | prison and S20 or S21 | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | OFF | 2018/01/22 14:22 |
| S24 | 5 | ("20120262271" \| "20130252575" \| "20140033230" \| "20140253663" \| "20150050910").PN. | US-PGPUB; USPAT | OR | OFF | 2018/01/22 14:22 |
| S25 | 1 | "6753900".pn. | US-PGPUB; USPAT | OR | OFF | 2018/01/22 19:52 |
| S26 | 1 | "8117275".pn. | US-PGPUB; USPAT | OR | OFF | 2018/01/22 19:53 |
| S27 | 19 | (media with distribut$3) and prison and video and visitat$3 | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2018/08/30 19:28 |
| S28 | 5 | ("20120262271" \| "20130252575" \| "20140033230" \| "20140253663" \| "20150050910").PN. | US-PGPUB; USPAT | OR | OFF | 2018/08/30 19:29 |
| S29 | 7 | ("20040172652" \| "20050022229" \| "20090013359" \| "20120257583" \| "20130179949" \| "20140218466" \| "20140282898").PN. | US-PGPUB; USPAT | OR | OFF | 2018/08/30 19:29 |
| S30 | 12 | prison and S28 or S29 | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | OFF | 2018/08/30 19:29 |
| S31 | 5 | ("20120262271" \| "20130252575" \| "20140033230" \| "20140253663" \| "20150050910").PN. | US-PGPUB; USPAT | OR | OFF | 2018/08/30 19:29 |
| S32 | 5 | message and S31 | US-PGPUB; USPAT | OR | OFF | 2018/08/30 19:29 |
| S33 | 0 | Aodge.inv. near2 Stephen | US-PGPUB; USPAT | OR | OFF | 2018/08/30 19:30 |
| S34 | 217 | HODGE.inv. near2 Stephen | US-PGPUB; USPAT | OR | OFF | 2018/08/30 19:30 |
| S35 | 6 | S27 AND S34 | US-PGPUB; USPAT | OR | OFF | 2018/08/30 19:31 |
| S36 | 4 | ((media with distribut$3) and prison and video and visitat$3 ).CLM. | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; | OR | ON | 2018/08/30 19:34 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | IBM_TDB | | | | |
| S37 | 5 | ("20120262271" \| "20130252575" \| "20140033230" \| "20140253663" \| "20150050910").PN. | US-PGPUB; USPAT | OR | OFF | 2018/08/30 19:35 |
| S38 | 19 | (media with distribut$3) and prison and video and visitat$3 | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2018/08/30 19:36 |
| S39 | 50 | (("3585973") or ("3595600") or ("3812254") or ("3848993") or ("3869394") or ("3884705") or ("4018939") or ("4054740") or ("4088498") or ("4104370") or ("4110176") or ("4120851") or ("4142927") or ("4162279") or ("4163855") or ("4177300") or ("4242818") or ("4243228") or ("4243243") or ("4243256") or ("4243423") or ("4243437") or ("4244939") or ("4246013") or ("4246296") or ("4246298") or ("4248007") or ("4248615") or ("4249336") or ("4249684") or ("4250086") or ("4250162") or ("4251850") or ("4253166") or ("4253178") or ("4253732") or ("4254037") or ("4254038") or ("4256668") or ("4256976") or ("4257373") or ("4258550") or ("4258591") or ("4259000") or ("4259172") or ("4259710") or ("4260506") or ("4260744") or ("4286481") or ("5889386")).PN. | US-PGPUB; USPAT; USOCR | OR | OFF | 2018/08/30 19:37 |
| S40 | 7 | ("20040172652" \| "20050022229" \| "20090013359" \| "20120257583" \| "20130179949" \| "20140218466" \| "20140282898").PN. | US-PGPUB; USPAT | OR | OFF | 2019/10/09 09:25 |
| S41 | 7 | ("20040172652" \| "20050022229" \| "20090013359" \| "20120257583" \| "20130179949" \| "20140218466" \| "20140282898").PN. | US-PGPUB; USPAT; USOCR | OR | OFF | 2019/10/09 09:25 |
| S42 | 24 | (media with distribut$3) and prison and video and visitat$3 | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2019/10/09 09:26 |
| S43 | 3 | "20040257473" | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2019/10/09 09:26 |
| S44 | 3 | "20120262271" | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2019/10/09 09:28 |

