## Contact Us

Mon – Fri 8am – 5pm

General: **+1 (443) 718 4333**

Support: **+1 (443) 718 4333 ext. 8803**

### Industries

Healthcare

Education

Public Sector

Corrections

Transportation & Logistics

Manufacturing & Industrial

Retail & Hospitality

Other Connected Industries

### IoT Solutions

Customization Services

Technologies

Cellular Networks

Private LTE

### Platforms

Customizable Tablets

Connectivity Solutions

Display Solutions

Charging Carts

Platforms

Accessories

### Partners

Become A Partner

Partner Resources

Mobile Carriers

MVNOs

Technology Partners

VARs & Integrators

Distributors & Resellers

### Support

Support & Services

FAQs

Warranty Policy

### About Us

Who We Are

Careers

### Blog

Solutions Stories

Use Cases

News & Events




## Devices Certified By




Privacy :: Sitemap

Copyright © 2022 **JACS Solutions**. All Rights Reserved. An **ISO9001:2015 certified** company.






https://web.archive.org/web/20230127113434/https://www.jacs-solutions.com/

**EXHIBIT 49**

Industries    IoT Solutions    Platforms    Partners    Support    About Us    Blog    **Contact Us**

🏠 :: Use Cases

# Use Cases

Learn about our solutions in our use cases and get a glimpse of how we've provided businesses and industries with a competitive advantage.

All Industries | Education | Healthcare | Manufacturing | Other Connected Industries | Public Sector | Retail & Hospitality | Transportation



### Bridging the Digital Divide with reliable, secure, easy-to-deploy 4G LTE solutions

Learn how educators are providing access to remote learning resources for students in rural and low-income communities where broadband infrastructure is not readily available.

Continue Reading ›



### Extending the adoption and lifecycle of remote patient monitoring equipment

Learn how healthtech providers are using plug-and-play connectivity solutions to extend the life of connected legacy medical equipment for remote patient monitoring.

Continue Reading ›



### Powering secure self-service kiosks in terminals

Learn how secure and dependable touchscreen solutions are wirelessly connecting travelers, security, and staff on Private LTE networks to streamline the ever-changing workflows of modern travel.

Continue Reading ›



### Reducing recidivism among the incarcerated with secure wireless technologies

Learn how correctional facilities are reducing recidivism with secure wireless technologies that provide connections to family members, loved ones, and support networks.

Continue Reading ›



### Overcoming network and device security challenges in government facilities

Learn more about how the implementation of private networks in challenging environments has led to the adoption of secure, custom-built devices.

Continue Reading ›



### Industrial Remote Connectivity in Rural Areas

Keeping miles of fuel pipelines running at peak performance safely and efficiently with real-time data insights using wireless 4G LTE connectivity devices.

Continue Reading ›



### Automate online order management with connected and reliable food delivery technology



### Keep students engaged in learning with device charging and management

Learn how modular charging cart solutions for classroom and remote applications keep smart devices charged, protected



### Extending the life of legacy devices

Businesses from all verticals must plan for 2G/3G network sunsetting with 4G connectivity solutions that extend the life of the legacy equipment they rely on.

online capabilities into day-to-day operations using custom-built devices.

and accessible.

Continue Reading  >

Continue Reading  >

Continue Reading  >







### Enabling ease of use and secure data transfer for remote patient monitoring

Healthcare providers have increasingly adopted virtual care platforms to meet the demand for telehealth visits, making the need to provide secure and reliable internet a necessity.

Continue Reading  >

### Optimize operations in transportation and logistics

Fleet managers need technology solutions that improve efficiencies, reduce costs, protect assets, and ensure compliance.

Continue Reading  >

### Mobile workstation for warehouses and distribution centers

Using smart devices in warehouses and distribution centers enables companies to share large amounts of data quickly, leading to improved operations and less downtime.

Continue Reading  >







### Connecting augmented reality

Connecting Augmented Reality (AR) headsets in industrial environments helps to keep workers productive and safe in the field and on the factory floor.

Continue Reading  >

### Powering student transportation solutions

Ensure rider safety, optimized routing, and operational efficiency with an integrated, comprehensive solution that includes tracking, communication, and alerting tools.

Continue Reading  >

### Internet connectivity for remote patient monitoring

Secure and reliable Internet connectivity of medical devices for remote patient monitoring is critical so that healthcare providers to access data they need to make informed decisions to effectively care for their patients.

Continue Reading  >





### A flexible virtual learning solution

Educational systems and institutions need cost-effective, easy-to-deploy virtual learning solutions that offer equal opportunities for students from all backgrounds and that address unforeseen changes in the way education is delivered.

Continue Reading  >

### Accelerate your productivity

Connect employees, customers, and the office from home with reliable, high-speed wireless connectivity for rural and remote locations.

Continue Reading  >

---



**Contact Us**

Mon – Fri 8am – 5pm
General: +1 (443) 718 4333
Support: +1 (443) 718 4333 ext. 8803

809 Pinnacle Dr., Suite R
Linthicum Heights, MD 21090, USA
sales@jacs-solutions.com

**Industries**

Healthcare
Education
Public Sector
Corrections
Transportation & Logistics
Manufacturing & Industrial
Retail & Hospitality
Other Connected Industries

**IoT Solutions**

Customization Services
Technologies
Cellular Networks
Private LTE

**Platforms**

Customizable Tablets
Connectivity Solutions
Display Solutions
Charging Carts
Platforms
Accessories

**Partners**

Become A Partner
Partner Resources
Partner Deal Registration
Mobile Carriers
MVNOs
Technology Partners
VARs & Integrators
Distributors & Resellers

**Support**

Support & Services
FAQs
Warranty Policy

**About Us**

Who We Are
Careers

**Blog**

Solutions Stories
Use Cases
News & Events

Devices Certified By






Copyright © 2022 **JACS Solutions**. All Rights Reserved. An **ISO9001:2015 certified** company.

Privacy :: Sitemap

**EXHIBIT 50**

# USER MANUAL

Read before using

Thank you for purchasing this Tablet PC. This manual will help you to

know the functions and applications that come with the product. Please

read carefully before using the Tablet PC for the first time.

# Content

**1. information... 4**

**2. introduction... 5**

   **2.1 function keys... 5**
   **2.2 General characteristics... 5**
   **2.3 specs... 5**

**3. GUIDE QUICK... 6**

   **3.1 about the touch panel... 6**
   **3.2 power on and off... 6**
   **3.3 saving mode and lock screen... 6**
   **3.4 Administration battery and load... 6**
   **3.5 explanation of function items... 7**
   **3.6 USB HOST function... 7**
   **3.7 TF card storage Card... 8**

**4. network access ... 8**

   **4.1 access to networks Wi-Fi... 8**
   **4.2 access to 3G networks... 8**

**5. store and copy files... ……………………………………… 8**

**6. main functions ... ……………………………………… 9**

   **6.1 Audio feature... 9**
   **6.2 function of Video... 10**
   **6.3 photo function... 10**
   **6.4 recording function... 10**
   **6.5 Admin. De**
   **Archivos…………………………………………………………….......... 11**
   **6.6 E-book function... 11**
   **6.7 Internet browsing... 11**
   **6.8 E-mail function... 12**
   **6.9 calendar... 12**
   **6.10 calculator... 12**
   **6.11 alarm... 12**
   **6.12 installation applications... 13**
   **6.13 photos and Videos... 13**

**7. configuration system... 1 5**

**8 questions and answers...**

# 1. **Information**

1. Please protect the product against dust and moisture.

2. Do not leave the product in environments of high temperatures, especially autos closed under the Sun on hot days.

3. Do not hit or drop the product.

4. Do not violently shake the product since the components, especially the LCD screen, may begin to fail.

5. Please be sure to carefully adjust the volume of the headphones since they can cause damage to your ears and loss of hearing.

