# Paytel

- Free Education/Law Library -



# Paytel

- Mailscanning-
  - Offsite personal no cost
  - Annual tech grant offered for onsite scanner for legal



# Paytel



- Other Services
  - Rise4me – no cost
  - TDD/TDY through Purple Comm.



**Pay Tel's Pre-Call Voice Verification**

Pay Tel offers an integrated option to verify the inmate's voice at the beginning of each call. This feature is offered as a deterrent to PIN theft and provides additional confirmation of the call initiator's identity for investigative purposes.

 With Pay Tel's **inteleKEY™** the voice enrollment process is quick and easy. It's also easy to re-enroll an inmate should he or she have problems placing calls. This small fob generates a one-time-use PIN which can temporarily turn any phone into an enrollment phone eliminating the need to move inmates for enrollments or re-enrollments.





Coming soon: Automated enrollment and updated features!

# Paytel

- Service 30 minutes – next business day

- Implemtation – 90 – 120 days

| Level | Definition | Time-Line | Commitment | Notification Intervals |
|-------|-----------|-----------|------------|------------------------|
| ALL | ALL Issues | <15 Minutes | Initial Response to generate trouble ticket<br>Assess Issue & Assign Severity Level | |
| 1 – Minor | Less than 10% of the system is not responding | < 2 Hours<br><br>No later than next business day<br>No later than next business day | Follow-up Response: Diagnose problem, determine course of action and engage necessary resources<br>On-site Commitment (when needed)<br><br>Corrective Action Expectation | 2 Hours<br><br><br>12 Hours Next Business Day |
| 2 – Serious | Between 10% and 30% of the system is not responding | < 1 Hour<br><br><12 Hours<br><12 Hours<br><1 week | Follow up Response: Diagnose problem, determine course of action and engage necessary resources<br>On-site Commitment (when needed)<br>Corrective Action Expectation<br>Post-event Report & action plan to avoid future issues of this kind (if applicable) | 30 Minutes<br><br>2 Hours<br>4 Hours<br>12 Hours |
| 3 – Major | Over 30% of the system is not | < 30 Minutes | Follow up Response: Diagnose problem, determine course of action and engage necessary | 30 Minutes |



©2022 Pay Tel Communications, Inc. All Rights Reserved    ☎ 800.729.8352 x105   ✉ sales @paytel.com

Pay Tel Proposal for Saline County, KS | RFP Phone, Video Visitation, Inmate Tablets, Mail, etc. – 2022

| | responding | <4 Hours<br><4 Hours<br><1 week | resources<br>On-site Commitment (when needed)<br>Corrective Action Expectation<br>Post-event Report & action plan to avoid future issues of this kind (if applicable) | 45 Minutes<br>2 Hours<br>4 Hours |

# HomeWav

- 1 to 1 Tablet Ratio
- 25,000 or $50,000 tech grant
- Leavenworth, Wyndotte, and Finney Co

| Usage Fees | |
|---|---|
| **Service** | **Rates & Fees** |
| Domestic Voice Calls | $0.20 per Minute |
| International Voice Calls | International Rate + $0.20 per Minute |
| Onsite Video Calls | No Cost |
| Remote Video Calls | $0.20 per Minute |
| **eMessaging** | |
| Text | $0.03 per 10 characters |
| Photo | $0.25 |
| Video Messages (60 sec.) | $0.40 |
| **Entertainment** | |
| E-Books | $0.00 - $1.99 per Book |
| Games | $0.00 - $1.99 Standard / $2.49 Premium |
| Movies/TV | $0.00 - $1.99 Short Form<br>$0.00 - $3.99 Standard<br>$4.99 Premium |
| Music | $0.00-$2.99 |

\* HomeWAV provides a wide range of entertainment choices that include e-books, games, movies/TV, music. In addition to unlimited, open-source content, HomeWAV will offer additional premium content based on recommended retail price.

| **Transaction** | **Fees** |
|---|---|
| Online *Deposit* | $2.00 |
| PayNearMe.com | $1.99 |
| Surcharge | $0.00 |

| | |
|---|---|
| Remote Video Calls | 20% |
| eMessaging | 20% |
| Entertainment | 15% |
| **Bonus Offer** | **Description** |
| **$50,000 Bonus** | HomeWAV shall pay to the County a $50,000 Bonus. Payments will be made in five (5) annual installments of $10,000.00. Each bonus payment will be distributed with the first (January) Revenue Share check each year. |

\*\* GBR shall be defined as all system usage fees collected minus monthly internet fees as well as federal, state, and local taxes, Cost Recovery Fee, Add-On Fees, and monthly licensing fees for entertainment.

# HomeWav

- Go Legal law library
- TDD/TDY phones

| Add-On Service | | Description of Features/Benefits | Yes/No | Cost |
|---|---|---|---|---|
| | DigitalDocs™ Paperless System | Digital inmate medical grievance requests, custom/misc. inmate grievance requests, read-only documents, rules, handbook with digital inmate/visitor signature/acknowledgement, etc. through the all-in-one HomePAS™ Kiosk. | Yes | ~~$0.0025/min.~~ No Cost |
| | Commissary Ordering Integration | Integrate w/current or future provider through the all-in-one HomePAS™ Kiosk. | Yes | ~~$0.0025/min.~~ No Cost |
| | Free Voice and Video Calls for County Employees | Free Voice and Video Calls for County Employees (must have a County Private email address). | Yes | No Cost |
| | Lobby Call Feature | Feature is available on-site, through the all-in-one HomePAS™ Kiosk, for visitors to call for HomeWAV contact center assistance. | Yes | ~~$0.0025/min.~~ No Cost |
| **Premium Add-Ons** | | **Description of Features/Benefits** | **Yes/No** | **Cost** |
| | GoLegal™ Law Library | Provide Law Library through the all-in-one HomePAS™ Kiosk. | Yes | ~~$2 per/ inmate/ month ($150 min)~~ No Cost |
| | Voice Biometric System (VBS) & Investigative Platform | Full Voice Biometric System (VBS) and investigative suite for administrative users for voice and video calls. | Yes | $0.01/min. |
| | Call Transcription | Voice-to-text transcription services for voice and video calls | Yes | $0.01/min. |
| | Mail Scanning | Full mail scanning services to allow for physical mail sent to inmates to be routed to a secure processing facility for scanning into digitized mail. All mail is logged, organized, and stored securely by a certified technician. The mail is converted to a PDF with full-text search capability. | Yes | ~~$1/piece~~ No Cost |
| | Inmate Education | A diverse collection of inmate education portals and topics through Kolibri. | Yes | No Cost |

# HomeWav

- Tablets
- Charging/storage in unit







# HomeWav



- Mailscanning
  - Textbehind personal off site
  - Legal mail on site scanner?

# HomeWav

- Free educational



# HomeWav

- Service
  - Customer service not 24hrs a day
- Implementation 60 days



**DISRUPTING THE INDUSTRY STANDARD.**

**Prompt Contact Support**

HomeWAV is committed to responding to all email requests for customer service within 24 hours of submission.

HomeWAV's 24-hour response rate is:

## 98%

| Vendors | Phone Rates | Video Rates | E-Messaging | Tablet | Tablet Storage | Tech Grant | Mail Scanning | Legal Mail | Education/Law | Other | Install Time | Service |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| NCIC | $0.16 | $.30 off site | $.25/.35 message/attachment | 1 to 1 Ratio | Rack in cell or mobile cart | $28,876.05 | In house or off site | Provide scanner in house | games, movies, e-books also free | Court Alert, video arraign, message broadcast | 8 weeks | 1-4 hr response |
| IC Solutions | $.12 - $.21 | $.25 off site | $.25 text, .35 video, .25 voice | 1 to 1 Ratio | Charging station in housing/storage racks outside | $10,000-$100,000 | Off site - TextBehind | attorneys upload docs | free, pay for premium features | Optional on site tech $2,000/mo | 3-4 weeks | remotely fix inside 1 hour |
| TurnKey | $0.21 | $0.50 | $.15/160 char., $.25 email&pic | 1 to 3 Ratio | Charging stations in housing | $20,000 | on site - extra cost, off site - higher cost | ? | free | learn to earn | 4-6 weeks | within 24 hours |
| ViaPath | $.10-.16 | $0.25 | $0.25 | Shared | Charging stations in housing | no tech grant | off site | legal upload | free | .03-05 per minute depending on programs | 1-6 month install | within 24 hours depending on priority |
| Prodigy | $0.10 | $0.15 | $.20 email/$.06 SMS | 1 to 1 ratio | Charging stations in housing | $200,000/5 years | off site - TextBehind | onsite scanner | free - learn to earn | drone, video arraign, cell detector | within time frame by saline county | 2 hr response |
| Smart | $0.16 | 0.25, .15 attorney | $.50 message / $1.00 pic | 1 to 5 ratio, or more | Charging/storage in housing | $20,000 | off site - Mailguard | onsite scanner/shredder | free - SmartLaw | automated info line, premium .01/minute | 50 days after contract | 4 - 24 hr response |
| CPC | $0.18 | $0.18 | $.10 chirp/ .50 email | 63 tablets, 150 chirpers | Charging/storage in housing | $200,000 | off site - TextBehind | offsite Textbehind | Fastcase | .05 per minute premium stuff | install 1-2 weeks once planning complete | 2 - 24 hr response |
| Paytel | $0.15 | $4.50/15 min | 0.25/message, .25 pic | 1 to 1 ratio | Charging/storage in housing | $10,000 | off site - Intelescan | onsite, but have to buy w/techgrant | Free | .03 per minute premium stuff | 90-120 days | 30 min - 24 hr |
| HomeWAV | $0.20 | $0.20 | $.03/10 characters, $0.40 video/ $.25 pics | 1 to 1 ratio | Charging/storage in housing | $25,000 - 50,000 | off site - TextBehind | onsite scanner | Free Go Legal | books 0-1.99, movies 0-4.99, music 0-2.99, games 0-2.49 | 60 days | within 24 hrs, but not 24 hr customer service |

| Vendors | Phone Rates | Video Rates | E-Messaging | Tablet | Tablet Storage | Tech Grant | Mail Scanning | Legal Mail | Education/Law | Other | Install Time | Service |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| NCIC | $0.16 | $.30 off site | $.25/.35 message/attachment | 1 to 1 Ratio | Rack in cell or mobile cart | $28,876.05 | In house or off site | Provide scanner in house | games, movies, e-books also free | Court Alert, video arraign, message broadcast | 8 weeks | 1-4 hr response |
| IC Solutions | $.12 - $.21 | $.25 off site | $.25 text, .35 video, .25 voice | 1 to 1 Ratio | Charging station in housing/storage racks outside | $10,000-$100,000 | Off site - TextBehind | attorneys upload docs | free, pay for premium features | Optional on site cost $2,000/mo | 3-4 weeks | remotely fix inside 1 hour |
| TurnKey | $0.21 | $0.50 | $.15/160 char., $.25 email&pic | 1 to 1 Ratio | Charging stations in housing | $20,000 | on site - extra cost, off site - higher cost | ? | free | learn to earn | 4-6 weeks | within 24 hours |
| ViaPath | $.10-.16 | $0.25 | $0.25 | Shared | Charging stations in housing | no tech grant | off site | legal upload | free | .03-05 per minute depending on programs | 1-6 month install | within 24 hours depending on priority |
| Prodigy | $0.10 | $0.15 | $.20 email/$.06 SMS | 1 to 1 ratio | Charging stations in housing | $200,000/5 years | off site - TextBehind | onsite scanner | free - learn to earn | drone, video arraign, cell detector | within time frame by saline county | 2 hr response |
| Smart | $0.16 | 0.25, .15 attorney | $.50 message / $1.00 pic | 1 to 5 ratio, or more | Charging/storage in housing | $20,000 | off site - Mailguard | onsite scanner/shredder | free - SmartLaw | automated info line, premium .01/minute | 50 days after contract | 4 - 24 hr response |
| CPC | $0.18 | $0.18 | $.10 chirp/ .50 email | 63 tablets, 150 chirpers | Charging/storage in housing | $200,000 | off site - TextBehind | offsite Textbehind | Fastcase | .05 per minute premium stuff | install 1-2 weeks once planning complete | 2 - 24 hr response |
| Paytel | $0.15 | $4.50/15 min | 0.25/message, .25 pic | 1 to 1 ratio | Charging/storage in housing | $10,000 | off site - Intelescan | onsite, but have to buy w/techgrant | Free | .03 per minute premium stuff | 90-120 days | 30 min - 24 hr |
| HomeWAV | $0.20 | $0.20 | $.03/10 characters, $0.40 video/ $.25 pics | 1 to 1 ratio | Charging/storage in housing | $25,000 - 50,000 | off site - TextBehind | onsite scanner | Free Go Legal | books 0-1.99, movies 0-4.99, music 0-2.99, games 0-2.49 | 60 days | within 24 hrs, but not 24 hr customer service |

# Top 3 choices

| Vendors | Phone Rates | Video Rates | E-Messaging | Tablet | Tablet Storage | Tech Grant | Mail Scanning | Legal Mail | Education/Law | Other | Install Time | Service |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Smart | $0.16 | 0.25, .15 attorney | $.50 message / $1.00 pic | 1 to 5 ratio, or more | Charging/storage in housing | $20,000 | off site - Mailguard | onsite scanner/shredder | free - SmartLaw,Smart Ed | automated info line, premium .01/minute, indigent phone calls, black out feature | 50 days after contract | 4 - 24 hr response |
| IC Solutions | $.12 - $.21 | $.25 off site | $.25 text, .35 video, .25 voice | 1 to 1 Ratio | Charging station in housing/storage racks outside | $10,000-$100,000 | Off site - TextBehind | attorneys upload docs | free | Optional on site tech $2,000/mo,premium .05/min, Automated info line, direct link, message warning, 2 free phone calls | 3-4 weeks | remotely fix inside 1 hour |
| Prodigy | $0.10 | $0.15 | $.20 email/$.06 SMS | 1 to 1 ratio | Charging stations in housing | $200,000/5 years | off site - TextBehind | onsite scanner | free - learn to earn | drone, video arraign, cell detector | within time frame by saline county | 2 hr response |

# References

## IC Solutions

Population:

550

Good Afternoon Lt,

We have been working with IC Solutions for several years now, this is actually the second time we've had them as a vendor. They are great with customer service, we usually email customer services reps directly and any problems are solved fairly quickly. I've always handled more the financial side with them, and besides helping setup our phones and tablets, I unfortunately don't have much info when it comes to video visitation and tablets.
I do know their tablets are handled through GTL, customer service for GTL (from my experience) is not the best, they do look into issues but it takes them a while to have a solution.

I have cc'd our Office Manager, Amber Stybr, she is the expert when it comes to actually having everything up and running. If you have any other questions feel free to email back.

Have a great day,

*Alicia Domínguez*
Chief Financial Officer
Office: 630.444.1146



**Kane County Sheriff's Office**
37W755 IL Route 38, Suite A
St. Charles, IL 60175

# References

### IC Solutions

Amber Styber

Happy Friday Lt. Hayes,

Dealing with IC Solutions I can tell you that their customer service is very helpful. They are quick to respond with any questions or problems that arise and if a tech is needed for equipment repairs one is sent out within the same week if not the next day.

Their equipment is average.

Visiting – We have had problems where we need a piece for a visiting monitor. For example we closed down half of our visiting monitors during Covid to separate visitors and the tech used pieces from the monitors that weren't being used to fix ones that were. Now that we are at full capacity, those monitors are still unusable because they don't have the parts available to get them up and running. Another problem we run into is when we have a lot of visits throughout the day, the monitors can freeze up requiring us to go and restart them. It doesn't happen a lot but it does happen. For the most part we don't have issues with visits and they go smoothly.

Phones – The phones are good. You can do a lot through the website as far as setting up what time you want the phones to be available for detainees and who they are in contact with. Depending on how a detainee speaks it can be hard sometimes to understand what they are saying but for the most part recordings are pretty good. We especially use it when the State's Attorney's Office calls to block phone numbers of victims.

Tablets – We use GTL tablets. They are terrible. I have not had any experience with the ICS tablets so I can't tell you anything about them.

Mail – We don't use ICS for any mailroom procedures/material.

If you would like to speak with my Lieutenant who deals with their  regional account manager John Gardner his contact information is below:

Lt. Scott McKanna #721
Adult Corrections
Desk: 630.444.1147
Cell:630.746.8295

# References

## IC Solutions
Population:
90

Lieutenant,

I highly recommend this company.  John Gardner has been our representative for several years now and has given us nothing but excellent service.  We have everything you mentioned except the mail scanning, which we plan to incorporate soon.  We have never gone more than a day with any needed repairs or replacement of hardware.  Things just work well, and John almost always answers his cell phone immediately or calls back within the hour.  We are very satisfied with their service.  If you have any questions, my cell is 573-836-6083.

---

Captain Brian Vinson
Detention Facility Administrator
Camden County Sheriff's Office
1 Court Circle Ste. #13
Camdenton, Mo. 65020

Phone: (573)346-2243 ext. 294
Email: b.vinson@camdenso-mo.us

# References

**IC Solutions**

Lt Berryman

Douglas County Sheriff's Office

Lawrence, KS pop.160

Customer Service is good and fix things fast.

Live monitoring of video visit and can message onto visit

Recommend 1:1 tablet ratio

Tablets are basic, they don't do video/phones on them, because they don't have enough

Phone/video separate log in from tablet system

Iphone type charger, racks in housing unit 10-15 tablets

Started tablets in October 2022.  10 broken already

Transfer money from Keefe to tablet system – one way

# References

**Smart**

Population:

700

Good morning Lieutenant Hayes,

Smart Communications by far, has the best customer service of any other service provider I have worked with.

Their customer service response time is ridiculously fast. For example, one morning I got to work at 0530 and realized their site was down. Reported it to customer service via email at the time. I had a live email response nearly immediately, the system was restored by 0600 and I had also heard from my area rep and their VP all before 0600.

The equipment is solid. A few minor bugs with the legal mail scanner but those were fixed as soon as they were reported.

Let's put it this way, if Smart Communications ever lets us down, it will be a very sad day for me.

**Major Shaun Klucznik, MA, CJM**
**Hernando County Sheriff's Office**
**Judicial Services Bureau Commander**
**Jail Administrator**
**16425 Spring Hill Drive**
**Brooksville FL, 34604**
**(352) 797-3401 Office**
**AJA Board of Directors**
**FBI National Academy 283**
**10th NJLCA**

# References

**Smart**

Major Michael Brown

Florence Co Detention Center

Effingham, SC

Population:

459

Great Company they do anything for you – had Homewav/Paytel before and huge improvement

Customer service is great

1:5 tablet ratio, was 1:6 Smart monitors usage and will send more if needed.

At 1:5 still under 40% usage

Love the visitation black out

Mail scanning has cleaned out all paper in cells – Warning on website that mail will be destroyed.  Haven't run into any pushbacks from inmate/families

Getting ready to do legal scan

Free phone call, visit, and 2 messages a week

Good training for staff and inmates

# References

**Smart**

Lt John Ulm

Stephens County Jail

Toccoa, GA

Population 151

Great company with good customer service. They do not have a 1:1 ratio, but would like it.  They are able to set up a tier system where 1 tier has tablets 1 day.

Tablets hold up well, only breakage is from inmates destroying.

Don't have a mail, because they don't need it.

# References

## Smart

1300 ADP

Hello Lt,

Let me start with what could be improved…We have been working with Smart Communications since March 2022.  The phased installation and implementation I would say was average.  It could have been better if we would have known the correct height from the floor to the bottom of the kiosks and the same for the charging stations so we could have installed them correctly the first time.  However, it was their technician and was at no additional cost to us.  The phones were no problem installing them.  We did have challenges with the firewalls and are still today with the live monitoring on the phones; however, the system is recording and we can listen to them after the call.  Smart Communications is working with our IT for a resolution.  The phones were the last installation we had so they have been working that issue since August.  Finally, the onsite and virtual training was fine; however, Smart will not create training manuals so I would suggest you have someone create them for you.  We are in the process of doing that now.

Now for the good news…we are overall pleased with the system and we have all the components Smart offers.  The use is simplistic and Smart has been responsive to any issue we cannot figure out.  I would recommend them.

I hope this information helps,



**Kim Lintz**
**Detention Division Manager**
911 Parr Blvd. Reno, NV 89512
Tel:  775-325-6410
Email:  KLintz@washoecounty.us
Web: www.WashoeSheriff.com

# References

**Smart**
Population:
438

Good Afternoon,

I have led my agency for the past 11 years and we have contracted with Smart Communications since 2012. Initially we only had their messaging system, in 2018 we switched to them for video visitation, inmate phone services, mail guard, and inmate tablets. We have been very pleased with their system. I have a great leadership with their leadership team and if I have run into an issues they are very responsive. Outside of hardware problems, their system work very well.

If I can assist any further please reach out.

Chad Wicker

Chad Wicker, MPA, CJM
Director of Detention Services
Desoto County Sheriff's Department
3425 Industrial Drive West
Hernando, MS 38632
Mobile:     901-603-9135
Office:      662-469-8551
Fax:          662-469-8532
Website:   Desoto County Adult Detention Facility

Overall they hold up fine. We have had some issues with the inmates throwing them and initially breaking them. Smart just asks that you mail them back to them and they will send out a new one.

**From:** Hayes Jeremiah <Jeremiah.Hayes@saline.org>
**Sent:** Friday, November 18, 2022 4:31 PM
**To:** Chad Wicker <CWicker@desotocountyms.gov>
**Subject:** RE: Smart reference

Thank you for the quick response.  One question is how do the tablets hold up?  Do you have problems with tablets going down at all?

# References

**Smart**
Population:
576

Good evening,

We have been impressed with the company and the equipment.  Any issues are quickly resolved or addressed. I would recommend 100%.

If you have any additional questions I would be happy to discuss      .

CJ

Captain CJ Oakley
Branch Chief, Services
Fairfax County Office of the Sheriff
O (703) 246-4429
C (703) 203-2063

# References

**Prodigy**

Emails sent to all 5

11172022

 **REFERENCES**

## VENDOR REFERENCES

Prodigy exclusively services county facilities and boasts a nationwide customer base of more than 50 sites. Below are 5 references who can speak to Prodigy's ability to plan, execute, and support tailored Phone, Video, Tablet, Mail, and other Service solutions similar in scope to those requested by Saline County.

### REFERENCE 1

**FACILITY:**
Jackson County Jail, OK

**BEDS:**
172

**DATES OF SERVICE:**
6/2016 - PRESENT

**CONTACT NAME:**
Abel Gonzales,
Jail Administrator

**CONTACT:**
580-482-0408
Sojackson28@gmail.com

**SERVICES PROVIDED:**
Inmate Phones, Video
Visitation, Mail Scan,
Messaging, Tablets,

### REFERENCE 2

**FACILITY:**
Canadian County, OK

**BEDS:**
194

**DATES OF SERVICE:**
11/2017 - PRESENT

**CONTACT NAME:**
Major Kristie Carter,
Jail Administrator

**CONTACT:**
405-422-3188
carterk@ccsheriff.net

**SERVICES PROVIDED:**
Inmate Phones, Video
Visitation, Messaging, Mail
Scan, Tablets

### REFERENCE 3

**FACILITY:**
Grady County Jail, OK

**BEDS:**
900+

**DATES OF SERVICE:**
6/2016 - PRESENT

**CONTACT NAME:**
Jim Gerlach,
Executive Director

**CONTACT:**
405-779-9513
jgerlach@gccia.com

**SERVICES PROVIDED:**
Inmate Phones, Video Visitation,
Messaging

 **REFERENCES**

## VENDOR REFERENCES (CONTINUED)

### REFERENCE 4

**FACILITY:**
Rogers County Jail, OK

**BEDS:**
250

**DATES OF SERVICE:**
09/2018 - PRESENT

**CONTACT NAME:**
Zach Starkey,
Jail Administrator

**CONTACT:**
918-342-9700
zstarkey@rcsheriff.org

**SERVICES PROVIDED:**
Inmate Phones, Video
Visitation, Mail Scan,
Messaging, Commissary

### REFERENCE 5

**FACILITY:**
Pottawatomie County, OK

**BEDS:**
310

**DATES OF SERVICE:**
10/2017 - PRESENT

**CONTACT NAME:**
Breonna R Thompson,
Executive Director

**CONTACT:**
405-273-0043
Breonnat911@yahoo.com

**SERVICES PROVIDED:**
Inmate Phones, Video
Visitation, Messaging, Mail
Scan

# References

**Prodigy**

Population:

194


Population:900

Good morning,

We have been very pleased with their customer service and response time for repairs to equipment.  They supply our inmate telephone, video visitation, inmate-to-family SMS messaging, photo sharing and staff/grievance requests.  They have been very helpful as well with establishing an attorney visitation kiosk allowing counsel to meet with their inmate clients from the comfort of their private office or other location.  The attorneys love not having to travel to the jail to conduct visits in every instance. The tablets have been great.  The mail scanning feature is very convenient and easy to use as well.

They do also have a commissary program, but we do not utilize it.

Major K. Carter
Jail Administrator
Canadian County Sheriff's Office
304 N Evans
El Reno, Oklahoma 73036

Prodigy has been with us since they were created by Mr. Hartman and Dave McEvilly.  They are the vendor we chose because of the valued customer service and quality of the product they supply.  We have the inmate phones and video visitation package and would probably have them do our commissary but since Tiger Commissary has a local standing in this community and has given me no reason to sever that relationship, I have stayed loyal to them.  If you decide to give Prodigy a chance, you will not be disappointed.  If you do, let me know and I will make them eat the very good word I've put forward.

Warden Jim Gerlach
GCCJA Executive Director
215 N. 3rd St.
Chickasha, Ok. 73018
405-222-1000

# Staff Recommendations

1. Smart (If they can make a couple changes)
2. IC Solutions
3. Prodigy

- Smart – proposed changes and their response
  - Drop fees for attorney visits and calls
    - Yes this can be done
  - Drop cost of messages and photo to .25/.50
    - Typically don't reduce cost to messaging because this allows to offer tech at no cost to agency. Inmates get 2 free messages a week (essentially $1 credit every week)
    - They could drop price of pictures from $1.00 to $.50 if needed
  - 1:1 tablet ratio
    - They can start ratio at 4:1 and put in contract that they will monitor usage of each tablet and if it gets over 40% usage they will add more tablets  to population.  Agency can monitor this on dashboard as well.
    - They do this, because they see a lot more damage to tablets with a 1:1 ratio.  Sharing model creates a better usage environment, but if they are using tablets at a high rate they will increate ratio to accommodate usage.

**EXHIBIT 52**

# BakerHostetler

Baker&Hostetler LLP

Washington Square, Suite 1100
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5403

T  202.861.1500
F  202.861.1783
www.bakerlaw.com

Jack Fornaciari
direct dial: 2028611612
jfornaciari@bakerlaw.com

April 27, 2023

**VIA E-MAIL (MSPECHT@STERNEKESSLER.COM)**

Michael D. Specht
Director

*Re:*     *ViaPath Technologies Letter Dated April 20, 2023*

Dear Mr. Specht:

We write to respond to your letter dated April 20, 2023.

As indicated in JACS' letter dated October 3, 2022, JACS is always interested in a reasonable business solution to resolve the parties' disputes. Neither JACS nor JACS' CEO Steel Liu received the letter from ViaPath dated November 15, 2022 at JACS' business address or Mr. Liu's email. Could you arrange to have a copy of the November 15, 2022 letter resent this week? The letter would be helpful for JACS to evaluate ViaPath's demand.

JACS reiterates its position that it has never sold or supplied any product to any customer that would have revealed ViaPath proprietary information in violation of the parties' 2018 Manufacturing and Services Agreement ("MSA") and JACS treats its own IP rights seriously. JACS IP rights in the products are recognized by ViaPath in several contracts between the parties including, but not limited to, the MSA and a 2022 Software License Agreement. JACS believes its business is consistent with the MSA and does not infringe ViaPath's patents.

JACS values ViaPath's business in the past decade and is open to a forward-looking business arrangement.

*Atlanta     Chicago     Cincinnati     Cleveland     Columbus     Costa Mesa     Dallas     Denver     Houston*
*Los Angeles     New York     Orlando     Philadelphia     San Francisco     Seattle     Washington, DC     Wilmington*

Michael D. Specht
April 27, 2023
Page 2


Sincerely,



/Jack Fornaciari/
Partner

**EXHIBIT 53**



# REQUEST FOR PROPOSALS
## PHONE, VIDEO VISITATION, INMATE TABLETS, MAIL, and RELATED SERVICES

Saline County
300 West Ash Street
Salina, KS  67401

**Due Date and Time:**
Wednesday, November 9, 2022, at 4:00 P.M.



**ORIGINAL**







| INMATE KIOSKS | REMOTE VISITATION | INMATE MAIL SCANNING | INMATE MESSAGING | INMATE PHONE CALLS |

**NCIC.com  |  800-943-2189**

Craig Storer
Craig.Storer@ncic.com

607 East Whaley Street
Longview, Texas 75601

P 318-286-8134
F 903-757-4899

| TABLE OF CONTENTS | PAGE |
|---|---|
| Cover Letter | 3 |
| Proposed Rates, Fees, and Revenue Share | 5 |
| Analysis of Inmate Communications Provider Performance | 6 |
| Introduction | 8 |
| Scope of Service | 9 |
| Project Details | 12 |
| Implementation | 52 |
| Proposal Procedures | 63 |
| Appendix A – Acknowledgement Form | 65 |
| Appendix B – NCIC Certifications | 66 |

# COVER LETTER

NCIC Inmate Communications ("NCIC") is pleased to present our detailed response to Saline County's RFP for Phone, Video Visitation, Inmate Tablets, Mail and Related Services. NCIC's response will remain open and valid for at least 180 days from the RFP closing date.

NCIC is the largest **independently owned** inmate communications provider operating today, meaning that we are not beholden to the demands of Private Equity groups. This affords us the flexibility to focus on servicing our main stakeholders – the facilities served, their communities, and our employees. NCIC's customers enjoy the fact that, if needed, they have a direct line to upper management of the company, up to and including Mr. Bill Pope, NCIC's President and Co-Founder. NCIC is headquartered in Longview, Texas and is strengthened by a nation-wide network of field technicians and regional offices – an important aspect of our proposal for Saline County is the presence of *local* support. NCIC has been in operation for 27 years and provides service to more than 800 confinement facilities of all sizes and types, ranging from 2,200 beds down to 2 beds. A proud aspect is our exemplary history in the regulatory arena – always being *in favor of* regulation, rather than opposing it. NCIC has been a vocal contributor to FCC proceedings regarding Inmate Calling Service (ICS) for more than a decade – our efforts have been instrumental in helping rein in some of the abuses that have taken place in our industry over the years. NCIC takes pride in the fact that our company is the *only* large inmate communications provider who has never been sued for over-charging on calling rates and fees – and plan to keep it that way.

NCIC is proposing our proven InTouch communications suite for the Saline County Jail, including all phone, kiosk and tablet-based technologies as outlined herein. Choosing NCIC as the trusted service provider for Saline County, your agency will benefit from being on the same administrative and investigative platform as many other facilities across the United States and another 9 countries.

**NCIC's "Proposal at a Glance" for Saline County:**
- ✓ Significant reduction in rates for phone calls, messaging, and video visitation.
- ✓ Complete package of services being proposed:
  - o Telephone Service
  - o Video Visitation (off-site and, if needed, on-site)
  - o Secure Messaging
  - o <u>Free</u> Educational / Communications Tablets (minimal staff involvement needed)
  - o Mail Scanning (for contraband reduction)
  - o Ticketing (grievances / requests / kites)
  - o **Incentive-Based Offerings:**
    To assist with the operation of the Facility, NCIC will be offering the ability for Saline County Jail personnel to provide extended (or free) access to things like video visits, phone calls, messaging, or entertainment material, for Trustee inmates or for otherwise rewarding good inmate behavior, at the discretion of Facility personnel. NCIC will offer this ability at no cost (or commission deduction).

- ✓ **Complete package of equipment** being proposed (phones, wall-mounted kiosks, and tablets).
  - o NCIC has avoided the "tablet only" and "kiosk only" scenarios, being pitched by certain Providers to save money on equipment and installations. This scenario is troublesome…*all three hardware options* are proposed for maximum coverage.
  - o NCIC is *not* proposing any reduction in the existing equipment counts (phones and tablets). The current amount of equipment with brand new hardware will be installed, at a minimum.
  - o NCIC is proposing a 1:1 inmate – tablet ratio, *from day one of operation,* to ensure adequate coverage and avoid any issues associated with access to tablets and programming.
  - o NCIC's proposed tablets are heavily geared towards education, rehabilitation and programming, and are offered at **no cost** to the Agency and to residents (there are no device rental fees, and *all* programming is offered at no cost).
  - o <u>Free</u> provision of NCIC's "Learn2Earn" educational and rehabilitative platform.



**Rates and Compensation**

- ✓ Reduce the calling rates from the current $0.21/Minute down to only **$0.16/Minute** (for all calls within the US)
  - ○ Eliminate the misleading "Advance Connect" Single Pay calls which are currently eroding commissionable revenue.
- ✓ Implement truly "per minute" rates for Video Visitation ($0.30/Minute), increasing usage.
- ✓ Implement secure inmate messaging at a rate of $0.25/Message ($0.35/Pictures).
- ✓ Sixty-Five percent (65%) revenue-share on TRUE gross telephone revenue.
- ✓ Twenty-Five percent (25%) revenue-share on all Video Visit and Messaging revenue.
- ✓ To assist Saline County in navigating the "percentage games", which are prevalent in our industry, NCIC will also provide a Minimum Monthly Guarantee ("MMG") of **$55.00/Inmate.**
  - ○ On a monthly basis, the greater of the two amounts (the contractual percentages <u>or</u> the MMG of $55.00/Inmate) will be the applicable commission payment (whichever is greater).
  - ○ For perspective, the incumbent provider has been returning an **Average Monthly Commission per Inmate** of only **$8.06**, (including all services). Please reference the Analysis on Page 6.
  - ○ **NCIC is proposing to pay, <u>at a minimum,</u> an *additional* $46.94 in monthly Commission per Inmate. At the stated (average) ADP of 253 inmates, this represents an *additional* monthly commission amount of $11,875.82, or an *additional* annual commission amount of $142,509.84 compared to the performance of the incumbent Provider…while also lowering the rates and fees.**
- ✓ NCIC is offering a one-time, up-front Technology Grant in the amount of **$28,786.05,** which is entirely optional for Saline County and if accepted, can be used at the discretion of the County. This total is equal to three (3) years of <u>Earned,</u> but <u>Unpaid</u> interstate commissions under the <u>current</u> Agreement.

Should NCIC become the trusted provider of inmate communications for Saline County and the broader community, your account will be managed directly by Craig Storer (Director of Marketing), whose efforts will be supported by NCIC's experienced team of administrative, support, networking, IT, and field technician personnel.

NCIC enjoys an excellent working relationship with Summit, where seamless interface will be performed for commissary ordering from phones, kiosks. and tablets, as well as establishing a cardless Debit interface, to allow Saline County inmates to fund their own communication services.

NCIC looks forward to providing an in-person presentation to Saline County, to further elaborate on our proposal and explain the elements of our financial offer.

Sincerely,

Craig Storer, Director of Marketing
NCIC Inmate Communications
(318) 286-8134
Craig.Storer@ncic.com



## PROPOSED RATES, FEES, and REVENUE-SHARE

| INMATE TELEPHONE SYSTEM | | | | |
|---|---|---|---|---|
| **CALL TYPE** | **PREPAID COLLECT** | | **DEBIT TIME / CALLING CARDS** | |
| | **CONNECTION FEE** | **PER MINUTE** | **CONNECTION FEE** | **PER MINUTE** |
| **ALL CALLS IN THE UNITED STATES:** | $0.00 | $0.16 | $0.00 | $0.16 |
| **MEXICO / CANADA:** | $0.00 | $0.25 | $0.00 | $0.25 |
| **INTERNATIONAL:** | $0.00 | $0.35 | $0.00 | $0.35 |
| **COMPENSATION OFFER:** | **65%** of TRUE Gross Call Revenue | | | |

| VIDEO VISITATION and INMATE MESSAGING (Inmate Tablet System) | |
|---|---|
| **Remote (Off-Site) Visitation: Per-Minute Rate** | $0.30 |
| **On-Site Visitation: Per-Minute Rate** | $0.00 (Free) |
| **Inmate Messaging: Message Rates** | $0.25 per Message<br>$0.35 per Attachment<br>$0.05 per GIF |
| **Video Visitation and Messaging: Revenue-Share** | **25%** of Gross Revenue |

### MINIMUM MONTHLY GUARANTEE ("MMG")

NCIC is proposing a Minimum Monthly Guarantee (MMG) of **$55.00 per Inmate.**

Each month, the greater of the two amounts (proposed commission percentages OR proposed MMG) will be the applicable commission amount payable to Saline County.

