# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GLOBAL TEL*LINK CORPORATION d/b/a VIAPATH TECHNOLOGIES, <br><br> *Plaintiff*, <br><br> v. <br><br> JACS SOLUTIONS INC., <br><br> *Defendant*. | Civil Action No. _____ |

## PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and the Local Civil Rules, Plaintiff Global Tel*Link Corporation d/b/a ViaPath Technologies ("ViaPath") states that no publicly held company has a 10% or greater ownership interest in ViaPath.

Dated: May 8, 2023

*Of Counsel*:

Michael D. Specht (*pro hac vice pending*)
Jonathan Tuminaro (*pro hac vice pending*)
Daniel S. Block (*pro hac vice pending*)
Ryan C. Richardson (*pro hac vice pending*)
STERNE, KESSLER, GOLDSTEIN
 & FOX PLLC
1100 New York Avenue, NW
Washington, DC  20005
mspecht@sternekessler.com
jtuminar@sternekessler.com
dblock@sternekessler.com
rrichardson@sternekessler.com

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ *Adam W. Poff*
Adam W. Poff (No. 3990)
Samantha G. Wilson (No. 5816)
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571-6600
apoff@ycst.com
swilson@ycst.com

***Attorneys for Plaintiff***
***Global Tel*Link Corporation d/b/a ViaPath Technologies***