IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GLOBAL TEL*LINK CORPORATION D/B/A VIAPATH TEHCNOLOGIES,<br><br>    Plaintiff,<br><br>v.<br><br>JACS SOLUTIONS, INC.,<br><br>    Defendant. | C.A. No. 23-500-UNA |

### ORDER

Plaintiff's motion for leave to file under seal Complaint Exhibits 20, 29, 30, and 46 (D.I. 1) is GRANTED IN PART AND DENIED IN PART. The motion is DENIED with respect to Exhibits 20, 29, and 30. The motion is GRANTED with respect to Exhibit 46. If Plaintiff wishes to maintain portions of Exhibits 20, 29, and 30 under seal, it shall, no later than May 15, 2023, identify with specificity what portions of the exhibits it believes can be maintained under seal under Third Circuit law and submit a sworn affidavit of a witness with first-hand knowledge to establish that public disclosure of any such identified portions of the exhibits would cause a party a clearly defined and serious injury.

Dated: 5/9/23

_____
Chief Judge