# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GLOBAL TEL*LINK CORPORATION<br>D/B/A VIAPATH TECHNOLOGIES<br><br>        Plaintiff,<br><br>  v.<br><br>JACS SOLUTIONS, INC.<br><br>        Defendant. | C.A. No. 23-500 (UNA) |

## NOTICE OF ENTRY OF APPEARANCE

PLEASE TAKE NOTICE that Jeffrey J. Lyons of Baker & Hostetler LLP hereby enters his appearance on behalf of Defendant JACS Solutions, Inc. in the above-captioned matter.

Dated: May 9, 2023

BAKER & HOSTETLER LLP

*/s/ Jeffrey J. Lyons*
Jeffrey J. Lyons (#6437)
1201 North Market Street, Suite 1407
Wilmington, DE 19801
(302) 468-7088
jjlyons@bakerlaw.com

*Attorney for JACS Solutions, Inc.*