# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GLOBAL TEL*LINK CORPORATION<br>D/B/A VIAPATH TECHNOLOGIES<br><br>Plaintiff,<br><br>v.<br><br>JACS SOLUTIONS, INC.<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>) C.A. No. 23-500 (UNA)<br>)<br>)<br>)<br>)<br>) |

## MOTION AND ORDER FOR ADMISSIONS *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves for the admission *pro hac vice* of Kevin W. Kirsch, Andrew E. Samuels, and Mark S. Einsiedel of Baker & Hostetler LLP, 200 Civic Center Drive, Suite 1200, Columbus, Ohio 43215, and David A. Mancino and Derek M. Freitas of Baker & Hostetler LLP, 312 Walnut Street, Suite 3200, Cincinnati, OH 45202, to represent Defendant JACS Solutions, Inc. in the above-captioned matter.

Dated: May 9, 2023

BAKER & HOSTETLER LLP

*/s/ Jeffrey J. Lyons*
Jeffrey J. Lyons (#6437)
1201 North Market Street, Suite 1407
Wilmington, DE 19801
(302) 468-7088
jjlyons@bakerlaw.com

*Attorney for JACS Solutions, Inc.*

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* of Kevin W. Kirsch, David A. Mancino, Andrew E. Samuels, Mark S. Einsiedel, and Derek M. Freitas is granted.

Dated: _____          _____
                                                                      UNITED STATES DISTRICT JUDGE

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Washington, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with the Revised Standing Order for District Court Fund effective September 1, 2016, I further certify that the annual fee of $25.00 has been paid ☒ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☐ to the Clerk's Office upon the filing of this motion.

Dated: May 9, 2023

*/s/ Kevin W. Kirsch*
Kevin W. Kirsch
BAKER & HOSTETLER LLP
200 Civic Center Drive, Suite 1200
Columbus, Ohio 43215
(614) 462-2673
kkirsch@bakerlaw.com

**CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE***

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Washington, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with the Revised Standing Order for District Court Fund effective September 1, 2016, I further certify that the annual fee of $25.00 has been paid ☒ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☐ to the Clerk's Office upon the filing of this motion.

Dated: May 9, 2023                    */s/ Andrew E. Samuels*
                                                            Andrew E. Samuels
                                                            BAKER & HOSTETLER LLP
                                                            200 Civic Center Drive, Suite 1200
                                                           Columbus, Ohio 43215
                                                           (614) 462-2699
                                                           asamuels@bakerlaw.com

**CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE***

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Washington, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with the Revised Standing Order for District Court Fund effective September 1, 2016, I further certify that the annual fee of $25.00 has been paid ☒ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☐ to the Clerk's Office upon the filing of this motion.

Dated: May 9, 2023
/s/ *Mark S. Einsiedel*
Mark S. Einsiedel
BAKER & HOSTETLER LLP
200 Civic Center Drive, Suite 1200
Columbus, Ohio 43215
(614) 462-4709
meinsiedel@bakerlaw.com

**CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE***

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Washington, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with the Revised Standing Order for District Court Fund effective September 1, 2016, I further certify that the annual fee of $25.00 has been paid ☒ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☐ to the Clerk's Office upon the filing of this motion.

Dated: May 9, 2023                    */s/ David A. Mancino*
                                      David A. Mancino
                                      BAKER & HOSTETLER LLP
                                      312 Walnut Street, Suite 3200
                                      Cincinnati, OH 45202
                                      (513) 929-3495
                                      dmancino@bakerlaw.com

**CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE***

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Washington, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with the Revised Standing Order for District Court Fund effective September 1, 2016, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's Office upon the filing of this motion.

Dated: May 9, 2023                              */s/ Derek M. Freitas*
                                                Derek M. Freitas
                                                BAKER & HOSTETLER LLP
                                                312 Walnut Street, Suite 3200
                                                Cincinnati, OH 45202
                                                (513) 929-3485
                                                dfreitas@bakerlaw.com