# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

GLOBAL TEL\*LINK CORPORATION )
D/B/A VIAPATH TECHNOLOGIES )
                           )
       Plaintiff, )
                           )
                           )      C.A. No. 23-500 (MN)
     v. )
                           )
JACS SOLUTIONS, INC. )
                           )
       Defendant. )

## <u>MOTION AND ORDER FOR ADMISSIONS *PRO HAC VICE*</u>

Pursuant to Local Rule 83.5 and the attached certification, counsel moves for the admission

*pro hac vice* of Sally Yuanyuan Qin of Baker & Hostetler LLP, 1050 Connecticut Avenue, NW,

Suite 1100, Washington, DC 20036, to represent Defendant JACS Solutions, Inc. in the above-

captioned matter.


Dated: May 14, 2023                           BAKER & HOSTETLER LLP

                                            */s/ Jeffrey J. Lyons*
                                            Jeffrey J. Lyons (#6437)
                                            1201 North Market Street, Suite 1407
                                              Wilmington, DE 19801
                                              (302) 468-7088
                                              jjlyons@bakerlaw.com

                                              *Attorney for JACS Solutions, Inc.*

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* of Sally

Yuanyuan Qin is granted.


Dated: _____        _____

                                        UNITED STATES DISTRICT JUDGE

## <u>CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*</u>

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the State of New York and the District of Columbia, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with the Revised Standing Order for District Court Fund effective September 1, 2016, I further certify that the annual fee of $25.00 has been paid ☒ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☐ to the Clerk's Office upon the filing of this motion.

Dated: May 14, 2023

*/s/ Sally Yuanyuan Qin*
Sally Yuanyuan Qin
BAKER & HOSTETLER LLP
1050 Connecticut Avenue, NW, Suite 1100
Washington, DC 20036
(202) 861-1781
sqin@bakerlaw.com