**EXHIBIT A**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GLOBAL TEL*LINK CORPORATION D/B/A/ VIAPATH TECHNOLOGIES,<br><br>*Plaintiff,*<br><br>v.<br><br>JACS SOLUTIONS, INC.,<br><br>*Defendant.* | Case No. 1:23-cv-00500-MN |

### AFFIDAVIT OF CHRIS MOORE

I, Chris Moore, declare as follows:

1. I am over 18 years of age, have personal knowledge of the facts set forth in this sworn affidavit, and am competent to testify if called as a witness.

2. I am currently the Senior Vice President of Business Development at Global Tel*Link Corporation d/b/a ViaPath Technologies ("ViaPath"). Since joining ViaPath in November 2010, I have been personally involved in many aspects of ViaPath's business, including business development, strategic planning and marketing, product management, and product sales. I am also responsible for gathering and analyzing competitive market intelligence, and assisting in developing strategy based on that competitive market intelligence. I have firsthand knowledge about ViaPath's sales process, about ViaPath's business relationship with JACS Solutions, Inc. ("JACS"), and about Exhibits 20, 29, and 30.

3. Exhibit 20 is a proposal from JACS for a Wi-Fi®-enabled wireless tablet—the TG801—that was developed for ViaPath. This proposal was prepared by JACS and includes ViaPath's confidential and proprietary technical information that was developed and acquired through its decades of experience providing information-technology solutions to correctional facilities. This confidential and proprietary technical information includes product features that are

- 2 -

competitive differentiators, which enable ViaPath's products to be unique and competitive in the marketplace. It is my understanding that the entirety of this proposal was submitted under seal in a co-pending lawsuit between ViaPath and JACS in the Eastern District of Virginia. *See Global Tel\*Link Corp. d/b/a ViaPath Techs. v. JACS Solutions Inc.*, 1:23-cv-00179-TSE-WEF (E.D.V.A.) (the "Virginia Lawsuit"). If Exhibit 20 were made public, it would give ViaPath's competitors a head start in developing their own competing solution and therefore cause grievous harm to ViaPath's position in the marketplace as well as harm to ViaPath's position in the Virginia Lawsuit.

4. Exhibit 29 is ViaPath's and JACS's Mutual Nondisclosure Agreement from November 2014 ("NDA"). This NDA includes the agreed-upon terms of the parties' business engagement. With this NDA in place, ViaPath provided JACS with confidential information about the design and development of wireless tablets for use in correctional facilities. This confidential information is at issue in the co-pending Virginia Lawsuit. I have identified proposed redactions to certain non-standard terms in this NDA. If these proposed redacted portions of the NDA were made public, it would cause competitive harm to ViaPath for any future contract negotiations as well as harm to ViaPath's position in the co-pending Virginia Lawsuit.

5. Exhibit 30 is ViaPath's and JACS's Manufacturing and Services Agreement, dated December 13, 2018 ("MSA"). This MSA includes sales figures, pricing information, minimum purchase requirements, and all other agreed-upon terms of the parties' business engagement. The MSA is at the center of the parties' disputes in the Virginia Lawsuit. It is my understanding that the entirety of the MSA was submitted under seal in the co-pending Virginia Lawsuit. If the MSA were made public, it would put ViaPath at a competitive disadvantage by revealing its strategy regarding the outsourcing of activities and functions, it would cause competitive harm to ViaPath

- 3 -

for any future contract negotiations, and it would harm ViaPath's position in the co-pending Virginia Lawsuit.

I declare under penalty of perjury under the laws of the State of Delaware and the United States of America that the foregoing is true and correct.

Dated: May 15, 2023

Chris Moore
Senior Vice President Business Development
VIAPATH TECHNOLOGIES

- 4 -

On this  15  day of  May , 2023, before me personally appeared  Chris Moore , personally known to me or proven on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument, and acknowledged to me that he/she executed the same in his/her capacity, and that by his/her signature on the instrument the person executed the instrument.

Subscribed and sworn to before me on this  15  day of  May , 2023.

By: _Jessica Villeda_
Notary Public

Notary public in and for the state of:  North Carolina .
My commission expires on:  March 31, 2027 .

JESSICA VILLEDA
Guilford County
My Commission Expires
03/31/2027
NOTARY PUBLIC
NORTH CAROLINA

(Notarial Seal to be affixed)

- 4 -