# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GLOBAL TEL*LINK CORPORATION D/B/A/ VIAPATH TECHNOLOGIES<br><br>*Plaintiff*,<br><br>v.<br><br>JACS SOLUTIONS, INC.,<br><br>*Defendant*. | Civil Action No. 23-500-MN |

**[PROPOSED] ORDER**

Having considered Plaintiff Global Tel*Link Corporation's ("ViaPath") Response to D.I. 8 and having concluded that Exhibits 20, 29, and 30 to the Complaint (D.I. 2) may not be maintained under seal, IT IS HEREBY ORDERED that ViaPath's Unopposed Motion in the Alternative to Withdraw and Expunge Exhibits 20, 29, and 30 is GRANTED.

DATED: _____

_____
U.S.D.J.