**EXHIBIT D**

**EXHIBIT 11**

Infringement Claim Chart – U.S. Patent No. 9,807,123                                    Exhibit 11
PAGE 1

| Ock | Claim | |
|---|---|---|
| [1.P] | A secure electronic message exchange system<br><br>usable inside a secured inmate facility,<br><br>the secure electronic message exchange system comprising: | On information and belief, JACS Solutions ("JACS") manufactures, sells, and delivers customized hardware and software that it specifically intends, directs, and encourages to be used in a *secure electronic message exchange system*. One such system that deploys JACS's hardware and software is NCIC's InTouch Communications Suite.<br><br>NCIC's proposed tablets are entirely customized and manufactured with a heavy-duty exterior which is specifically designed for a correctional environment, allowing it to withstand a shock and/or drop test onto concrete. NCIC has used similar grade materials to the kinds used in bullet resistant glass, windows in correctional facilities, military applications, etc. This case protects the tablet from tampering, general damage, and contraband storage. NCIC has only allowed access through this secure case to critical hardware buttons such as the power button, volume buttons, and headphone jack. NCIC's proposed tablet is a JACS TG801 8″ Android Rugged Tablet, designed specifically for correctional environments. The following are the technical specifications for NCIC's proposed tablet hardware.<br><br>Exhibit 2, Yellowstone County RFP, 14. |

Infringement Claim Chart – U.S. Patent No. 9,807,123

Exhibit 11

PAGE 2



Exhibit 2, Yellowstone County RFP, 15.

Infringement Claim Chart – U.S. Patent No. 9,807,123                                          Exhibit 11
PAGE 3



Exhibit 41, 2018 Photos, 2.

Infringement Claim Chart – U.S. Patent No. 9,807,123                                    Exhibit 11
PAGE 4

| **Technical specifications** | | |
|---|---|---|
| **Screen** | 7 inch capacitive touch screen.<br>Resolution: 1024 * 600 | |
| **CPU** | Chipset: ROCKCHIP 3128 ; Processor: Cortex A7; Frequency: 1. 3 GHz | |
| **RAM MEMORY** | DDR3: 1 GB | |
| **Storage** | 16GB<br>Increase its capacity with external TF memory from 128MB to 32 GB. | |
| **Operating system** | Android 5. 1 | |
| **Network** | **Wi-Fi** : Integrated Wi-Fi module. IEEE 802.11a/b/g/n. | |
| **Applications** | Applications in APK format | |
| **Video** | AVI, MOV, MP4, ASF, 3GP, TS, MKV, MPEG, etc. | |
| **Music** | MP3, APE, FLAC, AAC, OGG, etc. | |
| **Photos** | JPG, BMP, PNG, TIFF, etc. | |
| **E-books** | TXT, PDF, CHM, HTML, PDB, UMD, FB2, LRC, EPUB. | |
| **Office formats** | Supported formats: Word, Excel, PDF, etc. | |
| **PC connection** | micro USB2.0 x 1 | |
| **Battery** | Lithium battery: 2500 mAh. | |

Exhibit 50, TG800 User Manual, 6-7.

JACS provides custom-built software installed on the JACS tablets.

# Hardware and Firmware Customization

Our innovative approach to customization of hardware, firmware, and software maximizes both physical and data security of devices and provides technology managers with total control over what users and applications connect to their networks.

Exhibit 23, JACS Website 2, 3.

Infringement Claim Chart – U.S. Patent No. 9,807,123                                         Exhibit 11
PAGE 5

---

**CUSTOM BUILD ANDROID OPERATING SYSTEM**

JACS Solutions' customers have the option to have a customized Android OS created just for their business. The result? A highest level of device security, and a fast configuration-free deployment process.

Alternatively, customers can utilize their existing third-party MDM and configure their apps in the user partition. This approach is appropriate for businesses who don't desire the utmost level of device security, and who wish to continue using their existing process of working through a third-party MDM.

With a custom build device firmware:

- Apps can be installed to the system partition so they cannot be removed or modified
- Bloatware and unwanted consumer applications are removed from the OS build, minimizing vulnerabilities
- SystemUIapk and AD-Verity Security in Android can be modified to provide higher level of security
- Custom flash storage partitioning is performed to enhance device performance
- A custom launcher can be integrated to lock the device into a "kiosk mode" to prevent access to unauthorized applications
- Boot screen image, customer logo and customized wallpaper can be displayed during device boot up to increase brand awareness
- The custom build firmware is loaded on each device before shipping

Exhibit 21, JACS Website Archive, 2.

NCIC's InTouch Communications Suite deploys the JACS tablets in a *secure electronic message exchange system* that is *usable inside a secured inmate facility*.

NCIC's "Proposal at a Glance" for YCDF:
✓ Significant reduction in rates for phone calls, messaging, and video visitation.
✓ Complete package of services being proposed:
  ○ Telephone Service
  ○ Video Visitation (off-site and, if needed, on-site)
  ○ Secure Messaging
  ○ Free Educational / Communications Tablets (minimal staff involvement needed)
  ○ Mail Scanning (for contraband reduction)
  ○ Ticketing (grievances / requests / kites)
  ○ **Incentive-Based Offerings:**
    To assist with the operation of the Facility, NCIC will be offering the ability for YCDF personnel to provide extended (or free) access to things like video visits, phone calls, messaging, or entertainment material, for Trustee inmates or for otherwise rewarding good inmate behavior, at the discretion of Facility personnel. NCIC will offer this ability at no cost (or commission deduction).

Exhibit 2, Yellowstone County RFP, 2-3.



NCIC is proposing our proven InTouch communications suite for the Yellowstone County Detention Facility, including all phone, kiosk and tablet-based technologies as outlined herein. By choosing NCIC as the trusted service provider for the YCDF, the agency will benefit from being on the same administrative and investigative platform as many other facilities across the United States and another nine countries.

Exhibit 2, Yellowstone County RFP, 2.

