**EXHIBIT F**

**EXHIBIT 14**

Infringement Claim Chart – U.S. Patent No. 10,721,624                                    Exhibit 14
PAGE 1

| Elem | Claim | |
|---|---|---|
| [1.P] | 1. A system of layered security barriers of a mobile device that prevents unsanctioned use of the mobile device, comprising: | On information and belief, JACS Solutions ("JACS") manufactures, sells, and delivers customized hardware and software that it specifically intends, directs, and encourages to be used in a system for preventing *unsanctioned use of a mobile device* within a controlled environment facility. One such system that deploys JACS's hardware and software is NCIC's InTouch Communications Suite.<br><br><br><br>Exhibit 2, Yellowstone County RFP, 14. |

Infringement Claim Chart – U.S. Patent No. 10,721,624                                      Exhibit 14
PAGE 2



Exhibit 2, Yellowstone County RFP, 15.

Infringement Claim Chart – U.S. Patent No. 10,721,624                    Exhibit 14
PAGE 3

| Technical specifications | | |
|---|---|---|
| **Screen** | 7 inch capacitive touch screen. Resolution: 1024 * 600 | |
| **CPU** | Chipset: ROCKCHIP 3128 ; Processor: Cortex A7; Frequency: 1. 3 GHz | |
| **RAM MEMORY** | DDR3: 1 GB | |
| **Storage** | 16GB Increase its capacity with external TF memory from 128MB to 32 GB. | |
| **Operating system** | Android 5. 1 | |
| **Network** | **Wi-Fi** : Integrated Wi-Fi module. IEEE 802.11a/b/g/n. | |
| **Applications** | Applications in APK format | |
| **Video** | AVI, MOV, MP4, ASF, 3GP, TS, MKV, MPEG, etc. | |
| **Music** | MP3, APE, FLAC, AAC, OGG, etc. | |
| **Photos** | JPG, BMP, PNG, TIFF, etc. | |
| **E-books** | TXT, PDF, CHM, HTML, PDB, UMD, FB2, LRC, EPUB. | |
| **Office formats** | Supported formats: Word, Excel, PDF, etc. | |
| **PC connection** | micro USB2.0 x 1 | |
| **Battery** | Lithium battery: 2500 mAh. | |

Exhibit 50, TG800 User Manual, 6-7.

JACS manufactures and sells the JACS tablets, which prevent unsanctioned use of a device within controlled environments using *layered security barriers*.

# Hardware and Firmware Customization

Our innovative approach to customization of hardware, firmware, and software maximizes both physical and data security of devices and provides technology managers with total control over what users and applications connect to their networks.

Infringement Claim Chart – U.S. Patent No. 10,721,624                                    Exhibit 14
PAGE 4

| | | |
|---|---|---|
| | | Exhibit 23, JACS Website 2, 3.<br><br>**Providing connections to family members, loved ones, and support networks**<br><br>Remaining connected to the outside world is a crucial part of the rehabilitation process for the incarcerated. Providing the interned with safe ways to communicate with their family, friends, and loved ones—as well as legal counsel, educational programs, and employment opportunities—reduces recidivism. The custom-built devices used in this challenging environment must prioritize connectivity while remaining digitally and physically secure.<br><br>Exhibit 22, JACS Website 1, 1. |

Infringement Claim Chart – U.S. Patent No. 10,721,624                                    Exhibit 14
PAGE 5

| | | |
|---|---|---|
| | | ## Challenge<br><br>Time doesn't stop for people serving sentences in federal and state correctional facilities. A critical component to reducing recidivism, improving mental and physical health, and promoting reform and rehabilitation is offering services that maintain contact between incarcerated people and their families. However, in many instances people serve their time far from home where visitation access is limited. As a supplement to in-person visitation, facilities are adopting video calling and emerging technologies as a way to maintain a positive association between family contact and outcomes including in-prison behavior, measures of health, and re-conviction after release.<br><br>Correctional technology partners delivering these services for penal institutions require uniquely customized devices that can be trusted in the hands of prisoners and are engineered to prioritize security, prohibit tampering, and eliminate non-traditional or harmful use. Due to the challenging environment in which these devices are being deployed, technology partners need a connected device that can operate on private networks and in secure facilities where it sees heavy use.<br><br>Exhibit 22, JACS Website 1, 2.<br><br>As discussed below, the layered security barriers include *a hardware barrier*, an *application barrier*, and an *operating system barrier*. |
| [1.1] | a hardware barrier that includes a front plate and a back plate,<br><br>the hardware barrier obstructing access to at least | The JACS tablets include *a hardware barrier that includes a front plate and a back plate*. |

Infringement Claim Chart – U.S. Patent No. 10,721,624                                    Exhibit 14
PAGE 6

| | | |
|---|---|---|
| | one port of the mobile device; | Exhibit 26, JACS Website 5, 2. |

Infringement Claim Chart – U.S. Patent No. 10,721,624                                    Exhibit 14
PAGE 7



Exhibit 41, 2018 Photos, 2.

On information and belief, JACS manufactures, sells, and delivers the customized JACS tablets to NCIC for use in NCIC's InTouch Communications Suite.

Infringement Claim Chart – U.S. Patent No. 10,721,624                                     Exhibit 14
PAGE 8

| | | |
|---|---|---|
| | | NCIC's proposed tablets are entirely customized and manufactured with a heavy-duty exterior which is specifically designed for a correctional environment, allowing it to withstand a shock and/or drop test onto concrete. NCIC has used similar grade materials to the kinds used in bullet resistant glass, windows in correctional facilities, military applications, etc. This case protects the tablet from tampering, general damage, and contraband storage. NCIC has only allowed access through this secure case to critical hardware buttons such as the power button, volume buttons, and headphone jack. NCIC's proposed tablet is a JACS TG801 8" Android Rugged Tablet, designed specifically for correctional environments. The following are the technical specifications for NCIC's proposed tablet hardware. <br><br>Exhibit 2, Yellowstone County RFP, 14.<br><br>The JACS tablets are configured to be deployed within NCIC's InTouch Communication Suite to obstruct *access to at least one port of the mobile device.* |

Infringement Claim Chart – U.S. Patent No. 10,721,624                                      Exhibit 14
PAGE 9

**7. Inmate Tablets**

The facility is interested in systems that provide tablet computers to inmates for educational and entertainment purposes.

✱ **NCIC RESPONSE**: READ, AGREE, AND WILL COMPLY.

The proposed tablet has a heavy-duty exterior which is specifically designed for a correctional environment, allowing it to withstand a shock and/or drop test onto concrete. NCIC has used similar grade materials to the kinds used in bullet resistant glass, windows in correctional facilities, military applications, etc. This case protects the tablet from tampering, general damage, and contraband storage. NCIC has only allowed access through this secure case to critical hardware buttons such as the power button, volume buttons, and home button. Please see sample image of a NCIC tablet.

