**EXHIBIT G**

**EXHIBIT 10**

Infringement Claim Chart – U.S. Patent No. 10,645,443

Exhibit 10

PAGE 1

| Elem | Claim | |
|------|-------|---|
| [1.P] | 1. A media distribution system for distributing media<br><br>and facilitating video visitation<br><br>within a secured facility,<br><br>the media distribution system being available to a resident of the secured facility,<br><br>the media distribution system comprising: | On information and belief, JACS Solutions ("JACS") manufactures, sells, and delivers customized hardware and software that it specifically intends, directs, and encourages to be used in a media distribution system for distributing media and facilitating video visitation to a resident of the secured facility. One such system that deploys JACS's hardware and software is NCIC's InTouch Communications Suite.<br><br><br><br>NCIC's proposed tablets are entirely customized and manufactured with a heavy-duty exterior which is specifically designed for a correctional environment, allowing it to withstand a shock and/or drop test onto concrete. NCIC has used similar grade materials to the kinds used in bullet resistant glass, windows in correctional facilities, military applications, etc. This case protects the tablet from tampering, general damage, and contraband storage. NCIC has only allowed access through this secure case to critical hardware buttons such as the power button, volume buttons, and headphone jack. NCIC's proposed tablet is a JACS TG801 8" Android Rugged Tablet, designed specifically for correctional environments. The following are the technical specifications for NCIC's proposed tablet hardware.<br><br>Exhibit 2, Yellowstone County RFP, 14. |

Infringement Claim Chart – U.S. Patent No. 10,645,443                                    Exhibit 10
PAGE 2

| | | |
|---|---|---|
| | | **NCIC Handheld Tablet Specs** |
| | | |

| | Value |
|---|---|
| **CPU** | RK3368H, Cortex-A53 Octa Core 64 bit 1.5GHz |
| **RAM/ROM** | 2 GB / 32 GB |
| **Operating System** | Google Android 7.1.2 Nougat |
| **Display** | 8" LCD panel, 800 x 1280 pixels, 5-Point Capacitive Touch Screen |
| **Camera** | Front 5.0MP |
| **WLAN** | 802.11 a/b/g/n/ac 2.4GHz/5GHz |
| **Bluetooth** | Bluetooth 4.1 |
| **Other Network** | Compatible with JACS POE adapter |
| **RFID** | 860 - 960MHz |
| **NFC** | Supported |
| **FM** | Supported |
| **I/O Interface** | 3.5mm earphone jack, Power button, Volume +/-, DC Port, MicroUSB 2.0 x 1, High quality speaker 1W x 2 |
| **Wireless Charging** | Supported, 5V/1.2A |
| **Battery** | 8000mAh Polymer Lithium-Ion battery |
| **DC** | Input: 100-240VAC, 50-60Hz; Output: USB 5V/2A DC |
| **Weight** | Unit (without packaging) 758.2g / 1.67lb |
| **Dimensions** | L(241.9) * W(147) * D(22.3) mm / L(9.52") * W(5.79") * D(0.88") |
| **Accessories** | Power Adapter, Wireless Charger (Optional) |

Exhibit 2, Yellowstone County RFP, 15.

Infringement Claim Chart – U.S. Patent No. 10,645,443                              Exhibit 10
PAGE 3



Exhibit 41, 2018 Photos, 2.

Infringement Claim Chart – U.S. Patent No. 10,645,443                                          Exhibit 10

PAGE 4

| Technical specifications | | |
|---|---|---|
| **Screen** | 7 inch capacitive touch screen.<br>Resolution: 1024 * 600 | |
| **CPU** | Chipset: ROCKCHIP 3128 ; Processor: Cortex A7; Frequency: 1. 3 GHz | |
| **RAM MEMORY** | DDR3: 1 GB | |
| **Storage** | 16GB<br>Increase its capacity with external TF memory from 128MB to 32 GB. | |
| **Operating system** | Android 5. 1 | |
| **Network** | **Wi-Fi** : Integrated Wi-Fi module. IEEE 802.11a/b/g/n. | |
| **Applications** | Applications in APK format | |
| **Video** | AVI, MOV, MP4, ASF, 3GP, TS, MKV, MPEG, etc. | |
| **Music** | MP3, APE, FLAC, AAC, OGG, etc. | |
| **Photos** | JPG, BMP, PNG, TIFF, etc. | |
| **E-books** | TXT, PDF, CHM, HTML, PDB, UMD, FB2, LRC, EPUB. | |
| **Office formats** | Supported formats: Word, Excel, PDF, etc. | |
| **PC connection** | micro USB2.0 x 1 | |
| **Battery** | Lithium battery: 2500 mAh. | |

Exhibit 50, TG800 User Manual, 6-7, *see also* Exhibit 20, TG801 Specification, 7-8.

