IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GLOBAL TEL*LINK CORPORATION D/B/A/ VIAPATH TECHNOLOGIES<br><br>*Plaintiff*,<br><br>v.<br><br>JACS SOLUTIONS, INC.,<br><br>*Defendant*. | Civil Action No. 23-500-MN |

**[PROPOSED] ORDER**

Having considered Plaintiff Global Tel*Link Corporation d/b/a ViaPath Technologies' ("ViaPath") response and proposal to D.I. 15, IT IS HEREBY ORDERED that ViaPath's Unopposed Motion to Withdraw and Expunge Exhibits 20 and 30, and for Leave to Amend the Complaint to remove reliance on these exhibits is GRANTED.

Dated: _____    _____
                               United States District Judge