**EXHIBIT 2**



# DETENTION INMATE COMMUNICATION SYSTEM
## SHERIFF'S OFFICE DETENTION FACILITY
## YELLOWSTONE COUNTY, MONTANA

### Request For Proposal YCDF 2022

**Board of County Commissioners**
316 North 26th Street
3rd Floor, Room 3101, Stillwater Building
Billings, MT  59101

**Due Date and Time:**
Monday, August 8, 2022, at 5:00 P.M.



**COPY**











**INMATE KIOSKS**      **REMOTE VISITATION**      **INMATE MAIL SCANNING**      **INMATE MESSAGING**      **INMATE PHONE CALLS**

**NCIC.com  |  800-943-2189**



# TRANSMITTAL LETTER

NCIC Inmate Communications ("NCIC") is pleased to submit this response to Yellowstone County's 2022 RFP for **Inmate Communication and Technology System.** NCIC's overall proposal revolves around improved communications technologies, lower rates and fees for inmates (and their friends and families), significantly higher revenue-share and superior service and support. NCIC has thoroughly reviewed Yellowstone County's RFP and this proposal will remain open and valid for up to 90 days from the RFP close date (or longer, if required).

Montana is a developing market for NCIC where our services are provided to four tribal facilities, as well as several other facilities (including the Granite County Jail) through a reseller arrangement. NCIC is pleased with our growing involvement with the State's law enforcement community, including our participation and support of MSPOA and regular sponsorship of regional events, such as the Jail Administrator meetings. We are particularly proud of our efforts and contributions towards the current SB 303 proceedings, during which NCIC sat alongside Montana correctional agencies at recent legislative meetings in Helena and, through these joint efforts, succeeded in changing the original course of that draft legislation. NCIC's efforts, along with the efforts of many other individuals within Montana's law enforcement community, were crucial in modifying regulation originally aimed to "cap" all phone calling at a rate of $0.10/Minute, potentially decimating the monthly revenue-share received from inmate communication contracts in Montana's correctional agencies. The draft of that legislation has recently been adjusted to mirror the calling rates and ancillary fees the Federal Communications Commission (FCC) allows (including calling rates of up to $0.21/Minute), which is *much* more advantageous for the operating budgets of Montana's County jails.

NCIC is the largest **independently owned** inmate communications provider operating today, meaning the company is not beholden to the demands of Private Equity groups, allowing the flexibility to focus on servicing our main stakeholders – the facilities and communities served, and our employees. NCIC is headquartered in Longview, Texas and strengthened by a nation-wide network of field technicians and regional offices – an important aspect of our proposal for Yellowstone County Detention Facility (YCDF) is the presence of *local* support in Billings. NCIC has been in operation for 27 years and provides services to more than 800 confinement facilities of all sizes and types, ranging from 5,500 beds down to 2 beds. Our exemplary history in the regulatory arena has shown our support of being *in favor of* regulation, rather than opposing it. NCIC has been a vocal contributor to FCC proceedings regarding Inmate Calling Service (ICS) for more than a decade – our efforts have been instrumental in helping rein in some of the abuses that have taken place in our industry over the years. NCIC is the *only* large inmate communications provider who has never been sued for over-charging on calling rates and fees – our plan is to keep it that way.

NCIC understands the concerns Yellowstone County has when the provider leverages inmates by selling their company. With that said, NCIC commits to <u>not</u> selling its company to a Private Equity group or a competitor, and NCIC will agree that if an attempt is made to sell our company, Yellowstone County has the right to immediately terminate the agreement or move to a month-to-month arrangement.

NCIC is proposing our proven InTouch communications suite for the Yellowstone County Detention Facility, including all phone, kiosk and tablet-based technologies as outlined herein. By choosing NCIC as the trusted service provider for the YCDF, the agency will benefit from being on the same administrative and investigative platform as many other facilities across the United States and another nine countries.



## NCIC's "Proposal at a Glance" for YCDF:
✓  Significant reduction in rates for phone calls, messaging, and video visitation.
✓  Complete package of services being proposed:
  o  Telephone Service
  o  Video Visitation (off-site and, if needed, on-site)



- Secure Messaging
- <u>Free</u> Educational / Communications Tablets (minimal staff involvement needed)
- Mail Scanning (for contraband reduction)
- Ticketing (grievances / requests / kites)
- **Incentive-Based Offerings:**
  To assist with the operation of the Facility, NCIC will be offering the ability for YCDF personnel to provide extended (or free) access to things like video visits, phone calls, messaging, or entertainment material, for Trustee inmates or for otherwise rewarding good inmate behavior, at the discretion of Facility personnel. NCIC will offer this ability at no cost (or commission deduction).

✓ **Complete package of equipment** being proposed (phones, wall-mounted kiosks, and tablets).
- NCIC has avoided the "tablet only" and "kiosk only" scenarios, which are being pitched by certain Providers to save money on equipment and installations. This scenario is troublesome…NCIC proposes *all three hardware options* for maximum coverage.
- NCIC is *not* proposing any reduction in the existing equipment counts (phones and tablets) and proposes to install *at least* the same amounts of equipment (with brand new hardware).
- NCIC is proposing (if required by YCDF) a 1:1 inmate – tablet ratio, *from day one of operation*, to ensure adequate coverage and avoid any issues associated with access to tablets and programming.
- NCIC's proposed Tablets are heavily geared towards education, rehabilitation, and programming, and offered at **no cost** to the Agency and residents (there are no device rental fees, and *all* programming is offered at no cost).
- <u>Free</u> provision of NCIC's "Learn2Earn" educational and rehabilitative platform.

✓ **An overhaul of the Video Visitation program,** increasing the usage *with a focus on "remote" (off-site) visitation*, to further decrease foot traffic in the YCDF lobby.
- NCIC's industry-leading Facial Detection program will help ensure maximum administrative oversight and availability of Video Visitation on all equipment – kiosks and tablets (based on the allowances and preferences of Facility Administration).
- NCIC will collaborate with the Facility to ascertain best placement of Video Visitation kiosks.
- NCIC does not "nickel & dime" our customers as it relates to free calls / video visits. These will simply be configured based on YCDF requirements.
✓ Provision of various services *at no cost* (or commission deduction), including Law Library, Voice Biometrics, Voice Transcription / Keyword Detection, etc.

### Rates and Compensation
✓ Reduce the calling rates from the current $0.21/Minute down to only **$0.16/Minute** (for <u>all</u> calls within the US).
- Eliminate the "Quick Connect" Single Pay calls which are currently eroding commissionable revenue with a $6.95 per-call, <u>non-commissioned</u> Transaction Fee.
✓ Implement truly "per minute" rates for Video Visitation ($0.25/Minute), increasing usage (as compared to the current "block" billing of $7.50 per session, which discourages usage).
✓ Implement secure inmate messaging at a rate of $0.20/Message ($0.25/Picture).
✓ Seventy-Two percent (72%) revenue-share on TRUE gross telephone revenue.
✓ Twenty-Five percent (25%) revenue-share on all Video Visit and Messaging revenue.
✓ To assist Yellowstone County in navigating the "percentage games," which are prevalent in our industry, NCIC will also provide a Minimum Monthly Guarantee ("MMG") of **$65.00/Inmate.**
- On a monthly basis, the greater of the two amounts (the contractual percentages <u>or</u> the MMG of $65.00/Inmate) will be the applicable commission payment (whichever is greater).
- For perspective, the incumbent provider has been returning an Average Monthly Commission per Inmate of only **$15.71,** (including all services). NCIC's analyses are provided as **Exhibit B.**



- o **NCIC is proposing to pay, <u>at a minimum,</u> an <u>additional</u> $49.29 in monthly Commission per Inmate. At the stated ADP of 530 inmates, this represents an *additional* monthly commission amount of $26,123.70, or an *additional* annual commission amount of $313,484.40, compared to the performance of the incumbent Provider.**
- ✓ NCIC is offering a one-time, up-front Technology Grant in the amount of **$50,000.00,** which is entirely optional for YCDF and if accepted, can be used at the discretion of the Facility's administration.

Should NCIC become the trusted provider of inmate communications for YCDF and the broader community, the account will be managed collaboratively by Alex Pope (Senior Platform Specialist) and Craig Storer (Director of Marketing), whose efforts will be supported by NCIC's experienced team of administrative, support, networking, IT, and field technician personnel.

Sincerely,

Craig Storer
Director of Marketing
Craig.Storer@ncic.com
(318) 286-8134



| TABLE OF CONTENTS | PAGE |
|---|---|
| Transmittal Letter | 2 |
| Technical Proposal | 6 |
| NCIC Organizational Chart | 7 |
| References | 8 |
| RFP Overview | 9 |
| System Overview | 12 |
| Charges, Fees, and Commission Offer | 97 |
| Attachment A | 101 |
| Addendum #1 | 102 |
| Questions & Answers | 103 |
| Exhibit A – Educational Tablets (Overview) | 117 |
| Exhibit B – Analyses of Inmate Communications Performance | 118 |
| Exhibit C – Sample Inmate Communications Agreement | 126 |
| Separately Sealed USB Drives of Sample Call and Video Recordings | |



# TECHNICAL PROPOSAL

NCIC Inmate Communications has fully reviewed Yellowstone County's Request for Proposal for a Detention Inmate Communications System and fully understands all stated requirements. NCIC is well-positioned to meet or exceed all the County's requirements through a combination of industry-leading technologies and a sturdy Customer Support program covering both the Facility, and the Friends and Families of inmates. Provided throughout this response is detailed information regarding how NCIC aims to meet and exceed the needs and requirements of the County and its constituents.

NCIC has over 115 employees including full time field technicians, generating approximately $75 million dollars in revenue per year. NCIC was established in 1995, making it the longest running provider of communications management in institutional and correctional facilities. Company principals William Pope and Jay Walters offer more than 50 years of combined experience in the inmate communications industry. NCIC is headquartered in Longview, Texas with satellite offices in Georgia, California, Minnesota, Maine, Virginia, El Salvador, Ecuador, Costa Rica, and Honduras.

