

b. Call recordings must be stored online, accessible to, and downloadable by the County, for the length of the contract. Call recordings must be made available to the County at no charge for three years after contract expiration, even if the Jail decides to use another inmate phone system provider.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

**All call recordings and system data are backed up in real-time and available through any internet-enabled device. Recordings are available for the duration of the agreement, and longer if required by Yellowstone County.**

c. Users must be able to search call recordings by inmate's name, date of call, location in facility call originated, and destination number.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

**Our Call History and CDRs allow searching by partial destination numbers, call disposition, such as answering machine, no answer, busy line, call denied by caller, call blocked by caller, invalid PIN (when inmates are trying to hack PINs), invalid destination number, frequently called numbers and over 20 more options. The Call Detail screen shown below lists all calls that are placed/accepted in addition the report lists the date, time, and duration of all calls, local or long distance and even calls to commissary. Authorized users can customize their reporting based on areas of investigative interest.**

### Screenshot - Call Detail Report

| | | Home | Live Monitoring | Call History | Briefcase | Destinations | Inmates | Alerts | Documentation | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

**Selection Criteria**

| Quick Date: | Today | | Complete: | Yes | | | Phone Location: | All | | Notes: | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Starting Date: | 06/30/2017 00:00:00 | | Caller: | | | Find | Disposition: | All | | Region: | All | |
| Ending Date: | 06/30/2017 23:59:59 | | Destination: | | | | | | | Profile: | All | |
| Search | Clear | Return up to 1000 | records: | | | | Three Way: | All | | Alert: | All | |

Right click column names to show/hide columns

| | Listen | Listened | Call Date | Location | Caller Name | Caller PIN | Three Way | Destination Numb | Dest City/State | Duration | Disposition | Alert | Notes | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ⊞ | Listen | | 06/30/2017 10:33:04 | Gym - R | Gismon, Jef | | Not Detected | | Cairo, GA | 14:47 | COMP: Prepaid - I | | Note | ☐ |
| ⊞ | Listen | | 06/30/2017 09:44:30 | Gym - R | Gismon, Jef | | Not Detected | | Cairo, GA | 14:37 | COMP: Prepaid - I | | Note | ☐ |
| ⊞ | Listen | | 06/30/2017 08:59:20 | Gym - R | Gismon, Jef | | Not Detected | | Cairo, GA | 00:03 | COMP: Free | | Note | ☐ |
| ⊞ | Listen | | 06/30/2017 14:05:50 | Gym - R | Burtzm, Chr | | Not Detected | | Brenton, AL | 13:49 | COMP: Prepaid - I | | Note | ☐ |
| ⊞ | Listen | | 06/30/2017 10:22:14 | Gym - R | Burtzm, Chr | | Not Detected | | Dfuniakspg, FL | 02:56 | COMP: Prepaid - I | | Note | ☐ |

d. Call recordings should be easily downloadable, by both individual recording, and batch downloads of multiple recordings by shared criteria (e.g., inmate's name, date of call, and housing unit).

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

**The proposed system utilizes the innovative Briefcase feature for the collection, organization and sharing of call recordings. The powerful Call History tab provides the search, reporting and sorting requirements to easily find CDRs based on selected criteria. Authorized Users can easily add recordings to the Briefcase and manage downloads for saving in .zip files, ISO files, .wav formats and .mp3 formats for listening on all internet-connected devices such as PC's, laptops, tablets, and smartphones.**



The Briefcase function allows for an unlimited number of designated recording folders that can be shared with other investigators or system users. Investigators can easily and quickly access calls to view, listen, share, download, etc. The Briefcase tab allows an investigator to choose other users within their agency or outside agencies by clicking on "Share" to view the user list, select user, click "Add," and click "Share" again. Authorized Users are appropriately notified that calls have been shared. Please see the sample screenshots on the following page depicting investigate Briefcase functionality.





e. Filenames of call recordings should include identifying information (e.g., inmate's name and date of call, etc.).

**NCIC RESPONSE:** READ, AGREE, AND WILL COMPLY.

**The file names of downloaded phone calls contain the following information:**

- **Inmate PIN**
- **Dialed phone number**
- **Date of call**
- **Time of call**

**A sample screenshot of an example file name has been provided below.**





f. Call recordings must be downloadable to a common audio format (e.g., mp3, wav, etc.).

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

All Authorized Users can easily manage downloaded recordings for saving in .zip files, ISO files, .wav and .mp3 formats for listening on all devices, PC's, Macs, tablets, and smart phones. The user can also email files to selected recipients or burn the files to a CD, DVD or ZIP file. Windows XP or newer has the capability to burn disks built in.

g. Call recordings must be clear and understandable. Vendor shall submit sample call recordings (minimum of three calls) that demonstrate sound quality of their system. Recordings may have any personal and facility information removed or be test calls between vendor personnel made on a vendor installed system.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

All call recordings are clear and understandable to investigators – NCIC ensures that all call quality is provided at an acceptable frequency for all callers. NCIC has provided a separately sealed USB drive containing sample call recordings for the County to review.

h. The proposed system should have an up to date, secure, method of verifying the file is a true and accurate copy of the original. Describe their methods for authenticating a recorded call.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

Call recordings within the proposed system are securely encrypted with the appropriate, unique checksum value, date, and time stamped, and stored along with the call data associated with that specific call. Each and every time a call recording is listened to, downloaded, copied, or emailed, this information and a timestamp of the event is appended to the call record – but the original recording is never compromised.

This new information, which is kept for investigative and audit purposes, is attached to the existing file, <u>but the original file is never overwritten or edited</u>.

These features maintain the integrity of each call recording residing within the ITS to support the chain of evidence and ensure that our data and recordings withstand the highest degree of judicial scrutiny.

C. Inmate Phone Security

a. The proposed system must allow the called party to block future calls from the Yellowstone County Detention Facility.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

During the call setup announcement called parties can deny the current call by pressing "2" and block all future calls by pressing "3". Such call blocking abilities are available from both landlines (home phones) and cellphones.

b. Preference that the system utilizes voice biometrics to verify inmate's identity and should sample call audio multiple times throughout the call. Describe how the proposed system uses voice biometrics to confirm identity.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

NCIC offers an industry-leading Voice Biometrics System (VBS), which is a "continuous"



voice biometrics application that synthesizes voice prints upon every use of the inmate telephone. There is no formal, cumbersome enrollment process for the VBS (meaning absolutely no staff/officer involvement during the intake process) and inmates do not know that their voice prints are being created and refined with every call. Facility staff are able to locate instances of PIN theft and PIN sharing quickly and easily and use the intuitive user interface to locate events of interest. Additionally, NCIC is currently developing a security feature that identifies three-way calling events and pinpoints the exact point within a call that the voice print changes from one inmate to another ("Multi-Speaker Events").