| S45 | 2 | "20040172652" | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2019/10/09 09:28 |
| S46 | 7 | "20140033230" | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2019/10/09 09:30 |
| S47 | 28 | ("20060280177" \| "20080201158" \| "20090002405" \| "20100094878" \| "20110065419" \| "20110237221" \| "20110249073" \| "20110307548" \| "20120324244" \| "20140215391" \| "20140267547" \| "20140270126" \| "20140273929" \| "20150188925" \| "20170272435" \| "20170272440" \| "6734900" \| "6810527" \| "7027659" \| "7911513" \| "8537981" \| "8832374" \| "8917848" \| "8929525" \| "9083850" \| "9106789" \| "9332014" \| "9674198").PN. | US-PGPUB; USPAT | OR | OFF | 2019/10/09 09:33 |
| S48 | 5 | ("20120262271" \| "20130252575" \| "20140033230" \| "20140253663" \| "20150050910").PN. | US-PGPUB; USPAT | OR | OFF | 2019/10/09 09:34 |
| S49 | 7 | ("20040172652" \| "20050022229" \| "20090013359" \| "20120257583" \| "20130179949" \| "20140218466" \| "20140282898").PN. | US-PGPUB; USPAT | OR | OFF | 2019/10/09 09:34 |

**10/9/2019 9:53:55 PM**
**C:\Users\azenati\Documents\EAST\Workspaces\case_15603095.wsp**

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | |
|---|---|
| Inventor: Stephen  L. HODGE | Confirmation No.: 5053 |
| Applicant: Global Tel*Link Corporation | Art Unit: 2656 |
| Application No.: 16/246,101 | Examiner: ZENATI, Amal S |
| Filing Date: January 11, 2019 | Atty. Docket: 3210.0980004 |

Title: **CONTROLLED ENVIRONMENT MEDIA AND COMMUNICATION SYSTEM**

## Reply to Restriction Requirement

Commissioner for Patents
PO Box 1450
Alexandria, VA 22313-1450

Commissioner:

In reply to the office action dated August 8, 2019, requesting an election of one group of claims to prosecute in the above-referenced patent application, Applicant hereby provisionally elects to prosecute **Group I, represented by claims 21-35**. This election is made without prejudice to or disclaimer of the other claims or inventions disclosed.

This election is made without traverse.

Reconsideration and withdrawal of the Restriction Requirement, and consideration and allowance of all pending claims, are respectfully requested.

It is not believed that extensions of time are required beyond those that may otherwise be provided for in documents accompanying this paper. However, if additional extensions of time are necessary to prevent abandonment of this application, then such extensions of time are hereby petitioned under 37 C.F.R. § 1.136(a), and any additional fees required to continue

- 2 -

Stephen  L. HODGE
Application No. 16/246,101

prosecution or appeal of this application (including issue fee, fees for net addition of claims or

forwarding to appeal) are hereby authorized to be charged to our Deposit Account No. 19-

0036.

Respectfully submitted,

STERNE, KESSLER, GOLDSTEIN & FOX P.L.L.C.

/Lauren C. Schleh/

Lauren C. Schleh
Attorney for Applicant
Registration No. 65,457

Date:    October 4, 2019

1100 New York Avenue, N.W.
Washington, D.C. 20005-3934
(202) 371-2600

13927767_1

Atty. Dkt. No. 3210.0980004

# Electronic Acknowledgement Receipt

| | |
|---|---|
| **EFS ID:** | 37361653 |
| **Application Number:** | 16246101 |
| **International Application Number:** | |
| **Confirmation Number:** | 5053 |
| **Title of Invention:** | CONTROLLED ENVIRONMENT MEDIA AND COMMUNICATION SYSTEM |
| **First Named Inventor/Applicant Name:** | Stephen L. HODGE |
| **Customer Number:** | 26111 |
| **Filer:** | Lauren Carl Schleh/Renee Bennett |
| **Filer Authorized By:** | Lauren Carl Schleh |
| **Attorney Docket Number:** | 3210.0980004 |
| **Receipt Date:** | 04-OCT-2019 |
| **Filing Date:** | 11-JAN-2019 |
| **Time Stamp:** | 11:39:26 |
| **Application Type:** | Utility under 35 USC 111(a) |

## Payment information:

| | |
|---|---|
| Submitted with Payment | no |

## File Listing:

| Document Number | Document Description | File Name | File Size(Bytes)/ Message Digest | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|
| 1 | Miscellaneous Incoming Letter | 2019-10-04-Miscellaneous-Letter-3210-0980004.PDF | 293882<br>8f58fe007e073a6ba86f218b96966ab0fa83dbcda | no | 1 |

**Warnings:**

**Information:**

| 2 | Response to Election / Restriction Filed | 2019-10-04-Reply-Restriction-Election-3210-0980004.PDF | 93381<br><br>e2de544cd4c96a36fad5f9a5cfe72b6b0ff6da0 | no | 2 |
|---|---|---|---|---|---|

**Warnings:**

**Information:**

| **Total Files Size (in bytes):** | 387263 |
|---|---|

This Acknowledgement Receipt evidences receipt on the noted date by the USPTO of the indicated documents, characterized by the applicant, and including page counts, where applicable. It serves as evidence of receipt similar to a Post Card, as described in MPEP 503.