6. Please load the tablet pc when:

   (1) The battery icon to alert that this next to run out

   (2) The tablet pc to automatically shut off and not turn back

   (3) No response when pressing the buttons on the tablet pc

**IMPORTANT: Please use only the charger provided or authorized by the manufacturer to avoid problems on load or damage to your product.**

**Input: 100-240V ~ 50/60 Hz**
**Output: 5V          2000 mA**

7. Not unplug this product from the PC while this transferring or copying files or formatting the memory since this can cause errors in the files or malfunction of the product.

8. Do not disassemble the product yourself. Only use a qualified technician to do this.

9. Do not use alcohol, benzene or any other product based on these components to clean the surface or screen of your product

10. Do not use the product in places prohibited such as aircraft

11. Always make sure you make a backup copy of your product information. Neither the manufacturer nor the importer responsible is made for loss of information or damage to the files that may occur in the case of repair of the product.

12. The manufacturer reserves all rights to the technology and design of the product and does not have any obligation to inform about changes in the versions or designs of the same

13. **This product is not waterproof or liquids. Please keep away from humidity at all times**

**The product takes approximately 20 seconds to turn on. Do not attempt to use it during this process**

# 2. Introduction

**Key functions**

| Name | Description |
|------|-------------|
| POWER | Press this button briefly to wake up or send to sleep mode. Press for several seconds if you want to turn off or turn on your tablet |
| Slot TF Card | TF memory, 32 MB to 128 MB |
| Headphones | Stereo headphone connector |
| USB port | Micro USB 5-pin charging port |
| USB Host port | External USB port for external accessories, 3G dongle, mouse, keyboard, etc. (2.0) |
| Screen | HD screen area |

**General characteristics**

- CPU: Rockchip 3128 Cortext A7, 1. 3 GHz. operating system ANDROID 5. 1.
- 7 screen ″ ″ LCD touch screen, resolution 1024 * 600 pixels.
- 16 GB of memory for storage supports 128MB - 32GB external memory TF.
- Support for video, audio, pictures, E-books, etc.
- Support for WiFi over 3 G WI FI USB or Dongle.
- Dual camera: front: 0.3 m pixels; Trasera: 2. 0 M pixel
- Several applications are available for the operating system ANDROID 5.0.
- Record sound through the built-in microphone
- Supports g-sensor screen that detects when the screen is rotated to adjust the image
- Supports several languages.
- Product can be used as a portable hard drive USB. Drives are not required for Windows 2000 or higher.

**Technical specifications**

| | |
|------|-------------|
| **Screen** | 7 inch capacitive touch screen. Resolution: 1024 * 600 |
| **CPU** | Chipset: ROCKCHIP 3128 ; Processor: Cortex A7; Frequency: 1. 3 GHz |
| **RAM MEMORY** | DDR3: 1 GB |
| **Storage** | 16GB Increase its capacity with external TF memory from 128MB to 32 GB. |
| **Operating system** | Android 5. 1 |
| **Network** | **Wi-Fi** : Integrated Wi-Fi module. IEEE 802.11a/b/g/n. |
| **Applications** | Applications in APK format |
| **Video** | AVI, MOV, MP4, ASF, 3GP, TS, MKV, MPEG, etc. |

| | |
|---|---|
| **Music** | MP3, APE, FLAC, AAC, OGG, etc. |
| **Photos** | JPG, BMP, PNG, TIFF, etc. |
| **E-books** | TXT, PDF, CHM, HTML, PDB, UMD, FB2, LRC, EPUB. |
| **Office formats** | Supported formats: Word, Excel, PDF, etc. |
| **PC connection** | micro USB2.0 x 1 |
| **Battery** | Lithium battery: 2500 mAh. |

# 3 Guide fast

### 3.1 About the touch Panel

The screen is touch capacitive; you can use the five fingers to touch the screen at the same time.

### 3.2 power on/off.

Ignition and lock: when the product is off press and holds for 3 seconds so that the Android system begins to boot; will appear the bar of progress that takes 20 seconds to make it complete the boot. When the product is in lock mode press and drag the

icon        to the area of green to unlock your tablet as shown below:



### 3.3. Saving energy and lock modes.

⌐❒ Briefly press the 'POWER' button, once you have booted the system to start saving energy or lock mode.

⌐❒ Briefly press the 'POWER' button or on the touch screen and the system will light up in 1 second

⌐❒ The main functions of the product such as : listening to music, watching movies, etc - not is will stop during the saving mode. Only the LCD display is turned off and shows black.

⌂▢ Shutdown: when the product is on and press the 'POWER' button for 3 seconds, the display will show the shutdown interface. Selection POWER OFF or SHUTDOWN to confirm and begin the automatic shut-off

【 】 Note 【 】  When the battery is low the system will show a continuous alarm message and will turn off automatically. After charging the battery tries to light it again

### 3.4 battery and load management.

3.4.1 By using the device first purr time charge a12 8 hours battery to give you time which is fully charged.

3.4.2. Insert charger MICRO USB connector MICRO USB port of tablet pc and the other end to the power outlet to begin charging for your product. The icon of the tablet that appears on the desktop began to show that the tablet is being charged. Please wait until it fully charged to disconnect it from the electrical outlet. The icon on the desktop will show you when this is fully charged.

【 】 Important 【 】 To achieve an optimum performance please take into account the following:

● Do not charge the battery at high temperatures.
● Do not need to completely discharge the battery. The battery can be charged even when still fits some load...
● To ensure an optimal state of battery charge it at least 1 time every two weeks when the device is not used for long periods of time

### 3.5. Explanation of the icons of functions

| Icon | Function | Icon | Function |
|---|---|---|---|
| ◯ | Return to the main menu | ▯! !_! | Notice when the system finds a new device. |
| ▮ | Sample load current | ψ ♀ | USB connection |
| 14:21 | Current time | 🔉 | Volume down |
| ◁ | Return | 🔊 | Volume up |
| Search | Search Google | ⦂⦂⦂ | Menu lock function. |
| Clock | Clock system | ☀ | Adjust brightness screen |
| ⚡⚠⚲                           ♡ ▯ ♭:01 | | | Status bar |

**3.6 USB HOST function**

**3.6.1 definition USB HOST**

The Mini USB port on the tablet can be used as a USB Host.

**3.6.2 Read U-disk:**

Insert the U-disk into the USB HOST port; click *Resource Manager* on the desktop, press then on *USB* and entering the u-disk.

**3.6.3 3G USB Dongle external.** (See Guide for access to networks in item 4)

**3.7 Storage in TF card**

The tablet has a port for TF card and supports reading files stored in it.

Insert the card TF card into the slot on the tablet (Solo can be inserted in a way); to remove the TF card press again and release. The card will come out of the slot.

3.7.1 Insert TF card on the right side of the tablet.

3.7.2. Do not remove the card while this being used by the system (reading, copying) may cause errors and damage to the same.

3.7.3. Do not use the TF card at high temperatures

3.7.4 Protect card TF of liquids and corrosive materials

# 4. Network access

The tablet supports Wi-Fi networks and external networks 3G.



**4.1 access to Wi-Fi networks**

4.1.1 Turn on the Wi-Fi network and access to Wi-Fi setting. The tablet will automatically detect Wi-Fi networks available in the area.