Saline County's <u>incumbent</u> provider has been providing an Average Monthly Commission per Inmate of only **$8.06**.

### TECHNOLOGY GRANT

NCIC is proposing a one-time, up-front Technology Grant in the amount of **$28,876.05.**
This amount is equal to three (3) years of <u>Earned,</u> but <u>Unpaid</u> interstate commissions under the <u>current</u> Agreement.

| INMATE COMMUNICATIONS SYSTEM – ALLOWED FEES | |
|---|---|
| **Pre-Paid Account Fee (Web or Automated Operator):** | $3.00 |
| **Pre-Paid Account Fee (Live Operator):** | $5.95 |
| **Third-Party Fees:**<br>**(e.g. MoneyGram / Western Union)** | Pass Through / No Markup |

# ANALYSIS of INMATE COMMUNICATIONS PROVIDER PERFORMANCE
# SALINE COUNTY, KANSAS

| Summary (Monthly Averages) | |
|---|---|
| Average Daily Population | 253 |
| **Inmate Telephones** | |
| Reported Revenue | $8,128.70 |
| Commission Paid | $1,636.49 |
| Total Calls | 6,273 |
| Reported Interstate Calls | 1,523 |
| **% of Calls reported as "Interstate"** | **24%** |
| Total Interstate Revenue | $2,673.71 |
| Earned but Unpaid Interstate Commission (at 30%) | $802.11 |
| *Effective* Overall Commission Rate | 20% |
| Voicemail - Revenue | $23.22 |
| Voicemail - Commission | $4.64 |

| Video Visitation | |
|---|---|
| Reported Sessions | 180 |
| Reported Revenue | $1,798.20 |
| Commission Paid | $359.64 |
| Per-Session Cost | $9.99 |
| Effective Commission Rate | 20% |

| Messaging | |
|---|---|
| Stamps Used | 771 |
| Messaging Revenue | $383.50 |
| Per-Stamp Cost | $0.50 |
| Commission Paid | $38.35 |
| Effective Commission Rate | 10% |

| Summary - All Services | |
|---|---|
| Reported Revenue (Overall) | $10,333.61 |
| Commission Paid (Overall) | $2,039.13 |
| Overall Revenue per Inmate: | $40.84 |
| Overall Commission Paid per Inmate: | $8.06 |

Notes:

- The analysis is based on the Revenue / Commission Statements provided by Saline County's incumbent inmate communications provider, as part of the 2022 RFP for Inmate Communications.

- The analysis is based on the Revenue / Commission Statements covering the traffic months of April - September, 2022.

- The analysis includes inmate telephone service, video visitation service and messaging, for the traffic months provided.

- For the traffic months provided, the incumbent Provider has been reporting an **Average Monthly Revenue per Inmate** of **$40.84** (including all revenue-generating services).

- For the traffic months provided, the incumbent Provider has been reporting an **Average Monthly Commission per Inmate** of **$8.06** (including all revenue-generating services).

- For the traffic months provided, the *average* monthly Earned but Unpaid interstate commission (calculated at 30%) is **$802.11.**

- For the traffic months provided, the *total* monthly Earned but Unpaid interstate commission (calculated at 30%) is **$4,812.68.**

- Based the traffic months provided, the *approximate annual* Earned but Unpaid interstate commission (calculated at 30%) is **$9,625.35**.

- ***The FCC never ruled that commissions should not be paid on interstate call traffic. In fact, they explicitly stated the opposite. Commissions should be based on 100% of call traffic.***

- The incumbent provider is charging calling rates of $0.21 for all calls in the United States. However, the incumbent Provider is likely also offering the misleading "Advance Connect" Single Pay call, as well.

- The "Advance Connect" Single Pay call includes a non-commissioned Transaction Fee of $3.00, and is pushed as the very *first option* presented to the friends and families of inmates, during the call process.

- The current Video Visitation program at Saline County includes a "flat rate" of $9.99 for remote (off-site) Video Visits. This "block billing" penalizes users for minutes of the session that are not used, and discourages usage.



| April 2022 | |
|---|---|
| Average Daily Population | 238 |
| **Inmate Telephones** | |
| Reported Revenue | $7,431.04 |
| Commission Paid | $1,581.17 |
| Total Calls | 5,520 |
| Reported Interstate Calls | 1,319 |
| % of Calls reported as "Interstate" | 24% |
| Total Interstate Revenue | $2,160.48 |
| Earned but Unpaid Interstate Commission (at 30%) | $648.14 |
| *Effective* Overall Commission Rate | 21% |
| Voicemail - Revenue | $9.95 |
| Voicemail - Commission | $1.99 |
| **Video Visitation** | |
| Reported Sessions | 166 |
| Reported Revenue | $1,658.34 |
| Commission Paid | $331.67 |
| Per-Session Cost | $9.99 |
| **Effective Commission Rate** | 20% |
| **Messaging** | |
| Stamps Used | 766 |
| Messaging Revenue | $382.75 |
| Per-Stamp Cost | $0.50 |
| Commission Paid | $38.28 |
| **Effective Commission Rate** | 10% |
| **Summary - All Services** | |
| Reported Revenue (Overall) | $9,482.08 |
| Commission Paid (Overall) | $1,953.11 |
| **Overall Revenue per Inmate:** | $39.84 |
| **Overall Commission Paid per Inmate:** | $8.21 |

| May 2022 | |
|---|---|
| Average Daily Population | 251 |
| **Inmate Telephones** | |
| Reported Revenue | $8,221.54 |
| Commission Paid | $1,577.09 |
| Total Calls | 6,507 |
| Reported Interstate Calls | 1,841 |
| % of Calls reported as "Interstate" | 28% |
| Total Interstate Revenue | $2,964.50 |
| Earned but Unpaid Interstate Commission (at 30%) | $889.35 |
| *Effective* Overall Commission Rate | 19% |
| Voicemail - Revenue | $25.87 |
| Voicemail - Commission | $5.17 |
| **Video Visitation** | |
| Reported Sessions | 155 |
| Reported Revenue | $1,548.45 |
| Commission Paid | $309.69 |
| Per-Session Cost | $9.99 |
| **Effective Commission Rate** | 20% |
| **Messaging** | |
| Stamps Used | 922 |
| Messaging Revenue | $458.83 |
| Per-Stamp Cost | $0.50 |
| Commission Paid | $45.88 |
| **Effective Commission Rate** | 10% |
| **Summary - All Services** | |
| Reported Revenue (Overall) | $10,254.69 |
| Commission Paid (Overall) | $1,937.83 |
| **Overall Revenue per Inmate:** | $40.86 |
| **Overall Commission Paid per Inmate:** | $7.72 |

| June 2022 | |
|---|---|
| Average Daily Population | 261 |
| **Inmate Telephones** | |
| Reported Revenue | $8,875.22 |
| Commission Paid | $1,932.14 |
| Total Calls | 6,856 |
| Reported Interstate Calls | 1,396 |
| % of Calls reported as "Interstate" | 20% |
| Total Interstate Revenue | $2,434.74 |
| Earned but Unpaid Interstate Commission (at 30%) | $730.42 |
| *Effective* Overall Commission Rate | 22% |
| Voicemail - Revenue | $17.91 |
| Voicemail - Commission | $3.58 |
| **Video Visitation** | |
| Reported Sessions | 214 |
| Reported Revenue | $2,137.86 |
| Commission Paid | $427.57 |
| Per-Session Cost | $9.99 |
| **Effective Commission Rate** | 20% |
| **Messaging** | |
| Stamps Used | 770 |
| Messaging Revenue | $384.09 |
| Per-Stamp Cost | $0.50 |
| Commission Paid | $38.41 |
| **Effective Commission Rate** | 10% |
| **Summary - All Services** | |
| Reported Revenue (Overall) | $11,415.08 |
| Commission Paid (Overall) | $2,401.70 |
| **Overall Revenue per Inmate:** | $43.74 |
| **Overall Commission Paid per Inmate:** | $9.20 |

| July 2022 | |
|---|---|
| Average Daily Population | 252 |
| **Inmate Telephones** | |
| Reported Revenue | $8,589.26 |
| Commission Paid | $1,638.08 |
| Total Calls | 7,150 |
| Reported Interstate Calls | 1,766 |
| % of Calls reported as "Interstate" | 25% |
| Total Interstate Revenue | $3,129.00 |
| Earned but Unpaid Interstate Commission (at 30%) | $938.70 |
| *Effective* Overall Commission Rate | 19% |
| Voicemail - Revenue | $15.92 |
| Voicemail - Commission | $3.18 |
| **Video Visitation** | |
| Reported Sessions | 210 |
| Reported Revenue | $2,097.90 |
| Commission Paid | $419.58 |
| Per-Session Cost | $9.99 |
| **Effective Commission Rate** | 20% |
| **Messaging** | |
| Stamps Used | 767 |
| Messaging Revenue | $380.48 |
| Per-Stamp Cost | $0.50 |
| Commission Paid | $38.05 |
| **Effective Commission Rate** | 10% |
| **Summary - All Services** | |
| Reported Revenue (Overall) | $11,083.56 |
| Commission Paid (Overall) | $2,098.89 |
| **Overall Revenue per Inmate:** | $43.98 |
| **Overall Commission Paid per Inmate:** | $8.33 |

| August 2022 | |
|---|---|
| Average Daily Population | 253 |
| **Inmate Telephones** | |
| Reported Revenue | $7,493.44 |
| Commission Paid | $1,478.49 |
| Total Calls | 5,209 |
| Reported Interstate Calls | 1,260 |
| % of Calls reported as "Interstate" | 24% |
| Total Interstate Revenue | $2,565.15 |
| Earned but Unpaid Interstate Commission (at 30%) | $769.55 |
| *Effective* Overall Commission Rate | 20% |
| Voicemail - Revenue | $29.85 |
| Voicemail - Commission | $5.97 |
| **Video Visitation** | |
| Reported Sessions | 132 |
| Reported Revenue | $1,318.68 |
| Commission Paid | $263.74 |
| Per-Session Cost | $9.99 |
| **Effective Commission Rate** | 20% |
| **Messaging** | |
| Stamps Used | 716 |
| Messaging Revenue | $354.11 |
| Per-Stamp Cost | $0.50 |
| Commission Paid | $35.41 |
| **Effective Commission Rate** | 10% |
| **Summary - All Services** | |
| Reported Revenue (Overall) | $9,196.08 |
| Commission Paid (Overall) | $1,783.61 |
| **Overall Revenue per Inmate:** | $36.35 |
| **Overall Commission Paid per Inmate:** | $7.05 |

| September 2022 | |
|---|---|
| Average Daily Population | 263 |
| **Inmate Telephones** | |
| Reported Revenue | $8,161.67 |
| Commission Paid | $1,611.99 |
| Total Calls | 6,393 |
| Reported Interstate Calls | 1,554 |
| % of Calls reported as "Interstate" | 24% |
| Total Interstate Revenue | $2,788.38 |
| Earned but Unpaid Interstate Commission (at 30%) | $836.51 |
| *Effective* Overall Commission Rate | 20% |
| Voicemail - Revenue | $39.80 |
| Voicemail - Commission | $7.96 |
| **Video Visitation** | |
| Reported Sessions | 203 |
| Reported Revenue | $2,027.97 |
| Commission Paid | $405.59 |
| Per-Session Cost | $9.99 |
| **Effective Commission Rate** | 20% |
| **Messaging** | |
| Stamps Used | 685 |
| Messaging Revenue | $340.75 |
| Per-Stamp Cost | $0.50 |
| Commission Paid | $34.08 |
| **Effective Commission Rate** | 10% |
| **Summary - All Services** | |
| Reported Revenue (Overall) | $10,570.19 |
| Commission Paid (Overall) | $2,059.62 |
| **Overall Revenue per Inmate:** | $40.19 |
| **Overall Commission Paid per Inmate:** | $7.83 |

NCIC
INMATE COMMUNICATIONS

Request for Proposals
by
Saline County
300 W. Ash Salina, KS 67401
for
Phone, Video Visitation, Inmate Tablets, Mail, and Related Services

# 1. INTRODUCTION

GENERAL INFORMATION

The Saline County Sheriff's Office is seeking a contract with a vendor to provide phone service, video visitation, and mail service to the inmates housed within the jail. It is our intention that this will be done via phones, kiosks, and/or tablets provided to the inmates by the vendor; therefore, we are also interested in any ancillary services which may be available through the tablets.

While the Saline County Sheriff's Office realizes the vendor will be providing these services in order to generate revenue, we are also sympathetic to the fact that many of our inmates come from a lower socioeconomic background. As such, we expect the fees that the vendor charges both the inmate and the party they're contacting be reasonable, fair, and forthright (no hidden charges/fees). All fees must be clearly explained in the Vendor's proposal along with the commission to be paid to the Saline County Sheriff's Office.

The Saline County Sheriff's Office is currently building a brand-new facility with an expected completion date of September 2023. The Saline County Jail's maximum housing capacity will 392 inmates. Current approximate housing levels have generally fluctuated between 230-270 inmates. Vendors will find an FFE diagram and spreadsheet attached to this announcement with descriptions of needed equipment and all proposed locations for services in the new facility.

The Saline County Sheriff's Office would consider an option for implementation in the current facility so staff would be familiarized with the new equipment prior to transition. The current facility has a maximum population capacity of 192 inmates. The facility has 4 main housing units, one of which is in the older part of the jail with a linear (bars) housing style. Vendors will find a document describing equipment needed and location of services in the current facility.

The term of the contract is to be five years (5) from date of award, after which the option to renew is up to three (3) additional one (1) year terms which will automatically renew unless either party notifies the other party in writing at least 60 days in advance of the expiration of the contract of its intent not to extend the agreement. Vendor will not add a contract extension for ancillary services added. The agreed upon commission rate shall remain fixed throughout the life of this contract unless the vendor and the Saline County Sheriff's Office mutually agree to modify the commission during the life of the contract.

BACKGROUND

Located in Central Kansas at the intersection of Interstate Highways 70 and 135, Saline County is governed by a five-member Board of County Commissioners, elected to 4-year staggered terms. The Board performs both executive and legislative functions, is responsible for all policy and executive decisions regarding county government and is responsible for hiring the County Administrator. Other elected officials include the County Attorney, County Clerk, Register of Deeds, Sheriff, and County Treasurer. The County Administrator is responsible for central administrative functions including budgeting, as well as overseeing various service departments.

Saline County, with its county seat located in Salina, Kansas, encompasses approximately 720 square miles and has a current estimated population of 54,303 persons. The County employs 305 full-time, 3 part-time, and 17

**NCIC** INMATE COMMUNICATIONS

seasonal employees across 14 departments located in seven different principal locations within the City of Salina.

The fiscal year for the County begins on January 1 and ends on December 31. The County's total budget for FY 2022 is $59,811,129.

**NCIC RESPONSE:** HAS READ, AGREE, AND WILL COMPLY WITH ALL ITEMS ABOVE.

NCIC Inmate Communications (NCIC) is extremely well-positioned to meet and exceed the requirements of Saline County.

## 2. SCOPE OF SERVICES
### 1. Responsibility Criteria

a. The vendor must demonstrate that they have the technical expertise, facilities, capabilities, and financial resources necessary to perform the work in a formal cover letter.

**NCIC RESPONSE:** READ, AGREE, AND WILL COMPLY.

Please reference our formal cover letter addressing all items notes above.

b. The vendor must provide the Sheriff's Office with the name of at least five jails and/or prisons in which their services are currently being used. The vendor will include contact information from the jail administrator, prison warden, or designee with whom they work with at each facility. The listed facilities should be comparable in size to the Saline County Jail.

**NCIC RESPONSE:** READ, AGREE, AND WILL COMPLY.

NCIC encourages Saline County to contact the following customer references regarding the quality and consistency of service provided.

| Customer Name: | Sherburne County Jail |
|---|---|
| Facility Address | 13880 Business Center Dr. NW, Elk River, MN 55330 |
| Contact Person and Title: | Brian Frank, Jail Administrator |
| Telephone Number(s): | 763-765-3802 |
| Email Address: | brian.frank@co.sherburne.mn.us |
| ADP: | 500 |
| Agreement Effective Date: | March 2021 |
| Services Provided: | Inmate Telephones, Video Visitation, Tablet System |

| Customer Name: | Minnehaha County Jail |
|---|---|
| Facility Address | 305 W 4th St., Sioux Falls, SD  57104 |
| Contact Person and Title: | Mike Mattson, Warden |
| Telephone Number(s): | 605-367-4321 |
| Email Address: | mmattson@minnehahacounty.org |
| ADP: | 550 |
| Agreement Effective Date: | July 2022 |
| Services Provided: | Inmate Telephones, Video Visitation, Tablet System |

| Customer Name: | Gregg County Jail |
|---|---|
| Facility Address | 101 E. Methvin St., Longview, TX  75601 |
| Contact Person and Title: | Maxey Cerliano, Sheriff |
| Telephone Number(s): | 903-236-8400 |
| Email Address: | maxey.cerliano@county.gregg.tx.us |
| ADP: | 682 |
| Agreement Effective Date: | March 2015 |
| Services Provided: | Inmate Telephones and Video Visitation |

| Customer Name: | Johnson County Jail |
|---|---|
| Facility Address | Clarksville, AR |
| Contact Person and Title: | Jimmy Stephens, Sheriff |
| Telephone Number(s): | 479-754-2200 |
| Email Address: | jstephens@jcsoar.us |
| ADP: | 80 |
| Agreement Effective Date: | October 2022 |
| Services Provided: | Inmate Telephones and Video Visitation |

| Customer Name: | Russell County Sheriff's Office |
|---|---|
| Facility Address | 307 Prentiss Dr., Phenix City, AL 36869 |
| Contact Person and Title: | Steve Johnson, Jail Administrator |
| Telephone Number(s): | 334-298-6535 |
| Email Address: | stevej@rcso.org |
| ADP: | 300 |
| Agreement Effective Date: | November 2021 |
| Services Provided: | Inmate Telephones and Video Visitation |

| Customer Name: | Dickinson County Jail |
|---|---|
| Facility Address | 201 Cottage Ave., Abilene, KS 67410 |
| Contact Person and Title: | Stephen Kency, Jail Administrator |
| Telephone Number(s): | 785-263-4081 |
| Email Address: | skency@dkcoks.org |
| ADP: | 40 |
| Agreement Effective Date: | April 2021 |
| Services Provided: | Inmate Telephones and Video Visitation |

c.  All vendors will provide proof of any license(s), certifications/classifications, and insurance in their proposal.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

**NCIC has provided the Certificate of Convenience and Authority, Certificate of Insurance, and Kansas Secretary of State Good Standing Certificate in Appendix B.**

d.   The vendor must state that, if selected, they will furnish and install all equipment, cable, and wiring in compliance with all applicable codes and that all permits, and licenses required for installation will be obtained with no cost to Saline County.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

**NCIC will furnish and install all equipment, cable, and wiring in full compliance with any local, state, and federal codes. NCIC will also provide all permits and licenses in accordance with the requirements and provisions set forth within this RFP at no cost to Saline County. NCIC is exceptionally well-positioned to meet and exceed all stated installation requirements and the proposed platform is a fully turnkey inmate telephone service and service solution which includes all technologies, network installation requirements, wiring, software, and all necessary equipment, service, and maintenance.**

e.   The vendor will be required to assume prime vendor responsibility for the contract and will be the sole point of contact with regard to the systems, installation, maintenance, and training. The selected vendor will be required to assume responsibility for all services obtained under contracts resulting from this RFP, including any and all sub-contractors hired by the vendor.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

**NCIC will be the sole point of contact and primary vendor responsible for the contract, the proposed system, installation, maintenance, and training. NCIC is fully capable of assuming all necessary responsibilities to any/all services resulting from this RFP.**

f.   Vendors are cautioned to limit or avoid, if possible, proprietary trade secret information within the proposal. If the vendor deems it necessary to include such information in order to adequately respond to technical requirements, the vendor shall note the section as such and provide the information in a separate sealed envelope. Under no circumstances shall a vendor's entire proposal, rates, or offers be labeled as proprietary or confidential.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

g.   Vendors must supply a list of any violations or fines by any state within the last 36 months relating to money transmission licensing. Any such violations may be cause for disqualification.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

**NCIC is the *only* large inmate communications provider in the U.S. that has not been sued for overcharging inmates and their friends and family on calling rates and fees, nor have there been any violations or fines by any state within the last three years. Furthermore, NCIC has had no contract terminated for any reason in the last five years and is not currently involved in any litigation and has no claims against the company.**



## 3.  PROJECT DETAILS

### 1.  System Requirements

a.  The system must use web-based software.  A one sign-on username/password for employees for all systems is preferred.

**NCIC RESPONSE:** READ, AGREE, AND WILL COMPLY.



NCIC's systems are fully centralized, web-based platforms created using the newest technology in web development tools. The systems are compatible with any internet-enabled computer and various web browsers including Microsoft Edge, Google Chrome (recommended), Safari and Firefox, and more. All functions of the systems are accessible 24/7/365 via any internet-enabled computer, tablet, or smart-phone, allowing authorized users access throughout the platform based on their level of access authorization. The systems provide multiple tiered security access levels based on the County's specific needs.

b.  The system must not require an on-site server to store recorded data.

**NCIC RESPONSE:** READ, AGREE, AND WILL COMPLY.

The proposed systems are fully centralized, web-based platforms with two geographically separate, redundant data storage centers. A tertiary level of backup is provided by Amazon services, which are designed to host the most sensitive data, and address the most stringent US government security and compliance requirements. All inmate telephone recordings are stored for the life of the contract (including any extensions) or longer if required and are available online for downloading at any time. Retention of call recordings are completely configurable, based on the needs of Saline County. The proposed system was the first inmate telephone service to use the Cloud to provide the utmost redundancy and security in call recording and call detail storage. Access to Amazon services is limited to vetted account holders that must be held by US citizens.

c.  The system must allow for restrictive permissions that limit individual or groups of inmates to access certain applications. The Sheriff's Office shall be able to set and adjust those restrictions.

**NCIC RESPONSE:** READ, AGREE, AND WILL COMPLY.

The proposed platforms are wholly centralized, with all core functions managed at company headquarters in Longview, Texas. Authorized users of the platforms can log in and use the systems from anywhere, on any device, with the appropriate login credentials (a secure Username and Password). The proposed platforms support multiple levels of password protected access, so all Authorized Users only have access based on their individual level of authority, and do not have access to the entire functionality of the systems. Please see the following sample User Setup screenshots with multiple user permission options.





d. The system must allow administrative and investigative reports regarding inmates activity on all systems, ie phones, visitation, mail, etc.

**XNCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

NCIC's proposed systems offer secure, web-based reporting; therefore, no special reporting tools are needed. The platforms provide a range of useful record detail and management reports based on inmate communication activities at an extremely granular level. Reports can be run on an as needed basis or configured and scheduled to run (and be delivered by email) at specified intervals. A common configuration is to have reports run at the beginning of each month, for the prior traffic month.

In addition to the wide range of "canned" reports that are available through the systems, NCIC will work with Saline County to customize any other reports as needed. Detailed managerial and investigative reports are available covering all items listed above, aspects of inmate communications, including Call/Visit Completion, Revenue, Per-Call/Visit charges, etc. Authorized Users (with the appropriate level of access) can easily pull raw Call/Visit Detail Records containing all required data for every attempted and completed call/visit within the proposed systems. NCIC's standard monthly commission report, and all reports, are fully customizable based on the requirements of Saline County. Shown below are just a few examples of the system's investigative reports available to the County.

## Three-Way Call Detail Report



## Seven Degrees of Separation Report

## Call Detail Report



## Video Visit Reporting



## Mail Views Reporting





## User Activity Reporting



## Inmate Message Log Reporting





## Inmate Report



e.  The communication software must not require any third-party software to be installed in order to operate the system.

**NCICRESPONSE: READ, AGREE, AND WILL COMPLY.**

Authorized Users are able to immediately play back a recorded call or monitor a call while it is in-progress. By use of our HTML5 built-in call player, our interface is accessible without need for downloading any special software or supplements onto the user's device. HTML5 has been the most reliable standard player available in the industry and is pre-loaded onto all new PC's, Macs, tablets, and smartphones.

f.  Any hardware used by the inmates must be hardwired using POE (power over ethernet) with no additional electrical needed.

**NCICRESPONSE: READ, AGREE, AND WILL COMPLY.**

The proposed equipment is Power over Ethernet (PoE), no additional power supply is required.

g.  The vendor will provide their own internet connection.

**NCICRESPONSE: READ, AGREE, AND WILL COMPLY.**

h.  The vendor shall provide a secure Wi-Fi network which will not conflict with any existing Wi-Fi networks within the building. This network will be provided at no cost to the county, and the vendor will guarantee that it will function properly in all housing areas throughout the jail.

**NCICRESPONSE: READ, AGREE, AND WILL COMPLY.**

NCIC will utilize our own independent, secure hard-wired and Wi-Fi networks and control

internet access. NCIC utilizes firewalls and Access Control Lists on all network hardware, preventing intrusion from all unauthorized outside networks.

i. Both the tablets and the user interface shall be available in English and Spanish. Other languages in addition to English and Spanish are preferred.

NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.

The proposed system provides prompts in both English and Spanish, and multiple other languages are available upon request. The standard English and Spanish language options, with regard to the prompts, are pre-recorded and the inmate selects the language at the beginning of each call by pressing a 1 or 2 on the keypad. The selected language plays to the inmate and called party.

j. It's preferred that the system also interface with Inmate Trust Accounts and inmate Commissary Accounts at no cost to Saline County.

NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.

The proposed system currently has multiple interfaces developed with major Inmate Trust and Commissary Accounts, allowing inmate information to be imported on a real-time basis and funds to be moved back and forth from the trust account to the inmate phone account, which provides commissary ordering. NCIC has vast experience in interfacing with third-party providers to ensure that information is seamlessly passed around disparate facility systems as needed, to ensure the smooth operations with facilities. All interface-related development will be completed at no cost to the County

k. Vendor must meet all FCC requirements and guidelines during installation and after on call rates, etc.

NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.

NCIC proudly operates with calling rate and fee structures which meet or exceed the requirements of the FCC and various State regulatory bodies. All equipment meets or exceeds applicable FCC licensing, rules, and certification regulations.

2. **Phones**

a. Description of inmate telephone system features, including additional features that may be of interest to Saline County.

NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.

NCIC's tamper-proof, non-coin telephones are manufactured specifically for the inmate market. Our coinless telephones feature reinforced, 14-gauge stainless steel housing, tamperproof design, armored cord tested to withstand a minimum 1000 pound pulling test and built-in volume controls. Models include unique suicide prevention designs that are hands-free. There are no exterior removable parts.



**EQUIPMENT SPECIFICATION SHEET / TELEPHONE DESCRIPTION**

The NCIC phone offers volume control and has a rubber seal to prevent moisture from entering through the back of the phone.  The phone offers an industry trend-setting 1000 lbs. pull strength on the handset cord.

NCIC has developed their own phone to include buttons that are 100% larger than standard inmate phones, allowing visually-impaired inmates to see the numbers and letters on the keypads.  Further, the phones are easier to use in low-light conditions, as the numbers and letters are over 100% larger than traditional phone keypads.

The NCIC phone employs a heavy-duty armored handset that is hearing-aid compatible, and has an anti-static receiver. The phone's housing is made of durable 14-gauge stainless steel which is ideal for a correctional environment – there are no exterior removable parts.

**G-TEL Enterprises JP3500**



- Constructed of durable 14-gauge stainless steel
- Large, stainless steel ADA keypad
- Adjustable volume button
- Large customizable instruction card area
- Tamper resistant locking system
- Built in mounting plate designed for fast, easy installation
- Mounting plate includes gasket which prevents moisture from entering phone
- Oversized line-wire entrance hole w/ moisture preventing gasket
- Handset cord retaining bracket is designed for fast, easy handset changes
- Stainless grommet provides added security for handset cord
- Adjustable handset cord lengths
- Armored cord is made to Bell Core standards and withstands minimum 1000 lb. pulling test
- Magnetic hook switch/handset
- Optional noise-canceling microphone available
- Ambient Temperature:
  -40°C ~ + 60°C
  -40 F ~ + 140 F
- Relative Humidity: ≤95% (at room temperature)
- Atmospheric Pressure: 80 ~ 110KPa
- Frequency Response: 250 ~ 3000 Hz
- Supply Voltage: 48 ~ 60V
- Feed Current: 25mA
- Call Transfer Index: SLR≤12 dB, RLR≤-1dB, STMR≥10dB
- Environmental Noise: ≤70dB
- Ringing level: ≥80dB
- Operates on C.O., analog lines or analog dial tone PABX/KSU stations
- Dimensions:11⅜" tall, 5¼" wide, 6 "deep (287.5×135×75mm)
- Weight: 8lbs, 3KG

STANDARD HANDSET CORD LENGTH IS 24", OPTIONAL CORD LENGTHS ARE 6", 8", 12", 18", 32", AND 52"

b. The phone system must be capable of handling collect, debit, and pre-paid calls.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

**The proposed system provides all operational features and system requirements applicable to all calls placed through the system, including local, long distance, interstate, and international calling. In addition, the platform processes collect, authorized free, pre-paid collect, pre-paid card, debit, and speed dial calls.**

c. The system shall not accept incoming calls.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

**The proposed system allows one-way, out-going service only, preventing any inmate telephone from receiving incoming calls.**

d. Provide a rate table for all types of calls. Identify the current minimum and maximum rates that would apply to your offered inmate telephone service including the percentage of commission paid.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

**Please reference the Proposed Rates, Fees, and Revenue Share, as well as the Analysis of Inmate Communications Provider Performance.**

e. List of available languages for communication with the users of the inmate telephone system. (English and Spanish required)

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

**The proposed system provides prompts in both English and Spanish, and multiple other languages are available upon request.**

f. Vendor shall provide free local calls designated by Saline County. These would include calls to the Public Defenders Office, local courts, and support agencies. Saline County will not be charged for attorney calls.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

**Free call configurations available within the proposed system are extremely granular and customizable, and can be based on individual inmate telephones, specific destination phone numbers, specific inmate PIN, and can further be controlled by time-of-day allowances. Free call allowances are based on the requirements / preferences of the County. All free calls (aside from authorized non-recorded) are recorded and stored in the system, as with charged calls.**

g. Phone system's compliance with all ADA (American Disabilities Act) requirements.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

**The NCIC inmate telephone employs a heavy-duty armored handset that is hearing-aid compatible and has an anti-static receiver. The phone's housing is made of durable 14-gauge stainless steel which is ideal for a correctional environment – there are no exterior removable parts and hardware is in full compliance with ADA requirements. Our proposed phones offer volume control and has a rubber seal to prevent moisture from entering through the back of the phone. NCIC has developed our own phone to include buttons that are 100% larger than standard inmate phones, allowing visually impaired inmates to see the numbers and letters on the keypads. Further, the phones are easier to use in low-light conditions, as the numbers and letters are over 100% larger than traditional phone keypads.**

h.  Phone system must clearly identify the caller as an inmate from the Saline County Jail.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

The proposed systems brand and identify each call with identifying information such as the facility name, type of call, inmate, Called Party, as well as an announcement stating the call may be monitored and recorded. Pre-recorded announcements, warnings and interjected messages can be configured to play randomly throughout phone calls, or at specified intervals. All such greetings and messages are customizable / configurable based on the specific requirements of Saline County.

i.  Location based calling similar to 3.C below.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

The proposed systems offer an optional, easy-to-use PIN feature that can be interfaced with most JMS/Booking systems via a simple XML interface. PIN codes can be turned on/off for the entire facility, a group of phones, or a specific phone/kiosk/tablet based on the needs of Saline County. For example: PINs can be turned on in general population but turned off in booking and juvenile. Authorized users can easily deactivate PINs via the software systems. The systems have the capability to provide collect, debit, pre-paid, pre-paid card, free and speed dial calling utilizing a secure PIN. The inmate utilizes the same PIN for all services and devices. The proposed PIN system allows for each inmate's communications to be "locked down" to each particular housing area, further reducing the likelihood of PIN theft / sharing.

The proposed systems provide for inmate records and associated details to be automatically loaded when interfaced with any JMS/Booking system via a simple XML interface (with other interface types available). Once the file is imported (default import frequency is 15 minutes, but can be more frequent if required), and upon the first call or login attempt, the system prompts the inmate to create and enter a secure PIN2 (commonly referred to as "Passcode,") to supplement their PIN. This eliminates the burden of manual entry by staff. As demonstrated by the following screenshot, each inmate needs to input their PIN and PIN2 in order to place calls or interact with kiosks/tablets.

The phone system also utilizes Voice Biometrics to identify the speaker on each phone call. When an inmate is booked, and beings placing phones calls, our system records the inmate's speech and generates a biometric voice print using his/her speech patterns. From then on, our system can identify the caller on any call regardless of whether the inmate on the call is using their own PIN or has been stolen/borrowed.





**3. Tablets**

   a. The vendor shall provide tablets for inmates at no cost to the county or the inmates.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

NCIC's proposed Inmate Tablets are multi-functional, secure, and able to be provided at no cost to the County (or to inmates). The proposed Inmate Tablets are able to deliver all of the same functions and applications that are available on the Inmate Kiosks, including inmate messaging, Video Visitation (if approved), access to Law Library, Grievances, Commissary Ordering, Inmate Messaging, and even access to the Inmate Telephone System for audio calling. Additionally, the Tablets also offer Inmates educational and rehabilitative programs, music, movies, games, etc. All applications available on  the multi-functional inmate kiosks are able to be securely delivered on the proposed Inmate Tablets supported by a locked down wireless infrastructure installed and maintained at

**NCIC's sole expense. Inmate calls are also able to be administered through the proposed Tablets and are always subject to the same monitoring / recording / restrictions as the traditional wall-mounted phones and searchable in the same ICE user interface. NCIC will provide Inmate Tablets and all associated equipment and infrastructure (including charge carts, wireless access points, etc.), at the quantities required by the County and at no cost.**

## NCIC Tablet Specifications

 

- o   CPU RK3368H, Cortex-A53 Octa Core 64 bit 1.5GHz
- o   RAM/ROM 2 GB / 32 GB
- o   Operating System Google Android 7.1.2 Nougat
- o   Display 8" LCD panel, 800 x 1280 pixels, 5-Point Capacitive Touch Screen
- o   Camera Front 5.0MP
- o   WLAN 802.11 a/b/g/n/ac 2.4GHz/5GHz
- o   Bluetooth 4.1
- o   RFID 860 - 960MHz NFC Supported
- o   FM Supported
- o   I/O Interface 3.5mm earphone jack, Power button, Volume +/-, DC Port, MicroUSB 2.0 x 1, High quality speaker 1W x 2
- o   Wireless Charging Supported
- o   5V/1.2A Battery 8000mAh Polymer Lithium-Ion battery DC
- o   Input: 100-240VAC, 50-60Hz;
- o   Output: USB 5V/2A DC Weight Unit (without packaging) 758.2g / 1.67lb
- o   Dimensions L(241.9) * W(147) * D(22.3) mm / L(9.52") * W(5.79") * D(0.88")
- o   Accessories Power Adapter, Wireless Charger (Optional)

b.   The vendor shall provide sufficient tablets to accommodate the demand of the inmate population in each housing unit from the effective date of the contract and throughout the life of the contract. Vendor shall have backup inventory available in the event there is an increase in demand or in case the original number of tablets was insufficient.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

**The proposed Inmate Tablet solution is completely flexible and configurable, based on the specific needs of Saline County. NCIC will provide the required tablet count (including**

associated components such as charge carts, earbuds, etc.) as well as additional equipment stored for inventory.

c.   The vendor shall provide each inmate a unique user name/log-in and password. This information should only allow an inmate to log in to a tablet in his/her own housing unit; i.e. an inmate in B Pod cannot use information from an inmate in C Pod to log onto a tablet.

NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.

The proposed tablet provides each inmate with a unique username, login, and password. Use of the Inmate PIN is implemented in the same manner for the tablet solution as for the VVS.

d.   The tablets will only be able to access authorized information and applications. They must not allow the inmates access to the internet.

NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.

The proposed Inmate Tablet solution operates on a dedicated Wi-Fi network that does not allow access to external networks, websites, or applications. The tablet's wireless solution has various components that can be either wired to an extended switched ethernet network or can be fully meshed with other existing access points. All tablets will be completely secure and encrypted prior to being deployed at Saline County to ensure that inmates cannot link out to any unwanted.

e.   The tablets must be free of any marketing and advertisements without the express written consent of the Sheriff's Office.

NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.

The tablets do not display or offer the opportunity to display marketing and advertisements. However, display alerts for notifications from our development teams on any upcoming updates or notices of issues that have been addressed and resolved (if allowed by facility administration).

f.   The vendor will provide the tablets in a tamper proof, corrections grade case.

NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.

The proposed tablet has a heavy-duty exterior which is specifically designed for a correctional environment, allowing it to withstand a shock and/or drop test onto concrete. NCIC has used similar grade materials to the kinds used in bullet resistant glass, windows in correctional facilities, military applications, etc. This case protects the tablet from tampering, general damage, and contraband storage. NCIC has only allowed access through this secure case to critical hardware buttons such as the power button, volume buttons, and home button.

g.   It would be preferred that tablet deployment system be placed in general housing units (Example: Dayrooms, etc.) with direct access to inmates with no officer assistance.  It would be preferred that this system prevent an inmate form taking more than one tablet from the deployment system.

NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.

The proposed tablet system can be installed in general housing units, Facility staff involvement is not required for the inmates to access the tablets. The tablets can be locked down to ensure that only one tablet is accessible by an individual inmate at all times.

h. The tablets must contain the following:

1. Video visitation, although a wall mounted kiosk will suffice as long the kiosk is in addition to the tablets.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

**The proposed tablets are capable of processing video visits to work just the same as video visitation through kiosks.**

2. Pre-loaded features that are free to the inmates. These features must include access to:
   - a law library
   - Scanned personal mail
   - Scanned legal mail
   - As well as access to jail forms (including but not limited to the inmate rule book, PREA-related forms, inmate request forms, grievances, and commissary order forms).

**NCIC RESPONSE: HAS READ, AGREE, AND WILL COMPLY WITH ALL ITEMS ABOVE.**

**The proposed tablets will allow inmates to have access to features such as law library, educational and rehabilitative programs, PREA forms, grievances, commissary, games, movies, e-books, inmate rules/handbooks, etc. at no cost. One of the main differentiators of the proposed inmate tablet solution, compared to other correctional tablets, is that the NCIC tablets are FREE for inmates to access and use. There is a plethora of free services and content available for inmates to browse, in addition to a few revenue-generating services, such as inmate messaging, phone calling (if enabled), etc. The approach differs from other correctional tablet providers, which is to design tablets that extract as much revenue from the inmate population as possible.**

**Law Library System**
**NCIC is proposing a complete, comprehensive Law Library solution at zero cost to the County (and of course, no cost to inmates). NCIC has researched Law Library providers that also offer robust resources for Federal inmates, and by partnering with Fastcase (https://www.fastcase.com/) for provision of legal resources for Saline County, ensuring inmates at the Facility will have optimal access to these resources. The application allows for inmates to research past legal cases, constitutions, statutes, regulations, etc. A few key points available to inmates:**

- **Citation Analysis** - **Identify the most authoritative cases in results, every time. Fastcase integrates citation analysis into search results, notifying how often each case in the list has been cited. Similar to Shepardizing or KeyCiting each case in search results, except results can be viewed automatically and integrated into search results. The most seminal case can be sorted to the top of the list, with one click. Only Fastcase offers this powerful tool.**

- **Smart and Fast Results** - **Fastcase's powerful sorting algorithms bring the best results to the top of the list every time – making research powerful, fast, and easy. Search results are listed in relevance order by default but can be re-sorted to adhere to the research and prioritize by importance. Sort in date order, highest court first, alphabetical order, or most cited cases at the top of the list. Fastcase's powerful sorting tools make it easier and faster to find cases, no matter the research performed.**



## Digital Mail Scanning System

NCIC is also pleased to offer our state-of-the-art Mail Scanning system which is a part of our overall InTouch Suite. NCIC was prompted to develop our industry-leading Mail Scanning system after several NCIC Facility customers came to us, looking for a solution to a dangerous problem. Incoming physical mail has traditionally been one of the primary methods used to introduce dangerous illicit drugs and other contraband into correctional facilities. By intercepting the incoming physical mail and converting it into digital format for secure delivery to inmates, NCIC's Mail Scanning application disrupts the flow of incoming contraband such as harmful drugs which are commonly soaked into paper, greeting cards, envelopes, and stamps. All scanned mail is performed on a real-time basis and is available to the inmate almost immediately.

**NCIC** INMATE COMMUNICATIONS

### Educational and Entertainment Suite

NCIC strongly believes in widespread accessibility of educational opportunities for incarcerated individuals. An impactful tablet program benefits from a free and continuous access, irrespective of inmate's ability to pay or socioeconomic status. Many tablet programs focus on a revenue generating model requiring inmates to "pay to play" by charging to access content and entertainment (such as movies, games, music, e-books, etc.) resulting in significantly lower engagement rates. NCIC has deliberately avoided this type of scenario, with our tablet offering.

Our Educational & Entertainment Suite helps students realize incarceration is their opportunity to find a path forward instead of a brief pause from outside struggles. These thoughtful courses were designed for detainees struggling with mental health issues, grief, anxieties, and addictions. The effort to offer these meaningful programs will curb recidivism by providing encouragement to detainees and their families.

The students' user IDs are integrated with our communications suite by simplifying and streamlining the login process, allowing the same logins for all features of our platforms.

Our Educational & Entertainment Suite blends over 20,000 classes and videos into key courses, such as:

- Parenting
- Anger Management
- Addiction Awareness and Control
- Management of Anxieties
- Substance Abuse
- Communications Skills
- Confidence Building
- Time Management
- Computer Skills
- Work Skills
- Religious Programming
- Language Programs
- Math Skills
- Reading Comprehension
- GED Prep
- Recharge for Reentry program to help detainees engage in meaningful communications with family, friends, and each other.







3. The ability to send and receive electronic messaging; i.e. text messages, email, or a similar form of electronic messaging.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

**The proposed system allows for inmates to send and receive electronic messages through our tablets and kiosk stations.**

4. The ability for the Sheriff's Office to send the inmates notices that they must view upon logging in. When required by the Sheriff's Office, the inmate must be able to acknowledge that they have seen the notice prior to being allowed to proceed with any other functions on the tablet.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

**The proposed multi-functional inmate tablet system is able to support a range of inmate services, including displaying special notices or other important documents. The proposed system can require the inmate review and acknowledge these notices/documents prior to their first use of the system, before proceeding (or upon every use of the system, if preferred by Saline County).**

i. It would be preferred that tablets are enabled with the ability to allow inmates to make phone calls through the inmate phone system.  All calls must be processed in the same way as if they originated from a standard wall phone.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

**Inmate calls can be administered through the proposed Tablets and are always subject to the same monitoring / recording / restrictions as the traditional wall-mounted phones and searchable in the same Inmate Call Engine user interface.**

j. The vendor will make earbuds available at wholesale cost to the Sheriff's Office that can be sold on commissary. The earbuds must be approved by the Sheriff's Office.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

**NCIC will also work with the County to provide compatibly, low-tensile earbuds for use with the Tablets.**

4. **Video Visitation**
   a. The proposed system must offer both local and remote video visitation capabilities.

   **NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

   **The proposed VVS allows the jail to eliminate or curtail face-to-face visits, helping reduce incoming contraband and issues associated with moving inmates about the facility. The proposed VVS is a web-based solution that can be accessed from anywhere the user has a reliable internet-connected device, using a secure login (username & password).**

   **The proposed VVS is completely configurable and customizable based on the needs and policies of Saline County. On the inmate side, the system has the ability to be configured such that the inmate ID number is consistent with that provided for the ITS, and any other inmate communication technologies available in the facility. On the visitor side, the system is customized such that visitors are required to register through the system using identification as required by the County.**

**The proposed Video Visitation System (VVS) equipment is rugged, correctional grade, with no exterior removable parts. All kiosks are manufactured and assembled in Longview, Texas at our Company Headquarters. Please see the proposed VVS equipment specification sheet.**

### EQUIPMENT SPECIFICATION SHEET / VIDEO VISITATION DESCRIPTION

The NCIC video visitation kiosk offers a state-of-the-art touch-screen input and is made of a rugged 16-gauge steel shell that contains small openings for cooling and ventilation – there are no exterior removable parts. The NCIC kiosk employs a heavy-duty armored swivel handset that is hearing aid compatible and has an anti-static receiver. The kiosks are designed to be wall mounted in its structure by being securely bolted.



In addition to wall mounted kiosks, NCIC also provides correctional agencies with a portable kiosk option that can be easily transported to provide video communication and a range of other inmate applications.

The interior of the proposed kiosks contains a powerful, encrypted CPU and monitor designed to be secure and ideal for a correctional environment.

**SPECIFICATIONS:**

- **Mini PC**
  CPU: Quad-core Cortex A17
  Ram: 2GB
  Storage: 32GB SSD
  Network: RJ45 10/100/1000 MBPS Auto

- **Display Monitor**
  15.6-inch Screen 1920x1080p
  10-point Multi-touch Screen
  Tempered shatterproof touch panels

- **Cameras**
  Front 5 Megapixel Auto Focus
  ELP-USBFHD06H-MF80 2mp USB Camera

- **Handsets**
  24-inch and 32-inch swivel handsets

- **Wall Mounted Video Visitation Kiosk**
  17-inches wide, 19-inches in height and 6-inches in depth
  Weight: 6.4lbs

- **Portable Kiosk**
  19-inches wide, 11 ½ inches in depth, 59-inches in height, with a 22-inch x 21-inch base plate

- **Environmental Specifications**
  Min. Operating Temperature: 32°F / 1.7°C
  Max. Operating Temperature: 90°F / 32.2°C
  Operating Relative Humidity: 8% to 90%



b.  There will be no charge to the inmate or the visitor for a local (on-site) visit. These kiosks will be located in the visitation area in the front lobby of the Sheriff's Office.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

**NCIC agrees to provide the required number of inmate and visitor kiosks for on-site visits at no charge. NCIC can provide video visitation stations in each pod or common area for inmates, as well as mobile units for segregation cells, eliminating the need to transport inmates for visitation, covering both onsite and remote video visitation. Inmate-side visitation phones are tamper-proof, as are the public-side visitation phones. A Video Visitation Kiosk installation is shown below:**



## Public-Side VVS Kiosk Installation



c.  All visits between inmates and their contacts must be able to be viewed in real-time, and they shall be recorded. The recordings must be stored and available for playback. The Sheriff's Office must also have the ability to shut these features off in order to accommodate privileged visits that require confidentiality.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

**All visit sessions are automatically recorded unless the visitor is flagged as a verified attorney visit (or as otherwise indicated by the facility). All stored visit recordings are available for the full term of the agreement and longer if so desired. Video storage is managed in the same fashion as phone recordings to ensure the integrity. All recordings shall be protected from being purged and shall be stored online. Certain recordings can be separated and stored beyond the usual storage time allocation, if needed. Visit sessions can be stored in a variety of file formats. Visit sessions and Visit Detail Records are always stored in at least three (3) geographically separate locations to ensure maximum system redundancy. The length of time that recordings are stored is based on the preferences of Saline County.**



**NCIC**
INMATE COMMUNICATIONS

d.  Sheriff's Office staff must be able to terminate any active video visitation session.

**NCICRESPONSE: READ, AGREE, AND WILL COMPLY.**

The proposed VVS allows for Authorized Users to terminate any in-progress video sessions easily, from within the web-based administrative portal.

e.  The proposed system must enable friends and family members to schedule both local and remote video visits via a web-based customer portal. This calendar must be visible to Sheriff's Office staff.

**NCICRESPONSE: READ, AGREE, AND WILL COMPLY.**

The proposed system provides a visitation calendar with the ability for County staff to add and remove visits to and from a visitation calendar. Within the system also exists the options to either have County staff manually manage visitation requests or to have the system automatically manage visitation requests based on configuration and criteria determined by the County. Once a visitation session is complete, any County staff with the appropriate permission levels will be able to view and download standard sessions along with the ability to utilize some investigative features such as associating investigative notes with selected sessions.





f.  The duration of visits as listed on the scheduling calendar must be customizable by Sheriff's Office staff; i.e. staff shall have the ability to determine whether visits will be 20 or 30 minutes, etc….

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

**Visit / session durations are customizable based on the specific requirements of Facility administration, and can be tailored to specific housing areas, inmate classifications, or down to the specific inmate PIN. Unlike certain other systems in the industry, the proposed system does not force the inmate and visitor to participate in the entire block of the session (and pay for the entire block). Visit sessions can be paid for on a <u>per-minute basis</u>.**



g.  The scheduling calendar will only display times that are available. Unavailable times will either be blocked out or hidden from view.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

Displayed in the scheduling system are available slots to the inmate and friends/family. The proposed VVS will only display availability times based on the allowances and preferences of Saline County – this can be customized based on specific housing area, classification of inmates, or down to the individual inmate PIN level.  Scheduling is available on the lobby kiosk or via our website. Web interface is compatible with all browsers in all devices, including Google Chrome, Internet Explorer, Apple Safari, and Firefox.

h.  The proposed system must allow the Sheriff's Office staff to manage an inmate's list of contacts and approve or deny communication access.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

Authorized Users can manage an inmate's list of contacts, send emails, and /or perform video visits. The system can be pre-configured to notify County staff of any new contact requests that require approval, upon logging into the system.

i.  If the vendor offers any other services as part of their video visitation package, those services should be listed on their proposal. The Sheriff's Office will take this into consideration when selecting a vendor.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

The proposed VVS / Kiosk application includes an industry-leading Grievance request module which allows for an appeal / escalation feature, as well as date/time stamping of all communications so that timeliness of responses can be tracked, for compliance purposes. The implementation of an electronic grievance system, including all expected escalation capabilities, and replacing paper-based processes, reduces Facility liability related to inmate complaints about grievances not being responded to / addressed in a timely manner.



**5. Electronic Messaging/E-Mail/Texting**

   a. The proposed system must allow for inmates to trade secure messages via some form of electronic messaging/e-mails/texting or similar technology.

      **NCIC RESPONSE:** READ, AGREE, AND WILL COMPLY.

      **NCIC provides a secure, integrated Inmate Messaging application which can be provided through the Inmate Kiosks or a secure handheld device. Inmates will have the ability to send text messages and emojis. In addition, inmates will be able to receive photo attachments after being approved by Facility staff. All message history is stored in the system and can be audited by authorized users. Users will have the ability to filter through messages by specific inmate, visitor, custom date ranges, text/photo only findings, and keyword searching.**

   b. All messages sent by inmates and their contacts must be stored and recorded. Sheriff's Office staff must have the ability to read current and past conversations between inmates and their contact(s).

      **NCIC RESPONSE:** READ, AGREE, AND WILL COMPLY.

      **All message history is stored in the system and can be audited by authorized users. Users will have the ability to filter through messages by specific inmate, visitor, custom date ranges, text/photo only findings, and keyword searching.**

   c. Sheriff's Office staff shall have the ability to block any contact from sending or receiving messages.

      **NCIC RESPONSE:** READ, AGREE, AND WILL COMPLY.

      **The proposed system is capable of restricting inmates from sending or receiving text messages through the system. These restrictions can be put in place as a temporary or permanent hold. Related features are also available, such as the ability to place other types of restrictions, such as character limitations or restrictions on attachments, based on specific inmate or visitor profile.**

      **Inmate messages are subject to a range of security features, including:**

      ✓ **Ability to automatically detect certain keywords within messages that would have previously been marked as "Banned Expressions". The proposed system offers a standard dictionary of common keywords and offers the ability to supplement that standard dictionary with local slang and colloquialisms.**

      ✓ **Ability to quarantine messages based on whether keywords are detected or contain attachments, etc. Quarantining the messages would delay delivery until facility review. Quarantining can be done based on inmate or outside party, particular kiosk being used, etc.**

      ✓ **Ability to limit the number of characters / lengths of the messages. This can be done based on specific inmate, visitor, particular kiosk being used, etc.**

      ✓ **Ability to run warrant checks based on outside parties signing up for the messaging.**

      ✓ **Ability to send an email or text alert to designated investigators when certain messaging occurrences happen.**

Shown below are screenshots depicting the proposed Inmate Messaging application.



d.  The proposed system must allow the contact to send a picture, either as its own message or as an attachment. Please explain what, if any, security tools are used to mitigate explicit content.

**NCICRESPONSE: READ, AGREE, AND WILL COMPLY.**

The proposed system allows inmates to receive photo attachments after being approved by Facility staff. All message history is stored in the system and can be audited by authorized

users. Users will have the ability to filter through messages by specific inmate, visitor, custom date ranges, text/photo only findings, and keyword searching. The proposed system contains a "Quarantined Messages" tab which automatically quarantines photo attachments and video messages that are sent by an inmate or pre-approved contact, if enabled by the Facility. Authorized users will have the ability to view the message and either approve, reject, add notes to, or assign the quarantined message to another user in the Facility. This ensures that all photos/video messages are properly screened and approved, prior to it being delivered to the receiving party.

Quarantined Messages Screenshot



## 6. Digital Forms Requirements

a. The proposed system must allow the inmates to securely submit any form/request electronically. These forms/requests will be available to the inmates at no cost.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

NCIC can offer Saline County staff and inmates with a robust communications tool using forms/grievances/request filing, provided directly through the proposed InTouch Suite. This feature is considered standard and comes at no cost to either inmates or the Facility.

b. The proposed system must allow Sheriff's Office staff to create and/or customize the inmate request forms.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

The proposed Grievance request module (which NCIC refers to as our "Ticketing" system) allows for customized creation of Ticket Types based on the preference of each facility, as well as date/time stamping of all communications so that timeliness of responses can be tracked, for compliance purposes. These requests can be managed and responded to by Facility personnel and can also be re-assigned to appropriate Facility staff, if needed. The implementation of an electronic Ticketing system, including all expected escalation capabilities, and replacing paper-based processes, reduces Facility liability related to inmate complaints about grievances not being responded to / addressed in a timely manner.



c. The proposed system must allow Sheriff's Office staff to create notification groups of users to receive certain forms.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

**The proposed ticketing system allows for each "Ticket Type" to deliver incoming requests to the appropriate facility personnel, based on their individual roles. This streamlines the delivery of Tickets to facility staff in such a manner that they only interact with those Tickets that pertain to their duties. Should an inmate inadvertently submit a Ticket as the wrong "Ticket Type," the recipient of the Ticket can easily re-classify that ticket such that it reaches the correct recipient.**

**In addition to "Inmate Tickets," the proposed system also includes "Admin Tickets" which brings similar functionality but is designed for facility personnel to initiate the communication to inmates (rather than inmates initiating it). Admin Tickets are simply a "staff to detainee" communications tool, to help further eliminate paper-based processes and allow staff to interact with inmates without needing to visit the inmate housing areas.**

**NCIC**
INMATE COMMUNICATIONS

d.  The proposed system must allow Sheriff's Office staff to download and print any submitted form.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

All grievance forms are exportable directly through the system allowing for downloading and printing.

e.  The proposed system must allow Sheriff's Office staff to electronically send a response to the inmate.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

The proposed InTouch application allows Facility staff to submit electronic messages and responses to either all specific inmates or groups of inmates. Messages to specific inmates can be securely delivered using the Admin Tickets function, and messages to groups of inmates, or the entire population, can be disseminated using the Broadcast functionality.

f.  The proposed system must allow Sheriff's Office staff to restrict the quantity of forms an inmate can submit.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

The number of forms/grievances an inmate can submit is customizable to meet the needs of Saline County, in order to prevent excessive or abusive use of the system.

7. **Mail Service**

a.  The proposed system must be able to scan incoming inmate personal and legal mail which will then be digitally accessible to each inmate.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

Saline County will be provided with a state-of-the-art scanner that will be linked to the proposed Mail Scanning system. With this equipment in place, facility staff will be able to scan all received mail and assign it to the appropriate inmate by searching this system either by inmate name or PIN. Once scanned and assigned, the mail will immediately and securely be available for the inmate to view, from the kiosks and / or tablets, unless there are any restrictions in place for specific mail flagging.

b.  The preferred method of scanning of personal inmate mail will be off site by vendor and will not involve Sheriff's Office staff.  Equipment will be provided to scan legal mail on site.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

NCIC is pleased to offer our state-of-the-art Mail Scanning system which is part of our overall InTouch Suite. NCIC was prompted to develop our industry-leading Mail Scanning system after several NCIC facility customers came to us, looking for a solution to a dangerous problem. Incoming physical mail has traditionally been one of the primary methods used to introduce dangerous illicit drugs and other contraband into correctional facilities. By intercepting the incoming physical mail and converting it into digital format for secure delivery to inmates, NCIC's Mail Scanning application disrupts the flow of incoming contraband such as harmful drugs which are commonly soaked into paper, greeting cards, envelopes, and stamps. All scanned mail is performed on a real-time basis and is available to the inmate almost immediately.

InTouch Mail Scanning significantly reduces the workload faced by Facility personnel, because under the typical deployment, all physical mail intended for the Facility is re-routed to a secure off-site mail processing center (located at our company headquarters in Longview,

Texas) designed specifically for the purpose of receiving, sorting, scanning, and managing large volumes of physical mail destined for correctional facilities. Deployment of the InTouch Mail Scanning system involves instructing friends and families of inmates to send all mail to a particular P.O. Box for delivery to NCIC, rather than to the Jail facility. NCIC helps with this process by providing informational flyers and posters for display throughout the facility, as well as posting the information on the Sheriff's or Jail's website.



Upon arrival at NCIC's secure mail processing center, our highly trained personnel sort mail by Correctional Facility and carefully scan all qualifying mail for electronic delivery to the intended inmate's secure message center using the unique identifier for each inmate (e.g., SO number, Jacket number, Booking number, etc.), accessible by the NCIC Inmate Tablets and Kiosks inside each housing area within the Facility. The front of the envelope is scanned in along with the contents of the envelope (letter, postcard, etc.), so inmates can see all aspects of their mail (and for investigative benefit). Upon logging into the Inmate Tablet or Kiosk with their unique PIN and PIN2, inmates will be notified in their "Message Center" of any messages awaiting them, including scanned mail. Not to mention, digital delivery is more environmentally friendly than traditional mail delivery.

NCIC's InTouch Mail Scanning application benefits all involved parties - improving the communications experience for inmates and their friends and families, increasing safety within correctional facilities while decreasing the workload for Facility personnel and streamlining facility operations by reducing paper-based processes.





c.  The vendor will provide the Sheriff's Office with professional support regarding the recommended equipment specifications and initial set up, along with advanced training as to how to utilize the system.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

**NCIC will provide all professional support, advanced training, and any additional details required to utilize the system.**

d.  The Sheriff's Office staff shall have the ability to access, view, and print any mail that has been scanned in for an inmate.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

**All scanned mail will be logged and stored in the system allowing staff members to access, view, and print these files.**

**8.  Other Services**

a.  The vendor will list and describe any other services they offer. The Sheriff's Office will take these services into account when selecting a vendor.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

**In addition to the features and functionality already discussed, NCIC offers the following value-adding and powerful tools to Saline County. Should the County be interested in leveraging any of these technologies, NCIC is open to discussing providing them at a possible commission adjustment (for the more expensive options).**

**Lobby Kiosks**

NCIC provides a kiosk for placement in jail lobbies to streamline the deposit process and cut down on the need for Facility staff to process checks and minimize cash handling. Kiosks allows family members to deposit money directly into just their inmate phone accounts (or into the commissary account, allowing the inmate to spend the money on items other than phone time, if ever required by Saline County). The proposed lobby kiosks are touchscreen, fully integrated with existing Facility systems, provide complete back-end reconciliation and reporting features, and provide a receipt to each depositor. Reporting capabilities include the option to configure alerts based on depositor, funding amounts/frequencies, funding recipients, etc.



**Message Broadcasting to Inmates:**

The County will have the option to send Broadcast messages to the entire inmate population, groups of inmates or individual inmates regarding facility news or notifications, eliminating the workload of posting signage in each pod or dormitory. The system timestamps when the inmate listened to the message and how many times that inmate listened to the message. The recorded message will remain in our system for the duration of the Agreement and beyond, if necessary, allowing staff to review the recordings at any time in the future. Broadcast messages can be sent using the traditional wall-mounted phones or the proposed multi-functional inmate kiosks.

**Video Arraignment**

Offered in conjunction with investigator-to-detainee video communications eliminates / decreases the need to transport inmates to court for arraignment, court visits, attorney visits and other privileged communications.



**Court-Alert:**

Many issues face our corrections industry today with compliance of inmates and defendants. A prominent issue of the probationary sector is the increasing trend of defendant's failure to appear for court when released on their own recognizance. Tehama County, CA first made us aware of this issue, reporting as many as 80% of their defendants are not showing up for court. NCIC is successfully notifying over 700 defendants thru a link with Tehama County's Court Management system.

Our Court-Alert notification system is intuitive, straight-forward, and easy to use. Once the County personnel enters the defendant's name, cell phone number, email address, court date and time an automated reminder of an up-coming court appearance is immediately sent out via text, voice message and email from our VoIP servers. This messaging service will extend for the life of the court case, in some instances is over a year.

The defendant's failure to appear for court dates creates back logs for the courts and jails. Our goal with Court-Alert notification service is to assist the County by saving time and money, thereby reducing the number of bench warrants and other court costs. Please see the following sample screenshots/notifications of the Court-Alert technology.









## Cell-Phone Detection Technology

NCIC has partnered with several industry technology leaders to source the most effective and reliable cellphone detection solutions available. NCIC's menu of cellphone & contraband detection options include handheld devices, portable towers, managed access systems (MAS), and data analytics solutions designed to pinpoint the presence of contraband cellphones. NCIC will provide Saline County with whichever solution best fits the requirements of the County. Should the County be interested, NCIC is also capable in providing the County with tower units. These units can either be stationary or portable and detects cell phones even when powered off. The unit provides versatility, adding new search capabilities and deployment options. Some examples, include:

- **Traditional Ingress/egress screening areas with traditional walk through metal detectors can be enhanced by utilizing the tower as a secondary screening layer.**
- **Laundry, goods, mail, packages, and other objects are screened with these units in the mailroom, sally port, or offices since they are portable and can be taken to where it is needed (e.g., laundry area / mailroom).**
- **These units can be deployed in the housing unit and other areas such as medical or visitation.  Inmates entering, moving or leaving an area can be screened anywhere at any time using the unit.**
- **Inmate property can be easily screened by having it move by the unit. The material being screened can be carried by the inmate, thrown by (e.g., laundry bag) or even slid underneath in the case of a mattress or property bin.  (See Figure below)**



b.  Examples of optional services include but are not limited to a Television Broadcasting System, Content Broadcasting System, Educational Software, Life Skills Programs, or other Streaming Services such as movies, music, games, books, etc…

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

NCIC is capable of providing an HD TV that can be configured to broadcast any information deemed necessary by the County such as approved entertainment content, Jail Rules, Visitation information, necessary facility announcements, etc. In addition, the proposed HD TVs can also provide a video monitoring station which can be installed in a central control/visitation monitoring area. The HD TV is hooked up to a computer as an additional computer monitor where staff can leave the Live Monitoring section of the system open indefinitely allowing staff to monitor the video visits at all times.

NCIC strongly believes in widespread accessibility of educational opportunities for those who are incarcerated. Because of this, we believe a truly impactful tablet program requires free and continuous access, irrespective of inmate's ability to pay or socioeconomic status. There are many tablet programs that focus on a revenue generating model, requiring inmates to "pay to play." These programs that charge inmates to access content and entertainment (such as movies, games, music, e-books, etc.) often see significantly lower engagement rates. NCIC has deliberately avoided this type of scenario, with our tablet offering. NCIC's proposed tablet solution includes thousands of entertainment and educational offerings, which can be tailored to the specific needs of Saline County.

c.  If there is a fee for the service, it must be clearly identified. It must also be made clear who will be responsible for this fee; whether it is the inmate, their contact, or the Sheriff's Office.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

NCIC is uniquely positioned to offer any or all of the above-listed technologies at no cost (or commission deduction) to Saline County.

9.  **System Maintenance**
   a.  The vendor shall be responsible for maintaining the system and ensuring its functionality. The vendor will describe its policies and procedures regarding service outages, damages, and system maintenance. Estimated response times and hours of technical assistance should be included.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

The proposed system and all on-site equipment are remotely monitored 24x7x365 using our

self-diagnosing and reporting Orion Network Performance Monitoring (NPM) system from SolarWinds. The routers contain self-diagnostics software capable of automatically rebooting the units if required. The Orion NPM software provides automated alerts to the Network Operations Center whenever connectivity is lost. Adtran units can be rebooted manually and logged into remotely, configured and updated as required. Whenever the SolarWinds Orion NPM detects an anomaly an alert and a trouble ticket are created in our Network Operations Center (NOC) in Longview.

The NOC operates 24x7x365 and is available to support all level of support requests. In addition, the NOC provides systematic monitoring such as on the VoIP gateway devices to proactively detect bandwidth interruptions or outages. For interruptions of more than 5 minutes during phone availability times, a call will be prompted to our bandwidth provider for resolution of the fault. This approach minimizes support issues from being noticed and reported by our clients in the first place.

The NOC systematically, remotely monitors the system to proactively identify potential disruptions and to minimize any noticeable support issues from occurring. In addition, the NOC can provide remote service and maintenance to address service requests. Over ninety percent of service requests are resolved remotely.

FEATURES
- Quickly detects, diagnoses, and resolves network performance issues
- View performance, traffic and configuration details of devises and applications that are on premises, in the cloud, or across hybrid environments
- Respond to multiple condition checks, correlated events, network topology and device dependencies
- Automatically discover and map devices, performance metrics, link utilization and wireless coverage
- Automated capacity forecasting, alerting, and reporting
- Real-time network performance metrics with interactive charts and graphs
- Monitors, alerts, and reports on key device metrics (ex. Temperature, fan speed, power supply)

Please refer to the following screenshot of our Orion Network Performance Monitoring capabilities.



## ORION NETWORK PERFORMANCE MONITORING
## SAMPLE SCREENSHOTS




All service issues are reported to NCIC via call or e-mail (support@ncic.com). An assessment will be made to determine if the issue is hardware or software related. If it is hardware related, NCIC will dispatch a technician immediately. If it is a software issue, a service ticket will be created and sent to support where it is assigned a ticket number and tracked until the issue is resolved in a timely manner. NCIC personnel are fully engaged and work with our customer to give them updates until the service ticket is resolved. This occurs on a 24x7x365 basis.

Authorized personnel can submit repair requests directly through the proposed system's trouble ticket system, or just as easily by phone or email, if preferred. The Authorized User submitting the trouble ticket is immediately sent an email confirmation. Any updates or changes to the ticket status are emailed to the authorized administrator. These tickets are reviewed hourly by our staff for status. Once a request is received, the assigned technician is notified and responds by first contacting the customer to acknowledge receipt of the request, gather additional information required and begin the process to resolve the issue.

During the Service Request, the Technician provides ticket updates to ensure timely communication is shared with the County. Upon resolution, the Technician conducts on-site testing, notifies the on-site customer contact, and provides ticket documentation for trouble resolution and closure. See the Priority Levels Response Response/Repair Times that follows, which NCIC will be glad to include in our Agreement.

Additionally, NCIC proposes a regular Preventative Maintenance ("PM") visit (based on approval/schedule of the Facility) which is geared towards ensuring that all inmate phones and related equipment are functional and operating at full capacity. Every inmate telephone station will be checked during the scheduled PM. After each Facility visit, the service technician will submit (both to Facility staff and NCIC headquarters) a detailed Repair Log, showing all work completed, any pending work to be completed, etc. Please reference the Sample PM Repair Form below.

### Sample Preventative Maintenance Phone Repair Form

| XYZ JAIL EQUIPMENT REPAIR FORM | | | | | | | |
|---|---|---|---|---|---|---|---|
| Date Reported | Device Type | Device Location / Name | Problem Reported | Work Performed | Date Fixed | Reported By | Ticket # |
| Wednesday, May 1, 2019 | Phone | Unit B - Phone 17 | Static on phone calls | Replaced handset and tested the phone | Thursday, May 2, 2019 | Jailer Carl Mendez | 658794 |
| Wednesday, May 1, 2019 | Phone | Unit D - Phone 25 | Cannot process calls | Replaced entire phone unit and tested the phone | Thursday, May 2, 2019 | Jailer Carl Mendez | 658794 |
| Wednesday, May 1, 2019 | Kiosk | Lobby Area | Reciever isn't accepting cash | Replaced reciever | Thursday, May 2, 2019 | Jailer Carl Mendez | 658794 |
| Wednesday, May 1, 2019 | Video Unit | Visitation Area - Unit A | Faulty Camera | Replaced camera and tested a session | Thursday, May 2, 2019 | Jailer Carl Mendez | 658794 |
| Wednesday, May 1, 2019 | Video Unit | Visitation Area - Unit F | Loose Handset | Tightened and secured internal screws | Thursday, May 2, 2019 | Jailer Carl Mendez | 658794 |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

The primary technician is accountable for becoming quickly familiar with the facility's infrastructure, layout, daily contacts, and general protocol for entry and work in the facility (e.g., procedures for bringing in tools, getting gate passes, coordinating escort coverage). Our approach enables our field force to be nimble in moving through our customers' clearance protocols so that problems are addressed promptly. Technicians work with designated facility personnel to keep the systems running at maximum efficiency, meet the telephone needs of the inmate population and eliminate operational problems and/or security hazards as quickly as possible after they are identified. In summary, technicians are available 24x7x365 and work in a close team environment so they back-up each other on after-hour coverage. NCIC responds promptly to all service outages and maintenance requirements.

| Service Priority Levels | | | |
|---|---|---|---|
| Service Level | Description | Response Time | Resolution Time |
| High | Report of 50% or greater of equipment is not operational. Any occasion when NCIC's admin portal cannot be accessed by the County. | 1 hour | 4 hours |
| Medium | Report of 25% or greater of equipment is not operational. Any occasion when recording or live monitoring utilities are non-operational or malfunctioning. | 2 hours | 10 hours |
| Low | <25% of equipment is not operational. Static or other noise heard while conducting a telephone call. Administrative function not working in NCIC's admin portal. | 4 hours | 24 hours |

**NCIC** INMATE COMMUNICATIONS

b. The vendor is responsible to offer any updates in software, equipment, and programming.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

NCIC provides the County with all upgrades to the proposed systems free of charge for the life of the contract and any contract renewals/extensions. This ensures the County has the latest and most advanced system available. NCIC releases new updates periodically, with updates, improvements and enhances occurring on a quarterly basis at a minimum. These updates contain new features, improvements, system enhancements and hardware updates.

**10. Customer Service**

a. The vendor shall provide customer service via a toll-free phone number to cover end- user inquiries regarding technical problems as well as account or billing issues. At a minimum, customer service shall be available to end users between 8:00 am and 5:00 pm from Monday through Friday, excluding holidays. An on-line customer service option in addition to the toll-free number is also preferred.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

NCIC's Customer Support is completely maintained "in-house," with no aspect of service or support being "farmed out" to subcontractors or moved offshore. Facility staff have a variety of ways to quickly contact NCIC support staff. The toll-free phone number (888-686-3699) will provide immediate, direct access to a LIVE account representative, so any concerns can be quickly addressed. NCIC provides our toll-free customer service phone number as the caller ID on all inmate calls. This makes it easier for the called party to contact NCIC's Customer Support to set up / manage their account or ask questions about the service. Additionally, Facility staff can send an email directly to our support crew via the following email address: support@ncic.com. All inquries received will receive immediate notification of receipt, and resolution will follow shortly thereafter.