Infringement Claim Chart – U.S. Patent No. 9,807,123                    Exhibit 11
PAGE 6

| | | |
|---|---|---|
| | | NCIC is providing a secure, integrated Inmate Messaging application which can be provided through the Inmate Kiosks and/or Inmate Tablets (based on the allowances of Facility administration). Inmate messages are subject to a range of security features, including:<br><br>✓ Ability to detect certain keywords within messages. The proposed system offers a standard dictionary of common keywords and offers the ability to supplement that standard dictionary with local slang and colloquialisms.<br>✓ Ability to quarantine messages based on whether keywords are detected, or whether they contain attachments, etc. Quarantining the messages would delay delivery until facility review. Quarantining can be done based on inmate or outside party, particular kiosk being used, etc.<br>✓ Ability to limit the amount of characters / length of the messages. This can be done based on inmate or outside party, particular kiosk being used, etc.<br>✓ Ability to send an email or text alert to designated investigators with messaging occurrences.<br><br>Exhibit 2, Yellowstone County RFP, 58. |

Infringement Claim Chart – U.S. Patent No. 9,807,123                    Exhibit 11
PAGE 7



Exhibit 2, Yellowstone County RFP, 58.

Infringement Claim Chart – U.S. Patent No. 9,807,123

Exhibit 11

PAGE 8

---

**7.  Inmate Tablets**
The facility is interested in systems that provide tablet computers to inmates for educational and entertainment purposes.

☆NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.

The proposed tablet has a heavy-duty exterior which is specifically designed for a correctional environment, allowing it to withstand a shock and/or drop test onto concrete. NCIC has used similar grade materials to the kinds used in bullet resistant glass, windows in correctional facilities, military applications, etc. This case protects the tablet from tampering, general damage, and contraband storage. NCIC has only allowed access through this secure case to critical hardware buttons such as the power button, volume buttons, and home button. Please see sample image of a NCIC tablet.



The proposed Inmate Tablet solution operates on a dedicated Wi-Fi network that does not allow access to external networks, websites, or applications. The tablet's wireless solution has various components that can be either wired to an extended switched ethernet network or can be fully meshed with other existing access points. At no time, will inmates be able to access the Operating Systems of the proposed Inmate Tablet solution. Prior to being deployed in correctional facilities, the proposed Tablets are subject to strenuous Penetration Testing methodologies to ensure that they are suitable for deployment in a correctional environment.

The proposed Tablets are essentially an extension of NCIC's wall-mounted kiosks, capable of offering video visitation services (if needed), standard inmate phone calling, messaging, grievances/ticketing, educational & rehabilitation program services, entertainment options, commissary ordering, inmate handbooks, law library, medical/mental health sick call requests; digital mail services and various other services, based on the preferences of facility administration.

Exhibit 2, Yellowstone County RFP, 66.

---

Ratio of Device to Inmate
Scarcity of devices breeds unhealthy competition and behavior problems amongst inmates.
The facility is interested in up to a one-to-one device ratio, of tablets to inmates housed in the facility.
The vendor must state what ratio of tablets to inmates it will provide to the facility.

☆NCIC RESPONSE: HAS READ, AGREE, AND WILL COMPLY WITH ALL ITEMS ABOVE.

NCIC is willing to provide YCDF with a one-to-one, device to inmate ratio.

Exhibit 2, Yellowstone County RFP, 66.



Messaging on the tablets is included in the Second Amendment to Inmate Telecommunication Location Agreement that was provided by the County. However, the tablet revenue/commission reports do not include any information on messaging.

    a.    Is messaging/photo sharing currently available on the tablets?

        One way picture sharing. Friends and family can send pictures, inmates cannot send pictures. The facility does not want devices that send facility pictures.

    b.    If yes, can the County please provide the average monthly emails and photos sent/received, rate charged, & commission received?

        Rates and commissions are unknown to me. Don't have monthly average, but here's the numbers for the last 5 months.

Exhibit 2, Yellowstone County RFP, 114.



Exhibit 2, Yellowstone County RFP, 117.

Infringement Claim Chart – U.S. Patent No. 9,807,123                                    Exhibit 11
PAGE 10

| [1.1] | a safe terminal configured to: | The JACS tablet operates as a *safe terminal* when supporting NCIC's InTouch Communications Suite. *See* '123 patent, 4:54-59 (describing safe terminals). For instance, the JACS tablets operate on a dedicated network that does not allow access to external networks, websites, or applications. Nor can inmates access the operating system of the tablet or tamper with the device physically. |
|---|---|---|

**7. Inmate Tablets**

The facility is interested in systems that provide tablet computers to inmates for educational and entertainment purposes.

☆NCIC**RESPONSE: READ, AGREE, AND WILL COMPLY.**

**The proposed tablet has a heavy-duty exterior which is specifically designed for a correctional environment, allowing it to withstand a shock and/or drop test onto concrete. NCIC has used similar grade materials to the kinds used in bullet resistant glass, windows in correctional facilities, military applications, etc. This case protects the tablet from tampering, general damage, and contraband storage. NCIC has only allowed access through this secure case to critical hardware buttons such as the power button, volume buttons, and home button. Please see sample image of a NCIC tablet.**



**The proposed Inmate Tablet solution operates on a dedicated Wi-Fi network that does not allow access to external networks, websites, or applications. The tablet's wireless solution has various components that can be either wired to an extended switched ethernet network or can be fully meshed with other existing access points. At no time, will inmates be able to access the Operating Systems of the proposed Inmate Tablet solution. Prior to being deployed in correctional facilities, the proposed Tablets are subject to strenuous Penetration Testing methodologies to ensure that they are suitable for deployment in a correctional environment.**

**The proposed Tablets are essentially an extension of NCIC's wall-mounted kiosks, capable of offering video visitation services (if needed), standard inmate phone calling, messaging, grievances/ticketing, educational & rehabilitation program services, entertainment options, commissary ordering, inmate handbooks, law library, medical/mental health sick call requests; digital mail services and various other services, based on the preferences of facility administration.**

Exhibit 2, Yellowstone County RFP, 66.