The proposed Inmate Tablet solution operates on a dedicated Wi-Fi network that does not allow access to external networks, websites, or applications. The tablet's wireless solution has various components that can be either wired to an extended switched ethernet network or can be fully meshed with other existing access points. At no time, will inmates be able to access the Operating Systems of the proposed Inmate Tablet solution. Prior to being deployed in correctional facilities, the proposed Tablets are subject to strenuous Penetration Testing methodologies to ensure that they are suitable for deployment in a correctional environment.



Exhibit 2, Yellowstone County RFP, 66.

Infringement Claim Chart – U.S. Patent No. 10,721,624                                                   Exhibit 14
PAGE 10

| | | Key functions | |
|---|---|---|---|
| | | **Name** | **Description** |
| | | POWER | Press this button briefly to wake up or send to sleep mode. Press for several seconds if you want to turn off or turn on your tablet |
| | | Slot TF Card | TF memory, 32 MB to 128 MB |
| | | Headphones | Stereo headphone connector |
| | | USB port | Micro USB 5-pin charging port |
| | | USB Host port | External USB port for external accessories, 3G dongle, mouse, keyboard, etc. (2.0) |
| | | Screen | HD screen area |
| | | Exhibit 50, TG800 User Manual, 6. | |
| [1.2] | an application barrier stored on a memory of the mobile device, the application barrier configured to: | On information and belief, JACS designs, installs, and maintains software on the JACS tablet, including "custom build firmware" loaded onto the tablet before the tablet is shipped. The custom build firmware does not allow access to external applications or modifications to existing applications. Providing connections to family members, loved ones, and support networks Remaining connected to the outside world is a crucial part of the rehabilitation process for the incarcerated. Providing the interned with safe ways to communicate with their family, friends, and loved ones—as well as legal counsel, educational programs, and employment opportunities—reduces recidivism. The custom-built devices used in this challenging environment must prioritize connectivity while remaining digitally and physically secure. | |

Infringement Claim Chart – U.S. Patent No. 10,721,624                                    Exhibit 14
PAGE 11

| | | |
|---|---|---|
| | | Exhibit 22, JACS Website 1, 1<br><br># Challenge<br><br>Time doesn't stop for people serving sentences in federal and state correctional facilities. A critical component to reducing recidivism, improving mental and physical health, and promoting reform and rehabilitation is offering services that maintain contact between incarcerated people and their families. However, in many instances people serve their time far from home where visitation access is limited. As a supplement to in-person visitation, facilities are adopting video calling and emerging technologies as a way to maintain a positive association between family contact and outcomes including in-prison behavior, measures of health, and re-conviction after release.<br><br>Correctional technology partners delivering these services for penal institutions require uniquely customized devices that can be trusted in the hands of prisoners and are engineered to prioritize security, prohibit tampering, and eliminate non-traditional or harmful use. Due to the challenging environment in which these devices are being deployed, technology partners need a connected device that can operate on private networks and in secure facilities where it sees heavy use.<br><br>Exhibit 22, JACS Website 1, 2. |

Infringement Claim Chart – U.S. Patent No. 10,721,624                                          Exhibit 14
PAGE 12



**Our Service**

# Firmware Customization

JACS Solutions firmware customization services ensure businesses never settle for mass-produced products that don't quite fit their needs. Off-the-shelf products provide basic features and capabilities that only bandage problems rather than solve them. By building operating systems from the ground up, we can eliminate bloatware, implement security restrictions on application installation, and make other modifications to optimize performance. These capabilities allow us to deliver a purpose-built device that creates a solid and secure foundation for mobile operations.

Exhibit 25, JACS Website 4, 3.

**CUSTOM BUILD ANDROID OPERATING SYSTEM**

JACS Solutions' customers have the option to have a customized Android OS created just for their business. The result? A highest level of device security, and a fast configuration-free deployment process.

Alternatively, customers can utilize their existing third-party MDM and configure their apps in the user partition. This approach is appropriate for businesses who don't desire the utmost level of device security, and who wish to continue using their existing process of working through a third-party MDM.

With a custom build device firmware:

- Apps can be installed to the system partition so they cannot be removed or modified
- Bloatware and unwanted consumer applications are removed from the OS build, minimizing vulnerabilities
- SystemUI.apk and AD-Verity Security in Android can be modified to provide higher level of security
- Custom flash storage partitioning is performed to enhance device performance
- A custom launcher can be integrated to lock the device into a "kiosk mode" to prevent access to unauthorized applications
- Boot screen image, customer logo and customized wallpaper can be displayed during device boot up to increase brand awareness
- The custom build firmware is loaded on each device before shipping

Exhibit 21, JACS Website Archive, 2.

The JACS tablets are configured to be deployed within NCIC's InTouch Communications Suite to provide the *application barrier*.

| | | |
|---|---|---|
| | | **7.  Inmate Tablets**<br>The facility is interested in systems that provide tablet computers to inmates for educational and entertainment purposes.<br><br>**NCIC** RESPONSE: READ, AGREE, AND WILL COMPLY.<br><br>The proposed tablet has a heavy-duty exterior which is specifically designed for a correctional environment, allowing it to withstand a shock and/or drop test onto concrete. NCIC has used similar grade materials to the kinds used in bullet resistant glass, windows in correctional facilities, military applications, etc. This case protects the tablet from tampering, general damage, and contraband storage. NCIC has only allowed access through this secure case to critical hardware buttons such as the power button, volume buttons, and home button. Please see sample image of a NCIC tablet. <br><br>The proposed Inmate Tablet solution operates on a dedicated Wi-Fi network that does not allow access to external networks, websites, or applications. The tablet's wireless solution has various components that can be either wired to an extended switched ethernet network or can be fully meshed with other existing access points. At no time, will inmates be able to access the Operating Systems of the proposed Inmate Tablet solution. Prior to being deployed in correctional facilities, the proposed Tablets are subject to strenuous Penetration Testing methodologies to ensure that they are suitable for deployment in a correctional environment.<br><br>The proposed Tablets are essentially an extension of NCIC's wall-mounted kiosks, capable of offering video visitation services (if needed), standard inmate phone calling, messaging, grievances/ticketing, educational & rehabilitation program services, entertainment options, commissary ordering, inmate handbooks, law library, medical/mental health sick call requests; digital mail services and various other services, based on the preferences of facility administration.<br><br>Exhibit 2, Yellowstone County RFP, 66. |
| [1.3] | perform application modification in which non-secure functions of an application stored in the memory of the mobile device are disabled, | On information and belief, the JACS tablets include firmware that controls the user experience by modifying applications to disable non-secure functions, *i.e.*, the firmware *performs application modification in which non-secure functions of an application stored in the memory of the mobile device are disabled*. The '624 patent provides examples of *non-secure functions* including an application that provides "basic social interaction functions such as commenting, rating functions, interactive messaging/chatting features, and voice/video chat." *See* Spec., 10:56-64. On information and belief, the customized firmware is a customized Android OS including a modified SystemUI that provides a "higher level of security." This higher level security entails disabling such *non-secure functions* of applications or turning off access to these social functions. |