NCIC's InTouch Communications Suite is a *media distribution system for distributing media and facilitating video visitation*.

Infringement Claim Chart – U.S. Patent No. 10,645,443                                    Exhibit 10
PAGE 5



Exhibit 2, Yellowstone County RFP, 2-3.

NCIC's InTouch Communications Suite employs the JACS tablets for *distributing media*.

---

**7. Inmate Tablets**

The facility is interested in systems that provide tablet computers to inmates for educational and entertainment purposes.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

The proposed tablet has a heavy-duty exterior which is specifically designed for a correctional environment, allowing it to withstand a shock and/or drop test onto concrete. NCIC has used similar grade materials to the kinds used in bullet resistant glass, windows in correctional facilities, military applications, etc. This case protects the tablet from tampering, general damage, and contraband storage. NCIC has only allowed access through this secure case to critical hardware buttons such as the power button, volume buttons, and home button. Please see sample image of a NCIC tablet.



The proposed Inmate Tablet solution operates on a dedicated Wi-Fi network that does not allow access to external networks, websites, or applications. The tablet's wireless solution has various components that can be either wired to an extended switched ethernet network or can be fully meshed with other existing access points. At no time, will inmates be able to access the Operating Systems of the proposed Inmate Tablet solution. Prior to being deployed in correctional facilities, the proposed Tablets are subject to strenuous Penetration Testing methodologies to ensure that they are suitable for deployment in a correctional environment.

The proposed Tablets are essentially an extension of NCIC's wall-mounted kiosks, capable of offering video visitation services (if needed), standard inmate phone calling, messaging, grievances/ticketing, educational & rehabilitation program services, entertainment options, commissary ordering, inmate handbooks, law library, medical/mental health sick call requests; digital mail services and various other services, based on the preferences of facility administration.

Exhibit 2, Yellowstone County RFP, 66.

NCIC's InTouch Communications Suite employs the JACS tablets for *facilitating video visitation*.

✓ **An overhaul of the Video Visitation program,** increasing the usage *with a focus on "remote" (off-site) visitation,* to further decrease foot traffic in the YCDF lobby.
  ○ NCIC's industry-leading Facial Detection program will help ensure maximum administrative oversight and availability of Video Visitation on all equipment – kiosks and tablets (based on the allowances and preferences of Facility Administration).
  ○ NCIC will collaborate with the Facility to ascertain best placement of Video Visitation kiosks.
  ○ NCIC does not "nickel & dime" our customers as it relates to free calls / video visits. These will simply be configured based on YCDF requirements.
✓ Provision of various services *at no cost* (or commission deduction), including Law Library, Voice Biometrics, Voice Transcription / Keyword Detection, etc.

| | | |
|---|---|---|
| | | Exhibit 2, Yellowstone County RFP, 3. |

Exhibit 2, Yellowstone County RFP, 3.

c.  If inmates visit through portable hardware (i.e., tablet), the system must be able to limit inmate video to specific areas of the housing units, as designated by the county.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

**NCIC's proposed tablet solution prevents potential violations of privacy by utilizing our aforementioned facial detection feature. It "greys out" the entire frame of what the tablet camera sees with the exception of faces. The only thing visible on the screen during a video visit on at tablet would be a face.**

**NCIC is aware that YCDF personnel have serious reservations about the prospect of offering video visitation through portable devices, and we understand the reasons why. While NCIC's proposed tablets are absolutely capable of offering video visitation (which can be secured by our Facial Detection feature), NCIC will only look to implement that feature in certain designated areas of the Facility, as specified by YCDF personnel.**

Exhibit 2, Yellowstone County RFP, 48.

NCIC's InTouch Communications Suite provides these services *within a secured facility*.

NCIC currently holds correctional communications contracts that underpin the services provided to more than 800 separate confinement facilities. NCIC contracts with all types of confinement facilities including county jails, police departments, private and state prisons, re-entry facilities and juvenile facilities. NCIC has provided a sample agreement as part of our overall proposal as Exhibit C.

Exhibit 2, Yellowstone County RFP, 6.

The JACS tablets are *available to a resident of the secured facility*.