NCIC is the *only* large inmate communications provider in the U.S. that has not been sued for overcharging inmates and their friends and family on calling rates and fees. Furthermore, NCIC has had no contract terminated for any reason in the last five years and NCIC is not currently involved in any litigation and has no claims against the company. NCIC is extremely proud of our continued accomplishments in the law enforcement community, supporting the daily operations of law enforcement, providing quality service for inmates, and their friends and family members, all while providing a generous return to our facility partners. NCIC is the leading provider of inmate communications services throughout the United States, offering a comprehensive suite of investigative and communications technologies for correctional agencies and the constituents they serve, including Inmate Telephone Systems, Video Visitation Systems, Digital Mail Service, Voice Biometrics, Voice Transcription, multi-functional Inmate Kiosks, Inmate Tablets, as well as all related software and services. The proposed platform also offers an inmate education and rehabilitative platform, inmate customer service voicemail, and many supplemental features.

NCIC currently holds correctional communications contracts that underpin the services provided to more than 800 separate confinement facilities. NCIC contracts with all types of confinement facilities including county jails, police departments, private and state prisons, re-entry facilities and juvenile facilities. NCIC has provided a sample agreement as part of our overall proposal as Exhibit C.

NCIC is proud of our company's achievements in providing inmate communications services. In addition to being heavily involved in regulatory efforts at the State and Federal levels (as described in our Transmittal Letter), NCIC has spent the last several years refining our kiosk and tablet-based technologies, effectively ending our reliance on third-party providers. NCIC now directly provides 100% of our hardware and technology, allowing complete control of our overall technology portfolio.



# NCIC INMATE COMMUNICATIONS
## ORGANIZATIONAL CHART





## REFERENCES

| | |
|---|---|
| Customer Name: | Sherburne County Jail |
| Facility Address: | 13880 Business Center Dr. NW, Elk River, MN 55330 |
| Contact Name and Title: | Brian Frank, Jail Administrator |
| Telephone Number(s): | 763-765-3802 |
| Email Address: | brian.frank@co.sherburne.mn.us |
| Agreement Effective Date: | March 2021 |
| Services Provided: | Inmate Telephones, Video Visitation, Tablet System |

| | |
|---|---|
| Facility Name: | Gregg County Jail |
| Facility Address: | 101 E. Methvin St., Longview, TX 75601 |
| Contact Name and Title: | Maxey Cerliano, Sheriff |
| Telephone Number(s): | 903-236-8400 |
| Email Address: | maxey.cerliano@co.gregg.tx.us |
| Agreement Effective Date: | September 2019 |
| Services Provided: | Inmate Telephones and Video Visitation |

| | |
|---|---|
| Facility Name: | Platte County Sheriff's Office |
| Facility Address: | 850 Maple St., Wheatland, WY 82201 |
| Contact Name and Title: | David Russell, Interim Undersheriff |
| Telephone Number(s): | 307-322-2331 |
| Email Address: | drussell@plattecountywyoming.com |
| Agreement Effective Date: | January 2021 |
| Services Provided: | Inmate Telephones and Video Visitation |

| | |
|---|---|
| Facility Name: | Minnehaha County Jail |
| Facility Address: | 305 W 4th St, Sioux Falls, SD 57104 |
| Contact Name and Title: | Mike Mattson, Warden |
| Telephone Number(s): | 605-367-4321 |
| Email Address: | mmattson@minnehahacounty.org |
| Agreement Effective Date: | July 2022 |
| Services Provided: | Inmate Telephones, Video Visitation, Tablet System |

| | |
|---|---|
| Facility Name: | Russell County Sheriff's Office |
| Facility Address: | 307 Prentiss Dr., Phenix City, AL 36869 |
| Contact Name and Title: | Steve Johnson, Jail Administrator |
| Telephone Number(s): | 334-298-6535 |
| Email Address: | stevej@rcso.org |
| Agreement Effective Date: | November 2021 |
| Services Provided: | Inmate Telephones and Video Visitation |



### REQUEST FOR PROPOSALS
### YELLOWSTONE COUNTY, MONTANA

#### SHERIFF'S OFFCE DETENTION FACILITY

### INMATE COMMUNICATION & TECHNOLOGY SYSTEM

Notice is hereby given that the Board of County Commissioners of Yellowstone County, Montana is currently soliciting proposals from qualified inmate communication services vendors for providing local and out of area communication combined with state-of-the-art equipment and technology throughout the Yellowstone County Detention Facility located at 3165 King Avenue East, Billings MT.

All proposals must be labeled 'Detention Inmate Communication System' with 6 copies mailed (1 original and 5 copies) to the Board of County Commissioners, PO Box 35000, Billings, MT 59107 or delivered to their office, Room 3101, located on the 3rd Floor the Stillwater Building, 316 North 26th Street, Billings, MT 59101. Proposals must be received no later than 5:00 p.m. August 1st , 2022. All timely & correctly labeled proposals received by this time and date will be opened and read aloud at 9:30 a.m. August 2nd, 2022, in the Commissioners Board Room, 3rd Floor of the Stillwater Building, 316 North 26th Street. Proposals received after the aforementioned time and date will not be considered.

All proposals received will be time and date stamped. The time and date stamped on each proposal must indicate that it was received no later than 5:00 p.m. MDT August 1st, 2022.

No proposals may be withdrawn for at least 90 days after the scheduled deadline time for receipt of the proposals.

All Montana laws pertaining to resident vendors, both state and county, will be adhered to if applicable.

In order to ensure prospective contractors, have a complete understanding of the project, a Pre- Submittal meeting will be held at 10:00 a.m. on July 20th, 2022, at the Yellowstone County Detention Facility located at 3165 King Avenue, Billings, MT 59101. All contractors interested in submitting a proposal are highly encouraged to attend.

#### COMPLIANCE WITH LAWS
The Contractor must, in performance of work under this contract, fully comply with all applicable federal, state or local laws, rules, and regulations, including the Montana Human Rights Act, Civil Rights Act of 1964, the Age Discrimination Act of 1975, and the American with Disabilities Act of 1990. Any subletting or subcontracting by the Contractor subjects Subcontractors to the same provisions. In accordance with Section 49-3-207, MCA, the Contractor agrees that the hiring of persons to perform the contract will be made on the basis of merit and qualifications and there will be no discrimination based upon race, color, religion, creed, political ideas, sex, age, marital status, physical or mental disability, or national origin by the persons performing under the contract.

The Contractor must, in performance of work under this contract, fully comply with all applicable federal, state or local laws, rules, and regulations, including the Montana Human Rights Act, Civil Rights Act of 1964, the Age Discrimination Act of 1975, and the American with Disabilities Act of 1990. Any subletting or subcontracting by the Contractor subjects Subcontractors to the same provisions. In accordance with Section 49-3-207, MCA, the Contractor agrees that the hiring of persons to perform the contract will be made on the basis of merit and qualifications and there will be no discrimination based upon race, color, religion, creed, political ideas, sex, age, marital status, physical or mental disability, or national origin by the persons performing under the contract.

The contractor must, in performance of work under this contract, fully comply with all applicable federal, state or local laws, rules, regulations, including the Montana Human Rights Act, Civil Rights Act of 1964, the Age



Discrimination Act of 1975 and the American with Disabilities Act of 1990. Any subletting or subcontracting by the CONTRACTOR subjects subcontractors to the same provisions. In accordance with section 49-3-207, MCA, the contractor agrees that the hiring of persons to perform the contract will be made on the basis of merit and qualifications and there will be no discrimination based upon race, color, religion, creed, political ideas, sex, age, marital status, physical or mental disability, or national origin by the persons performing under the contract.

**INSURANCE REQUIREMENTS**
Contractor shall maintain at its sole cost and expense, commercial general liability insurance  naming Yellowstone County, as additional insured for this contract against liability for damages for bodily injury, including death and completed operations and property damages in a minimum amount of Seven Hundred Fifty Thousand Dollars ($750,000.00) for each claim and One Million Dollars , ($1,000,000.00), in the aggregate arising from incidents which occur as the result of Contractors  negligence during the contract and for which Yellowstone County/Yellowstone County Sheriffs Office,  sole basis of liability is vicarious liability for the acts or omissions of the Contractor or/and subcontractors.   Contractor shall maintain for this contract at its cost and expense, insurance against claims for injuries to persons or damages to property, including contractual liability which may arise from or in connection with the contract by Contractor, agents, employees, representatives, assigns and sub-contractors. This insurance shall cover claims as may be caused by any negligent act or omission. The policy of insurance shall be an occurrence policy with a Best Rating of A- or better and must be in force throughout the contract.

Contractor shall name on the Certificate of liability insurance Yellowstone County, as additional insured throughout the contract. In addition, Contractor will furnish to Yellowstone County/Yellowstone County Sheriffs Office, a copy of the policy endorsement, CG 32 87 05 10, indicating that Yellowstone County/ Yellowstone County Sheriffs Office, are named as an additional insured under the Contractors insurance policy for this contract.  Contractor agrees to furnish both the  Certificate of insurance and policy endorsement at least ten (10) days prior to beginning work on the contract.

No proposal may be withdrawn for at least 60 days from the proposal due date.

All Montana laws pertaining to resident bidders, both state and county, will be adhered to if applicable.

The successful contractor will be required to follow all the directives included in section 18-2-422 of the Montana Code Annotated concerning Montana Prevailing Wages. Those directives are as follows:

(1) The contractor and employers shall pay the standard prevailing wage rate, including fringe benefits, for each job classification during construction of the project; (2) each contractor and employer are required to maintain payroll records in a manner readily capable of being certified for submission under statute 18-2-423, for not less than 3 years after the contractor's or employer's completion of work on the project; and (3) each contractor is required to post a statement of all wages and fringe benefits in compliance with 18-2-423.