Additionally, calls or voice audio can be taken from other external sources (outside of the County's inmate telephone system) and manually fed through the proposed VBS in order to determine if a particular voice print belongs to an inmate who has previously been housed at any Facility using our system. Voice Biometrics is offered at no cost or commission deduction to the County.

NCIC provides correctional personnel with numerous investigative tools to aid investigation in the analysis of calls and facilitates the discovery of actionable intelligence revealed through biometric processing, which may otherwise go unseen. The proposed PIN System, utilizing both PIN1 and PIN2 security, combined with our VBS, has the following features:

o   No lengthy enrollment process – Voice Prints are automatically and covertly created and continuously improved, delivering highest accuracy rates possible.
o   Identify PIN sharing events – Along with the identity of the imposter, allowing investigators to focus their efforts on calls that have the highest likelihood to include actionable intelligence.
o   Query records by voice – Identify all calls in which the targeted inmate may have spoken. Voices of civilians can also be run against database, providing investigators with unparalleled intelligence gathering tools.
o   Create voice prints on request – Prints can be processed against historical calls, allowing investigators to listen to and extract potential intelligence, regardless of inmate or civilian identity or number of telephones numbers used.
o   Continuous Voice Identification – Provides investigators not only verification of whom is speaking, but also the identity of all inmate(s) who speak during a call.
o   Link civilians by voice – Our VBS is the only solution that can create and match on demand or automatically, prints and biometric results for civilians in addition to inmates.

c.   The proposed system shall prevent the inmate from receiving a second dial tone, or "chain-dialing".

**⬥NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

The proposed system prevents chain dialing and secondary dial-tone; inmates cannot make a second call until the first call is completed. The centralized call switching uses a VoIP network connection to the inmate phones and not the public switched telephone network.



d. The proposed system shall prevent extra digits dialed by the inmate after the party has accepted the call.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

The proposed system will not allow secondary dial-tone as it provides a synthesized dial tone and controls all interaction with the phone network, forcing inmates to hang up the existing call before they begin the next call, ignoring any keypad input.

The proposed system can be configured to allow extra digits to specified dialed numbers as is the case with speed dials to specific numbers and designated voicemails for services such as PREA, Crime Tips, grievances, Public Defender, sexual assault/harassment, medical requests, etc. All such numbers will be configured at no cost to the County.

e. The proposed system shall guard against "hook-switch-dialing" and other fraudulent activities.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

The proposed system prevents hook-switch dialing and secondary dial tone. The inmate phones are not connected to a traditional phone line but to the platform, which provides a synthesized dial tone and controls all interaction with the phone network, forcing inmates to hang up the existing call before they begin the next call and ignoring any keypad input which may occur in between.

f. The system shall detect the difference between an accepted call, an answering machine, busy signal, and other telephone activity.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

The proposed system uses a sophisticated answer detection algorithm which can distinguish between standard and artificial telephone tones, standard SIT tones, busy signals and even answering machines/voicemail to ensure accurate call answering, prevent erroneous billing and subsequent complaints. This technology helps to ensure that only customers who actively accept a call are connected and billed.

g. The proposed system must be able to detect potentially fraudulent telephone activity and at the County's discretion disconnect calls automatically.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

Our patented Three-Way Call Detection system listens for silence detection on a near-real time basis using various algorithms developed based on research on thousands of three-way call attempts. When the system determines that a three-way or call forward has been attempted, a warning message can be played to the parties on the call (based on the preferences of the Facility), and the call record is permanently marked as a three-way attempt (providing administrators an easy way to go back and listen to the call). If required by Yellowstone County, the system can be configured to terminate any detected three-way calls. However, we typically find that correctional agencies prefer to allow them to continue, to help gather valuable investigative data.





h. Describe types of fraud their system will detect and how it prevents fraudulent telephone activity.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

**In addition to the information provided in the section herein, Inmate Phone Security (items a through g), NCIC's proposed voice biometric identification system can detect if an inmate is committing an act of PIN theft.**

**Additionally, our three-way call detection offers varying levels of confidence on detected calls with an option to block, flag and alert users in the case of suspected or confirmed three-way call attempts and is the first in the industry to offer DTMF digit collection on the called party end, which results in significantly less "false positives," as it does not only rely on silence detection like most systems.**

4. **Inmate Video Visits**

The System must provide both remote and onsite video visitation for inmates and visitors.

A. Hardware and equipment

a. Describe the hardware (tablets, kiosks, etc.) inmates can visit on.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

**NCIC's proposed InTouch Video Visitation System (VVS) is provided to inmates through our correctional grade kiosks (and tablets) that are manufactured and assembled by NCIC. NCIC's industry-leading, correctional-grade kiosks and tablets have been designed specifically for use in a correctional environment, are sturdy, robust, and have no exterior removable components. The top surface of the kiosks is angled to prevent inmates from placing drinks and other items on top of the units, which are moisture resistant. Neither NCIC nor our Facility customers have encountered any limitations of the proposed VVS. As with all other aspects of NCIC's technologies and service, our correctional kiosks and tablets are provided and maintained at no cost. Shown below are the typical specifications pertaining to the equipment (portable / roll-around options are shown towards the bottom right of the following specification sheet):**



**EQUIPMENT SPECIFICATION SHEET / VIDEO VISITATION DESCRIPTION**

The NCIC video visitation kiosk offers touch-screen input and is made of a rugged 16-gauge steel shell that contains small openings for cooling and ventilation – there are no exterior removable parts. The NCIC kiosk employs a heavy-duty armored swivel handset that is hearing-aid compatible, and has an anti-static receiver. The NCIC kiosks are designed to be wall mounted in its structure by being securely bolted. Aside from wall mounted kiosks, NCIC also provides correctional facilities with a portable kiosk option that can be easily transported to provide video communication and a range of other inmate applications.



The interior of the proposed kiosks contain a powerful encrypted CPU and monitor designed to be secure and ideal for a correctional environment.