**New Applications Under 35 U.S.C. 111**
If a new application is being filed and the application includes the necessary components for a filing date (see 37 CFR 1.53(b)-(d) and MPEP 506), a Filing Receipt (37 CFR 1.54) will be issued in due course and the date shown on this Acknowledgement Receipt will establish the filing date of the application.

**National Stage of an International Application under 35 U.S.C. 371**
If a timely submission to enter the national stage of an international application is compliant with the conditions of 35 U.S.C. 371 and other applicable requirements a Form PCT/DO/EO/903 indicating acceptance of the application as a national stage submission under 35 U.S.C. 371 will be issued in addition to the Filing Receipt, in due course.

**New International Application Filed with the USPTO as a Receiving Office**
If a new international application is being filed and the international application includes the necessary components for an international filing date (see PCT Article 11 and MPEP 1810), a Notification of the International Application Number and of the International Filing Date (Form PCT/RO/105) will be issued in due course, subject to prescriptions concerning national security, and the date shown on this Acknowledgement Receipt will establish the international filing date of the application.



**LAUREN C. SCHLEH**
ASSOCIATE
(202) 772-8587
LSCHLEH@STERNEKESSLER.COM

October 4, 2019

Commissioner for Patents                          *Confirmation No. 5053*
PO Box 1450                                         *Art Unit 2656*
Alexandria, VA  22313-1450

        Re:    U.S. Utility  Patent Application
               Appl. No. 16/246,101; Filing Date: January 11, 2019
               For:   **CONTROLLED ENVIRONMENT MEDIA AND**
                      **COMMUNICATION SYSTEM**
               Inventor:  Stephen  L. HODGE
               Our Ref:  3210.0980004

Commissioner:

        Transmitted herewith for appropriate action is a document entitled *Reply to Restriction Requirement*, which is submitted electronically.

        In the event that extensions of time are necessary to prevent abandonment of this patent application, then such extensions of time are hereby petitioned.

        The U.S. Patent and Trademark Office is hereby authorized to charge any fee deficiency and any additional fees required to continue prosecution or appeal of this application (including issue fee, fees for net addition of claims or forwarding to appeal) or credit any overpayment to our Deposit Account No. 19-0036.

                        Respectfully submitted,

                        STERNE, KESSLER, GOLDSTEIN & FOX P.L.L.C.

                        /Lauren C. Schleh/

                        Lauren C. Schleh
                        Attorney for Applicant
                        Registration No. 65,457

LCS/crb
Enclosure(s)

13935388_1

U̶NITED S̶TATES P̶ATENT AND T̶RADEMARK O̶FFICE

**UNITED STATES DEPARTMENT OF COMMERCE**
**United States Patent and Trademark Office**
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 16/246,101 | 01/11/2019 | Stephen L. HODGE | 3210.0980004 | 5053 |

26111         7590         08/08/2019
STERNE, KESSLER, GOLDSTEIN & FOX P.L.L.C.
1100 NEW YORK AVENUE, N.W.
WASHINGTON, DC 20005

| EXAMINER |
|---|
| ZENATI, AMAL S |

| ART UNIT | PAPER NUMBER |
|---|---|
| 2656 | |

| NOTIFICATION DATE | DELIVERY MODE |
|---|---|
| 08/08/2019 | ELECTRONIC |

**Please find below and/or attached an Office communication concerning this application or proceeding.**

The time period for reply, if any, is set in the attached communication.