4.1.2 Select Wi-Fi network you want to connect.

4.1.3 Press *connect*. Some networks may require the entry of a password to connect.

4.1.4. in the configuration of Wi-Fi networks screen press menu, and then click Advanced. This will show you more configuration options**.**

**4.2 access to 3G networks**

4.2.1 Turn off Wi-Fi if this starter.
4.2.2 Enter *Networks mobile configuration* and make sure that the ***Data enabled***
are selected. Then back to **network LAN and wireless.**
4.2.3 Insert external 3G USB host.
4.2.4 Select the mobile network and wait for the 3G this link available. After
which you can access via 3G network.

# 5 Copy and Storage of files

A) Connect the device to your computer using the USB cable; the status bar you tools
message ***USB connected.***



(B) select the ***USB connected*** disposition



C) ***Then click on the USB storage device.***



The image on the left shows you the contents in the USB storage that can be displayed or
modified from the PC.
The image on the right shows you the content storage that cannot be modified from the PC
USB.

# 6. Main functions

**6.1 Audio function**

To access the music player : in music play mode double click of the mouse in the choice of playlist that you want to listen, as shown in the following image



Drag the music progress bar                               to adjust the same progress.

Explanation of the buttons on the music player

| Button | Function | button | Function |
|--------|----------|--------|----------|
| 🎤 | Artist | 💿 | Album |
| 🎼 | Song | ☰ | List playback |
| ✂ | Play. Random | 🔁 | Play. Continuous |
| ⏮ | Listen to previous song | ⏭ | Next song |
| ⏸ | Pause | ▶ | Play |

- If no song in the selected playlist system automatically load any song available in memory to the playlist when the player (the product supports the following audio formats: mp3, midi). Playlist is displayed in the image above
- If there is 2 or more songs in the playlist of music slide your finger up or down to go through page up or down
- Make double customer in the song from the playlist that you want to listen

- On the music player interface touch on 🔁 to access playlist

- Drag the playback progress bar ▬▬▬ to adjust the pregreso

**6.2 Video function**
- Press on the icon of video to enter the interface and select the desired videos

● Product supports the following video formats: MKV 、 AVI 、 MP4 、 MOV 、 VOB 、 DAT 、 FLV 、 3GP 、 etc.

● If there is no music files selected in the playlist system will load automatically video files from the memory of the tablet as soon as the video player to run

● Drag the playback progress bar ▭▭▬▬▬▬▬to adjust the progress

**6.3 function photos**

Click on the HD video player to load the application

● **Add the desired image**) Supports the following formats: BMP, JPG, JPEG, PNG, GIF

If not selected photo files were system cargadra automatically any of the memory of the tablet when it is executed

Open the directory or folder, select the image and agreguela.

Select the "set as wallpaper"

**6.4 recording function**

Press on the icon  to load the application of recording, then press the button

▭▭▭to start recording, then press the button ▭▭to stop recording. The system ask him, then if you want to save or delete the recording made. You must manually select an option

Recording playback: run the Audio Player to listen to the recordings made. First select the file Explorer recording and then press the mouse to start playback; for details, please go to the section Audio feature



**6.5 file manager**

In the administrator of files you visualize can all folders and files, including files in the internal memory or memories you have added. Also you can preview faster photos or videos

**6.6 applications E-book.**

Supports the following formats: TXT 、 LRC 、 PDF 、 HTML 、 HTM 、 EPUB, etc.

**6.7. Web browser**

● Before using the browser please make sure you are connected to a network. Go wing section this manual network access

● Press on the icon on the IE browser to run the application, click on URL and tippe address bar the address you want. Then click on the GO button.



● Press on the icon to see the history and Favourites

● Press on the icon to access the configuration



● The tablet supports other browsers; please see the instructions in the section of questions

**6.8 applications E-mail**

- Before using this application please make sure you are connected to a network. Go to the networking of this manual section
- When you run this application for the first time the system asked you to create an email account. The tablet supports various formats such as email accounts:
- Webmail: both personal and corporate Internet mail-based applications

**Add an e-mail portal.** (Example: Gmail, MSN, Yahoo, etc.)

*We will take as example Gmail here.*

*Account: 123456@gmail.com*

*Password: \**

- For mail portals, enter your address and password, then continue

- After having connected successfully enter the account and your full name. *The name of the account* means the name with which to recognize the connection or created email account, *His name* means the name that will be displayed when the recipient receives your mail

- Can now access your account. Click on each email for your cone. Press and hold to view the options for each email access

- Press on the icon  to access the configuration

Reference screen: Press to load the new mail received.

Write: Press to write a new email.

Folders: Manage / move emails to different folders

Accounts: See accounts created on your tablet, add or delete new accounts and select the default account

Configuration: More options for e-mail accounts

**6.9 calendars**

Click the calendar icon to run the application

- Mode calendar, press and drag the screen up or down to move between the different months or pass of page
- When the months change from December to January the calendar will change automatically the year.
- Run the application; the number in Orange on the screen is the current date. You can change the date from the configuration application

Press on the icon  to return to the main menu

**6.10 calculator** Press on the icon calculator to run the program

**6.11 alarm**

- Click on the clock icon to run the application in time, then press clock to enter the alarm function; can now add or edit new alarms

- Press and hold to activate or deactivate the selected alarm, edit it or delete it.
- You can edit the alarm time, repeat it, change the name or the sound

- In the application of the alarm press the icon  to access configuration.

## 6.12 Installer application (APK)
- Your tablet supports third-party apps (APK format) based on ANDROID operating systems. Many applications can be downloaded or copied from other devices
- If not downloading the app from the Google store should follow the following steps prior to installation. "Unknown sources" check the Configuracion-aplicaciones section and make sure that selected the option

- Press the scan icon and select the application that you want to install, then select install and follow the instructions



**6.12.1 Installation:** Press install to run the application installer

- Internal memory means the on-board FLASH memory and EXTERNAL memories are displayed as t-Flash;

- After login, select the configuration setting for the application on the right side, click on the application to install, return to the main application when this operation has been completed, when the installation finished versa icon of the application in the list

**6.12.2 Manager:** Click on settings and select the application
- Click on the application and select the file/program that you want to install
- Click on the program and then desistalelo



**6.12.3 Exit:** Return to the main application

Note: All installed applications can be displayed in the menu list. These applications may include games, messaging, Internet browsers, players of content, tools, etc.

## 6.13 PHOTOS AND VIDEOS

The tablet has rear and a front camera; you can take photos and record videos, etc.

☞❐ Press on the tab of the application to see all tools. Then select photo or Video settings according to desired.

☞❐ Before taking photos or videos, you can press on the configuration for settings such as white balance, size, quality, mode, etc.

☞❐ Press the button [video icon] to start or stop video recording

☞❐ Photos or videos can be previewed in the previsualization window

☞❐ If you want to play some video which has print run the video player and select the file you want to play

☞❐ If you want to see pictures Select photo and press on it to view it.

☞❐ Within the camera application, press on the screen with 2 fingers to bring the scale of pixels, then sliding two fingers forward or back can adjust the pixel scale.

# 7. System configuration

Press on the icon [icon] to adjust the configuration of the system. Can now change network aalmbricas and Wi-Fi, sounds; configure your screen, location, security, applications, accounts, privacy, etc

**7.1 configuration of wired and wireless networks,** See point 4.

**7.2 configuration of sound.** You can adjust volume, silent mode, ringtones, sounds, screen, etc.

**7.3 configuration screen.** You can adjust brightness, auto-rotation, animation, time of ignition, etc.

**7.4 location & Security.** Here can set the screen lock and manage the tablet and set key for TF memory

**7.5 configuration applications.** Here can manage your applications, verify the free space and battery use

Important: If you want to install applications, which has not come down from the Google store, you must make sure select the option "Unknown sources" first.