**11. Ownership**

a. All recordings, documentation, reports, data, forms, etc… are the property of the Saline County Sheriff's Office. They shall be provided to the Sheriff's Office by the vendor on a secure storage medium in a usable, searchable electronic format at no cost to the county at the termination of the contract.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

Call recordings are securely encrypted with the appropriate, unique checksum value, date and time stamped, and stored along with the call data associated with that specific call. Each and every time a call recording is listened to, downloaded, copied, or emailed, this information and a timestamp of the event is appended to the call record – but the original recording is never compromised.

The proposed system utilizes the innovative Briefcase feature for the collection, organization and sharing of call recordings. The powerful Call History tab provides the search, reporting and sorting requirements to easily find CDRs based on selected criteria. Authorized Users can easily add recordings to the Briefcase and manage downloads for saving in .zip files, ISO files, .wav formats and .mp3 formats for listening on all internet-connected devices such as PC's, laptops, tablets, and smartphones. The Authorized User can also burn files to a CD, DVD or ZIP folder. Windows XP or newer has the built-in ability to burn disks.

The Briefcase function allows for an unlimited number of designated recording folders that can be shared with other investigators or users. Investigators can easily and quickly access calls to view, listen, share, download, etc. The Briefcase tab allows an investigator to choose other users within their agency or outside agencies by clicking on "Share" to view the user list, select user, click "Add," and click "Share" again. Authorized Users are appropriately notified that calls have been shared. Please see the screenshots below depicting investigate Briefcase functionality.





b. The aforementioned data will be easily available to the Sheriff's Office at no cost for a period of five years after the termination of the contract.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

All recordings, including all attempted and completed sessions, shall be protected from being purged and shall be stored online for the life of the contract and available up to five (5) years following the expiration or termination of the contract. All recordings can be downloaded to an external hard drive for access. NCIC ensures recordings will remain accessible to the agency beyond any expiration of the Agreement. Recordings and data are never "purged" or otherwise misplaced.

**12. Money and Accounts**

a. The vendor shall explain how inmates and their contacts will pay for any of the aforementioned services. All fees must be clearly outlined so all costs to the inmate and their contacts will be transparent. Fees must be reasonably related to the cost of providing the service and take into account the ability of the inmate population to reasonably afford them. As such, fees should primarily be linked to optional services and not to core functions. Any increase in fees to inmates or their contacts during the term of the contract will be subject to review by the Sheriff's Office.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

The proposed system is capable of providing all operational features and system requirements applicable to all sessions placed through the systems, including local, long distance, interstate, and international. The platform is capable of processing collect, and pre-paid.

The pre-paid/inmate debit application is offered as a part of the proposed system. NCIC provides end-users with a variety of options by which to make pre-payments for their communication needs. NCIC offers a user-friendly website that allows friends and family members to deposit funds onto an inmate's account or establish a Secure Collect account which allows the inmates to only call certain numbers designated by the friend / family member.



b. The vendor will pay the Saline County Sheriff's Office their commission, if any, monthly. The vendor will also provide the Sheriff's Office with a monthly financial report. This report shall include total revenue by category of purchases as well as the county's share of the revenue. The Sheriff's Office reserves the right to audit and verify the vendor's records. The County also reserves the right to waive its share of revenue in return for reduced costs to inmates or their contacts and/or as credit towards additional equipment or services for inmate programs.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

The proposed system maintains a record of all system revenues, information that is passed on to the County in the form of monthly commission reports. Call and revenue reporting are available on a secure web-based report site allowing the County to view revenues on a real-time basis. NCIC does not charge for customized reports. A Commission Summary similar to the one shown on the following page will accompany each monthly commission check to provide details regarding the month's calling activity.



## Revenue & Commission Summary Report



**XYZ COUNTY, FLORIDA**
**NCIC COMMISSION SUMMARY - 03/01/2020 - 03/31/2020**
**Account:** 12345
**Report Date:** 04/17/20 02:56:17pm

| ANI | Location | Calls | Duration | Total Charges | Net Charges | Gross Commission | Net Payment |
|---|---|---|---|---|---|---|---|
| 8509370001 | Phone 1 | 1,593 | 8,009 | $1,561.40 | $1,561.40 | $858.77 | $858.77 |
| 8509370002 | Phone 2 | 1,272 | 6,278 | $1,155.60 | $1,155.60 | $635.58 | $635.58 |
| 8509370003 | Phone 3 | 1,435 | 7,175 | $1,339.40 | $1,339.40 | $736.67 | $736.67 |
| 8509370004 | Phone 4 | 1,054 | 5,265 | $978.80 | $978.80 | $538.34 | $538.34 |
| 8509370005 | Phone 5 | 1,188 | 5,991 | $1,120.80 | $1,120.80 | $616.44 | $616.44 |
| 8509370006 | Phone 6 | 1,540 | 7,044 | $1,287.00 | $1,287.00 | $707.85 | $707.85 |
| 8509370007 | Phone 7 | 1,143 | 5,204 | $946.00 | $946.00 | $520.30 | $520.30 |
| 8509370008 | Phone 8 | 1,561 | 8,582 | $1,627.60 | $1,627.60 | $895.18 | $895.18 |
| 8509370009 | Phone 9 | 4 | 30 | $6.00 | $6.00 | $3.30 | $3.30 |
| 8509370013 | Phone 13 | 246 | 981 | $183.60 | $183.60 | $100.98 | $100.98 |
| 8509370014 | Phone 14 | 418 | 2,260 | $426.20 | $426.20 | $234.41 | $234.41 |
| 8509370015 | Phone 15 | 47 | 260 | $43.60 | $43.60 | $23.98 | $23.98 |
| 8509370018 | Phone 18 | 605 | 2,304 | $414.20 | $414.20 | $227.81 | $227.81 |
| 8509370019 | Phone 19 | 884 | 4,362 | $818.60 | $818.60 | $450.23 | $450.23 |
| 8509370020 | Phone 20 | 343 | 1,551 | $274.20 | $274.20 | $150.81 | $150.81 |
| | **TOTALS:** | **13,333** | **65,296** | **$12,183.00** | **$12,183.00** | **$6,700.65** | **$6,700.65** |

**INMATE TELEPHONES - SUMMARY:**

| Call Type | Bill Type | Calls | Duration | Total Charges | Gross Commission | Net Payment |
|---|---|---|---|---|---|---|
| Interstate | Prepaid Collect | 843 | 5594 | $1,118.80 | $615.34 | $615.34 |
| Interstate | Free Calls | 942 | 1,081 | $0.00 | $0.00 | $0.00 |
| Interstate | Inmate Debit | 840 | 5,314 | $1,062.80 | $584.54 | $584.54 |
| Interstate | Prepaid Voicemail | 6 | 6 | $9.00 | $4.95 | $4.95 |
| | **SubTotals:** | **2,631** | **11,995** | **$2,190.60** | **$1,204.83** | **$1,204.83** |
| IntraLATA | Prepaid Collect | 252 | 1375 | $275.00 | $151.25 | $151.25 |
| IntraLATA | Free Calls | 182 | 249 | $0.00 | $0.00 | $0.00 |
| IntraLATA | Inmate Debit | 246 | 1,437 | $287.40 | $158.07 | $158.07 |
| IntraLATA | Prepaid Voicemail | 38 | 38 | $57.00 | $31.35 | $31.35 |
| | **SubTotals:** | **718** | **3,099** | **$619.40** | **$340.67** | **$340.67** |
| IntraState | Prepaid Collect | 125 | 623 | $124.60 | $68.53 | $68.53 |
| IntraState | Free Calls | 118 | 170 | $0.00 | $0.00 | $0.00 |
| IntraState | Inmate Debit | 110 | 630 | $126.00 | $69.30 | $69.30 |
| | **SubTotals:** | **353** | **1,423** | **$250.60** | **$137.83** | **$137.83** |
| Local | Prepaid Collect | 2391 | 17902 | $3,580.40 | $1,969.22 | $1,969.22 |
| Local | Free Calls | 2,747 | 3,136 | $0.00 | $0.00 | $0.00 |
| Local | Inmate Debit | 4,493 | 27,710 | $5,542.00 | $3,048.10 | $3,048.10 |
| | **SubTotals:** | **9,631** | **48,748** | **$9,122.40** | **$5,017.32** | **$5,017.32** |
| | **TOTALS:** | **13,333** | **65,265** | **$12,183.00** | **$6,700.65** | **$6,700.65** |

**VIDEO VISITATION - SUMMARY:**

| Visitation Type | Sessions | Minutes | Revenue | Commission % | Gross Commission | Net Payment |
|---|---|---|---|---|---|---|
| **On-Site Video Visitation** | 1,422 | 27,958 | $0.00 | 0% | $0.00 | $0.00 |
| **Remote Video Visitation** | 2,987 | 19,874 | $7,552.12 | 20% | $1,510.42 | $1,510.42 |

**INMATE TABLETS - SUMMARY:**

| Usage Type | Units | Minutes | Revenue | Commission % | Gross Commission | Net Payment |
|---|---|---|---|---|---|---|
| **Free Applications** | N/A | 48,000 | $0.00 | 0% | $0.00 | $0.00 |
| **Inmate Messaging** | 3,697 | N/A | $924.25 | 25% | $231.06 | $231.06 |

## 4.   IMPLEMENTATION

### 1.   Risk of Loss

The risk of loss and/or damage of the vendor's equipment will be fully assumed by the vendor during shipment, unloading, and installation.

**RESPONSE: READ, AGREE, AND WILL COMPLY.**

**At no time will NCIC hold Saline County responsible for any loss or damage of equipment during shipment, unloading or installation.**

### 2.   Delivery, Unloading, and Installation

The vendor must provide transportation to and unloading of all equipment at the Saline County Jail. Saline County will not be responsible for any charges related to packaging, delivery, or storage of equipment or materials required for proper implementation of the required services. All packing crates, boxes, paper, packing materials, and all other such extraneous material shall be removed from the premises by the vendor at the vendor's expense.

The vendor shall be completely responsible for all equipment and services, including those of any sub-contractors they choose to use. Installation of the system shall be at the awarded vendor's expense, as will removal of same upon cancellation or completion of the contract.

**RESPONSE: READ, AGREE, AND WILL COMPLY.**

**NCIC will ensure the installation process is professional and concise, with zero system downtime.**

### 3.   Implementation Plan

Vendors must submit with their proposal a detailed implementation plan that indicates the time and activities required for installation, utility coordination, training, and testing for both the new facility under construction and the current facility. The system must be installed in a manner and under a time-frame designed to minimize disruption of the normal functions and security of the Saline County Jail.

**RESPONSE: READ, AGREE, AND WILL COMPLY.**

**NCIC is proposing an all-encompassing Inmate Telephone, Video Visitation and Tablet System including all related software, hardware and network components, customer and facility support, and ongoing maintenance. The proposed system is highly configurable and customizable based on the specific requirements of the County. NCIC is fully responsible for all costs associated with the complete installation and ongoing maintenance of the proposed system. NCIC's proposed platform is a fully turnkey telephone system and service solution which includes all technologies, network installation requirements, wiring, software, and all necessary equipment, service, and maintenance. All items listed above shall be provided to Saline County at no cost. NCIC will assume all costs associated with the proposed system, including initial installation and on-going service and support.**

**NCIC's standard process for cutting over our Inmate Telephone/VVS/Tablets from the previous provider, involves little to no downtime in service for the inmate populations. Our experienced Field Technicians carefully plan the cutover such that the new hardware is installed over the previous provider's network for a short period. After the hardware installation has been successfully completed, NCIC's network equipment is activated to bring the system online, through the new hardware. If needed, the actual cutover can be completed outside of normal inmate telephone/video availability (e.g., early morning or late evening), to ensure there is zero disturbance to the inmate population.**

# Inmate Telephone System
## Installation Plan

| Project Phase | Time Frame | Description |
|---|---|---|
| Pre-Installation | Week 1 | During the **Pre-Installation Phase**, NCIC's Project Team will:<br><br>• Meet with Customer to confirm the overall project scope, project schedule and acceptance criteria, conduct a supplemental Site Survey;<br><br>• Order equipment including but not limited to circuits, network equipment, system software, video visitation kiosks, tablets, roll carts and related equipment;<br><br>• Confirm project team members and define roles and responsibilities;<br><br>• Identify team members requiring onsite access – complete background / security clearance forms and any other Customer requirements to obtain facility access; and<br><br>• Conduct site survey at each location identifying existing equipment locations, confirming installation requirements including number of video visitation kiosks (inmate-side and public-side), number of tablets and roll carts, infrastructure requirements, equipment room(s), cut-off switches. (Each facility location where equipment will be installed will be a task on the project plan).<br><br>• Confirm scheduling requirements for video visitation for all User Groups.<br><br>• Confirm the required functionality of the multi-functional video visitation kiosks, covering the following possible services:<br>  o On-site video visitation<br>  o Off-site ('remote') video visitation<br>  o Grievances<br>  o Medical Requests<br>  o Inmate Ticketing<br>  o Jail Handbook<br>  o Inmate Messaging<br>  o PREA Notifications<br>  o Suicide Notifications<br>  o Commissary Ordering |

| | | |
|---|---|---|
| | | ○ Links to other 3rd Party Services<br><br>• Initiate the business relationship and dialogue with critical third-parties such as the Facility's JMS and / or Commissary providers, in order to implement the critical interfaces. |
| **Phase I** | Weeks 2-3 | Installation Preparation begins during **Phase I**, which includes the following activities:<br><br>• Configure and test network;<br><br>• Account setup and configuration completed including setup and configuration of the video kiosks and tablets to test for required features and functionality;<br><br>• Inspect and test all video visitation kiosks and tablet equipment. Enable all required features in accordance with Customer requirements and contract.<br><br>• Confirm visitation rules and User Access requirements with Customer, test configuration and User Access.<br><br>• Request required data from the incumbent system (where applicable). Review, 'scrub' and migrate from current system.<br><br>• Develop and test the required interfaces with 3rd Party providers such as JMS and Commissary.<br><br>• QA testing on delivered equipment. |
| **Phase II** | Weeks 3-8 | **Phase II** is the Site Installation phase, which includes:<br><br>• Test all installed Network Circuits;<br><br>• Equipment setup and powered;<br><br>• Installation of inmate-side and public-side video visitation kiosks including installing any new cabling, QA testing;<br><br>• Installation and setup of Computer Workstations and Administrative Software in designated areas;<br><br>• Confirm that inmate information and other critical elements of the integrations are accurate and working;<br><br>• ID all kiosk ports and create equipment inventory listing. |

| | | |
|---|---|---|
| **Phase III** | Weeks 6-8 | System Cutover is **Phase III**, which includes: <br><br> • User Acceptance testing <br><br> • Comprehensive, on-site training which is scheduled in advance and ensures coverage of all required facility personnel and different shifts, if applicable. |
| **Project Closeout** | Weeks 7-8 | During the **Project Closeout** phase, the following activities will occur: <br><br> • Monitoring initial video visitation sessions for any issues, ensuring quality connectivity and accuracy of scheduling software; <br><br> • Miscellaneous support activities (e.g. ensuring NCIC video visitation information is on the County / Sheriff's web pages, providing informative posters / flyers / brochures for Friends and Families of inmates, providing NCIC Escalation List etc.); <br><br> • Post-Installation report; <br><br> • Closeout meeting with facility personnel; <br><br> • Final project documentation is completed; Project Plan is updated and closed out; <br><br> • Facility is transitioned into the 'Ongoing Management' stage. |

**NCIC**
INMATE COMMUNICATIONS

## Video Visitation System
### Installation Plan

| Project Phase | Time Frame | Description |
|---|---|---|
| Pre-Installation | Week 1 | During the **Pre-Installation Phase**, NCIC's Project Team will:<br><br>• Meet with Customer to confirm the overall project scope, project schedule and acceptance criteria, conduct a supplemental Site Survey;<br><br>• Order equipment including but not limited to circuits, network equipment, system software, video visitation kiosks and related equipment;<br><br>• Confirm project team members and define roles and responsibilities;<br><br>• Identify team members requiring onsite access – complete background / security clearance forms and any other Customer requirements to obtain facility access; and<br><br>• Conduct site survey at each location identifying existing equipment locations, confirming installation requirements including number of video visitation kiosks (inmate-side and public-side), infrastructure requirements, equipment room(s), cut-off switches. (Each facility location where equipment will be installed will be a task on the project plan).<br><br>• Confirm scheduling requirements for video visitation for all User Groups.<br><br>• Confirm the required functionality of the multi-functional video visitation kiosks, covering the following possible services:<br>   o On-site video visitation<br>   o Off-site ('remote') video visitation<br>   o Grievances<br>   o Medical Requests<br>   o Inmate Ticketing<br>   o Jail Handbook<br>   o Inmate Messaging<br>   o PREA Notifications<br>   o Suicide Notifications<br>   o Commissary Ordering<br>   o Links to other 3rd Party Services |

| | | |
|---|---|---|
| | | • Initiate the business relationship and dialogue with critical third-parties such as the Facility's JMS and / or Commissary providers, in order to implement the critical interfaces. |
| **Phase I** | Weeks 2-3 | Installation Preparation begins during **Phase I**, which includes the following activities:<br><br>• Configure and test network;<br><br>• Account setup and configuration completed including setup and configuration of the inmate phones to test for required features and functionality;<br><br>• Inspect and test all video visitation kiosks. Enable all required features in accordance with Customer requirements and contract.<br><br>• Confirm visitation rules and User Access requirements with Customer, test configuration and User Access.<br><br>• Request required data from the incumbent system (where applicable). Review, 'scrub' and migrate from current system.<br><br>• Develop and test the required interfaces with 3rd Party providers such as JMS and Commissary.<br><br>• QA testing on delivered equipment. |
| **Phase II** | Weeks 3-8 | **Phase II** is the Site Installation phase, which includes:<br><br>• Test all installed Network Circuits;<br><br>• Equipment setup and powered;<br><br>• Installation of inmate-side and public-side video visitation kiosks including installing any new cabling, QA testing;<br><br>• Installation and setup of Computer Workstations and Administrative Software in designated areas;<br><br>• Confirm that inmate information and other critical elements of the integrations are accurate and working;<br><br>• ID all kiosk ports and create equipment inventory listing. |
| **Phase III** | Weeks 6-8 | System Cutover is **Phase III**, which includes:<br><br>• User Acceptance testing<br><br>• Comprehensive, on-site training which is scheduled in advance and ensures coverage of all required facility personnel and different shifts, if applicable. |

| | | |
|---|---|---|
| **Project Closeout** | Weeks 7-8 | During the **Project Closeout** phase, the following activities will occur:<br><br>• Monitoring initial video visitation sessions for any issues, ensuring quality connectivity and accuracy of scheduling software;<br><br>• Miscellaneous support activities (e.g. ensuring NCIC video visitation information is on the County / Sheriff's web pages, providing informative posters / flyers / brochures for Friends and Families of inmates, providing NCIC Escalation List etc.);<br><br>• Post-Installation report;<br><br>• Closeout meeting with facility personnel;<br><br>• Final project documentation is completed; Project Plan is updated and closed out;<br><br>• Facility is transitioned into the 'Ongoing Management' stage. |

# Inmate Tablets
## Installation Plan

| Project Phase | Timeline | Description |
|---|---|---|
| **Pre-Installation** | **Week 1** | During the **Pre-Installation Phase**, NCIC's Project Team will:<br><br>• Meet with Customer to confirm the overall project scope, project schedule and acceptance criteria, conduct a supplemental Site Survey;<br>• Order equipment including but not limited to wireless access points, network equipment, system software, inmate tablets, and charging stations;<br>• Confirm project team members and define roles and responsibilities;<br>• Identify team members requiring onsite access – complete background / security clearance forms and any other Customer requirements to obtain facility access; and<br>• Conduct site survey at each location identifying existing equipment locations, confirming installation requirements including number of inmate tablets, charging stations, infrastructure requirements, equipment room(s), charging stations.  (Each facility location where equipment will be installed will be a task on the project plan).<br>• Initiate the business relationship and dialogue with critical third-parties such as the Facility's JMS and / or Commissary providers, in order to implement the critical interfaces.<br>• Conduct Pre-Installation Configuration;<br>• Confirm Requirements and Features with Customer;<br>• Conduct Initial Software Demo Training. |
| **Phase I**<br>**Repeated for each correctional facility** | **Weeks 2-3** | Installation Preparation begins during **Phase I**, which includes the following activities:<br>• Configure and test network;<br>• Account setup and configuration completed including setup and configuration of the inmate tablets to test for required features and functionality;<br>• Inspect and test all inmate tablets. Enable all required features in accordance with Customer requirements and contract.<br>• Confirm User Access requirements and User Roles with Customer, test configuration and User Access.<br>• Develop and test the required interfaces with 3rd Party providers such as JMS and Commissary.<br>• QA testing on delivered equipment.<br>• Implement System Configurations; |

| | | |
|---|---|---|
| | | • Initiate Facility Training; |
| **Phase II**<br>**Repeated for each**<br>**correctional facility** | **Week 3** | **Phase II** is the Site Installation phase, which includes:<br><br>• Test all installed Network Circuits;<br>• Equipment setup and powered;<br>• Installation of charging stations and wireless content servers including installing any new cabling, QA testing;<br>• Installation and setup of Computer Workstations and Administrative Software in designated areas;<br>• Confirm that inmate information and other critical elements of the integrations are accurate and working;<br>• ID all Inmate Tablets and create equipment inventory listing.<br>• Additional On-site Software Training. |
| **Project Closeout** | **Week 4** | During the **Project Closeout** phase, the following activities will occur:<br><br>• Monitoring initial Education and Entertainment Content interaction for any issues, ensuring quality connectivity and charging consistency;<br>• Miscellaneous support activities (e.g. ensuring NCIC Inmate Tablet information is on the County / Sheriff's web pages, providing informative posters / flyers / brochures for Staff and Inmates, providing NCIC Escalation List etc.);<br>• Post-Installation report;<br>• Closeout meeting with facility personnel;<br>• Final project documentation is completed; Project Plan is updated and closed out;<br>• Facility is transitioned into the 'Ongoing Management' stage.<br>• Ensure ongoing connectivity and functionality of the system;<br>• Respond to any service requests;<br>• Provide refresher training as needed. |

**4. Training**

The vendor will provide Sheriff's Office staff with on-site, hands-on training regarding the features and usage of the system to the Sheriff's Office at no cost. Training will occur prior to implementation of the system as well as before or immediately after any upgrades to the system during the life of the contract.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

NCIC provides free training to all customers and will provide free recurring training as needed and/or requested by the Facility. Facility Administrators, along with any County staff who will have access to the equipment and the website are thoroughly instructed on how to use our platform. Staff will receive hands-on training to ensure they are properly acquainted with the new system. Training can be provided over multiple days and shifts to ensure all staff have a chance to participate. All staff will be provided with a detailed syllabus, as well as a leave-behind training manual. In addition, the platform also offers online Documentation section where users can search for features to obtain instructions.

NCIC provides on-site training based on staffs' areas of expertise, including, but not limited to:

- Addition and configuration of Authorized Users;
- System administration, operation, and reporting; and
- Investigative features for investigative staff.

Initial on-site training is provided during the implementation and is included as part of the overall project plan. NCIC will work with the County to identify who is to be trained along with the type of training the staff is to receive (e.g., Administrator, Operation, Reporting, Investigative).

A hands-on demonstration and training are provided to all necessary individuals to ensure they are properly acquainted and familiar with the new system. Training will be provided over multiple days and shifts to ensure:

- All staff can attend;
- Trainings are provided for the staff's area of focus (e.g., administration, investigation);
- Smaller class sizes; and
- To accommodate the staffs' schedules.

In addition to providing the required initial training for all County personnel, NCIC will provide ongoing training on an as-needed basis, at no cost to the County. If necessary, NCIC will send representatives to the appropriate facility to conduct the training, or as an alternative, training can be conducted via phone/WebEx. On-demand, ongoing training will be available via WebEx. WebEx training can be done same day in the case of emergency, although we prefer at least 2 days advance notice. All training, both initial and ongoing, will be provided at no cost. Please see the following sample training agenda, which will be customized based on the specific requirements of Saline County:







**5. System Acceptance**

System acceptance shall be determined by a consecutive thirty (30) day period during which the system must function error free.

**NCICRESPONSE: READ, AGREE, AND WILL COMPLY.**

NCIC's installation team will work closely with the appropriate County/Facility staff to ensure that the installation is complete, and all systems are operational to the standards as defined by the County/Facility.

**NCIC**
INMATE COMMUNICATIONS

## 5. PROPOSAL PROCEDURES

### 5.1 ANTICIPATED PROPOSAL SCHEDULE

| RFP Issued | October 12, 2022 |
|---|---|
| Deadline for submitting questions | October 26, 2022 |
| Distribution of responses to questions | November 2, 2022 |
| **RFP DUE DATE** | **November 9, 2022, by 4:00 pm CST** |
| Method and deadline of submittal | ELECTRONIC copy in pdf. Be sure to email to <u>both</u> addresses provided. |
| On-site Interviews (if needed) | TBD |
| Anticipated award | December 6, 2022 |
| Anticipated Installation date for new facility | September 1, 2023 |

**NCIC**RESPONSE: HAS READ, AGREE, AND WILL COMPLY WITH ALL ITEMS ABOVE.

### 5.2 INQUIRIES AND ADDENDA

All inquiries concerning this project or the scope of work must be made no later than October 26, 2022, and should be directed to Lieutenant Jeremiah Hayes. Questions must be submitted in writing, e-mail jeremiah.hayes@saline.org or mail to 251 N 10th St, Salina, KS 67401. All questions will receive a written response and will be posted on Saline County's DemandStar: https://www.demandstar.com/app/agencies/kansas/saline-county/procurement-opportunities/8816986d-5ba0-48be-8b17-6f04179498bd/

Saline County is using DemandStar to distribute automatic solicitation notifications, addendums, award recommendations, etc. to all interested firms. This is an automated notification service that will send new opportunities directly to you once your online account has been activated. This service is part of an effort to improve communication with suppliers, streamline and reduce administrative costs. We encourage all vendors register with DemandStar, so that your company is automatically notified of our solicitations in order to access the website where documents are available to download. To register your company, please go to www.demandstar.com/registration. On the registration form, enter the required information and be sure to select Saline County as your Free Agency Registration.

**NCIC**RESPONSE: READ, AGREE, AND WILL COMPLY.

### 5.3 SUBMISSION OF PROPOSALS

Submissions must be received by **November 9, 2022, by 4:00 pm**. Electronic copies in .pdf must be emailed to both hannah.bett@saline.org and nancy.bassett@saline.org.

**NCIC**RESPONSE: READ, AGREE, AND WILL COMPLY.

### 5.4 PROPOSAL REQUIREMENTS

In order to be considered responsive, each proposal must contain the following elements:

- A cover letter which clearly identifies the vendor name and address as well as a principal contact including telephone number and email address.
- A description of the key staff who will be involved in the project, including their experience and their ability to take on this project.
- A description of the vendor's work plan and draft project schedule to meet the County's goals and the scope of work, including any commitments the County needs to be prepared to make.
- References for 3-5 projects of similar size and scope undertaken for comparable communities. Each reference should include the date of the project and contact information for someone who can speak knowledgeably about the vendor's work.
- A copy of the acknowledgement form attached as Appendix A to this Request for Proposals.

**NCIC**RESPONSE: HAS READ, AGREE, AND WILL COMPLY WITH ALL ITEMS ABOVE.

**5.5 EFFECTIVE PERIOD OF PROPOSALS**

All proposals must remain valid for 90 days after the proposal due date.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

**5.6 EVALUATION AND AWARD CRITERIA**

Selection of a vendor for Saline County shall not be made on the basis of price alone, but according to evaluation of the best overall proposal determined according to the following criteria:

A)   Compliance with requirements of this Request for Proposals, including evidence of understanding of the County's needs and the vendor's proposed approach.

B)   Price for Services.

C)   Capacity of the firm to deliver the proposed scope of services within a reasonable time frame.

D)   Vendor qualifications, including the vendor's past experience and performance on similar engagements.

E)   The quality of the vendor's professional personnel to be assigned to the engagement and the quality of the vendor's management support personnel to be available for technical consultation.

F)   Value of services provided to assist staff and inmates

The County has delegated a team of staff to review each proposal.  After this review, staff will make a recommendation for consideration for the Board of County Commissioners to approve.

**NCIC RESPONSE: HAS READ, AGREE, AND WILL COMPLY WITH ALL ITEMS ABOVE.**

# 6.  OTHER INFORMATION

**6.1 REJECTION RIGHTS**

The Saline County Board of Commissioners reserves the right to reject any and all submittals for business reasons and reserves the right to resolicit proposals or change the closing date for any such business reason.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

**6.2 ANTI-DISCRIMINATION CLAUSE**

Saline County is an equal opportunity employer and will not discriminate against any proposer because of race, color, religion, sex, sexual orientation, gender identity or national origin.  Any person or group which enters into a contract with the County must agree to comply with any and all applicable federal and state laws regarding the prohibition of discrimination.  All vendors, by submitting a proposal, shall accept the affirmative duty to ascertain and comply with such laws.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

**6.3 COST OF PREPARATION**

No reimbursement will be made for any costs incurred prior to a formal notice to proceed under an appropriately executed contract.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

**6.4 PUBLIC INFORMATION**

All information submitted by any vendor in response to this Request will be considered public information on and after the date that the County awards a contract or rejects all submittals.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**



**APPENDIX A**
**ACKNOWLEDGEMENT**


I, the undersigned, on behalf of   **NCIC Inmate Communications**   hereby acknowledge as follows:

(vendor name)

1.   We have read and understand the Request for Proposals issued by the County on October 12th, 2022. We have submitted any questions we have deemed necessary to form a complete understanding of the County's requirements.

2.   We have received and reviewed answers to questions submitted.

3.   We have reviewed answers to questions submitted and posted on the County's website.


William L. Pope
Printed Name


President
Title


November 9, 2022
Date



# APPENDIX B
# CERTIFICATIONS

## Certificate of Insurance

**ACORD®**

## CERTIFICATE OF LIABILITY INSURANCE

| DATE (MM/DD/YYYY) |
|---|
| 12/28/2021 |

THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AFFIRMATIVELY OR NEGATIVELY AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW. THIS CERTIFICATE OF INSURANCE DOES NOT CONSTITUTE A CONTRACT BETWEEN THE ISSUING INSURER(S), AUTHORIZED REPRESENTATIVE OR PRODUCER, AND THE CERTIFICATE HOLDER.

IMPORTANT: If the certificate holder is an ADDITIONAL INSURED, the policy(ies) must have ADDITIONAL INSURED provisions or be endorsed. If SUBROGATION IS WAIVED, subject to the terms and conditions of the policy, certain policies may require an endorsement. A statement on this certificate does not confer rights to the certificate holder in lieu of such endorsement(s).

| PRODUCER | CONTACT NAME: Ann Arnn CISR, ACSR | | |
|---|---|---|---|
| GANS & SMITH INSURANCE AGENCY INC | PHONE (A/C, No, Ext): (903) 757-4601 | | FAX (A/C, No): (903) 753-0782 |
| P.O Box 2869 | E-MAIL ADDRESS: AARNN@gans-smith.com | | |
| | INSURER(S) AFFORDING COVERAGE | | NAIC # |
| Longview                              TX  75606 | INSURER A : Continental Insurance Company | | 35289C |
| INSURED | INSURER B : American Casualty Co of Reading PA | | 20427C |
| NETWORK COMMUNICATIONS INTERNATIONAL CORP dba NCIC | INSURER C : Continental Casualty Co (CNA) | | 20443C |
| INMATE COMMUNICATIONS; INTERNATIONAL CALLING SERVICE | INSURER D : | | |
| 607 E WHALEY ST | INSURER E : | | |
| LONGVIEW                          TX  75601-6526 | INSURER F : | | |

| COVERAGES | CERTIFICATE NUMBER: 2022-2023 | REVISION NUMBER: |
|---|---|---|

THIS IS TO CERTIFY THAT THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED. NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| INSR LTR | TYPE OF INSURANCE | ADDL INSD | SUBR WVD | POLICY NUMBER | POLICY EFF (MM/DD/YYYY) | POLICY EXP (MM/DD/YYYY) | LIMITS | |
|---|---|---|---|---|---|---|---|---|
| A | ☒ COMMERCIAL GENERAL LIABILITY  ☐ CLAIMS-MADE ☒ OCCUR | | | 6016376074 | 01/01/2022 | 01/01/2023 | EACH OCCURRENCE | $ 1,000,000 |
| | | | | | | | DAMAGE TO RENTED PREMISES (Ea occurrence) | $ 300,000 |
| | | | | | | | MED EXP (Any one person) | $ 10,000 |
| | | | | | | | PERSONAL & ADV INJURY | $ 1,000,000 |
| | GEN'L AGGREGATE LIMIT APPLIES PER: | | | | | | GENERAL AGGREGATE | $ 2,000,000 |
| | ☒ POLICY ☐ PRO-JECT ☐ LOC  OTHER: | | | | | | PRODUCTS - COMP/OP AGG | $ 2,000,000 |
| | | | | | | | | $ |
| A | AUTOMOBILE LIABILITY  ☒ ANY AUTO  ☒ OWNED AUTOS ONLY ☐ SCHEDULED AUTOS  ☒ HIRED AUTOS ONLY ☒ NON-OWNED AUTOS ONLY | | | 6016376057 | 01/01/2022 | 01/01/2023 | COMBINED SINGLE LIMIT (Ea accident) | $ 1,000,000 |
| | | | | | | | BODILY INJURY (Per person) | $ |
| | | | | | | | BODILY INJURY (Per accident) | $ |
| | | | | | | | PROPERTY DAMAGE (Per accident) | $ |
| | | | | | | | PIP-Basic | $ 2,500 |
| A | ☒ UMBRELLA LIAB ☒ OCCUR  ☐ EXCESS LIAB ☐ CLAIMS-MADE | | | 6016376060 | 01/01/2022 | 01/01/2023 | EACH OCCURRENCE | $ 2,000,000 |
| | | | | | | | AGGREGATE | $ 2,000,000 |
| | ☐ DED ☒ RETENTION $ 10,000 | | | | | | | $ |
| B | WORKERS COMPENSATION AND EMPLOYERS' LIABILITY      Y / N  ANY PROPRIETOR/PARTNER/EXECUTIVE OFFICER/MEMBER EXCLUDED? ☐ N  (Mandatory in NH)  If yes, describe under DESCRIPTION OF OPERATIONS below | N / A | | WC 6 16376088 | 01/01/2022 | 01/01/2023 | ☒ PER STATUTE ☐ OTH-ER | |
| | | | | | | | E.L. EACH ACCIDENT | $ 1,000,000 |
| | | | | | | | E.L. DISEASE - EA EMPLOYEE | $ 1,000,000 |
| | | | | | | | E.L. DISEASE - POLICY LIMIT | $ 1,000,000 |
| C | Network Security & Privacy Liability & Professional Liability | | | 596541113 | 01/01/2022 | 01/01/2023 | CYBER LIABILITY LIMIT | 2MIL/2MIL |
| | | | | | | | PROF LIABILITY LIIIT | 3MIL/3MIL |

DESCRIPTION OF OPERATIONS / LOCATIONS / VEHICLES (ACORD 101, Additional Remarks Schedule, may be attached if more space is required)

The general liability policy includes a blanket automatic additional insured endorsement with "Primary and noncontributory" wording provision that provides additional insured status to the certificate holder only when there is a written contract or agreement between the named insured and the certificate holder that requires such status. The general liability & workers compensation policies includes a blanket automatic waiver of subrogation endorsement that provides this feature only when there is a written contract between the named insured and the certificate holder that requires it. The umbrella policy is a follow form to it's underlying coverages.