Infringement Claim Chart – U.S. Patent No. 9,807,123                                             Exhibit 11
PAGE 11

| | | |
|---|---|---|
| | | <br><br>**Reducing recidivism among the incarcerated with secure wireless technologies**<br><br>Providing connections to family members, loved ones, and support networks<br><br>Remaining connected to the outside world is a crucial part of the rehabilitation process for the incarcerated. Providing the interned with safe ways to communicate with their family, friends, and loved ones—as well as legal counsel, educational programs, and employment opportunities—reduces recidivism. The custom-built devices used in this challenging environment must prioritize connectivity while remaining digitally and physically secure.<br><br>Exhibit 22, JACS Website 1, 1.<br><br><br><br>**Challenge**<br><br>Time doesn't stop for people serving sentences in federal and state correctional facilities. A critical component to reducing recidivism, improving mental and physical health, and promoting reform and rehabilitation is offering services that maintain contact between incarcerated people and their families. However, in many instances people serve their time far from home where visitation access is limited. As a supplement to in-person visitation, facilities are adopting video calling and emerging technologies as a way to maintain a positive association between family contact and outcomes including in-prison behavior, measures of health, and re-conviction after release.<br><br>Correctional technology partners delivering these services for penal institutions require uniquely customized devices that can be trusted in the hands of prisoners and are engineered to prioritize security, prohibit tampering, and eliminate non-traditional or harmful use. Due to the challenging environment in which these devices are being deployed, technology partners need a connected device that can operate on private networks and in secure facilities where it sees heavy use.<br><br>Exhibit 22, JACS Website 1, 2. |
| [1.2] | authenticate a local user, | To access the InTouch Communications Suite's electronic messaging feature, an inmate must first login to the JACS tablet using credentials similar to the login/PIN entered to make a phone call from a wall phone. Upon logging in, the JACS tablet *authenticates a local user* (the inmate) and allows the inmate to access applications on the JACS tablet. |

Infringement Claim Chart – U.S. Patent No. 9,807,123                    Exhibit 11
PAGE 12



Exhibit 2, Yellowstone County RFP, 58.

Infringement Claim Chart – U.S. Patent No. 9,807,123                                    Exhibit 11
PAGE 13



Exhibit 2, Yellowstone County RFP, 21.



b.  Describe, in detail, how the system prevents inmates from stealing another inmate's access.

**XXNCICRESPONSE: READ, AGREE, AND WILL COMPLY.**

**The proposed systems offer an optional, easy-to-use PIN feature that can be interfaced with most JMS/Booking systems via a simple XML interface. PIN codes can be turned on/off for the entire facility, a group of phones, or a specific phone/kiosk/tablet based on the needs of YCDF. For example: PINs can be turned on in general population but turned off in booking and juvenile. Authorized users can easily deactivate PINs via the software systems. The systems have the capability to provide collect, debit, pre-paid, pre-paid card, free and speed dial calling utilizing a secure PIN. The inmate utilizes the same PIN for all services and devices.**

**The proposed systems provide for inmate records and associated details to be automatically loaded when interfaced with any JMS/Booking system via a simple XML interface (with other interface types available). Once the file is imported (default import frequency is 15 minutes, but can be more frequent if required), and upon the first call or login attempt, the system prompts the inmate to create and enter a secure PIN2 (commonly referred to as "Passcode,") to supplement their PIN. This eliminates the burden of manual entry by staff. As demonstrated by the following screenshot, each inmate needs to input their PIN and PIN2 in order to place calls or interact with kiosks/tablets.**

Exhibit 2, Yellowstone County RFP, 32.

Infringement Claim Chart – U.S. Patent No. 9,807,123                                                Exhibit 11
PAGE 15

| | | |
|---|---|---|
| | | Our Educational & Entertainment Suite helps students realize that incarceration is their opportunity to find a path forward instead of a brief pause from their struggles outside of your facility. These thoughtful courses were designed for detainees struggling with mental health issues, grief, anxieties, and addictions. Your efforts to offer these meaningful programs will help your community curb recidivism by providing encouragement to your detainees and their families.<br><br>The students' user IDs are integrated with our communications suite, simplifying, and streamlining the login process, by allowing the same logins for all features of our platforms.<br><br>Exhibit 2, Yellowstone County RFP, 67. |
| [1.3] | allow the local user to generate an instant message, and | The inmates use the InTouch Communications Suite, and the JACS tablets specifically, to *generate an instant message* via the secure messaging system.<br><br>**SECURE INMATE MESSAGING**<br><br>Secure Inmate Messaging offers another form of communication between inmates and their friends and families.<br><br>Exhibit 17, NCIC Website 1, 3.<br><br>NCIC is providing a secure, integrated Inmate Messaging application which can be provided through the Inmate Kiosks and/or Inmate Tablets (based on the allowances of Facility administration). Inmate messages are subject to a range of security features, including:<br>✓ Ability to detect certain keywords within messages. The proposed system offers a standard dictionary of common keywords and offers the ability to supplement that standard dictionary with local slang and colloquialisms.<br>✓ Ability to quarantine messages based on whether keywords are detected, or whether they contain attachments, etc. Quarantining the messages would delay delivery until facility review. Quarantining can be done based on inmate or outside party, particular kiosk being used, etc.<br>✓ Ability to limit the amount of characters / length of the messages. This can be done based on inmate or outside party, particular kiosk being used, etc.<br>✓ Ability to send an email or text alert to designated investigators with messaging occurrences.<br><br>Exhibit 2, Yellowstone County RFP, 58. |

Infringement Claim Chart – U.S. Patent No. 9,807,123                                    Exhibit 11
PAGE 16

| | | |
|---|---|---|
| | | <br>Exhibit 2, Yellowstone County RFP, 58. |
| [1.4] | transmit the instant message<br><br>via a data connection, | On information and belief, electronic messages generated by the inmate on the JACS tablets are transmitted to the control platform located at one or more of NCIC's data centers in Texas and/or AWS servers. This transmission allows the centralized storage and retrieval of the *instant message* and the performance of the automated security scans discussed below. |