Infringement Claim Chart – U.S. Patent No. 10,721,624
Exhibit 14

PAGE 14

| the non-secure functions including social functions of the application; | **CUSTOM BUILD ANDROID OPERATING SYSTEM**<br><br>JACS Solutions' customers have the option to have a customized Android OS created just for their business. The result? A highest level of device security, and a fast configuration-free deployment process.<br><br>Alternatively, customers can utilize their existing third-party MDM and configure their apps in the user partition. This approach is appropriate for businesses who don't desire the utmost level of device security, and who wish to continue using their existing process of working through a third-party MDM.<br><br>With a custom build device firmware:<br><br>• Apps can be installed to the system partition so they cannot be removed or modified<br>• Bloatware and unwanted consumer applications are removed from the OS build, minimizing vulnerabilities<br>• SystemUI.apk and AD-Verity Security in Android can be modified to provide higher level of security<br>• Custom flash storage partitioning is performed to enhance device performance<br>• A custom launcher can be integrated to lock the device into a "kiosk mode" to prevent access to unauthorized applications<br>• Boot screen image, customer logo and customized wallpaper can be displayed during device boot up to increase brand awareness<br>• The custom build firmware is loaded on each device before shipping<br><br>Exhibit 21, JACS Website Archive, 2.<br><br>**Our Service**<br><br>## Firmware Customization<br><br>JACS Solutions firmware customization services ensure businesses never settle for mass-produced products that don't quite fit their needs. Off-the-shelf products provide basic features and capabilities that only bandage problems rather than solve them. By building operating systems from the ground up, we can eliminate bloatware, implement security restrictions on application installation, and make other modifications to optimize performance. These capabilities allow us to deliver a purpose-built device that creates a solid and secure foundation for mobile operations.<br><br>Exhibit 25, JACS Website 4, 3. |

**Controlled User Experience**

When the device firmware is built from the ground up with its single purpose in mind, it provides a more straightforward and more controlled user experience. Users are unlikely to "accidentally" download unwanted apps or trigger unwarranted data usage. Controlled user experience also dramatically reduces the number of support calls as a result.

Exhibit 21, JACS Website Archive, 2.

 Highly Secure

With the ability to offer a higher level of control over the Android source code, JACS Solutions can exclude elements of the OS that will introduce vulnerabilities and security risks. This modification offers a more secure approach to the overall solution than off-the-shelf products and the standard MDM service.

Exhibit 25, JACS Website 4, 4.

On information and belief, JACS's firmware disables *social functions* of the enabled applications. The '624 patent discloses "social functions" that are provided by applications "such as commenting and messaging that can be used for clandestine communications between an inmate and an unauthorized outside party." '624 Patent, 3:12-16, 10:56-10:59 ("Other applications whose main goal is not social interaction nonetheless provide basic social interaction functions such as commenting, rating functions, interactive messaging/chatting features, and voice/video chat."). Thus, the *social functions* can include messaging and chat.

**Benefit**

# You're in Control

Reduce risk and limit vulnerabilities by restricting network and device access, preventing unwanted application installations, and performing over-the-air firmware and application updates.

Exhibit 27, JACS Website 6, 3.

**CUSTOM BUILD ANDROID OPERATING SYSTEM**

JACS Solutions' customers have the option to have a customized Android OS created just for their business. The result? A highest level of device security, and a fast configuration-free deployment process.

Alternatively, customers can utilize their existing third-party MDM and configure their apps in the user partition. This approach is appropriate for businesses who don't desire the utmost level of device security, and who wish to continue using their existing process of working through a third-party MDM.

With a custom build device firmware:

- Apps can be installed to the system partition so they cannot be removed or modified
- Bloatware and unwanted consumer applications are removed from the OS build, minimizing vulnerabilities
- SystemUI.apk and AD-Verity Security in Android can be modified to provide higher level of security
- Custom flash storage partitioning is performed to enhance device performance
- A custom launcher can be integrated to lock the device into a "kiosk mode" to prevent access to unauthorized applications
- Boot screen image, customer logo and customized wallpaper can be displayed during device boot up to increase brand awareness
- The custom build firmware is loaded on each device before shipping

Exhibit 21, JACS Website Archive, 2.

e.   The proposed system must allow for users to block inmates from sending and receiving text-based messages.

ⓧⓧⓝⓒⓘⓒRESPONSE: READ, AGREE, AND WILL COMPLY.

The proposed system is capable of restricting inmates from sending or receiving text messages through the system. These restrictions can be put in place as a temporary or permanent hold. Related features are also available, such as the ability to place other types of restrictions, such as character limitations or restrictions on attachments, based on specific inmate or visitor profile.

Exhibit 2, Yellowstone County RFP, 60.

The JACS tablets are configured to be deployed within NCIC's InTouch Communications Suite to disable non-secure functions such as using unsanctioned messaging tools.

**7.  Inmate Tablets**
The facility is interested in systems that provide tablet computers to inmates for educational and entertainment purposes.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**



The proposed tablet has a heavy-duty exterior which is specifically designed for a correctional environment, allowing it to withstand a shock and/or drop test onto concrete. NCIC has used similar grade materials to the kinds used in bullet resistant glass, windows in correctional facilities, military applications, etc. This case protects the tablet from tampering, general damage, and contraband storage. NCIC has only allowed access through this secure case to critical hardware buttons such as the power button, volume buttons, and home button. Please see sample image of a NCIC tablet.

The proposed Inmate Tablet solution operates on a dedicated Wi-Fi network that does not allow access to external networks, websites, or applications. The tablet's wireless solution has various components that can be either wired to an extended switched ethernet network or can be fully meshed with other existing access points. At no time, will inmates be able to access the Operating Systems of the proposed Inmate Tablet solution. Prior to being deployed in correctional facilities, the proposed Tablets are subject to strenuous Penetration Testing methodologies to ensure that they are suitable for deployment in a correctional environment.

The proposed Tablets are essentially an extension of NCIC's wall-mounted kiosks, capable of offering video visitation services (if needed), standard inmate phone calling, messaging, grievances/ticketing, educational & rehabilitation program services, entertainment options, commissary ordering, inmate handbooks, law library, medical/mental health sick call requests; digital mail services and various other services, based on the preferences of facility administration.

Exhibit 2, Yellowstone County RFP, 66.