✓ **Complete package of equipment** being proposed (phones, wall-mounted kiosks, and tablets).
  ○ NCIC has avoided the "tablet only" and "kiosk only" scenarios, which are being pitched by certain Providers to save money on equipment and installations. This scenario is troublesome…NCIC proposes *all three hardware options* for maximum coverage.
  ○ NCIC is *not* proposing any reduction in the existing equipment counts (phones and tablets) and proposes to install *at least* the same amounts of equipment (with brand new hardware).
  ○ NCIC is proposing (if required by YCDF) a 1:1 inmate – tablet ratio, *from day one of operation*, to ensure adequate coverage and avoid any issues associated with access to tablets and programming.
  ○ NCIC's proposed Tablets are heavily geared towards education, rehabilitation, and programming, and offered at **no cost** to the Agency and residents (there are no device rental fees, and *all* programming is offered at no cost).
  ○ Free provision of NCIC's "Learn2Earn" educational and rehabilitative platform.

Exhibit 2, Yellowstone County RFP, 3.

Infringement Claim Chart – U.S. Patent No. 10,645,443                                    Exhibit 10

PAGE 8

| [1.1] | a media distribution server configured to<br><br>receive media from a plurality of media sources,<br><br>generate a catalog of the received media based on the plurality of media sources and metadata associated with the received media,<br><br>and make the media available on a network via the catalog,<br><br>the plurality of media sources including a real-time media source and an on-demand media source; | On information and belief, NCIC's InTouch Communications Suite includes *a media distribution server configured to receive media from a plurality of media sources*.<br><br>B.  The proposed system shall be password protected, with tiered security access levels, to permit only county personnel and their designees.<br><br>✖✖NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.<br><br>The proposed platforms are wholly centralized, with all core functions managed at company headquarters in Longview, Texas. Authorized users of the platforms can log in and use the systems from anywhere, on any device, with the appropriate login credentials (a secure Username and Password). The proposed Communications Services support multiple levels of password protected access, so all Authorized Users only have access based on their individual level of authority, and do not have access to the entire functionality of the systems. Please see the sample User Setup screenshots with multiple user permission options, below.<br><br>Exhibit 2, Yellowstone County RFP, 17.<br><br>2.  System Application and Management<br>  A.  Structure and Security<br>    A.  The system's user interface shall be a web-based, easy to use application that is available securely from anywhere at any time remotely. If there are functions that cannot be performed remotely, vendor must clearly describe any limitations.<br><br>✖✖NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.<br><br>NCIC's systems are fully centralized, web-based platforms and were created using the newest technology in web development tools. The systems are compatible with any internet-enabled computer and various web browsers including Microsoft Edge, Google Chrome (recommended), Safari and Firefox, and more. All functions of the systems are accessible 24/7/365 via  any internet-enabled computer, tablet, or smart-phone, allowing authorized users access throughout the platform based on their level of access authorization. The systems provide multiple tiered security access levels based on the YCDF's specific needs.<br><br>Exhibit 2, Yellowstone County RFP, 17.<br><br>6.  Providing a Correctional Communications System which includes, but is not limited to, system infrastructure, network, database, servers, call / video processors, digital and analog communications circuits, telecommunications capabilities, monitoring and recording functionality, and any additional required system functionality; |

Exhibit 2, Yellowstone County RFP, 127.



Exhibit 16, NCIC Website Archive, 1.

The proposed Tablets are essentially an extension of NCIC's wall-mounted kiosks, capable of offering video visitation services (if needed), standard inmate phone calling, messaging, grievances/ticketing, educational & rehabilitation program services, entertainment options, commissary ordering, inmate handbooks, law library, medical/mental health sick call requests; digital mail services and various other services, based on the preferences of facility administration.

Exhibit 2, Yellowstone County RFP, 66.

On information and belief, the media distribution server *receives media from a plurality of media sources* and *generates a catalog of the received media based on the plurality of media sources and metadata associated with the received media* (*e.g.*, title, station, genre, etc.).

Infringement Claim Chart – U.S. Patent No. 10,645,443                                    Exhibit 10
PAGE 10

<table>
<tr><td></td><td></td><td>



Exhibit 2, Yellowstone County RFP, 69.

The media server then *makes the media available on a network via the catalog*.
</td></tr>
</table>

Infringement Claim Chart – U.S. Patent No. 10,645,443                                    Exhibit 10
PAGE 11



Exhibit 2, Yellowstone County RFP, 69.