Statute 18-2-423 is as follows: If a complaint is filed with the department alleging noncompliance with 18-2-422, the department may require the project to submit to it certified copies of the payroll records for workers employed on that project. A contractor or a subcontractor shall pay employees receiving an hourly wage on a weekly basis. If a wage violation complaint is filed with the department, the contractor or subcontractor shall provide the employee's payroll records to the department within 5 days of receiving the payroll request from the department.

(4) The Contractor is required to comply with all other applicable provisions of Title 18, Chapter 2, Part 4 of the Montana Code Annotated.



The Contractor must, in performance of work under this contract, fully comply with all applicable federal, state or local laws, rules, regulations, including the Montana Human Rights Act, Civil Rights Act of 1964, the Age Discrimination Act of 1975 and the American with Disabilities Act of 1990. Any subletting or subcontracting by the Contractor subjects sub-contractors to the same provisions. In accordance with section 49-3-207, MCA, the Contractor agrees that the hiring of persons to perform the contract will be made on the basis of merit and qualifications and there will be no discrimination based upon race, color, religion, creed, political ideas, sex, age, marital status, physical or mental disability, or national origin by the persons performing under the contract.

**WORKERS COMPENSATION**

Contractor is required to maintain workers compensation insurance, or an independent contractor's exemption issued by the Montana Department of Labor covering Contractor and Contractor's employees. Contractor is not, nor is Contractor's workers, employees of Yellowstone County. Workers Compensation insurance or the exemption from the workers compensation obligation must be valid for the entire period of the project.

It is the Owner's desire to award a three (3) year contract with optional renewals for an additional four (4) years, not to exceed seven (7) years total.

The Proposal must include evidence that the Vendor is in compliance with all FCC mandates for inmate telephone services, include calling rates, deposit and transaction fees, and all FCC reporting and filing requirements, including the FCC Inmate Communication Services Annual Form 2301 filing requirement and the FCC 499 filing requirements.

The contract will not necessarily be awarded to the vendor with the highest perceived commission offer, but to the vendor that demonstrates the best ability to fulfill the requirements of this RFP as determined by the County from the total information submitted. A determination shall be made of the vendor's financial and operational ability to serve the institution. Only proposals from financially responsible organizations, as determined by the County, that are presently engaged in the business of providing institutional communications shall be considered. Representatives from the County reserve the right to contact the vendor's current and prior clients under their management prior to the award of this contract. The selection committee may ask finalists to participate in phone interviews or product demonstrations or to provide written responses to items requiring clarification. Any costs associated with interviews or product demonstrations are the sole responsibility of the Offeror.

The Board of County Commissioners reserves the right to reject any or all proposals received, to waive informalities to evaluate the proposals submitted, and to accept the proposal that best serves the interests of Yellowstone County.

Questions related proposal submittal shall contact James Matteson at 406-256-2717 or email jmatteson@yellowstonecountymt.gov.

Done by order of the Board of County Commissioners, Yellowstone County, Montana this 14th day of June 2022.

*Board of County Commissioners*
*Yellowstone County, Montana*
*Donald W Jones, Chair*

*Attest:* _____
*Jeff Martin, Clerk and Record*

**NCICRESPONSE: HAS READ, AGREE, AND WILL COMPLY WITH ALL ITEMS ABOVE.**



## System Overview

### 1. Inmate Communication System

a. The proposed system must meet the communication needs for inmates housed in the Yellowstone County Detention Facility, by providing telephone service, video visitation, text-based messaging, and electronic submission of inmate forms.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

NCIC is proposing an all-encompassing Inmate Telephone System, Kiosk System, and Tablet System including all related software, hardware and network components, customer and facility support, and ongoing maintenance. The proposed systems are highly configurable and customizable based on the specific requirements of the County. NCIC is fully responsible for all costs associated with the complete installation and ongoing maintenance of the proposed Communications Systems. NCIC's proposed platforms are fully turnkey Communications Systems and service solutions which include all technologies, network installation requirements, wiring, software, and all necessary equipment, service, and maintenance. All items listed above shall be provided to Yellowstone County at no cost. NCIC will assume all costs associated with the proposed Communications Systems, including initial installation and on-going service and support.

b. The county is interested in a modern technological system, made up of traditional phones, kiosks, and tablet computers. Describe system hardware, and how it meets the above needs. If the proposed system uses a combination of hardware, vendor should clearly specify what options are available on each.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

NCIC's inmate telephones employ a heavy-duty armored handset that is hearing aid compatible and has an anti-static receiver. The phone's housing is made of durable 14-gauge stainless steel which is ideal for a correctional environment – there are no exterior removable parts and hardware is in full compliance with ADA requirements. Our proposed phones offer volume control and has a rubber seal to prevent moisture from entering through the back of the phone. NCIC has developed our own phone to include buttons that are 100% larger than standard inmate phones, allowing visually impaired inmates to see the numbers and letters on the keypads. Further, the phones are easier to use in low-light conditions, as the numbers and letters are over 100% larger than traditional phone keypads. Shown on the following page is a specification sheet showing our phone equipment.



## EQUIPMENT SPECIFICATION SHEET / TELEPHONE DESCRIPTION

The NCIC phone offers volume control and has a rubber seal to prevent moisture from entering through the back of the phone.  The phone offers an industry trend-setting 1000 lbs. pull strength on the handset cord.

NCIC has developed their own phone to include buttons that are 100% larger than standard inmate phones, allowing visually-impaired inmates to see the numbers and letters on the keypads.  Further, the phones are easier to use in low-light conditions, as the numbers and letters are over 100% larger than traditional phone keypads.

The NCIC phone employs a heavy-duty armored handset that is hearing-aid compatible, and has an anti-static receiver.  The phone's housing is made of durable 14-gauge stainless steel which is ideal for a correctional environment – there are no exterior removable parts.

**G-TEL Enterprises JP3500**



- Constructed of durable 14-gauge stainless steel
- Large, stainless steel ADA keypad
- Adjustable volume button
- Large customizable instruction card area
- Tamper resistant locking system
- Built in mounting plate designed for fast, easy installation
- Mounting plate includes gasket which prevents moisture from entering phone
- Oversized line-wire entrance hole w/ moisture preventing gasket
- Handset cord retaining bracket is designed for fast, easy handset changes
- Stainless grommet provides added security for handset cord
- Adjustable handset cord lengths
- Armored cord is made to Bell Core standards and withstands minimum 1000 lb. pulling test
- Magnetic hook switch/handset
- Optional noise-canceling microphone available
- Ambient Temperature:
  -40°C ~ + 60°C
  -40 F ~ + 140 F
- Relative Humidity: ≤95% (at room temperature)
- Atmospheric Pressure: 80 ~ 110KPa
- Frequency Response: 250 ~ 3000 Hz
- Supply Voltage: 48 ~ 60V
- Feed Current: 25mA
- Call Transfer Index: SLR≤12 dB, RLR≤-1dB, STMR≥10dB
- Environmental Noise: ≤70dB
- Ringing level: ≥80dB
- Operates on C.O., analog lines or analog dial tone PABX/KSU stations
- Dimensions:11¼" tall, 5¼" wide, 6 "deep (287.5×135×75mm)
- Weight: 8lbs, 3KG

STANDARD HANDSET CORD LENGTH IS 24", OPTIONAL CORD LENGTHS ARE 6", 8", 12", 18", 32", AND 52"

**The proposed Video Visitation kiosks have been designed specifically for use in a correctional environment, sturdy, robust, with no exterior removable components. The top surface of the kiosk is angled in order to prevent inmates from placing drinks and other items on top of the units, which are moisture resistant. Neither NCIC nor our Facility customers have encountered any limitations of the proposed VVS. Shown below are the typical specifications pertaining to the equipment:**



**EQUIPMENT SPECIFICATION SHEET / VIDEO VISITATION DESCRIPTION**

The NCIC video visitation kiosk offers touch-screen input and is made of a rugged 16-gauge steel shell that contains small openings for cooling and ventilation – there are no exterior removable parts. The NCIC kiosk employs a heavy-duty armored swivel handset that is hearing-aid compatible, and has an anti-static receiver. The NCIC kiosks are designed to be wall mounted in its structure by being securely bolted. Aside from wall mounted kiosks, NCIC also provides correctional facilities with a portable kiosk option that can be easily transported to provide video communication and a range of other inmate applications.



The interior of the proposed kiosks contain a powerful encrypted CPU and monitor designed to be secure and ideal for a correctional environment.

**FEATURES**

- **Polywell Mini PC**
  CPU : Intel Celeron Quad core @ 2.0Ghz
  Ram : 4 Gb
  Storage : 32gb SSD
- **Kingtouch Monitor**
  17-inch touch screen
  Tempered shatterproof touch panels
- **Cameras**
  Microsoft LifeCam cinema 5.0 Mega Pixels
  ELP-USBFHD06H-MF80 2mp USB Camera
  (8MM manual focus lens, 3m USB cable, without microphone)
- **Handsets**
  24inch and 32 inch swivel handsets
- **Video Visitation Unit Shells**
  17-inches wide, 19-inches in height and 6-inches in depth
- **Kiosk Shells**
  19-inches wide, 11 ½ inches in depth, 59-inches in height, with a 22-inch x 21-inch base plate



**Environmental Specifications**
- Min. Operating Temperature: 32°F / 1.7°C
  Max. Operating Temperature: 90°F / 32.2°C
  Operating Relative Humidity: 8% to 90%

NCIC's proposed tablets are entirely customized and manufactured with a heavy-duty exterior which is specifically designed for a correctional environment, allowing it to withstand a shock and/or drop test onto concrete. NCIC has used similar grade materials to the kinds used in bullet resistant glass, windows in correctional facilities, military applications, etc. This case protects the tablet from tampering, general damage, and contraband storage. NCIC has only allowed access through this secure case to critical



hardware buttons such as the power button, volume buttons, and headphone jack. NCIC's proposed tablet is a JACS TG801 8" Android Rugged Tablet, designed specifically for correctional environments. The following are the technical specifications for NCIC's proposed tablet hardware.