**FEATURES**
- **Polywell Mini PC**
  CPU : Intel Celeron Quad core @ 2.0Ghz
  Ram : 4 Gb
  Storage : 32gb SSD
- **Kingtouch Monitor**
  17-inch touch screen
  Tempered shatterproof touch panels
- **Cameras**
  Microsoft LifeCam cinema 5.0 Mega Pixels
  ELP-USBFHD06H-MF80 2mp USB Camera
  (8MM manual focus lens, 3m USB cable, without microphone)
- **Handsets**
  24inch and 32 inch swivel handsets
- **Video Visitation Unit Shells**
  17-inches wide, 19-inches in height and 6-inches in depth
- **Kiosk Shells**
  19-inches wide, 11 ½ inches in depth, 59-inches in height, with a 22-inch x 21-inch base plate



**Environmental Specifications**
- Min. Operating Temperature: 32°F / 1.7°C
  Max. Operating Temperature: 90°F / 32.2°C
  Operating Relative Humidity: 8% to 90%

b.  The vendor must provide sufficient hardware and equipment for inmates to make regular video visits. Hardware must be designed for a corrections environment.

XCNCIC RESPONSE: READ, AGREE, AND WILL COMPLY.

All proposed equipment is robust and designed to be used in a correctional environment. NCIC will consult closely with YCDF personnel to establish the optimal quantity and placement of hardware.

c.  The Vendor should provide a minimum of three visiting kiosks or stations in the facility lobby for local visiting.

XCNCIC RESPONSE: READ, AGREE, AND WILL COMPLY.



B. Inmate Video Visit Security
   a. The system must allow users to monitor and terminate active visits.

XNCIC RESPONSE: READ, AGREE, AND WILL COMPLY.

Upon acceptance, both parties are notified that "All visits are subject to monitoring and recording" (unless the visit is to a verified Attorney that has been added to the Privileged list, in which case, this standard warning is absent). All recordings and prompts are displayed in the language selected to navigate the kiosk and place the visit.

All video visitations sessions are automatically encrypted and recorded from the beginning of the session. All systems utilize Amazon's S3 (Simple Storage Solution) storage services where recordings are stored in a minimum of 3 separate locations and encrypted in AWS' proprietary encryption code.

NCIC's InTouch VVS allows for real-time monitoring of live Video Visits, from directly within the web-based User Interface.



As can be seen in the sample screenshot above, the Live Monitoring application is user-friendly, allows for investigators / administrators to mute / unmute one or both sides of the visitation, send warning messages to one or both participants, and terminate the session if needed. Functionality within the Live Monitoring feature of the proposed Video Visitation system is available based on user permissions and daily job functions of authorized users.

   b. The system should utilize voice biometrics to verify inmate's identity during video visits.

XNCIC RESPONSE: READ, AGREE, AND WILL COMPLY.

Audio from video visits can be manually run through NCIC's Voice Biometrics System upon request, allowing the County to determine the identity of the inmate on the visit, as well as determine if the visitor was previously incarcerated at YCDF or any other detention facility that utilizes NCIC's VBS service.



c. If inmates visit through portable hardware (i.e., tablet), the system must be able to limit inmate video to specific areas of the housing units, as designated by the county.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

**NCIC's proposed tablet solution prevents potential violations of privacy by utilizing our aforementioned facial detection feature. It "greys out" the entire frame of what the tablet camera sees with the exception of faces. The only thing visible on the screen during a video visit on at tablet would be a face.**

**NCIC is aware that YCDF personnel have serious reservations about the prospect of offering video visitation through portable devices, and we understand the reasons why. While NCIC's proposed tablets are absolutely capable of offering video visitation (which can be secured by our Facial Detection feature), NCIC will only look to implement that feature in certain designated areas of the Facility, as specified by YCDF personnel.**

d. Describe types of fraudulent video visit activity the system will detect and how it prevents fraudulent video visit activity.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

**NCIC's proposed VVS allows for users to configure the video settings on a global level to enable the blurred background/face detection features. These features can be applied to either remote or onsite visits and for the feature to be enabled on the inmate's or visitor's side, or both. Please refer to the following screenshot. In addition, the proposed VVS allows for these security features to be disabled for specific inmates or visitors based on the County's needs.**



**Additionally, the proposed Voice Biometrics application can be applied to Video Visitation, to further secure the system.**



C. Remote Visitor Interface

   a. The proposed video visitation system must be easy to use and should work on all major smartphones, tablet computers, and computers (equipped with camera and microphone).

     **NCIC RESPONSE:** READ, AGREE, AND WILL COMPLY.

     **The proposed VVS is entirely web-based and can be accessed through any smartphones, tablet computers, or computers with an operational camera and microphone.**

   b. The proposed video visitation system should provide the visitor with a diagnostic test to check their internet connection is capable of video visitation.

     **NCIC RESPONSE:** READ, AGREE, AND WILL COMPLY.

     **The proposed system includes a comprehensive pre-connection diagnostic check, to help ensure that users enjoy the best possible experience. Shown below are several sample screenshots of the user-facing diagnostic test:**







c. Describe in detail, the system's compatibility with consumer hardware and operating systems, including known limitations.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

The proposed VVS is entirely web-based and requires no specific hardware or operating system in order to allow for a video visitation to take place. There are no known limitations through our VVS; although, a reliable internet connection is required in order for the system to operate optimally.

D. Scheduling

a. The video visitation system must be able to allow inmates to schedule visits, independent of staff. Vendor should, describe in detail, options for scheduling video visits.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

The proposed VVS comes equipped with a robust scheduling component, so that inmates and their approved friends and family can manage their own scheduling, without the involvement of facility staff. Additionally, the proposed VVS allows for "impromptu" (ad-hoc) video visitation, if allowed by the facility. NCIC can implement any combination of these scenarios, based on the specific requirements of the County.

The system can allow for inmates to initiate video sessions without the need for a scheduled session as long as the visitor has a pre-paid account registered and is on the inmate's approved calling list. All impromptu video sessions will be monitored and recorded in the same fashion as scheduled visits.

The proposed VVS platform allows a visitor to schedule a remote video visit from any personal mobile device, tablet and/or home or public desktop computer with an internet connection, through the user-friendly website. Remote video sessions can be made through a desktop, laptop, tablet, or mobile device. NCIC recommends using Windows10/Windows 11 or the most recent version of Mac OS as the compatible software.

NCIC's proposed online scheduling system allows visitors to have a listing of all eligible inmates that can participate in video visitation sessions as well as an automated scheduling calendar depicting the available dates and times to choose from. The proposed VVS provides visitors with notification by email/text/banner alerts in the event their scheduled session has been cancelled.