Notice of the Office communication was sent electronically on above-indicated "Notification Date" to the following e-mail address(es):

e-office@sternekessler.com

PTOL-90A (Rev. 04/07)

| *Office Action Summary* | Application No.<br>16/246,101 | Applicant(s)<br>HODGE, Stephen L. | |
|---|---|---|---|
| | Examiner<br>AMAL S ZENATI | Art Unit<br>2656 | AIA (FITF) Status<br>Yes |

-- *The MAILING DATE of this communication appears on the cover sheet with the correspondence address* --

**Period for Reply**

A SHORTENED STATUTORY PERIOD FOR REPLY IS SET TO EXPIRE <u>2</u> MONTHS FROM THE MAILING DATE OF THIS COMMUNICATION.
- Extensions of time may be available under the provisions of 37 CFR 1.136(a). In no event, however, may a reply be timely filed after SIX (6) MONTHS from the mailing date of this communication.
- If NO period for reply is specified above, the maximum statutory period will apply and will expire SIX (6) MONTHS from the mailing date of this communication.
- Failure to reply within the set or extended period for reply will, by statute, cause the application to become ABANDONED (35 U.S.C. § 133).
  Any reply received by the Office later than three months after the mailing date of this communication, even if timely filed, may reduce any earned patent term adjustment. See 37 CFR 1.704(b).

**Status**

1) ☑ Responsive to communication(s) filed on <u>11 January 2019</u>.
   ☐ A declaration(s)/affidavit(s) under **37 CFR 1.130(b)** was/were filed on _____.
2a) ☐ This action is **FINAL.**   2b) ☐ This action is non-final.
3) ☐ An election was made by the applicant in response to a restriction requirement set forth during the interview on _____; the restriction requirement and election have been incorporated into this action.
4) ☐ Since this application is in condition for allowance except for formal matters, prosecution as to the merits is closed in accordance with the practice under *Ex parte Quayle*, 1935 C.D. 11, 453 O.G. 213.

**Disposition of Claims***

5) ☑ Claim(s) <u>21-40</u> is/are pending in the application.
   5a) Of the above claim(s) _____ is/are withdrawn from consideration.
6) ☐ Claim(s) _____ is/are allowed.
7) ☐ Claim(s) _____ is/are rejected.
8) ☐ Claim(s) _____ is/are objected to.
9) ☑ Claim(s) <u>21-40</u> are subject to restriction and/or election requirement
* If any claims have been determined <u>allowable</u>, you may be eligible to benefit from the **Patent Prosecution Highway** program at a participating intellectual property office for the corresponding application. For more information, please see http://www.uspto.gov/patents/init_events/pph/index.jsp or send an inquiry to **PPHfeedback@uspto.gov.**

**Application Papers**

10) ☐ The specification is objected to by the Examiner.
11) ☐ The drawing(s) filed on _____ is/are:  a) ☐ accepted or  b) ☐ objected to by the Examiner.
   Applicant may not request that any objection to the drawing(s) be held in abeyance. See 37 CFR 1.85(a).
   Replacement drawing sheet(s) including the correction is required if the drawing(s) is objected to. See 37 CFR 1.121(d).

**Priority under 35 U.S.C. § 119**

12) ☐ Acknowledgment is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d) or (f).
   **Certified copies:**
   a) ☐ All   b) ☐ Some**   c) ☐ None of the:
   1. ☐ Certified copies of the priority documents have been received.
   2. ☐ Certified copies of the priority documents have been received in Application No. _____.
   3. ☐ Copies of the certified copies of the priority documents have been received in this National Stage application from the International Bureau (PCT Rule 17.2(a)).
** See the attached detailed Office action for a list of the certified copies not received.

**Attachment(s)**

1) ☐ Notice of References Cited (PTO-892)
2) ☐ Information Disclosure Statement(s) (PTO/SB/08a and/or PTO/SB/08b)
   Paper No(s)/Mail Date _____.
3) ☐ Interview Summary (PTO-413)
   Paper No(s)/Mail Date _____.
4) ☐ Other: _____.

Application/Control Number: 16/246,101                                          Page 2
Art Unit: 2656

### Notice of Pre-AIA or AIA Status

1.      The present application, filed on or after March 16, 2013, is being examined under the

first inventor to file provisions of the AIA.


### DETAILED ACTION

## *Election/Restriction*

2.      Restriction to one of the following inventions is required under 35 U.S.C. 121:

      I.      Claims 21-35, drawn to a system for media distribution system for distributing

media and facilitating video visitation within a secured facility, receive media from the

media distribution server over the network and playback the media for consumption

(class/subclass 379/221.060).