**7.6 accounts and sync.** Here you can manage accounts of the device and synchronize it with your PC or Notebook

**7.7 privacy settings.** Here you can regarded your information, backup or load the configuration from factory

**7.8 configuration storage.** Here you can review the space free, insert and delete memory TF

Important: Before removing your TF memory card (if inserted some), please use the button "remove safely" before removing your tablet to avoid damage or loss of information

**7.9 language and keyboard settings.** Here can set and change the language of the keyboard layout and the system

Important: If you have installed a new distribution and want to use it please remember to activate it (all input devices can be activated from here).

**7.10 setting date and time:** Here can adjust the date and time of the system

**7.11 product.** Check your product information

# 8 Questions and answers

(1) **How do I change the language if I selected one wrong?**

・Select the icon  to access the configuration

・Then select the icon  to enter language and keyboard. The first option is the language

(2) **How do I change the keyboard input when I'm typing?**
Press and hold the leaf vacuum in any space. A drop-down menu will be displayed where you can choose the correct distribution

(3) **I have installed an application but I cannot find it. That may be due to?**
・Some applications are by default install external memories TF. If he has removed it you might not find the application

(4) **I cannot activate a device**
・Check the battery and the load of the device to see if it does not receive power
・Connect a charger or AC adapter.
・Contact the vendor of the device if the problem persists


(5) **I cannot hear any sound through the headphones**
・Check if the device is in silent mode
・Check the setting of the volume in case that this zero
・Check the headset connector

(6) **By that I cannot install applications?**
Please review the section *settings* - *applications*, make sure that the *Sources unknown* option selected

(7) **Appears a code error on the screen**
· System error: reset the device

(8) **I'm having system errors, I get various error messages**
⌂❑ **Restart the tablet by holding down the button POWER for 10 seconds,** the product will restart

## FCC Warning:

This equipment has been tested and found to comply with the limits for a Class B digital device, pursuant to part 15 of the FCC Rules. These limits are designed to provide reasonable protection against harmful interference in a residential installation. This equipment generates, uses and can radiate radio frequency energy and, if not installed and used in accordance with the instructions, may cause harmful interference to radio communications. However, there is no guarantee that interference will not occur in a particular installation. If this equipment does cause harmful interference to radio or television reception, which can be determined by turning the equipment off and on, the user is encouraged to try to correct the interference by one or more of the following measures:

• Reorient or relocate the receiving antenna.

• Increase the separation between the equipment and receiver.

• Connect the equipment into an outlet on a circuit different from that to which the receiver is connected.

• Consult the dealer or an experienced radio/TV technician for help.

Caution: Any changes or modifications to this device not explicitly approved by manufacturer could void your authority to operate this equipment.

This device complies with part 15 of the FCC Rules. Operation is subject to the following two conditions: (1) This device may not cause harmful interference, and (2) this device must accept any interference received, including interference that may cause undesired operation.

FCC RF Exposure Information and Statement
The SAR limit of USA (FCC) is 1.6 W/kg averaged over one gram of tissue. Device types: Tablet PC (FCC ID: 2AGCDTG800) has also been tested against this SAR limit. This device was tested for typical body-worn operations with the back of the Tablet PC kept 0cm from the body. To maintain compliance with FCC RF exposure requirements, use accessories that maintain a 0cm separation distance between the user's body and the back of the Tablet PC. The use of belt clips, holsters and similar accessories should not contain metallic components in its assembly. The use of accessories that do not satisfy these requirements may not comply with FCC RF exposure requirements, and should be avoided.

**EXHIBIT 51**



# Saline County Sheriff's Office

RFP Vendor Review for Inmate Communications

# 12 Companies submitted proposals

- 2 Companies did not meet specs
  - Reliance – only offered text messages
  - APDS – did not offer a phone service
- 1 Company did not have good service
  - Securus

# NCIC

- 1 to 1 Inmate/Tablet ratio
- Tablets/programming no cost to Agency
- Free services on tablets for inmates
  - Law library, Education, games, movies, e-books
- $28,876.05 Tech Grant upfront payment

| CALL TYPE | PREPAID COLLECT | | DEBIT TIME / CALLING CARDS | |
|---|---|---|---|---|
| | CONNECTION FEE | PER MINUTE | CONNECTION FEE | PER MINUTE |
| ALL CALLS IN THE UNITED STATES: | $0.00 | $0.16 | $0.00 | $0.16 |
| MEXICO / CANADA: | $0.00 | $0.25 | $0.00 | $0.25 |
| INTERNATIONAL: | $0.00 | $0.35 | $0.00 | $0.35 |
| COMPENSATION OFFER: | 65% of TRUE Gross Call Revenue | | | |

| VIDEO VISITATION and INMATE MESSAGING (Inmate Tablet System) | |
|---|---|
| Remote (Off-Site) Visitation: Per-Minute Rate | $0.30 |
| On-Site Visitation: Per-Minute Rate | $0.00 (Free) |
| Inmate Messaging: Message Rates | $0.25 per Message $0.35 per Attachment $0.05 per GIF |
| Video Visitation and Messaging: Revenue-Share | 25% of Gross Revenue |

**MINIMUM MONTHLY GUARANTEE ("MMG")**

NCIC is proposing a Minimum Monthly Guarantee (MMG) of $55.00 per Inmate.

Each month, the greater of the two amounts (proposed commission percentages OR proposed MMG) will be the applicable commission amount payable to Saline County.

Saline County's <u>incumbent</u> provider has been providing an Average Monthly Commission per Inmate of only $8.06.

**TECHNOLOGY GRANT**

NCIC is proposing a one-time, up-front Technology Grant in the amount of $28,876.05. This amount is equal to three (3) years of <u>Earned,</u> but <u>Unpaid</u> interstate commissions under the <u>current</u> Agreement.

| INMATE COMMUNICATIONS SYSTEM – ALLOWED FEES | |
|---|---|
| Pre-Paid Account Fee (Web or Automated Operator): | $3.00 |
| Pre-Paid Account Fee (Live Operator): | $5.95 |
| Third-Party Fees: (e.g. MoneyGram / Western Union) | Pass Through / No Markup |

# NCIC



- Web-based, 1 sign-on
- Dickinson County – phones/video visit only
- Video Visit/Phone from tablets
- Charging stations in housing unit or carts



# NCIC

- In Touch Mail Scanning
- Processed in Longview, TX
- Provide scanner for Legal



# NCIC

- Other services
  - Lobby Kiosks
  - Message Broadcasting to inmates
  - Video Arraignment
  - Court-Alert



NCIC strongly believes in widespread accessibility of educational opportunities for those who are incarcerated. Because of this, we believe a truly impactful tablet program requires free and continuous access, irrespective of inmate's ability to pay or socioeconomic status. There are many tablet programs that focus on a revenue generating model, requiring inmates to "pay to play." These programs that charge inmates to access content and entertainment (such as movies, games, music, e-books, etc.) often see significantly lower engagement rates. NCIC has deliberately avoided this type of scenario, with our tablet offering. NCIC's proposed tablet solution includes thousands of entertainment and educational offerings, which can be tailored to the specific needs of Saline County.