The Network Security & Privacy Injury endorsement #CNA75021XX has been added to the Technology Errors and Omissions coverage, sharing in those

| CERTIFICATE HOLDER | CANCELLATION |
|---|---|
| For Information Purposes Only | SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, NOTICE WILL BE DELIVERED IN ACCORDANCE WITH THE POLICY PROVISIONS.  AUTHORIZED REPRESENTATIVE |

© 1988-2015 ACORD CORPORATION.  All rights reserved.

**ACORD 25 (2016/03)**              The ACORD name and logo are registered marks of ACORD



# Kansas Secretary of State Good Standing Certificate



## Certificate of Convenience and Authority

THE STATE CORPORATION COMMISSION
OF THE STATE OF KANSAS

Before Commissioners:      John Wine, Chair
                           Cynthia L. Claus
                           Brian J. Moline

SEP 1 0 1999

In the Matter of the Application of Network    )
Communications International Corp. for a       )
Certificate of Convenience and Authority to    )      Docket No. 00-NCMC-043-COC
Transact the Business as a Reseller of         )
Telecommunications Services and Provide        )
Operator Assisted Service Within the State of   )
Kansas.                                         )

### ORDER AND CERTIFICATE

NOW, the above-captioned matter comes for consideration and determination before the State Corporation Commission of the State of Kansas ("Commission"). Having reviewed its files and being fully advised of all matters of record, the Commission finds and concludes as follows:

1.      In its Order of April 30, 1984, in Docket No. 127,140-U, the Commission found that resellers were public utilities and subject to Commission regulation. As part of that regulation, the Commission directed resellers of interexchange telecommunications services to file applications for Certificates of Convenience and Authority and accompanying tariffs for approval.

2.      In its Order of March 21, 1994, in Docket No. 187,168-U, the Commission adopted revised streamlined rules and regulations governing resellers and interexchange carriers, hereinafter referred to as interexchange carriers or IXCs, designed to reflect changes occurring in the marketplace.

3.      On July 16, 1999, Network Communications International Corp. ("NCIC") filed an application for authority to transact the business of an interexchange carrier within the state. The application included rate tariff pages and rules and regulations tariff pages.

4.      On August 26, 1999, the Commission Staff ("Staff") submitted a memorandum recommending the Commission grant NCIC's application for a Certificate of Convenience and Authority to operate as a reseller of interexchange telecommunications services and accept its tariff sheets. Staff determined NCIC's application complies with the criteria set forth in the Commission's Orders in Docket No. 187,168–U. NCIC is registered with the Secretary of State's office to do business in Kansas. NCIC's filed tariffs are in compliance with Commission requirements and meet all current telephone billing standards as set forth in the Commission's Order in Docket No. 120,408-U, as well as current standards for interexchange carriers. NCIC proposes to bill their customers through the local exchange company. Therefore, NCIC did not provide a sample bill with their application.

5.      The Commission finds and concludes that the public convenience will be promoted by increased options for interexchange long distance services by granting NCIC's application. The Commission therefore grants the authority requested by NCIC in this docket, including the authority to levy a late payment charge and refused check charge, without a public hearing, subject to all other rules, regulations, or statutes of, by, or governing the Commission, in particular those set out in Docket Nos. 187,168-U and 120,408-U.

7.      NCIC is required to file an annual report with the Commission and to notify the Commission of any changes in its structure or operation. NCIC shall also report its revenues, using the KUSF Carrier Remittance Worksheet, and any changes in its name or corporate structure, to the KUSF Administrator for Kansas Universal Service purposes.

8.      The Commission also finds and concludes that NCIC's non-rate tariffs are reasonable and should be accepted. Nothing in this certificate authorizes NCIC to offer services differing from those listed in its accepted tariffs.

2

IT IS, THEREFORE, BY THE COMMISSION ORDERED AND CERTIFIED THAT:

The application of Network Communications International Corp. for a Certificate of Convenience and Authority to operate as a reseller of interexchange telecommunications services is hereby granted pursuant to K.S.A. 66-131, as set out above. Network Communications International Corp.'s tariffs are accepted. Network Communications International Corp. must provide service under the terms and conditions set forth in this order and under Kansas law. Network Communications International Corp. must report its intrastate revenues to the KUSF as set out above.

Any party may file a petition for reconsideration of this order within fifteen days of the date this order is served. If service is by mail, service is complete upon mailing and three days may be added to the above time frame.

The Commission retains jurisdiction over the subject matter and the parties for the purpose of entering such further order or orders as it may deem necessary.

BY THE COMMISSION IT IS SO ORDERED AND CERTIFIED.

Wine, Chr.; Claus, Com.; Moline, Com.

Dated: SEP 0 8 1999

ORDER MAIL'D

SEP 0 9 1999

Executive
Director

Jeffrey S. Wagaman
Executive Director

BL:hdo

3

**EXHIBIT 54**



# Louisville Jefferson County Metro Government Department of Corrections

## Incarcerated Persons Communication System (IPCS) RFP230028

### DUE DATE AND TIME:
September 1, 2022, at 3:00pm







| INMATE KIOSKS | REMOTE VISITATION | INMATE MESSAGING | INMATE PHONE CALLS |

## NCIC.com | 800-943-2189

William L. Pope
Bill.Pope@ncic.com

607 East Whaley Street
Longview, Texas 75601

P 903-757-4455
F 903-757-4899

| TABLE OF CONTENTS | PAGE |
|---|---|
| Letter of Transmittal | 3 |
| Section 1 – Instructions To Proposers | 5 |
| Section 2 – General Specifications | 11 |
| Section 3 – Evaluation Criteria | 60 |
| Section 4 – General Provisions | 62 |
| Section 5 – Hold Harmless Agreement and Indemnification Clause and Insurance Requirements | 69 |
| Section 6 – Human Relations Commission Good Faith Effort ("GFE") Requirements | 72 |

**LETTER OF TRANSMITTAL**

Louisville Jefferson County
Metro Government
Department of Corrections

**Introduction / Affirmations**
Thank you in advance for consideration of our proposal for Inmate Communications Services. NCIC has read your RFP for <u>Incarcerated Persons Communication System (IPCS) RFP#230028</u> and will comply with all provisions set forth in this RFP. NCIC is extremely well-positioned to provide reliable, secure, and cost-effective service for Louisville/Jefferson Metro Department of Corrections (LMDC). NCIC is proposing to provide the proven Inmate Call Engine ('ICE') platform. This proposal will remain open and valid for at least 180 days from the close date, if not longer. NCIC acknowledges the receipt of Addendums 1, 2, and 3.

**Turn to NCIC for reliable, secure, affordable inmate communications.**
As the only major privately held, employee-owned inmate communications provider, NCIC operates without fanfare, instead focusing on providing affordable, reliable, secure inmate communications, excellent customer service and a combination of advanced technologies found nowhere else in our industry. Every day, thousands of inmates and their families rely upon NCIC to provide affordable and reliable inmate communications.  NCIC operates globally providing inmate communications in ten (10) countries with nearly 15,000 inmate telephones installed in over 750 facilities. Between our two network sites, NCIC handles more than 550,000 calls, video visitation sessions and text messages & emails per day, all carried over our own private network with only minimal need to interface with the open internet or public switching network.

NCIC is well-positioned to provide the LMDC with what is being sought – a weighted balance between the need for incarcerated individuals to securely stay connected to their outside support networks, and the need for facility personnel to securely monitor and manage the daily communications of individuals housed there. In addition to the provision of NCIC's Inmate Call Engine platform, NCIC is proposing our all-encompassing Inmate Kiosk/Tablet platform, offering Video Visitation (on-site and off-site/remote), Inmate Messaging, Inmate Tickets (grievances, requests, PREA, etc.), and links to a range of external services (commissary ordering, law library, inmate handbook, etc.). All proposed systems are entirely owned and managed by NCIC Inmate Communications.

**State of the Art Technology**
NCIC has been providing phone service in correctional facilities since 1998 originally as a whole-sale network provider facilitating our technology and services to our independent inmate telephone providers. NCIC went on to redesign our inmate telephone platform, the Inmate Calling Engine (ICE), in 2007 in order to focus exclusively on jails and prisons and to build a secure 100% VoIP network. NCIC's proposed Inmate Call Engine platform was the first inmate telephone service to use the Cloud to provide the utmost redundancy and security in call recording and call detail storage.

NCIC's InTouch Video Visitation System (VVS) and Tablet System are the industry's newest platforms, having been first rolled out in 2019 and now in over 100 jails,  that provides both on and off-site video visitation, inmate messaging, unlimited customizable inmate requests (grievances, PREA, medical, dental, general requests, ICE requests, religious, maintenance, etc.), along with links to various services, such as educational content, rehabilitative programs, commissary, Immigration Information Websites, Consular websites, Veteran Services, approved videos, inmate information, and access to inmate documents / handbooks.

The proposed Inmate Telephone Systems and Video Visitation Systems are able to be deployed on a secure inmate tablet system, if preferred by the LMDC. Inmate calls administered through the proposed Tablets are always subject to the same monitoring / recording / restrictions as the traditional wall-mounted phones and searchable in the same Inmate Call Engine user interface. NCIC's integrated Inmate Messaging application which is able to be provided through the handheld Inmate Tablets, is provided and includes as one feature, the

ability to run warrant checks based on outside parties signing up for the messaging. Additionally, our proposed Tablets also offer a "Learn2Earn" Educational Suite which offers educational modules as well as a range of other important inmate programs, such as anger management, self-improvement, reentry courses, etc.

**Affordable Inmate Communications Provider**

In addition to superior customer service, our low number of complaints is attributed to our reputation as a conservative, low-cost correctional telephone provider. NCIC understands it is important to provide fair and reasonable rates and fees so inmates can easily stay connected to their family and friends. NCIC is in a unique position to offer the lowest price to LMDC, with 0 debt in operation cost and the only large inmate communications provider who has not been named in costly class action lawsuits or suits by inmates. Due to our unique position as the largest wholesale provider in our industry with no licensed technologies from third parties and direct international carrier agreements, NCIC can offer an unlimited calling program, including some international destinations at the lowest price.

In closing, as you review this proposal, it is our hope that you will become aware of NCIC's qualifications as your ideal inmate communications partner. NCIC is trusted to provide a range of inmate communications services benefitting your correctional operations. NCIC would appreciate the opportunity to extend our services to LMDC with reliable, yet affordable, inmate communications, superior customer service and technology over the coming years.


Sincerely,

*William L. Pope*

William L. Pope,
President

# SECTION 1
## INSTRUCTIONS TO PROPOSERS

**1.1     Introduction**

The Louisville/Jefferson County Metro Government ("Metro Government") is now accepting Proposals for <u>Inmate Phones</u>.

The process of accepting Proposals and choosing the successful proposer shall be by sealed Requests for Proposals ("RFP's") using the competitive negotiation process under KRS 45A.370. The Metro Government, if it chooses to award a contract based on this Proposal, shall do so on the basis of the Proposal which is most advantageous to it based upon the Evaluation Criteria set forth herein. (KRS 45A.370(5)).

The Metro Government finds that a purchase through competitive negotiation is necessary because specifications cannot be made sufficiently specific to permit an award on the basis of either the lowest bid price or the lowest evaluated bid price.

The Metro Government shall conduct written or oral discussions with all responsible proposers who submit Proposals determined in writing to be reasonably susceptible of being selected for award, except as otherwise provided by law. Where the Metro Government can clearly demonstrate and document from the existence of adequate competition or accurate prior cost experience with the particular supply, service or construction item, the Metro Government may make an award on the basis of the original submitted Proposals.

**NCIC RESPONSE: HAS READ, AGREE, AND WILL COMPLY WITH ALL ITEMS ABOVE.**

**1.2     Considerations Prior to Submitting a Proposal**
**1.2.1     Revenue Commission**

If you are a Metro Government vendor or you are doing business in Metro Louisville, you should already be registered with the Revenue Commission and have all of your required taxes paid. If you become the successful Proposer, you must be properly registered with the Revenue Commission and have all of your required taxes paid prior to the award of a contract.

You must provide your Revenue Commission Number on the Proposer Information and Proposal Signature Document, unless you do not yet have one. Contact the Louisville Metro Revenue Commission at (502) 574-4860 for information related to obtaining an account number or verifying current compliance.

**NCIC RESPONSE: HAS READ, AGREE, AND WILL COMPLY WITH ALL ITEMS ABOVE.**

**NCIC has properly registered with Louisville/Jefferson County Revenue Commission and has provided our proof of registration which can be shown below. As of yet, we have not received a Certification of Registration and are awaiting approval.**



### 1.2.2   Human Relations Commission

There are two affirmative action requirements which apply to Metro Government Contracts: a) Affirmative Action in Employment and b) Affirmative Action in the subcontracting of Minority, Female and Handicapped-owned businesses.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

1.2.2.1  Affirmative Action in Employment

1.2.2.1.1  The Louisville Metro Human Relations Commission ("HRC") is required determine whether contractors' employment policies assure employment opportunities are available to all citizens without regard to race, color, religion, national origin, marital status, handicap, sex, sexual orientation or gender identity, or age.

1.2.2.1.2  To make this determination, the HRC will make an inquiry of the successful Proposer pursuant to Louisville Metro Ordinances Section 37.27.

1.2.2.1.3  If you are contacted by Purchasing Division staff notifying of award, and you have not already been "HRC Prequalified", you will need to contact the HRC at 502-574-3631 for information and assistance on procedures to follow in becoming approved and qualified.

1.2.2.1.4  Proposer acknowledges that the resulting Agreement from this RFP is subject to Louisville/Jefferson County Metro Government Ordinances §37.25-§37.36 and failure to comply with the terms of those Ordinances will be cause for suspension, termination or cancellation of a contract executed hereunder, or rejection of Proposer's Proposal.

**NCIC RESPONSE: HAS READ, AGREE, AND WILL COMPLY WITH ALL ITEMS ABOVE.**

1.2.2.2  Affirmative Action in Subcontracting

1.2.2.2.1  Generally, either a Proposer will use subcontractors, or it will do all the work itself.

1.2.2.2.2  If **Not** Using Subcontractors, you must complete and sign Form GFE-1, which is included with this Proposal in the HRC's "Good Faith Efforts Requirements" document, to indicate work will be self-performed.

**Failure to include a completed Form GFE-1 with your proposal will cause the proposal to be rejected and deemed nonresponsive.**

**NCIC RESPONSE: HAS READ, AGREE, AND WILL COMPLY WITH ALL ITEMS ABOVE.**

1.2.2.2.3  If Using Subcontractors, you must follow the instructions and complete the forms in the "Good Faith Efforts Requirements" document included with this Proposal. This includes but is not limited to making the required good faith effort, as that term is defined in the document.

**NCIC RESPONSE: HAS READ, AGREE, AND WILL COMPLY WITH ALL ITEMS ABOVE.**

NCIC is utilizing a "Best in Class" approach to meeting and exceeding the requirements of this RFP, and as such, will be working together with our preferred technology partner, ShawnTech Communications. ShawnTech Communications will operate as subcontractor and will supply NCIC with technicians to install all communications equipment at the LMDC facilities. ShawnTech Communications is proud to be recognized as a Minority Owned Business Enterprise (MBE) and holds numerous certifications at state and local levels. ShawnTech has been providing installation and maintenance-related services to correctional facilities for 26 years. Further detail can be found on the following page:

**ShawnTech Communications**
**Contact: Janna Trowbridge, Director of Field Operations**
**Address: 8521 Gander Creek Dr, Miamisburg, OH 45342**
**Phone: 937-307-7327**

**In addition to the Subcontracted installation services listed above, NCIC will be utilizing the services of local technicians from Access Voice and Data Solutions (AVDS), which is located approximately 20 minutes away from the LMDC facilities. AVDS will be responsible for maintaining all equipment at the facilities and providing routine maintenance for the life of the Agreement. AVDS has a history of servicing correctional facilities with communications wiring and maintenance. Additional details can be shown below:**

**Access Voice and Data Solutions**
**Contact: Erin Watson**
**Address: 1441 Lincoln Avenue, Louisville, KY 40213**
**Phone: 502-361-1881**

**It is expected that subcontractors will perform approximately 55% of all work (initial and ongoing) related to this Agreement.**

1.3     **Preferences**

**1.3.1    Minimum Wage Preference**

1.3.1.1  Per Louisville Metro Ordinance Chapter §37.56, preferences shall be given to businesses, which provide their employees a minimum wage equal to or exceeding the minimum wage set forth in §37.55 ("minimum wage business") which is currently $10.10/hour. This minimum wage rate is the rate set by Louisville Metro Council for all full-time Louisville Metro employees.

1.3.1.2  If a business provides its employees at least $10.10/hour, regardless of location or position, the offer price in the Proposal shall be reduced by 5% for the purpose of determining which offer is most advantageous to Metro Government.

1.3.1.3  If this Proposal is for services, and the business intends to use subcontractors to perform all or part of the work required under the contract, the business shall not subcontract more than 20% of the work to non-minimum wage businesses unless such services are not available from minimum wage businesses.

1.3.1.4  If a business receives the Minimum Wage Preference and is awarded a contract under this Proposal, then it must post a sign of the $10.10 minimum wage rate in a conspicuous place and manner so as to inform employees and the public of your minimum wage policy.

1.3.1.5  If you certify your business as a minimum wage business, are subsequently awarded a contract, and the Metro Government discovers you do not pay your employees at least $10.10 per hour, your business will be liable to the Metro Government for 30% of the amount of the contract awarded.

1.3.1.6  You must complete the Minimum Wage Preference Certification on the Proposer Information and Signature Page included in this Proposal.

**NCIC RESPONSE: HAS READ, AGREE, AND WILL COMPLY WITH ALL ITEMS ABOVE.**

**NCIC has filled out and submitted the Minimum Wage Preference Certification on the Proposer Information and Signature Page, which can be found as a separately submitted attachment to this response.**

**1.3.2   Local Vendor Preference**

The Metro Government gives Proposals submitted by local vendors a preference.

1.3.2.1   To qualify as a local vendor, a company must:

1.3.2.1.1   Be established in the Louisville Metropolitan Statistical Area ("MSA"), as defined by the United States Census Bureau for twelve (12) consecutive months.

1.3.2.1.2   Possess a current Louisville Revenue Commission account number.

1.3.2.1.3   Have its headquarters located in the Louisville MSA or have a branch office currently located in the Louisville MSA for at least twelve (12) consecutive months prior to the broadcast date of this Request for Proposal.

1.3.2.1.4   Determine whether the City or County within the Louisville MSA in which your business is located has the required reciprocal ordinance which recognizes business located within the Louisville MSA as local businesses for the purpose of a procurement preference. If that City or County does have such an ordinance, you must include a copy of that document in your response to this RFP.

1.3.2.1.5   Utilize local businesses to furnish at least 75% of the services under a contract awarded hereunder unless such services are not available locally.

1.3.2.2   If the Metro Government determines your business is a local business, based on the standards described here, then your business shall receive a 5% reduction of the total amount you propose or 5 points added to your evaluated Proposal total, depending on the type of proposal evaluation process the Metro Government has decided to use.

1.3.2.3   If the Metro Government concludes your business is a local business for the purpose of this Proposal, and that determination is based on false information, the Proposer shall be subject to a fine equal to 25% of the price quoted in this Proposal.

1.3.2.4   Any petition challenging the designation or award of local vendor preference shall follow the procedures set forth in LMCO §37.03.

**⊗NCIC RESPONSE:** HAS READ, AGREE, AND WILL COMPLY WITH ALL ITEMS ABOVE.

**1.3.3   Kentucky Statutory Preferences**

The Commonwealth of Kentucky requires the Metro Government to apply certain purchasing preferences as set forth in Kentucky Revised Statutes ("KRS") Sections 45A.470, 45A.490, 492 and 494.

1. Kentucky Correctional Industries: Products made by the Department of Corrections, Division of Prison Industries, shall receive a preference equal to twenty (20) percent of the maximum points awarded to a bidder in a solicitation. (KRS 45A.470, 200 KAR 5:410)

2. Qualified bidder status: Kentucky Industries for the Blind, Incorporated, any nonprofit corporation that furthers the purposes of KRS Chapter 163, or a qualified nonprofit agency for individuals with severe disabilities as described in KRS 45A.465(3) shall receive a preference equal to fifteen (15) percent of the maximum points awarded to a bidder in a solicitation.

   a. A bidder claiming *qualified bidder status* shall submit along with its response to a solicitation a notarized affidavit which affirms that it meets the requirements to be considered a qualified bidder. The required affidavit form can be obtained by going to Metro Louisville Metro Government's Purchase webpage: https://louisvilleky.gov/government/management-budget/purchasing.

3. Reciprocal Preference (KRS 45A.490-494)

   **a. KRS 45A.490 Definitions for KRS 45A.490 to 45A.494.**

      1. "Contract" means any agreement of a public agency, including grants and orders, for the purchase or disposal of supplies, services, construction, or any other item; and

      2. "Public agency" has the same meaning as in KRS 61.805.

   **b. KRS 45A.492 Legislative declarations.** The General Assembly declares:

      1. A public purpose of the Commonwealth is served by providing preference to Kentucky residents in contracts by public agencies; and

      2. Providing preference to Kentucky residents equalizes the competition with other states that provide preference to their residents.

   **c. KRS 45A.494 Reciprocal preference to be given by public agencies to resident bidders -- List of states --**

**Administrative regulations.**

1. Prior to a contract being awarded to the lowest responsible and responsive bidder on a contract by a public agency, a resident bidder of the Commonwealth shall be given a preference against a nonresident bidder registered in any state that gives or requires a preference to bidders from that state. The preference shall be equal to the preference given or required by the state of the nonresident bidder.

2. A resident bidder is an individual, partnership, association, corporation, or other business entity that, on the date the contract is first advertised or announced as available for bidding:
   1. Is authorized to transact business in the Commonwealth; and
   2. Has for one (1) year prior to and through the date of the advertisement, filed Kentucky corporate income taxes, made payments to the Kentucky unemployment insurance fund established in KRS 341.490, and maintained a Kentucky workers' compensation policy in effect.

3. A nonresident bidder is an individual, partnership, association, corporation, or other business entity that does not meet the requirements of subsection (2) of this section.

4. If a procurement determination results in a tie between a resident bidder and a nonresident bidder, preference shall be given to the resident bidder.

5. This section shall apply to all contracts funded or controlled in whole or in part by a public agency.

6. The Finance and Administration Cabinet shall maintain a list of states that give to or require a preference for their own resident bidders, including details of the preference given to such bidders, to be used by public agencies in determining resident bidder preferences. The cabinet shall also promulgate administrative regulations in accordance with KRS Chapter 13A establishing the procedure by which the preferences required by this section shall be given.

7. The preference for resident bidders shall not be given if the preference conflicts with federal law.

8. Any public agency soliciting or advertising for bids for contracts shall make KRS 45A.490 to 45A.494 part of the solicitation or advertisement for bids.

**NCIC RESPONSE: HAS READ, AGREE, AND WILL COMPLY WITH ALL ITEMS ABOVE.**

A notarized affidavit form for Bidders, Offerors, and Contractors Claiming *Resident Bidder Status* can be obtained by going to Metro Louisville Metro Government's Purchase webpage: https://louisvilleky.gov/government/management-budget/purchasing if a proposer wishes to include in their proposal. **Unless there are proposal from vendors from states that have a designated percentage or point procurement preference in that state, this preference will not apply**.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

## 1.4    Proposal Submittal Requirements

1.4.1    All Proposals must be signed by a duly authorized officer, agent or employee of the Bidder (See the "Request for Proposal Signature Page" document). Bidder promises that the individual signing the Proposal document for the Bidder has the authority to bind the Bidder.

1.4.2    Sealed Proposals will be accepted until **3:00p.m. on September 1, 2022.** Louisville Metro Government uses a web-based portal for accepting and evaluating proposals digitally (https://louisvilleky.bonfirehub.com/portal). Documents may be uploaded at any time during the open period. We strongly recommend that you allow sufficient time to complete uploading, submit and finalize your submission before the closing deadline.

You have any technical questions related to your submission, please contact Bonfire at Support@GoBonfire.com.

You can also visit their help forum at https://bonfirehub.zendesk.com/hc.

1.4.3    Proposals cannot be submitted through the portal after **3:00 p.m. on September 1, 2022.**

Any inquiries about this RFP shall be addressed in writing on the Bonfire portal.

1.4.4    Changes, Clarifications, Errors, Addenda:

1.4.4.1    Should a prospective Proposer find a discrepancy in or omissions from the specifications or be unclear as to what the specifications mean, the Proposer shall notify Metro Purchasing through the Bonfire portal. The Buyer will provide written clarification to all prospective Proposers. Proposer agrees that the Metro

Government will not be responsible for any oral instructions.

1.4.4.2 Clarification of Submittal: The Metro Government may obtain clarification or additional information from a Bidder.

1.4.4.3 Changes/Alterations: Proposer may change or withdraw its Proposal at any time prior toProposal closing date and time.

1.4.4.4 The Proposer must respond as required in this Proposal; failure to make any required response or provide required information may cause rejection of the Proposal as nonresponsive.

1.4.4.5 Once this Proposal has been signed by Proposer and officially submitted to the PurchasingDepartment of the Metro Government, Proposer will not be allowed to alter or withdrawits Proposal except with the written permission of the Director of Purchasing.

1.4.4.6 Addenda: The Metro Government may issue an addendum, or addenda, changing someaspect of the Proposal. All addenda, if any, shall be considered in making the Proposal, and such addenda shall be made a part of this Proposal. Before submitting a Proposal, it is incumbent upon each Proposer to be informed as to whether any addenda have been issued, and the failure to cover in the Proposal any such addenda may result in disqualification of that Proposal.

1.4.5 The Metro Government shall not permit a Proposer to withdraw its Proposal for sixty (60) days after Proposals are opened, unless the Metro Government makes a specific exceptionin writing. Further, Proposal prices shall be firm for a minimum of six (6) months after the Proposal closing date.

1.4.6 Metro Government shall not be responsible for any cost incurred by the Proposer in the preparation of its Proposal.

1.4.7 If the award is divided among or between vendors, written notification will be given to each vendor of the specific items covered on their respective contracts.

**NCIC RESPONSE:** HAS READ, AGREE, AND WILL COMPLY WITH ALL ITEMS ABOVE.

**1.5  Buyer Information**
Name: Latrice Smith
Email: Latrice.Smith@louisvilleky.gov
Phone: 502-574-3913

**NCIC RESPONSE:** READ, AGREE, AND WILL COMPLY.

**SECTION 2**
**GENERAL SPECIFICATIONS**

Louisville/Jefferson Metro Department of Correction (LMDC) is seeking an experienced Incarcerated Persons Communication System (IPCS) vendor to provide, operate and maintain an IPCS for the adult booking and detention facility comprised of the Main Jail Complex (MJC) and Hall of Justice (HOJ) with a rated capacity of 1463 beds, and the Community Corrections Center (CCS) with a rated capacity of 465 beds. This system must utilize the latest in hardware and software innovation to provide a state-of-art communication system that will service LMDC's current needs and provide a solid, easily maintained foundation capable of expansion.

LMDC's utmost priorities are to ensure the safety and security of our justice-involved population, and to detect and prevent contraband from entering the facilities. The IPCS is a critical tool which at times is the only resource by which the department gains intel regarding inmate activity and is crucial in the coordination and interception of contraband.

Therefore, LMDC is seeking a system that also offers dynamic and interwoven technology options and investigational tools that provide a state-of-the-art communications system at no charge to incarcerated persons, with seamless investigational tracking and continuity of intelligence strategies allowing for more effective management and protection of the lives in our care.

**NCIC RESPONSE:** READ, AGREE, AND WILL COMPLY.

**NCIC Inmate Communications has fully reviewed this RFP for Inmate Phones #230028, and fully understands all stated requirements. NCIC is well-positioned to meet or exceed all of LMDC's requirements through a combination of industry-leading technologies, a history of experience in resolving issues, and a sturdy Customer Support program covering both the Facility, and the Friends and Families of incarcerated people.**

**As part of our overall proposal, NCIC has assembled a range of additional, value-adding correctional technologies which the LMDC may choose to leverage, at no cost.**

**A. General**

1. All voice and video communication processed by and through the IPCS shall be completed as free to the incarcerated persons and the called parties, and no fees shall be charged by Vendor to the incarcerated persons or the called parties.

   **NCIC RESPONSE:** READ, AGREE, AND WILL COMPLY.

   **All voice and video communications will be offered to incarcerated persons and their families at no cost. Please refer to our proposed detailed listing of our overall Pricing Offer which can be found as a separate attachment to this response.**

2. LMDC will pay the Vendor a fixed annual cost amount split into equal monthly payments to compensate Vendor for the IPCS services outlined in this RFP. Vendor may offer an alternative Price Proposal utilizing a lease per incarcerated person telephone.

   a. If the Vendor chooses a fixed annual cost, LMDC reserves the right to request an adjustment in the fixed annual cost in the event of a material change in the active incarcerated persons or open facilities. Material change shall be considered a fluctuation of 10% or more in the incarcerated persons population for a period of 4 (four) consecutive months.

   **NCIC RESPONSE:** HAS READ, AGREE, AND WILL COMPLY WITH ALL ITEMS ABOVE.

   **NCIC agrees to the rate and compensation options listed above and has provided detailed listing of our overall Pricing Offer which can be found as a separate attachment to this response.**

3. Vendor shall be experienced in providing communications services to similar facilities. Vendor should provide an overview of their firm, including years and nature of experience in providing communication services for incarcerated persons in correctional institutions. The Vendor shall provide information describing its client base.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

NCIC first entered the correctional market in 1998, and since have grown to be the largest independently owned inmate communications provider in the United States. NCIC's Inmate Call Engine ("ICE") platform is installed and operational in more than 750 facilities in the United States and another 9 countries, inclusive of County Jails, Police Departments, Rehabilitation Facilities, Private Prisons, and Juvenile facilities. NCIC's comprehensive suite of inmate communications technologies covers Inmate Telephone Systems (ITS), Video Visitation System (VVS), inmate tablets, kiosks, messaging, cellphone interdiction/detection, and all related technologies. NCIC has approximately 95 employees covering all job positions and located all over the United States, and abroad. NCIC directly handles 100% of our operations, including software development, call processing, call center operations, rating & billing of calls.

While NCIC's footprint in the state of Kentucky is not vast, our services are provided to a large number of correctional institutions across the United States. NCIC's facility customers range in size from 5 beds to 2,200 beds. In Central America, we service facilities as large as 4,000 beds. A listing of customer references can be shown below and on the following page.

| Facility Name: | Madison County Sheriff's Office |
|---|---|
| Facility Address: | 815 Wheeler Ave. NW, Huntsville, AL |
| Contact/Title: | Courtney Cook / Compliance Manager |
| Telephone Number(s): | |
| | ██████████. |
| ADP: | 1,100 ADP |
| Installation Date: | 08/07/2019 |
| Services Provided: | Inmate Telephone and Video Visitation System |

| Facility Name: | Russell County Sheriff's Office |
|---|---|
| Facility Address: | 307 Prentiss Drive, Phenix City, AL |
| Contact/Title: | Steve ██████ |
| | ██████ |
| | ██████ |
| ADP: | 480 ADP |
| Installation Date: | 11/08/2017 |
| Services Provided: | Inmate Telephone and Video Visitation System |

| Facility Name: | Shelby County Sheriff's Office |
|---|---|
| Facility Address: | 380 McDow Road, Columbiana, AL |
| Contact/Title: | Captain Russell Bedsole |
| Telephone Number(s): | ▉▉▉▉▉▉ |
| Email Address: | ▉▉▉▉▉▉▉▉▉▉ |
| ADP: | 430 ADP |
| Installation Date: | 10/05/2015 |
| Services Provided: | Inmate Telephone and Video Visitation System |

4.  IPCS shall allow outgoing calls only and require active acceptance by the called party. Vendor shall provide a script of the call acceptance information provided to the called party. Vendor shall indicate the number of times the IPCS plays the call acceptance information to the called party and whether the called party may interrupt the prompts by selecting a digit on the keypad.

**NCICRESPONSE: READ, AGREE, AND WILL COMPLY.**

The proposed system allows one-way, out-going service only, preventing any telephone from receiving incoming calls. The centralized call switching uses a VoIP network connection to the incarcerated person's phones with only an indirect connection to the public switched phone network.

The proposed system requires positive acceptance by the called party before a call is allowed to connect. The incarcerated person and the called party cannot communicate until the call is positively and actively accepted. The incarcerated person is placed on hold while the system confirms that someone has answered and accepted the call prior to connecting the two parties. Billing for the call will not commence until positive acceptance is achieved.

Below is a script of the recording played to the called party once the phone is answered, for calls from LMDC:
- "Hello, this is an NCIC operator calling from (facility name), with a call from (incarcerated person's recording).
- "To accept this call at a rate of ($) per minute, press 1."
- "To decline this call, press 2."
- "To disallow future calls, press 3."
- "To contact our customer service department at a later time, please call 1-800-943-2189. That number is 1-800-943-2189."

This recording is able to be customized as needed, based on the specific requirements of the LMDC. Called parties have the option to interrupt calling prompts at any time by selecting a digit. Prompts are played twice to the called parties (this is customizable based on the requirements of the LMDC).

5.  For calls that are not completed, the IPCS shall play a recorded message to the incarcerated person detailing why the call was not completed. Vendor shall provide a list of the available recordings as well as a complete description of each.

**NCICRESPONSE: READ, AGREE, AND WILL COMPLY.**

The proposed ITS offers a wide range of standard recordings that are available prior to terminating the call. Shown on the following page are samples of the recordings along with a description of each. These are able to be further customized, based on the requirements of the LMDC.

| Description | Recording |
|---|---|
| Number is busy. | "The number is busy, please try your call again later." |
| Called Party did not answer | "The party you called did not answer, please try your call again later." |
| Experiencing technical difficulties. | "We are experiencing technical difficulties, please try your call again later." |
| Answering machine detected. | "You have reached an answering machine, please try your call again later." |
| Call was not accepted. | "The party you called did not accept the call." |

6. Calls through the IPCS shall be limited to 15 minutes. LMDC representatives must be able to change this call duration limit by individual PIN, specific telephone, or group of telephones. The users – incarcerated person and called party – shall be notified of time limit in advance of the system terminating the call and provide a one-minute warning.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

The proposed system can set call duration as a facility-wide, 15-minute default duration, and call length configurations are extremely granular and customizable based on the needs of the LMDC and can be applied based on specific incarcerated person PINs, Destination Numbers, or particular incarcerated person phone stations. The proposed system also includes "Time of Day" parameters that can be applied both to individual incarcerated persons or specific destination numbers to further manage calling allowances. Duration configuration preferences of the LMDC can also be applied to TTY/TDD calls, VRS calls, attorney calls, Speed Dial calls, etc.

Once the call duration is within 1 minute of the time limit, the automated operator provides a warning to both parties. One minute prior to call cut-off the automated operator indicates that the time limit has been reached.

7. The IPCS shall include user prompts in English and Spanish in addition to other languages that maybe requested by LMDC.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

The proposed system provides English and Spanish, at a minimum with multiple other language capabilities available upon the LMDC's request. Any additional languages required will be provided promptly, and at no cost to the LMDC. NCIC's proposed fully automated system provides the incarcerated person and the called party the option to select their desired language (English, Spanish or other languages as requested by the LMDC) to guide callers and the called party through the calling process. All dialing instructions, voice prompts, greetings and any interjected security messages are fully customizable based on the requirements of the LMDC at no cost.

8. There shall be an automated public IPCS allowing for pre-recorded information dissemination and current incarcerated person information referencing (i.e., visiting times, phone numbers, incarcerated person status, facility information, directions, sending money, mail, property).

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

NCIC's Inmate Information Line has the ability to interface with information sites, such as VINELink, providing the following data:  Offender ID, Date of Birth, Age and Custody Status and jail address. Customized data is also available, such as: booking dates, reason

for arrest(s), Bond Amount, Bond Date, Court name and File/Case Number. Our IVR can screen out simple requests for static information, such as Visitation Days / Hours, Address of the jail, mailing address for incarcerated persons, Facility websites and it can even connect callers to the commissary at no additional cost.