Infringement Claim Chart – U.S. Patent No. 9,807,123                                    Exhibit 11
PAGE 17

| | | |
|---|---|---|
| | | B. Messaging Security<br><br>  a.  All inmate text-based messaging, with the exception of privileged communications, must be recorded.<br><br>       **NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**<br><br>       **By default, the proposed messaging application will record and store all messages, aside from privileged messaging. All recorded messaging data and content will be stored for the life of the Agreement, or longer if needed.**<br><br>  b.  All message records must be maintained for the life of the contract.<br><br>       **NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**<br><br>       **All messages are stored in the system for the life of the contract, or longer if needed, with the exception of attorney/client conversations.**<br><br>  c.  Message records should be searchable by inmate's name, date message was sent, and location of inmate who sent message.<br><br>       **NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**<br><br>       **All messages are stored in the system and are searchable by inmate name, visitor name, specific date/time, specific keyword searching, or by text/attachments only.**<br><br>Exhibit 2, Yellowstone County RFP, 59. |

| | | |
|---|---|---|
| | | C. For security purposes, the system must be a centralized non-premise system that will keep all records (including telephone and visit recordings) secure and not require the need to be maintained at the facility. All records must be backed up and geographically disparate to minimize the risk of data loss to a catastrophic system failure. Describe in detail, system backup plans and system redundancy.<br><br>**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**<br><br>The proposed systems are fully centralized, web-based platforms with two geographically separate, redundant data storage centers, one in Longview, TX and a mirror (backup) location in downtown Dallas, TX. A tertiary level of backup is provided by Amazon's GovCloud services, which are designed to host the most sensitive data, and address the most stringent US government security and compliance requirements. Across all our separate storage solutions and considering the hundreds of facilities using our platform, the system is only running at approximately 25% capacity.<br><br>All inmate telephone recordings are stored for the life of the contract (including any extensions) or longer if required and are available online for downloading at any time. Retention of call recordings is completely configurable, based on the needs of YCDF.<br><br>The proposed system was the first inmate telephone service to use the Cloud to provide the utmost redundancy and security in call recording and call detail storage. Access to AWS GovCloud services is limited to vetted account holders that must be held by US citizens.<br><br>Exhibit 2, Yellowstone County RFP, 19.<br><br>The wireless terminal transmits the electronic message *via a data connection*. The JACS tablets are coupled to the control platform via NCIC's secure, dedicated network. Traffic to and from the JACS tablet is routed through NCIC's internal network and systems. The JACS tablets operate on a dedicated Wi-Fi network that does not allow access to external networks or websites. |

Infringement Claim Chart – U.S. Patent No. 9,807,123

Exhibit 11

PAGE 19

<table>
<tr>
<td></td>
<td></td>
<td>

**7. Inmate Tablets**

The facility is interested in systems that provide tablet computers to inmates for educational and entertainment purposes.

**XNCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

**The proposed tablet has a heavy-duty exterior which is specifically designed for a correctional environment, allowing it to withstand a shock and/or drop test onto concrete. NCIC has used similar grade materials to the kinds used in bullet resistant glass, windows in correctional facilities, military applications, etc. This case protects the tablet from tampering, general damage, and contraband storage. NCIC has only allowed access through this secure case to critical hardware buttons such as the power button, volume buttons, and home button. Please see sample image of a NCIC tablet.**

**The proposed Inmate Tablet solution operates on a dedicated Wi-Fi network that does not allow access to external networks, websites, or applications. The tablet's wireless solution has various components that can be either wired to an extended switched ethernet network or can be fully meshed with other existing access points. At no time, will inmates be able to access the Operating Systems of the proposed Inmate Tablet solution. Prior to being deployed in correctional facilities, the proposed Tablets are subject to strenuous Penetration Testing methodologies to ensure that they are suitable for deployment in a correctional environment.**

**The proposed Tablets are essentially an extension of NCIC's wall-mounted kiosks, capable of offering video visitation services (if needed), standard inmate phone calling, messaging, grievances/ticketing, educational & rehabilitation program services, entertainment options, commissary ordering, inmate handbooks, law library, medical/mental health sick call requests; digital mail services and various other services, based on the preferences of facility administration.**

Exhibit 2, Yellowstone County RFP, 66.

</td>
</tr>
<tr>
<td>[1.5]</td>
<td>

wherein the safe terminal accesses secure system software only and

restricts the local user from accessing the internet; and

</td>
<td>

The JACS tablet *accesses secure system software only* because the JACS tablet does not allow access to external applications. The custom firmware installed by JACS prior to shipping prevents access to unsanctioned applications.

</td>
</tr>
</table>

Infringement Claim Chart – U.S. Patent No. 9,807,123                                          Exhibit 11
PAGE 20

---

7. **Inmate Tablets**

The facility is interested in systems that provide tablet computers to inmates for educational and entertainment purposes.

**XXNCICRESPONSE: READ, AGREE, AND WILL COMPLY.**

The proposed tablet has a heavy-duty exterior which is specifically designed for a correctional environment, allowing it to withstand a shock and/or drop test onto concrete. NCIC has used similar grade materials to the kinds used in bullet resistant glass, windows in correctional facilities, military applications, etc. This case protects the tablet from tampering, general damage, and contraband storage. NCIC has only allowed access through this secure case to critical hardware buttons such as the power button, volume buttons, and home button. Please see sample image of a NCIC tablet.



The proposed Inmate Tablet solution operates on a dedicated Wi-Fi network that does not allow access to external networks, websites, or applications. The tablet's wireless solution has various components that can be either wired to an extended switched ethernet network or can be fully meshed with other existing access points. At no time, will inmates be able to access the Operating Systems of the proposed Inmate Tablet solution. Prior to being deployed in correctional facilities, the proposed Tablets are subject to strenuous Penetration Testing methodologies to ensure that they are suitable for deployment in a correctional environment.