Infringement Claim Chart – U.S. Patent No. 10,721,624                                   Exhibit 14
PAGE 18

| | | |
|---|---|---|
| | | **10. Other Media / Devices**<br>  A. Digital Pictures / Picture Messages<br>    a. The proposed system should allow friends and family to send pictures to inmates electronically.<br>    b. The proposed system must inspect and approve pictures, prior to delivery.<br>    c. The proposed system must not allow outgoing pictures.<br>    d. The proposed system must allow pictures to be disabled by users.<br>⭐NCIC **RESPONSE: HAS READ, AGREE, AND WILL COMPLY WITH ALL ITEMS ABOVE.**<br><br>The proposed InTouch Inmate Messaging system can allow friends and family to send pictures to inmates. Facility staff will have the ability to flag any and all picture attachments as quarantined messages in order to inspect and approve those photos, prior to delivery. Picture messages are only allowed to be send one-way and inmates will not be able to send photo attachments back out to Friends and Family.<br><br>The proposed Messaging application is completely configurable and customizable based on the preferences of YCDF. |
| | | Exhibit 2, Yellowstone County RFP, 77. |
| [1.4] | monitor user activity of a social application,<br><br>the monitoring including gathering social interactions of the social application and reviewing the social interactions for illicit activity; | The JACS tablets are configured to be deployed within NCIC's InTouch Communications Suite's to *monitor user activity of a social application* (*e.g.*, applications allowing messaging and chat features).<br><br>  d. All non-privileged inmate communications must be monitorable and recorded. Communications must be retained and archived for a minimum period of 3 years.<br>⭐NCIC **RESPONSE: READ, AGREE, AND WILL COMPLY.**<br>The Live Monitoring feature allows authorized users to monitor all recorded phone calls and video visits. Multiple users can simultaneously and covertly monitor all calls and video visits, without affecting the ability of the system to record calls and video visits, or the quality of the call audio/video visits video & audio for the sessions participants (inmate and called party/visitor). Live Monitoring on the platforms allow for all recorded calls and video visits to be monitored and activity to be viewed in real-time. The Live Monitoring feature allows the authorized user to sort monitoring/call history by a large variety of search criteria. Following are sample screen shots of the Live Monitoring screen:<br><br>Exhibit 2, Yellowstone County RFP, 15.<br><br>NCIC's Transcription Service also allows for keyword detection, which automatically sifts through every call placed from your facility to detect keywords of interest. As shown in the example screenshot below, investigators can search for multiple keywords of interest by simply entering them into the Keyword field (separated by a space).<br><br>Exhibit 2, Yellowstone County RFP, 70. |

Infringement Claim Chart – U.S. Patent No. 10,721,624                                          Exhibit 14
PAGE 19

**Investigators have the option of setting up automated / pre-scheduled Keyword Detection reports, which can be seamlessly delivered to their inbox at times / intervals specified by them. Shown below is a sample screenshot depicting the Keyword Detection report, and the clickable results which would take the investigator directly to those call recordings within the proposed system:**



Exhibit 2, Yellowstone County RFP, 71.

Infringement Claim Chart – U.S. Patent No. 10,721,624                    Exhibit 14
PAGE 20



Exhibit 2, Yellowstone County RFP, 16.

This monitoring includes *gathering social interactions* and *reviewing the social interactions for illicit activity*.

NCIC is providing a secure, integrated Inmate Messaging application which can be provided through the Inmate Kiosks and/or Inmate Tablets (based on the allowances of Facility administration). Inmate messages are subject to a range of security features, including:

✓ Ability to detect certain keywords within messages. The proposed system offers a standard dictionary of common keywords and offers the ability to supplement that standard dictionary with local slang and colloquialisms.

✓ Ability to quarantine messages based on whether keywords are detected, or whether they contain attachments, etc. Quarantining the messages would delay delivery until facility review. Quarantining can be done based on inmate or outside party, particular kiosk being used, etc.

✓ Ability to limit the amount of characters / length of the messages. This can be done based on inmate or outside party, particular kiosk being used, etc.

✓ Ability to send an email or text alert to designated investigators with messaging occurrences.

Exhibit 2, Yellowstone County RFP, 58.

Infringement Claim Chart – U.S. Patent No. 10,721,624                                           Exhibit 14
PAGE 21

|  |  | b. Users must be able to search visit recordings by inmate's name, date of visit, and location in facility inmate was housed.<br><br>★★NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.<br><br>The proposed InTouch Video Visitation system allows users to track, research and investigate visitation history from within the web-based platform. Available search parameters include visitation date, visitor, inmate, and more as pictured.<br><br>Exhibit 2, Yellowstone County RFP, 53.<br><br><br><br>Exhibit 2, Yellowstone County RFP, 54. |

Infringement Claim Chart – U.S. Patent No. 10,721,624                                    Exhibit 14
PAGE 22

b.  The preferred proposed system will also provide transcription of Video Visits.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

**The NCIC development team is currently expanding the functionality of the proposed Transcription and Keyword Detection service to also apply to Video Visits. While the automatic transcription service is being worked on, YCDF can make requests for the transcription of specific video visits and NCIC will have them manually run through our audio transcription engine.**

c.  The proposed system should allow keyword searches for all transcribed records and text-based messages.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

**The proposed system allows grants the ability to detect certain keywords within messages and transcribed call records. The proposed system offers a standard dictionary of common keywords and offers the ability to supplement that standard dictionary with local slang and colloquialisms.**

**The proposed Keyword Detection system operates as a "workforce multiplier" by allowing agencies and investigators to easily be routed to conversations of interest, which may otherwise never get listened to.**

Exhibit 2, Yellowstone County RFP, 72.

A.  Automatic Alerts

a.  The proposed system must be able to send automatic alerts through email and or text messages to investigators, for all inmate communications.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

**The proposed platform features an Alert system ("Hot Number Alerts") whereby alerts can be sent via email, text, or phone call, allowing investigators to receive real-time notifications and covertly listen to calls of interest. The proposed System alerts investigators to calls of interest either prior to a call being connected or while a call is in progress (this is configurable based on the needs of the County) so that investigators can listen to and/or approve the call.**

Exhibit 2, Yellowstone County RFP, 72.

Infringement Claim Chart – U.S. Patent No. 10,721,624                          Exhibit 14
PAGE 23

<table>
<tr><td></td><td></td><td>C. For security purposes, the system must be a centralized non-premise system that will keep all records (including telephone and visit recordings) secure and not require the need to be maintained at the facility. All records must be backed up and geographically disparate to minimize the risk of data loss to a catastrophic system failure. Describe in detail, system backup plans and system redundancy.<br><br>**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**<br><br>**The proposed systems are fully centralized, web-based platforms with two geographically separate, redundant data storage centers, one in Longview, TX and a mirror (backup) location in downtown Dallas, TX. A tertiary level of backup is provided by Amazon's GovCloud services, which are designed to host the most sensitive data, and address the most stringent US government security and compliance requirements. Across all our separate storage solutions and considering the hundreds of facilities using our platform, the system is only running at approximately 25% capacity.**<br><br>**All inmate telephone recordings are stored for the life of the contract (including any extensions) or longer if required and are available online for downloading at any time. Retention of call recordings is completely configurable, based on the needs of YCDF.**<br><br>**The proposed system was the first inmate telephone service to use the Cloud to provide the utmost redundancy and security in call recording and call detail storage. Access to AWS GovCloud services is limited to vetted account holders that must be held by US citizens.**<br><br>Exhibit 2, Yellowstone County RFP, 19.</td></tr>
<tr><td>[1.5]</td><td>prevent installation or removal of an application;</td><td>On information and belief, the JACS tablets are configured to be deployed within NCIC's InTouch Communications to prevent installation or removal of applications.<br><br>**CUSTOM BUILD ANDROID OPERATING SYSTEM**<br><br>JACS Solutions' customers have the option to have a customized Android OS created just for their business. The result? A highest level of device security, and a fast configuration-free deployment process.<br><br>Alternatively, customers can utilize their existing third-party MDM and configure their apps in the user partition. This approach is appropriate for businesses who don't desire the utmost level of device security, and who wish to continue using their existing process of working through a third-party MDM.<br><br>With a custom build device firmware:<br>• Apps can be installed to the system partition so they cannot be removed or modified<br>• Bloatware and unwanted consumer applications are removed from the OS build, minimizing vulnerabilities<br>• SystemUI.apk and AD-Verity Security in Android can be modified to provide higher level of security<br>• Custom flash storage partitioning is performed to enhance device performance<br>• A custom launcher can be integrated to lock the device into a "kiosk mode" to prevent access to unauthorized applications<br>• Boot screen image, customer logo and customized wallpaper can be displayed during device boot up to increase brand awareness<br>• The custom build firmware is loaded on each device before shipping<br><br>Exhibit 21, JACS Website Archive, 2.</td></tr>
</table>