Infringement Claim Chart – U.S. Patent No. 10,645,443                                    Exhibit 10
PAGE 12

### 7. Inmate Tablets

The facility is interested in systems that provide tablet computers to inmates for educational and entertainment purposes.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

The proposed tablet has a heavy-duty exterior which is specifically designed for a correctional environment, allowing it to withstand a shock and/or drop test onto concrete. NCIC has used similar grade materials to the kinds used in bullet resistant glass, windows in correctional facilities, military applications, etc. This case protects the tablet from tampering, general damage, and contraband storage. NCIC has only allowed access through this secure case to critical hardware buttons such as the power button, volume buttons, and home button. Please see sample image of a NCIC tablet.



The proposed Inmate Tablet solution operates on a dedicated Wi-Fi network that does not allow access to external networks, websites, or applications. The tablet's wireless solution has various components that can be either wired to an extended switched ethernet network or can be fully meshed with other existing access points. At no time, will inmates be able to access the Operating Systems of the proposed Inmate Tablet solution. Prior to being deployed in correctional facilities, the proposed Tablets are subject to strenuous Penetration Testing methodologies to ensure that they are suitable for deployment in a correctional environment.

The proposed Tablets are essentially an extension of NCIC's wall-mounted kiosks, capable of offering video visitation services (if needed), standard inmate phone calling, messaging, grievances/ticketing, educational & rehabilitation program services, entertainment options, commissary ordering, inmate handbooks, law library, medical/mental health sick call requests; digital mail services and various other services, based on the preferences of facility administration.

Exhibit 2, Yellowstone County RFP, 66.

The *plurality of media sources* includes *a real-time media source* (TV and/or radio) *and an on-demand media source* (movies, books, and/or games).

- **Entertainment Content** – a reward for course progress includes G/PG rated content such as *free TV, radio,* books and games.

Exhibit 2, Yellowstone County RFP, 117.

Infringement Claim Chart – U.S. Patent No. 10,645,443         Exhibit 10
PAGE 13

| | | |
|---|---|---|
| | | <br>Exhibit 2, Yellowstone County RFP, 69. |
| [1.2] | encoding the received media; | On information and belief, NCIC's InTouch Communications Suite *encodes the received media*. The '443 patent discloses encoding using MP2, MP3, MP4, AAC, and other suitable codecs. '443 Patent, 6:58-67. NCIC's InTouch Communications Suite supports similar file formats. The JACS tablets support various formats for playing video (*e.g.*, AVI, MOV, MP4, ASF, 3GP, TS, MKV, MPEG, etc.) and music (*e.g.*, MP3, APE, FLAC, AAC, OGG, etc.). |

Infringement Claim Chart – U.S. Patent No. 10,645,443                                                   Exhibit 10
PAGE 14

**Technical specifications**

| | |
|---|---|
| **Screen** | 7 inch capacitive touch screen. Resolution: 1024 * 600 |
| **CPU** | Chipset: ROCKCHIP 3128 ; Processor: Cortex A7; Frequency: 1. 3 GHz |
| **RAM MEMORY** | DDR3: 1 GB |
| **Storage** | 16GB Increase its capacity with external TF memory from 128MB to 32 GB. |
| **Operating system** | Android 5. 1 |
| **Network** | **Wi-Fi** : Integrated Wi-Fi module. IEEE 802.11a/b/g/n. |
| **Applications** | Applications in APK format |
| **Video** | AVI, MOV, MP4, ASF, 3GP, TS, MKV, MPEG, etc. |
| **Music** | MP3, APE, FLAC, AAC, OGG, etc. |
| **Photos** | JPG, BMP, PNG, TIFF, etc. |
| **E-books** | TXT, PDF, CHM, HTML, PDB, UMD, FB2, LRC, EPUB. |
| **Office formats** | Supported formats: Word, Excel, PDF, etc. |
| **PC connection** | micro USB2.0 x 1 |
| **Battery** | Lithium battery: 2500 mAh. |

Exhibit 50, TG800 User Manual, 5-6.

Infringement Claim Chart – U.S. Patent No. 10,645,443                                    Exhibit 10
PAGE 15

<table>
<tr><td colspan="2">



**3.21.1   TECHNICAL SPECIFICATIONS.**

   **A.**  Minimum of 1 GB Ram.
   **B.**  Minimum of 32 GB Storage.
   **C.**  Minimum screen size of 7 inches.
   **D.**  Rechargeable Lithium battery.
   **E.**  Video format to support MP4, 3GP, AVI, RM, etc.
   **F.**  Audio Format MP3, MP2, OGG, AAC, M4A, AMR, FLAC, APE, WAV
   **G.**  Picture format – JPG, BMP, PNG

**NCIC RESPONSE: HAS READ, AGREE, AND WILL COMPLY WITH ALL ITEMS ABOVE.**

Exhibit 1, Cole County RFP, 97, 184.