## NCIC Handheld Tablet Specs

| | |
|---|---|
| **CPU** | RK3368H, Cortex-A53 Octa Core 64 bit 1.5GHz |
| **RAM/ROM** | 2 GB / 32 GB |
| **Operating System** | Google Android 7.1.2 Nougat |
| **Display** | 8" LCD panel, 800 x 1280 pixels, 5-Point Capacitive Touch Screen |
| **Camera** | Front 5.0MP |
| **WLAN** | 802.11 a/b/g/n/ac 2.4GHz/5GHz |
| **Bluetooth** | Bluetooth 4.1 |
| **Other Network** | Compatible with JACS POE adapter |
| **RFID** | 860 - 960MHz |
| **NFC** | Supported |
| **FM** | Supported |
| **I/O Interface** | 3.5mm earphone jack, Power button, Volume +/-, DC Port, |
| | MicroUSB 2.0 x 1, High quality speaker 1W x 2 |
| **Wireless Charging** | Supported, 5V/1.2A |
| **Battery** | 8000mAh Polymer Lithium-Ion battery |
| **DC** | Input: 100-240VAC, 50-60Hz; Output: USB 5V/2A DC |
| **Weight** | Unit (without packaging) 758.2g / 1.67lb |
| **Dimensions** | L(241.9) * W(147) * D(22.3) mm / L(9.52") * W(5.79") * D(0.88") |
| **Accessories** | Power Adapter, Wireless Charger (Optional) |

c.  The vendor shall provide secure access for all inmate services, and under no circumstance, allow inmates to access to unmonitored or unsecured services, internet, or networks.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

**Upon YCDF approval, NCIC will install and maintain its own independent, secure network for use with all communications devices in the Facility. NCIC utilizes firewalls and Access Control Lists on all network hardware, preventing access to unwanted sites/sources by devices utilizing the network as well as to prevent access and intrusions from outside devices.**

d.  All non-privileged inmate communications must be monitorable and recorded.  Communications must be retained and archived for a minimum period of 3 years.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

**The Live Monitoring feature allows authorized users to monitor all recorded phone calls and video visits. Multiple users can simultaneously and covertly monitor all calls and video visits, without affecting the ability of the system to record calls and video visits, or the quality of the call audio/video visits video & audio for the sessions participants (inmate and called party/visitor). Live Monitoring on the platforms allow for all recorded calls and video visits to be monitored and activity to be viewed in real-time. The Live Monitoring feature allows the authorized user to sort monitoring/call history by a large variety of search criteria. Following are sample screen shots of the Live Monitoring screen:**







**All information and recordings are stored in geographically separate redundant backup locations to ensure 100% reliability. The primary data center is located in Longview, TX and backed up at our "mirror location" in downtown Dallas, TX. As a tertiary level of protection, all recordings and call details are stored with Amazon's GovCloud, which is designed to host the most sensitive data and address the most stringent US government security and compliance requirements. NCIC Communications Services utilize Amazon's S3 (Simple Storage Solution) storage services where recorded data is stored in a minimum of 3 separate locations and encrypted in AWS' proprietary encryption code. All call records and system data are backed up in real-time and available through any Internet enabled computer. All recorded data is immediately copied to Amazon GovCloud for off-site redundancy, in addition to the two geographically separate physical storage locations. Access to AWS GovCloud services is limited to vetted account holders that must be held by US citizens. All phone call recordings, text and picture messages, inmate tickets (grievances, requests, kites), scanned mail, and**



more are stored for the life of the contract and any extensions and are always available online. The only recorded data with a shelf life is video visits, which has the recordings stored for three calendar years. All associated Video Visit details records are stored indefinitely, with the audio and video for each Video Visit being available for three calendar years after the Video Visit takes place.

## 2. System Application and Management

A. Structure and Security

    A. The system's user interface shall be a web-based, easy to use application that is available securely from anywhere at any time remotely. If there are functions that cannot be performed remotely, vendor must clearly describe any limitations.

NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.

NCIC's systems are fully centralized, web-based platforms and were created using the newest technology in web development tools. The systems are compatible with any internet-enabled computer and various web browsers including Microsoft Edge, Google Chrome (recommended), Safari and Firefox, and more. All functions of the systems are accessible 24/7/365 via  any internet-enabled computer, tablet, or smart-phone, allowing authorized users access throughout the platform based on their level of access authorization. The systems provide multiple tiered security access levels based on the YCDF's specific needs.

B. The proposed system shall be password protected, with tiered security access levels, to permit only county personnel and their designees.

NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.

The proposed platforms are wholly centralized, with all core functions managed at company headquarters in Longview, Texas. Authorized users of the platforms can log in and use the systems from anywhere, on any device, with the appropriate login credentials (a secure Username and Password). The proposed Communications Services support multiple levels of password protected access, so all Authorized Users only have access based on their individual level of authority, and do not have access to the entire functionality of the systems. Please see the sample User Setup screenshots with multiple user permission options, below.









C. For security purposes, the system must be a centralized non-premise system that will keep all records (including telephone and visit recordings) secure and not require the need to be maintained at the facility. All records must be backed up and geographically disparate to minimize the risk of data loss to a catastrophic system failure. Describe in detail, system backup plans and system redundancy.

**NCIC RESPONSE:** READ, AGREE, AND WILL COMPLY.

The proposed systems are fully centralized, web-based platforms with two geographically separate, redundant data storage centers, one in Longview, TX and a mirror (backup) location in downtown Dallas, TX. A tertiary level of backup is provided by Amazon's GovCloud services, which are designed to host the most sensitive data, and address the most stringent US government security and compliance requirements. Across all our separate storage solutions and considering the hundreds of facilities using our platform, the system is only running at approximately 25% capacity.

<u>All inmate telephone recordings are stored for the life of the contract (including any extensions) or longer if required and are available online for downloading at any time.</u> Retention of call recordings is completely configurable, based on the needs of YCDF.

The proposed system was the first inmate telephone service to use the Cloud to provide the utmost redundancy and security in call recording and call detail storage. Access to AWS GovCloud services is limited to vetted account holders that must be held by US citizens.

D. The proposed system must have the ability to set automatic shut off times, for all inmate communication equipment and inmate services (phone call, visit, media, etc.), as designated by the county.

**NCIC RESPONSE:** READ, AGREE, AND WILL COMPLY.

The proposed platforms allow authorized users to shut down individual telephones/kiosks/tablets, blocks of telephones/kiosks/tablets or the entire telephone/kiosk/tablet systems. Shutdown can be completed either immediately or done once any current calls are completed. These shutdowns are completely auditable directly through the relative Activity Log tabs and provide details on the start time, end time, and identified reason for shut down. Since the shutdowns are based on location rather than inmates, the system does not identify which inmates were affected by the shutdown. Following are screenshots of a shutdown via keystrokes where a user can shut down a complete facility, groups of phones, or individual phones.





In addition to the phone shutdown functionality, all proposed inmate communications systems are subject to a pre-configured daily schedule of availability, as determined by the Facility's administration.

E.  County personnel must be able to manually shut down all equipment and services in the event of an emergency.

**NCIC RESPONSE:** READ, AGREE, AND WILL COMPLY.

The systems can be manually switched on/off via a secure web page using any internet-enabled device or by manual switches located in any area designated (Demarcation location, central control center, selected housing units, selected telephone) by the authorized personnel. Only authorized Facility personnel with proper login credentials (username and password) will be allowed access to this area of the system. Shutdown functionality is applicable to all communications services and can be applied "globally" (facility wide), by specific housing area, or by select devices (phones, kiosks, and tablets).



## Create Facility Lockdown

| | |
|---|---|
| Start Date | 2022-07-26 00:00:00 |
| End Date | 2022-07-30 00:00:00 |
| Select Applications | ⚪ Prevent Login |
| | ⚪ Onsite Visits |
| | ⚪ Softphone |
| | ⚪ Messaging |
| | ⚪ Mailscan |
| | ⚪ External Services |
| | ⚪ Offsite Visits |
| | ⚪ Ticketing |
| Type: | Facility Wide | Units | VV Stations |

F.  The system must allow users with sufficient privileges, to disable both individual communication devices and groups of devices (by device type and or location), as needed by the facility.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

**The platforms allow authorized users to shut down individual telephones/kiosks/tablets, blocks of telephones/kiosks/tablets or the entire telephone/kiosk/tablet systems, and shutdown can be completed either immediately, or done once any current calls are completed.**

G.  The system must allow designated county users with sufficient privileges to create new users and inactivate old users and assign appropriate system privileges to complete their tasks.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

**The platforms allow authorized users with sufficient privileges the capability to create new users, deactivate old users, assign privileges, and if granted additional administrative privileges, to monitor users and their activity on the platforms. NCIC is fully able to assist in providing these services in the event the YCDF prefers this to occur separate from the facility and users.**



B. Reports
   a. The proposed system should be able to generate user customizable reports for all information and records stored in the system. This includes detailed information on calls, video visits, deposits, services used by inmates, user activities, etc.

   **NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

   The proposed systems allow for a myriad of reports, all exportable in a variety of file formats, allowing Authorized Users to search record data and revenue information by any parameter. NCIC's standard monthly commission report, and all reports, are fully customizable based on the requirements of YCDF.

   b. Reports should be exportable to common spreadsheet file formats (CSV, XLSX, XLS, etc.).

   **NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

   Reports can be exported using a variety of common file formats, such as XLS, XLSX, CSV and PDF. The proposed platforms provide a myriad of reports allowing users to search call data by any parameter and email exported files to users who do not have access to the systems.

   c. Vendor shall attach samples of reports their system can generate, and describe in detail, report options and file output options.