Once a visitor's account has been created, visitors will be prompted to begin the process of scheduling their visit which requires selecting the agency name, inmate name, and selecting their preferred date and time to visit. The scheduler is built with sophisticated tracking to know which kiosks are available based on the schedule put in place for each housing unit and how many visits are available at one time. This prevents the occurrence of scheduling conflicts for video sessions. Following are various screenshots depicting the account creating and scheduling options.













E. Video Recordings

    a. All video visits, with the exception of privileged communications, must be recorded, stored online, accessible, and downloadable by the county for a minimum of one year from the date of the visit, and at no charge to the county.

        **NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

        **All visit sessions are automatically recorded unless the visitor is flagged as a verified attorney visit (or as otherwise indicated by the facility). All stored visit recordings are available as specified by the Facility. Video storage is managed in the same fashion as phone recordings to ensure the integrity of the recordings. All recordings shall be**



protected from being purged and shall be stored online. Certain recordings can be separated and stored beyond the usual storage time allocation, if needed. Visit sessions and Visit Detail Records are always stored in at least three geographically separate locations to ensure maximum system redundancy. The length of time that recordings are stored is based on the preferences of the County.

b.   Users must be able to search visit recordings by inmate's name, date of visit, and location in facility inmate was housed.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

The proposed InTouch Video Visitation system allows users to track, research and investigate visitation history from within the web-based platform. Available search parameters include visitation date, visitor, inmate, and more as pictured.



The proposed VVS includes a comprehensive range of reporting capabilities, including a set of "canned" reports that are commonly used by Facility personnel. Reports are both investigative and managerial / financial in nature. Additionally, NCIC will deploy our experienced Reporting experts to design and make available any custom reports as required by Yellowstone County. The following reports are available to authorized users from the proposed VVS application:

- **Visit History Reporting**
- **User Activity Reporting**
- **Ticket Usage Log Reporting**
- **Inmate Document Log Reporting**
- **External Service Log Reporting**
- **Inmate Message Log Reporting**



**NCIC Inmate Communications**
Video Visitation Shedule Summary
From Date: 05/01/2020  To Date: 05/01/2020
Report Run Date: 04/30/2020 08:45:20

| Code | Status | Visitor First Name | Visitor Last Name | Visit Date | Visit Time | Time Limit | Actual Duration | Visit Type | Inmate Name | Inmate PIN | Visitor Email | Total Charges |
|------|--------|--------------------|--------------------|------------|------------|------------|-----------------|------------|-------------|------------|---------------|---------------|
| 48623 | Completed | Riley | Banks | 5/1/2020 | 10:00 | 20 | 17.54 | Remote | Sean Foster | 15678 | r.banks@yahoo.com | $6.64 |
| 65666 | Visitor No Show | Jeremy | Major | 5/1/2020 | 12:30 | 20 | 0 | On-Site | Howard Watson | 14589 | major.1969@gmail.com | $0.00 |
| 92353 | Completed | Bridgette | Snowden | 5/1/2020 | 11:00 | 20 | 18.41 | Remote | Jonathan Martinez | 14687 | bsnowden@yahoo.com | $7.22 |
| 45342 | Completed | Sarah | Ann | 5/1/2020 | 11:30 | 20 | 19.55 | Remote | Raymond Davis | 14592 | sarah-ann-1966@hotmail.com | $7.60 |
| 34024 | Completed | Gregory | Smith | 5/1/2020 | 12:00 | 20 | 14.58 | Remote | Cheryl Wright | 15879 | smith.gregory@icloud.com | $5.70 |
| 23963 | Completed | Timothy | Mitchell | 5/1/2020 | 12:30 | 20 | 18.54 | On-Site | Bonnie Taylor | 16468 | mitchellt@gmail.com | $0.00 |
| 51853 | Completed | Janine | O'Rourke | 5/1/2020 | 13:00 | 20 | 19.40 | On-Site | Mildred Powell | 17448 | janine.o@hotmail.com | $0.00 |
| 51632 | Visitor No Show | Kim | Nealy | 5/1/2020 | 13:30 | 20 | 0 | On-Site | Richard Thompson | 16595 | kimnealy1966@yahoo.com | $0.00 |
| 18424 | Completed | Cameron | Sutton | 5/1/2020 | 14:00 | 20 | 19.31 | Remote | Craig Bryant | 14587 | Cameron.Sutton@icloud.com | $6.08 |
| 58434 | Visitor No Show | Lana | Chechik | 5/1/2020 | 14:30 | 20 | 0 | On-Site | Sharon Stewart | 13478 | lchechik1964@gmail.com | $0.00 |
| 16400 | Completed | Greg | Purcell | 5/1/2020 | 15:00 | 20 | 17.58 | Remote | Chris Harris | 14442 | purcell_greg1987@yahoo.com | $6.84 |
| 23941 | Canceled | Matt | O'Dell | 5/1/2020 | 15:30 | 20 | 0 | On-Site | Kimberly James | 15784 | mrdell_TX@gmail.com | $0.00 |
| 16919 | Completed | Justin | Campbell | 5/1/2020 | 16:00 | 20 | 9.51 | Remote | Victor Peterson | 16878 | jcampbell1990@yahoo.com | $3.80 |
| 50768 | Completed | Brendan | Cooper | 5/1/2020 | 16:30 | 20 | 12.43 | Remote | Julia Griffin | 15979 | cooper_b@gmail.com | $4.54 |

c. Visit recordings should be easily downloadable, by both individual recording, and batch downloads of multiple recordings by shared criteria (e.g., inmate's name, date of visit, and housing unit).

**NCIC RESPONSE:** READ, AGREE, AND WILL COMPLY.

**All visit recordings are downloadable in the same manner as the call recordings by shared criteria as noted above.**

d. Filenames of visit recordings should include identifying information (e.g., inmate's name and date of visit).

**NCIC RESPONSE:** READ, AGREE, AND WILL COMPLY.

**All visitation recordings are stamped with identifying information of the visitor names involved and the date/time the visit took place.**

**Yellowstone County suggested this feature during NCIC's technology demo in early 2022. Our development team created and implemented this feature based on the County's recommendation. NCIC's continued commitment to improving our platform by openly accepting new development ideas and requests allows for ongoing growth and advancements to our Inmate Communication Systems and Services.**

**Please reference the following sample image of a video visit file name.**





e. Video visit recordings must be downloadable to a common video format (e.g., mp4, mpeg, avi, etc.).