      II.     Claims 36 - 40, drawn to a system for a media distribution server configured to:

receive a plurality of media items from at least one media source; **generate a**

**catalog** of the received plurality of media items (class/subclass 707/737).



2.      The inventions are distinct, each from the other because of the following reasons:

Inventions I, and II are unrelated.  Inventions are unrelated if it can be shown that they are

not disclosed as capable of use together, or they have different modes of operation, or they

have different functions, or they have different effects  (MPEP § 806.04, MPEP

§ 808.01).  In the instant case, the different inventions have different functions and different

effects. For example, Invention I related to a system for a system for media distribution

system for distributing media and facilitating video visitation within a secured facility, network

receive media from the media distribution server over the and playback the media for

consumption; and Invention II related to a system for a media distribution server configured

to: receive a plurality of media items from at least one media source; generate a catalog of the received plurality of media items; Thus, Invention of group I is not required Invention of groups II invention has different class/subclass. That clearly indicates that the five inventions have different functions as well as different effects.

3.   Applicant is reminded that upon the cancellation of claims to a non-elected invention, the inventor ship must be amended in compliance with 37 CFR 1.48(b) if one or more of the currently named inventors is no longer an inventor of at least one claim remaining in the application.  Any amendment of inventor ship must be accompanied by a petition under 37 CFR 1.48(b) and by the fee required under 37 CFR 1.17(i).

4.   Because these inventions are distinct for the reasons given above and have acquired a separate status in the art as shown by their different classification, these inventions are distinct for the reasons given above and the search required for each Group is not required for other Group, and these inventions are distinct for the reasons given above and have acquired a separate status in the art because of their recognized divergent subject matter, restriction for examination purposes as indicated is proper.

### Conclusion

Any inquiry concerning this communication or earlier communications from the examiner should be directed to Amal Zenati whose telephone number is **571-270-1947.** The examiner can normally be reached on 8:00 -5:00 M-F.

If attempts to reach the examiner by telephone are unsuccessful, the examiner's supervisor, Curtis Kuntz can be reached on 571- 272- 7499.  The fax phone number for the organization where this application or proceeding is assigned is 571- 273-8300.

Application/Control Number: 16/246,101                                           Page 4
Art Unit: 2656

     Information regarding the status of an application may be obtained from the Patent

Application Information Retrieval (PAIR) system.  Status information for published applications

may be obtained from either Private PAIR or Public PAIR.  Status information for unpublished

applications is available through Private PAIR only.  For more information about the PAIR

system, see http://pair-direct.uspto.gov.  Should you have questions on access to the Private

PAIR system, contact the Electronic Business Center (EBC) at 866-217-9197 (toll-free).


     /AMAL S ZENATI/
     Primary Examiner, Art Unit 2656



UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
**United States Patent and Trademark Office**
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NUMBER | FILING OR 371(C) DATE | FIRST NAMED APPLICANT | ATTY. DOCKET NO./TITLE |
|---|---|---|---|
| 16/246,101 | 01/11/2019 | Stephen L. HODGE | 3210.0980004 |

**CONFIRMATION NO. 5053**

26111
STERNE, KESSLER, GOLDSTEIN & FOX P.L.L.C.
1100 NEW YORK AVENUE, N.W.
WASHINGTON, DC 20005

**PUBLICATION NOTICE**

*OC000000109742964*

**Title:** CONTROLLED ENVIRONMENT MEDIA AND COMMUNICATION SYSTEM

**Publication No.** US-2019-0222889-A1
**Publication Date:** 07/18/2019

# NOTICE OF PUBLICATION OF APPLICATION

The above-identified application will be electronically published as a patent application publication pursuant to 37 CFR 1.211, et seq. The patent application publication number and publication date are set forth above.

The publication may be accessed through the USPTO's publically available Searchable Databases via the Internet at www.uspto.gov. The direct link to access the publication is currently http://www.uspto.gov/patft/.

The publication process established by the Office does not provide for mailing a copy of the publication to applicant. A copy of the publication may be obtained from the Office upon payment of the appropriate fee set forth in 37 CFR 1.19(a)(1). Orders for copies of patent application publications are handled by the USPTO's Public Records Division. The Public Records Division can be reached by telephone at (571) 272-3150 or (800) 972-6382, by facsimile at (571) 273-3250, by mail addressed to the United States Patent and Trademark Office, Public Records Division, Alexandria, VA 22313-1450 or via the Internet.

In addition, information on the status of the application, including the mailing date of Office actions and the dates of receipt of correspondence filed in the Office, may also be accessed via the Internet through the Patent Electronic Business Center at www.uspto.gov using the public side of the Patent Application Information and Retrieval (PAIR) system. The direct link to access this status information is currently https://portal.uspto.gov/pair/PublicPair. Prior to publication, such status information is confidential and may only be obtained by applicant using the private side of PAIR.