# NCIC

- Service/Installation
- 8 weeks for install

| Service Priority Levels | | | |
|---|---|---|---|
| **Service Level** | **Description** | **Response Time** | **Resolution Time** |
| High | Report of 50% or greater of equipment is not operational. Any occasion when NCIC's admin portal cannot be accessed by the County. | 1 hour | 4 hours |
| Medium | Report of 25% or greater of equipment is not operational. Any occasion when recording or live monitoring utilities are non-operational or malfunctioning. | 2 hours | 10 hours |
| Low | <25% of equipment is not operational. Static or other noise heard while conducting a telephone call. Administrative function not working in NCIC's admin portal. | 4 hours | 24 hours |

NCIC's standard process for cutting over our Inmate Telephone/VVS/Tablets from the previous provider, involves little to no downtime in service for the inmate populations. Our experienced Field Technicians carefully plan the cutover such that the new hardware is installed over the previous provider's network for a short period. After the hardware installation has been successfully completed, NCIC's network equipment is activated to bring the system online, through the new hardware. If needed, the actual cutover can be completed outside of normal inmate telephone/video availability (e.g., early morning or late evening), to ensure there is zero disturbance to the inmate population.

# IC Solutions

| Calling Rate | Annual Technology Grant | | | | | |
|---|---|---|---|---|---|---|
| | $100,000 | $75,000 | $50,000 | $25,000 | $10,000 | -- |
| $0.21 per minute | 25.0% | 36.9% | 48.9% | 60.8% | 68.0% | 72.8% |
| $0.16 per minute | 15.0% | 28.6% | 42.2% | 55.8% | 63.9% | 69.4% |
| $0.12 per minute | -- | 15.6% | 31.3% | 46.9% | 56.3% | 62.6% |

- The Enforcer Platform

- 1 to 1 Inmate/Tablet ratio

- IC Solutions is a Keefe Company

- Free Education/Law Library

- Tech Grant $10,000 - $100,000

- Installed in Douglas County, KS

| Service | Usage Rate | Commission Rate |
|---|---|---|
| Keep Families Connected Program | Two (2) free calls per inmate each week | -- |
| Remote Video Visitation | $0.25 per minute | 50% |
| Streaming Tablet Content | $0.05 per minute | 25% |
| Email / Text Messaging | $0.25 per message | -- |
| Video Messaging | $0.35 per message | 25% |
| Voice Messaging | $0.25 per message | 25% |

**The Keep Families Connected™ Program** *Only from ICSolutions!*

Keeping inmates connected to their families during incarceration is a key factor in reducing recidivism and maintaining security in a correctional facility. Consistent with the goal of offering affordable calling, our offer includes the provision of **two (2) free calls per week for every inmate**, for the duration of the contract term including all exercised renewal periods.

# IC Solutions

- Web-based, 1 sign-on
- Video Visit/Phone from tablets
- TDD/TTY Phones & Videophone device by Purple Comm.
- Rollaway Telephone Cart
- Location based calling
- Charging stations in housing unit or carts
- *Spec sheets in back of book*



# IC Solutions

- Automated information line

- Message of the Day

- Inmate Voice Messages

- DirectLink Trust Debit account

- Set up Free Calls pg 73
  - Booking
  - Per inmate

- Message warning during live visits 109



# IC Solutions

- Mail Scanning

- Non-Legal

  - TextBehind – Offsite in Phoenix, MD

- Legal

  - TextBehind DOCS

  - Option for attorneys to upload legal documents to system



## ATTENTION:

Starting September 7, 2022
Your Inmate's Mailing Address Is Changing!
All inmate personal mail is going digital

 The address to send mail to your inmate has changed. All personal mail such as letters, pictures, and drawings will now be digitally delivered to your incarcerated loved one or friend via the tablet.

Packages and legal mail should still be sent to the facility.

| Your inmate's mail must now be addressed to: | For example: |
|---|---|
| Facility Name<br>Inmate Name, AR #<br>P.O. Box 247<br>Phoenix, MD 21131 | El Paso Cnty CO-Criminal Justice Center<br>John Smith, AR # 000123456<br>P.O. Box 247<br>Phoenix, MD 21131 |

**IMPORTANT:**
The address must include "AR #" written clearly with your inmate's AR number to be delivered.

 **Quick, Digital Messages**
As a reminder, your family and friends can also exchange digital messages with you online or on the GettingOut mobile app.


www.gettingout.com

# IC Solutions

- Other Services
  - Premium features
    - Audio books
    - Movies
    - Music
    - Game center
- Investigative platform
- Optional On site Tech p.177
- Install
  - 3-4 weeks

**Optional Site Administrator**

Saline County has the the option to have a dedicated Site Administrator/Technician stationed onsite up to 20 hours per week at the Saline County Jail. The part-time Site Admin/Tech can be retained at the Agency's discretion for a cost of $2,000.00 per month. This cost can be deducted from monthly commissions, the Technology Fund, or any combination of the two – as preferred by the County.

| Priority Level 1 | • Multiple Housing Units not operational<br>• Multiple intake phones out of service<br>• Entire System Failure | Remote diagnostics and repair will begin within 1 hour |
|---|---|---|
| Priority Level 2 | • One entire Housing Unit not Operational<br>• One intake phone not working<br>• Technical or Recording Failure<br>• Recording Access Failure<br>• Server Capacity Warning<br>• Commissary Interface Failure | Remote diagnostics will begin within 1 hour<br>Repair will begin within 8 hours |
| Priority Level 3 | • One of multiple phones in a Housing Unit Not Operational | Repair will begin by the end of the 2nd Business Day |

# TurnKey

- 1 to 3 Inmate/Tablet ratio
- Small Cell phone like tablet
- Tech Grant $20,000
- Installed in Reno, Crawford, and Riley, KS
- Install 4-6 weeks

| Service | Description | Cost to Inmate/Web-user |
|---|---|---|
| Email | Inmates can communicate with their loved ones outside of the facility utilizing E-mail. | $0.25 per message |
| SMS/Text | Inmates can communicate with their loved ones outside of the facility utilizing text messaging. | $0.15 per 160 characters |
| Video Visitation | Inmates can visit remotely using a kiosk or tablet with their loved ones outside of the facility. | $0.50 per minute |
| Picture Messaging | Loved ones can send pictures to their incarcerated loved ones with a brief message attached. | $0.25 per message |
| Inmate Phone Calls | Inmates can call loved ones using the inmate phones, kiosks, or tablet devices. | $0.21 per minute |

# TurnKey

- Partner with Purple for ADA phones
- On site mail scanning
  - Charging for number of inmates?
  - Third party at higher rate
- Cost for additional services such as education – learn to earn program
- Video Arraignment

**7. Mail Service**

   a. TurnKey Corrections offers mail scan features for mail to be scanned and electronically provided to the inmate from any kiosk or tablet.

   b. TurnKey Corrections will provide the ability for Saline County to scan mail onsite at $1 per inmate/per day and will work with a mail scan provider to offer off site mail scan. Rates for off-site mail scan will depend on the agreement with the third party.

   c. TurnKey Corrections will work with Saline County with either option chosen to offer support and assistance.

   d. The Sheriff's Office staff will have the ability to access, view, and print any mail that has been scanned in for an inmate.

**Other Services**

TurnKey Corrections offers a learn to earn program through our partnership with EDOVO. For each minute an inmate spends on an educational program using our tablets, they will earn a minute for watching a movie or playing a game. The use of EDOVO comes with a cost of $2 per inmate, per month and can be applied to only designated tablets for use of this service. This cost can be applied to commissions.

TurnKey Corrections additionally offers commissary services, inmate accounting, and smart vending for inmates and staff.

# VIAPATH

- Shared Tablet model
- No KS references
- 1-6 months install
- 85% commission
- No tech grant

*ViaPath understands the importance of keeping inmates connected to their support system and is dedicated to reducing recidivism through communication. Therefore, ViaPath's offer includes* one free five-minute call per week to every inmate. *This is a company-wide policy that we offer at all customer sites.*

Two free inmate messages per week to every inmate.