9. The IPCS shall allow LMDC to limit the number of calls per incarcerated person, within a specified number of hours, daily, weekly, or monthly. Vendor shall list the ways in which rules for calls can be assigned.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

The proposed system allows for LMDC staff to configure the number of calls placed by each incarcerated person. These limitations can be configured by a specific number of hours, daily, weekly, or monthly.

The proposed system offers an optional, easy to use PIN feature that can be interfaced with most JMS/Booking systems via a simple XML interface. PIN codes are normally used to restrict any and all incarcerated persons to particular calling patterns. Following is a partial list of PIN restrictions: restrict an incarcerated person's calling to certain days of the week, times of day for each of those days, specific phones or sets of phones, specific destination numbers, a limit on allowable numbers and call time limits.

10. Vendor shall provide information on any security configurations available within the IPCS to prevent fraud relative to automated phone trees (i.e., incarcerated persons pressing digits and reaching a live operator).

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

The proposed system prevents chain dialing and secondary dial-tone; incarcerated persons cannot make a second call until the first call is complete, and the handset is replaced onto the phone cradle. The centralized call switching uses a VoIP network connection to the Facility phones and not the public switched phone network.

11. Vendor shall provide current SOC 2 or fill in Louisville Metro IT Risk Questionnaire.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

Through our partnership with Equinix, we have provided the SOC2 Security Coverage Report that is provided to NCIC, which can be found submitted in place of the IT Risk Questionnaire.

12. Louisville Metro Non-Disclosure agreement must be filled in and signed.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

NCIC has filled in and signed the Non-Disclosure Agreement provided which can be found submitted as a separate attachment.

13. Vendor shall provide detailed information on the frequency that vendor performs remote diagnostics and troubleshooting processes that shall include failure reports, alarms, service history, and other steps taken.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

The proposed systems and all on-site equipment are remotely monitored 24x7x365 using our self- diagnosing and reporting system. The routers contain self-diagnostics software capable of automatically rebooting the equipment units if required. Our system provides automated alerts to our Network Operations Center (NOC) whenever connectivity is lost.

Equipment units can be rebooted manually and logged into remotely, configured and updated as required. Whenever the system detects an anomaly an alert and a trouble ticket are created in our Network Operations Center in Longview. In addition, the NOC provides systematic monitoring such as on the VoIP gateway devices to proactively detect bandwidth interruptions or outages. For interruptions of more than 5 minutes during phone availability times, a call will be prompted to our bandwidth provider for resolution of the fault. This approach minimizes support issues from being noticed and reported by our clients in the first place. Additionally, the NOC systematically, and remotely monitors the system to proactively identify potential disruptions to minimize any noticeable support issues from occurring. The NOC is capable of providing remote service and maintenance to address service requests. Over 90% of service requests are resolved remotely.

A review of monthly usage and trends of activity (e.g., zero usage stations, stations where usage has dropped significantly, stations with high demand) are conducted monthly. By monitoring traffic, we can identify potential failure on ports and/or equipment. Where feasible, we conduct remote access testing to identify potential locations of concern.

Shown below and on the following page are sample screenshots which show details, alerts graphs and information displayed in the NOC:






14. The IPCS shall comply with the Americans with Disabilities Act (ADA) requirements including, but not limited to, providing telephones and video relay units, which are accessible to persons in wheelchairs and providing devices, including video relay units, which are compatible with TTY devices.
    a. Vendor shall supply two teletype (TTY) phones to LMDC, also known as TelecommunicationDevices for the Deaf (TDD).
    b. Vendor must indicate how the TTY devices work with the IPCS.
    c. Vendor shall provide detail on how TTY calls can be recorded and monitored via the IPCS.

**NCIC RESPONSE:** HAS READ, AGREE, AND WILL COMPLY WITH ALL ITEMS ABOVE.

All proposed telephones are ADA-compliant and are hearing-aid compatible. If awarded, NCIC will provide the LMDC with the required TTY equipment needed (and maintain that equipment for the course of the Contract). NCIC proposes the Ultratec Superprint 4425 TDD/TTY units. It features direct connect with two built-in telephone jacks and advanced calling features like auto-busy redial, three-way calling, and TTD transfer. Call progress indicates whether the phone being called is ringing or busy. Auto-Answer takes messages for when the recipient is unavailable. Shown below is the Specification Sheet covering the proposed TTY equipment:



**Ultratec 4425**
Built-in 24-character printer
Three selectable print sizes
32 K memory
Memos you can name for easy recall and sending
Keyboard and memory dialing
Call progress (display shows whether line is ringing or busy in direct connect)
Tone-and-pulse dial (including *, # and hook flash)
Auto-answer (direct connect)
Remote message retrieval
Auto ID
Time and date
TTY voice announcer
User-programmable relay voice announcer
20-character vacuum fluorescent display
Rechargeable batteries
Optional ASCII code
Optional large visual display port (includes ASCII)

In addition to providing TTY/TDD devices as needed by the LMDC, NCIC is able to offer cutting-edge Video Relay Service (VRS) which is quickly becoming the preference for deaf/hearing-impaired incarcerated persons. VRS acts as a video visitation service for deaf/hearing-impaired incarcerated persons allowing for face-to-face interactions between these incarcerated persons and the outside party. NCIC can provide VRS at no cost to the LMDC. Following is a screenshot depicting VRS functionality:

**Screenshot – VRS Application in Use**



15. LMDC reserves the right to renegotiate this contract at any point. In such an event, LMDC and Vendor will mutually negotiate any adjustments to the Agreement and all such changes will bedocumented in an amendment.

    **NCIC RESPONSE:** READ, AGREE, AND WILL COMPLY.

16. The Vendor must agree to a Most Favored Nation clause that warrants that it will immediately provide notice to LMDC if it offers any other customer more favorable pricing terms for similar products and services and extend the same offer to LMDC, which shall go into effect within 30 daysof notice.

    **NCIC RESPONSE:** READ, AGREE, AND WILL COMPLY.

B. **Technology Features and User Applications**
   1. **Personal Identification Numbers (PIN)**
      a. The proposed system shall utilize Personal Identification Numbers (PIN) for the incarcerated persons. Describe the IPCS usage of PINs; min and max numbers, restricted, open, closed, etc.

         **NCIC RESPONSE:** READ, AGREE, AND WILL COMPLY.

         The proposed system offers an optional, easy to use PIN feature that can be interfaced with most JMS/Booking systems via a simple XML interface. PIN codes can be turned on/off for the entire facility, a group of phones or a specific phone, based on the needs of the LMDC. For example: PIN numbers can be turned on in general population but turned off in booking and juvenile. The site administrator can easily deactivate PIN numbers via the system application. The system has the capability to provide collect, debit, pre-paid, pre-paid card, free and speed dial calling utilizing a secure PIN. The incarcerated person utilizes the same PIN number for all call types. PINs shall be numeric only, and completely customizable to fit the needs of the LMDC.

         As an added disciplinary feature, an incarcerated person's phone privileges can be either deactivated indefinitely or for a specific amount of time, based on the incarcerated person's PIN. During the time that an incarcerated person's privileges have been suspended, they can still be allowed access to attorney and counseling calls,

if that is the preference of facility administration. Once the period of restriction has passed, the incarcerated person will automatically have access to use the phone.

The PIN system is fully configurable with the following features:

| PIN Features and Applications | |
|---|---|
| Incarcerated person's call restrictions based on PIN | PIN system shows first and most recent attempted/completed call date. |
| Restrictions by time of day, day of week, allowed calling lists, allowed phones/locations, limitation of free calls, limitation of commissary calls. | PIN system allows a quick view of all allowed / blocked destination numbers. |
| PINs can be changed manually or via JMS for automatic importing. | All calls can be monitored, and call activity viewed real time via the incarcerated person's PIN. |
| PINs can be deactivated via web-interface or set for delayed activation. | All reports by PIN are generated in real-time and accessible via any internet- enabled computer. |
| PIN system allows detainees to receive voicemail messages from family members on the Personal Allowed Number (PAN) list (if approved by the LMDC). | Call Detail Records ("CDRs") store all relevant call information and calls can be sorted in a myriad of ways, such as by date, PIN, incarcerated person's name, destination number, phone, duration, and call disposition. |
| PINs can be set to have delays between calls to allow other detainees the opportunity to place calls. | Certain phones can be set to not require PINs (e.g. Booking). |
| Broadcast messages can be sent by facility staff to individual incarcerated persons, groups of incarcerated persons or the whole population. | PIN system can import up to 30 data points in inmate database, such as name, birthdate, age, gender, social security number, federal ID, origin, contract status, active/inactive, race, etc. |

The proposed system provides for an incarcerated person's records and associated details to be automatically loaded when interfaced with most JMS/Booking systems via a simple XML interface. Once the file is imported (default import frequency is 15 minutes, but can be more frequent if required), and upon the first call attempt, the system prompts the incarcerated person to enter a secure 4-digit PIN2 (commonly referred to as "Passcode,") to supplement their PIN number. This eliminates the burden of manual entry by staff. As demonstrated by the following screenshot, each incarcerated person needs to input their PIN and PIN2 in order to place calls.



b. The IPCS shall prevent duplicate PINs.

c. LMDC must be able to restrict calls based on an incarcerated person's PIN, including call duration, time of day, and destination numbers.

**NCICRESPONSE: READ, AGREE, AND WILL COMPLY.**

**PIN codes are normally used to restrict any and all incarcerated persons to particular calling patterns. Following is a partial list of PIN restrictions: restrict an incarcerated person's calling to certain days of the week, times of day for each of those days, specific phones or sets of phones, specific destination numbers, a limit on allowable numbers and call time limits.**

## 2. Fraud Management

### The IPCS shall:

a. Brand each call with the name of the facility and the incarcerated person placing the call at the beginning of the call only.

**NCICRESPONSE: READ, AGREE, AND WILL COMPLY.**

**The proposed system identifies each call with the facility name, type of call, and incarcerated person's identity (typically voice recording) placing the call to the Called Party. This is performed in both collect-call and debit-based mode.**

b. Ensure the incarcerated person shall not communicate with the called party until the call has been accepted.

**NCICRESPONSE: READ, AGREE, AND WILL COMPLY.**

**The incarcerated person and the called party cannot communicate until the call is positively and actively accepted. The incarcerated person is placed on hold while the system confirms that someone has answered and accepted the call prior to connecting the two parties.**

c. Detect the difference between an accepted call, an answering machine, busy signal, and/or other telephone activity and describe such.

**NCICRESPONSE: READ, AGREE, AND WILL COMPLY.**

**The proposed system uses a sophisticated answer detection algorithm which can distinguish between standard and artificial telephone tones, standard SIT tones, busy signals and even answering machines/voicemail to ensure accurate call answering, prevent erroneous billing and subsequent complaints. This technology helps to ensure that only customers who actively accept a call are connected and billed.**

d. Have the capacity to assign approved calling numbers according to the incarcerated person PIN.

**NCICRESPONSE: READ, AGREE, AND WILL COMPLY.**

**Each PIN can be tied to an "allowed" calling list or on the general allowed call list. The system administrator at the LMDC or NCIC's customer service can set the limit of destination numbers an incarcerated person is allowed with the default limit up to 9,999 different allowed destination numbers in order to prevent random or harassing calls to unknown numbers. This list can automatically be generated by maintaining the list of destinations the incarcerated person has called and is easily customizable based on the LMDC's request.**



e. Allow LMDC to block specific numbers from being called by incarcerated persons and permit the called party to block all future calls from LMDC.

**NCIC RESPONSE:** READ, AGREE, AND WILL COMPLY.

The proposed system allows for an unlimited number of destination phone numbers to be blocked, without vendor intervention. The proposed system allows for blocking of telephone numbers at a very granular level, down to the individual telephone, incarcerated person, housing area, time of day, etc. There is no limit to the amount of numbers that are able to be blocked. Blocked numbers can be added remotely by any user with the appropriate login and access credentials. An incarcerated person's Allowed Numbers list works in conjunction with the blocked call list; if a phone number has been set to "block all" no incarcerated person at the Facility will be able to dial the phone number under any circumstances. Likewise, a phone number can be blocked for a specific incarcerated person but allowed for others.

f. Attempt to detect and prevent three-way or conference calls. Provide any patent you may have which applies to this feature.

**NCIC RESPONSE:** READ, AGREE, AND WILL COMPLY.

During the call setup announcement called parties can deny the call by pressing "2" and block all future calls by pressing "3". Any such blocked calls will be displayed in the system as "Blocked" (for that particular destination phone number) reflecting all details regarding when and how the block was applied.

g. Prevent the incarcerated person from receiving a second dial tone, or "chain-dialing."

**NCIC RESPONSE:** READ, AGREE, AND WILL COMPLY.

The proposed system prevents chain dialing and secondary dial-tone; incarcerated persons cannot make a second call until the first call is completed, and the handset is replaced onto the phone cradle. The centralized call switching uses a VoIP network connection to the incarcerated person phones and not the Public Switched Phone Network.

h. Detect any extra digits dialed by the incarcerated person after the party has accepted the call, please describe this process.

**NCIC RESPONSE:** READ, AGREE, AND WILL COMPLY.

The proposed system has the capability to detect the dialing of additional numbers and

can be configured to play a warning and/or terminate the current call, if such is detected. In no event is the secondary call attempt allowed, without properly terminating the original call.

Our patented Three-Way Call Detection system listens for silence detection on a near-real time basis using various algorithms developed based on research on thousands of three-way call attempts. When the system determines that a three-way or call forward has been attempted, a warning message can be played to the parties on the call (based on the preferences of the Facility), and the call record is permanently marked as a three-way attempt (providing administrators an easy way to go back and listen to the call). If required by the LMDC, the system can be configured to terminate any detected three-way calls. However, we typically find that correctional agencies prefer to allow them to continue, to help gather valuable investigative data.

i.   Guard against "hook-switch dialing" and other fraudulent activities and describe such.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

The proposed system prevents hook-switch dialing and secondary dial tone. The proposed phones are not connected to a traditional phone line but to the platform, which provides a synthesized dial tone and controls all interaction with the phone network, forcing incarcerated persons to hang up the existing call before they begin the next call and ignoring any keypad input which may occur in between.

j.   Have capability to remotely survey incarcerated person calls and be able to transfer specific calls in progress to investigators.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

The proposed System features an Alert system ("Hot Number Alerts") whereby alerts can be sent via email, text, or phone call, allowing investigators to receive real-time notifications and also covertly listen to calls of interest. The proposed System alerts investigators to calls of interest either prior to a call being connected or while a call is in progress (this is configurable based on the needs of the LMDC) so that investigators can listen to and/or approve the call.

Screenshot - Alert Configuration



When an "alerted" call is detected, the alert is sent to the alert list via email, voice or text (depending on the alert configuration). The alert will allow the investigator to approve/deny the call and/or listen to the call in-progress. Investigators can hear the call at any internet-connected computer or via cell phone/landline. Monitoring can be performed by multiple investigators at once, without affecting the ability of the system to record calls. Covert monitoring is not detectable by either the Called Party or the incarcerated person.

Most commonly, investigators elect to simply receive email notification of calls of interest once the call has completed, with an email (including the call recording) being delivered to the investigator after the call is finished.

3. **Voice Biometrics & Other Investigative Tools**The proposed system shall:

   a. Be equipped with a remote call-forwarding feature for those numbers that are under surveillance by the investigative unit. The feature will need to allow authorized personnel to monitor a call, from any designated remote location, while call is in progress. Call will need to be automatically re-routed once the call is accepted by the called party and in progress. There cannot be any distance barriers to the retrieval process so the remote telephone number can be located within the facility or across the country.

   **NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

   When an "alerted" call is detected, the alert is sent to the alert list via email, voice or text (depending on the alert configuration). The alert will allow the investigator to approve/deny the call and/or listen to the call in-progress. Investigators can hear the call at any internet-connected computer or via cell phone/landline. Monitoring can be performed by multiple investigators at once, without affecting the ability of the system to record calls. Covert monitoring is not detectable by either the Called Party or the incarcerated person. Most commonly, investigators elect to simply receive email notification of calls of interest once the call has completed, with an email (including the call recording) being delivered to the investigator after the call is finished.

   b. The IPCS must allow for immediate, real-time live monitoring of calls in progress. The IPCS must allow access to all features and tools from the applicable desktop client. Vendor must provide 100% support for services provided.

   **NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

   Authorized Users can securely perform all functions of the system, including live monitoring. The proposed system shows all live/current calls under the Live Monitoring tab and allows the Authorized User to easily single-click on each call to hear the active call. Multiple users can monitor simultaneously, without affecting the performance of the system, and without the parties on the call being aware of the monitoring.

   <u>Screenshot – Live Monitoring</u>



NCIC
INMATE COMMUNICATIONS

4. **IPCS Security**

a. The IPCS must be programmed for auto shut-off at times designated by LMDC.

NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.

The proposed system features include automated on/off controls, based on pre-configured schedules and the needs of the LMDC. The platform allows authorized users to shut down individual telephones, blocks of telephones or the entire telephone system, and shutdown can be completed either immediately, or done once any current calls are completed.

b. The LMDC personnel must be able to manually shut down all, or any part of, the IPCS.

NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.

The proposed system can be manually switched on/off via the secure web page using any internet-enabled device with internet access or by manual switches located in any area designated (Demarcation location, central control center, selected housing units, selected telephone) by the authorized personnel. Only authorized Facility personnel with proper login credentials (username and password) will be allowed access to this particular area of the system.





c. The IPCS shall be password protected to permit only appropriate facility personnel access.

**NCICRESPONSE:** READ, AGREE, AND WILL COMPLY.



**Facility administrators can be provided with superior permission levels which allow them to manage the login/permissions provided to other authorized users. Permission levels can be granted based on the daily job duties and tasks each user needs to perform. Authorized personnel will have the same secure Username and Password allowing them to access the system based on their security level remotely, via the Internet. Users can securely perform all functions of the system, including live monitoring, listening to recorded calls, blocking/unblocking numbers, terminating calls, PIN administration, call history searching, or any other function needed in real-time. All page views and modifications to the database are logged in detail, to provide an audit trail in our user Activity Log report. With these checks in place, any views or changes are logged with the user's login information, timestamp and their location allowing the change to be tracked back to the user and undone if necessary. All information is stored in geographically separate backup locations to ensure 100% reliability.**

5. **IPCS Reports**

a. Vendor shall supply the capability for the facility to view and track call activity and facility service requests from any location at any time via a web accessible site.

**NCICRESPONSE:** READ, AGREE, AND WILL COMPLY.

**The proposed ICE system, fully accessible from any internet enabled device, allows authorized users with proper access privileges to view and track call activity as well as transcription of all calls. The ICE system offers a comprehensive package of web-based reporting; therefore, no special reporting tools are needed. Facility service request reports are also available and when a service request is submitted, a confirmation email is immediately sent to the requestor with additional emails provided as updates occur, through until issue resolution.**

b. Vendor shall supply call detail reports to LMDC, which contain call information and be customizable to suit LMDC needs. Standard reports should also include, but not be limited to: Frequently Dialed Numbers, 3-Way Call Attempts, and Call Volume by Telephone. Vendor shall attach samples of their call detail and other standard reports.

**NCICRESPONSE:** READ, AGREE, AND WILL COMPLY.

**A comprehensive package of web-based reports is offered with no special reporting tools needed to view or download detailed live and historical call detail and revenue**

information. If the LMDC desires custom reports, NCIC will create custom reporting and can automate reports to email desired recipients as needed. Reports are available for recorded calls, with a variety of search options, incarcerated person detail and statistics, destination number statistics, destination number associations, daily/monthly revenue reports and user activity reporting. Shown below is an example of a basic raw CDR export.



All standard reports (Frequently Dialed Numbers, 3-Way Call Attempts, Call Volume by Telephone, by incarcerated person's PIN, location, date, time, etc.) are available through the web interface. Each area of the interface has the option to export the filtered data into either excel, pdf or csv. In the event custom reports are desired, NCIC has the capability to provide custom reporting and can automate reports to email desired recipients as needed and at no cost to the LMDC.

In addition to the detailed, yet easy-to-understand reports being sent to the appropriate LMDC recipient on a monthly basis, authorized system users can easily pull their own revenue and Call detail reports at any time, using the Call History report. The system allows users to easily pull all completed calls for a given traffic month and includes all revenue information for all completed calls.

The proposed system's Call History Reporting page will exceed expectations for search, reporting and sorting requirements. All call attempt and completion data is accessible for the life of the Contract, and beyond, if needed. Our Call History reports allow searching by whole or partial destination numbers, call disposition, incarcerated person's name/AIS, telephone location, and many other options. The Call Detail screen shown below lists all calls that are placed/accepted in addition the report lists the date, time and duration of all calls completed through the system, as well as the total charges associated with each call.

<u>Screenshot – Call History Reporting</u>



Please refer to a listing of Sample Reports provided in a separately submitted attachment.

c. Vendor shall provide a secure access to all calling activity within the facility via the internet/web. The hosted site will need to provide an interface that will allow facility to view call detail reports. This system should also allow facilities to open and/or view the status of service tickets.

**NCIC RESPONSE:** READ, AGREE, AND WILL COMPLY.

Authorized users have the ability to securely access all reports and calling activity at any time via the intuitive user interface. As with all other functions of the proposed ITS, Authorized Users will need their unique login (username and password) in order to access all reports and calling activity.

**C. Service & Maintenance**

1. Vendor shall provide 24-hour, toll-free service number.

**NCIC RESPONSE:** READ, AGREE, AND WILL COMPLY.

NCIC's Bi-Lingual Facility Support Department is available 24/7/365 and can be contacted by telephone at 903-757-4455 or toll-free 888-686-3699, or through email (for trouble-ticketing) at support@ncic.com. Callers can easily access a live agent within a few seconds, by following the easy prompts. NCIC directly provides the technical services including customer service and facility support – at no time will these functions be outsourced to a third-party company, they are all managed from our company headquarters in Longview, TX. NCIC proudly operates the most customer-friendly Call Center in the inmate telephone industry, recognizing that satisfied friends and family result in more completed calls and minimal complaints to the correctional agency.

2. Vendor shall physically respond to all major service outages within four (4) hours.

**NCIC RESPONSE:** READ, AGREE, AND WILL COMPLY.

NCIC provides physical responses to all major service outages as requested above. For additional information, please refer to our Service Policies and Procedures which is included as a separate attachment to this response and includes the service response matrix depicted below. Technicians are available 24x7x365 and work in a close team environment so they back-up each other on after-hour coverage. NCIC responds promptly to all service outages and maintenance requirements.

| Service Priority Levels | | | |
|---|---|---|---|
| **Service Level** | **Description** | **Response Time** | **Resolution Time** |
| High | Report of 50% or greater of equipment is not operational. Any occasion when NCIC's admin portal cannot be accessed by the LMDC. | 1 hour | 4 hours |
| Medium | Report of 25% or greater of equipment is not operational. Any occasion when recording or live monitoring utilities are non-operational or malfunctioning. | 2 hours | 10 hours |
| Low | <25% of equipment is not operational. Static or other noise heard while conducting a telephone call. Administrative function not working in NCIC's admin portal. | 4 hours | 24 hours |

**NCIC** INMATE COMMUNICATIONS

3. Vendor shall respond to routine service calls within 48 hours.

**NCIC RESPONSE:** READ, AGREE, AND WILL COMPLY.

Please refer to the immediate previous response.

4. Vendor shall provide service policies and procedures as an attachment to this proposal and describe the maintenance and quality assurance programs for telephones to be installed.

**NCIC RESPONSE:** READ, AGREE, AND WILL COMPLY.

NCIC has provided a detailed description of our Service Policies and Procedures which is included as a separate attachment to this response.

5. It is solely the Vendor's responsibility to provide installation and maintenance which includes all wiring at the detention facilities as well as any additional wiring required to facilitate visitation recording and monitoring.

**NCIC RESPONSE:** READ, AGREE, AND WILL COMPLY.

NCIC will provide all preventative maintenance and system software updates at no cost to the LMDC. Major releases are scheduled every quarter (at least), as we add new products and features to the platforms. Prior to applying any changes or upgrades to the proposed systems, NCIC will perform extensive testing to all applications to ensure the new system or feature operates optimally and is free of any defects. NCIC will coordinate with the LMDC to ensure that any and all major changes made to the system are scheduled at a time convenient to the LMDC so that we avoid interruption to service.

6. Detail equipment installation charges, if any.

**NCIC RESPONSE:** READ, AGREE, AND WILL COMPLY.

NCIC is responsible for all costs of the proposed system, including installation, at no cost or charge except our per-phone usage costs outlined in our pricing offer.

7. Detail the method of determining service interruptions and service call phones. List response time for each priority and the level of expertise devoted to each priority.

**NCIC RESPONSE:** READ, AGREE, AND WILL COMPLY.

NCIC has provided our Service Policies and Procedures which is included as a separate attachment to this response.

8. Provide a contact person who will be responsible for ongoing account management and support.

**NCIC RESPONSE:** READ, AGREE, AND WILL COMPLY.

NCIC will assign Bill Pope as the main point of contact for LMDC during the entire Contract term. Bill Pope will oversee final Contract documentation and ongoing Contract management, act as primary liaison with the appropriate LMDC and Facility personnel, manage the implementation of all services, ongoing maintenance and oversight and management of the day-to-day operations to include direction of NCIC's overall team.

9. List the service office responsible for all LMDC facilities.

**NCIC RESPONSE:** READ, AGREE, AND WILL COMPLY.

ShawnTech Communications will operate as subcontractor and will supply NCIC with technicians to install all communications equipment at the LMDC facilities. ShawnTech Communications is proud to be recognized as a Minority Owned Business Enterprise (MBE) and holds numerous certifications at state and local levels. ShawnTech has been

**NCIC**
INMATE COMMUNICATIONS

providing installation and maintenance-related services to correctional facilities for 26 years. Further detail can be found below:

**ShawnTech Communications**
**Contact: Janna Trowbridge, Director of Field Operations**
**Address: 8521 Gander Creek Dr., Miamisburg, OH 45342**
**Phone: 937-307-7327**

In addition to the Subcontracted installation services listed above, NCIC will be utilizing the services of local technicians from Access Voice and Data Solutions (AVDS), which is located approximately 20 minutes away from the LMDC facilities. AVDS will be responsible for maintaining all equipment at the facilities and providing routine maintenance for the life of the Agreement. AVDS has a history of servicing correctional facilities with communications wiring and maintenance. Additional details can be shown below:

**Access Voice and Data Solutions**
**Contact: Erin Watson**
**Address: 1441 Lincoln Avenue, Louisville, KY 40213**
**Phone: 502-361-1881**

10. Vendor shall provide LMDC with escalation procedures for handling customer support issues including, but not limited to, maintenance, outages and reporting issues. Procedure descriptionshall include the contact names, contact numbers, email addresses and level of authority for theperson(s) responsible for escalated issues.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

NCIC's service matrix provided in item #2, Page 27, displays typical response and repair times that can be adjusted according to the LMDC's preferences, if desired. Please refer to the customer support contact information and level of authority listing provided below and on the following page.

11. Vendor shall provide on-site response time, priority levels and escalation schedule for emergency outage/service issues at and/or related to the facilities as an exhibit to its RFPresponse.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

NCIC's service matrix provided in item #2, Page 27, displays typical response and repair times that can be adjusted according to the LMDC's preferences, if desired. Please refer to the customer support contact information and level of authority listing provided below and on the following page.

**Customer Support Group**

**Level 1**
**Customer Support Representative**                    1-888-686-3699, or
Luisa Rios                                             1-903-757-4455 ext 1028
Luisa.Rios@ncic.com

**Level 2**
**Client Services Director**                           1-888-686-3699, or
Randy Polk                                             1-903-757-4455 ext 1020
randy.polk@ncic.com

**Level 3**
**Technical Support**                               1-888-686-3699, or
Michael Reithmeier                                  1-903-757-4455 ext 1022
Michael.reithmeier@ncic.com

**Level 4**
**President / Account Executive**                    1-888-686-3699, or
Bill Pope                                           1-903-757-4455 ext 1001
bill.pope@ncic.com                                  Cell: Provided upon award

**D. Infrastructure Installation & Replacement**
1. Vendor will provide an audit of existing infrastructure to evaluate existing phone sets, the remote administration station and the automated incarcerated person call control system, remote system access via the LAN and the system and ensure that they are working properly.Vendor will provide any necessary replacement of damaged or non—working devices within sixty (60) days after award of contract. Vendor will cover cost of any increased infrastructure.

   **NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

   **A detailed response on emergency outages / service issues and NCIC's approach to providing on-site response is included within our Service Policies and Procedures which is included as a separate attachment to this response.**

2. Vendor shall submit a complete and detailed schedule of the timeframe required for device replacement if any, utility coordination, training, and testing. The system must be in place in a manner and under a timeframe designed to minimize disruption of the normal functioning of the facilities.

   **NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

   **NCIC standard process for auditing existing infrastructure prior to cutting over our proposed system from the previous provider involves little to no downtime in phone service for the incarcerated person populations. Our experienced Field Technicians and Installation Team recommend a thorough site visit to evaluate and carefully plan the cutover such that the new NCIC Telephone hardware is installed over the previous provider's network for a short period and, after the hardware installation has been successfully completed, NCIC's network equipment is activated to bring the NCIC system online, through the new hardware. If needed, the actual cutover can be completed outside of normal telephone availability (e.g. early morning or late evening), to ensure there is zero disturbance to the incarcerated person population.**

   **Should NCIC be awarded, a thorough Site Visit is recommended to ensure equipment counts/positioning and all other considerations are fully understood in order to meet and exceed the LMDC's expectations.**

3. If the schedule cannot be met within the 60 days stated above, Vendor must propose an installation schedule of events. Failure to state installation time in the bid will obligate the Vendor to complete installation so as required in the bid. Extended installation time may be considered when in the best interest of the LMDC.

   **NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

   **NCIC anticipates no issues with meeting or exceeding the required 60-day installation timeline.**

   **NCIC has provided a draft implementation plan which follows a "phased" approach**

incorporating quality assurance measures to ensure a seamless transition, minimizing the risk of disruption of phone service, and ensuring completion of the project by the desired completion date. The project plan will be modified per agreed upon contract terms and will follow the project plan and template. Shown as a separate submitted attachment is a draft implementation 8-week plan and in the event any customization is required, NCIC will promptly update an Implementation Plan for review and approval, prior to any changes and new installations or implementations.

4. Any delay in the implementation of the Vendor's schedule that is caused by LMDC or LouisvilleMetro Government (LMG) will increase the Vendor's time allowance to complete installation but contractor must submit a complete and detailed schedule of additional time required.

NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.

5. Vendor will assume the risk of loss and or damage during shipment, unloading and installation.

NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.

At no time will NCIC hold the LMDC responsible for any loss or damage of equipment during shipment, unloading or installation.

6. Vendor shall create a 3-month contingency plan to account for increases in call volume associated with the provision of free call services that includes the installation of additional voice communication devices as needed to be determined by LMDC.

NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.

The proposed system, including all software and hardware, is completely scalable and thus provides no type of limit for any of the services provided. If at any time there is a requirement to increase the number of communication equipment at the Facility, NCIC will be responsible for any costs associated with any aspect of the additional equipment. NCIC would not require 3-months to scope and install additional communications equipment.

7. The IPCS shall be a turnkey, non-coin.

NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.

The proposed system is a fully turnkey communications platform and service solution which includes all technologies and network requirements requested by the LMDC.

8. The vendor shall provide non-coin incarcerated person telephones composed of durable, tamper-free equipment suitable for jail environments. Equipment must not contain any removable parts.

NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.

The NCIC phone employs a heavy-duty armored handset that is hearing aid compatible and has an anti-static receiver. The phone's housing is made of durable 14-gauge stainless steel which is ideal for a correctional environment – there are no exterior removable parts and hardware is in full compliance with ADA requirements. Our proposed phones offer volume control and have a rubber seal to prevent moisture from entering through the back of the phone. NCIC has developed our own phone to include buttons that are 100% larger than standard phones, allowing visually impaired incarcerated persons to see the numbers and letters more easily on the keypads. Further, the phones are easier to use in low-light conditions, as the numbers and letters are over 100% larger than traditional phone keypads. Shown on the following page are several variations/examples of our standard telephone hardware.

NCIC
INMATE COMMUNICATIONS



9.  The IPCS shall include any hardware, such as computer, printer, and modem, and any system software necessary to allow facility personnel to query, display, and print incarcerated person telephone activity.

NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.

The proposed system is easily accessed from any internet enabled device and typically requires no additional hardware or equipment. However, in the event the LMDC requires such items as are listed, NCIC will provide such peripherals at no cost.

10. The IPCS software shall be based on security level and password protected.

NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.

The proposed ITS allows for allocation of user access levels in a very granular fashion. Facility or agency administrators can be provided with superior permission levels which allow them to manage the login/permissions provided to other Authorized Users. Permission levels can be granted based on the daily job duties and tasks each User needs to perform. Authorized Users are able to be provided with the same secure Username and Password for all proposed applications, allowing them to access the system(s) based on their security level remotely, via the Internet. Authorized Users can securely perform all functions of the system, including live monitoring, listening to recorded calls, blocking/unblocking numbers, terminating calls, PIN administration, call history searching, or any other function needed in real-time (based on their individual level of system access/permission). All page views and modifications to the database are logged in detail, to provide an audit trail in our user Activity Log report. With these checks in place, any views or changes are logged with the Authorized User's login information, date/timestamp and their originating IP address allowing the change to be tracked back to the User and undone, if necessary. All information is stored in geographically separate backup locations to ensure 100% reliability. Please reference the User Set Up Screenshot found on page 25.

11. All Vendor equipment shall comply with FCC regulations.

NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.

All equipment meets or exceeds applicable FCC licensing, rules, and certification regulations. FCC FRN# and other certification-related documents are available upon request. NCIC proudly operates with calling rate and fee structures which meet or exceed the requirements of the FCC and various State regulatory bodies.

**NCIC** INMATE COMMUNICATIONS

12. The Vendor will be responsible for the cost of maintenance and repair of the system.

**NCICRESPONSE: READ, AGREE, AND WILL COMPLY.**

13. The proposed equipment and system shall be scalable to meet LMDC growing needs at no cost to LMDC.

**NCICRESPONSE: READ, AGREE, AND WILL COMPLY.**

Our scalable platform can easily be upgraded to accommodate increased call traffic and recordings by simply adding equipment. Any equipment additions will be provided at no cost to the LMDC for the duration of the Agreement, including any extensions or renewals.

14. Vendor equipment shall include a backup power supply.

**NCICRESPONSE: READ, AGREE, AND WILL COMPLY.**

All equipment is connected to a network-enabled Uninterruptible Power Supply (UPS) backup in order to prevent down-time during power failures or conversations from power to generator. The UPS units allow for remote power management by our Network Operations Center (NOC) for up to four (4) hours. In an effort to guard against VoIP router outages, we utilize UPS battery backup units, which also provide surge protection.



**EQUIPMENT SPECIFICATIONS / UNINTERRUPTIBLE POWER SUPPLY**

An Uninterruptible Power Supply (UPS) unit protects the AdTran equipment in the event of a power outage.

**UPS Specifications:**
- Manufacturer: APC
- Model: BE650G
- Dimensions: 7.09" x 11.18" x 3.39"
- Nominal Input Voltage: 120V
- Input frequency: 50/60 Hz
- Input Connections: NEMA 5-15P
- Active Network Diagnostics

**UPS Environmental Specifications:**
- Operating Temperature: 32 - 104 °F (0 - 40 °C)
- Operating Relative Humidity: 5 - 95 %
- Storage Temperature: -15 - 45 °C
- Storage Relative Humidity: 5 - 95 %

15. Disclose, with percentages clearly shown, what work is or will be subcontracted, and what work is or will be performed by the Vendor's employees.

**NCICRESPONSE: READ, AGREE, AND WILL COMPLY.**

No aspect of the proposed solution will be outsourced to subcontractors, 100% of the required work will be undertaken by direct NCIC employees.