The proposed Tablets are essentially an extension of NCIC's wall-mounted kiosks, capable of offering video visitation services (if needed), standard inmate phone calling, messaging, grievances/ticketing, educational & rehabilitation program services, entertainment options, commissary ordering, inmate handbooks, law library, medical/mental health sick call requests; digital mail services and various other services, based on the preferences of facility administration.

Exhibit 2, Yellowstone County RFP, 66.

---

**CUSTOM BUILD ANDROID OPERATING SYSTEM**

JACS Solutions' customers have the option to have a customized Android OS created just for their business. The result? A highest level of device security, and a fast configuration-free deployment process.

Alternatively, customers can utilize their existing third-party MDM and configure their apps in the user partition. This approach is appropriate for businesses who don't desire the utmost level of device security, and who wish to continue using their existing process of working through a third-party MDM.

With a custom build device firmware:

- Apps can be installed to the system partition so they cannot be removed or modified
- Bloatware and unwanted consumer applications are removed from the OS build, minimizing vulnerabilities
- SystemUI.apk and AD-Verity Security in Android can be modified to provide higher level of security
- Custom flash storage partitioning is performed to enhance device performance
- A custom launcher can be integrated to lock the device into a "kiosk mode" to prevent access to unauthorized applications
- Boot screen image, customer logo and customized wallpaper can be displayed during device boot up to increase brand awareness
- The custom build firmware is loaded on each device before shipping

|  |  | Exhibit 21, JACS Website Archive, 2. |
|  |  | The JACS tablet *restricts the local user from accessing the internet* because the JACS tablet does not allow access to external networks. |



**7. Inmate Tablets**
The facility is interested in systems that provide tablet computers to inmates for educational and entertainment purposes.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

The proposed tablet has a heavy-duty exterior which is specifically designed for a correctional environment, allowing it to withstand a shock and/or drop test onto concrete. NCIC has used similar grade materials to the kinds used in bullet resistant glass, windows in correctional facilities, military applications, etc. This case protects the tablet from tampering, general damage, and contraband storage. NCIC has only allowed access through this secure case to critical hardware buttons such as the power button, volume buttons, and home button. Please see sample image of a NCIC tablet.

The proposed Inmate Tablet solution operates on a dedicated Wi-Fi network that does not allow access to external networks, websites, or applications. The tablet's wireless solution has various components that can be either wired to an extended switched ethernet network or can be fully meshed with other existing access points. At no time, will inmates be able to access the Operating Systems of the proposed Inmate Tablet solution. Prior to being deployed in correctional facilities, the proposed Tablets are subject to strenuous Penetration Testing methodologies to ensure that they are suitable for deployment in a correctional environment.

The proposed Tablets are essentially an extension of NCIC's wall-mounted kiosks, capable of offering video visitation services (if needed), standard inmate phone calling, messaging, grievances/ticketing, educational & rehabilitation program services, entertainment options, commissary ordering, inmate handbooks, law library, medical/mental health sick call requests; digital mail services and various other services, based on the preferences of facility administration.

Exhibit 2, Yellowstone County RFP, 66.

|  |  |  |
|---|---|---|
|  |  |  |
|  |  | Exhibit 31, JACS Website 7, 1-2. |
|  |  |  |
|  |  | Exhibit 22, JACS Website 1, 3. |
| [1.6] | a control platform configured to: | The InTouch Communications Suite's secure messaging system is deployed via *a control platform*, such as at one or more of NCIC's data centers in Dallas, Texas or Longview, Texas. NCIC's InTouch Communications Suite also utilizes AWS GovCould services. The web-based *control platform* monitors and stores electronic message data. |

All information and recordings are stored in geographically separate redundant backup locations to ensure 100% reliability. The primary data center is located in Longview, TX and backed up at our "mirror location" in downtown Dallas, TX. As a tertiary level of protection, all recordings and call details are stored with Amazon's GovCloud, which is designed to host the most sensitive data and address the most stringent US government security and compliance requirements. NCIC Communications Services utilize Amazon's S3 (Simple Storage Solution) storage services where recorded data is stored in a minimum of 3 separate locations and encrypted in AWS' proprietary encryption code. All call records and system data are backed up in real-time and available through any Internet enabled computer. All recorded data is immediately copied to Amazon GovCloud for off-site redundancy, in addition to the two geographically separate physical storage locations. Access to AWS GovCloud services is limited to vetted account holders that must be held by US citizens. All phone call recordings, text and picture messages, inmate tickets (grievances, requests, kites), scanned mail, and more are stored for the life of the contract and any extensions and are always available online. The only recorded data with a shelf life is video visits, which has the recordings stored for three calendar years. All associated Video Visit details records are stored indefinitely, with the audio and video for each Video Visit being available for three calendar years after the Video Visit takes place.

Exhibit 2, Yellowstone County RFP, 16-17.

B.  The proposed system shall be password protected, with tiered security access levels, to permit only county personnel and their designees.

  NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.

  The proposed platforms are wholly centralized, with all core functions managed at company headquarters in Longview, Texas. Authorized users of the platforms can log in and use the systems from anywhere, on any device, with the appropriate login credentials (a secure Username and Password). The proposed Communications Services support multiple levels of password protected access, so all Authorized Users only have access based on their individual level of authority, and do not have access to the entire functionality of the systems. Please see the sample User Setup screenshots with multiple user permission options, below.