Infringement Claim Chart – U.S. Patent No. 10,721,624                                    Exhibit 14
PAGE 24

| | | |
|---|---|---|
| | | 7. **Inmate Tablets**<br>The facility is interested in systems that provide tablet computers to inmates for educational and entertainment purposes.<br><br>**NCICRESPONSE: READ, AGREE, AND WILL COMPLY.**<br><br>The proposed tablet has a heavy-duty exterior which is specifically designed for a correctional environment, allowing it to withstand a shock and/or drop test onto concrete. NCIC has used similar grade materials to the kinds used in bullet resistant glass, windows in correctional facilities, military applications, etc. This case protects the tablet from tampering, general damage, and contraband storage. NCIC has only allowed access through this secure case to critical hardware buttons such as the power button, volume buttons, and home button. Please see sample image of a NCIC tablet.<br><br>The proposed Inmate Tablet solution operates on a dedicated Wi-Fi network that does not allow access to external networks, websites, or applications. The tablet's wireless solution has various components that can be either wired to an extended switched ethernet network or can be fully meshed with other existing access points. At no time, will inmates be able to access the Operating Systems of the proposed Inmate Tablet solution. Prior to being deployed in correctional facilities, the proposed Tablets are subject to strenuous Penetration Testing methodologies to ensure that they are suitable for deployment in a correctional environment.<br><br>The proposed Tablets are essentially an extension of NCIC's wall-mounted kiosks, capable of offering video visitation services (if needed), standard inmate phone calling, messaging, grievances/ticketing, educational & rehabilitation program services, entertainment options, commissary ordering, inmate handbooks, law library, medical/mental health sick call requests; digital mail services and various other services, based on the preferences of facility administration.<br><br>Exhibit 2, Yellowstone County RFP, 66. |
| [1.6] | detect an attempt to perform an unsanctioned function of the application stored in the memory of the mobile device; | The '672 patent discloses that *an unsanctioned function* can include "restrictions on communications" that include restrictions on "time of day, a length of a call, three-way call or other restrictions on calls." '672 patent, 1:32-36, *see also* FIGS. 8A-C (describing impermissible charging, accessing an unsanctioned social network website, and connecting to an outside access point as unsanctioned functions).<br><br>The JACS tablets are configured to be deployed within NCIC's InTouch Communications Suite to detect a three-way call (*an unsanctioned function*). |

Infringement Claim Chart – U.S. Patent No. 10,721,624                    Exhibit 14
PAGE 25

| | | |
|---|---|---|
| | | **3.10.24.3**   Automatically identify each 3-way call attempt and/or conversation without the investigator having to review the entire conversation, even if there are multiple 3-ways on the same call.  The 3-way segment(s) can be isolated, sped up/slow down, replayed, copied, and forwarded via secure email without having to burn CD.<br><br>☒ NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.<br><br>When the system determines that a three-way or call forward has been attempted, a warning message can be played to the parties on the call (based on the preferences of the Facility), and the call record is permanently marked as a three-way attempt (providing administrators an easy way to go back and listen to the call). If required by Cole County, the system can be configured to terminate any detected three-way calls. However, we typically find that correctional agencies prefer to allow them to continue, to help gather valuable investigative data.<br><br>Exhibit 1, Cole County RFP, 48.<br><br>The JACS tablets are further configured to be deployed within NCIC's InTouch Communications Suite to automatically detect keyword usage in messages and call records to prevent illicit behaviors (*an unsanctioned function*).<br><br>c.   The proposed system should allow keyword searches for all transcribed records and text-based messages.<br><br>☒ NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.<br><br>The proposed system allows grants the ability to detect certain keywords within messages and transcribed call records. The proposed system offers a standard dictionary of common keywords and offers the ability to supplement that standard dictionary with local slang and colloquialisms.<br><br>The proposed Keyword Detection system operates as a "workforce multiplier" by allowing agencies and investigators to easily be routed to conversations of interest, which may otherwise never get listened to.<br><br>Exhibit 2, Yellowstone County RFP, 72. |

Infringement Claim Chart – U.S. Patent No. 10,721,624                                   Exhibit 14
PAGE 26

A. Automatic Alerts

   a.  The proposed system must be able to send automatic alerts through email and or text messages to investigators, for all inmate communications.

**ICSOLNCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

**The proposed platform features an Alert system ("Hot Number Alerts") whereby alerts can be sent via email, text, or phone call, allowing investigators to receive real-time notifications and covertly listen to calls of interest. The proposed System alerts investigators to calls of interest either prior to a call being connected or while a call is in progress (this is configurable based on the needs of the County) so that investigators can listen to and/or approve the call.**

Exhibit 2, Yellowstone County RFP, 72.

**Investigators have the option of setting up automated / pre-scheduled Keyword Detection reports, which can be seamlessly delivered to their inbox at times / intervals specified by them. Shown below is a sample screenshot depicting the Keyword Detection report, and the clickable results which would take the investigator directly to those call recordings within the proposed system:**



Exhibit 2, Yellowstone County RFP, 71.

Infringement Claim Chart – U.S. Patent No. 10,721,624                                                    Exhibit 14
PAGE 27

| [1.7] | prevent a processor of the mobile device from executing operations related to the attempt to perform the unsanctioned function; and | The JACS tablets are configured to be deployed within NCIC's InTouch Communications Suite to terminate a detected three-way call. |
|---|---|---|

**Second cell content continued:**

**3.10.24.3**   Automatically identify each 3-way call attempt and/or conversation without the investigator having to review the entire conversation, even if there are multiple 3-ways on the same call.  The 3-way segment(s) can be isolated, sped up/slow down, replayed, copied, and forwarded via secure email without having to burn CD.