In NCIC's InTouch Communications Suite, residents select media to view on the JACS tablets. On information and believe, the selected media is streamed to the JACS tablet and encoded as part of that process or encoded and stored on the JACS tablet for later viewing by the resident.

Exhibit 2, Yellowstone County RFP, 69.

</td></tr>
<tr>
<td>[1.3]</td>
<td>storing the encoded received media for later distribution;</td>
<td>NCIC's InTouch Communications Suite *stores the encoded received media for later distribution.*</td>
</tr>
</table>

Infringement Claim Chart – U.S. Patent No. 10,645,443                                                          Exhibit 10
PAGE 16

| | | |
|---|---|---|
| | | ☑ Inmates must have immediate access to content they request (no waiting on downloads).<br><br>★KNOC RESPONSE: READ, AGREE, AND WILL COMPLY.<br><br>The proposed Tablets are capable of offering video visitation services, standard inmate phone calling, messaging, grievances/ticketing, educational & rehabilitation program services, entertainment services, commissary ordering, inmate handbooks, law library, medical/mental health sick call requests; digital mail services; email messaging services, and various other services. All content is available to the inmate without the need to download.<br><br>Exhibit 1, Cole County RFP, 93.<br><br><br><br>Exhibit 2, Yellowstone County RFP, 69. |

Infringement Claim Chart – U.S. Patent No. 10,645,443                                                  Exhibit 10
PAGE 17

B. The proposed system shall be password protected, with tiered security access levels, to permit only county personnel and their designees.

✦ NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.

The proposed platforms are wholly centralized, with all core functions managed at company headquarters in Longview, Texas. Authorized users of the platforms can log in and use the systems from anywhere, on any device, with the appropriate login credentials (a secure Username and Password). The proposed Communications Services support multiple levels of password protected access, so all Authorized Users only have access based on their individual level of authority, and do not have access to the entire functionality of the systems. Please see the sample User Setup screenshots with multiple user permission options, below.

Exhibit 2, Yellowstone County RFP, 17.

2. System Application and Management
   A. Structure and Security
      A. The system's user interface shall be a web-based, easy to use application that is available securely from anywhere at any time remotely. If there are functions that cannot be performed remotely, vendor must clearly describe any limitations.

✦ NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.

NCIC's systems are fully centralized, web-based platforms and were created using the newest technology in web development tools. The systems are compatible with any internet-enabled computer and various web browsers including Microsoft Edge, Google Chrome (recommended), Safari and Firefox, and more. All functions of the systems are accessible 24/7/365 via  an internet-enabled computer, tablet, or smart-phone, allowing authorized users access throughout the platform based on their level of access authorization. The systems provide multiple tiered security access levels based on the YCDF's specific needs.

Exhibit 2, Yellowstone County RFP, 17.

6. Providing a Correctional Communications System which includes, but is not limited to, system infrastructure, network, database, servers, call / video processors, digital and analog communications circuits, telecommunications capabilities, monitoring and recording functionality, and any additional required system functionality;

Exhibit 2, Yellowstone County RFP, 127.

Infringement Claim Chart – U.S. Patent No. 10,645,443                                    Exhibit 10
PAGE 18

| [1.4] | a video visitation server configured to conduct video visitation sessions<br><br>between a first video visitation endpoint and a second video visitation endpoint,<br><br>at least one of the first and second video visitation endpoints having connectivity to the network; and | NCIC's InTouch Communications Suite includes *a video visitation server configured to conduct video visitation sessions*.<br><br>✓ **An overhaul of the Video Visitation program,** increasing the usage *with a focus on "remote" (off-site) visitation*, to further decrease foot traffic in the YCDF lobby.<br>　○ NCIC's industry-leading Facial Detection program will help ensure maximum administrative oversight and availability of Video Visitation on all equipment – kiosks and tablets (based on the allowances and preferences of Facility Administration).<br>　○ NCIC will collaborate with the Facility to ascertain best placement of Video Visitation kiosks.<br>　○ NCIC does not "nickel & dime" our customers as it relates to free calls / video visits. These will simply be configured based on YCDF requirements.<br>✓ Provision of various services *at no cost* (or commission deduction), including Law Library, Voice Biometrics, Voice Transcription / Keyword Detection, etc.<br><br>Exhibit 2, Yellowstone County RFP, 3.<br><br>Visitation occurs between a *first video visitation endpoint* and a *second video visitation endpoint*. On information and belief, one endpoint is an inmate using the JACS tablet, and a second endpoint is a remote user.<br><br><br><br>Exhibit 2, Yellowstone County RFP, 47. |