   **NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

   NCIC's proposed systems offer secure, web-based reporting; therefore, no special reporting tools are needed. The platforms provide a range of useful record detail and management reports based on inmate communication activities at an extremely granular level. Reports can be run on an as needed basis or configured and scheduled to run (and be delivered by email) at specified intervals. A common configuration is to have reports run at the beginning of each month, for the prior traffic month. These can be customized and are available at no cost to YCDF. Reports can be managerial/financial, or investigative, in nature.

   In addition to the wide range of "canned" reports that are available through the systems, NCIC will work with YCDF to customize any other reports as needed. Detailed managerial and investigative reports are available covering all items listed above, aspects of inmate communications, including Call/Visit Completion, Revenue, Per-Call/Visit charges, etc. Authorized Users (with the appropriate level of access) can easily pull raw Call/Visit Detail Records containing all required data for every attempted and completed call/visit within the proposed systems. The following screenshots display the searchable criteria in the Call History tab.







**NCIC Inmate Communications**
**Call Commission Summary**
From Date: 03/01/2020 00:00:00  To Date: 03/21/2020 23:59:59
Report Run Date: 04/02/2020 10:43:21

| Call Date | Call Count | Total Minutes | Call Revenue | Commission Rate | Commission Paid |
|---|---|---|---|---|---|
| 3/1/2020 | 2,556 | 24,887 | $4,977.40 | 58% | $2,886.89 |
| 3/2/2020 | 2,486 | 25,867 | $5,173.40 | 58% | $3,000.57 |
| 3/3/2020 | 2,578 | 24,867 | $4,973.40 | 58% | $2,884.57 |
| 3/4/2020 | 2,688 | 28,654 | $5,730.80 | 58% | $3,323.86 |
| 3/5/2020 | 2,564 | 28,957 | $5,791.40 | 58% | $3,359.01 |
| 3/6/2020 | 2,458 | 23,457 | $4,691.40 | 58% | $2,721.01 |
| 3/7/2020 | 2,587 | 21,587 | $4,317.40 | 58% | $2,504.09 |
| 3/8/2020 | 2,654 | 25,847 | $5,169.40 | 58% | $2,998.25 |
| 3/9/2020 | 2,344 | 23,587 | $4,717.40 | 58% | $2,736.09 |
| 3/10/2020 | 2,435 | 24,122 | $4,824.40 | 58% | $2,798.15 |
| 3/11/2020 | 2,894 | 26,877 | $5,375.40 | 58% | $3,117.73 |
| 3/12/2020 | 3,102 | 32,544 | $6,508.80 | 58% | $3,775.10 |
| 3/13/2020 | 2,998 | 31,587 | $6,317.40 | 58% | $3,664.09 |
| 3/14/2020 | 2,957 | 30,522 | $6,104.40 | 58% | $3,540.55 |
| 3/15/2020 | 2,875 | 29,587 | $5,917.40 | 58% | $3,432.09 |
| 3/16/2020 | 2,769 | 28,557 | $5,711.40 | 58% | $3,312.61 |
| 3/17/2020 | 2,866 | 28,956 | $5,791.20 | 58% | $3,358.90 |
| 3/18/2020 | 2,789 | 27,548 | $5,509.60 | 58% | $3,195.57 |
| 3/19/2020 | 2,755 | 26,593 | $5,318.60 | 58% | $3,084.79 |
| 3/20/2020 | 2,731 | 27,542 | $5,508.40 | 58% | $3,194.87 |
| 3/21/2020 | 2,865 | 29,847 | $5,969.40 | 58% | $3,462.25 |
| **Totals** | **56,951** | **571,992** | **$114,398.40** | | **$66,351.07** |

**(The above Sample Report is not indicative of the commission offer for Yellowstone County)**



### NCIC Inmate Communications
**Call Frequency - Division**
From Date: 05/01/2020 00:00:00  To Date: 05/31/2020 23:59:59
Report Run Date: 06/05/2020 09:58:40

| Division | Call Count | Total Minutes | Call Revenue |
|---|---|---|---|
| Main Jail | 21,458 | 258,794 | $51,758.80 |
| Kansas Jail | 15,879 | 158,479 | $31,695.80 |
| Probation | 2,687 | 25,847 | $5,169.40 |
| **Totals** | **40,024** | **443,120** | **$88,624.00** |

### NCIC Inmate Communications
**Call Frequency - Inmate PIN**
From Date: 05/01/2020 00:00:00  To Date: 05/31/2020 23:59:59
Report Run Date: 06/03/2020 11:45:15

| Inmate PIN | Call Count | Total Minutes | Call Revenue |
|---|---|---|---|
| 364565 | 324 | 2,057 | $411.40 |
| 409056 | 301 | 1,987 | $397.40 |
| 181740 | 297 | 1,879 | $375.80 |
| 203952 | 254 | 1,754 | $350.80 |
| 310286 | 221 | 1,701 | $340.20 |
| 403844 | 202 | 1,654 | $330.80 |
| 384529 | 194 | 1,457 | $291.40 |
| 404845 | 164 | 1,347 | $269.40 |
| 396551 | 145 | 1,247 | $249.40 |
| 243866 | 143 | 1,154 | $230.80 |
| 263510 | 120 | 1,054 | $210.80 |
| 406782 | 117 | 954 | $190.80 |
| 307435 | 112 | 902 | $180.40 |
| 451803 | 109 | 854 | $170.80 |
| 181740 | 102 | 841 | $168.20 |
| 263510 | 85 | 648 | $129.60 |
| 364565 | 65 | 541 | $108.20 |
| **Totals** | **2,955** | **$22,031.00** | **$4,406.20** |



**NCIC Inmate Communications**
Call Frequency - Location
From Date: 05/01/2020 00:00:00  To Date: 05/31/2020 23:59:59
Report Run Date: 06/02/2020 15:05:20

| Location | Call Count | Total Minutes | Call Revenue |
|---|---|---|---|
| A - Max | 15,487 | 158,764 | $31,752.80 |
| B Block | 13,587 | 124,587 | $24,917.40 |
| C Block | 13,154 | 111,547 | $22,309.40 |
| D Block | 12,879 | 110,254 | $22,050.80 |
| E Block | 12,458 | 101,548 | $20,309.60 |
| G - Max | 10,524 | 95,874 | $19,174.80 |
| Intake - B | 8,647 | 92,547 | $18,509.40 |
| Intake Dorm | 8,012 | 84,254 | $16,850.80 |
| L - Max | 7,854 | 71,548 | $14,309.60 |
| X Dorm | 7,214 | 62,548 | $12,509.60 |
| Y Dorm | 4,587 | 48,754 | $9,750.80 |
| **Totals** | **114,403** | **1,062,225** | **$212,445.00** |

**NCIC Inmate Communications**
Call Frequency (Inmate Phone Number)
From Date: 04/01/2020 00:00:00  To Date: 04/10/2020 23:59:59
Report Run Date: 05/02/2020 11:23:34

| Destination Number | Call Count | Total Minutes | Call Revenue |
|---|---|---|---|
| (647) 544-0506 | 145 | 1,587 | $317.40 |
| (647) 824-6804 | 135 | 1,487 | $297.40 |
| (321) 394-5290 | 115 | 1,258 | $251.60 |
| (334) 544-3678 | 102 | 1,158 | $231.60 |
| (334) 544-3678 | 99 | 1,024 | $204.80 |
| (251) 455-2324 | 91 | 957 | $191.40 |
| (405) 313-3360 | 81 | 854 | $170.80 |
| (832) 417-6472 | 78 | 684 | $136.80 |
| (334) 544-3678 | 75 | 601 | $120.20 |
| (334) 544-3678 | 71 | 548 | $109.60 |
| (661) 348-2281 | 68 | 524 | $104.80 |
| (910) 514-4146 | 65 | 501 | $100.20 |
| (510) 681-4945 | 61 | 457 | $91.40 |
| (909) 565-5282 | 54 | 432 | $86.40 |
| (312) 414-7224 | 51 | 421 | $84.20 |
| (256) 660-8777 | 48 | 415 | $83.00 |
| (312) 414-7224 | 44 | 387 | $77.40 |
| (440) 447-3441 | 40 | 367 | $73.40 |
| (803) 770-7587 | 38 | 302 | $60.40 |
| (850) 464-8792 | 36 | 197 | $39.40 |
| (260) 399-0508 | 25 | 184 | $36.80 |
| **Totals** | **1,522** | **14,345** | **$2,869.00** |



## NCIC Inmate Communications
### Incomplete Calls - Disposition
From Date: 04/01/2020 00:00:00  To Date: 04/30/2020 23:59:59
Report Run Date: 05/12/2020 09:15:11

| Disposition | Call Count |
|---|---|
| DIAL: No Answer | 2,358 |
| SET: Caller Hung Up | 968 |
| CMSY: Commissary Call | 1,158 |
| ACC: Called Party Hung Up | 985 |
| ANS: Answering Machine | 2,114 |
| ANS: Denied Call | 2,687 |
| ANS: Denied Future Calls | 1,258 |
| ANS: No Response | 254 |
| DIAL: Busy | 1,254 |
| SET: Destination Denied (Facility) | 258 |
| SET: Invalid Destination | 57 |
| SET: Invalid Menu Option | 26 |
| SET: Invalid Personal ID | 358 |
| SET: Invalid PIN | 287 |
| SET: PIN In Use | 3 |
| SET: Prepaid Balance Too Low | 258 |
| SET: Profile not allowed | 36 |
| **Total** | **14,319** |