**NCIC RESPONSE:** READ, AGREE, AND WILL COMPLY.

**The proposed system outputs downloaded video visit sessions in the standard WEBM file format allowing for any modern browser to be used as the player; therefore, no proprietary player needs to be downloaded to view the video visits.**



f. The proposed system should have an up to date, secure, method of verifying the visit file is a true and accurate copy of the original. Describe the proposed system's methods for authenticating a recorded visit.

**NCIC RESPONSE:** READ, AGREE, AND WILL COMPLY.

**When a video visitation session begins, the proposed VVS creates a unique session identification number, storing it in the system with the appropriate recording in order to provide an encrypted code for authentication.**

g. Video visit recordings must be clear and understandable. Vendor shall submit sample video visit recordings (minimum of three visits) that demonstrate sound and video quality of their system. Recordings may have any personal and facility information removed or be test visits between vendor personnel made on a vendor installed system.

**NCIC RESPONSE:** READ, AGREE, AND WILL COMPLY.

**All video recordings are clear and understandable to facility staff and investigators – NCIC ensures all video and audio quality is provided at an acceptable level for all inmates/visitors. NCIC has provided a separately sealed USB drive containing sample video visitation recordings for the County to review.**

F. Mandatory Visitation

a. Video visitation is important for inmates to stay in contact with family, friends, and the community.

**NCIC RESPONSE:** READ, AGREE, AND WILL COMPLY.

**NCIC remains a staunch supporter of the notion that increased connectivity between incarcerated individuals and their friends and families is extremely important. As we discuss further in the applicable portions of our RFP response, NCIC's VVS bills for usage in a truly per-minute fashion – never charging for unused areas. NCIC *only charges for Video Visitation once a session has been connected*. NCIC's approach differs from the typical approach in the industry, which is to bill for VVS in "blocks" of time, and charge for it *at the time of scheduling*. This approach tends to penalize consumers for minutes not actually used (e.g., for late arrivals, dropped sessions, etc.), and generally discourages overall usage. This is one of the main reasons that the proposed VVS generates more usage revenue, on a per-month, per-inmate basis, than competing systems.**

b. The system must allot a minimum of forty-five minutes of video visit time to each inmate in the facility, at no charge to the inmate or facility.

**NCIC RESPONSE:** READ, AGREE, AND WILL COMPLY.

**Visit / session durations are customizable based on the specific requirements of Facility administration, and can be tailored to specific housing areas, inmate classifications, or down to the specific inmate PIN. Unlike certain other systems in the industry (and as described above), the proposed system does not force the inmate and visitor to participate in the entire block of the session (and pay for the entire block). Visit sessions can be paid for on a <u>per-minute basis.</u>**



Shown below is the area of the system where the daily availability for the proposed VVS can be configured.



c.  The system should allow increased visit time, based on classification, and assignment to work details, at no charge to the inmate, or facility.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

As described in our Transmittal Letter, one of the main strengths of NCIC's overall proposal is that NCIC will be offering the ability for YCDF personnel to provide extended (or free) access to things like video visits, phone calls, messaging, or entertainment material, for Trustee inmates or for otherwise rewarding good inmate behavior, at the discretion of Facility personnel. NCIC will offer this ability at no cost (or commission deduction).

G.  Privileged Video Visits
    a.  The county is interested in systems that can provide non-recorded, video visitation to specific government agencies (Public Defenders, Probation and Parole, etc.) at no cost to the county or agency. Describe options available for privileged video visits.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

Free visitation allowances are also extremely granular and can be associated with inmate PINs, specific phones/housing areas, or special visitors such as attorneys, parole officers, etc. NCIC can configure all forms of privileged communications (phone calls, video visits and messaging) based on the requirements of YCDF.

5.  **Inmate Text-Based Messaging**
    The proposed system must provide some form of text-based messaging or secure email to inmates.
    A.  Messaging options and fees
        a.  The vendor shall, in detail, describe the system's text-based messaging options.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**



NCIC is providing a secure, integrated Inmate Messaging application which can be provided through the Inmate Kiosks and/or Inmate Tablets (based on the allowances of Facility administration). Inmate messages are subject to a range of security features, including:

✓ **Ability to detect certain keywords within messages. The proposed system offers a standard dictionary of common keywords and offers the ability to supplement that standard dictionary with local slang and colloquialisms.**

✓ **Ability to quarantine messages based on whether keywords are detected, or whether they contain attachments, etc. Quarantining the messages would delay delivery until facility review. Quarantining can be done based on inmate or outside party, particular kiosk being used, etc.**

✓ **Ability to limit the amount of characters / length of the messages. This can be done based on inmate or outside party, particular kiosk being used, etc.**

✓ **Ability to send an email or text alert to designated investigators with messaging occurrences.**

Following are sample screenshots depicting the proposed Inmate Messaging application.







B. Messaging Security

    a. All inmate text-based messaging, with the exception of privileged communications, must be recorded.

        **NCIC RESPONSE:** READ, AGREE, AND WILL COMPLY.

        **By default, the proposed messaging application will record and store all messages, aside from privileged messaging. All recorded messaging data and content will be stored for the life of the Agreement, or longer if needed.**

    b. All message records must be maintained for the life of the contract.

        **NCIC RESPONSE:** READ, AGREE, AND WILL COMPLY.

        **All messages are stored in the system for the life of the contract, or longer if needed, with the exception of attorney/client conversations.**

    c. Message records should be searchable by inmate's name, date message was sent, and location of inmate who sent message.