Further assistance in electronically accessing the publication, or about PAIR, is available by calling the Patent Electronic Business Center at 1-866-217-9197.

---

Office of Data Managment, Application Assistance Unit (571) 272-4000, or (571) 272-4200, or 1-888-786-0101

## PATENT APPLICATION FEE DETERMINATION RECORD
Substitute for Form PTO-875

Application or Docket Number
16/246,101

### APPLICATION AS FILED - PART I

| FOR | (Column 1) NUMBER FILED | (Column 2) NUMBER EXTRA | SMALL ENTITY RATE($) | FEE($) | OR | OTHER THAN SMALL ENTITY RATE($) | FEE($) |
|---|---|---|---|---|---|---|---|
| BASIC FEE (37 CFR 1.16(a), (b), or (c)) | N/A | N/A | N/A | | | N/A | 300 |
| SEARCH FEE (37 CFR 1.16(k), (i), or (m)) | N/A | N/A | N/A | | | N/A | 660 |
| EXAMINATION FEE (37 CFR 1.16(o), (p), or (q)) | N/A | N/A | N/A | | | N/A | 760 |
| TOTAL CLAIMS (37 CFR 1.16(i)) | 20 | minus 20 = * | | | OR | x 100 = | 0.00 |
| INDEPENDENT CLAIMS (37 CFR 1.16(h)) | 3 | minus 3 = * | | | | x 460 = | 0.00 |
| APPLICATION SIZE FEE (37 CFR 1.16(s)) | If the specification and drawings exceed 100 sheets of paper, the application size fee due is $310 ($155 for small entity) for each additional 50 sheets or fraction thereof. See 35 U.S.C. 41(a)(1)(G) and 37 CFR 1.16(s). | | | | | | 0.00 |
| MULTIPLE DEPENDENT CLAIM PRESENT (37 CFR 1.16(j)) | | | | | | | 0.00 |
| * If the difference in column 1 is less than zero, enter "0" in column 2. | | | TOTAL | | | TOTAL | 1720 |

### APPLICATION AS AMENDED - PART II

| | | (Column 1) CLAIMS REMAINING AFTER AMENDMENT | (Column 2) HIGHEST NUMBER PREVIOUSLY PAID FOR | (Column 3) PRESENT EXTRA | SMALL ENTITY RATE($) | ADDITIONAL FEE($) | OR | OTHER THAN SMALL ENTITY RATE($) | ADDITIONAL FEE($) |
|---|---|---|---|---|---|---|---|---|---|
| AMENDMENT A | Total (37 CFR 1.16(i)) | * | Minus ** | = | x = | | OR | x = | |
| | Independent (37 CFR 1.16(h)) | * | Minus *** | = | x = | | OR | x = | |
| | Application Size Fee (37 CFR 1.16(s)) | | | | | | | | |
| | FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM (37 CFR 1.16(j)) | | | | | | OR | | |
| | | | | | TOTAL ADD'L FEE | | OR | TOTAL ADD'L FEE | |

| | | (Column 1) CLAIMS REMAINING AFTER AMENDMENT | (Column 2) HIGHEST NUMBER PREVIOUSLY PAID FOR | (Column 3) PRESENT EXTRA | SMALL ENTITY RATE($) | ADDITIONAL FEE($) | OR | OTHER THAN SMALL ENTITY RATE($) | ADDITIONAL FEE($) |
|---|---|---|---|---|---|---|---|---|---|
| AMENDMENT B | Total (37 CFR 1.16(i)) | * | Minus ** | = | x = | | OR | x = | |
| | Independent (37 CFR 1.16(h)) | * | Minus *** | = | x = | | OR | x = | |
| | Application Size Fee (37 CFR 1.16(s)) | | | | | | | | |
| | FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM (37 CFR 1.16(j)) | | | | | | OR | | |
| | | | | | TOTAL ADD'L FEE | | OR | TOTAL ADD'L FEE | |

* If the entry in column 1 is less than the entry in column 2, write "0" in column 3.
** If the "Highest Number Previously Paid For" IN THIS SPACE is less than 20, enter "20".
*** If the "Highest Number Previously Paid For" IN THIS SPACE is less than 3, enter "3".
   The "Highest Number Previously Paid For" (Total or Independent) is the highest found in the appropriate box in column 1.



UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NUMBER | FILING or 371(c) DATE | GRP ART UNIT | FIL FEE REC'D | ATTY.DOCKET.NO | TOT CLAIMS | IND CLAIMS |
|---|---|---|---|---|---|---|
| 16/246,101 | 01/11/2019 | | 1880 | 3210.0980004 | 20 | 3 |

CONFIRMATION NO. 5053

26111
STERNE, KESSLER, GOLDSTEIN & FOX P.L.L.C.
1100 NEW YORK AVENUE, N.W.
WASHINGTON, DC 20005

**UPDATED FILING RECEIPT**


OC000000107283000

Date Mailed: 04/11/2019

Receipt is acknowledged of this non-provisional patent application. The application will be taken up for examination in due course. Applicant will be notified as to the results of the examination. Any correspondence concerning the application must include the following identification information: the U.S. APPLICATION NUMBER, FILING DATE, NAME OF APPLICANT, and TITLE OF INVENTION. Fees transmitted by check or draft are subject to collection. Please verify the accuracy of the data presented on this receipt. **If an error is noted on this Filing Receipt, please submit a written request for a Filing Receipt Correction. Please provide a copy of this Filing Receipt with the changes noted thereon. If you received a "Notice to File Missing Parts" for this application, please submit any corrections to this Filing Receipt with your reply to the Notice. When the USPTO processes the reply to the Notice, the USPTO will generate another Filing Receipt incorporating the requested corrections**

**Inventor(s)**
Stephen L. HODGE, Aubrey, TX;

**Applicant(s)**
Global Tel*Link Corporation, Reston, VA;

**Assignment For Published Patent Application**
Global Tel*Link Corporation, Reston, VA

**Power of Attorney:** The patent practitioners associated with Customer Number 26111

**Domestic Priority data as claimed by applicant**
This application is a CON of 15/603,095 05/23/2017 PAT 10182254
which is a DIV of 15/148,880 05/06/2016 ABN

**Foreign Applications** for which priority is claimed  (You may be eligible to benefit from the **Patent Prosecution Highway** program at the USPTO. Please see http://www.uspto.gov for more information.)  - None.
*Foreign application information must be provided in an Application Data Sheet in order to constitute a claim to foreign priority. See 37 CFR 1.55 and 1.76.*

**Permission to Access Application via Priority Document Exchange:** Yes

**Permission to Access Search Results:** Yes

Applicant may provide or rescind an authorization for access using Form PTO/SB/39 or Form PTO/SB/69 as appropriate.

**If Required, Foreign Filing License Granted:** 02/05/2019

The country code and number of your priority application, to be used for filing abroad under the Paris Convention, is **US 16/246,101**

**Projected Publication Date:** 07/18/2019

**Non-Publication Request:** No

**Early Publication Request:** No
**Title**

CONTROLLED ENVIRONMENT MEDIA AND COMMUNICATION SYSTEM

**Preliminary Class**

**Statement under 37 CFR 1.55 or 1.78 for AIA (First Inventor to File) Transition Applications:** No

## PROTECTING YOUR INVENTION OUTSIDE THE UNITED STATES

Since the rights granted by a U.S. patent extend only throughout the territory of the United States and have no effect in a foreign country, an inventor who wishes patent protection in another country must apply for a patent in a specific country or in regional patent offices. Applicants may wish to consider the filing of an international application under the Patent Cooperation Treaty (PCT). An international (PCT) application generally has the same effect as a regular national patent application in each PCT-member country. The PCT process **simplifies** the filing of patent applications on the same invention in member countries, but **does not result** in a grant of "an international patent" and does not eliminate the need of applicants to file additional documents and fees in countries where patent protection is desired.

Almost every country has its own patent law, and a person desiring a patent in a particular country must make an application for patent in that country in accordance with its particular laws. Since the laws of many countries differ in various respects from the patent law of the United States, applicants are advised to seek guidance from specific foreign countries to ensure that patent rights are not lost prematurely.

Applicants also are advised that in the case of inventions made in the United States, the Director of the USPTO must issue a license before applicants can apply for a patent in a foreign country. The filing of a U.S. patent application serves as a request for a foreign filing license. The application's filing receipt contains further information and guidance as to the status of applicant's license for foreign filing.

Applicants may wish to consult the USPTO booklet, "General Information Concerning Patents" (specifically, the section entitled "Treaties and Foreign Patents") for more information on timeframes and deadlines for filing foreign patent applications. The guide is available either by contacting the USPTO Contact Center at 800-786-9199, or it can be viewed on the USPTO website at http://www.uspto.gov/web/offices/pac/doc/general/index.html.