All inmates *will have access to all tablet services with no additional cost.*

*Entertainment applications built for the corrections industry with filtering security capabilities - providing added security functionality for County staff. Some vendors utilize free apps with limited selections and limited security capabilities providing a security risk to the County.*

| | Offer 1 | Offer 2 | Offer 3 | Offer 4 |
|---|---|---|---|---|
| | Hybrid Visitation | On-Demand Visitation | Hybrid Visitation | On-Demand Visitation |
| **» ViaPath Commission Offer** | | | | |
| - Friends & Family Messaging – Friends & Family Per Message | $0.25 | $0.25 | $0.25 | $0.25 |
| - Two Free Messages Per Inmate Per Week | $0.00 | $0.00 | $0.00 | $0.00 |
| - Remote Visitation On-Demand Per Minute | $0.25 | $0.25 | $0.25 | $0.25 |
| **» Kiosk-Based Video Visitation Rates** | | | | |
| - Onsite Scheduling | $0.00 | N/A | $0.00 | N/A |
| - Remote Video Visitation | $0.25 | N/A | $0.25 | N/A |

| | Offer 1 | Offer 2 | Offer 3 | Offer 4 |
|---|---|---|---|---|
| | Hybrid Visitation | On-Demand Visitation | Hybrid Visitation | On-Demand Visitation |
| **» ViaPath Commission Offer** | | | | |
| - Inmate Telephone | 85% | 85% | 40% | 40% |
| - Tablet Inmate Content Usage & Messaging | 25% | 25% | 25% | 25% |
| - Video Visitation | 25% | 25% | 25% | 25% |
| **» Inmate Payphone Call Rates** | | | | |
| - Call Rate Per Minute – Local – Per Minute | $0.16 | $0.16 | $0.10 | $0.10 |
| - Call Rate Per Minute – Instate – Per Minute | $0.16 | $0.16 | $0.10 | $0.10 |
| - Call Rate Per Minute – Interstate – Per Minute | $0.16 | $0.16 | $0.10 | $0.10 |
| - Call Rate Per Minute – International – Per Minute[2] | $0.21 | $0.21 | $0.21 | $0.21 |
| - One Free 5-minute Call Per Inmate Per Week | $0.00 | $0.00 | $0.00 | $0.00 |
| - Two Free Inmate Messages Per Inmate Per Week | $0.00 | $0.00 | $0.00 | $0.00 |
| **» Tablet Rates** | | | | |
| - Standard Inmate Content Access & Messaging - Inmate Per Minute | $0.03 | $0.03 | $0.03 | $0.03 |
| - Premium Inmate Content Access & Messaging- Inmate Per Minute | $0.05 | $0.05 | $0.05 | $0.05 |

# VIAPATH

- Rates cont'd



| Inmate Services | | | | |
|---|---|---|---|---|
| **Video Visitation** | | | | |
| - Onsite Visitation Scheduling | Included | N/A | Included | N/A |
| - Remote Video Visitation | $0.25 | N/A | $0.25 | N/A |
| **Tablets** | Included | Included | Included | Included |
| - Friends & Family Secure Messaging – Per Message | $0.25 | $0.25 | $0.25 | $0.25 |
| - Visit Visitation –Visit Now Visitation On-Demand | $0.25 | $0.25 | $0.25 | $0.25 |
| - PDF Documents (Inmate handbooks, announcements, etc.) | Included | Included | Included | Included |
| - Video Relay Services | Included | Included | Included | Included |
| - Automated Inmate Requests | Included | Included | Included | Included |
| - Automated Inmate Grievances | Included | Included | Included | Included |
| - Law Library with Lexis Nexis | Included | Included | Included | Included |
| - PREA/Crime Tips | Included | Included | Included | Included |
| - Commissary Ordering | Included | Included | Included | Included |
| - Religious Programs | Included | Included | Included | Included |
| - Education with LMS & CMS<br>  o 650 courses and training programs<br>  o 20,000+ Learning Resources<br>  o 2,000+ eLearning | Included | Included | Included | Included |
| - E-Books | Included | Included | Included | Included |
| - Streaming Music | $0.05 | $0.05 | $0.05 | $0.05 |
| - Games | $0.05 | $0.05 | $0.05 | $0.05 |
| - Movies | $0.05 | $0.05 | $0.05 | $0.05 |

# VIAPATH



- Tablets content .03 - .05 cents per minute

- Mail scanning – offsite

- Provide legal electronic upload

- Standard tablet services free –
  - Law library, education, basic books, etc

# VIAPATH

- Service

**Priority 1**
- 50% or more of the service at a single site or housing unit is out of service, any equipment failure, any failure in feature/service restriction functions or any other condition that renders the system incapable of performing all its normal functions
- Acknowledgement time is less than one (1) hour.
- Resolution time is less than three (3) hours without a site visit for local facility service outage.
- Resolution time is less than six (6) hours with a site visit for local degradation not related to Carrier or ISP services.

**Priority 2**
- 25%-50% of the service at a single site or housing unit is out of service or any device that has an impact on the site's ability to conduct normal business.
- Acknowledgement time is less than two (2) hours.
- Resolution time is less than six (6) hours without a site visit for local facility service outage.
- Resolution time is less than ten (10) hours with a site visit for local degradation not related to Carrier or ISP services.

**Priority 3**
- 0%- 25% of the service at a single site or housing unit is out of service or administrative issues that have a limited impact on ability to conduct normal business.
- Acknowledgement time is less than two (2) hours.
- Resolution time is less than six (6) hours without a site visit for local facility service outage.
- Resolution time is less than fourteen (14) business hours with a site visit for local degradation not related to Carrier or ISP services.

**Priority 4**
- Items that are on a software fix list or related to administrative issues that are informational or non-service affecting conditions or not business critical.
- Acknowledge time is less than four (4) business hours.
- Resolution time is less than twenty-four (24) business hours without a site visit for local facility service degradation for local facility service outage.
- Resolution time is less than twenty-four (24) business hours with site visit for local degradation not related to Carrier or ISP services.

# Prodigy

- No KS references
- 1-6 months install
- 50% commission on everything
- $200,000 paid over 5 years tech grant
- $5.95 fee for $100 deposit

| Cash Technology Grant*based on ADP, paid in annual installments for each of the 5 contract years<br><br>**CASH TECH GRANT IS NOT PREPAID COMMISSIONS** | $200,000 + $40,000 per extension year |
|---|---|
| Voice Call | $0.10 per minute |
| Video Chat | $0.15 per minute |
| Messaging | $0.06 per message |
| Photos | $0.25 per approved photo |
| Tablet Rentals | $0.05/minute |

**Prodigy's, 100% Fair 50% Commission Offer**

**Prodigy's one account concept significantly reduces fees charged to families.**

**$100 deposit to Prodigy**
Live Operator fee = $5.95
Can be used PIN debit or PPC for
- Video
- Phone Calls
- Text
- Messages
- Photos
- Tablet usage
- SMS
Total Fees = $5.95 Inmate Receives $94.05

**$100 deposit to Competitor**
Online or IVR fees each product:

$18 of Video - $6.67 fee
$10 Phone Calls - $5.95
$40 Chirping - $7.63
$18 of onsite Video - $6.67
$16 of Tablet/msg/Photo - $6.55

Fees=$30.52 Inmate Receives $69.48

**Prodigy's fees are 500% lower**
**\* Less than 1/5**

# Prodigy





- Will provide sufficient tablets at County request
- ProdigyED learning platform no cost to agency
- Law Library