16. Indicate your firm's ability to provide the facility with programming to integrate with the IPCS. Indicate the ability of the system to identify:
    a. Telephone number originating call
    b. Time of call
    c. Telephone number called
    d. Most frequently called numbers
    e. Length of call
    f. Identify numbers called from a specific telephone number
    g. Identify telephone numbers called by a specific incarcerated person

h. Alarm number status
i. Alarm a telephone number and allow automatic recording of the call
j. Multiple calls from different incarcerated person phones to the same number

**NCIC RESPONSE:** HAS READ, AGREE, AND WILL COMPLY WITH ALL ITEMS ABOVE.

The proposed system allows authorized users access from any Windows-based computer with internet connectivity to be able to utilize all features and capabilities of the system. A myriad of reports including all items listed above, customizable, and exportable as XLS, XLSX, CSV or PDF files, allowing users to search call data by any parameter at no cost to the LMDC. Below are sample report screenshots with export feature and multiple search parameters.

### Report Columns / Options:



### Report / Export Feature:



**E. Call Monitoring & Recording**

1. Any communication between the incarcerated person and the called party must have the capability of being recorded.

**NCIC RESPONSE:** READ, AGREE, AND WILL COMPLY.

The proposed system is capable of permitting full monitoring and recording of all communications made from any telephone within the Facility, unless there are restrictions that prohibit the recording and monitoring of certain calls, such as attorney-client restrictions.

2. Communication between the incarcerated persons and the Public Defender's office, or other attorney, should not be recorded. The system must allow the facility to identify phone numbers that should not be recorded.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

NCIC is the only large Inmate Telephone Provider that has never been a party to legal proceedings for mis-handling Attorney-Client calls. If required, NCIC will work with the incumbent provider (or the Facility / LMDC) to receive an export of existing 'Privileged' numbers from the existing system, however, rather than blindly dumping that list into the proposed system, we take the following precautions:

- Before entering that list into the NCIC system, our team thoroughly "scrubs" the list (including actually calling each and every number) to verify that:
  - ✓ All numbers still belong to legitimate legal representatives;
  - ✓ There is a BAR number associated with each number;
  - ✓ The name of the attorney firm is noted with each number, and;
  - ✓ That the attorneys actually want to receive calls from incarcerated persons at that Facility.
- Once the list is "scrubbed" and updated, it is provided to the agency for review, and to add any other known, verified, approved legal numbers.
- Once finalized and approved by the LMDC, NCIC loads the list into our Inmate Call Engine as "Do Not Record," along with all pertinent details for each destination number.
- On a quarterly basis (at least, or at a frequency specified by the LMDC), NCIC's team repeats the "scrub" of the Do Not Record list, sharing an updated file with LMDC each time.

  The entire process for scrubbing/updating/managing Privileged calls is designed to take the maximum amount of legwork off of the LMDC but provide the maximum amount of coverage for the agency, from both a liability and security standpoint.

3. The IPCS shall maintain 180 days of call recording online.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

All call recordings and system data are backed up in real-time and available through any internet-enabled device. Recordings are available for the duration of the agreement, and longer if required by the LMDC.

All information and recordings are stored in geographically separate redundant backup locations to ensure 100% reliability. The primary data center is located in Longview, TX and backed up at our "mirror location" in downtown Dallas, TX. As a tertiary level of protection, all recordings and call detail are stored with Amazon's Web Services S3 Cloud. The proposed system was the first inmate telephone service to use the Cloud to provide the utmost redundancy and security in call recording and call detail storage. It utilizes Amazon's GovCloud services, which are designed to host the most sensitive data, and address the most stringent US government security and compliance requirements. Call recordings are stored in a minimum of 3 separate locations and encrypted in AWS' proprietary encryption code. All call records and system data are backed up in real-time. The call recordings and call detail are immediately copied to Amazon's GovCloud for off-site redundancy. Access to AWS GovCloud services is limited to vetted account holders that must be held by US citizens.

4. Facility personnel must be able to search call recordings by dialed number, date, time, incarcerated person account, or site ID.

**NCICRESPONSE:** READ, AGREE, AND WILL COMPLY.

**Our Call History and Call Detail Reports (CDRs) allow searching by partial destination numbers, call disposition, such as answering machine, no answer, busy line, call denied by caller, call blocked by caller, invalid PIN (when incarcerated persons are trying to fraudulently use PINs), invalid destination number, frequently called numbers and over 20 more options.**

5. Facility personnel must be able to simultaneously listen to and record conversations.

**NCICRESPONSE:** READ, AGREE, AND WILL COMPLY.

**The proposed system shows all live/current calls under the Live Monitoring tab and allows the Authorized User to easily single-click on each call to hear the active call. Multiple users can monitor simultaneously, without affecting the performance of the system, and without the parties on the call being aware of the monitoring.**

6. Recordings must be backed up for archival purposes. Please describe system utilized.

**NCICRESPONSE:** READ, AGREE, AND WILL COMPLY.

**All call recordings and system data are backed up in real-time and available through any internet-enabled device. Recordings are available for the duration of the agreement, and longer if required by the LMDC.**

**NCIC utilizes a centralized platform with its primary facility located at our headquarters in Longview, Texas and our secondary platform in Dallas, Texas. All recordings and call detail are stored with Amazon.com's Web Services S3 Cloud.**

7. Vendor shall provide real-time access to all the data within this contract, whether data is derived by Vendor or their designated sub-contractor, including but not limited to all financial records, all account information, including but not limited to, incarcerated person's debit account information, all pre-paid account information, debt, collect call information, all transaction history on all calls, including but not limited to, all fees. Furthermore, Vendor must include all detailing information on a per-call basis including but not limited to the complete call billing and detail record of all charges, fees and information. Data must also be available in an exactable downloadable open source and auditable format.

**NCICRESPONSE:** READ, AGREE, AND WILL COMPLY.

**NCIC will disclose and share any and all data required that pertains to us or any hired subcontractors in terms of financial records, account information, debit account information, all pre-paid account information, debt, collect call information, etc.**

**The proposed system is extremely intuitive and easy to understand. Authorized access allows LMDC personnel to control the Facility phones, actively live-monitor calls, search, save, download and share call detail records, and all functions of the system based on their access level.**

**The proposed system's powerful Call History tab provides the search, reporting and sorting requirements to easily find any completed or attempted call. Quick search shortcuts allow administrators to search for calls "today", "Last Month", etc. All call attempt and completion data is accessible for the life of the contract., and beyond, if required. The Call History tab provides access to call recordings and call notes as well.**

**The platform can easily insert all calls for a given case into a specific briefcase folder**

**NCIC**
INMATE COMMUNICATIONS

(separate folders can be created and labeled based on ongoing cases / investigations). A configuration/alert can be set that automatically organizes call recordings from particular incarcerated persons, phones, or called numbers into the designated investigative Briefcase. This allows for quick access to these calls for the user to view, listen, share with others, or download for investigative purposes.

Transferring recordings for use by the staff during routine investigations is provided via the Briefcase feature. The Briefcase Tab allows an investigator to choose other users within their agency or outside agencies by clicking on "Share" to immediately provide the download to investigators by selecting the user list, select user, click "Add", and click "Share" again. The call is shared via user access and email with the email providing full information on ability to access the recording. The proposed ITS can easily insert all calls for a given case into an investigative "Briefcase" folder. A configuration/alert can be set that automatically organizes call recordings from particular incarcerated persons, phones, or called numbers into the designated investigative Briefcase. This allows for quick access to these calls for the user to view, listen, share with others, or download for investigative purposes. See example screenshots that follow:



8. All data shall belong to LMG and not the Vendor and cannot be used or distributed for any other purpose by the vendor.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

**F. Training**

1. Vendor shall provide on-site training to LMDC staff in system administration, operation, and reporting at no cost to LMDC. This training will be repeated as needed for new staff, not to exceed twice per year at no cost to LMDC.

2. Describe training program; include description of course and any applicable documents.

**NCIC RESPONSE: HAS READ, AGREE, AND WILL COMPLY WITH ALL ITEMS ABOVE.**

NCIC provides free, comprehensive training to all customers and will provide free recurring training as needed and/or requested by the LMDC. Facility Administrators, along with any LMDC staff who will have access to the equipment and the system interface are thoroughly instructed on how to use the proposed platform. Staff will receive hands-on training to ensure they are properly acquainted with the new system. Training can be provided over multiple days and shifts to ensure all Facility staff has a chance to participate, if needed. All staff will be provided with a detailed syllabus, as well as a training manual. In addition, the proposed ICE platform also offers the Documentation section where users can search for features to obtain instructions; there are more than thirty (30) brief "How To" videos.

NCIC will provide on-site training based on staffs' areas of expertise, including, but not limited to:
• System administration, operation, and reporting
• Investigative features for investigative staff

Initial on-site training is provided during the implementation and is included as part of the overall project plan. NCIC will work with the LMDC's Project Manager to identify who is to be trained along with the type of training the staff is to receive (e.g., Administrator, Operation, Reporting, Investigative).

A hands-on demonstration and training is provided to all necessary individuals to ensure they are properly acquainted and familiar with the new system. Training will be provided over multiple days and shifts to ensure:
• All staff can attend;
• Trainings are provided for staff's area of focus (e.g., administration, investigation);
• Smaller class sizes; and
• To accommodate the staffs' schedules.

On-demand, ongoing training will be available via Phone/WebEx, or on-site if preferred by the LMDC. Phone/WebEx training can be done same day in the case of emergency, and all ongoing refresher training is provided at no cost to the LMDC. Please see the sample training agendas on the following page:





Additionally, as mentioned above, Authorized Users are able to access a large range of brief "How To" videos, covering various common functions of the proposed system. Please see example screenshots that follow:





**G. Fees, Rates & Payment Options**

1. Vendor shall maintain a list of toll-free phone numbers (e.g., Public Defenders office).

   **NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

   NCIC is the only large Inmate Telephone Provider that has never been a party to legal proceedings for mis-handling Attorney-Client calls. If required, NCIC will work with the incumbent provider (or the Facility / LMDC) to receive an export of existing 'Privileged' numbers from the existing system, however, rather than blindly dumping that list into the proposed system, we take the following precautions:

   - Before entering that list into the NCIC system, our team thoroughly "scrubs" the list (including actually calling each and every number) to verify that:
     - ✓ All numbers still belong to legitimate legal representatives;
     - ✓ There is a BAR number associated with each number;
     - ✓ The name of the attorney firm is noted with each number, and;
     - ✓ That the attorneys actually want to receive calls from incarcerated persons at that Facility.
   - Once the list is "scrubbed" and updated, it is provided to the agency for review, and to add any other known, verified, approved legal numbers.
   - Once finalized and approved by the LMDC, NCIC loads the list into our Inmate Call Engine as "Do Not Record," along with all pertinent details for each destination number.
   - On a quarterly basis (at least, or at a frequency specified by the LMDC), NCIC's team repeats the "scrub" of the Do Not Record list, sharing an updated file with the LMDC each time.

   The entire process for scrubbing/updating/managing Privileged calls is designed to take the maximum amount of legwork off the LMDC but provide the maximum amount of coverage for the agency, from both a liability and security standpoint.

2. All communication, including international calls, shall be processed as free to incarcerated persons and called parties. The Vendor and or their partners or subcontractors must agree to not charge or collect from incarcerated persons and/or called parties any fees. Vendor will fully absorb all fees passed onto them by a third party (i.e., billing agency, subcontractor, etc.).

   **NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

   All voice and video communications will be offered to incarcerated persons and their families at no cost. Neither NCIC or its subcontractors will charge incarcerated persons or family members for any services provided. Please refer to our overall Pricing Offer found as a separate attachment to this response.

3. Vendor will directly bill LMDC for services covered under this RFP using one of the following compensation options. Bidders must bid using at least one of the following options.
   a. Option 1: A fixed annual cost amount that shall be payable by LMDC in equal monthly increments.
   b. Option 2: A monthly fee per calling device that shall be payable by LMDC.

   **NCIC RESPONSE: HAS READ, AGREE, AND WILL COMPLY WITH ALL ITEMS ABOVE.**

   NCIC agrees to the rate and compensation options listed above and has provided a detailed listing of our overall Pricing Offer which can be found as a separate attachment to this response.

**H. Audit**

Vendor agrees to have an audit examining billing conducted by an independent third party selected and paid for by LMDC. LMDC reserves the right to audit all transactions. In the event any error to the detriment of LMDC is found (whether unauthorized deduction or other), Vendor shall be responsible for immediate payment of the underpaid amount within 60 days of notification PLUS a penalty equal to 10% of the underpaid amount. Payment of such amount and penalty is non-negotiable. Failure to remit payment within 60 days of notice shall constitute default by vendor.

Vendor shall maintain accurate, complete, and auditable records and reports during the term of the contract and for no less than two (2) years after the term of the contract covered thereby in accordance with generally accepted accounting principles. Failure to comply with this full audit rights provision will be grounds for termination of the contract at LMDC's discretion.

**NCIC RESPONSE: HAS READ, AGREE, AND WILL COMPLY WITH ALL ITEMS ABOVE.**

NCIC is a financially sound company and has never failed to meet any of its financial obligations to its creditors or facility partners as is proven by our Dun & Bradstreet credit report. Credit and/or bank references can be provided to the LMDC upon request. NCIC is one of the few telephone providers that can provide audited, independent financial statements and also submits its financial data to Dun & Bradstreet for public posting of financial condition and payment/credit histories. NCIC performs an annual comprehensive audit of financials and internal controls.

NCIC operates with complete transparency in all dealings and will agree to an annual audit / reconciliation of our own operations, *by an independent entity of the LMDC's choosing.*

**I. Additional Integrated Technology**

LMDC is seeking additional technological applications which can interface with the IPCS system for state-of-the-art inmate monitoring, protection and tracking; as well as a tablet and/or kiosk system for video visits and email, electronic messaging (text), digital mail service, as well as integration with LMDC's jail management system (JMS).

1. Inmate Monitoring and Tracking:
   a. A system utilizing RFID technology for inmate identification and location monitoring, as well as automation of security rounding and management of inmate housing assignments, restrictions, and demographics.

   **NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

   Through a partnership with GUARD1 , NCIC is proposing to offer the LMDC a state of the art inmate monitoring and tracking technology that will meet and exceed the LMDC's expectations. As part of our offer, the LMDC will be provided with RFID wall tags, wristbands, and mobile devices to provide real time and automated tracking. This proposed technology is able to offer your staff with the following functionality:

   1. GUARD1 electronically logs officer security rounds, activities, and inmate movement – accurately providing electronic proof of presence.
   2. GUARD1 helps Facility staff fully customize their electronic logs and reporting needs – whether its inmate well-being checks, cell check observations, inmate movement, activity logging, and more.
   3. GUARD1 provides real time reporting, updates, and alerts.  Generate reports from selected parameters and save commonly run reports for easy reporting. Monitor real

time checks with the **GUARD1 Whiteboard View**. Receive system alerts via the GUARD1 desktop application and email.

4. GUARD1 interfaces with your agency's management system.

GUARD1 is securely accessible from any workstations that is installed in your facility. Our platform supports integrations with your jail/offender management system, sharing inmate information, housing assignments, inmate restrictions, keep separates, and inmate photos automatically.

The proposed GUARD1 wristbands are configured to require a manual physical scan of an individual's wristband, based on the requirements of the Facility. Additionally, the proposed GUARD1 system can allow for facility staff to perform "officer logs" or "well-being checks" on inmates by scanning their mobile device on wall-mounted devices placed in the Facility.

## GUARD1 RFID Wall Tags



GUARD1 RFID Wall Tags work with the SuperMax Mobile device supported by the GUARD1 system. With a limited lifetime warranty, these durable Wall Tags are built for the toughest environments.

## LaserPrint Wristbands



Durable, tear resistant, waterproof, and tamper evident, these wristbands are durable and meant to last in a correctional environment. They're easily customizable allowing you complete control over what you put on them – pictures, ID numbers, names, patterns, logos, special symbols – you have complete control.

b. System must include mobile/hand-held device option for staff for ease of use and efficiency

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

GUARD1 Real Time is a powerful mobile Android app that enables Facility staff to electronically document all of their tasks and activities.

When officers log in to their GUARD1 SuperMAX device, they will log in to their assigned duty posts where they will see a task list outlining everything they need to complete during their shift. Automate security rounds, inmate tracking, activity logging in real time.



## SuperMAX Overview

SuperMAX is our rugged, military-grade Android Scanner. Each SuperMAX includes:

- Warranty
- High capacity, hot-swappable rechargeable batteries that can cover 12-hour shifts+
- Docking station

Our SuperMAX mobile RFID devices come with a sturdy hand strap, spare battery, and a charging dock.

c. Must provide real-time reporting.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

GUARD1's Real Time desktop application can be installed designated LMDC workstations to give your staff the ability to see updates in real time. Both customizable reports and our desktop whiteboard view allow supervisors to see checks and activities as they're made in real time. They can also configure alerts through the application to push alerts for late or missed checks.



d. Includes ability to customize data collection and reporting options.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

GUARD1 helps Facility staff fully customize their electronic logs and reporting needs – whether its inmate well-being checks, cell check observations, inmate movement, activity logging, and more. GUARD1 provides real time reporting, updates, and alerts. LMDC staff will have the ability to generate reports from selected parameters and save commonly run reports for easy reporting.

2. Video Visits:

a. A video visitation system which allows for scheduled, remote, on-line visitation/communication to take place between the public and the incarcerated population, preferably utilizing a mobile tablet device option as an addition or a replacement of a kiosk/workstation system.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

NCIC's InTouch Video Visitation System (VVS) is a proprietary, centralized, web-based application that allows for both on-site and off-site Video Visitation, as well as a range of additional applications and services which can be activated based on the preferences of the LMDC. Available services and applications include Video Visitation, Inmate Messaging, Inmate Ticketing (grievances, medical requests, general requests, etc.), Facility Documents, Broadcast Announcements and access to approved third-party services (e.g., law library, commissary, etc.).



**Video Visitation Equipment**
Video Visitation is performed through the use of kiosks which can be provided through a variety of wall-mounted and portable rolling options. The proposed wall-mounted

VVS kiosks has been designed specifically for use in a correctional environment, sturdy, robust, with no exterior removable components. The top surface of the kiosk is angled in order to prevent inmates from placing drinks and other items on top of the units, which are moisture resistant. Neither NCIC nor our Facility customers have encountered any limitations of the proposed VVS. Shown below are the typical specifications pertaining to the equipment:

**EQUIPMENT SPECIFICATION SHEET / VIDEO VISITATION DESCRIPTION**

The NCIC video visitation kiosk offers touch-screen input and is made of a rugged 16-gauge steel shell that contains small openings for cooling and ventilation – there are no exterior removable parts. The NCIC kiosk employs a heavy-duty armored swivel handset that is hearing-aid compatible, and has an anti-static receiver. The NCIC kiosks are designed to be wall mounted in its structure by being securely bolted. Aside from wall mounted kiosks, NCIC also provides correctional facilities with a portable kiosk option that can be easily transported to provide video communication and a range of other inmate applications.



The interior of the proposed kiosks contain a powerful encrypted CPU and monitor designed to be secure and ideal for a correctional environment.

**FEATURES**
- **Polywell Mini PC**
  CPU : Intel Celeron Quad core @ 2.0Ghz
  Ram : 4 Gb
  Storage : 32gb SSD
- **Kingtouch Monitor**
  17-inch touch screen
  Tempered shatterproof touch panels
- **Cameras**
  Microsoft LifeCam cinema 5.0 Mega Pixels
  ELP-USBFHD06H-MF80 2mp USB Camera
  (8MM manual focus lens, 3m USB cable, without microphone)
- **Handsets**
  24inch and 32 inch swivel handsets
- **Video Visitation Unit Shells**
  17-inches wide, 19-inches in height and 6-inches in depth
- **Kiosk Shells**
  19-inches wide, 11 ½ inches in depth, 59-inches in height, with a 22-inch x 21-inch base plate



**Environmental Specifications**
- Min. Operating Temperature: 32°F / 1.7°C
  Max. Operating Temperature: 90°F / 32.2°C
  Operating Relative Humidity: 8% to 90%

In addition to the proposed kiosks, video visitation sessions can also be made through the use of our rugged inmate Tablets. The proposed tablets have a heavy-duty exterior which is specifically designed for a correctional environment, allowing it to withstand a shock and/or drop test onto concrete. NCIC has used similar grade materials to the kinds used in bullet resistant glass, windows in correctional facilities, military applications, etc. This case protects the tablet from tampering, general damage, and contraband storage. NCIC has only allowed access through this secure case to critical hardware buttons such as the power button, volume buttons, and home button.



**Video Visitation Monitoring, Recording, and Retention**
The proposed system records all VVS sessions by default, unless a session is a verified Attorney / Client visit. The length of recording retention is negotiable, depending on the specific requirements of the LMDC / facility. The proposed InTouch Video Visitation system allows users to track, research and investigate visitation history from within the web-based platform. Available search parameters include visitation date, visitor, inmate, specific kiosk/tablet, and more as pictured.



Authorized users will have the ability to digitally extract any video recordings and data directly through the proposed system. This is performed through Visits History Tab and investigators will have the ability to select and download an unlimited number of video visits. Users will have the ability to playback recorded conversations and download these records to external media.

**Downloading Visit Results Screenshot**

The proposed VVS allows for secure recording and viewing of live video visitation session through the VVS Console. In addition, all previously recorded visits may be viewed in the Video Visitation reporting function unless there are restrictions that prohibit the recording and monitoring of certain calls, such as attorney-client privilege. Multiple users can monitor simultaneously, without affecting the performance of the system, and without the parties on the session being aware of the monitoring. Shown on the following page is a sample screenshot of the monitoring functionality:

**Terminating a Live Video Session – Screenshot**



The proposed VVS allows for the Authorized User to monitor all or individual current and completed sessions, and rotate randomly between enlarged sessions in order to catch any untoward or suspicious behavior. Sessions can easily be terminated, if such behavior is observed. The Authorized User has the ability to first display a warning message to one or both parties, prior to termination, if they so choose. Additionally, NCIC has recently implemented a facial detection feature that works to provide an additional measure of security of the system's visits. The feature will provide the ability to grey out the screen any time that a face is not detected on the kiosks/tablet or visitor's camera.

**Sending a Warning Message – Screenshot**



**Terminating a Live Video Session – Screenshot**



All visit sessions are automatically recorded unless the visitor is flagged as a verified attorney visit (or as otherwise indicated by the facility). All stored visit recordings are available for the full term of the agreement and longer if so desired. Video storage is managed in the same fashion as phone recordings to ensure the integrity. All recordings shall be protected from being purged and shall be stored online. Certain recordings can be separated and stored beyond the usual storage time allocation, if needed. Visit sessions are able to be stored in a variety of file formats. Visit sessions and Visit Detail Records are always stored in at least three (3) geographically separate locations to ensure maximum system redundancy. The length of time that recordings are stored is based on the preferences of the LMDC.

Visit / session durations are customizable based on the specific requirements of Facility administration, and can be tailored to specific housing areas, inmate classifications, or down to the specific inmate PIN. Additional preferences such as time of day and visits per time periods are also able to be configured to meet the needs of the LMDC.

**Time of Day Customizability Screenshot**

**Kiosk Announcements and Visitation Schedule**
The proposed system allows for customized announcement prompts to be displayed on the video kiosks/tablet for both detainees and the public. These prompts can be displayed in any language required by the County and can be displayed either before or during a video session. These prompts are displayed on inmate kiosks/tablet without the requirement for them sign in to access displayed information. In addition, the proposed solution allows for the entry of a customized digital banner, allowing Authorized Users / Facility administration the ability to broadcast messages to the inmate population or to kiosks in the public lobby areas. Messages can either be broadcasted at a facility-wide level, or to specific housing areas. This allows for "Message of the Day" functionality, such as changes in visitation hours, special menu updates, etc.

**Jail Announcements and Scheduled Visits Screenshot**



**Inmate Grievances, Medical and Ticketing**
The proposed InTouch Inmate Ticketing application exists as the perfect platform for secure internal communications between inmates and facility staff. Inmate ticketing allows for both inmate-initiated and staff-initiated tickets. Agencies can create an unlimited number of ticket types, based on the requirements of each facility. The overall ticketing system can be completely customized based on the requirements of each agency, has full reporting, reminders and escalation functions, and allows for sharing of documents.

The proposed application includes an industry-leading Grievance request module which allows inmates to submit electronic grievances and medical requests to either all personnel or specific users in charge of grievances or medical requests. These requests can be managed and responded to by Facility personnel. The software is configurable to allow a Medical Request schedule, limit the number of open Medical Requests, Medical Requests per month, for a specific number of days, and notify Medical staff via email and/or fax. In addition, the system can integrate with the facility's Medical provider in order to send Sick Call slips directly to the Medical provider without

intervention from the facility's. Within the platform, the facility or designated Medical staff can:

1. **Assign to Medical staff users**
2. **Assign to a Medical category**
3. **Add Admin notes**
4. **Update status**
5. **Request additional information from the inmate**
6. **Reassign to the Non-Medical (grievance/request system)**
7. **Print with or without notes**
8. **View History**
9. **View inmate**
10. **View all Medical Requests relating to the inmate**

Shown below is a screenshot depicting a grievance/ticket request.



The proposed Grievance request module allows for an appeal / escalation feature, as well as date/time stamping of all communications so that timeliness of responses can be tracked, for compliance purposes. These requests can be managed and responded to by Facility personnel and can also be re-assigned to appropriate Facility staff. The implementation of an electronic grievance system, including all expected escalation capabilities, and replacing paper-based processes, reduces Facility liability related to inmate complaints about grievances not being responded to / addressed in a timely manner.

**Ticket Filter Searching Screenshot**



**Reporting**

**The proposed VVS includes a comprehensive range of reporting capabilities, including a set of "canned" reports that are commonly used by Facility personnel. Reports are both investigative and managerial / financial in nature. Additionally, NCIC will deploy our experienced Reporting experts to design and make available any custom reports as required by the County. The following reports are available to authorized users from the proposed VVS application:**

- **Visit History Reporting**



- ## **User Activity Reporting**



- ## **System Login Reporting**



- ## **Inmate Document Log Reporting**



- **Today's Visits (Daily Visit Reporting)**



- **Mail Views Reporting**



- **Inmate Message Log Reporting**



**NCIC**
INMATE COMMUNICATIONS

b.  **Must include a registration system for outside party identification and approval by LMDC before being allowed to conduct visits with incarcerated individuals.**

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

The proposed VVS platform allows a visitor to schedule a remote video visit from any personal mobile device, tablet and/or home or public desktop computer with an internet connection through the user-friendly website. Remote video NCIC can be made through a desktop, laptop, tablet or mobile device. NCIC recommends using Windows10 or the most recent version of Mac OS as the compatible software. On-site video units can be placed in designated areas of the lobby or visitation areas which allow friends, family members, attorneys, and public officials to schedule and participate in pre-scheduled on-site video visits.

All sessions can be accessed via a weblink provided at the time of schedule/purchase. The proposed VVS platform can be configured to require that inmates and visitors agree to the Facility(s) terms and conditions and/or visitation policies prior to the connecting to and the start of the scheduled video visit. Visitation terms and conditions are based upon Facility(s) policy and easily uploaded and modified within the system's jail settings.

Once a visitor has properly registered through our online portal, and if enabled by the Facility, these visitor profile requests are then automatically quarantined in the system for manual approval by Facility staff, providing an additional step of authentication and security. Approval / Rejection settings are entirely customizable to where the Facility can choose to limit this process to apply to messaging requests, video visitation requests or both. These restrictions can also be set to require additional information of the visitor such as a driver's license, relationship to the inmate, and a use photo, prior to approval.

**Approve or Reject Contacts Screenshot**



c.  **Video visitation sessions may require a nominal charge to the visitor; however, on-site video visitation sessions shall continue to be provided at no cost to customer, incarcerated individual, or visitor.**

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

Video Visitation sessions will be provided at no cost to the Facility or incarcerated

individuals. **Visitors will have the ability to configure their personal visitation account online and fund their account in order to pay for video sessions or to send video messages.**

d.  Vendor shall provide tiered options of video visit retention schedules and pricing.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

**All visit sessions are automatically recorded unless the visitor is flagged as a verified attorney visit (or as otherwise indicated by the facility). All stored visit recordings are available for at least twelve (12) months (and longer if so desired). Video storage is managed in the same fashion as phone recordings to ensure the integrity. All recordings shall be protected from being purged and shall be stored online. Certain recordings can be separated and stored beyond the usual storage time allocation, if needed. Visit sessions are able to be stored in a variety of file formats. Visit sessions and Visit Detail Records are always stored in at least three (3) geographically separate locations to ensure maximum system redundancy. The length of time that recordings are stored is based on the preferences of the LMDC.**

**Details regarding our financial offer for the proposed Video Visitation System can be found in the separately submitted "Proposed Price" document.**

3.  Email and Text Messaging:

a.  Mobile device such as tablet or hand-held device which allows incarcerated individuals to communicate with family and/or friends via email messaging and/or text messaging.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

**NCIC is capable of providing a secure, integrated Inmate Messaging application which is able to be provided through the Inmate Kiosks, or through a secure handheld device. Inmates will have the ability to send text messages and emojis. In addition, inmates will be able to receive photo attachments after being approved by Facility staff. All message history is stored in the system and can be audited by authorized users. Users will have the ability to filter through messages by specific inmate, visitor, custom date ranges, text/photo only findings, and keyword searching. Inmate messages are subject to a range of security features, including:**

✓  **Ability to automatically detect certain keywords within messages that would have previously been marked as "Banned Expressions". The proposed system offers a standard dictionary of common keywords, and also offers the ability to supplement that standard dictionary with local slang and colloquialisms.**
✓  **Ability to quarantine messages based on whether keywords are detected, or whether they contain attachments, etc. Quarantining the messages would delay delivery until facility review. Quarantining can be done based on inmate or outside party, particular kiosk being used, etc.**
✓  **Ability to limit the number of characters / lengths of the messages. This can be done based on specific inmate, visitor, particular kiosk being used, etc.**
✓  **Ability to run warrant checks based on outside parties signing up for the messaging.**
✓  **Ability to send an email or text alert to designated investigators when certain messaging occurrences happen.**

**Shown on the following page is a screenshot depicting the proposed Inmate Messaging application.**



b. Outside parties to receive/send email and messaging with incarcerated individuals must be registered and approved as a user by LMDC before allowed to email/message individuals.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

Once a visitor has properly registered through our online portal, and if enabled by the Facility, these visitor profile requests are then automatically quarantined in the system for manual approval by Facility staff, providing an additional step of authentication and security.

c. It is preferred to deploy the email and text messaging applications to on the same mobile device/platform which features video visitation, for efficiency of use and equipment costs.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

The proposed messaging application is a part of the proposed Video Visitation System, ensuring that all proposed technologies are uniform.

d. System must offer suite of investigative tools to include keyword searches and real-time live monitoring of messaging, as well as any other available investigative tools.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

The proposed inmate messaging application offers a powerful keyword detection feature in the form of our "Banned Expressions" tool. Investigators and agencies can either choose from NCIC's standard dictionary of investigative keywords, or add words

or expressions that are relevant to their specific agency. If a banned expression is detected, the message will be automatically quarantined for authorized investigators to review and approve the message, before it is delivered to the inmate. Please refer to the following sample screenshot.



Messaging Banned Expressions Screenshot

Additionally, inmate messages are subject to a range of security features, including:
- ✓ Ability to quarantine messages based on whether keywords are detected, or whether they contain attachments, etc. Quarantining the messages would delay delivery until facility review. Quarantining can be done based on inmate or outside party, particular kiosk being used, etc.
- ✓ Ability to limit the number of characters / lengths of the messages. This can be done based on specific inmate, visitor, particular kiosk being used, etc.
- ✓ Ability to run warrant checks based on outside parties signing up for the messaging.
- ✓ Ability to send an email or text alert to designated investigators when certain messaging occurrences happen.

e.  System shall allow LMDC to approve or deny digital images through email or text messaging.

NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.

The proposed VVS contains a "Quarantined Messages" tab which automatically quarantines text messages, photo attachments and video messages that are sent by an inmate or pre-approved contact, if enabled by the Facility. Authorized users will have the ability view the message and either approve, reject, add notes to, or assign the quarantined message to another user in the Facility. This ensures that all text/photos/video messages are properly screened and approved, prior to it being delivered to the receiving party.

**NCIC** INMATE COMMUNICATIONS

**Quarantined Messages Screenshot**



f. Text messaging platform shall only support plain text and not allow for digital images or video.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

The proposed messaging application is entirely customizable to meet the specific needs of an agency and can be configured to only allow plain text messages, if so desired.

4. Digital Mail:

a. Digital mail service (either provided off-site through a third-party partner or proprietary software) allowing for authorized Corrections staff to scan specific physical mail which is delivered electronically to incarcerated individuals via technology device – preferably same mobile tablet or hand-held device which features video visits, as well as email and text messaging.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

NCIC is pleased to offer our state of the art Mail Scanning system which is a part of our InTouch Suite. NCIC was prompted to develop our industry-leading Mail Scanning system after several NCIC Facility customers came to us, looking for a solution



to a dangerous problem. Incoming physical mail has traditionally been one of the primary methods used to introduce dangerous illicit drugs and other contraband into correctional facilities. By intercepting the incoming physical mail and converting it into digital format for secure delivery to inmates, NCIC's Mail Scanning application disrupts the flow of incoming contraband such as harmful drugs which are commonly soaked into paper, greeting cards, envelopes, and stamps. All scanned mail is performed on a real-time basis and is available to the inmate almost immediately.

InTouch Mail Scanning significantly reduces the workload faced by Facility personnel, because under the typical deployment, all physical mail intended for the Facility is re-routed to a secure off-site mail processing center which was designed specifically for the purpose of receiving, sorting, scanning and managing large volumes of physical mail destined for correctional facilities. Deployment of the InTouch Mail Scanning system involves instructing friends and families of inmates to send all mail to a particular P.O. Box for delivery to NCIC, rather than to the Jail facility. NCIC helps

with this process by providing informational flyers and posters for display throughout the facility, as well as posting the information on the Sheriff's or Jail's website.

Upon arrival at NCIC's secure mail processing center, our highly trained personnel sort mail by Correctional Facility and carefully scan all qualifying mail (see requirements for acceptable mail on the attached document) for electronic delivery to the intended inmate's secure message center using the unique identifier for each inmate (e.g. SO number, Jacket number, Booking number, etc.), accessible by the NCIC Inmate Tablets inside each housing area within the Facility. The front of the envelope is scanned in along with the contents of the envelope (letter, postcard, etc.), so that inmates can see all aspects of their mail (and for investigative benefit). Upon logging into the Inmate Tablet with their own unique PIN and PIN2, inmates will be notified in their "Message Center" if they have any messages awaiting them, including scanned mail. Not to mention, digital delivery is more environmentally friendly than traditional mail delivery.



NCIC's InTouch Mail Scanning application benefits all involved parties - improving the communications experience for inmates and their friends and families, increasing safety within correctional facilities while decreasing the workload for Facility personnel and streamlining facility operations by reducing paper-based processes.

b.  Must provide the ability for staff to view, approve, reject, and manage scanned mail.

   NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.

   All scanned mail and photos are stored in the system and are also auditable by authorized investigators. The system can be configured to automatically quarantine scanned mail so that authorized staff can properly revise and manually approve mail prior to delivery. Once mail has been delivered, authorized staff will then have the ability to share, add investigative notes to, and filter through various mail items. Please refer to the Mailbox screenshot shown on the following page to see how this is offered to Facility staff through the proposed system.



c. Must feature the ability to set alerts when individuals receive mail.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

The proposed system allows for investigators to configure automated email/text alerts whenever mail has been scanned for a specific inmate at the Facility. Once notified, investigators will have the flagged mail waiting under the quarantined tab for approval or rejection.

d. Must provide audit logs of activity for administrative oversight.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

The proposed mail scanning solution provides staff with the ability to search for specific mail and generate customized reports based on their findings. Additionally, investigative staff has the ability to look up Mail View reports showcasing if and when an incarcerated person has looked at/opened any scanned mail.