Exhibit 2, Yellowstone County RFP, 16-17.

| | | B. Messaging Security<br><br>a. All inmate text-based messaging, with the exception of privileged communications, must be recorded.<br><br>NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.<br><br>By default, the proposed messaging application will record and store all messages, aside from privileged messaging. All recorded messaging data and content will be stored for the life of the Agreement, or longer if needed.<br><br>b. All message records must be maintained for the life of the contract.<br><br>NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.<br><br>All messages are stored in the system for the life of the contract, or longer if needed, with the exception of attorney/client conversations.<br><br>c. Message records should be searchable by inmate's name, date message was sent, and location of inmate who sent message.<br><br>NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.<br><br>All messages are stored in the system and are searchable by inmate name, visitor name, specific date/time, specific keyword searching, or by text/attachments only.<br><br>Exhibit 2, Yellowstone County RFP, 59.<br><br>d. Message records should be downloadable to common file formats (CSV, XLSX, XLS, PDF, etc.).<br><br>NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.<br><br>e. The proposed system must allow for users to block inmates from sending and receiving text-based messages.<br><br>NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.<br><br>The proposed system is capable of restricting inmates from sending or receiving text messages through the system. These restrictions can be put in place as a temporary or permanent hold. Related features are also available, such as the ability to place other types of restrictions, such as character limitations or restrictions on attachments, based on specific inmate or visitor profile.<br><br>Exhibit 2, Yellowstone County RFP, 60. | |
| [1.7] | receive the instant message from the safe terminal, | On information and belief, electronic messages generated by the Intouch Communications Suite are received by the *control platform* located at one or more of NCIC's data centers in Texas or AWS servers. These messages are received at the *control platform* to allow the messaging | |

application to "record and store all messages" and to quarantine certain messages for review by an authorized user.

> B. Messaging Security
>   a. All inmate text-based messaging, with the exception of privileged communications, must be recorded.
>      **NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**
>      **By default, the proposed messaging application will record and store all messages, aside from privileged messaging. All recorded messaging data and content will be stored for the life of the Agreement, or longer if needed.**
>
>   b. All message records must be maintained for the life of the contract.
>      **NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**
>      **All messages are stored in the system for the life of the contract, or longer if needed, with the exception of attorney/client conversations.**
>
>   c. Message records should be searchable by inmate's name, date message was sent, and location of inmate who sent message.
>      **NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**
>      **All messages are stored in the system and are searchable by inmate name, visitor name, specific date/time, specific keyword searching, or by text/attachments only.**

Exhibit 2, Yellowstone County RFP, 59.

> **NCIC is providing a secure, integrated Inmate Messaging application which can be provided through the Inmate Kiosks and/or Inmate Tablets (based on the allowances of Facility administration). Inmate messages are subject to a range of security features, including:**
> ✓ **Ability to detect certain keywords within messages. The proposed system offers a standard dictionary of common keywords and offers the ability to supplement that standard dictionary with local slang and colloquialisms.**
> ✓ **Ability to quarantine messages based on whether keywords are detected, or whether they contain attachments, etc. Quarantining the messages would delay delivery until facility review. Quarantining can be done based on inmate or outside party, particular kiosk being used, etc.**
> ✓ **Ability to limit the amount of characters / length of the messages. This can be done based on inmate or outside party, particular kiosk being used, etc.**
> ✓ **Ability to send an email or text alert to designated investigators with messaging occurrences.**

Exhibit 2, Yellowstone County RFP, 58.

Infringement Claim Chart – U.S. Patent No. 9,807,123                                    Exhibit 11
PAGE 26

<table>
<tr>
<td></td>
<td></td>
<td>



Exhibit 2, Yellowstone County RFP, 59.
</td>
</tr>
<tr>
<td>[1.8]</td>
<td>convert the instant message into a format suitable for an automated security scan and transmission of the instant message;</td>
<td>On information and belief, upon receiving the *instant message* from the JACS tablets, the *control platform converts the instant message into a format suitable for an automated scan*. As the '123 patent notes, a conversion is needed to convert text messages into digital data that can be processed by a server. '123 patent, 8:49-52. Because the secure messaging tool stores all messages in the database in searchable fashion, the *control platform* converts the *instant message* received from the JACS tablets into a suitable format when storing the messages in the database.</td>
</tr>
</table>

Infringement Claim Chart – U.S. Patent No. 9,807,123                                          Exhibit 11
PAGE 27

| | | |
|---|---|---|
| | | B. Messaging Security<br><br>   a. All inmate text-based messaging, with the exception of privileged communications, must be recorded.<br><br>**RESPONSE: READ, AGREE, AND WILL COMPLY.**<br><br>**By default, the proposed messaging application will record and store all messages, aside from privileged messaging. All recorded messaging data and content will be stored for the life of the Agreement, or longer if needed.**<br><br>   b. All message records must be maintained for the life of the contract.<br><br>**RESPONSE: READ, AGREE, AND WILL COMPLY.**<br><br>**All messages are stored in the system for the life of the contract, or longer if needed, with the exception of attorney/client conversations.**<br><br>   c. Message records should be searchable by inmate's name, date message was sent, and location of inmate who sent message.<br><br>**RESPONSE: READ, AGREE, AND WILL COMPLY.**<br><br>**All messages are stored in the system and are searchable by inmate name, visitor name, specific date/time, specific keyword searching, or by text/attachments only.**<br><br>Exhibit 2, Yellowstone County RFP, 59.<br><br>Alternatively and additionally, the secure messaging platform accommodates attachments such as mp4 and videos. To perform an automated security scan and to store these messages, the NCIC secure messaging system converts the audio/video files into text to allow a keyword search to occur. *See* '123 patent, 11:38-40 (describing converting a voice message to a text format). For example, the interface of the secure messaging tool notes that "All messages and attachments are subject to being monitored" and includes .mp4 audio/video files. |

Infringement Claim Chart – U.S. Patent No. 9,807,123                                    Exhibit 11
PAGE 28



| | | |
|---|---|---|
| | | Exhibit 18, NCIC Website 2, 3. |
| [1.9] | perform the automated security scan of the instant message, | NCIC's InTouch Communication Suite includes a secure messaging system that includes a "Keyword Detection System" that performs a security scan of the sent and received messages by automatically monitoring messages for keywords or names. This is similar to the security scan described in the '123 patent, which includes a "keyword and phrase scan." '123 patent, 10:15-18. On information and belief, this security scan is performed by the *control platform* located at one or more of NCIC's data centers, which host the InTouch Communications Suite software.

NCIC is providing a secure, integrated Inmate Messaging application which can be provided through the Inmate Kiosks and/or Inmate Tablets (based on the allowances of Facility administration). Inmate messages are subject to a range of security features, including:

✓ Ability to detect certain keywords within messages. The proposed system offers a standard dictionary of common keywords and offers the ability to supplement that standard dictionary with local slang and colloquialisms.