XXNCIC **RESPONSE: READ, AGREE, AND WILL COMPLY.**

When the system determines that a three-way or call forward has been attempted, a warning message can be played to the parties on the call (based on the preferences of the Facility), and the call record is permanently marked as a three-way attempt (providing administrators an easy way to go back and listen to the call). If required by Cole County, the system can be configured to terminate any detected three-way calls. However, we typically find that correctional agencies prefer to allow them to continue, to help gather valuable investigative data.

Exhibit 1, Cole County RFP, 48.

The JACS tablets are configured to be deployed within NCIC's InTouch Communications Suite to prevent additional unsanctioned functions by identifying illicit uses of the JACS tablets.

c.   The proposed system should allow keyword searches for all transcribed records and text-based messages.

XXNCIC **RESPONSE: READ, AGREE, AND WILL COMPLY.**

The proposed system allows grants the ability to detect certain keywords within messages and transcribed call records. The proposed system offers a standard dictionary of common keywords and offers the ability to supplement that standard dictionary with local slang and colloquialisms.

The proposed Keyword Detection system operates as a "workforce multiplier" by allowing agencies and investigators to easily be routed to conversations of interest, which may otherwise never get listened to.

Exhibit 2, Yellowstone County RFP, 72.

Infringement Claim Chart – U.S. Patent No. 10,721,624                                          Exhibit 14
PAGE 28

---

A.  Automatic Alerts
   a.  The proposed system must be able to send automatic alerts through email and or text messages
       to investigators, for all inmate communications.

**RESPONSE: READ, AGREE, AND WILL COMPLY.**

**The proposed platform features an Alert system ("Hot Number Alerts") whereby alerts
can be sent via email, text, or phone call, allowing investigators to receive real-time
notifications and covertly listen to calls of interest. The proposed System alerts
investigators to calls of interest either prior to a call being connected or while a call is in
progress (this is configurable based on the needs of the County) so that investigators can
listen to and/or approve the call.**

Exhibit 2, Yellowstone County RFP, 72.

---

**Investigators have the option of setting up automated / pre-scheduled Keyword Detection
reports, which can be seamlessly delivered to their inbox at times / intervals specified by
them. Shown below is a sample screenshot depicting the Keyword Detection report, and
the clickable results which would take the investigator directly to those call recordings
within the proposed system:**



Exhibit 2, Yellowstone County RFP, 71.

Infringement Claim Chart – U.S. Patent No. 10,721,624                                    Exhibit 14
PAGE 29

| [1.8] | an operating system (OS) barrier stored in the memory of the mobile device, the OS barrier configured to: | The JACS tablets include *an operating system (OS) barrier*.<br><br>7.  **Inmate Tablets**<br>The facility is interested in systems that provide tablet computers to inmates for educational and entertainment purposes.<br><br>✗ NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.<br><br>The proposed tablet has a heavy-duty exterior which is specifically designed for a correctional environment, allowing it to withstand a shock and/or drop test onto concrete. NCIC has used similar grade materials to the kinds used in bullet resistant glass, windows in correctional facilities, military applications, etc. This case protects the tablet from tampering, general damage, and contraband storage. NCIC has only allowed access through this secure case to critical hardware buttons such as the power button, volume buttons, and home button. Please see sample image of a NCIC tablet. <br><br>The proposed Inmate Tablet solution operates on a dedicated Wi-Fi network that does not allow access to external networks, websites, or applications. The tablet's wireless solution has various components that can be either wired to an extended switched ethernet network or can be fully meshed with other existing access points. At no time, will inmates be able to access the Operating Systems of the proposed Inmate Tablet solution. Prior to being deployed in correctional facilities, the proposed Tablets are subject to strenuous Penetration Testing methodologies to ensure that they are suitable for deployment in a correctional environment.<br><br>The proposed Tablets are essentially an extension of NCIC's wall-mounted kiosks, capable of offering video visitation services (if needed), standard inmate phone calling, messaging, grievances/ticketing, educational & rehabilitation program services, entertainment options, commissary ordering, inmate handbooks, law library, medical/mental health sick call requests; digital mail services and various other services, based on the preferences of facility administration.<br><br>Exhibit 2, Yellowstone County RFP, 66. |

Infringement Claim Chart – U.S. Patent No. 10,721,624                                   Exhibit 14
PAGE 30

**Our Service**

# Firmware Customization

JACS Solutions firmware customization services ensure businesses never settle
for mass-produced products that don't quite fit their needs. Off-the-shelf
products provide basic features and capabilities that only bandage problems
rather than solve them. By building operating systems from the ground up, we
can eliminate bloatware, implement security restrictions on application
installation, and make other modifications to optimize performance. These
capabilities allow us to deliver a purpose-built device that creates a solid and
secure foundation for mobile operations.

Exhibit 25, JACS Website 4, 3.

 Highly Secure

With the ability to offer a higher level of control
over the Android source code, JACS Solutions can
exclude elements of the OS that will introduce
vulnerabilities and security risks. This
modification offers a more secure approach to
the overall solution than off-the-shelf products
and the standard MDM service.

Exhibit 25, JACS Website 4, 4.

Infringement Claim Chart – U.S. Patent No. 10,721,624                                    Exhibit 14
PAGE 31

| | | The *OS barrier* is *stored in the memory of the mobile device* the custom build firmware is loaded on each device before shipping. |
|---|---|---|
| | | **CUSTOM BUILD ANDROID OPERATING SYSTEM** JACS Solutions' customers have the option to have a customized Android OS created just for their business. The result? A highest level of device security, and a fast configuration-free deployment process. Alternatively, customers can utilize their existing third-party MDM and configure their apps in the user partition. This approach is appropriate for businesses who don't desire the utmost level of device security, and who wish to continue using their existing process of working through a third-party MDM. With a custom build device firmware: • Apps can be installed to the system partition so they cannot be removed or modified • Bloatware and unwanted consumer applications are removed from the OS build, minimizing vulnerabilities • SystemUI.apk and AD-Verity Security in Android can be modified to provide higher level of security • Custom flash storage partitioning is performed to enhance device performance • A custom launcher can be integrated to lock the device into a "kiosk mode" to prevent access to unauthorized applications • Boot screen image, customer logo and customized wallpaper can be displayed during device boot up to increase brand awareness • The custom build firmware is loaded on each device before shipping |
| | | Exhibit 21, JACS Website Archive, 2. |
| [1.9] | detect an attempt to access device settings of the mobile device by a user of the mobile device; and | The JACS tablets are specifically configured to *detect an attempt to access device settings of the mobile device by a user of the mobile device*. |
| | | **Our Service** Firmware Customization JACS Solutions firmware customization services ensure businesses never settle for mass-produced products that don't quite fit their needs. Off-the-shelf products provide basic features and capabilities that only bandage problems rather than solve them. By building operating systems from the ground up, we can eliminate bloatware, implement security restrictions on application installation, and make other modifications to optimize performance. These capabilities allow us to deliver a purpose-built device that creates a solid and secure foundation for mobile operations. |
| | | Exhibit 25, JACS Website 4, 3. |
| | | **Controlled User Experience** When the device firmware is built from the ground up with its single purpose in mind, it provides a more straightforward and more controlled user experience. Users are unlikely to "accidentally" download unwanted apps or trigger unwarranted data usage. Controlled user experience also dramatically reduces the number of support calls as a result. |

Infringement Claim Chart – U.S. Patent No. 10,721,624                              Exhibit 14
PAGE 32

Exhibit 21, JACS Website Archive, 2.