Infringement Claim Chart – U.S. Patent No. 10,645,443          Exhibit 10
PAGE 19



Exhibit 15, NCIC InTouch Communications App Screenshots, 7.

Infringement Claim Chart – U.S. Patent No. 10,645,443                                   Exhibit 10
PAGE 20



Exhibit 15, NCIC InTouch Communications App Screenshots, 4.

Infringement Claim Chart – U.S. Patent No. 10,645,443                                    Exhibit 10
PAGE 21



Exhibit 15, NCIC InTouch Communications App Screenshots, 8.

The endpoints have *connectivity to the network*.

Infringement Claim Chart – U.S. Patent No. 10,645,443    Exhibit 10
PAGE 22

7. **Inmate Tablets**
The facility is interested in systems that provide tablet computers to inmates for educational and entertainment purposes.

NCIC **RESPONSE: READ, AGREE, AND WILL COMPLY.**

The proposed tablet has a heavy-duty exterior which is specifically designed for a correctional environment, allowing it to withstand a shock and/or drop test onto concrete. NCIC has used similar grade materials to the kinds used in bullet resistant glass, windows in correctional facilities, military applications, etc. This case protects the tablet from tampering, general damage, and contraband storage. NCIC has only allowed access through this secure case to critical hardware buttons such as the power button, volume buttons, and home button. Please see sample image of a NCIC tablet.



The proposed Inmate Tablet solution operates on a dedicated Wi-Fi network that does not allow access to external networks, websites, or applications. The tablet's wireless solution has various components that can be either wired to an extended switched ethernet network or can be fully meshed with other existing access points. At no time, will inmates be able to access the Operating Systems of the proposed Inmate Tablet solution. Prior to being deployed in correctional facilities, the proposed Tablets are subject to strenuous Penetration Testing methodologies to ensure that they are suitable for deployment in a correctional environment.

The proposed Tablets are essentially an extension of NCIC's wall-mounted kiosks, capable of offering video visitation services (if needed), standard inmate phone calling, messaging, grievances/ticketing, educational & rehabilitation program services, entertainment options, commissary ordering, inmate handbooks, law library, medical/mental health sick call requests; digital mail services and various other services, based on the preferences of facility administration.

Exhibit 2, Yellowstone County RFP, 66.

C. **Remote Visitor Interface**
a. The proposed video visitation system must be easy to use and should work on all major smartphones, tablet computers, and computers (equipped with camera and microphone).

NCIC **RESPONSE: READ, AGREE, AND WILL COMPLY.**

The proposed VVS is entirely web-based and can be accessed through any smartphones, tablet computers, or computers with an operational camera and microphone.

Exhibit 2, Yellowstone County RFP, 49.

Infringement Claim Chart – U.S. Patent No. 10,645,443                                                    Exhibit 10
PAGE 23

| [1.5] | an access kiosk placed within a residential unit of the secured facility and accessible by the resident, the access kiosk configured to: | JACS manufactures, sells, and delivers customized hardware and software that it specifically intends, directs, and encourages to be an *access kiosk* placed in a *secured facility* that is *accessible by the resident*.  Exhibit 22, JACS Website 1, 1.  Exhibit 22, JACS Website 1, 2. JACS designs, installs, and maintains software on the JACS tablets. |
| --- | --- | --- |

# Hardware and Firmware Customization

Our innovative approach to customization of hardware, firmware, and software maximizes both physical and data security of devices and provides technology managers with total control over what users and applications connect to their networks.

Exhibit 23, JACS Website 2, 3.

**CUSTOM BUILD ANDROID OPERATING SYSTEM**

JACS Solutions' customers have the option to have a customized Android OS created just for their business. The result? A highest level of device security, and a fast configuration-free deployment process.

Alternatively, customers can utilize their existing third-party MDM and configure their apps in the user partition. This approach is appropriate for businesses who don't desire the utmost level of device security, and who wish to continue using their existing process of working through a third-party MDM.