## NCIC Inmate Communications
### Incomplete Calls - Inmate PIN
From Date: 05/04/2020 00:00:00  To Date: 05/04/2020 23:59:59
Report Run Date: 05/14/2020 10:45:12

| Caller PIN | Destination Number | Call Date | Call Count | Bill Type | Disposition |
|---|---|---|---|---|---|
| 82448 | SIP/Commissary2995029 | 5/4/2020 22:40 | 1 | Commissary Call (Free) | CMSY: Commissary Call |
| 83055 | (803) 665-0020 | 5/4/2020 22:31 | 1 | Prepaid Collect | SET: Caller Hung Up |
| 82780 | (574) 214-4613 | 5/4/2020 21:54 | 1 | Inmate Prepaid | ANS: Answering Machine |
| 83361 | (225) 278-2156 | 5/4/2020 21:53 | 1 | Prepaid Collect | SET: Prepaid Balance Too Low |
| 82025 | (408) 896-4044 | 5/4/2020 21:23 | 1 | Prepaid Collect | ANS: Answering Machine |
| 83546 | (301) 357-2146 | 5/4/2020 21:08 | 1 | Inmate Prepaid | SET: Caller Hung Up |
| 83055 | (803) 665-0020 | 5/4/2020 20:58 | 1 | Inmate Prepaid | ACC: Called Party Hung Up |
| 81502 | (225) 508-0050 | 5/4/2020 20:54 | 1 | Inmate Prepaid | SET: Caller Hung Up |
| 82780 | (574) 214-4613 | 5/4/2020 20:51 | 1 | Prepaid Collect | SET: Caller Hung Up |
| 82658 | (909) 449-8653 | 5/4/2020 20:48 | 1 | Inmate Prepaid | DIAL: No Answer |
| 82285 | (510) 491-5640 | 5/4/2020 20:45 | 1 | Inmate Prepaid | SET: Caller Hung Up |
| 40944 | (337) 977-1426 | 5/4/2020 20:45 | 1 | Inmate Prepaid | SET: Caller Hung Up |
| 81502 | (225) 508-0050 | 5/4/2020 20:44 | 1 | Prepaid Collect | DIAL: Busy |
| 78151 | (601) 665-3041 | 5/4/2020 20:31 | 1 | Prepaid Collect | ANS: No Response |
| 83680 | (337) 655-1159 | 5/4/2020 20:27 | 1 | Prepaid Collect | DIAL: No Answer |
| 78151 | (601) 665-3042 | 5/4/2020 20:25 | 1 | Prepaid Collect | ACC: Called Party Hung Up |
| 83680 | (337) 655-1159 | 5/4/2020 20:25 | 1 | Prepaid Collect | DIAL: No Answer |
| 81502 | (225) 508-0050 | 5/4/2020 20:15 | 1 | Inmate Prepaid | SET: Caller Hung Up |
| 69503 | (214) 900-9311 | 5/4/2020 20:50 | 1 | Inmate Prepaid | SET: Destination Denied (Facility) |
| 78304 | (903) 875-5685 | 5/4/2020 20:18 | 1 | Prepaid Collect | SET: Prepaid Balance Too Low |
| | **Totals** | | **20** | | |



**NCIC Inmate Communications**
Incomplete Calls - Location
From Date: 05/03/2020 15:00:00  To Date: 05/03/2020 22:00:00
Report Run Date: 05/05/2020 09:15:10

| Location | Destination Number | Call Date | Call Count | Disposition |
|---|---|---|---|---|
| Unit 1 - Section 3 - Phone 3 | 7709838798 | 5/3/2020 16:34 | 1 | SET: Caller Hung Up |
| Dorm 1 - Phone 2 | 6152758903 | 5/3/2020 16:35 | 1 | ANS: No Response |
| Unit 8 - Section 6 - Phone 4 | 6785881754 | 5/3/2020 16:53 | 1 | ANS: Answering Machine |
| Unit 1 - Section 3 - Phone 4 | 8037473701 | 5/3/2020 16:54 | 1 | ANS: Answering Machine |
| Dorm 3 - Phone 3 | 6158109360 | 5/3/2020 17:39 | 1 | ANS: Answering Machine |
| Dorm 1 - Phone 3 | 7702035466 | 5/3/2020 18:43 | 1 | ANS: Answering Machine |
| Infirmary - Phone 1 | 6787549530 | 5/3/2020 18:58 | 1 | SET: Caller Hung Up |
| Unit 1 - Section 1 - Phone 1 | 5745208445 | 5/3/2020 19:40 | 1 | SET: Caller Hung Up |
| Unit 5 - Section 2 - Phone 4 | 2564290557 | 5/3/2020 20:02 | 1 | ANS: Answering Machine |
| Dorm 1 - Phone 1 | 2566608777 | 5/3/2020 20:15 | 1 | ANS: Answering Machine |
| Dorm 4 - Phone 1 | 3124147224 | 5/3/2020 20:22 | 1 | ANS: Answering Machine |
| Dorm 6 - Phone 2 | 9095655282 | 5/3/2020 20:22 | 1 | ANS: No Response |
| Dorm 4 - Phone 2 | 7708965088 | 5/3/2020 20:34 | 1 | ANS: No Response |
| Dorm 3 - Phone 1 | 6786566112 | 5/3/2020 20:49 | 1 | SET: Caller Hung Up |
| Dorm 4 - Phone 3 | 3345443678 | 5/3/2020 21:10 | 1 | SET: Caller Hung Up |
| Dorm 6 - Phone 1 | 3213945290 | 5/3/2020 21:49 | 1 | SET: Caller Hung Up |
| Intake - IH6 | 4044410384 | 5/3/2020 23:50 | 1 | ANS: No Response |
| **Totals** | | | **17** | |

**NCIC Inmate Communications**
Incomplete Calls - Inmate Phone Number
From Date: 05/01/2020 00:00:00  To Date: 05/01/2020 09:50:00
Report Run Date: 05/02/2020 11:45:15

| Destination Number | Call Date | Call Count | Bill Type | Disposition |
|---|---|---|---|---|
| (809) 571-2531 | 5/3/2020 15:59 | 1 | Prepaid Collect | SET: Prepaid Balance Too Low |
| (703) 380-0019 | 5/3/2020 8:41 | 1 | Inmate Prepaid | SET: Caller Hung Up |
| (775) 473-9517 | 5/3/2020 22:17 | 1 | Free | ANS: Answering Machine |
| (775) 240-7954 | 5/3/2020 19:13 | 1 | Inmate Prepaid | DIAL: No Answer |
| (480) 306-9397 | 5/3/2020 18:50 | 1 | Inmate Prepaid | ANS: Answering Machine |
| (480) 306-9397 | 5/3/2020 15:18 | 1 | Prepaid Collect | ANS: No Response |
| (775) 434-4393 | 5/3/2020 15:07 | 1 | Inmate Prepaid | ANS: Answering Machine |
| (775) 849-1380 | 5/3/2020 14:20 | 1 | Prepaid Collect | ANS: No Response |
| (775) 217-7509 | 5/3/2020 13:28 | 1 | Prepaid Collect | ANS: Answering Machine |
| (775) 217-7509 | 5/3/2020 13:21 | 1 | Inmate Prepaid | ANS: Answering Machine |
| (509) 956-2752 | 5/3/2020 11:23 | 1 | Inmate Prepaid | ANS: No Response |
| (775) 217-7509 | 5/3/2020 10:57 | 1 | Prepaid Collect | ANS: Answering Machine |
| (919) 443-0799 | 5/3/2020 9:34 | 1 | Prepaid Collect | DIAL: Busy |
| (330) 553-7378 | 5/3/2020 9:30 | 1 | Inmate Prepaid | ANS: Answering Machine |
| (809) 571-2531 | 5/3/2020 9:15 | 1 | Prepaid Collect | ANS: No Response |
| (816) 301-9367 | 5/2/2020 20:32 | 1 | Prepaid Collect | DIAL: No Answer |
| (775) 431-9190 | 5/2/2020 19:50 | 1 | Prepaid Collect | SET: Caller Hung Up |
| (703) 380-0019 | 5/1/2020 16:51 | 1 | Inmate Prepaid | Simultaneous Calls Not Allowed |
| **Total** | | **18** | | |



## Sample Traffic Report

Date Range Selected: 08/01/2017 - 08/31/2017

| ANI | Phone Location | Attempts | Complete | Domestic Min. | Inter. Min | Total Min. | Charges | Oper. Sec. | Orig.Sec |
|---|---|---|---|---|---|---|---|---|---|
| | Dorm A | 1558 | 578 | 1430 | 360 | 1790 | $280.50 | 0 | 131240 |
| | Dorm B | 708 | 205 | 278 | 130 | 408 | $76.50 | 0 | 41111 |
| | Dorm C | 603 | 189 | 615 | 1 | 616 | $162.25 | 0 | 63552 |
| | Dorm D | 645 | 173 | 610 | 56 | 666 | $128.25 | 0 | 54582 |
| | Dorm E | 717 | 330 | 1428 | 81 | 1509 | $159.00 | 0 | 109832 |
| | Dorm F | 1133 | 389 | 1146 | 0 | 1146 | $405.00 | 0 | 93995 |
| | Dorm G | 710 | 461 | 909 | 0 | 909 | $167.25 | 0 | 70606 |
| | Dorm H | 239 | 127 | 810 | 0 | 810 | $22.00 | 0 | 57045 |
| | Booking Collect | 274 | 87 | 276 | 29 | 305 | $0.00 | 0 | 11183 |
| | Seg 1-4 Roll Cart | 348 | 127 | 508 | 90 | 598 | $47.75 | 0 | 47415 |
| | Seg A & B Roll Cart | 311 | 114 | 399 | 0 | 399 | $158.00 | 0 | 37782 |
| | ROLLUP CART 3 | 0 | 0 | 0 | 0 | 0 | $0.00 | 0 | 0 |
| | **TOTALS:** | 7246 | 2680 | 8429 | 747 | 9176 | $1,806.50 | 0 | 740743 |