        **NCIC RESPONSE:** READ, AGREE, AND WILL COMPLY.

        **All messages are stored in the system and are searchable by inmate name, visitor name, specific date/time, specific keyword searching, or by text/attachments only.**



d. Message records should be downloadable to common file formats (CSV, XLSX, XLS, PDF, etc.).
**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

e. The proposed system must allow for users to block inmates from sending and receiving text-based messages.
**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

**The proposed system is capable of restricting inmates from sending or receiving text messages through the system. These restrictions can be put in place as a temporary or permanent hold. Related features are also available, such as the ability to place other types of restrictions, such as character limitations or restrictions on attachments, based on specific inmate or visitor profile.**

## 6. Inmate Forms and Facility Tools

The proposed system must include modern communication tools between inmates and the facility, at no cost to the inmate or facility.
**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

**NCIC can offer Yellowstone County staff and inmates with a robust communications tool through the use of grievance/request filing, provided directly through the proposed InTouch Suite. This feature is considered standard and comes at no cost to either inmates or the Facility.**

A. Inmate Requests and Grievances
  a. The proposed system must allow for inmates to submit facility requests and grievances, and to receive responses from the facility.
  b. Forms should be customizable by the facility
  c. Describe, in detail, their system for inmate form and grievance submission.
  **NCIC RESPONSE: HAS READ, AGREE, AND WILL COMPLY WITH ALL ITEMS ABOVE.**

**The proposed Grievance request module (which NCIC refers to as our "Ticketing" system) allows for customized creation of Ticket Types based on the preference of each facility, as well as date/time stamping of all communications so that timeliness of responses can be tracked, for compliance purposes. These requests can be managed and responded to by Facility personnel and can also be re-assigned to appropriate Facility staff, if needed. The implementation of an electronic Ticketing system, including all expected escalation capabilities, and replacing paper-based processes, reduces Facility liability related to inmate complaints about grievances not being responded to / addressed in a timely manner.**







The proposed Ticketing system allows for each "Ticket Type" to deliver incoming requests to the appropriate facility personnel, based on their individual roles. This streamlines the delivery of Tickets to facility staff in such a manner that they only interact with those Tickets that pertain to their duties. Should an inmate inadvertently submit a Ticket as the wrong "Ticket Type," the recipient of the Ticket can easily re-classify that ticket such that it reaches the correct recipient.



In addition to "Inmate Tickets," the proposed system also includes "Admin Tickets" which brings similar functionality but is designed for facility personnel to initiate the communication to inmates (rather than inmates initiating it). Admin Tickets are simply a "staff to detainee" communications tool, to help further eliminate paper-based processes and allow staff to interact with inmates without needing to visit the inmate housing areas.

B. Facility material and messages

   a. The proposed system must allow for the facility to easily disseminate documents to inmates, such as rule books, schedules, etc.

     NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.

Facility personnel are able to utilize the 'Facility Documents' function to upload any pertinent documents such as the jail handbook, Rules and Regulations, rehabilitative programs, PREA information, etc.



   b. The proposed system should allow the facility to disseminate media files (videos, sound files) such as an audio rule book, or instructional videos for inmate laborers.

     NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.

The proposed "Facility Documents" function also allows for video and sound files to be uploaded and accessible to inmates directly through the proposed kiosks. Common examples of facility videos made available to inmates include PREA and Orientation videos.

This feature allows for various resources to be loaded into the system either in a manner that requires inmates to "acknowledge" the resource (with a date & time stamp associated), and / or can simply make these resources available on an ongoing basis, through the kiosks and tablets.



c. The system must allow for the facility to send messages to both specific inmates and groups of inmates.

RESPONSE: READ, AGREE, AND WILL COMPLY.

**The proposed InTouch application allows Facility staff to submit electronic messages and responses to either all specific inmates or groups of inmates. Messages to specific inmates can be securely delivered using the Admin Tickets function, and messages to groups of inmates, or the entire population, can be disseminated using the Broadcast functionality.**

d. Describe, in detail, the options available to provide facility documents and messages to inmates.

RESPONSE: READ, AGREE, AND WILL COMPLY.

**Facility personnel are able to utilize the 'Facility Documents' function to upload any pertinent documents such as the jail handbook, Rules and Regulations, rehabilitative programs, PREA information and any other documentation required by Yellowstone County. This can be provided through the kiosks as PDF files, images, videos, and audio recordings. In the event that a large number of documents / resources are needing to be loaded, the proposed system allows for the creation of "folders" to sort these resources by topic / category.**

**Following are several sample screenshots of the Facility Documents, Admin Tickets and Broadcast Messaging functionality.**







## Inmate Rules

1. Before I am given the privilege of using an electronic tablet, I am required to read and agree to all rules

and procedures listed in this user's contract and follow all San Luis Obispo County Jail rules. Failure to do

so may result in the suspension of my tablet use.

2. I will be assigned a tablet to utilize during approved times while in my housing unit.

3. It is my responsibility to maintain earbuds in my possession and that they are to be used for tablet use only. Earbuds may be confiscated if they are misused or altered from their original state. Earbuds issued

to or purchased by me are my property and I must take them with me when I am released. Earbuds







C. Inmate Commissary

  a. The proposed system must be able to coordinate with the facility's commissary provider (currently Summit) and provide electronic commissary ordering to inmates.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

**NCIC has a vast amount of experience in integrating with third party software providers, including JMS, Banking/Commissary companies, and other communication systems. All interface-related development will be completed at no cost. It is worth noting that NCIC has interfaced with Yellowstone County's commissary provider, Summit, at numerous other Facilities and will easily do so, if awarded. NCIC enjoys an excellent working relationship with Summit and the following Summit personnel can be contacted to attest to the positive nature of our working relationship, if needed:**

**Brian Clark, Business Development Director**
**Summit Correctional Services**
**brian.clark@summitfoodservice.com**

**Mike Cozart, VP of Commissary Services**
**Summit Correctional Services**
**mike.cozart@summitfoodservice.com**

**NCIC has worked closely with Summit Commissary to provide a commissary ordering link on NCIC's Kiosk and Tablet hardware at other facilities and will be glad to do so at YCDF, if awarded.**



## 7. Inmate Tablets

The facility is interested in systems that provide tablet computers to inmates for educational and entertainment purposes.

**NCIC RESPONSE:** READ, AGREE, AND WILL COMPLY.

The proposed tablet has a heavy-duty exterior which is specifically designed for a correctional environment, allowing it to withstand a shock and/or drop test onto concrete. NCIC has used similar grade materials to the kinds used in bullet resistant glass, windows in correctional facilities, military applications, etc. This case protects the tablet from tampering, general damage, and contraband storage. NCIC has only allowed access through this secure case to critical hardware buttons such as the power button, volume buttons, and home button. Please see sample image of a NCIC tablet.



The proposed Inmate Tablet solution operates on a dedicated Wi-Fi network that does not allow access to external networks, websites, or applications. The tablet's wireless solution has various components that can be either wired to an extended switched ethernet network or can be fully meshed with other existing access points. At no time, will inmates be able to access the Operating Systems of the proposed Inmate Tablet solution. Prior to being deployed in correctional facilities, the proposed Tablets are subject to strenuous Penetration Testing methodologies to ensure that they are suitable for deployment in a correctional environment.