For information on preventing theft of your intellectual property (patents, trademarks and copyrights), you may wish to consult the U.S. Government website, http://www.stopfakes.gov. Part of a Department of Commerce initiative, this website includes self-help "toolkits" giving innovators guidance on how to protect intellectual property in specific countries such as China, Korea and Mexico. For questions regarding patent enforcement issues, applicants may call the U.S. Government hotline at 1-866-999-HALT (1-866-999-4258).

## LICENSE FOR FOREIGN FILING UNDER

## Title 35, United States Code, Section 184

## Title 37, Code of Federal Regulations, 5.11 & 5.15

**GRANTED**

The applicant has been granted a license under 35 U.S.C. 184, if the phrase "IF REQUIRED, FOREIGN FILING LICENSE GRANTED" followed by a date appears on this form. Such licenses are issued in all applications where the conditions for issuance of a license have been met, regardless of whether or not a license may be required as set forth in 37 CFR 5.15. The scope and limitations of this license are set forth in 37 CFR 5.15(a) unless an earlier license has been issued under 37 CFR 5.15(b). The license is subject to revocation upon written notification. The date indicated is the effective date of the license, unless an earlier license of similar scope has been granted under 37 CFR 5.13 or 5.14.

This license is to be retained by the licensee and may be used at any time on or after the effective date thereof unless it is revoked. This license is automatically transferred to any related applications(s) filed under 37 CFR 1.53(d). This license is not retroactive.

The grant of a license does not in any way lessen the responsibility of a licensee for the security of the subject matter as imposed by any Government contract or the provisions of existing laws relating to espionage and the national security or the export of technical data. Licensees should apprise themselves of current regulations especially with respect to certain countries, of other agencies, particularly the Office of Defense Trade Controls, Department of State (with respect to Arms, Munitions and Implements of War (22 CFR 121-128)); the Bureau of Industry and Security, Department of Commerce (15 CFR parts 730-774); the Office of Foreign AssetsControl, Department of Treasury (31 CFR Parts 500+) and the Department of Energy.

**NOT GRANTED**

No license under 35 U.S.C. 184 has been granted at this time, if the phrase "IF REQUIRED, FOREIGN FILING LICENSE GRANTED" DOES NOT appear on this form. Applicant may still petition for a license under 37 CFR 5.12, if a license is desired before the expiration of 6 months from the filing date of the application. If 6 months has lapsed from the filing date of this application and the licensee has not received any indication of a secrecy order under 35 U.S.C. 181, the licensee may foreign file the application pursuant to 37 CFR 5.15(b).

---

## *SelectUSA*

The United States represents the largest, most dynamic marketplace in the world and is an unparalleled location for business investment, innovation, and commercialization of new technologies. The U.S. offers tremendous resources and advantages for those who invest and manufacture goods here. Through SelectUSA, our nation works to promote and facilitate business investment. SelectUSA provides information assistance to the international investor community; serves as an ombudsman for existing and potential investors; advocates on behalf of U.S. cities, states, and regions competing for global investment; and counsels U.S. economic development organizations on investment attraction best practices. To learn more about why the United States is the best country in the world to develop technology, manufacture products, deliver services, and grow your business, visit http://www.SelectUSA.gov or call +1-202-482-6800.

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | |
|---|---|
| Inventor:  Stephen L. HODGE | Confirmation No.:  5053 |
| Applicant:  Global Tel*Link Corporation | Art Unit: 2656 |
| Application No.:  16/246,101 | Examiner: To Be Assigned |
| (*Continuation of Appl. No. 15/603,095; Filed: May 23, 2017*) | Atty. Docket:  3210.0980004 |
| Filing Date:  January 11, 2019 | |

Title:  **CONTROLLED ENVIRONMENT MEDIA AND COMMUNICATION SYSTEM**

## Preliminary Amendment Under 37 C.F.R. § 1.115

Commissioner for Patents                                              *Mail Stop Amendment*
PO Box 1450
Alexandria, VA 22313-1450

Commissioner:

In advance of prosecution, Applicant submits the following Amendment and Remarks.

Amendments to the Claims begins on page 2 of this paper.

Remarks and Arguments begin on page 8 of this paper.

It is not believed that extensions of time are required beyond those that may otherwise be provided for in documents accompanying this paper. However, if additional extensions of time are necessary to prevent abandonment of this application, then such extensions of time are hereby petitioned under 37 C.F.R. § 1.136(a), and any additional fees required to continue prosecution or appeal of this application (including issue fee, fees for net addition of claims or forwarding to appeal) are hereby authorized to be charged to our Deposit Account No. 19-0036.