# Prodigy

- Mail-scanning
  - TextBehind off site
  - Legal mail scanner on site

**✆** *TextBehind Electronic Mail Delivery Service*

**✆** **The industry's most trusted & secure mail delivery system.**
*Prodigy terminals and tablets give inmates fast and secure access to mail in the convenience of their pods. Prodigy uses TextBehind® patented* **remote** *scanning software and its digital distribution model to deliver mail quickly and safely without paper ever entering your facility. Upon award of contract, Dedicated Prodigy Training personnel will instruct Saline County Jail staff how to effectively and efficiently navigate and manage TextBehind features and functionality.*

**Proven benefits show why TextBehind® is the #1 choice for correctional settings:**

- *100% Elimination of mail-specific contraband entering your facility*
- *80% Reduction in mail processing time and cost*
- *Convenience of permanently archiving digital mail for investigative purposes*
- *Deployment of correctional officers from mail room duties to more critical functions*

**✆** *Prodigy MailVision: Additionally, Prodigy will provide* **at NO COST** *onsite, high-performance double-sided mail scanners as a supplement to remote mail scanning. Prodigy MailVision is a viable onsite solution for legal mail and personal mail if an instant, controlled, onsite scanning tool is desired by Saline County.*

# Prodigy



- Other Services (no cost)
  - Video Arraignment
  - DJI Drone
  - Cell Phone Detectors





# Prodigy

- Service
  - Response
    - 2 hrs
- Installation in timeframe requested by county

**RESPONSIVENESS & SERVICE** REDEFINED

Prodigy assures rapid response to any service by our in-house and/or dedicated Prodigy field technicians. Prodigy assures response to any service request within **two hours by our in-house and/or dedicated Prodigy field technicians. We do not** employ third-party tech support or outsourced call centers. We do employ an alarm system that provides immediate notification of any major outage. Prodigy proactively monitors the network for any interruption and contacts our customers accordingly.

Prodigy utilizes state of the art PRTG monitoring software to perform system checks and diagnostics. All Servers, Operating Systems and network equipment are **monitored 24-7-365.** System issues are reported visually and via email. Should a service interruption occur, our Prodigy Tech Support Team will provide a Priority 1 ticket to resolve the issue as soon as possible. We make it our practice to contact facilities impacted, restore service quickly, and provide a complete detail of the issue and resolution.

Prodigy prides itself on being the most accessible and responsive provider in the marketplace.

## Priority Level One (P1)

*A Level One event is our highest service level response. This assignment will be given when thirty percent (30%) or more of system functionality is adversely affected. Response Time for a Priority 1 ticket is two hours. A P1 ticket is escalated to the following people:*

- ✓ Technical Support Department
- ✓ Support Engineer
- ✓ Technical Support Director
- ✓ Executive Director of Service

Examples of P1 service assignments would include items such as the following:
- ✓ Voice prompts not operating
- ✓ Features not functioning appropriately
- ✓ Live call monitoring not functioning appropriately
- ✓ TelekineticITS user interface access denied
- ✓ Two or more phones/video terminals/tablets are out-of-service in any one housing area

## Priority Level Two P2)

A Level Two assignment occurs when five percent (5%) to twenty-nine percent (29%) of system functionality is adversely affected. Response time for a P2 event is 24 hours. A P2 event is escalated to the Technical Support Department.

Examples of P2 service assignments include items such as the following:

- ✓ Work station
- ✓ Specific system ports
- ✓ LEC circuits
- ✓ Unblocks
- ✓ Block numbers
- ✓ Missing CDRs
- ✓ Call searching

## Priority Level Three (P3)

A Level Three assignment will be given when an event of less than five percent (5%) of system functionality is adversely affected and can include single and multiple phone-related issues. Response time for a P3 event is 72 hours. A P3 event is escalated to the Technical Support Department.

Examples of P3 service assignments include items such as the following:

- ✓ Static on the phone
- ✓ A party's inability to hear
- ✓ An inmate's inability to dial
- ✓ A broken phone/Video Terminal/Tablet
- ✓ Non-functioning dial pad
- ✓ Non-functioning cutoff switches
- ✓ An inability to generate reports

# SMART

| Call Type | Connect/ First Minute | Each Additional Minute | Total for a 15-Minute Call | Commission Rate |
|---|---|---|---|---|
| Local collect | $0.16 | $0.16 | $2.40 | 60.0% |
| Local prepaid | $0.16 | $0.16 | $2.40 | 60.0% |
| Intrastate/intraLATA collect | $0.16 | $0.16 | $2.40 | 60.0% |
| Intrastate/intraLATA prepaid | $0.16 | $0.16 | $2.40 | 60.0% |
| Intrastate/interLATA collect | $0.16 | $0.16 | $2.40 | 60.0% |
| Intrastate/interLATA prepaid | $0.16 | $0.16 | $2.40 | 60.0% |
| Interstate collect | $0.16 | $0.16 | $2.40 | 60.0% |
| Interstate prepaid | $0.16 | $0.16 | $2.40 | 60.0% |

- 1 to 5 Inmate/Tablet ratio but will accommodate for more
- Free Education/Law Library
  - Smart Law
- Tech Grant $20,000
- No KS references

## Cost Proposal/Financial Offer Highlights| 

» $20,000.00 Annual Technology Grant

» ITS $0.16/minute flat rate with 60.0% commission on all call types, including interstate and international

» Remote VVS $0.25/minute flat call rate with 50.0% commission and no minimum usage requirements

» Tablet Streaming Entertainment $0.01/minute flat rate with 50.0% commission

| SmartVisit™ VVS Service and Commission Rates | Visitation Type | Rate/Minute | Commission Rate |
|---|---|---|---|
| | Local (On-site) | FREE | N/A |
| | Remote Attorney | $0.15 | 50.0% |
| | Remote (Scheduled) | $0.15 | 50.0% |
| | Remote (Video on Demand) | $0.15 | 50.0% |



# SMART

- Mailguard – no cost
  - Offsite for personal
  - On site scanner/shredder for
    - Legal mail
  - Stores mail at site
  - Seminole, FL







# SMART

- Services

**Free access** to over 1,000 popular classical eBook titles from the Project Gutenberg Library, including such titles as *"Pride and Prejudice," "The Adventures of Sherlock Holmes," "War and Peace," "The Call of the Wild,"* and more.

**RESPONSE**: As detailed in the *"Financial Offer"* section of our proposal, Smart Communications is presenting Saline County with a comprehensive, turnkey inmate communications system package delivered with the following technologies and services at *no cost*:

- SmartEvo™ ITS service, including voice biometrics, call transcription and other advanced call management/ investigative tools
- Patented MailGuard® Postal Mail Elimination System service
- Patented MailGuardLegal® Privileged Mail System service
- SmartRequest™ Digital Request/Grievance/Medical Form System service
- 24/7/365 live, U.S.-based customer and technical support provided

- SmartTablet™ devices with Wireless Charging Stations and SmartKiosk™ devices
- SmartInmate™ Electronic Messaging System service, including two *free* SmartInmate™ messages every week for each inmate and *free* Attorney Messaging/Legal Document delivery
- SmartVisit™ VVS service
- SmartLaw™ Digital Law Library
- Hardware installation, software upgrades and routine preventive maintenance visits

## Inmate Education and Rehabilitative Programming Provided at NO COST

SmartEd™ and SmartReentry™

# SMART

**Free eBooks and Low Cost Streaming Movies, TV Series, Games and More**

SmartEntertainment™ Streaming Media Platform

- More services
  - Automated info line

| SmartEntertainment™ Service and Commission Rates (All Options) | Media Description | Rate/Minute | Commission Rate |
|---|---|---|---|
| | Basic Content Streaming | FREE | N/A |
| | Premium Content Streaming | $0.01 | 50.0% |

| SmartInmate™ Service Rates | Service Type | Service Rate |
|---|---|---|
| | Internal Facility/Staff Text Messages | FREE |
| | Attorney Messages and Legal Document Attachments | FREE |
| | Text message (up to 30,000 characters) | $0.50/message |
| | Photo Attachment (inbound only) | $1.00/photo |