All bidders must submit the required documentation to be considered for this bid:
Cyber Security - Nondisclosure Agreement Form
IT Risk Assessment questionnaire
Required Tech Questions

**NCIC RESPONSE: HAS READ, AGREE, AND WILL COMPLY WITH ALL ITEMS ABOVE.**

## SECTION 3
## EVALUATION CRITERIA

**3.1 Evaluation Process**

After receipt of proposals the Metro Government shall evaluate all responses based on the criteria below. During that evaluation, the Metro Government shall rank all responses, again based on the criteria described below. Once the RFP Responses are ranked, the Metro Government shall determine in writing which responses are reasonably susceptible of being awarded the work. The Metro Government shall thereafter conduct negotiations with each of those "reasonably susceptible" Proposers, unless the Metro Government concludes that an award may be made without negotiations, as allowed by KRS 45A.370 (3).

The Metro Government will conduct a multi-stage process for selecting proposals that are determined to be reasonably susceptible to award.

**Pre-Stage**

There are two affirmative action requirements which apply to Metro Government contracts: a) Affirmative Action in Employment and b) Affirmative Action in the subcontracting of Minority, Female and Handicapped-owned businesses. The Louisville Human Relations Commission (HRC) is responsible for compliance of these requirements. Failure to submit the HRC "Good Faith Effort" requirements identified in this RFP document will cause the proposal to be deemed non-responsive.

**Stage 1**

The RFP evaluation committee shall score all proposals based upon the evaluation criteria detailed herein as well as any preferences authorized in Louisville Metro County Ordinance identified in this RFP. Upon completion of the scoring, the committee shall recommend short-listing the proposals that are reasonably susceptible of being awarded.

**Stage 2**

Vendors whose proposals have been identified as reasonably susceptible to award may be invited to discuss their proposal with the RFP evaluation committee. The date, time and location of the meetings will be negotiated.

The committee may carry out contract negotiations for the purpose of obtaining best and final offers, terms, and conduct detailed reference checks on the short-listed vendors. The Metro Government reserves the right to contact respondents with requests for clarification.

**Award**

There exists the possibility that an award may be made on the basis of initial offers if it can be clearly demonstrated and documented from the existence of adequate competition or accurate prior cost experience that acceptance of an initial offer without discussion (Stage 2) would result in fair and reasonable prices (KRS 45A.370(3)(c)).

Award will be made to the responsible offeror whose proposal is determined in writing to be the most advantageous to Louisville Metro Government based upon the evaluation factors set forth in this RFP.

**NCIC RESPONSE:** HAS READ, AGREE, AND WILL COMPLY WITH ALL ITEMS ABOVE.

**3.2 Evaluation Criteria**

The Proposals received pursuant to this **Request for Proposals** will be evaluated on the following selection criteria:

**Quality of Proposal**                                             **50 Points**

The degree to which the response meets the requirements stated within this RFP, as well as functionality and ease of use of IPCS/solution, and availability of additional investigative technology and tools.

**Proposal Delivery and Installation Schedule** **30 Points**

Ability to deliver and install technology efficiently regarding supply chain, location, accessibility, and response time to Louisville Metro for needed maintenance and troubleshooting or repair of system(s).


**Price** **20 Points**

Cost of equipment, services, system options and proposed payment terms.

**TOTAL 100 POINTS**

3.3 Proposals will be reviewed by a committee consisting of representatives from:

- **Louisville Metro Corrections – IT Dept**
- **Louisville Metro Corrections – Professional Standards Unit**

    **NCIC RESPONSE: HAS READ, AGREE, AND WILL COMPLY WITH ALL ITEMS ABOVE.**




**THIS SECTION INTENTIONALLY LEFT BLANK**

**SECTION 4**
**GENERAL PROVISIONS**

**4.1 Proposal Acceptance**

Metro Government may award Proposals in its best interest, reject proposals or any part of them, award contracts in whole or part, waive what it concludes in its discretion are minor problems with proposals, including but not limited to formalities or technicalities. The Metro Government may consider any alternative proposals which meet its needs.

**4.2 Payment Terms:** Net 30 days.

**4.3 Pricing**

4.3.1    Proposal prices shall be firm for at least six (6) months after the Proposal closing date.

4.3.2    Project-Specific Contracts: Pricing for specific Metro Government projects shall not change for the duration of the contract.

4.3.3    Non-Project Specific Contracts, Including Price Contracts:

4.3.3.1    For non-project-specific contracts, including Price Contracts, Proposer agrees that prices shall not change for the first year of that contract.

4.3.3.2    If a contract is renewed, all price increase requests after the first year must be submitted in writing to the Purchasing Division, 611 West Jefferson Street, Mezzanine Level, Louisville, KY 40202. Upon notification by the vendor of documented market increases, Proposer agrees that the Metro Government may either accept the price change or terminate the contract. Increases shall not be effective until the Metro Government's approval of them is received by the Proposer in writing.

4.3.4    Prices quoted shall be exclusive of the State and Federal Excise Tax, since the Metro Government is exempt from them.

4.3.5    Time discounts or cash discounts shall not be considered in Proposal evaluation.

4.3.6    Prices for any Proposal item shall not be contingent upon the purchase of any other Proposal item.

4.3.7    If `approximate yearly usage' is supplied, it is only to aid vendors in preparation of Proposals and under no circumstances binds the Metro Government to purchase those amounts.

4.3.8    Proposer should show unit prices and extended prices (unit prices multiplied by the number of units proposed to be purchased).

**XXNCICRESPONSE:** HAS READ, AGREE, AND WILL COMPLY WITH ALL ITEMS ABOVE.

**4.4 Special Conditions for Price Contracts:**

4.4.1    A "Price Contract" is an agreement for the purchase of goods and possibly services which the Metro Government may utilize to fill its needs throughout the term of the contract. It is not a contract for a specific project, though purchases may be made for particular projects as the need arises. A Price Contract does not obligate the Metro Government to purchase any amount of the Proposal goods or services.

4.4.2    The Metro Government may renew contracts for a period of one (1) year and from year to year thereafter, upon the same terms and conditions as the original contract, if such renewal or extension is agreed to by the contractor. Total contract period cannot exceed five (5) years. Written notice of Metro Government's intention to renew will be sent prior to the expiration date.

4.4.3    Any government entity in Kentucky shall have the option of making purchases under a Price Contract executed under this Proposal.

4.4.4    If a price contract is awarded hereunder, the Proposer agrees the Metro Government may nonetheless issue a separate Proposal for the products or services which are the subject of this Proposal.

**XXNCICRESPONSE:** HAS READ, AGREE, AND WILL COMPLY WITH ALL ITEMS ABOVE.

**4.5 Special Conditions Applicable to Contracts for the Purchase of Goods (including Price Contracts, if those contracts are for the purchase of goods)**

4.5.1    Proposer must submit all factory literature and supporting documentation with each submitted copy of its RFP.

4.5.2    Proposer shall provide prices for goods as FOB Delivered. Metro shall not pay for shipping, handling or any other associated charges for shipping.

4.5.3    All goods purchased are subject to inspection at the point of delivery by the Metro Government.

4.5.4    Proposer agrees to pay all costs for the return of rejected goods.

**NCIC RESPONSE:** HAS READ, AGREE, AND WILL COMPLY WITH ALL ITEMS ABOVE.

**4.6  Worker Safety**

The Proposer agrees to comply with all statutes, rules, and regulations governing safe and healthful working conditions, including the Occupational Health and Safety Act of 1970, *29 U.S.C. 650 et.seq.*, as amended, and KRS Chapter 338. The Proposer will provide training documentation for all standards applicable to the job. Necessary trainings would include, but are not limited to, remediation, abatement, powered industrial truck equipment brought on site by bidder, SDS for all chemicals brought to site by bidder, confined space, fall protection, or any other trainings required by an afore mentioned standard under the scope of work being proposed.  The Proposer agrees to provide, for all their employees working on properties where Metro employees reside, documentation of current (annual) asbestos awareness training, per OSHA's 1926.1101(k)(9)(vi) regulation. The Proposer also agrees to notify the Metro Government in writing immediately upon detection of any unsafe and/or unhealthful working conditions on Metro Government property. Proposer agrees to indemnify, defend and hold the Metro Government harmless from all penalties, fines or other expenses arising out of the alleged violation of said laws.

**NCIC RESPONSE:** READ, AGREE, AND WILL COMPLY.

**4.7  Records Retention**

Proposer shall maintain during the course of the work, and retain not less than five years from the date of final payment on the contract, complete and accurate records of all of Proposer's costs which are chargeable to the Metro Government under this Agreement; and the Metro Government shall have the right, at any reasonable time, to inspect and audit those records by authorized representatives of its owner or of any public accounting firm selected by it. The records to be thus maintained and retained by Proposer shall include (without limitation): (a) payroll records accounting for total time distribution of Proposer's employees working full or part time on the work (to permit tracing to payrolls and related tax returns), as well as canceled payroll checks, or signed receipts for payroll payments in cash; (b) invoices for purchases receiving and issuing documents, and all the other unit inventory records for Proposer's stores stock or capital items; and (c) paid invoices and canceled checks for materials purchased and for subcontractors' and any other third parties' charges.

**NCIC RESPONSE:** READ, AGREE, AND WILL COMPLY.

**4.8  Multiple Awards**

As allowed by the Metro Government Finance Manual (Purchasing Policies, Section III, A, 3), multiple contracts may be issued and those contracts, if any, shall be ranked as primary, secondary, etc. A secondary or lower ranking contract may be used if the primary contractor is unable to perform. However, the primary contractor shall be given the first opportunity to provide the services required. Contracts shall be utilized in the order stated in the award.

**NCIC RESPONSE:** READ, AGREE, AND WILL COMPLY.

**4.9 Protest Policy**

Bidders/Proposers who wish to protest must do so in writing. The subject of the protest shall be limited to fraud, corruption, or illegal acts undermining the objectivity and integrity of the procurement process.

The protest must be received in accordance with the timing and documentation requirements for the type of protest. A protest regarding solicitation must be received no later than five (5) days before the due date for submittals. Any protest regarding the intent to award of the contract must be received no later than three (3) days after posted intent to award.

The protest must include: name, address, telephone, and e-mail address of the protesting party and the person representing them; a complete statement of the legal grounds for the protest specifically identifying law, rule, regulation or procedure alleged to have been violated; relevant support documentation; a statement regarding the course of action the protesting party desires.

Written protests should be submitted either by mail or hand delivered between 8:00 a.m. and 5:00 p.m. to the Office of Management & Budget; Department of Purchasing; 611 W. Jefferson Street; Louisville, KY 40202; OR, by email to:  Purchasing@louisvilleky.gov

If the protest does not meet the time or content requirements it will not be considered.

For more information on this policy visit:  www.louisvilleky.gov/purchasing.

NCIC RESPONSE: HAS READ, AGREE, AND WILL COMPLY WITH ALL ITEMS ABOVE.

**4.10 Open Records**

All materials submitted in response to the solicitation document will become the property of the Metro Government. One copy of a submitted Proposal will be retained for official files and will become public record. In general, under the Kentucky Open Records Act (Kentucky Revised Statutes, sections 61.870 – 61.884), public records of the Metro Government are subject to disclosure to a requesting party. Any material that a vendor considers as confidential but does not meet the disclosure exemption requirements of the Open Records Act ("ORA"), should not be included in the vendor's Proposal, as it may be made available to the public. If a vendor's Proposal contains materials noted or marked as confidential and/or proprietary that, in Metro's sole opinion, meet the disclosure exemption requirements of the ORA, then that information will not be disclosed in response to a written request for public documents. If Metro does not consider such material to be exempt from disclosure under the ORA, the material may be made available to the public, regardless of the notation or marking. If a vendor is unsure if its confidential and/or proprietary material meets the disclosure exemption requirements of the ORA, then it should not include such information in its Proposal because such information may be disclosed to the public.

NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.

**4.11 Bribery Clause**

By his/her signature on the Proposal, Proposer certifies that none of its employees, any affiliate or Subcontractor, have bribed or attempted to bribe an officer or employee of the Metro Government.

NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.

**4.12 Entire Agreement**

A contract executed under this Proposal shall include this RFP and the Proposer's response thereto ("Response") and that contract shall constitute the entire agreement and understanding

of the parties with respect to the subject matter set forth herein and that contract supersedes any and all prior and contemporaneous oral or written agreements or understandings between the parties relative thereto. No representation, promise, inducement, or statement of intention has been made by the parties which will not be embodied in that contract. The contract cannot be amended, modified, or supplemented in any respect except by a subsequent written agreement duly executed by all of the parties hereto.

**NCICRESPONSE:** READ, AGREE, AND WILL COMPLY.

**4.13  Termination for Cause**

4.13.1  Metro Government may terminate a contract because a contractor fails to perform its contractual duties.

4.13.2  If a contractor is determined to be in default, Metro Government shall notify the contractor in writing and may either 1) terminate the contract immediately or 2) set a date by which the contractor shall cure the identified deficiencies. Metro Government may proceed with termination if the contractor fails to cure the deficiencies within the specified time.

4.13.3  A default in performance by a contractor for which a contract may be terminated shall include, but not be limited to:

4.13.3.1  Failure to make delivery within the time specified or according to a delivery schedule fixed by the contract.

4.13.3.2  Late payment or nonpayment of bills for labor, materials, supplies, or equipment furnished in connection with a contract for construction services as evidenced by mechanics' liens filed pursuant to the provisions of KRS Chapter 376, or letters of indebtedness received from creditors by the purchasing agency.

4.13.3.3  Failure to diligently advance the work under a contract for construction services.

4.13.3.4  The filing of a bankruptcy petition by or against the contractor; or

4.13.3.5  Actions that endanger the health, safety or welfare of Metro Government or its citizens.

4.13.4  In the event that, during the terms of this Contract, funds are not appropriated for the payment of the Metro Government's obligations hereunder, the Metro Government's rights and obligations herein shall terminate on the last day for which an appropriationhas been made.

**NCICRESPONSE:** HAS READ, AGREE, AND WILL COMPLY WITH ALL ITEMS ABOVE.

**4.14  At Will Termination**

Notwithstanding the above provisions, the Metro Government may terminate this contract at will in accordance with the law upon providing thirty (30) days written notice of that intent. Payment for servicesor goods received prior to termination shall be made by the Metro Government provided those goods orservices were provided in a manner acceptable to the Metro Government. Payment for those goods and services shall not be unreasonably withheld.

**NCICRESPONSE:** READ, AGREE, AND WILL COMPLY.

**4.15  Force Majeure**

Neither Proposer nor the Metro Government shall be liable in damages or have the right to terminate a contract executed hereunder for any delay or default in performing that contract if such delay or defaultis caused by conditions beyond either party's control including, but not limited to Acts of God, Government restrictions (including the denial or cancellation of any export or other necessary license), wars, insurrections and/or any other cause beyond the reasonable control of the party whose performance is affected.

**NCICRESPONSE:** READ, AGREE, AND WILL COMPLY.

**4.16  Assignment of Contract**

The Proposer shall not assign or subcontract any portion of the Contract without the express written consent of Metro Government.  Any purported assignment or subcontract without the written consent of the Metro Government shall be void. Proposer agrees that the Metro Government shall consent to any request for assignment or subcontract in its sole discretion. If ownership of Proposer changes, Proposer or its successor firm shall notify Metro Purchasing in writing within 30 days of the Proposer's receiving notice that its ownership is changing, including but not limited to purchase or other transfer.

NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.

**4.17  No Waiver**

No failure or delay by Metro Government in exercising any right, remedy, power or privilege hereunder, nor any single or partial exercise thereof, nor the exercise of any other right, remedy, power or privilege shall operate as a waiver hereof or thereof. No failure or delay by Metro Government in exercising any right, remedy, power or privilege under or in respect of this Contract shall affect the rights, remedies, powers or privileges of Metro Government hereunder or shall operate as a waiver thereof.

NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.

**4.18  Authority to do Business**

The Proposer must be a duly organized and authorized to do business under the laws of Kentucky. Proposer must be in good standing with all government agencies and have full legal capacity to provide the services specified under this Contract.  The Proposer must have all necessary right and lawful authority to enter into this Contract for the full term hereof and that proper corporate or other action has been duly taken authorizing the Proposer to enter into this Contract. The Proposer will provide Metro Government with a copy of a corporate resolution authorizing this action and a letter from an attorney confirming that the Proposer is authorized to do business in the State of Kentucky, if requested.

NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.

**4.19  Governing Law**

The Contract shall be governed by and construed in accordance with the laws of the State of Kentucky. In the event of any proceedings regarding the Contract, the Parties agree that venue shall be the state courts of Kentucky or the U.S. District Court for the Western District of Kentucky, Louisville Division. All parties expressly consent to personal jurisdiction and venue in such Court for the limited and sole purpose of proceedings relating to the Contract or any rights or obligations arising thereunder. Service of process may be accomplished by following the procedures prescribed by law.

NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.

**4.20  Ability to Meet Obligations**

Proposer affirms that there are no actions, suits or proceedings of any kind pending against Proposer or, to the knowledge of the Proposer, threatened against Proposer before or by any court, governmental body or agency or other tribunal or authority which would, if adversely determined, have a materially adverse effect on the authority or ability of Proposer to perform its obligations under this Contract, or which question the legality, validity or enforceability hereof or thereof.

NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.

**4.21  Per KRS 45A.455 Conflict of Interest**

1. It shall be a breach of ethical standards for any employee with procurement authority to participate directly in any proceeding or application; request for ruling or other determination; claim or controversy; or other particular matter pertaining to any contract, or subcontract, and any solicitation or Proposal therefore, in which to his knowledge:

   a. He, or any member of his immediate family has a financial interest therein; or

   b. A business or organization in which he or any member of his immediate family has a financial interest as an officer, director, trustee, partner, or employee, is a party; or

   c. Any other person, business, or organization with whom he or any member of his immediate family is negotiating or has an arrangement concerning prospective employment is a party. Direct or indirect participation shall include but not be limited to involvement through decision, approval, disapproval, recommendation, preparation of any part of a purchase request, influencing the content of any specification or purchase standard, rendering of advice, investigation, auditing, or in any other advisory capacity.

2. It shall be a breach of ethical standards for any person to offer, give, or agree to give any employee or former employee, or for any employee or former employee to solicit, demand, accept, or agree to accept from another person, a gratuity or an offer of employment, in connection with any decision, approval, disapproval, recommendation, preparation of any part of a purchase request, influencing the content of any specification or purchase standard, rendering of advice, investigation, auditing, or in any other advisory capacity in any proceeding or application, request for ruling or other determination, claim or controversy, or other particular matter, pertaining to any contract or subcontract and any solicitation or Proposal therefore.

3. It is a breach of ethical standards for any payment, gratuity, or offer of employment to be made by or on behalf of a subcontractor under a contract to the prime contractor or higher tier subcontractor or any person associated therewith, as an inducement for the award of a subcontract or order.

4. The prohibition against conflicts of interest and gratuities and kickbacks shall be conspicuously set forth in every local public agency written contract and solicitation therefor.

5. It shall be a breach of ethical standards for any public employee or former employee knowingly to use confidential information for his actual or anticipated personal gain, or the actual or anticipated personal gain of any other person.

**NCIC RESPONSE: HAS READ, AGREE, AND WILL COMPLY WITH ALL ITEMS ABOVE.**


**4.22  Violations of and Compliance with Kentucky Law**

Per KRS 45A.485, Contractor shall reveal any final determination of a violation by the Contractor or subcontractor within the previous five (5) year period pursuant to KRS Chapters 136, 139, 141, 337, 338, 341 and 342 that apply to the Contractor or subcontractor. The Contractor shall be in continuous compliance with the provisions of KRS Chapters 136, 139, 141, 337, 338, 341 and 342 that apply to the Contractor or subcontractor for the duration of the contract.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**


**4.23  Suspension or Debarment**

Suspension or debarment of a vendor may occur as a result of a pattern of noncompliance or a single instance of flagrant noncompliance with the terms and conditions of LMG's policies, procedures, program guidelines or agreement(s). If suspended or debarred, the vendor shall be removed from any contracting opportunities and payments.

Information on types of violations that warrant suspension or debarment and an appeal process for the vendor is available at www.louisvilleky.gov/purchasing.

**NCIC RESPONSE: HAS READ, AGREE, AND WILL COMPLY WITH ALL ITEMS ABOVE.**


**4.24  Discrimination**

The contractor agrees that in the performance of this agreement with the Metro Government, he/she will not discriminate against any workers because of race, creed, color, religion, national origin, handicap, sex, sexual orientation or gender identity and will comply with all applicable Federal, State or local laws and regulation prohibiting such discrimination. The aforesaid provision shall include, but not be limited to the following: Employment and upgrading, demolition or transfer, recruitment and recruitment advertising, lay-off or termination, rates of pay or other forms of compensation, selection for training including apprenticeship. The contractor agrees to post

thereafter in conspicuous places, available for employees and all applicants for employment, notices setting forth the provisions of the above non-discrimination clause. The contractor further agrees to insert the foregoing provision in all sub-contracts hereunder.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

### 4.25  Invoicing Requirements

**4.25.1**  Proper Invoice

For an invoice to be a proper invoice the requirements must be set as forth in the agreement or contract; however, in addition, no invoice submitted by Supplier/Contractor will be considered a proper invoice unless the invoice is an original invoice, delivered to the Louisville Metro Government in accordance with the purchase order, and containing the following additional information:

4.25.1.1  Purchase Order or Release Number under which the purchase was made.

4.25.1.2  Name of Louisville Metro Government Agency and Requestor initiating purchase.

4.25.1.3  Invoice date.

4.25.1.4  Vendor Name, Address, and Contact Information, including remittance if different.

4.25.1.5  Unique invoice number.

4.25.1.6  Account number or other identifying number agreed to by contract (if applicable).

4.25.1.7  Description of goods, services or property provided to the Louisville Metro Government.

4.25.1.8  Date good, services, or property were provided to the Louisville Metro Government.

4.25.1.9  The quantity, unit and total price of the goods, services, or property provided to Louisville Metro Government matching the contractual amounts including discount percentages, if applicable.

4.25.1.10  No shipping costs or fuel surcharges unless specified in the solicitation; Louisville Metro Government is not subject to sales tax.

4.25.1.11  Applicable discount payment terms.

**NCIC RESPONSE: HAS READ, AGREE, AND WILL COMPLY WITH ALL ITEMS ABOVE.**

**4.25.2**  Invoice Submittal

Louisville Metro Government accepts e-Invoices. The electronic submission of invoices expedites review and payment processing. Invoices are currently accepted in .PDF, .XLS, .XLSX, .DOC, .DOCX, and .TXT file formats. Please submit your invoice as an attachment in one of the above referenced formats. Only one invoice attached to each email. Send to invoices.omb@louisvilleky.gov.

If unable to send invoices electronically, mail to: Accounts Payable
611 West Jefferson Street.
Louisville, KY 40202
All Statements of Account must be submitted by mail.

**NCIC RESPONSE: HAS READ, AGREE, AND WILL COMPLY WITH ALL ITEMS ABOVE.**

**4.25.3**  Payment Remittance

Payments will be made by check unless other methods are requested. Other payment options include e-payable and P-card. Contact Accounts Payable at 502-574-3402 or accountspayable@louisvilleky.gov for more information.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

**SECTION 5**

HOLD HARMLESS AGREEMENT AND INDEMNIFICATION CLAUSE AND INSURANCEREQUIREMENTS

**5.1 Hold Harmless and Indemnification Clause**

The Contractor shall indemnify, hold harmless, and defend the Louisville/Jefferson County Metro Government, its elected and appointed officials, employees, agents and successors in interest from all claims, damages, losses and expenses including attorneys' fees, arising out of or resulting, directly or indirectly, from the Contractor's (or Contractor's Subcontractors, if any) performance or breach of the contract provided that such claim, damage, loss, or expense is: (1) attributable to personal injury, bodily injury, sickness, death, or to injury to or destruction of property, including the loss of use resulting therefrom, or breach of contract, and (2) not caused by the negligent act or omission or willful misconduct of the Louisville/Jefferson County Metro Government or its elected and appointed officials and employees acting within the scope of their employment. This Hold Harmless and Indemnification Clause shall in no way be limited by any financial responsibility or insurance requirements and shall survive the termination of this Contract.

NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.

**5.2 Insurance Requirements**

All insurance requirements including performance and payment bonds shall be furnished the day a contract issued pursuant to this Proposal is awarded.

A. Prior to commencing work, Contractor shall obtain at its own cost and expense the following types of insurance through insurance companies licensed in the State of Kentucky. Insurance written by non-admitted carriers will also be considered acceptable, in accordance with Kentucky Insurance Law (KRS 304.10-040). Workers' Compensation written through qualified group self-insurance programs in accordance with Kentucky Revised Statutes (KRS 342.350) will also be acceptable. The Contractor shall not commence work under this Contract until all insurance required under the Contract Document has been obtained and until copies of policies or certificates thereof are submitted to Metro Government and approved by the Metro Government's Risk Management Division. The Contractor shall not allow any subcontractor to commence work until the insurance required of such subcontractor has been obtained and copies of Certificates of Insurance retained by Contractor evidencing proof of coverages.

Without limiting Contractor's indemnification requirements, it is agreed that Contractor shall maintain in force at all times during the performance of this agreement the following policy or policies of insurance covering its operations, and require subcontractors, if subcontracting is authorized, to procure and maintain these same policies until final acceptance of the work by the Metro Government. Metro Government may require Contractor to supply proof of subcontractor's insurance via Certificates of Insurance, or at Metro Government's option, actual copies of policies.

NCIC RESPONSE: HAS READ, AGREE, AND WILL COMPLY WITH ALL ITEMS ABOVE.

B. The following clause shall be added to the Contractor's (and approved subcontractors) Commercial General Liability Policies:

1. "The Louisville/Jefferson County Metro Government, its elected and appointed officials, employees, agents and successors are added as an "Additional Insured" as respects operations of the Named Insured performed relative to the contract."

NCIC RESPONSE: HAS READ, AGREE, AND WILL COMPLY WITH ALL ITEMS ABOVE.

**XNCIC**
INMATE COMMUNICATIONS

C.  The insurance to be procured and maintained and minimum Limits of Liability shall be as follows, unless different limits are specified by addendum to the contract (and such minimum limits shall not limit access to the full amount of insurance available (whether through primary, excess or umbrella policies) on the contractors or subcontractors policy(ies), if that/those policy(ies) provide for Limits above the minimum):

1.  COMMERCIAL GENERAL LIABILITY: via the Occurrence Form, primary and non-contributory, with a $1,000,000 Combined Single Limit for any one Occurrence and $2,000,000 aggregate for Bodily Injury, Personal Injury and Property Damage and Products/Completed Operations, including:

    a.  Premises - Operations Coverage
    b.  Products and Completed Operations
    c.  Contractual Liability
    d.  Broad Form Property Damage
    e.  Independent Contractors Protective Liability
    f.  Personal Injury

    **XNCIC RESPONSE:** HAS READ, AGREE, AND WILL COMPLY WITH ALL ITEMS ABOVE.

2.  WORKERS' COMPENSATION (if applicable): insuring the employers' obligations under Kentucky Revised Statutes Chapter 342 at Statutory Limits, and EMPLOYERS' LIABILITY - $100,000 Each Accident/$500,000 Disease - Policy Limit/$100,000 Disease - Each Employee.

    **XNCIC RESPONSE:** READ, AGREE, AND WILL COMPLY.

3.  AUTOMOBILE LIABILITY: insuring all Owned, Non-Owned and Hired Motor Vehicles. The minimum coverage Liability Limit is $1,000,000 Combined Single Limit for any one accident. The Limit of Liability may be subject to increase according to any applicable State or Federal Transportation Regulations.

    **XNCIC RESPONSE:** READ, AGREE, AND WILL COMPLY.

D.  ACCEPTABILITY OF INSURERS

Insurance is to be placed with Insurance Companies with an A. M. Best Rating of no less than "A- VI", unless proper financial information relating to the Company is submitted to and approved by Metro Government's Risk Management Division.

E.  MISCELLANEOUS

1.  The Contractor shall procure and maintain insurance policies and shall furnish Certificates of Insurance upon the execution of the Contract. The Certificates shall include the name and address of the person executing the Certificate of Insurance as well as the person's signature. If policies expire before the completion of the Contract, renewal Certificates of Insurance shall be furnished to Metro Government at least fifteen (15) days prior to the expiration of any policy(s).

    **XNCIC RESPONSE:** READ, AGREE, AND WILL COMPLY.

2.  Upon execution of the contract, Certificates of Insurance as required above shall be furnished to:

    Louisville/Jefferson County Metro Government
    Office of Management and Budget
    Purchasing Division
    611 West Jefferson Street
    Louisville, Kentucky 40202

    **XNCIC RESPONSE:** READ, AGREE, AND WILL COMPLY.

3. Upon Renewal of insurance coverage (s), Certificates of Insurance evidencing renewal shall be furnished to:

Louisville/Jefferson County Metro Government
Office of Management and Budget
Risk Management Division
611 West Jefferson Street
Louisville, Kentucky 40202
riskreview@louisvilleky.gov

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

4. CANCELLATION OR MATERIAL CHANGE OF COVERAGE: Contractor shall notify Metro Government's Risk Management Division of any policy cancellation within two business days of its receipt of same.  Upon any material change (changes that reduce/restrict limit or terms and conditions to your insurance coverage) in coverage as required above, Contractor shall notify Metro Government's Risk Management Division within two business days. If Contractor fails to notify Metro Government as required by this Agreement, Contractor agrees that such failure shall be a breach of this Agreement.  Metro Government reserves the right to require the insurance policy(s) required above to be specifically endorsed to provide notice of cancellation and/or material change of coverage in accordance with policy provisions. When requested by the Metro Government, a copy of the policy endorsement shall be provided to Metro Government's Risk Management Division.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

5. Approval of the insurance by Metro Government shall not in any way relieve or decrease the liability of the Contractor hereunder. It is expressly understood that Metro Government does not in any way represent that the specified Limits of Liability or coverage or policy forms are sufficient or adequate to protect the interest or liabilities of the Contractor.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

All insurance requirements including performance and payment bonds shall be furnished the day a contract issued pursuant to this Proposal is awarded.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

**Section 6**
**HUMAN RELATIONS COMMISSION**
**GOOD FAITH EFFORT ("GFE") REQUIREMENTS**

Participation by certified female owned, certified handicapped owned, or certified minority owned business entities or utilization by contractors of certified female, certified handicapped, or certified minorityowned business as subcontractors, if the contract requires or warrants the use of subcontractors, is stronglyencouraged and will be a consideration in determining the award of a contract.

All contractors are to utilize their best good faith efforts to utilize subcontractors, certified female owned, certified handicapped owned, and certified minority owned businesses if the procurement situation requiresor warrants the use of subcontractors. Good faith efforts by contractors shall be made to reach the goals established by Metro Code of Ordinances § 37.67.

Under Metro Code of Ordinances §37.67, Louisville Metro Government has adopted the following minimum utilization goals for its annual procurement expenditures with certified minority owned, femaleowned and handicapped owned business enterprises ("MFHBEs"):
* 15% for certified minority owned businesses
* 5% for certified female owned businesses; and
* 0.5% for certified handicapped owned businesses.

**NCIC RESPONSE: HAS READ, AGREE, AND WILL COMPLY WITH ALL ITEMS ABOVE.**

**NCIC has followed through with the required GFE requirements set in this RFP and has reached out to minority/female owned business to perform installation and maintenance work, if awarded. It is expected that subcontractors will perform approximately 55% of all work (initial and ongoing) related to this Agreement. Please refer to page 6 for additional information.**

Failure to meet such goals will not result in disqualification from participation in the particular procurement process. Contractors, however, will be expected to provide written explanations (See attached GFE Forms)to the Executive Director of the Human Relations Commission of efforts they have made to utilize as subcontractors from certified minority, female and handicapped owned businesses.

Good faith efforts of a potential bidder include, but are not limited to the following:
* Attendance at pre-bid meetings, if any, scheduled to inform MFHBEs of prime and subcontracting opportunities.
* Advertisement in general circulation media, trade association publications, and minority andfemale business enterprise media to provide notice of subcontracting opportunities.
* Communication with the Human Relations Commission Office seeking assistance and identifyingavailable qualified MFHBEs.
* Efforts made to select portions of work for MFHBE subcontracting in areas with establishedavailability or MFHBE subcontractors.
* Providing a minimum of ten days written notice to known qualified MFHBEs that their interest inprime and subcontracting opportunities or furnishing supplies is solicited.
* Efforts to negotiate with qualified MFHBEs for specific sub-bids, including reasons for rejection ofany such sub-bids offered.
* Efforts made to assist qualified MFHBEs meet bonding, insurance, or other governmental contracting requirements.

These requirements are contractual obligations and will be included in the construction contract. Failure tocomply may result in a finding of breach of contract, possible disqualification of the Bidder to bid on future contracts, or a claim for damages.

**NCIC RESPONSE: HAS READ, AGREE, AND WILL COMPLY WITH ALL ITEMS ABOVE.**

**SUBCONTRACTOR AND SELF-PERFORM WORK LIST (FORM GFE-1)**

**FORM GFE-1 DUE WITH BID PACKET FROM ALL BIDDERS**
(Failure to timely submit Form GFE-1 will result in bid rejection)

- Bidders shall list ALL Subcontractors/Suppliers to be used on this contract regardless of the dollar amount on Form GFE-1. If this bid includes bid alternates for additional work, Bidders shall list ALL Subcontractors/Suppliers who will be used if Louisville Metro elects to contract the additional work.

- Bidders are required to make good faith efforts to subcontract with MFHBEs for every division of  work available in this bid opportunity ("Divisions of Work") unless the work will be self-performed by the Bidder.

- Bidders shall list any GFE Divisions of Work they intend to self-perform and separately list any GFE Divisions of Work where the identity of the subcontractor who will perform the work is undetermined at bid time.

**NOTE: If you are not using subcontractors, you should indicate "ALL" in the "Divisions of Work (Bidder Will Self-Perform)" section, sign and submit the form.**

- Examples of Divisions of Work to be listed on Form GFE-1 include, but are not limited to: clearing/earthwork, site concrete, asphalt paving, framing, painting, flooring plumbing, electrical, and HVAC. The number of subcontracting opportunities or Divisions of Work for GFE purposes may be greater and/or different than the divisions of work that might be outlined in the technical  specifications.

- Best good faith efforts require that Bidders make contact with each MFHBE at least ten (10) calendar days before bid opening and that MFHBEs be provided the same information as other subcontractors/suppliers.

- Bidders shall contact MFHBEs by letter, fax or email ("Written Communication") to advise them of potential subcontracting opportunities.

- Bidders should follow up the Written Communication with telephone calls to each MFHBE contacted to determine if a bid will be submitted or if further information is required. A MFHBE need not be contacted if that MFHBE responds to the Written Communication with a statement that the MFHBE will not bid on this project or if a MFHBE has already submitted a sub-bid.

**MFHBE SUBCONTRACTOR GFE LOG (FORM GFE-2)**

**FORM GFE-2 WITH ATTACHED WRITTEN COMMUNICATIONS DUE WITH BID PACKET FROM ALL BIDDERS**
(Failure to timely submit Form GFE-2 will result in bid rejection and failure to timely submit the attached Written Communications may result in bid rejection, at the Metro Government's discretion)

- Each Bidder shall submit with the Form GFE-2 one copy of each Written Communication sent to a  MFHBE Subcontractor/Supplier to solicit bids for this project.

- **Optional Good Faith Efforts**
  Bidders should consider public advertisements, attendance at pre-bid meetings, and technical and/or financial assistance to MFHBEs as part of their good faith efforts activities. Such activities should be listed on GFE-2 with written documentation of such activities attached.

**SUBCONTRACTOR PAYMENT CERTIFICATION (Previously FORM GFE-3)**

**AUDITS DUE EACH MONTH OF THE CONTRACT PERIOD**

- The reporting of subcontractor payments for all Louisville Metro Government contracts will be accomplished by completing monthly audits on https://louisvilleky.diversitycompliance.com.

All forms are available on the Louisville Metro Human Relations Commission website:
https://louisvilleky.gov/government/human-relations-commission

**RESPONSE: HAS READ, AGREE, AND WILL COMPLY WITH ALL ITEMS ABOVE.**

NCIC has completed the required GFE forms and submitted them as a separate attachment. In addition, NCIC has provided proof of our Good Faith Efforts in subcontracting local workers. Such evidence can be found submitted separately and labeled "Written Proof Communications".