✓ Ability to quarantine messages based on whether keywords are detected, or whether they contain attachments, etc. Quarantining the messages would delay delivery until facility review. Quarantining can be done based on inmate or outside party, particular kiosk being used, etc.

✓ Ability to limit the amount of characters / length of the messages. This can be done based on inmate or outside party, particular kiosk being used, etc.

✓ Ability to send an email or text alert to designated investigators with messaging occurrences.

Exhibit 2, Yellowstone County RFP, 58.

c. The proposed system should allow keyword searches for all transcribed records and text-based messages.

NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.

The proposed system allows grants the ability to detect certain keywords within messages and transcribed call records. The proposed system offers a standard dictionary of common keywords and offers the ability to supplement that standard dictionary with local slang and colloquialisms.

The proposed Keyword Detection system operates as a "workforce multiplier" by allowing agencies and investigators to easily be routed to conversations of interest, which may otherwise never get listened to.

Exhibit 2, Yellowstone County RFP, 72. |

Infringement Claim Chart – U.S. Patent No. 9,807,123                                Exhibit 11
PAGE 30

Investigators have the option of setting up automated / pre-scheduled Keyword Detection reports, which can be seamlessly delivered to their inbox at times / intervals specified by them. Shown below is a sample screenshot depicting the Keyword Detection report, and the clickable results which would take the investigator directly to those call recordings within the proposed system:



Exhibit 2, Yellowstone County RFP, 71.

c.  Message records should be searchable by inmate's name, date message was sent, and location of inmate who sent message.
    NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.
    All messages are stored in the system and are searchable by inmate name, visitor name, specific date/time, specific keyword searching, or by text/attachments only.

Exhibit 2, Yellowstone County RFP, 59.

Infringement Claim Chart – U.S. Patent No. 9,807,123                                    Exhibit 11
PAGE 31

| | | |
|---|---|---|
| | | A. Automatic Alerts<br>   a. The proposed system must be able to send automatic alerts through email and or text messages to investigators, for all inmate communications.<br><br>NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.<br><br>The proposed platform features an Alert system ("Hot Number Alerts") whereby alerts can be sent via email, text, or phone call, allowing investigators to receive real-time notifications and covertly listen to calls of interest. The proposed System alerts investigators to calls of interest either prior to a call being connected or while a call is in progress (this is configurable based on the needs of the County) so that investigators can listen to and/or approve the call.<br><br>Exhibit 2, Yellowstone County RFP, 72. |
| | | 10. Other Media / Devices<br>  A. Digital Pictures / Picture Messages<br>    a. The proposed system should allow friends and family to send pictures to inmates electronically.<br>    b. The proposed system must inspect and approve pictures, prior to delivery.<br>    c. The proposed system must not allow outgoing pictures.<br>    d. The proposed system must allow pictures to be disabled by users.<br><br>NCIC RESPONSE: HAS READ, AGREE, AND WILL COMPLY WITH ALL ITEMS ABOVE.<br><br>The proposed InTouch Inmate Messaging system can allow friends and family to send pictures to inmates. Facility staff will have the ability to flag any and all picture attachments as quarantined messages in order to inspect and approve those photos, prior to delivery. Picture messages are only allowed to be send one-way and inmates will not be able to send photo attachments back out to Friends and Family.<br><br>The proposed Messaging application is completely configurable and customizable based on the preferences of YCDF.<br><br>Exhibit 2, Yellowstone County RFP, 77. |
| [1.10] | authenticate a remote user, and | External users register an account and can connect with inmates. The InTouch Communications Suite's secure messaging system *authenticates a remote user* by receiving a login and password and determining whether the user is an approved contact for the inmate. On information and belief, this authentication is performed by the control platform located at one or more of NCIC's data centers, which host the InTouch Communications Suite software that communicates with the JACS tablets. |

Infringement Claim Chart – U.S. Patent No. 9,807,123          Exhibit 11

PAGE 32



Exhibit 19, NCIC Website 3, 1.

Exhibit 38, Apps on Google Play, 1.

Infringement Claim Chart – U.S. Patent No. 9,807,123                                        Exhibit 11
PAGE 33



Exhibit 2, Yellowstone County RFP, 58.

Infringement Claim Chart – U.S. Patent No. 9,807,123                                        Exhibit 11
PAGE 34



Exhibit 15, NCIC InTouch Communications App Screenshots, 5.

| [1.11] | based on the automated security scan, transmit the | On information and belief, the InTouch Communications Suite's secure messaging system *transmits the instant message to a device associated with the authenticated remote user*. This is |
| --- | --- | --- |

Infringement Claim Chart – U.S. Patent No. 9,807,123                                        Exhibit 11
PAGE 35

| | | |
|---|---|---|
| | instant message to a device associated with the authenticated remote user<br><br>or transmit a notification to an administrator and store the instant message in a database, | *based on the automated security scan* because the message is transmitted to the device only when the automated security scan does not detect "certain keywords" in messages.<br><br><br><br>Exhibit 18, NCIC Website 2, 3. |

Infringement Claim Chart – U.S. Patent No. 9,807,123                    Exhibit 11
PAGE 36



Exhibit 2, Yellowstone County RFP, 58.

When "certain keywords" are detected, the messages are "quarantined," and delivery is delayed until an administrator reviews in the control platform. Moreover, the system includes an "ability to send an email or text alert to designated investigators with messaging occurrences"—*i.e.*, *transmit a notification to an administrator*.