 ## Highly Secure

With the ability to offer a higher level of control
over the Android source code, JACS Solutions can
exclude elements of the OS that will introduce
vulnerabilities and security risks. This
modification offers a more secure approach to
the overall solution than off-the-shelf products
and the standard MDM service.

Exhibit 25, JACS Website 4, 4.

**Benefit**

# You're in Control

Reduce risk and limit vulnerabilities by restricting network and device access,
preventing unwanted application installations, and performing over-the-air
firmware and application updates.

Exhibit 27, JACS Website 6, 3.

On information and belief, the JACS tablets are configured to be deployed within NCIC's
InTouch Communications Suite to detect an attempt to access device settings of the tablet. For

example, such detection may first occur when the tablets are subjected to "strenuous penetration testing methodologies." Additionally and alternatively, the modified firmware performs the detection on an ongoing basis given the "higher level of security" provided by the modified SystemUI.

**7. Inmate Tablets**

The facility is interested in systems that provide tablet computers to inmates for educational and entertainment purposes.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

The proposed tablet has a heavy-duty exterior which is specifically designed for a correctional environment, allowing it to withstand a shock and/or drop test onto concrete. NCIC has used similar grade materials to the kinds used in bullet resistant glass, windows in correctional facilities, military applications, etc. This case protects the tablet from tampering, general damage, and contraband storage. NCIC has only allowed access through this secure case to critical hardware buttons such as the power button, volume buttons, and home button. Please see sample image of a NCIC tablet.



The proposed Inmate Tablet solution operates on a dedicated Wi-Fi network that does not allow access to external networks, websites, or applications. The tablet's wireless solution has various components that can be either wired to an extended switched ethernet network or can be fully meshed with other existing access points. At no time, will inmates be able to access the Operating Systems of the proposed Inmate Tablet solution. Prior to being deployed in correctional facilities, the proposed Tablets are subject to strenuous Penetration Testing methodologies to ensure that they are suitable for deployment in a correctional environment.

The proposed Tablets are essentially an extension of NCIC's wall-mounted kiosks, capable of offering video visitation services (if needed), standard inmate phone calling, messaging, grievances/ticketing, educational & rehabilitation program services, entertainment options, commissary ordering, inmate handbooks, law library, medical/mental health sick call requests; digital mail services and various other services, based on the preferences of facility administration.

Exhibit 2, Yellowstone County RFP, 66.

Infringement Claim Chart – U.S. Patent No. 10,721,624                                    Exhibit 14
PAGE 34

| | | |
|---|---|---|
| | | **CUSTOM BUILD ANDROID OPERATING SYSTEM**<br><br>JACS Solutions' customers have the option to have a customized Android OS created just for their business. The result? A highest level of device security, and a fast configuration-free deployment process.<br><br>Alternatively, customers can utilize their existing third-party MDM and configure their apps in the user partition. This approach is appropriate for businesses who don't desire the utmost level of device security, and who wish to continue using their existing process of working through a third-party MDM.<br><br>With a custom build device firmware:<br><br>• Apps can be installed on the system partition so they cannot be removed or modified<br>• Bloatware and unwanted consumer applications are removed from the OS build, minimizing vulnerabilities<br>• SystemUI.apk and AD-Verity Security in Android can be modified to provide higher level of security<br>• Custom flash storage partitioning is performed to enhance device performance<br>• A custom launcher can be integrated to lock the device into a "kiosk mode" to prevent access to unauthorized applications<br>• Boot screen image, customer logo and customized wallpaper can be displayed during device boot up to increase brand awareness<br>• The custom build firmware is loaded on each device before shipping<br><br>Exhibit 21, JACS Website Archive, 2. |
| [1.10] | prevent, at a kernel of an operating system operating on the mobile device, the processor of the mobile device from executing operations that attempt to access or alter the device settings of the mobile device; | The JACS tablets are configured to prevent the processor *from executing operations that attempt to access or alter the device settings of the tablet.*<br><br>**Our Service**<br><br>**Firmware Customization**<br><br>JACS Solutions firmware customization services ensure businesses never settle for mass-produced products that don't quite fit their needs. Off-the-shelf products provide basic features and capabilities that only bandage problems rather than solve them. By building operating systems from the ground up, we can eliminate bloatware, implement security restrictions on application installation, and make other modifications to optimize performance. These capabilities allow us to deliver a purpose-built device that creates a solid and secure foundation for mobile operations.<br><br>Exhibit 25, JACS Website 4, 3.<br><br>**Controlled User Experience**<br><br>When the device firmware is built from the ground up with its single purpose in mind, it provides a more straightforward and more controlled user experience. Users are unlikely to "accidentally" download unwanted apps or trigger unwarranted data usage. Controlled user experience also dramatically reduces the number of support calls as a result.<br><br>Exhibit 21, JACS Website Archive, 2. |

Infringement Claim Chart – U.S. Patent No. 10,721,624                                    Exhibit 14
PAGE 35

 **Highly Secure**

With the ability to offer a higher level of control over the Android source code, JACS Solutions can exclude elements of the OS that will introduce vulnerabilities and security risks. This modification offers a more secure approach to the overall solution than off-the-shelf products and the standard MDM service.

Exhibit 25, JACS Website 4, 4.

**Benefit**

You're in Control

Reduce risk and limit vulnerabilities by restricting network and device access, preventing unwanted application installations, and performing over-the-air firmware and application updates.

Exhibit 27, JACS Website 6, 3.



**CUSTOM BUILD ANDROID OPERATING SYSTEM**

JACS Solutions' customers have the option to have a customized Android OS created just for their business. The result? A highest level of device security, and a fast configuration-free deployment process.

Alternatively, customers can utilize their existing third-party MDM and configure their apps in the user partition. This approach is appropriate for businesses who don't desire the utmost level of device security, and who wish to continue using their existing process of working through a third-party MDM.

With a custom build device firmware:

- Apps can be installed to the system partition so they cannot be removed or modified
- Bloatware and unwanted consumer applications are removed from the OS build, minimizing vulnerabilities
- SystemUI.apk and AD-Verity Security in Android can be modified to provide higher level of security
- Custom flash storage partitioning is performed to enhance device performance
- A custom launcher can be integrated to lock the device into a "kiosk mode" to prevent access to unauthorized applications
- Boot screen image, customer logo and customized wallpaper can be displayed during device boot up to increase brand awareness
- The custom build firmware is loaded on each device before shipping

Exhibit 21, JACS Website Archive, 2.