With a custom build device firmware:

- Apps can be installed on the system partition so they cannot be removed or modified
- Bloatware and unwanted consumer applications are removed from the OS build, minimizing vulnerabilities
- SystemUI.apk and AD-Verity Security in Android can be modified to provide higher level of security
- Custom flash storage partitioning is performed to enhance device performance
- A custom launcher can be integrated to lock the device into a "kiosk mode" to prevent access to unauthorized applications
- Boot screen image, customer logo and customized wallpaper can be displayed during device boot up to increase brand awareness
- The custom build firmware is loaded on each device before shipping

Exhibit 21, JACS Website Archive, 2; *see also* Exhibit 20, TG801 Specification, 9.

The JACS tablets are specifically designed, manufactured, and intended to be implemented as an *access kiosk* within NCIC's InTouch Communications Suite such that it is *placed within a residential unit of the secured facility* and is *accessible by the resident*.

NCIC's proposed tablets are entirely customized and manufactured with a heavy-duty exterior which is specifically designed for a correctional environment, allowing it to withstand a shock and/or drop test onto concrete. NCIC has used similar grade materials to the kinds used in bullet resistant glass, windows in correctional facilities, military applications, etc. This case protects the tablet from tampering, general damage, and contraband storage. NCIC has only allowed access through this secure case to critical hardware buttons such as the power button, volume buttons, and headphone jack. NCIC's proposed tablet is a JACS TG801 8" Android Rugged Tablet, designed specifically for correctional environments. The following are the technical specifications for NCIC's proposed tablet hardware.



Exhibit 2, Yellowstone County RFP, 14.

Infringement Claim Chart – U.S. Patent No. 10,645,443                                    Exhibit 10

PAGE 25



Exhibit 2, Yellowstone County RFP, 3.

Infringement Claim Chart – U.S. Patent No. 10,645,443                                        Exhibit 10
PAGE 26

| | | |
|---|---|---|
| | | 

7. **Inmate Tablets**
The facility is interested in systems that provide tablet computers to inmates for educational and entertainment purposes.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

The proposed tablet has a heavy-duty exterior which is specifically designed for a correctional environment, allowing it to withstand a shock and/or drop test onto concrete. NCIC has used similar grade materials to the kinds used in bullet resistant glass, windows in correctional facilities, military applications, etc. This case protects the tablet from tampering, general damage, and contraband storage. NCIC has only allowed access through this secure case to critical hardware buttons such as the power button, volume buttons, and home button. Please see sample image of a NCIC tablet.

The proposed Inmate Tablet solution operates on a dedicated Wi-Fi network that does not allow access to external networks, websites, or applications. The tablet's wireless solution has various components that can be either wired to an extended switched ethernet network or can be fully meshed with other existing access points. At no time, will inmates be able to access the Operating Systems of the proposed Inmate Tablet solution. Prior to being deployed in correctional facilities, the proposed Tablets are subject to strenuous Penetration Testing methodologies to ensure that they are suitable for deployment in a correctional environment.

The proposed Tablets are essentially an extension of NCIC's wall-mounted kiosks, capable of offering video visitation services (if needed), standard inmate phone calling, messaging, grievances/ticketing, educational & rehabilitation program services, entertainment options, commissary ordering, inmate handbooks, law library, medical/mental health sick call requests; digital mail services and various other services, based on the preferences of facility administration.

Exhibit 2, Yellowstone County RFP, 66. |
| [1.6] | communicate with the video visitation server over the network to participate in video visitation sessions with one or more other video visitation endpoints; and | The JACS tablet (*access kiosk*) communicates with the *video visitation server* to participate in video visitation sessions. |

Infringement Claim Chart – U.S. Patent No. 10,645,443                                    Exhibit 10
PAGE 27

7. **Inmate Tablets**
The facility is interested in systems that provide tablet computers to inmates for educational and entertainment purposes.

NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.

The proposed tablet has a heavy-duty exterior which is specifically designed for a correctional environment, allowing it to withstand a shock and/or drop test onto concrete. NCIC has used similar grade materials to the kinds used in bullet resistant glass, windows in correctional facilities, military applications, etc. This case protects the tablet from tampering, general damage, and contraband storage. NCIC has only allowed access through this secure case to critical hardware buttons such as the power button, volume buttons, and home button. Please see sample image of a NCIC tablet.