| Total ANIs: | 17 |
|---|---|
| Active ANIs: | 11 |
| Active Rooms: | 0 |

## Sample Daily Summary Report

NCIC Daily Summary - 01/01/2019 TO 01/11/2019

Account(s):   20035
Report Date:   01-11-19 04:59:32pm

Date Range Selected: 01-01-2019 - 01-11-2019

| Date | DOW | Attempts | Complete | Domestic Min | Inter.Min | Commissary Min | Total Min. | Collect | Credit Cards | Calling Cards | Alt Transfers | Intl Collect | Collect Messages | Charges | Oper.Sec. | Orig.Sec | Active ANIs |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01.01.19 | Tue | 5731 | 2726 | 7410 | 66 | 743 | 8219 | 0 | 0 | 0 | 0 | 0 | 0 | $1,448.95 | 0 | 514127 | 57 |
| 01.02.19 | Wed | 5415 | 2700 | 7040 | 19 | 939 | 7998 | 0 | 0 | 0 | 0 | 0 | 0 | $1,579.28 | 0 | 492895 | 61 |
| 01.03.19 | Thu | 5054 | 2555 | 6750 | 23 | 915 | 7688 | 0 | 0 | 0 | 0 | 0 | 0 | $1,338.99 | 0 | 474194 | 64 |
| 01.04.19 | Fri | 4495 | 2287 | 6471 | 59 | 636 | 7166 | 0 | 0 | 0 | 0 | 0 | 0 | $1,284.30 | 0 | 451165 | 64 |
| 01.05.19 | Sat | 5162 | 2534 | 6844 | 25 | 681 | 7550 | 0 | 0 | 0 | 0 | 0 | 0 | $1,323.96 | 0 | 468312 | 66 |
| 01.06.19 | Sun | 5210 | 2517 | 6967 | 16 | 814 | 7797 | 0 | 0 | 0 | 0 | 0 | 0 | $1,367.16 | 0 | 482441 | 64 |
| 01.07.19 | Mon | 5167 | 2486 | 6560 | 33 | 781 | 7374 | 0 | 0 | 0 | 0 | 0 | 0 | $1,288.06 | 0 | 463944 | 64 |
| 01.08.19 | Tue | 4593 | 2174 | 5769 | 43 | 590 | 6402 | 0 | 0 | 0 | 0 | 0 | 0 | $1,114.31 | 0 | 416555 | 63 |
| 01.09.19 | Wed | 4929 | 2292 | 6499 | 70 | 622 | 7191 | 0 | 0 | 0 | 0 | 0 | 0 | $1,320.31 | 0 | 472445 | 63 |
| 01.10.19 | Thu | 5088 | 2377 | 6241 | 31 | 642 | 6914 | 0 | 0 | 0 | 0 | 0 | 0 | $1,224.97 | 0 | 446637 | 61 |
| 01.11.19* | Fri | 2623 | 1172 | 3116 | 23 | 306 | 3445 | 0 | 0 | 0 | 0 | 0 | 0 | $611.68 | 0 | 228425 | 61 |
| **TOTALS:** | | 53467 | 25820 | 69667 | 408 | 7669 | 77744 | 0 | 0 | 0 | 0 | 0 | 0 | $13,691.89 | 0 | 4911140 | |



## Sample Call Jurisdiction Report

**SUMMARY:**

| JURISDICTION | CALL TYPES | CALLS | GROSS | CALL LENGTH | NET PAYMENT |
|---|---|---|---|---|---|
| Commissary | Auto Collect | 104 | $ 0.00 | 183 | $ 0.00 |
| | | | | | |
| Interstate | Auto Collect(Prepaid Collect) | 7 | $ 11.76 | 56 | $ 7.29 |
| Interstate | Inmate(Prepaid) | 18 | $ 18.17 | 77 | $ 10.03 |
| Interstate | Inmate(Prepaid Card) | 18 | $ 0.00 | 18 | $ 0.00 |
| | | | | | |
| IntraLATA | Auto Collect(Prepaid Collect) | 24 | $ 38.25 | 153 | $ 23.71 |
| IntraLATA | Inmate(Prepaid) | 31 | $ 34.23 | 163 | $ 21.22 |
| IntraLATA | Inmate(Prepaid Card) | 17 | $ 0.00 | 17 | $ 0.00 |
| | | | | | |
| IntraState | Auto Collect(Prepaid Collect) | 2 | $ 4.00 | 16 | $ 2.48 |
| IntraState | Inmate(Prepaid) | 9 | $ 5.46 | 26 | $ 3.39 |
| IntraState | Inmate(Prepaid Card) | 4 | $ 0.00 | 4 | $ 0.00 |
| | | | | | |
| Local | Auto Collect | 1 | $ 0.25 | 1 | $ 0.15 |
| Local | Auto Collect(Prepaid Collect) | 72 | $ 87.75 | 351 | $ 54.41 |
| Local | Inmate(Prepaid) | 171 | $ 138.60 | 660 | $ 85.93 |
| Local | Inmate(Prepaid Card) | 118 | $ 0.00 | 118 | $ 0.00 |
| | | | | | |
| Local Free Calls | Auto Collect | 46 | $ 0.00 | 93 | $ 0.00 |
| Local Free Calls | Auto Collect(Prepaid Collect) | 36 | $ 0.00 | 36 | $ 0.00 |
| | | | | | |
| **TOTALS:** | | 678 | $ 336.47 | 1972 | $ 208.61 |

**SUMMARY: JURISDICTION / CALLTYPES**

| JURISDICTION - TYPES | CALLS | GROSS | CALL LENGTH | NET PAYMENT | PERCENTAGE OF GROSS |
|---|---|---|---|---|---|
| **TOTALS:** | 678 | $ 336.47 | 1972 | $ 208.61 | 100 % |
| | | | | | |
| Auto Collect | 151 | 0.25 | 277 | 0.1559 | 0 % |
| Auto Collect(Prepaid Collect) | 141 | 141.76 | 612 | 87.8912 | 42 % |
| Inmate(Prepaid) | 229 | 194.46 | 926 | 120.5052 | 58 % |
| Inmate(Prepaid Card) | 157 | 0.00 | 157 | 0.0000 | 0 % |
| **TOTALS:** | 678 | $ 336.47 | 1972 | $ 208.61 | 100 % |

## Frequently Called Number Summary Report



**NCIC Top 25 Destination Numbers**
Account(s): _____
Report Date: 06/19/17 09:13:32am

Date Range Selected: 05/20/17 – 06/19/17

| Account | Total Calls | Destination Number | Inmate Pin |
|---|---|---|---|
| 20031 | 957 | 256_____ | 307303 |
| 20031 | 818 | 205_____ | 301759 |
| 20031 | 624 | 205_____ | 302460 |
| 20031 | 572 | 205_____ | 305762 |
| 20031 | 503 | 256_____ | 308804 |
| 20031 | 490 | 205_____ | 307301 |
| 20031 | 477 | 480_____ | 308068 |
| 20031 | 474 | 205_____ | 307963 |
| 20031 | 442 | 205_____ | 308334 |
| 20031 | 440 | 205_____ | 308381 |
| 20031 | 409 | 205_____ | 307146 |
| 20031 | 405 | 205_____ | 307769 |
| 20031 | 405 | 205_____ | 308397 |
| 20031 | 384 | 205_____ | 308630 |
| 20031 | 377 | 205_____ | 307277 |
| 20031 | 376 | 205_____ | 307190 |
| 20031 | 375 | 205_____ | 308618 |
| 20031 | 370 | 205_____ | 308764 |
| 20031 | 369 | 205_____ | 308988 |
| 20031 | 362 | 205_____ | 307403 |
| 20031 | 354 | 334_____ | 308322 |
| 20031 | 354 | 205_____ | 308452 |
| 20031 | 348 | 205_____ | 308849 |
| 20031 | 345 | 205_____ | 308099 |
| 20031 | 344 | 205_____ | 308065 |



NCIC INMATE COMMUNICATIONS

## Example Call Detail Report

## Report Export Feature and Format(s)

## Three-Way Call Detail Report





## Inmate Report



C. Inmate Identity and Protection
   a. System Must have security procedures and technology (unique pin numbers, voice biometrics, facial recognition, etc.) in place to prevent inmates from stealing other inmates accounts.

   **NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

   **The proposed software systems are capable of offering a multitude of security protocol technologies such as voice biometrics identification, PIN security through the use of "passcodes", and facial detection through our video visitation system. Through our proposed Voice Biometrics System, investigators can pinpoint instances of pin theft and PIN sharing based on the system's reporting of the detected voices.**

   **NCIC has recently implemented a facial detection feature that works to provide an additional measure of security of the system's visits. The feature provides the ability to grey out the screen any time a face is not detected on the kiosks or visitor's camera.**

   **When enabled, this feature blurs the background of either the inmate or visitor on the screen to ensure only the face is shown throughout the visit. A screenshot of this functionality is provided.**





b. Describe, in detail, how the system prevents inmates from stealing another inmate's access.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

**The proposed systems offer an optional, easy-to-use PIN feature that can be interfaced with most JMS/Booking systems via a simple XML interface. PIN codes can be turned on/off for the entire facility, a group of phones, or a specific phone/kiosk/tablet based on the needs of YCDF. For example: PINs can be turned on in general population but turned off in booking and juvenile. Authorized users can easily deactivate PINs via the software systems. The systems have the capability to provide collect, debit, pre-paid, pre-paid card, free and speed dial calling utilizing a secure PIN. The inmate utilizes the same PIN for all services and devices.**

**The proposed systems provide for inmate records and associated details to be automatically loaded when interfaced with any JMS/Booking system via a simple XML interface (with other interface types available). Once the file is imported (default import frequency is 15 minutes, but can be more frequent if required), and upon the first call or login attempt, the system prompts the inmate to create and enter a secure PIN2 (commonly referred to as "Passcode,") to supplement their PIN. This eliminates the burden of manual entry by staff. As demonstrated by the following screenshot, each inmate needs to input their PIN and PIN2 in order to place calls or interact with kiosks/tablets.**