The proposed Tablets are essentially an extension of NCIC's wall-mounted kiosks, capable of offering video visitation services (if needed), standard inmate phone calling, messaging, grievances/ticketing, educational & rehabilitation program services, entertainment options, commissary ordering, inmate handbooks, law library, medical/mental health sick call requests; digital mail services and various other services, based on the preferences of facility administration.

Ratio of Device to Inmate
Scarcity of devices breeds unhealthy competition and behavior problems amongst inmates.
The facility is interested in up to a one-to-one device ratio, of tablets to inmates housed in the facility.
The vendor must state what ratio of tablets to inmates it will provide to the facility.

**NCIC RESPONSE:** HAS READ, AGREE, AND WILL COMPLY WITH ALL ITEMS ABOVE.

NCIC is willing to provide YCDF with a one-to-one, device to inmate ratio.

Describe, in detail, the educational and entertainment options on their system.

**NCIC RESPONSE:** READ, AGREE, AND WILL COMPLY.

NCIC strongly believes in widespread accessibility of educational opportunities for those who are incarcerated. Because of this, we believe a truly impactful tablet program requires free and continuous access, irrespective of inmate's ability to pay or socioeconomic status. There are many



tablet programs that focus on a revenue generating model, requiring inmates to "pay to play." These programs that charge inmates to access content and entertainment (such as movies, games, music, e-books, etc.) often see significantly lower engagement rates. NCIC has deliberately avoided this type of scenario, with our tablet offering.

Our Educational & Entertainment Suite helps students realize that incarceration is their opportunity to find a path forward instead of a brief pause from their struggles outside of your facility. These thoughtful courses were designed for detainees struggling with mental health issues, grief, anxieties, and addictions. Your efforts to offer these meaningful programs will help your community curb recidivism by providing encouragement to your detainees and their families.

The students' user IDs are integrated with our communications suite, simplifying, and streamlining the login process, by allowing the same logins for all features of our platforms.

Our Educational & Entertainment Suite blends over 20,000 classes and videos into key courses, such as:

- Parenting
- Anger Management
- Addiction Awareness and Control
- Management of Anxieties
- Substance Abuse
- Communications Skills
- Confidence Building
- Time Management
- Computer Skills
- Work Skills
- Religious Programming
- Language Programs
- Math Skills
- Reading Comprehension
- GED Prep
- Recharge for Reentry program to help detainees engage in meaningful communications with family, friends, and each other.











Please refer to Exhibit A for additional information regarding the proposed educational tablet solution.

8. **Investigations**

Vendor must submit a detailed description of investigative tools included in system.

A. Voice Transcription

    a. The proposed system must provide transcription of phone calls.

        NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.

NCIC is proud to announce the introduction of our proprietary, industry-leading Correctional Transcription Service. NCIC's Transcription is a powerful tool for correctional personnel and investigators which helps correctional and law enforcement agencies gather actionable intelligence, helping prevent and solve more crime. NCIC's Transcription acts as a 'Workforce Multiplier' by alerting facility personnel and investigators to items of interest within recorded inmate conversations which may have otherwise go undetected.

NCIC's Transcription is an integrated part of the Inmate Call Engine ('ICE') investigative suite, with no separate login or any special software required. From directly with the ICE call player, investigators can simply click on the Transcription tab to access the transcribed conversation which has automatically been processed and is available immediately:





As can be seen towards the top of the screenshot above, the ICE call player transcribes sentence by sentence throughout the duration of the conversation, separating out the Destination and the Inmate sides of the conversation. By simply clicking anywhere in the transcribed text, the ICE call player will take the listener to that specific point of the call.

If preferred by the investigator, the Transcription feature also offers the 'Higher Contrast' option which provides an alternative view with more definition and greater distinction between the Destination and the Inmate sides of the conversation.



NCIC's Transcription Service also allows for keyword detection, which automatically sifts through every call placed from your facility to detect keywords of interest. As shown in the example screenshot below, investigators can search for multiple keywords of interest by simply entering them into the Keyword field (separated by a space).





Investigators have the option of setting up automated / pre-scheduled Keyword Detection reports, which can be seamlessly delivered to their inbox at times / intervals specified by them. Shown below is a sample screenshot depicting the Keyword Detection report, and the clickable results which would take the investigator directly to those call recordings within the proposed system:

Investigators also have the option of exporting selected transcriptions which provides the transcribed calls into a simple Word document for easy review and sharing.



> Call Date: 1/21/2021 8:27:05 AM
> Facility: XYZ County Detention - CA
> Inmate: Galindo, XXX (418XXX)
> Destination: 213407XXXX
>
> DESTINATION: Say something
> DESTINATION: that's weird
> INMATE: what's wrong?
> DESTINATION: I thought you said you would call yesterday after you had spoken to her?
> INMATE: relax I got busy. I'll do it today.
> DESTINATION: Just do it like we spoke about, otherwise there will be trouble, here?
> INMATE: it rang and rang and rang and then i rang it costs money you know?

b.  The preferred proposed system will also provide transcription of Video Visits.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

**The NCIC development team is currently expanding the functionality of the proposed Transcription and Keyword Detection service to also apply to Video Visits. While the automatic transcription service is being worked on, YCDF can make requests for the transcription of specific video visits and NCIC will have them manually run through our audio transcription engine.**

c.  The proposed system should allow keyword searches for all transcribed records and text-based messages.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

**The proposed system allows grants the ability to detect certain keywords within messages and transcribed call records. The proposed system offers a standard dictionary of common keywords and offers the ability to supplement that standard dictionary with local slang and colloquialisms.**

**The proposed Keyword Detection system operates as a "workforce multiplier" by allowing agencies and investigators to easily be routed to conversations of interest, which may otherwise never get listened to.**

A.  Automatic Alerts

a.  The proposed system must be able to send automatic alerts through email and or text messages to investigators, for all inmate communications.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

**The proposed platform features an Alert system ("Hot Number Alerts") whereby alerts can be sent via email, text, or phone call, allowing investigators to receive real-time notifications and covertly listen to calls of interest. The proposed System alerts investigators to calls of interest either prior to a call being connected or while a call is in progress (this is configurable based on the needs of the County) so that investigators can listen to and/or approve the call.**



**Screenshot – Alert Configuration**



b. The proposed system's alerts should give investigators the option receiving calls, messages, and video for real time surveillance.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

Once an "alerted" call is detected, the alert is sent to the alert list via email, voice, or text (depending on the alert configuration). The alert will allow the investigator to approve/deny the call and/or listen to the call in-progress. Investigators can hear the call at any internet-connected computer or via cell phone/landline. Monitoring can be performed by multiple investigators at once, without affecting the ability of the system to record calls. Covert monitoring is not detectable by either the Called Party or the Inmate.