**Jail Management System (JMS), Commissary and Other Related System Interfaces Provided at NO COST**

# SMART

- Service
- Installed within 50 days
  - Contract execution
  - Will install in current facility

## SERVICE REQUEST TICKET PRIORITY LEVELS AND ESCALATION PATHS |

| Priority Level | Examples/Characteristics | Target Resolution Time | Client Updates | Escalation Path |
|---|---|---|---|---|
| P1 | Loss of critical functionality as determined by:<br>• Complete system failure<br>• Complete loss of call monitoring or recording functionality<br>• Complete loss of administrative or investigative access or functionality<br>• When 50% or more of inmate telephones are not working in a specific area/housing unit | <4 hours | Every Hour | Ticket request is immediately reported to Vice-President of Network Operations |
| P2 | Loss of significant functionality as determined by the County:<br>• Loss of call monitoring or recording capabilities at facility (other than a complete loss)<br>• Data backup failure<br>• When 50% or less of inmate telephones are not working in a specific area/housing unit | <8 hours | Every 2 Hours | P2 issues not resolved within 8 hours are reported to the Network Operations Center (NOC) Manager and are escalated to Priority Level 1 (P1) |
| P3 | Loss of non-significant functionality as determined by the County:<br>• Software fixes not critical to operations<br>• Loss of trouble ticket system | <24 hours | Every 4 Hours | P3 issues not resolved within 24 hours are reported to the Technical Support Center (TSC) Manager and are escalated to Priority Level 2 (P2) |

# CPC

- 63 Tablets/Charging stations
- Free Education/Law Library - Fastcase
- Tech Grant $200,000
- Geary, Chase, Crawford

| Option 1 | | |
|---|---|---|
| **Product** | **Rate** | **Commission** |
| Inmate Telephone System | Local, IntraLATA, InterLATA - $0.18/min<br>International – Rates vary by country called. | **85%**<br>*Estimated at $126,000/year* |
| Remote Video Visitation | $0.18 / min | 20% |
| Email | $0.50 / email | 20% |
| Tablets | $0.05 / min | 20% |
| **Labor Reimbursement Fund for use by Saline County Sheriff's Office** | | |
| Chirping** | $0.10 / chirp | 20%<br>*Estimated $36,000/year* |
| **Tech Grant** | | |
| $200,000 Tech Grant<br>for the benefit of the Saline County Sheriff's Office available<br>over the term of the agreement | | |
| **Estimated Total Contract Value to Customer $1,067,150** | | |

| Option 2 | | |
|---|---|---|
| **Product** | **Rate** | **Commission** |
| Inmate Telephone System | Local, IntraLATA, InterLATA - $0.18/min<br>International – Rates vary by country called. | **Guaranteed $41/inmate/month**<br>*Estimated at $123,000/year* |
| Remote Video Visitation | $0.18 / min | |
| Email | $0.50 / email | |
| Tablets | $0.05 / min | |
| **Labor Reimbursement Fund for use by Saline County Sheriff's Office** | | |
| Chirping** | $0.10 / chirp | 20%<br>*Estimated $36,000/year* |
| **Tech Grant** | | |
| $200,000 Tech Grant<br>for the benefit of the Saline County Sheriff's Office available<br>over the term of the agreement | | |
| **Estimated Total Contract Value to Customer = $995,000** | | |

| Option 3 | | |
|---|---|---|
| **Product** | **Rate** | **Commission** |
| Inmate Telephone System | Local, IntraLATA, InterLATA - $0.18/min<br>International – Rates vary by country called. | **60%**<br>*Estimated at $88,860/year* |
| Remote Video Visitation | $0.18 / min | 20% |
| Email | $0.50 / email | 20% |
| Tablets | $0.05 / min | 20% |
| **Tech Grant** | | |
| $200,000 Tech Grant<br>for the benefit of the Saline County Sheriff's Office available<br>over the term of the agreement | | |
| **Estimated Total Contract Value to Customer = $702,050** | | |

# CPC

- Chirpers texting only
- TextBehind Offsite
  - Mailscanning
  - Legal mail offsite



| Proposed Technology for Saline County New Jail | | |
|---|---|---|
| **Product/Technology** | **Includes** | **Equipment Value to County** |
| Inmate Telephone System | • 17 Inmate Phones<br>• Lobby Deposit Kiosk | $15,217.00 |
| CPC-View© Video Visitation In-Pod Kiosk Solution | • 19 CPC View Kiosks<br>• 19 stools<br>• Server | $73,507.00 |
| The Chirper© Secure Texting System | • 150 Chirpers<br>• Required access points<br>• Charging stations | $146,250.00 |
| AxxS© Tablets | • 63 Tablets<br>• Charging stations | $126,000.00 |
| TextBehind Digital Documentation | • Off-site digital documentation scanning & legal mail processing | $15,000.00 |
| Bandwidth | • Required Bandwidth for all Proposed Technology | $25,200.00 |
| Investigator's Toolbox (CPC-ITB) | • Translation and Transcription<br>• Advanced biometrics | $45,000.00 |
| Fastcase Law Library | • Available on View and Tablets | $15,000.00 |
| **Proposed Technology for Saline County Existing Jail** | | |
| Inmate Telephone System | • 13 Inmate Phones<br>• 1 payphone<br>• Lobby Deposit Kiosk | $14,385.00 |
| CPC-View© Video Visitation In-Pod Kiosk Solution | • 12 CPC View Kiosks<br>• 12 stools<br>• Server | $44,850.00 |
| **TOTAL VALUE TO COUNTY** | | **$520,409.00+** |

# CPC

- Automated info line at a cost
- Service response 2-24 hours
- Install time looks to be 1-2 weeks

| Optional Technology | |
|---|---|
| Product | Cost to Customer |
| Automated Public Information System (APIS) | $1/inmate/month |

**CPC Service Level Agreement**

| Category | Description | Expected Resolution Time |
|---|---|---|
| Priority 1 | Complete, system-wide outage | 2 hours |
| Priority 2 | Section of the building outage | 4 hours |
| Priority 3 | Single phone outage | 24 hours |

# CPC

- Other Services
  - Investigative tools
  - Premium services games,music,etc
  - Rehab services



# Paytel

- 1 to 1 Tablet Ratio
- 72% commission
- Tech Grant $10,000 annually
- No KS reference

| Call Type | Collect, Prepaid Collect, and Debit Rates and Commissions | |
|---|---|---|
| | Rate Per Minute | Commission |
| Local | $0.15 | |
| IntraLATA | $0.15 | |
| Intrastate | $0.15 | 72% |
| Interstate + Canada, PR, USVI, Guam | $0.15 | |
| Debit International – All Others | $0.15 | |

| Service | Cost to Consumer or Inmate | Commission Offer |
|---|---|---|
| inteleMESSAGE™ Secure Tablet Messaging | $.25 per message | 20% |
| Phone Calls on Tablets | Same as wall phone rates and commissions shown in previous table | |
| All other tablet usage (Pathways to Faith™, Reentry, Library, Facility Information, etc.) | Free | N/A |
| Entertainment paid for with education credits | Free | N/A |
| Entertainment paid for with inmate funds | $.03 per minute | N/A |
| On-site Video Visitation | Free | N/A |
| Remote Video Visitation | $4.50 per 15 minute segment | 20% |