Infringement Claim Chart – U.S. Patent No. 9,807,123          Exhibit 11
PAGE 37

| | | |
|---|---|---|
| | | NCIC is providing a secure, integrated Inmate Messaging application which can be provided through the Inmate Kiosks and/or Inmate Tablets (based on the allowances of Facility administration). Inmate messages are subject to a range of security features, including:<br>✓ **Ability to detect certain keywords within messages. The proposed system offers a standard dictionary of common keywords and offers the ability to supplement that standard dictionary with local slang and colloquialisms.**<br>✓ **Ability to quarantine messages based on whether keywords are detected, or whether they contain attachments, etc. Quarantining the messages would delay delivery until facility review. Quarantining can be done based on inmate or outside party, particular kiosk being used, etc.**<br>✓ **Ability to limit the amount of characters / length of the messages. This can be done based on inmate or outside party, particular kiosk being used, etc.**<br>✓ **Ability to send an email or text alert to designated investigators with messaging occurrences.**<br><br>Exhibit 2, Yellowstone County RFP, 58.<br><br>c.  The proposed system should allow keyword searches for all transcribed records and text-based messages.<br><br>✕✕NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.<br><br>The proposed system allows grants the ability to detect certain keywords within messages and transcribed call records. The proposed system offers a standard dictionary of common keywords and offers the ability to supplement that standard dictionary with local slang and colloquialisms.<br><br>The proposed Keyword Detection system operates as a "workforce multiplier" by allowing agencies and investigators to easily be routed to conversations of interest, which may otherwise never get listened to.<br><br>Exhibit 2, Yellowstone County RFP, 72.<br><br>All messages are *stored in a database*. |

Infringement Claim Chart – U.S. Patent No. 9,807,123          Exhibit 11
PAGE 38

---

B. Messaging Security

a. All inmate text-based messaging, with the exception of privileged communications, must be recorded.

RESPONSE: READ, AGREE, AND WILL COMPLY.

By default, the proposed messaging application will record and store all messages, aside from privileged messaging. All recorded messaging data and content will be stored for the life of the Agreement, or longer if needed.

b. All message records must be maintained for the life of the contract.

RESPONSE: READ, AGREE, AND WILL COMPLY.

All messages are stored in the system for the life of the contract, or longer if needed, with the exception of attorney/client conversations.

c. Message records should be searchable by inmate's name, date message was sent, and location of inmate who sent message.

RESPONSE: READ, AGREE, AND WILL COMPLY.

All messages are stored in the system and are searchable by inmate name, visitor name, specific date/time, specific keyword searching, or by text/attachments only.

Exhibit 2, Yellowstone County RFP, 59.

---

9. Providing a centralized database which shall contain all data elements necessary for provision of monitoring services, reporting and historical transaction information;

Exhibit 2, Yellowstone County RFP, 128.

Infringement Claim Chart – U.S. Patent No. 9,807,123                    Exhibit 11
PAGE 39

|  |  | All information and recordings are stored in geographically separate redundant backup locations to ensure 100% reliability. The primary data center is located in Longview, TX and backed up at our "mirror location" in downtown Dallas, TX. As a tertiary level of protection, all recordings and call details are stored with Amazon's GovCloud, which is designed to host the most sensitive data and address the most stringent US government security and compliance requirements. NCIC Communications Services utilize Amazon's S3 (Simple Storage Solution) storage services where recorded data is stored in a minimum of 3 separate locations and encrypted in AWS' proprietary encryption code. All call records and system data are backed up in real-time and available through any Internet enabled computer. All recorded data is immediately copied to Amazon GovCloud for off-site redundancy, in addition to the two geographically separate physical storage locations. Access to AWS GovCloud services is limited to vetted account holders that must be held by US citizens. All phone call recordings, text and picture messages, inmate tickets (grievances, requests, kites), scanned mail, and more are stored for the life of the contract and any extensions and are always available online. The only recorded data with a shelf life is video visits, which has the recordings stored for three calendar years. All associated Video Visit details records are stored indefinitely, with the audio and video for each Video Visit being available for three calendar years after the Video Visit takes place.<br><br>Exhibit 2, Yellowstone County RFP, 16-17. |

Infringement Claim Chart – U.S. Patent No. 9,807,123                    Exhibit 11

PAGE 40

| | | |
|---|---|---|
| | | <br>Exhibit 2, Yellowstone County RFP, 59. |
| [1.12] | the control platform including a central computer control platform<br><br>configured to allow the local user and the remote user to communicate via electronic messages. | The InTouch Communications Suite's secure messaging system is deployed via *a control platform*, such as at one or more of NCIC's data centers in Dallas, Texas or Longview, Texas. NCIC's InTouch The control platform is a "fully centralized, web-based platform" that includes at least one server or other suitable device, *i.e.*, *a central computer control platform*.<br><br>6.   Providing a Correctional Communications System which includes, but is not limited to, system infrastructure, network, database, servers, call / video processors, digital and analog communications circuits, telecommunications capabilities, monitoring and recording functionality, and any additional required system functionality;<br><br>Exhibit 2, Yellowstone County RFP, 127. |

Infringement Claim Chart – U.S. Patent No. 9,807,123                                     Exhibit 11
PAGE 41

<table>
<tr>
<td></td>
<td></td>
<td>

**2. System Application and Management**
   A.  Structure and Security
       A.  The system's user interface shall be a web-based, easy to use application that is available securely from anywhere at any time remotely. If there are functions that cannot be performed remotely, vendor must clearly describe any limitations.

 **RESPONSE: READ, AGREE, AND WILL COMPLY.**

NCIC's systems are fully centralized, web-based platforms and were created using the newest technology in web development tools. The systems are compatible with any internet-enabled computer and various web browsers including Microsoft Edge, Google Chrome (recommended), Safari and Firefox, and more. All functions of the systems are accessible 24/7/365 via any internet-enabled computer, tablet, or smart-phone, allowing authorized users access throughout the platform based on their level of access authorization. The systems provide multiple tiered security access levels based on the YCDF's specific needs.



Exhibit 2, Yellowstone County RFP, 17.

The *central computer control platform* is *configured to allow the local user and the remote user to communicate via electronic messages.*

</td>
</tr>
</table>

Infringement Claim Chart – U.S. Patent No. 9,807,123                                    Exhibit 11

PAGE 42



Exhibit 2, Yellowstone County RFP, 58.

Infringement Claim Chart – U.S. Patent No. 9,807,123                                        Exhibit 11
PAGE 43



Exhibit 18, NCIC Website 2, 3.