On information and belief, the prevention occurs *at a kernel of an operating system operating on the mobile device* in the customized Android OS. *See* '924 patent, 11:43-45 (describing a *kernel* as a "software module that controls the interactions between applications and the mobile device hardware).

**WHY CUSTOM BUILD FIRMWARE?**

**Highly Secure**

With traditional MDM software, it is still possible to exploit the underlying vulnerabilities in the operating system. A custom build firmware excludes all the functionalities and apps not required for the end solution from the beginning. As a result, there is typically no need to apply security patches to the operating system or address threats after the fact.

**Easy to Deploy**

Configuring each device is time and resource consuming. By customizing the firmware at the OS level, it eliminates the need to set each device manually. Every device is ready to be deployed out of the box, saving cost and time on field deployment.

**Controlled User Experience**

When the device firmware is built from the ground up with its single purpose in mind, it provides a more straightforward and more controlled user experience. Users are unlikely to "accidentally" download unwanted apps or trigger unwarranted data usage. Controlled user experience also dramatically reduces the number of support calls as a result.

Exhibit 21, JACS Website Archive, 2.

The JACS tablets are configured to be deployed within NCIC's InTouch Communications Suite to prevent the processor from executing operations that attempt to access or alter the device settings of the tablet.

Infringement Claim Chart – U.S. Patent No. 10,721,624                                              Exhibit 14
PAGE 37

<table>
<tr>
<td></td>
<td></td>
<td>

**7.  Inmate Tablets**
The facility is interested in systems that provide tablet computers to inmates for educational and entertainment purposes.

✦NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.

The proposed tablet has a heavy-duty exterior which is specifically designed for a correctional environment, allowing it to withstand a shock and/or drop test onto concrete. NCIC has used similar grade materials to the kinds used in bullet resistant glass, windows in correctional facilities, military applications, etc. This case protects the tablet from tampering, general damage, and contraband storage. NCIC has only allowed access through this secure case to critical hardware buttons such as the power button, volume buttons, and home button. Please see sample image of a NCIC tablet.

The proposed Inmate Tablet solution operates on a dedicated Wi-Fi network that does not allow access to external networks, websites, or applications. The tablet's wireless solution has various components that can be either wired to an extended switched ethernet network or can be fully meshed with other existing access points. At no time, will inmates be able to access the Operating Systems of the proposed Inmate Tablet solution. Prior to being deployed in correctional facilities, the proposed Tablets are subject to strenuous Penetration Testing methodologies to ensure that they are suitable for deployment in a correctional environment.

The proposed Tablets are essentially an extension of NCIC's wall-mounted kiosks, capable of offering video visitation services (if needed), standard inmate phone calling, messaging, grievances/ticketing, educational & rehabilitation program services, entertainment options, commissary ordering, inmate handbooks, law library, medical/mental health sick call requests; digital mail services and various other services, based on the preferences of facility administration.

Exhibit 2, Yellowstone County RFP, 66.

</td>
</tr>
<tr>
<td>[1.11]</td>
<td>wherein the unsanctioned function includes exchanging data with an unsanctioned source outside of a controlled environment facility; and</td>
<td>The JACS tablets are configured to be deployed within NCIC's InTouch Communications Suite to detect a three-way call (*an unsanctioned function*).Three-way calling involves the exchange of data with *an unsanctioned source outside of a controlled environment facility.*</td>
</tr>
</table>

Infringement Claim Chart – U.S. Patent No. 10,721,624                                      Exhibit 14

PAGE 38

| | | |
|---|---|---|
| | | **3.10.24.3**   Automatically identify each 3-way call attempt and/or conversation without the investigator having to review the entire conversation, even if there are multiple 3-ways on the same call.  The 3-way segment(s) can be isolated, sped up/slow down, replayed, copied, and forwarded via secure email without having to burn CD.<br><br>~~XXXNCIC~~ **RESPONSE : READ, AGREE, AND WILL COMPLY.**<br><br>When the system determines that a three-way or call forward has been attempted, a warning message can be played to the parties on the call (based on the preferences of the Facility), and the call record is permanently marked as a three-way attempt (providing administrators an easy way to go back and listen to the call). If required by Cole County, the system can be configured to terminate any detected three-way calls. However, we typically find that correctional agencies prefer to allow them to continue, to help gather valuable investigative data.<br><br>Exhibit 1, Cole County RFP, 48. |
| [1.12] | wherein the device settings of the mobile device include a wireless access point setting. | On information and belief, JACS's firmware prevents alteration of device settings and specifically, the wireless access point to which a device connects.<br><br>**The JACS Solution**<br><br>The system administrators of correctional facilities need a secure device that supports programs for prisoners to stay connected to family members, loved ones, and support networks, while maintaining the safety of both the incarcerated and correctional staff.<br><br>JACS Solutions TR series ruggedized tablets are custom-built for use in challenging environments where delivering wireless connectivity safely and securely is a priority. With options for Wi-Fi only and Private LTE network operation, technology partners and system administrators can maintain complete control of the devices on their networks. The tablets are built with locked-down firmware and available in a customized, tamper-proof interface and casing to eliminate improper use in secure environments.<br><br>Exhibit 22, JACS Website 1, 3. |

Infringement Claim Chart – U.S. Patent No. 10,721,624                                              Exhibit 14
PAGE 39

| | | |
|---|---|---|
| | | **7. Inmate Tablets**<br>The facility is interested in systems that provide tablet computers to inmates for educational and entertainment purposes.<br><br>**NCIC** RESPONSE: READ, AGREE, AND WILL COMPLY.<br><br>The proposed tablet has a heavy-duty exterior which is specifically designed for a correctional environment, allowing it to withstand a shock and/or drop test onto concrete. NCIC has used similar grade materials to the kinds used in bullet resistant glass, windows in correctional facilities, military applications, etc. This case protects the tablet from tampering, general damage, and contraband storage. NCIC has only allowed access through this secure case to critical hardware buttons such as the power button, volume buttons, and home button. Please see sample image of a NCIC tablet. <br><br>The proposed Inmate Tablet solution operates on a dedicated Wi-Fi network that does not allow access to external networks, websites, or applications. The tablet's wireless solution has various components that can be either wired to an extended switched ethernet network or can be fully meshed with other existing access points. At no time, will inmates be able to access the Operating Systems of the proposed Inmate Tablet solution. Prior to being deployed in correctional facilities, the proposed Tablets are subject to strenuous Penetration Testing methodologies to ensure that they are suitable for deployment in a correctional environment.<br><br>The proposed Tablets are essentially an extension of NCIC's wall-mounted kiosks, capable of offering video visitation services (if needed), standard inmate phone calling, messaging, grievances/ticketing, educational & rehabilitation program services, entertainment options, commissary ordering, inmate handbooks, law library, medical/mental health sick call requests; digital mail services and various other services, based on the preferences of facility administration. |
| | | Exhibit 2, Yellowstone County RFP, 66. |