The proposed Inmate Tablet solution operates on a dedicated Wi-Fi network that does not allow access to external networks, websites, or applications. The tablet's wireless solution has various components that can be either wired to an extended switched ethernet network or can be fully meshed with other existing access points. At no time, will inmates be able to access the Operating Systems of the proposed Inmate Tablet solution. Prior to being deployed in correctional facilities, the proposed Tablets are subject to strenuous Penetration Testing methodologies to ensure that they are suitable for deployment in a correctional environment.

The proposed Tablets are essentially an extension of NCIC's wall-mounted kiosks, capable of offering video visitation services (if needed), standard inmate phone calling, messaging, grievances/ticketing, educational & rehabilitation program services, entertainment options, commissary ordering, inmate handbooks, law library, medical/mental health sick call requests; digital mail services and various other services, based on the preferences of facility administration.

Exhibit 2, Yellowstone County RFP, 66.

B. The proposed system shall be password protected, with tiered security access levels, to permit only county personnel and their designees.

NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.

The proposed platforms are wholly centralized, with all core functions managed at company headquarters in Longview, Texas. Authorized users of the platforms can log in and use the systems from anywhere, on any device, with the appropriate login credentials (a secure Username and Password). The proposed Communications Services support multiple levels of password protected access, so all Authorized Users only have access based on their individual level of authority, and do not have access to the entire functionality of the systems. Please see the sample User Setup screenshots with multiple user permission options, below.

Infringement Claim Chart – U.S. Patent No. 10,645,443                    Exhibit 10
PAGE 28

| | | Exhibit 2, Yellowstone County RFP, 17. |
| --- | --- | --- |
| | | 

Exhibit 2, Yellowstone County RFP, 52-53.

Exhibit 2, Yellowstone County RFP, 65. |

Infringement Claim Chart – U.S. Patent No. 10,645,443                                    Exhibit 10

PAGE 29

| | | |
|---|---|---|
| [1.7] | display the catalog to the resident; | The JACS tablets (*access kiosk*) *display the catalog to the resident*.<br><br><br><br>Exhibit 2, Yellowstone County RFP, 69.<br><br>To assist with the operation of the Facility, NCIC will be offering the ability for YCDF personnel to provide extended (or free) access to things like video visits, phone calls, messaging, or entertainment material, for Trustee inmates or for otherwise rewarding good inmate behavior, at the discretion of Facility personnel. NCIC will offer this ability at no cost (or commission deduction).<br><br>Exhibit 2, Yellowstone County RFP, 3.<br><br>c.   The system should allow increased visit time, based on classification, and assignment to work details, at no charge to the inmate, or facility.<br><br>NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.<br><br>As described in our Transmittal Letter, one of the main strengths of NCIC's overall proposal is that NCIC will be offering the ability for YCDF personnel to provide extended (or free) access to things like video visits, phone calls, messaging, or entertainment material, for Trustee inmates or for otherwise rewarding good inmate behavior, at the discretion of Facility personnel. NCIC will offer this ability at no cost (or commission deduction). |

| | | |
|---|---|---|
| | | Exhibit 2, Yellowstone County RFP, 57. |
| [1.8] | receive a user selection from the catalog; | The JACS tablets (*access kiosk*) *receive a user selection from the catalog*.<br><br><br><br>Exhibit 2, Yellowstone County RFP, 69. |
| [1.9] | receive the encoded media from the media distribution server over the network based on the user selection; and playback the selected media for consumption. | On information and belief, the JACS tablets (*access kiosk*) *receive the encoded media from the media distribution server over the network* and plays it for the user.<br><br>☑Inmates must have immediate access to content they request (no waiting on downloads).<br><br>✗JACIC RESPONSE: READ, AGREE, AND WILL COMPLY.<br><br>The proposed Tablets are capable of offering video visitation services, standard inmate phone calling, messaging, grievances/ticketing, educational & rehabilitation program services, entertainment services, commissary ordering, inmate handbooks, law library, medical/mental health sick call requests; digital mail services; email messaging services, and various other services. All content is available to the inmate without the need to download.<br><br>Exhibit 1, Cole County RFP, 93. |

Infringement Claim Chart – U.S. Patent No. 10,645,443                                      Exhibit 10
PAGE 31

| | | |
|---|---|---|
| | | 6.    Providing a Correctional Communications System which includes, but is not limited to, system infrastructure, network, database, servers, call / video processors, digital and analog communications circuits, telecommunications capabilities, monitoring and recording functionality, and any additional required system functionality; |
| | | Exhibit 2, Yellowstone County RFP, 127. |