Edit Inmate

| InmateInfo | Notes | Restrictions | Alerts | Recordings | Statistics | Messaging | Transactions |

Pin: ➡ 120135   Generate    Status: Active
Last Name:                   Active Date: 01/05/2019 12:52:19
Middle Name:                 Contract: None
First Name:

**General**
Pin2: ➡ 0123          SSN#: - -
Birth Date: 9/23/2018      Booking#: 18-00103147
Age: 32              FBI#:
Origin:              Federal ID#:
Gender: ○ Male ○ Female    Comment:
Cell Location: CB04        Max Call Length: -1

Check Prepaid Balance    0.00

**History**
Last Attempt: 01/10/2019 18:38:34
Last Complete: 01/10/2019 18:54:06
Imported: 01/10/2019 18:55:06
Exported: None





**The proposed PIN system allows for each inmate's communications to be "locked down" to each particular housing area, further reducing the likelihood of PIN theft / sharing.**

**The phone system also utilizes Voice Biometrics to identify the speaker on each phone call. When an inmate is booked, and beings placing phones calls, our system records the inmate's speech and generates a biometric voice print using his/her speech patterns. From then on, our system can identify the caller on any call regardless of whether or not the inmate on the call is using their own PIN or has stolen/borrowed someone else's.**

3. **Inmate phone calls**
   Phone calls are any voice call, made from a telephone, kiosk, tablet, etc. that are subject to the rules and regulations concerning inmate telephone communications.

   **NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

   **Any phone calls made from kiosks or tablets will be subject to the same restrictions, monitoring and recording functionality as calls placed from the traditional wall-mounted telephones.**

A. Call Parameters
   a. The proposed system must, at the onset of the call, identify it as originating from the Yellowstone County Detention Facility. It must inform both parties the call is subject to recording and monitoring and identify the inmate calling. Conversation cannot proceed until the called party accepts the call.

   **NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

   **The proposed systems brand and identify each call with identifying information such as the facility name, type of call, inmate, Called Party as well as an announcement stating**



that the call may be monitored and recorded. Pre-recorded announcements, warnings and interjected messages can be configured to play randomly throughout phone calls, or at specified intervals. All such greetings and messages are customizable / configurable based on the specific requirements of the YCDF. Active acceptance is required by the called party.

b. The proposed system must be able to identify privileged calls (e.g., attorney calls, probation and parole, etc.) and prevent recording, prevent monitoring, and provide the call free of charge to the inmate, the county, and the called party. Vendor should take note of Montana Annotated 7-32-2255, which mandates privileged calls between inmates and their attorney must be without charge. Describe, in detail, the process for managing privileged calls.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

NCIC works diligently to ensure that all calls between inmates and their verified attorneys and any noted privileged communications are not recorded. NCIC has never faced any claims or legal action resulting from mis-handling attorney calls; issues which have plagued other inmate telephone providers in recent times.

Attorney numbers can also be manually added to the database as needed by the facility, and NCIC can assist with the management of attorney numbers to ensure the list is kept up to date. Call recording is turned off for privileged numbers (attorney numbers, etc.) and the Inmate Call Engine System does not record or store any recording of the conversation. Monitoring of privileged conversations is completely blocked.

Call duration for destination numbers can be set to allow any call length, thus additional call time can be easily added for certain attorneys. There is no limit on the number of attorney numbers that can be added to the system. There is also no physical limitation for the maximum duration of phone calls.

NCIC is the <u>only</u> large Inmate Communications Provider that has not been subject to legal proceedings related to the mishandling of attorney-client calls. NCIC employs an extremely rigid process for maintaining the integrity of the "Do Not Record" list, including thoroughly "scrubbing" the list on a quarterly basis, at least (including calling each number) to verify:

✓ All numbers still belong to legitimate legal representatives
✓ There is a BAR number associated with each number
✓ The name of the attorney firm is noted with each number
✓ Attorneys want to receive call from inmates at that facility

By putting forth the legwork that other providers are not willing to, NCIC ensures that your agency will remain out of the headlines, regarding a range of issues including the appropriate handling of attorney-client calls.

NCIC's superior process for managing privileged communications also extends to privileged video visitation and messaging, which can be offered at no cost (or commission deduction).



c.   The inmate shall not communicate with nor hear the called party until the call has been accepted.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

**When an inmate places an initial call, the Called Party is immediately transferred to a _live_ operator while the inmate is on hold in order to set up a pre-paid account. The inmate will hear hold music while they wait for the call to be accepted and will not be able to hear the call progress. Thereafter on each subsequent call, the inmate remains muted until the Called Party has positively accepted the call.**

**NCIC's preferred approach of employing a _live_ operator for every initial call between an inmate and their called party (as opposed to forcing called parties through an awkward IVR, as preferred by our competitors) maximizes the amount of successful prepaid account setups, thereby maximizing call completion and revenue generation.**

d.   The proposed system shall provide an option for the called party to request rate of the call prior to acceptance.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

**The proposed system provides a call setup message which is played at the beginning of each call. The system automatically announces the type of call that is being placed to the Called Party, whether it be a collect, direct dial prepaid, or debit call. The proposed automated system guides Called Parties on how to accept and deny incoming calls as well as providing the option to hear the _accurate, transparent_ rate quote prior to call acceptance.**

e.   The called party must actively accept the call. Billing does not begin until the call is accepted.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

**The inmate and Called Party cannot communicate until the called party has positively and actively accepted the initial call. Active acceptance requires that the called party press a "1" on their keypad. Billing does not begin until the Called Party and inmate are connected. During the call setup announcement called parties can deny the call by pressing "2" and block all future calls by pressing "3".**

f.   The proposed system must allow for live monitoring of phone calls and allow users of sufficient privilege to terminate the call.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

**Multiple users can simultaneously and covertly monitor all calls, without affecting the ability of the system to record calls, or the quality of the call audio for the call participants (inmate and called party). Live Monitoring on the platform allows for all calls to be monitored and call activity to be viewed in real-time. Authorized Users can immediately play back a recorded call or monitor a call while it is in-progress.**

**The Live Monitoring feature of the proposed ICE system allows authorized users to monitor all non-privileged calls. All monitored calls can be paused during playback. Our web based HTML5 player allows users to move back and forth within the call, as well as increase/decrease the playback speed, allowing users to significantly reduce worktime in listening to call recordings. All the information can be sorted in real-time, and calls can**



be easily terminated with a single click of the mouse, if required. Please refer to a sample screen shot of the Live Monitoring screen, below:



g. The proposed system must allow the county to set maximum call length.

**RESPONSE: READ, AGREE, AND WILL COMPLY.**

**The proposed system is capable of customizing the available call length and calling hours by day, by individual inmate, by destination number, by specific inmate phone, by facility or system wide. Authorized users can set call durations as a facility-wide default that can be changed based on the inmate's PIN, telephone, or groups of telephones, as well as phone number dialed. Call time durations can be adjusted at any time based on the requirements of the County. Duration configuration preferences can also be applied to TTY/TDD calls, VRS calls, attorney calls, Speed Dial calls, etc. Call length configurations are extremely granular and customizable based on the needs of the County.**

**Parameters can be set based on inmate PIN or by individual phone number, restricting calls to only those times, as well as establishing specific call length configuration, as shown herein.**





h. The proposed system should have the ability for staff to block phone numbers from being called.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

**The proposed system prohibits access to 800 and 900 type services. There is a database of blocked numbers which is actively maintained by NCIC. A small but representative sample of the block database includes 800, 888, 877, 900, 700, 911, 411, 311, 0, 950, 976, 555-1212 and 10-10xxx numbers. This database of blocked numbers is updated regularly. Inmates are unable to call toll-free numbers unless the County gives express authorization to a specific number. Additionally, the County staff and personnel numbers can be entered into the block call list to prevent access to personal and home telephone numbers.**

**An inmate allowed call list works in conjunction with the blocked call list; if a phone number has been set to "block all" no inmate at the facility will be able to dial the phone number under no circumstances. Likewise, a phone number can be blocked for a specific inmate but allowed for others, or from certain designated phones, hours of the day, etc. Examples of the 'Denied Destination List' within an inmate profile, as well as how to block a number at a Global level, are below:**

### Screenshot – Allowed/Denied Destination List







i. The proposed system should have the ability to assign approved calling numbers to a specific inmate.

**NCICRESPONSE: READ, AGREE, AND WILL COMPLY.**

**The Location Call Control by PIN allows specific configuration based on telephone location within the Facility. Phone numbers can be approved or disapproved / blocked based on telephone locations and configuration for an inmate via PIN restrictions. Additionally, when configured, upon receipt of file from the JMS or RMS system, the inmate's location is updated to reflect new location. Once the file is received, the system allows the moved inmate to place calls from their new location and only to approved numbers.**

j. The proposed system shall include user prompts in English and Spanish.

**NCICRESPONSE: READ, AGREE, AND WILL COMPLY.**

**The proposed system provides prompts in both English and Spanish, and multiple other languages are available upon request. With the standard English and Spanish language options, with regard to the prompts, these are pre-recorded, and the inmate selects the language at the beginning of each call by pressing a 1 or 2 on the keypad. The selected language plays to the inmate and called party.**

B. Call Records
   a. All inmate phone calls, with the exception of privileged communications, must be recorded.

**NCICRESPONSE: READ, AGREE, AND WILL COMPLY.**

**All calls except for those marked as verified attorney-client privilege, will be recorded. NCIC works diligently to ensure that all calls between inmates and their verified attorneys are not recorded. NCIC is the only large Inmate Telephone Provider that has not been a party to legal proceedings for mis-handling Attorney-Client calls.**