Most commonly, investigators elect to simply receive email notification of calls of interest once the call has completed, with an email (including the call recording) being delivered to the investigator after the call is finished.

9. **Mail Scanning**
The county is interested in options for electronic delivery of inmate mail sent through the USPS. This will require mail to be scanned, uploaded, and delivered through Tablet or kiosk.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

A. Onsite mail scanning
   a. The proposed system must allow mail to be easily uploaded by facility staff and delivered to inmates through tablet and or kiosk.
   b. Describe, in detail, the process for onsite electronic mail delivery.



**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

If Yellowstone County prefers to scan all incoming mail onsite, the Facility will be provided with a state-of-the-art scanner that will be linked to the proposed Mail Scanning system. With this equipment in place, Facility staff will be able to scan all received mail and assign it to the appropriate inmate by searching this system either by inmate name or PIN. Once scanned and assigned, the mail will immediately and securely be available for the inmate to view, from the kiosks and / or tablets, unless there are any restrictions in place for specific mail flagging.

B. Offsite mail scanning
   a. The county is interested in exploring an offsite mail scanning solution, where the vendor (or their contractor) receives, scans, and uploads the mail for digital delivery to inmates through tablet or kiosk If offsite mail scanning is offered, Vendor shall include a detailed description of the offsite mail process.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

NCIC is also pleased to offer our state-of-the-art Mail Scanning system which is a part of our overall InTouch Suite. NCIC was prompted to develop our industry-leading Mail Scanning system after several NCIC Facility customers came to us, looking for a solution to a dangerous problem. Incoming physical mail has traditionally been one of the primary methods used to introduce dangerous illicit drugs and other contraband into correctional facilities. By intercepting the incoming physical mail and converting it into digital format for secure delivery to inmates, NCIC's Mail Scanning application disrupts the flow of incoming contraband such as harmful drugs which are commonly soaked into paper, greeting cards, envelopes, and stamps. All scanned mail is performed on a real-time basis and is available to the inmate almost immediately.

InTouch Mail Scanning significantly reduces the workload faced by Facility personnel, because under the typical deployment, all physical mail intended for the Facility is re-routed to a secure off-site mail processing center (located at our company headquarters in Longview, Texas) which was designed specifically for the purpose of receiving, sorting, scanning, and managing large volumes of physical mail destined for correctional facilities. Deployment of the InTouch Mail Scanning system involves instructing friends and families of inmates to send all mail to a particular P.O. Box for delivery to NCIC, rather than to the Jail facility. NCIC helps with this process by providing informational flyers and posters for display throughout the facility, as well as posting the information on the Sheriff's or Jail's website.



Upon arrival at NCIC's secure mail processing center, our highly trained personnel sort mail by Correctional Facility and carefully scan all qualifying mail for electronic delivery to the intended inmate's secure message center using the unique identifier for each inmate (e.g., SO number, Jacket number, Booking number, etc.), accessible by the NCIC Inmate Tablets and Kiosks inside each housing area within the Facility. The front of the envelope is scanned in along with the contents of the envelope (letter, postcard, etc.), so that inmates can see all aspects of their mail (and for investigative benefit). Upon logging into the Inmate Tablet or Kiosk with their own unique PIN and PIN2, inmates will be notified in their "Message Center" if they have any messages awaiting them, including scanned mail. Not to mention, digital delivery is more environmentally friendly than traditional mail delivery.



NCIC's InTouch Mail Scanning application benefits all involved parties - improving the communications experience for inmates and their friends and families, increasing safety within correctional facilities while decreasing the workload for Facility personnel and streamlining facility operations by reducing paper-based processes.







C. Charges / fees

    a. Clearly state all charges and fees associated with mail scanning for both onsite and offsite.

        **NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

        **NCIC's on-site Mail Scanning service is available at absolutely no cost to YCDF – including provision of the special scanning equipment offered by NCIC.**



The <u>off-site</u> version of NCIC's Mail Scanning, where all qualifying mail is re-routed to our processing center, NCIC will likely assess a nominal commission deduction of between 5% - 10%, but this (potential) commission deduction would *only* apply to Video Visit and Messaging revenue (*not* phone revenue), and there would be no ramifications for NCIC's proposed Minimum Monthly Guarantee (MMG). As with all aspects of NCIC's proposed offer, this is completely negotiable.

## 10. Other Media / Devices
A. Digital Pictures / Picture Messages
   a. The proposed system should allow friends and family to send pictures to inmates electronically.
   b. The proposed system must inspect and approve pictures, prior to delivery.
   c. The proposed system must not allow outgoing pictures.
   d. The proposed system must allow pictures to be disabled by users.

NCIC **RESPONSE: HAS READ, AGREE, AND WILL COMPLY WITH ALL ITEMS ABOVE.**

The proposed InTouch Inmate Messaging system can allow friends and family to send pictures to inmates. Facility staff will have the ability to flag any and all picture attachments as quarantined messages in order to inspect and approve those photos, prior to delivery. Picture messages are only allowed to be send one-way and inmates will not be able to send photo attachments back out to Friends and Family.

The proposed Messaging application is completely configurable and customizable based on the preferences of YCDF.

A. Other Services and devices
   a. If the proposed system includes devices other than phones, tablets, and wall mounted kiosks, include a detailed description of the device and what services it provides.

NCIC **RESPONSE: READ, AGREE, AND WILL COMPLY.**

NCIC can provide a video monitoring station consisting of a large, HD TV installed in a central control/visitation monitoring area. The HD TV is hooked up to a computer as an additional computer monitor where staff can leave the Live Monitoring section of the system open indefinitely allowing staff to monitor the video visits at all times.

NCIC can also provide with heavy-duty portable roll-cart phones, should they be required. These phones work just like the proposed wall-mounted phones Including all recording and monitoring functionality.





NCIC can provide the County with cordless, robust phones ideal for medical or segregation areas and work directly with the Communication System. Shown are the preferred Uniden cordless phones, as well as the after-market modifications made to the phones, ensuring that they interface securely with the inmate telephone system.

