

b. If the proposed system includes services other than those already stated, include a detailed description of those services.

**XNCICRESPONSE: READ, AGREE, AND WILL COMPLY.**

**All proposed telephones are ADA-compliant and are hearing-aid compatible. If required, NCIC will provide the County with the required TDD/TTY equipment needed (and maintain that equipment for the course of the Contract). Additionally, NCIC will provide telephones which are accessible to wheelchair-bound users in designated areas of the Facilities.**

**Ultratec 4425**
Built-in 24-character printer
Three selectable print sizes
32 K memory
Memos you can name for easy recall and sending
Keyboard and memory dialing
Call progress (display shows whether line is ringing or busy in direct connect)
Tone-and-pulse dial (including *, # and hook flash)
Auto-answer (direct connect)
Remote message retrieval
Auto ID
Time and date
TTY voice announcer
User-programmable relay voice announcer
20-character vacuum fluorescent display
Rechargeable batteries
Optional ASCII code
Optional large visual display port (includes ASCII)

**In addition to providing TDD/TTY devices as needed by the County, NCIC is able to offer cutting-edge Video Relay Service (VRS) which is quickly becoming the preference for deaf/hearing-impaired inmates. VRS acts as a video visitation service for deaf/hearing-impaired inmates allowing for face-to-face interactions between these inmates and the outside party. NCIC can provide VRS at no cost to the County. Following is a screenshot depicting VRS functionality:**



**Screenshot – VRS Application in Use**





NCIC has partnered with Purple Communications to provide VRS systems to several facilities whose size is comparable to that of YCDF. When a deaf/hard-of-hearing inmate initiates a secure session via the proposed Purple solution, depending on the hearing capabilities of the called party, they will be connected to a remotely based, qualified, independent ASL translator who will help conduct the session. A user-friendly Purple VRS smartphone application, available on both the iOS and Android platforms, is available to ensure maximum accessibility for friends and family of deaf/head-of-hearing inmates.

<u>Court-Alert:</u>
Many issues face our corrections industry today with compliance of inmates and defendants. A prominent issue of the probationary sector is the increasing trend of defendant's failure to appear for court when released on their own recognizance. Tehama County, CA first made us aware of this issue, reporting as many as 80% of their defendants are not showing up for court. NCIC and the Board of Supervisors are considering final approval for our new Court-Alert notification system, which will link with the County's case management system.

NCIC's Court-Alert notification system is intuitive, straight-forward, and easy to use. Once the County personnel enters the defendant's name, cell phone number, email address, court date and time an automated reminder of an up-coming court appearance is immediately sent out via text, voice message and email from our VoIP servers. This messaging service will extend for the life of the court case, in some instances is over a year.

The defendant's failure to appear for court dates creates back logs for the courts and jails. Our goal with Court-Alert notification service is to assist the County by saving time and money, thereby reducing the number of bench warrants and other court costs.

Please see the sample screenshots/notifications of the Court-Alert technology included herein.





*Dial 9- Paperless Inmate Request & Grievance Reporting:*
The proposed system provides an option for paperless requests and reporting, reducing Staff interaction when using the Dial 9 feature in conjunction with the PIN System.

- Inmate dials 9 to report issue/inquiry for court dates/report concern
- Inmate follows prompts to leave information
- Customer Service Representative Receives notification message submitted
- When disposition is cleared, Inmate will be prompted "You have a message"
- Inmate follows instructions to retrieve disposition which makes process paperless
- All submitted issues/concerns are documented and filed for later retrieval, if necessary.

The proposed system can be configured to allow access to specified dialed numbers such as speed dials to specific numbers and designated voicemails for services such as PREA, Crime Tips, grievances, Public Defender, sexual assault/harassment, medical requests, etc. Such calls can be routed to a secure voicemail which is internal to the system, or to approved, designated external numbers. All such numbers will be configured at no cost.

## 11. Inmate Accounts and Customer Service
### A. Inmate Accounts

a. The proposed system may be required, or coordinated with the Commissary provider, to maintain an inmate account for all services offered and take deposits without facility staff involvement.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

NCIC will work closely with Summit Commissary, as in many other facilities, to ensure inmates will have access to their Commissary funds for inmate-funded ("Debit") communications (phone calls, video visits and messaging).

Inmate-funded communications are designed to supplement "friend and family prepaid" ("Prepaid Collect"). By offering both forms of funding, NCIC helps ensure maximum connectivity, and revenue-generation.

b. The proposed system should have an automatic kiosk in the lobby, for the depositing of inmate funds. Said kiosk must accept cash, card, and provide depositor with a printed receipt.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

NCIC is well-positioned to provide the required lobby deposit kiosk.

c. The proposed system must have procedures and policies in place for inmate refunds. Describe, in detail, refund policy and procedures.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

Inmate refunds and debit balances are normally automatically credited back to the commissary or trust account upon release. The commissary provider only needs to send us a release notification and complete remaining balance is moved back into the commissary account. This process seems to be the most efficient and convenient for the facility.

NCIC never retains any unused balance on inmate Debit accounts, upon the release of an inmate.



B. Inmate Customer Service
   a. The proposed system must have a way for inmates and the friends and family of inmates to contact customer support for issues that doesn't require staff involvement.

   **NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

   NCIC's Customer Service department is available via our toll-free number (800-943-2189) for assistance 24/7/365. Through NCIC, Friends and Family members can speak to a multilingual, *live* operator at our call center seven (7) days per week, rather than being forced to navigate awkward, automated IVR systems. Family and friends are provided a toll-free Customer Service phone number as the caller ID on all inmate calls, making it easy for the Called Party to contact NCIC if unable to answer the call and if there are any questions. Our Customer Service Call Center is also located in Longview, TX and calls are never answered by any service located outside the United States. NCIC does not outsource any aspect of our operations, ensuring that it is all based here in the United States.

   b. The proposed system must have a toll free number friends and family can call.

   **NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

   NCIC proudly operates the most customer-friendly Call Center in the inmate telephone industry, recognizing that satisfied friends and family result in more completed calls, higher Gross Revenue, and minimal complaints to the correctional agency. The average hold time for callers to NCIC is less than fifteen (15) seconds.

## 12. Service and Support
A. Service and Maintenance
   a. Vendor must have repair personnel (and or contracted repair personnel) located in Yellowstone County.

   **NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

   NCIC currently has multiple repair personnel available to provide Yellowstone County with exceptional customer service. If awarded, NCIC will employ a repair technician which will be located in Yellowstone County, which will supplement our Texas-based support teams. NCIC has already initiated a relationship with Clay Jensen and the folks at Telnet Systems located in Billings, who have existing experience in servicing YCDF.

   b. Vendor shall provide 24-hour, toll-free service number.

   **NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

   NCIC's Customer Support is completely maintained "in-house," with no aspect of service or support being "farmed out" to subcontractors or moved offshore. Facility staff have a variety of ways to quickly contact NCIC support staff. The toll-free phone number (888-686-3699) will provide immediate, direct access to a LIVE account representative, so any concerns can be quickly addressed. Additionally, Facility staff can send an email directly to our support crew via the following email address: support@ncic.com. All inquiries received will receive immediate notification of receipt, and resolution will follow shortly thereafter.



c. Vendor shall address all major service outages within four (4) hours.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

Please see the example of NCIC's "Service Response Times Matrix" shown on Page 86, which is designed to govern our overall response times the facilities we work with. NCIC is happy to customize this specific to YCDF and include the agreed-upon matrix in our resulting Agreement, if needed.

d. Detail the method of determining service interruptions and service call priorities. List response time for each priority and the level of expertise devoted to each priority.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

NCIC's approach for determining service response times is described in the immediately preceding answer.

The proposed Inmate Call Engine and all on-site equipment is remotely monitored 24x7x365 using our self-diagnosing and reporting Orion Network Performance Monitoring (NPM) system from SolarWinds. The routers contain self-diagnostics software capable of automatically rebooting the units if required. The Orion NPM software provides automated alerts to the Network Operations Center whenever connectivity is lost. Adtran units can be rebooted manually and logged into remotely, configured and updated as required. Whenever the SolarWinds Orion NPM detects an anomaly an alert and a trouble ticket are created in our Network Operations Center (NOC) in Longview.

The Network Operations Center operates 24x7x365 and is available to support all level of support requests. In addition, the Network Operations Center provides systematic monitoring such as on the VoIP gateway devices to proactively detect bandwidth interruptions or outages. For interruptions of more than 5 minutes during phone availability times, a call will be prompted to our bandwidth provider for resolution of the fault. This approach minimizes support issues from being noticed and reported by our clients in the first place.

The Network Operations Center systematically, remotely monitors the system to proactively identify potential disruptions and to minimize any noticeable support issues from occurring. In addition, the NOC can provide remote service and maintenance to address service requests. Over ninety percent of service requests are resolved remotely.

**FEATURES**
- Quickly detects, diagnoses, and resolves network performance issues
- View performance, traffic and configuration details of devises and applications that are on premises, in the cloud, or across hybrid environments
- Respond to multiple condition checks, correlated events, network topology and device dependencies
- Automatically discover and map devices, performance metrics, link utilization and wireless coverage
- Automated capacity forecasting, alerting, and reporting
- Real-time network performance metrics with interactive charts and graphs



- Monitors, alerts, and reports on key device metrics (ex. Temperature, fan speed, power supply)

Please refer to the screen shot below of our Orion Network Performance Monitoring capabilities.

### ORION NETWORK PERFORMANCE MONITORING SAMPLE SCREENSHOTS




All service issues are reported to NCIC via call or e-mail (support@ncic.com). An assessment will be made to determine if the issue is hardware or software related. If it is hardware related, NCIC will dispatch a technician immediately. If it is a software issue, a service ticket will be created and sent to support where it is assigned a ticket number and tracked until the issue is resolved in a timely manner. NCIC personnel are fully engaged and work with our customer to give them updates until the service ticket is resolved. This occurs on a 24x7x365 basis.

Authorized personnel can submit repair requests directly through the proposed system's trouble ticket system, or just as easily by phone or email, if preferred. The Authorized User submitting the trouble ticket is immediately sent an email confirmation. Any updates or changes to the ticket status are emailed to the authorized administrator. These tickets are reviewed hourly by our staff for status. Once a request is received, the assigned technician is notified and responds by first contacting the customer to acknowledge receipt of the request, gather additional information required and begin the process to resolve the issue.



During the Service Request, the Technician provides ticket updates to ensure timely communication is shared with the County. Upon resolution, the Technician conducts on-site testing, notifies the on-site customer contact, and provides ticket documentation for trouble resolution and closure. See the Priority Levels Response Response/Repair Times that follows, which NCIC will be glad to include in our Agreement.

Additionally, NCIC proposes a regular Preventative Maintenance ("PM") visit (based on approval/schedule of the Facility) which is geared towards ensuring that all inmate phones and related equipment are functional and operating at full capacity. Every inmate telephone station will be checked during the scheduled PM. After each Facility visit, the service technician will submit (both to Facility staff and NCIC headquarters) a detailed Repair Log, showing all work completed, any pending work to be completed, etc. Please reference the Sample PM Repair Form below.

### Sample Preventative Maintenance Phone Repair Form

| XYZ JAIL EQUIPMENT REPAIR FORM | | | | | | | |
|---|---|---|---|---|---|---|---|
| Date Reported | Device Type | Device Location / Name | Problem Reported | Work Performed | Date Fixed | Reported By | Ticket # |
| Wednesday, May 1, 2019 | Phone | Unit B - Phone 17 | Static on phone calls | Replaced handset and tested the phone | Thursday, May 2, 2019 | Jailer Carl Mendez | 658794 |
| Wednesday, May 1, 2019 | Phone | Unit D - Phone 25 | Cannot process calls | Replaced entire phone unit and tested the phone | Thursday, May 2, 2019 | Jailer Carl Mendez | 658794 |
| Wednesday, May 1, 2019 | Kiosk | Lobby Area | Reciever isn't accepting cash | Replaced reciever | Thursday, May 2, 2019 | Jailer Carl Mendez | 658794 |
| Wednesday, May 1, 2019 | Video Unit | Visitation Area - Unit A | Faulty Camera | Replaced camera and tested a session | Thursday, May 2, 2019 | Jailer Carl Mendez | 658794 |
| Wednesday, May 1, 2019 | Video Unit | Visitation Area - Unit F | Loose Handset | Tightened and secured internal screws | Thursday, May 2, 2019 | Jailer Carl Mendez | 658794 |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

The primary technician is accountable for becoming quickly familiar with the facility's infrastructure, layout, daily contacts, and general protocol for entry and work in the facility (e.g., procedures for bringing in tools, getting gate passes, coordinating escort coverage). Our approach enables our field force to be nimble in moving through our customers' clearance protocols so that problems are addressed promptly. Technicians work with designated facility personnel to keep the systems running at maximum efficiency, meet the telephone needs of the inmate population and eliminate operational problems and/or security hazards as quickly as possible after they are identified. In summary, technicians are available 24x7x365 and work in a close team environment so they back-up each other on after-hour coverage. NCIC responds promptly to all service outages and maintenance requirements.



| Service Priority Levels | | | |
|---|---|---|---|
| **Service Level** | **Description** | **Response Time** | **Resolution Time** |
| High | Report of 50% or greater of equipment is not operational. Any occasion when NCIC's admin portal cannot be accessed by the County. | 1 hour | 4 hours |
| Medium | Report of 25% or greater of equipment is not operational. Any occasion when recording or live monitoring utilities are non-operational or malfunctioning. | 2 hours | 10 hours |
| Low | <25% of equipment is not operational. Static or other noise heard while conducting a telephone call. Administrative function not working in NCIC's admin portal. | 4 hours | 24 hours |

e. Provide a contact person who will be responsible for ongoing account management and support.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

**NCIC will assign Mr. Craig Storer and Mr. Alex Pope as the main points of contact for Yellowstone County during the entire Contract term. Craig and Alex will oversee final Contract documentation and ongoing Contract management, act as primary liaison with the appropriate County and Facility personnel, manage the implementation of all services, ongoing maintenance and oversight and management of the day-to-day operations to include direction of NCIC's overall team.**

**Contact: Mr. Craig Storer, Director of Marketing**
**Email: craig.storer@ncic.com**
**Office: 903-757-4455**
**Cell: 318-286-8134**

**Contact: Mr. Alex Pope, Senior Platform Specialist**
**Email: alex.pope@ncic.com**
**Office: 903-757-4455**
**Cell: 903-240-0301**

B. Training

a. Vendor shall provide initial onsite training to the County staff in system administration, operation, and reporting. Training thereafter can be remote or, if requested by the County, onsite.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

b. Describe the training program, include a description of topics covered and any applicable documents

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**



NCIC provides free, comprehensive training to all customers and will provide free recurring training as needed and/or requested by YCDF. Facility Administrators, along with any County staff who will have access to the equipment and the system interface are thoroughly instructed on how to use the proposed platforms. Staff will receive hands-on training to ensure they are properly acquainted with the new systems. Training can be provided over multiple days and shifts to ensure all Facility staff has a chance to participate, if needed. All staff will be provided with a detailed syllabus, as well as a training manual. In addition, the proposed communications platforms offer sections where users can reference instructional documents and videos that show said user how to use the systems.

NCIC will provide on-site training based on staffs' areas of expertise, including, but not limited to:
- System administration, operation, and reporting
- Investigative features for investigative staff

Initial on-site training is provided during the implementation and is included as part of the overall project plan. NCIC will work with the County's Project Manager to identify who is to be trained along with the type of training the staff is to receive (e.g., Administrator, Operation, Reporting, Investigative).

A hands-on demonstration and training are provided to all necessary individuals to ensure they are properly acquainted and familiar with the new system. Training will be provided over multiple days and shifts to ensure:
- All staff can attend;
- Trainings are provided for the staff's area of focus (e.g., administration, investigation);
- Smaller class sizes; and
- To accommodate the staffs' schedules.

On-demand, ongoing training will be available via Phone/Zoom, or on-site if preferred by the County. Phone/Zoom training can be done same day in the case of emergency, and all ongoing refresher training is provided at no cost to YCDF. Please see the sample training agendas on the following pages.







NCIC Training Agenda

- **Inmate Call Engine**
  - Live Monitoring
    - Monitoring & Terminating Calls
    - Searching Specific Calls
    - Adjusting Columns
  - Call History
    - Using "Canned" Searches / Selecting Search Criteria
    - Call Duration and Call Charges
    - Exporting and Revenue Tracking
  - Briefcase
    - Selecting and Saving Calls to Briefcase
    - Sharing and Downloading Calls
  - Destinations
    - Adding Destination Numbers
    - Searching Specific Destination Numbers
    - Managing Destination Number Configurations
    - Viewing Pre-Paid Account Information
    - Managing Restrictions & Allowed/Denied Numbers
  - Inmate Accounts
    - Searching Specific Inmates
    - Managing Inmate PINs
    - Managing Inmate Restrictions
    - Inmate Greeting (Name Recording)
    - Inmate Messaging
    - Inmate Transactions
  - Users
    - Adding a User
    - Setting and Editing User Permissions
    - Updating User Password
    - Viewing User Activity
  - Investigative Alerts
    - Setting Alert Triggers
    - Receiving Alert Notifications (Call / Text / Email)

Page 1

NCIC Training Agenda

- **Video Visitation System**
  - Monitoring Video Visitation Sessions
    - Logging in / accessing the system
    - Searching / reviewing historical video visitation sessions
    - Monitoring live video visitation sessions
    - Adding notes to recorded video visitation sessions
    - Interrupting / terminating live video visitation sessions
  - Scheduling Video Visitation Sessions
    - Managing scheduling of on-site sessions
    - Scheduling "Special Visits"
    - Managing scheduling of off-site sessions
  - Managing Authorized Users
    - Adding / removing authorized users
    - Editing user permissions
    - Granting access to external agencies
  - Inmate Ticketing
    - Reviewing / responding to inmate tickets
    - Configuring recipients / escalations of inmate tickets

**Additionally, as mentioned above, Authorized Users are able to access a large range of brief "How To" videos, covering various common functions of the proposed systems. Please see example screenshots that follow:**









C. Installation

    a. The Vendor will provide inmate phone sets, an automated inmate call control system, visitation recording sets, remote system access and all other ancillary services requested in the system and insure they are working properly. This installation is to be completed within sixty (60) days after contract award.

        **NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**



NCIC is proposing an all-encompassing Inmate Telephone System (ITS) and Inmate Kiosk/Tablet System, including all related software, hardware and network components, customer and facility support, and ongoing maintenance. The proposed systems are highly configurable and customizable based on the specific requirements of YCDF. NCIC is fully responsible for all costs associated with the complete installation and ongoing maintenance of the proposed systems. All items listed above shall be provided to Yellowstone County at no cost. NCIC will assume all costs associated with the proposed systems, including initial installation and ongoing service and support.

NCIC's standard process for cutting over our systems from the previous provider involves little to no downtime in communications services for the inmate population. For phones, our experienced Field Technicians carefully plan the cutover such that the new NCIC Inmate Telephone hardware is installed over the previous provider's network for a short period. After the hardware installation has been successfully completed, NCIC's network equipment is activated to bring the NCIC system online through the new hardware. If needed, the actual cutover can be completed outside of normal inmate telephone availability (e.g., early morning or late evening), to ensure there is zero disturbance to the inmate population.

For cutover of kiosks and tablets, NCIC will work with YCDF to accommodate the approach that is most convenient for the facility. The recommended approach is to cut over kiosks one housing area at a time. Field Technicians would remove the old kiosk, place a new one where it is agreed to be, power it, test it, and move on to the next kiosk once this has been completed. Each housing area will be live before the Field Technicians move on to the next area to ensure minimal downtime of services on the kiosks.

The tablet network infrastructure will be installed when electrical wiring is being run for the phones and kiosks, before go-live. When the time comes for go live of the tablets, they will already have been charged and will connect to the dedicated wireless network automatically. Usage of the tablets can begin immediately after they are powered on.

Should NCIC be awarded, a thorough Site Visit is recommended to ensure equipment counts/positioning and all other considerations are fully understood in order to meet and exceed Yellowstone County's expectations.

b.  Vendor shall submit a complete and detailed schedule of the time frame required for installation including utility coordination, internet service provider installation, training, cut-over and testing. The service must be installed in a manner and under a timeframe designed to minimize disruption of normal function of the County.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

Please refer to NCIC's proposed Implementation Plans, beginning on Page 92 of this response. NCIC is open to adjusting the proposed Implementation Plan based on the specific needs of YCDF.



c. Any delay in the implementation of the Vendor's schedule that is caused by the County will increase the Vendor's time allowance to complete installation, but the Vendor must submit a complete and detailed schedule of additional time required.

**NCIC RESPONSE:** HAS READ, AGREE, AND WILL COMPLY WITH ALL ITEMS ABOVE.

**NCIC has provided a draft implementation plan which follows a "phased" approach incorporating quality assurance measures to ensure a seamless transition, minimizing the risk of disruption of phone service, and ensuring completion of the project by the desired completion date. The project plan will be modified per agreed upon contract terms and will follow the project plan and template.**

d. The risk of loss and/or damage will be assumed by the Vendor during shipment/travel, unloading and installation.

**NCIC RESPONSE:** READ, AGREE, AND WILL COMPLY.

**At no time will NCIC hold Yellowstone County responsible for any loss or damage of equipment during shipment, unloading or installation.**



NCIC Inmate Communications intends to provide Yellowstone County with a comprehensive, turn-key Inmate Communications System which meets or exceeds the requirements of the County and Sheriff's Office, offering the perfect blend of functionality and profitability. NCIC's recommended approach and work plan are shown below and transitioning correctional agencies from one inmate communications provider to another does not need to be a difficult process as long as the incoming vendor carefully plans to address the many moving pieces associated with the transition. While shown as the recommended approach, NCIC is aware of the need to provide flexibility and welcomes suggestions and/or options that are best suited for Yellowstone County Sheriff's Office, Staff and Personnel. Following is a high-level overview of NCIC's intended approach for a seamless transition of services at Yellowstone County.

### Pre-Installation Preparations

NCIC will deploy resources to meet with the appropriate County and Facility personnel to confirm requirements and establish the most efficient channels of communication. Equipment ordering will be completed (after confirming counts of all required hardware), a thorough Site Survey will be conducted prior to any work commencing. Communication will be initiated with all involved stakeholders, including the outgoing provider (for access to critical Yellowstone County system data such as blocked / Do Not Record numbers, etc.), as well as third-party providers for which an Interface may be required (e.g., JMS / Commissary providers).

### Installation and Cutover Activities

NCIC's experienced Field Technicians employ a carefully developed methodology for switching services from an outgoing provider, to NCIC. Often referred to as a 'side by side' approach, technicians will 'Pre-wire' the new platform laterally to the existing platform so that the systems run concurrently (very briefly), which provides a flawless cutover. Once all newly installed inmate phone / kiosk hardware has been properly tested, NCIC's network equipment will be activated, bringing the NCIC system online. Labeling of all equipment is conducted by NCIC's on-site technicians (working collaboratively with NCIC's Network Operations Center) so that all equipment can be properly identified by Facility personnel within the web-based platform. Working directly with NCIC personnel at our Longview, TX headquarters also allows for confirming the accuracy of call branding / automated greetings, calling rates and other required features (e.g., blocked call files, 'Do Not Record' numbers, Commissary / PREA / Crime Tip Speed Dials, etc.). NCIC's technicians will carefully handle all removed / outgoing equipment, which is typically stored neatly somewhere on-site, awaiting retrieval by the outgoing provider. If needed, NCIC will facilitate removal of the outgoing equipment.

NCIC recommends conducting comprehensive on-site training (or virtual, if preferred) that runs in parallel with the transition activities. Complete training will be provided (over as many sessions as needed) covering all installed systems and accommodating different shifts, as required.

### Post Cutover / Project Closeout

Prior to NCIC's technicians leaving the project site, a thorough Acceptance Testing process is conducted, typically involving a facility walk-through with Yellowstone County personnel, additional testing of equipment (test calls / visits), providing any applicable project or system-related documentation and finally, transitioning to the 'Ongoing Management' stage.



# INSTALLATION / IMPLEMENTATION PLAN
## Inmate Telephone, Video Visitation, and Tablets

| Project Phase | Timeline | Description |
|---|---|---|
| Pre-Installation Phase (Phones) | Week 1 (Days 1-7) | **During Pre-Installation Inmate Telephone Phase, NCIC's Project Team will:**<br><br>• Meet with Customer to confirm the overall project scope, project schedule and acceptance criteria;<br>• Order equipment including but not limited to circuits, network equipment, system software, inmate phones and related equipment such as TTY/VRS devices;<br>• Confirm project team members and define roles and responsibilities;<br>• Identify team members requiring onsite access – complete background / security clearance forms and any other Customer requirements to obtain facility access; and<br>• Conduct site survey at each location identifying existing equipment locations, confirming installation requirements including number of inmate phones, infrastructure requirements, demarcation points, equipment room(s), cut-off switches. (Each facility location where equipment will be installed will be a task on the project plan.)<br>• Request exports of critical lists from the outgoing / incumbent Inmate Phone Provider (such as attorney numbers, blocked numbers, free calls) and have such lists 'scrubbed' by NCIC personnel to ensure they are suitable for importing into the NCIC system.<br>• Initiate the business relationship and dialogue with critical third-parties such as the Facility's JMS and / or Commissary providers, in order to implement the critical interfaces. |
| Pre-Installation Phase (Video Visitation) | Week 2 (Days 8 – 14) | **During Pre-Installation Video Visitation Phase, NCIC's Project Team will:**<br><br>• Meet with Customer to confirm the overall project scope, project schedule and acceptance criteria, conduct a supplemental Site Survey;<br>• Order equipment including but not limited to circuits, network equipment, system software, video visitation kiosks and related equipment;<br>• Confirm project team members and define roles and responsibilities;<br>• Identify team members requiring onsite access – complete background / security clearance forms and any other Customer requirements to obtain facility access; and<br>• Conduct site survey at each location identifying existing equipment locations, confirming installation requirements including number of video visitation kiosks (inmate-side and public-side), infrastructure requirements, equipment room(s), cut-off switches. (Each facility location where equipment will be installed will be a task on the project plan.)<br>• Confirm scheduling requirements for video visitation for all User Groups.<br>• Confirm the required functionality of the multi-functional video visitation kiosks, covering the following possible services:<br>o On-site video visitation<br>o Off-site ('remote') video visitation<br>o Grievances<br>o Medical Requests<br>o Inmate Ticketing<br>o Jail Handbook<br>o Inmate Messaging<br>o PREA Notifications<br>o Suicide Notifications<br>o Commissary Ordering<br>o Links to other 3rd Party Services<br>Initiate the business relationship and dialogue with critical third parties such as the Facility's JMS and / or Commissary providers, in order to implement the critical interfaces. |
| Pre-Installation Phase (Tablets) | Week 3 (Days 15 – 21) | **During the Pre-Installation Tablet Phase, NCIC's Project Team will:**<br><br>• Meet with Customer to confirm the overall project scope, project schedule and acceptance criteria, conduct a supplemental Site Survey;<br>• Order equipment including but not limited to wireless access points, network equipment, system software, inmate tablets, and charging stations;<br>• Confirm project team members and define roles and responsibilities;<br>• Identify team members requiring onsite access – complete background / security clearance forms and any other Customer requirements to obtain facility access; and<br>• Conduct site survey at each location identifying existing equipment locations, confirming installation requirements including number of inmate tablets, charging stations, infrastructure requirements, equipment room(s), charging stations. (Each facility location where equipment will be installed will be a task on the project plan.)<br>• Initiate the business relationship and dialogue with critical third-parties such as the Facility's JMS and / or Commissary providers, in order to implement the critical interfaces.<br>• Conduct Pre-Installation Configuration;<br>• Confirm Requirements and Features with Customer;<br>Conduct Initial Software Demo Training. |



| Project Phase | Timeline | Description |
|---|---|---|
| Installation, Cut-Over & Acceptance (Phones) | Week 4 (Days 22 - 28 ) | **During Installation & Cut-Over Inmate Telephone Phase, NCIC's Project Team will:**<br><br>•Account setup and configuration completed including setup and configuration of the inmate phones to test for required features and functionality;<br>•'Pre-wire' the new platform laterally to the existing platform so that the systems run concurrently (very briefly), which provides a flawless cutover. The new platform running in parallel with the existing platform;<br>oReduces risks and major problems from occurring post-cutover;<br>oLeads to a seamless post-cutover testing; and<br>oProvides a mitigation step to ensure target completion date is met<br>•Inspect and test all installed inmate telephones. Phones are tested from the phone room before rolling the system out to the general inmate population at each facility;<br>oThis approach ensures that the system is working correctly, avoiding downtime once the inmate phones are cut over to the new platform.<br>•All connectivity to the Local Exchange carrier / bandwidth provider is verified before any changes are made to what is currently being used;<br>oWith the use of state-of-the-art equipment, NCIC's Network Operations Center ('NOC') remotely tests the NCIC network before the installation technicians convert over to the new platform.<br>oRemote testing ensures all phones and equipment are operating to specifications.<br>•Phone labeling and testing (including a test call back to the NOC for each individual phone) is conducted prior to switching of the physical phones;<br>•New inmate telephones are installed in the housing areas (and all required locations) and the old phones are boxed up and neatly stored in a designated area of the facility awaiting the outgoing provider's retrieval. If preferred, NCIC will remove the outgoing / old equipment at our sole expense.<br><br>**Cut-over & Customer Acceptance Phase (Inmate Telephones), which includes:**<br><br>•Flash cutover to the NCIC Inmate Telephone System, which is coordinated with facility personnel (and executed at the facility's preferred time of day) to ensure minimal downtime;<br>•Testing of each inmate telephone – once the new phones have been converted to the new system, the installation technicians will walk all locations and test each phone to ensure all equipment is working at optimal levels;<br>oIf any issues are identified (e.g., no dial tone, no key tone) they are resolved during this phase.<br>•Testing of branding / automated greetings, calling rates, and other required features (e.g., blocked call files, 'Do Not Record' numbers, Commissary / PREA / Crime Tip Speed Dials, etc.); Comprehensive, on-site training which is scheduled in advance and ensures coverage of all required facility personnel and different shifts, if applicable.<br>•Joint facility Walk-Thru, System Acceptance Testing, Final Documentation |



| Installation, Cut-Over & Acceptance (Video Visitation) | Week 5 (Days 29 - 35) | **During Installation & Cut-Over <u>Video Visitation</u> Phase, NCIC's Project Team** will:<br><br>•Configure and test network;<br>•Account setup and configuration completed including setup and configuration of the inmate phones to test for required features and functionality;<br>•Inspect and test all video visitation kiosks. Enable all required features in accordance with Customer requirements and contract.<br>•Confirm visitation rules and User Access requirements with Customer, test configuration and User Access.<br>•Request required data from the incumbent system (where applicable). Review, 'scrub' and migrate from current system.<br>•Develop and test the required interfaces with 3rd Party providers such as JMS and Commissary.<br>•QA testing on delivered equipment.<br><br>•Test all installed Network Circuits;<br>•Equipment setup and powered;<br>•Installation of inmate-side and public-side video visitation kiosks including installing any new cabling, QA testing;<br>•Installation and setup of Computer Workstations and Administrative Software in designated areas;<br>•Confirm that inmate information and other critical elements of the integrations are accurate and working;<br>•ID all kiosk ports and create equipment inventory listing.<br>•User Acceptance testing<br>•Comprehensive, on-site training which is scheduled in advance and ensures coverage of all required facility personnel and different shifts, if applicable.<br><br>**Cut-over phase & Customer Acceptance Phase <u>(Video Visitation)</u>, which includes:**<br><br>•Monitoring initial video visitation sessions for any issues, ensuring quality connectivity and accuracy of scheduling software;<br>•Miscellaneous support activities (e.g. ensuring NCIC video visitation information is on the County / Sheriff's web pages, providing informative posters / flyers / brochures for Friends and Families of inmates, providing NCIC Escalation List etc.);<br>•Post-Installation report;<br>•Final project documentation is completed; Project Plan is updated and closed out;<br>•Joint facility Walk-Thru, System Acceptance Testing, Final Documentation |



| Installation, Cut-Over & Acceptance (Tablets) | Week 6 (Days 36 - 42) | **During Installation & Cut-Over <u>Tablet</u> Phase, NCIC's Project Team will:**<br><br>• Configure and test network;<br>• Account setup and configuration completed including setup and configuration of the inmate tablets to test for required features and functionality;<br>• Inspect and test all inmate tablets. Enable all required features in accordance with Customer requirements and contract.<br>• Confirm User Access requirements and User Roles with Customer, test configuration and User Access.<br>• Develop and test the required interfaces with 3rd Party providers such as JMS and Commissary.<br>• QA testing on delivered equipment.<br>• Implement System Configurations;<br>• Initiate Facility Training;<br>• Test all installed Network Circuits;<br>• Equipment setup and powered;<br>• Installation of charging stations and wireless content servers including installing any new cabling, QA testing;<br>• Installation and setup of Computer Workstations and Administrative Software in designated areas;<br>• Confirm that inmate information and other critical elements of the integrations are accurate and working;<br>• ID all Inmate Tablets and create equipment inventory listing.<br>• Additional On-site Software Training<br><br>**Cut-over phase & Customer Acceptance Phase (Tablets), which includes:**<br><br>• Monitoring initial Education and Entertainment Content interaction for any issues, ensuring quality connectivity and charging consistency;<br>• Miscellaneous support activities (e.g. ensuring NCIC Inmate Tablet information is on the County / Sheriff's web pages, providing informative posters / flyers / brochures for Staff and Inmates, providing NCIC Escalation List etc.);<br>• Post-Installation report;<br>• Joint facility Walk-Thru, System Acceptance Testing, Final Documentation |
|---|---|---|



### 13. Charges, Fees, and Commissions

The vendor shall disclose, in detail, all possible fees charged to inmates and the public, for all services:

a. Phone calls
b. Video visits
c. Text-based messages
d. Money deposits
e. Any other service provided not specifically listed.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

**Provided below is a chart outlining rates and revenue-share for all services, to supplement the inmate phone rates and revenue-share tables on the following page.**

| INMATE TELEPHONE CALLS | |
| --- | --- |
| **ALL CALLS WITHIN THE UNITED STATES:** | $0.16/Minute (no connection fees) |
| **INMATE TELEPHONE SERVICE – COMMISSION:** | **72% of True Gross Call Revenue** |

| VIDEO VISITATION and SECURE MESSAGING | |
| --- | --- |
| **CHARGE/FEE NAME** | **AMOUNT** |
| **REMOTE (OFF-SITE) VIDEO VISITATION – PER MINUTE RATE:** | $0.25 |
| **ON-SITE VIDEO VISITATION – PER MINUTE RATE:** | $0.00 |
| **SECURE MESSAGING – RATES:** | Text Messages - $0.20 Picture Attachments - $0.25 Video Messages (30 Seconds) - $0.25 GIFs - $0.05 |
| **REMOTE VIDEO VISITATION and SECURE MESSAGING – COMMISSION:** | **25% of Gross Visit / Messaging Revenue** |
| **MINIMUM MONTHLY GUARANTEE (MMG):** | **$65.00 per Inmate** |

#### NCIC's Minimum Monthly Guarantee Explained

To assist Yellowstone County in navigating the "percentage games," which are prevalent in our industry, NCIC will also provide a Minimum Monthly Guarantee ("MMG") of **$65.00/Inmate.**

On a monthly basis, the greater of the two amounts (the contractual percentages or the MMG of **$65.00/Inmate**) will be the applicable commission payment (whichever is greater).

For perspective, the incumbent provider has been returning an Average Monthly Commission per Inmate of only **$15.71** (including all services).

| CORRECTIONAL COMMUNICATION SYSTEM – ACCOUNT FUNDING FEES | |
| --- | --- |
| **CHARGE/FEE NAME** | **AMOUNT** |
| **LIVE OPERATOR TRANSACTION FEE:** | $5.95 |
| **AUTOMATED OPERATOR TRANSACTION FEE:** | $3.00 |
| **WEB TRANSACTION FEE:** | $3.00 |



## Commission Offer

Please identify all call types that the county will receive a commission on, along with the proposed calling rates, in the following format:

**Proposed Call Type: Prepaid- Pin Debit**

| | First Minute (connect + per minute charge | Subsequent Minutes |
|---|---|---|
| **Local** | $0.16 | $0.16 |
| **Intra LATA** | $0.16 | $0.16 |
| **Inter LATA** | $0.16 | $0.16 |
| **Interstate** | $0.16 | $0.16 |
| **Mexico & Canada** | $0.25 | $0.25 |
| **Other International** | $0.35 | $0.35 |

Commission percentage to Owner **72%**
NCIC is also proposing a Minimum Monthly Guarantee (MMG) of $65.00 per Inmate.

**Proposed Call Type: Prepaid- Collect Calling**

| | First Minute (connect + per minute charge | Subsequent Minutes |
|---|---|---|
| **Local** | $0.16 | $0.16 |
| **Intra LATA** | $0.16 | $0.16 |
| **Inter LATA** | $0.16 | $0.16 |
| **Interstate** | $0.16 | $0.16 |
| **Mexico & Canada** | $0.25 | $0.25 |
| **Other International** | $0.35 | $0.35 |
| **Inbound Voicemail** | $1.50 (for up to three minutes) | |

Commission percentage to Owner **72%**
NCIC is also proposing a Minimum Monthly Guarantee (MMG) of $65.00 per Inmate.
NCIC is also proposing a one-time, up-front Technology Grant of $50,000.00.

| | |
|---|---|
| **NCIC Inmate Communications** | **William L. Pope, President** |
| COMPANY | AUTHORIZED REPRESENTATIVE |
| **607 East Whaley Street** | **Longview, TX 75601** |
| MAILING ADDRESS | CITY, STATE & ZIP CODE |
| 903.757.4455 | **August 2, 2022** |
| TELEPHONE NUMBER | DATE |



**14. Selection Criteria**

Criteria for Evaluation:  The criteria used in selecting a vendor will be as follows:

The vendor will be selected on the basis of the vendors written proposal and any requested presentation. The Selection Committee will review all proposals and make their recommendations for selection.  The primary criteria used in making a selection will be as follows:

A. The vendor's demonstrated experience and expertise in correctional facilities.  Experience shall include current service in correctional facilities of similar size and volume, as well as experience of staff, district manager and transition team.

B. The financial return to the Owner.

C. Past history and references.  Vendors shall include a listing of references with their proposal, indicating facility locations, name, and telephone number of a facility contact person.  This list should contain at least five (5) current references, preferably of a size comparable to Yellowstone County.

D. Vendors  management  information  system  and  programs.

A County Selection Committee will review all submitted proposals.  Vendors who are deemed fully qualified and best suited among those submitting proposals may be requested to participate in discussions regarding their proposals.  Discussion will cover cost, methods and all other relevant factors.  The Owner retains the right to allow minor variations, as determined by the Owner, on any of the required items or information received.

At the conclusion of discussion, the vendors will be ranked on the basis of selection criteria and final negotiations will be conducted with the vendor ranked first.  If a satisfactory agreement can be reached, the contract shall be awarded to the vendor, otherwise negotiations will be conducted with each subsequent vendor until a satisfactory contract can be established or until the Selection Committee determines the rejection of all proposals is in the best interest of Yellowstone County.

✖️NCIC **RESPONSE:** HAS READ, AGREE, AND WILL COMPLY WITH ALL ITEMS ABOVE.

**15. METHOD OF AWARD**

The award will be made to the vendor whose proposal is determined to be the most professionally and technically complete taking into account the selection criteria.  The selection process may, however, include a request for additional information or an oral presentation to support the  written proposal.  The price structure will be considered firm and cannot be altered after the due date of the proposals.

Yellowstone County reserves the right to award this contract not necessarily to the vendor with the highest commission, but to the vendor that demonstrates the best ability to fulfill the requirements of the RFP.  The successful vendor will be chosen based on the qualifications and selection criteria discussed in this RFP.

The successful vendor shall commence work only after the transmittal of a fully executed contract and after receiving written notification to proceed from Yellowstone County.  The successful vendor will perform all services indicated in the proposal in compliance with the negotiated contract.

Yellowstone County reserves the right to reject any or all proposals received, in whole or in part.
Yellowstone County will not pay for any information herein requested, nor is it liable for any costs incurred in the preparation of the proposals.

Vendors whose proposals do not meet the mandatory requirements will be considered non- compliant.  After the evaluation of the proposals and selection of the successful vendor, all vendors will be notified in writing of the selected firm.

✖️NCIC **RESPONSE:** HAS READ, AGREE, AND WILL COMPLY WITH ALL ITEMS ABOVE.



16. **PROPOSAL PACKAGE**
Vendors must submit a response in the form of a proposal that includes the following sections:
a.   Transmittal Letter:
The letter is to be brief and addressed to the Yellowstone County Commissioners and provide the following information:
1.   Name and address of the vendor.
2.   Name, title and telephone number of the contact person.
3.   A statement that the proposal is in response to this RFP.
4.   The signature, typed name and title of the individual who is authorized to commit the vendor to the proposal.

b.   Technical Proposal
This portion of the proposal must address each item listed below:
1.   Introduction
   a.   Company Profile
      (1) Date organized to provide commissary management in institutional and correctional facilities.
      (2) Corporate background and depth of support.
         a.   Number of employees.
         b.   Number of years doing business.
      (3) Describe current contacts or business with other correctional ~~commissary~~ communication service facilities
         a.   Client.
         b.   Date of original contract.
         c.   Type/size of facility.
   b.   Company achievements in providing Inmate communication services
   c.   Corporate office organizational structure.
   d.   References, with addresses and phone numbers.
      **NCIC RESPONSE: HAS READ, AGREE, AND WILL COMPLY WITH ALL ITEMS ABOVE.**

17. **OTHER REQUIREMENTS**
1.   Site Visits. It is highly advised that all prospective vendors visit and examine the facility as a pre-condition to their proposal.
2.   Staff recommendations. All employees of the contracting firm who will work in the jail must be cleared by the Sheriffs Office. All employees must comply with the Owner's written policy and procedures relating to the facility security.
3.   The vendor shall submit a resume of the District Manager as a part of its proposal.
      **NCIC RESPONSE: HAS READ, AGREE, AND WILL COMPLY WITH ALL ITEMS ABOVE.**

18. **CONTRACT REVIEW**
Owner and the communications service provider shall, within thirty (30) days of execution of an agreement, set dates for quarterly review meetings between the Owner and the communications service for evaluation and amendment, if necessary, of the agreement.

Owner and the communication services provider shall, within thirty (30) days of execution of the agreement, formulate a monthly report form that will establish the basis for the quarterly review sessions.
   **NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**



# ATTACHMENT A

In further description of this proposal, we desire to submit sheets marked as follows:

_____

Proposing under the name of:, **NCIC Inmate Communications** _____

   | ☒ Corporation, incorporated under the laws of the State of: **Texas**

   | ☐ Partnership, consisting of (list partners):

_____

   (_____) Individual

| | |
|---|---|
| **NCIC Inmate Communications** | **William L. Pope, President** |
| COMPANY | AUTHORIZED REPRESENTATIVE |
| **607 East Whaley Street** | **Longview, TX 75601** |
| MAILING ADDRESS | CITY/STATE |
| **903.757.4455** | **August 2, 2022** |
| TELEPHONE | DATE |

I acknowledge receiving the following addenda.

#1 ___08/02/2022___   #2 _____   #3 _____
  Initials    Date        Initials    Date        Initials    Date

End of Request for Proposals



# Addendum 1

| Create New Agenda Item | | | |
|---|---|---|---|
| This agenda has been published and no additional changes are allowed. | | | |
| | Print   Word   PDF | **Agenda Item:** 10417 | Search   Status   History |
| *Meeting Date: 07/26/2022 | | Meeting Type: B.O.C.C. REGULAR | |
| **Cut Off Date: 07/21/2022  05:00 PM** | | | |
| Submitted For: | | Submitted By: James Matteson, Purchasing Agent | |
| Department: Finance ∨ | | Division: None ∨ | |
| *Title: Sheriff's Office Detention Facility - Inmate Communication & Technology System- ADDENDUM #1 Pro | | | |
| *Agenda Category: Consent ∨ | | *Agenda Sub-category: Finance ∨ | |
| Return | | | |
| **Agenda Item Contains: Attachment Information** | | | |

| Information | Attachments | Fiscal Impact | View Review Cmnts. | Routing |
|---|---|---|---|---|

## Information

Click on the LABEL or the TEXT to get to the Editor Box to edit the contents.
Show   Click on the SHOW button to VIEW the full contents.

*TOPIC: (text will appear on the agenda)
Sheriff's Office Detention Facility - Inmate Communication & Technology System- ADDENDUM #1 Proposal Due Date Extension

*BACKGROUND:
A Request for Proposals was released on April 26th, 2022 for Sheriff's Offie Detention Facility Inmate Communication and Technology System.  Original RFP states the Proposal Due Date as August 1st, 2022, with Open & Acknowledgement on August 2nd 2022. Addendum #1:  Extends the RFP Submittal acceptance date to 5:00 p.m. Monday August 8th, 2022  Extends RFP Open & Acknowledgement to 9:30 a.m. Tuesday August 9th, 2022.

*RECOMMENDED ACTION:
Approve the Addendum and return a copy to Finance

*Agenda Item Template: Agenda Item*



# YCDF RFP INMATE COMMUNICATIONS
## QUESTIONS & ANSWERS

I

Will the county please share the inmate classifications/percentage of inmate makeup by type? Is the average daily population driven by inmates coming in from outside agencies and/or counties?

> The inmates' classifications can change daily due to their behaviors and issues, so this does not affect the daily average population of the facility.

> As for the housing for other agencies, we average around 40 inmates for the Federal government and depending on the State of Montana able to move their inmates, this can affect the daily average population. Due to numerous factors, 530 is the daily average for the past 6 months. Most of the people in the Yellowstone County Detention Facility are waiting for trial.

The Evaluation Criteria includes a criterion that states "Financial Return to the Owner". Will the county please provide additional detail regarding this requirement? Does this refer to Company ownership and the revenue/profit returned to company owners/board of directors or does this criterion refer to the revenue share (commission) that will be offered to Yellowstone County in each vendor's revenue share proposal?

> "Owner" refers to Yellowstone County, therefore "Financial Return to Owner" is the communications commission offered to Yellowstone County

The RFP response calls for "6 copies mailed (1 original and 5 copies)" but also states the following: "Vendor shall submit sample call recordings (minimum of three calls) that demonstrate sound quality of their system." (p. 10 section G)
"Vendor shall submit sample video visit recordings (minimum of three calls) that demonstrate sound and video quality of their system." (p. 12 section G)

> Our simplest solution would be to send these samples in a USB.

How would the facility prefer to have these sample recordings?

> Two (2) copies of each Sample recording utilizing USB's is preferable. Please attach to the Original RFP submittal. Not required for copies.

Please provide 6 or more months of call data/commission revenue reports for the current inmate phone system:

> See attached pdf



Please provide the current call rates at the facility (in-state, Interstate, International)

> See attached pdf

Is Yellowstone County open to using the chosen vendor's trust fund services?

> Yellowstone County's current provider manages all inmate deposits into the facility. It provides two kiosks (that accept both card and cash deposits), one in Booking for facility staff to deposit incoming inmate funds directly into inmate's Trust Account, and one kiosk in the facility lobby for the public to deposit funds in either the Trust or Provider phone/tablet account.
>
> The County is interested in a similar arraignment, preferably one that deposits directly into the Trust account, and allows inmates to personally transfer money to their phone/tablet account, to avoid the hassle of inmate's friends and family depositing money in the wrong account.

In section 14. Selection Criteria D. (pg. 18), please clarify the meaning of the criteria item entitled "Vendor's Management Information System & Programs".

> Vendors management information system:
> The vendor's system that a user (Security Staff) will interact with, from the user interface, to how the system stores and maintains records, makes them available for staff, options available, security, ease of use, and support of that system.
>
> Programs:
> What's available to the actual inmate on the platform(s) provided, calls, visits, legal services, educational, entertainment, etc..... What are those services provided on (tablets, kiosks, phones, etc.).

In section B. Call Records, g (pg. 10) "Vendor shall submit sample call records that demonstrate sound quality...". When and how does the County want vendors to provide this requirement?

> Two (2) copies of each Sample recording utilizing USB's is preferable. Please attach to the Original RFP submittal. Not required for copies.

What type of network infrastructure is currently in place at the detention center?

> Switched ethernet and 802.11a/c throughout most of the facility. Connection to County WAN/Internet via leased MOE circuit. Phone system is VOIP phones plus 29 analog phones using County Production network with a local survivable processor in the phone switch to roll to a T1 circuit should we lose the Data network. There is also a CenturyLink line with phone at control, for backup should it ever be needed.



What is the total number of wall mounted phones at the detention center?

49

How many wireless access points (WAP's) support Yellowstone's tablets today?

16

Do agency administrators require expansion in WAP coverage or is the current wireless network coverage area adequate?

YCDF is not currently looking to expand coverage, it may be required if the number of tablets increases.

Page 1 states "No proposals may be withdrawn for at least 90 days after the scheduled deadline time for receipt of the proposals." But page 3 states "No proposal may be withdrawn for at least 60 days from the proposal due date." Would the County please clarify which timeline is correct?

90 Days

Page 20, 16. Proposal Package b. Technical Proposal 1.a.(1) states "Date organized to provide ~~commissary~~ communications management in institutional and correctional facilities". Would the County please amend this requirement to fit the desired solutions?

communications

Page 20, 16. Proposal Package b. Technical Proposal 1.a.(3) states "Describe current contacts or business with other correctional ~~commissary~~ communications service facilities". Would the County please amend this requirement to fit the desired solutions?

communications

Would the County please clarify that the call recording storage duration for the Inmate Telephone System is the length of the contract and the length of recording storage for Video Visitation is 1 year? This is what is stated in Item 3.B.b. on page 9 for the ITS and Item 4.D.a. on page 11 for the Video Visitation. There seems to be a discrepancy based on the requirement for Item 1.D. on page 7.

Minimum video storage that will be considered is 1 year.

Phone call audio life of the contract.

Phone call audio must be available to the county 3 years after contract ends



In order to make sure all required information is included in the vendor's RFP response, would the County accept the following response outline?
(1) Transmittal Letter
(2) Technical Proposal to include:
a) Introduction
b) System Overview
c) Commission Offer
d) Attachment A

Yes, outline acceptable


The current RFP schedule allows only six working days between the Pre-Submittal Meeting, and the date vendors must submit proposals to guarantee delivery in a timely manner. Additionally, with no set deadline for vendor questions to be submitted to the County, there is a potential for responses from the County to be returned too close to the date to submit. Given the short amount of time from Pre-Submittal Meeting to submittal of RFP responses, as well as the lack of deadline for vendor questions, will at least a two-week extension be granted?

RFP Submittal has been extended to August 8th, 2022
Question submittals must be emailed by August 1st, 2022


Would the County agree to accept an electronic signature for this proposal response in lieu of an ink signature, from an Executive Vice President who is authorized to bind the company?

Electronic Signature is Acceptable


Regarding the evaluation criteria for both the RFP and pricing, are points being given as part of the evaluation criteria? How will those points be allocated?

100-point maximum total scoring
Vendor's Demonstrated Experience and Expertise in Correctional Facilities of Similar Size & Volume – 25 pts max
Financial Return to Owner – 35 pts max
Past History & Reference – 25 pts max
Vendors Management & Information System & Programs – 15 Pts


On page 20, under Section 1. Introduction, a. Company Profile; Please clarify what is needed for item (3)
Client
Date of Original Contract
Type & Size of facility

Please describe current contracts or business with other correctional ~~commissary~~ communication service facilities.



There are other areas that ask for customer references, including section d. under
Introduction. We are not sure if this is the same as customer references requested on page 18 and page 20.

Page 18 is part of the "Selection Criteria" is a narrative detailing the steps for selection. Page 20 is the request for details in the Technical Proposal.

Would Yellowstone County please provide the monthly Revenue/Commission Statements (relative to the Inmate Telephone System) from the incumbent Provider, covering the most recent 6-Month period?

Attached.

Would Yellowstone County please provide the monthly Revenue/Commission Statements (relative to the Video Visitation / Tablet / Messaging System) from the incumbent Provider, covering the most recent 6-Month period?

Attached.

Please provide the ADP for the same 6-month period that was requested for the monthly revenue/commission statements.

530

Would Yellowstone County please provide the current commission rate being offered for all revenue generating services (e.g., inmate phones, video visitation, messaging, etc.)?

Contracts Attached

Would Yellowstone County please provide a copy of the current Inmate Communications Agreement, including any Attachments, Amendments or Addendums?

Contracts Attached

Would Yellowstone County please provide the total number of existing equipment counts required (e.g., phones, video kiosks, tablets, etc.)?

These numbers are what we currently have, not what we're looking for. Currently the only real essential service provided by tablets, are video visits. The technology solution provided by the chosen vendor, will need to accommodate video visits, inmate requests, visits, and electronic delivery of the mail.
49 Phones
0 Kiosks
70 Tablets
28 Lockdown tablet stations



The Montana Public Service Commission maintains a list of Inmate Telephone Providers that are properly certified and registered as Telecom providers in the State of Montana. Seeing that Inmate Telephone Service is a key component of this RFP, will Yellowstone County confirm that all Providers bidding on this RFP, or aiming to contract with Yellowstone County, need to be properly registered and certified as a Telecom Provider with the Montana Public Service Commission?

Yellowstone County will follow MCA 69.3.805
Montana Code Annotated 2021
TITLE 69. PUBLIC UTILITIES AND CARRIERS
CHAPTER 3. REGULATION OF UTILITIES
Part 8. Montana Telecommunications Act
Registration Of Telecommunications Providers
69-3-805. Registration of telecommunications providers. (1) Before any person or entity provides telecommunications service within the state of Montana, it shall file with the commission a
notice including:
(a) the name, address, and telephone number of the provider;
(b) the name, address, and telephone number of the person responsible for regulatory contacts and customer dispute resolution on behalf of the provider;
(c) a description of the provider's existing operations and general service and operating areas in any other jurisdictions;
(d) a list of the provider's parent, subsidiary, and affiliated companies, together with principal addresses and telephone numbers of each;
(e) initial tariffs or price lists for regulated telecommunications services, including a narrative description of the regulated telecommunications to be offered and the geographic area and markets
to be served;
(f) a general description of the facilities and equipment that will be used to provide services, including whether the service will be offered on a facilities basis, a resale basis, or a combination of
both of them;
(g) a statement of whether the provider intends to draw from the federal or state universal service
fund or other explicit support funds, including a statement of whether the provider intends to seek the
commission's designation as an eligible telecommunications carrier;
(h) disclosure of any formal actions against it by any court or state or federal regulatory agency that resulted in any type of penalty or sanction within the 5 years prior to the date of filing the notice;
(i) if the provider is other than a corporation, a description of the form of ownership, the names and addresses of all principal owners and managers, the provider's agent for service of process in
Montana, and the date of creation of the business entity; and
(j) other information from regulated telecommunications carriers as the commission may require
to accomplish the purposes of this chapter.



(2) The commission may waive any of the requirements set forth in subsection (1).
(3) The provider shall file with the commission a report of any judgment, penalty, or sanction entered in any other jurisdiction that could adversely affect the provider's ability to provide communications services in Montana.
7/26/2022

Will the county please share the inmate classifications/percentage of inmate makeup by type? Is the average daily population driven by inmates coming in from outside agencies and/or counties?

The inmates' classifications can change daily due to their behaviors and issues, so this does not affect the daily average population of the facility.
As for the housing for other agencies, we average around 40 inmates for the Federal government and depending on the State of Montana able to move their inmates, this can affect the daily average population. Due to numerous factors, 530 is the daily average for the past 6 months. Most of the people in the Yellowstone County Detention Facility are waiting for trial.

The Evaluation Criteria includes a criterion that states "Financial Return to the Owner". Will the county please provide additional detail regarding this requirement? Does this refer to Company ownership and the revenue/profit returned to company owners/board of directors or does this criterion refer to the revenue share (commission) that will be offered to Yellowstone County in each vendor's revenue share proposal?

"Owner" refers to Yellowstone County, therefore "Financial Return to Owner"
Is the communications commission offered to Yellowstone County.
7/25/2022

Can you provide some clarification on what the 'Mobile Rate' is for on the Phone commission report?

This is a category that was added in late 2021 when the FCC rate changes went into effect. It includes those calls where the endpoint of the call was not able to be determined and was therefore rated as an Interstate call. Calls made from cellphones fall into this category.

What activity does 'Phone Dialer' on the Tablet commission report signify?

This category includes phone calls made from tablets. The revenue pertaining to these calls is captured and commissioned as appropriate on the Phone commission report.



Is there a way to see how much of the tablet activity is for Video visitation?

> Since the commission report only includes commissionable items, this data is generally not shown on the commission statement.

Is 'Messaging' reflected on the tablet report? If so, where? If not, can we get some kind of report for that?

> Inmate messaging would be included in the Standard or Promotional per minute line items.

Does the current vendor offer any alternate calling types, such as Advance Pay, PayNow or Text-to-Connect? If so, what are the rates and fees charged for these calls?

> Unknown

Do commissions from this contract go to the Inmate Welfare Fund, the Sheriff's Office discretionary fund, or the County general fund?

> Welfare Fund

Will the County allow for a proposal to present multiple pricing options for the County's consideration?

> I'm not opposed to this

How many separate buildings make up the Detention Facility? Is there any network connectivity between the buildings?

> The facility consist of one building

Please provide a breakdown by housing unit of the inmate capacity and the number of phones each. The inmate capacity for each cell block is necessary for determining network requirements and charging stations needed to support the tablets.

> Unit # Inmates Notes
> W1 76 Houses PC and medical inmates. Come out in multiple groups that change depending upon classifications
> N1 64 Come out in groups of 32
> N2 24 Houses intake, come out as one group
> N3 88 Come out in 2 groups of 44



N4 70 ~ Male dorm, no fixed number
N5 70 ~ Male dorm, no fixed number
CA 8-16 Come on in 8 groups, 1 to 2 at a time
CB 44 Come out in groups of 22 or less
CC 20 Come out in 10 groups of 1-2
CD 16 Come out in 2 groups of 8
EA 12-24 Come out in 12 groups of 1-2
EB 32 Female Dorm, no fixed number
EC 32 Female Dorm, no fixed number
ED 24 Split between intake and med classification. Groups vary depending on classification
EE 44 Groups of 22
BKG ~ 4 phones

Do inmates have access to power outlets in their cells? If so, will they be allowed individual outlet adapters to charge the tablets, or will the vendor be required to put in charging stations?

No

Please provide a breakdown of the inmate population, in percentages or actual numbers, by local, DOC, or other agency. We currently house, DOC, Feds surrounding counties and locl.

These numbers can change daily, depending on inmates moving to another Facility.

What is the bed count of the facility?

434

Is the inmate trust account managed through the commissary system or the Jail Management System or other system? If other, please specify.

Commissary Integration – Please provide the name and contact information for the current commissary vendor.

Jail Management Integration – Please provide the name and contact information for the current JMS vendor.

In order to ensure a level playing field for all bidders, please confirm that the successful vendor must provide new equipment. Also, please verify that this applies to both new potential bidders and the incumbent provider.



Please provide the schedule in which the inmates have access to the inmate phones.

> During the inmates time out of their cell, which can vary in each of the housing units

How is commissary ordered today?

> Though the tablets,

Does the current vendor provide debit calling? If so, how are debit accounts funded – e.g., through an inmate's trust account, lobby kiosk, phone / website payments, etc.? Please list all available methods.

> Through out provider, money, orders and the lobby kiosk.

Are calling cards being used today? If so, how are they purchased and given to the inmate? What denominations are available?

> No

Section 1.b on RFP p. 7 states that the "County is interested in a modern technological system, made up of traditional phones, kiosks and tablet computers." Does the County desire the same number of phones as is in place today (49)? If a different number, please specify.

> County does not have a specific number of phones. To be discussed with successful vendor.

Per the Q&A previously released, the current vendor offers video visitation via the inmate tablets and no video kiosks are installed. How many video kiosks does the County desire, both in the inmate areas and for the public visitation area (if onsite video visitation is requested)?

Please provide recent usage information for paid video visitation. Approximately how many remote visits take place each month? How many paid onsite visits take place each month, if any?

| Visit Paid By: | Number visits | Minutes |
|---|---|---|
| Inmate paid | 9050 | 87528.9 |
| Visitor paid | 5753 | 62561.4 |
| Free | 15517 | 144625.81 |
| None (bad connect) | 2737 | 2571.4 |
| Total | 33,057 | 297,287.51 |



Requirement 4.F.b requires 45 minutes of video visit time to each inmate at no cost to the inmate or facility. Please clarify, that this requirement mandates 45 minutes of free remote visitation since onsite video visitation is typically provided for free.

<span style="color:red">40 minutes a week to all inmates</span>

Regarding 4.F.b, is the requirement for 45 free minutes total for each booked inmate, or per month, week, or other interval?

<span style="color:red">Per week</span>

Also regarding 4.F.b, please clarify that the public visitor also may not be charged for this visitation time?

<span style="color:red">If a visitor schedules the visit, they will be charged for this.</span>

Requirement 4.F.c says "The system should allow increased visit time, based on classification, and assignment to work details, at no charge to the inmate, or facility." Does this mean increasing the free visitation time provided under 4.F.b? Or is County seeking to set limits on total visitation time (both free and paid) and to have those limits configurable by inmate?

<span style="color:red">Yes</span>

<span style="color:red">Limits will be set by facility admin, not inmates. The facility currently have live visiting (and has no plans to go back to it). The facility will not set limits on paid visits, unless needed to maintain order/security. Increased free visits for inmates in lower security, inmates who work in the facility, etc... will be beyond the 40 minutes.</span>

If 4.F.c intends to allow the County to offer additional free visitation time beyond that specified in 4.F.b, then please estimate how much free visitation time the County anticipates awarding per year, month, or week.

<span style="color:red">Between 20- 30 minutes a week</span>

What limits does the County place, if any, on use of the services in this RFP – maximum number of onsite visits allowed per week (or other interval), remote visits per week, calls per week, minutes per call/visit, etc?

<span style="color:red">None</span>



Messaging on the tablets is included in the Second Amendment to Inmate Telecommunication Location Agreement that was provided by the County. However, the tablet revenue/commission reports do not include any information on messaging.

    a.    Is messaging/photo sharing currently available on the tablets?

        One way picture sharing. Friends and family can send pictures, inmates cannot send pictures. The facility does not want devices that send facility pictures.

    b.    If yes, can the County please provide the average monthly emails and photos sent/received, rate charged, & commission received?

        Rates and commissions are unknown to me. Don't have monthly average, but here's the numbers for the last 5 months.

| Month | Total | Approved | Disapproved |
|-------|-------|----------|-------------|
| Jun-22 | 327 | 181 | 146 |
| May-22 | 413 | 248 | 165 |
| Apr-22 | 325 | 238 | 87 |
| Mar-22 | 225 | 174 | 51 |
| Feb-22 | 323 | 197 | 126 |

For the mail scanning requirement, what is the average number of inmate mail pieces received daily? Of these, what percentage are legal mail?

    UNKNOWN

Please provide average monthly revenue data for any additional services offered under the current contract, such as voicemail, messaging, etc.

    Friends and family can leave voice mails. Rates are unknown.

The evaluation criteria include "The financial return to the Owner", but there is no mention of rates and fees. Will rates and fees charged to inmates and their friends/family be considered in the evaluation of the Price Proposal? What are the relative weights of rates and fees compared to revenue share?

What is the anticipated start date for this contract?

    September



Some vendors provide alternate payment options, such as the ability to purchase a one-time phone call using a credit or debit card, without the necessity of setting up a prepaid account, and typically pay little to no commission on these calls. Will the County please confirm that vendors are required to pay the same commission amount for all calls, including premium, prepaid, debit and collect?

All charges, fees, and commission for any and all services must be clearly stated.

Please provide the name of the current Trust Fund Deposits vendor.

Summit

Please provide the fee structure for all Trust Fund deposit methods including by amount deposited ranges:

NOT AVAILABLE

Please provide 3 months of detailed Trust Fund transaction history for all inmates or provide the information below:

Average number of Trust Fund deposits per month by method

Average amount of total dollars deposited per month

NOT AVAILABLE

Does the County currently receive a commission on Trust Fund deposits? If so, please provide.

NOT AVAILABLE

Who is your current Inmate Release provider?

NOT AVAILABLE

Please provide the fee structure for Inmate Release cards.

NOT AVAILABLE



Would the County like the awarded vendor to provide bail / bond payment services?
If so, please provide the Name of current vendor.

NOT AVAILABLE


Please provide 3 months of detailed Cash Bond/Bail transaction history or provide
the information below:
Average number of Bond/Bail payments made per month
Average total dollar amount of Bond/Bails paid per month

NOT AVAILABLE


Does the County currently receive a commission for Cash Bond/Bail payments? If so,
please provide.

NOT AVAILABLE


Will the County continue to accept Cash Bond/Bail payments at the window or will
the awarded vendor be the only option?

NOT AVAILABLE


Is the County interested in the awarded vendor processing payments from the public
through the lobby kiosk, internet, mobile app or phone for things such as concealed
carry licenses, fingerprinting, traffic fines, taxes, etc.?

NOT AVAILABLE


Who will be responsible for the removal of the cash from the lobby kiosk?

To Be Negotiate



## EXHIBIT A – Educational Tablets (Overview)



## EDUCATIONAL TABLETS

**Provide access to a vast range of educational, self-improvement and rehabilitative programs with the industry's most robust Educational Tablet.**

NCIC's custom-developed **InTouch Schoolhouse** educational suite offers up to 80,000 courses which can be tailored specifically to your agency. From GED prep, vocational and trade-related courses to anger management, rehabilitation and parenting programs, **InTouch Schoolhouse** offers incarcerated individuals with a broad range of pursuits that allow them to spend their time productively, reducing the likelihood of recidivism once released.

Available to inmates on NCIC's rugged handheld tablets, NCIC's **InTouch Schoolhouse** complements other inmate-focused services such as ticketing (grievances, forms, requests), telephone service, video visitation, secure messaging and 3rd-party services such as law library and commissary ordering.



Supported by a secure, locked-down wireless infrastructure and delivered through a range of charging and storage options, NCIC's educational tablet program provides  your agency with full administrative control while maximizing connectivity between inmates and their outside support networks.

### | OUR PRIORITY COURSES INCLUDE |

- **Anger Management** – Over 120 classes specifically to help students control anger and emotions during heated moments.

- **Stress Management** – Over 150 classes to help overcome stressful situations and lighten the mood of students.

- **Personal Finance** – Includes money management, budgeting, understanding credit cards, debt management and personal checking.

- **Personal Wellness** – over 250 classes in confidence building, social skills, meditation, mindfulness relaxation and self-awareness activities.

- **People Skills** – how to interact with others, dispute resolution, management techniques, communication skills and reconnection with loved ones

- **Work Skills** – literally thousands of classes on computer skills, technical skills, how-to videos on construction, auto repairs, mechanical trades, etc.

- **Entertainment Content** – a reward for course progress includes G/PG rated content such as free TV, radio, books and games.

- **Recharge for Reentry** – includes 360+ interactive slides to assist inmates with self-reflection, creating enjoyable connections and stimulating meaningful communications with friends.



While our goal is to prepare your incarcerated population for re-entry via rehabilitation and an engaging educational environment, we also realize that healing leads to reconnection with disconnected and broken family relationships, resulting in increased usage of our communications Services.   This program is a win-win for your facility and your constituents.

## NCIC.com  |  888-686-3699

Contact your local NCIC representative or info@ncic.com for a full demonstration.

23459 2/2022



## EXHIBIT B - Analyses of Inmate Communications Performance

# Inmate Communications Assessment
### Yellowstone County Jail, Montana

The following table is a summary (monthly averages) of the inmate communications data covering the Traffic Months of **September 2021 – February 2022** (details for individual months are included on the following pages). The summary covers <u>all</u> revenue-generating inmate communications services covered on the monthly reports provided inclduing Inmate Telephones and Inmate Tablets.

| Summary (Averages) - All Months (September 2021 - February 2022) | |
|---|---|
| **Inmate Phones** | |
| **Total Gross Reported evenue:** | $22,334.78 |
| **Total Commission Paid:** | $5,836.43 |
| **Effective Commission Rate:** | 26% |
| **Average Daily Population:** | 524 |
| **Gross Revenue (Per-Inmate):** | $42.65 |
| **Commission Paid (Per-Inmate):** | $11.15 |
| **Inmate Tablets** | |
| **Total Gross Tablet Revenue:** | $9,557.98 |
| **Total Tablet Commissions Paid:** | $2,389.50 |
| **Effective Tablet Commission Rate:** | 25% |
| **Summary - All Services** | |
| **Total Gross Reported Revenue:** | $31,892.77 |
| **Total Commission Paid:** | $8,225.92 |
| **Overall Gross Revenue (Per-Inmate):** (Inmate Phones, Tablets) | $60.90 |
| **Overall Commission Paid (Per-Inmate):** (Inmate Phones, Tablets) | $15.71 |

**Notes:**

- Yellowstone County is receiving a per-minute "Support Amount" as the monthly inmate phone revenue-share.
- The report provided for October 2021 was split between two different "Support Amounts" due to the latest FCC rulemaking (which had en effective date of 10/26/2021).
- Monthly reports <u>do not</u> include any "Single Pay" call traffic, which typically includes a <u>non-commissionable</u> transaction fee (for every call) of between $3.00 to $6.95 (current provider calls these "Quick Connect" calls). Recommend test calls to verify.
- Monthly traffic / totals pertaining to Video Visitation and Messaging are not immediately obvious, on the reports provided. Need to confirm whether or not current Provider is sending monthly reports covering these services.
- The EFFECTIVE average monthly commission rate on **Inmate Telephone Service** is Twenty-Six Percent (26%).
- The EFFECTIVE average monthly commission rate on **Tablet Service** is Twenty-Five Percent (25%).
- Current Provider is reporting an <u>average monthly gross revenue per inmate</u> of **$60.90** (covering <u>all</u> services).
- Current Provider is reporting an <u>average monthly commission paid per inmate</u> of **$15.71** (covering <u>all</u> services).
- Per-inmate calculations are based on the Average Daily Population (ADP) for each Traffic Month.



## September 2021

### Inmate Telephone System

| Call Type | Lata | Call Count | Total Minutes | Total Revenue | Taxes | "Support Rate" (Per Minute) | Support Amount (Commission Paid) | Avg. Per-Minute Rate |
|---|---|---|---|---|---|---|---|---|
| Collect | Local | 98 | 1,329 | $573.46 | $0.00 | $0.07 | $93.04 | $0.43 |
| | Intralata | 0 | 0 | $0.00 | $0.00 | $0.00 | $0.00 | N/A |
| | Interlata | 22 | 282 | $121.26 | $0.00 | $0.07 | $19.74 | $0.43 |
| | Interstate | 0 | 0 | $0.00 | $0.00 | $0.00 | $0.00 | N/A |
| | International | 0 | 0 | $0.00 | $0.00 | $0.00 | 0 | N/A |
| | **Total** | **120** | **1,611** | **$694.72** | **$0.00** | **N/A** | **$112.78** | **$0.43** |
| Call Type | Lata | Call Count | Total Minutes | Total Revenue | Taxes | "Support Rate" (Per Minute) | Support Amount (Commission Paid) | Avg. Per-Minute Rate |
| Prepaid | Local | 10,509 | 68,186 | $12,546.30 | $638.48 | $0.07 | $4,773.02 | $0.18 |
| | Intralata | 1,163 | 8,454 | $1,555.13 | $78.87 | $0.07 | $591.78 | $0.18 |
| | Interlata | 3,106 | 19,701 | $3,630.21 | $186.27 | $0.07 | $1,379.07 | $0.18 |
| | Interstate | 3,910 | 27,813 | $5,085.46 | $2,151.63 | $0.03 | $834.39 | $0.18 |
| | International | 3 | 4 | $7.73 | $2.99 | $0.07 | $0.28 | N/A |
| | Voicemail | 6 | 13 | $16.25 | $0.65 | $0.00 | $0.00 | $2.71 |
| | **Total** | **18,704** | **124,167** | **$22,841.08** | **$3,058.89** | **N/A** | **$7,578.54** | **$0.18** |
| Call Type | Lata | Call Count | Total Minutes | Total Revenue | Taxes | "Support Rate" (Per Minute) | Support Amount (Commission Paid) | Avg. Per-Minute Rate |
| All Calls | Local | 10,607 | 69,515 | $13,119.76 | $638.48 | $0.07 | $4,866.05 | $0.19 |
| | Intralata | 1,163 | 8,454 | $1,555.13 | $78.87 | $0.07 | $591.78 | $0.18 |
| | Interlata | 3,128 | 19,983 | $3,751.47 | $186.27 | $0.07 | $1,398.81 | $0.19 |
| | Interstate | 3,910 | 27,813 | $5,085.46 | $2,151.63 | $0.03 | $834.39 | $0.18 |
| | International | 3 | 4 | $7.73 | $2.99 | $0.07 | $0.28 | N/A |
| | Voicemail | 13 | 6 | $16.25 | $0.65 | $0.00 | $0.00 | $2.71 |
| | **Total** | **18,824** | **125,778** | **$23,535.80** | **$3,058.89** | **N/A** | **$7,691.31** | **$0.19** |

| | |
|---|---|
| Total Gross Reported Revenue (Excluding Taxes): | $23,535.80 |
| Total Commission Paid: | $7,691.31 |
| Effective Commission Rate: | 33% |
| Average Daily Population: | 504 |
| Gross Revenue (Per-Inmate): | $46.70 |
| Commission Paid (Per-Inmate): | $15.26 |
| **Inmate Tablets** | |
| Total Gross Tablet Revenue: | $11,793.27 |
| Total Tablet Commissions Paid: | $2,948.32 |
| Effective Tablet Commission Rate: | 25% |
| **Summary - All Services** | |
| Total Gross Reported Revenue: | $35,329.07 |
| Total Commission Paid: | $10,639.63 |
| **Overall** Gross Revenue (Per-inmate): (Inmate Phones, Tablets) | $70.10 |
| **Overall** Commission Paid (Per-inmate): (Inmate Phones, Tablets) | $21.11 |

## October 2021

### Inmate Telephone System

| Call Type | Lata | Call Count | Total Minutes | Total Revenue | Taxes | "Support Rate" (Per Minute) | Support Amount (Commission Paid) | Avg. Per-Minute Rate |
|---|---|---|---|---|---|---|---|---|
| Collect | Local | 84 | 1,353 | $481.33 | $0.00 | $0.07 - $0.04 | $84.15 | $0.36 |
| | Intralata | 0 | 0 | $0.00 | $0.00 | $0.07 - $0.04 | $0.00 | N/A |
| | Interlata | 34 | 432 | $154.75 | $0.00 | $0.07 - $0.04 | $26.97 | $0.36 |
| | Interstate | 2 | 14 | $3.08 | $0.00 | $0.07 - $0.03 | $0.42 | $0.22 |
| | International | 0 | 0 | $0.00 | $0.00 | $0.07 - $0.04 | $0.00 | N/A |
| | Mobile Rate | 3 | 10 | $1.99 | $0.00 | $0.07 - $0.04 | $0.40 | N/A |
| | **Total** | **123** | **1,809** | **$641.15** | **0** | **N/A** | **$111.94** | **$0.31** |
| Call Type | Lata | Call Count | Total Minutes | Total Revenue | Taxes | "Support Rate" (Per Minute) | Support Amount (Commission Paid) | Avg. Per-Minute Rate |
| Prepaid | Local | 8,610 | 57,742 | $10,552.14 | $535.09 | $0.07 - $0.04 | $4,011.19 | $0.18 |
| | Intralata | 830 | 5,355 | $1,204.88 | $92.40 | $0.07 - $0.04 | $378.91 | $0.23 |
| | Interlata | 2,788 | 18,194 | $3,323.08 | $173.92 | $0.07 - $0.04 | $1,260.20 | $0.18 |
| | Interstate | 3,926 | 27,678 | $5,067.89 | $1,905.55 | $0.07 - $0.03 | $882.63 | $0.18 |
| | International | 6 | 13 | $15.65 | $5.70 | $0.07 - $0.04 | $0.88 | $1.20 |
| | Mobile Rate | 2,721 | 18,878 | $3,468.55 | $147.65 | $0.07 - $0.04 | $755.12 | $0.18 |
| | Voicemail | 14 | 8 | $17.50 | $0.70 | $0.00 | 0 | $2.19 |
| | **Total** | **18,895** | **127,868** | **$23,649.69** | **$2,861.01** | **N/A** | **$7,288.93** | **$0.36** |
| Call Type | Lata | Call Count | Total Minutes | Total Revenue | Taxes | "Support Rate" (Per Minute) | Support Amount (Commission Paid) | Avg. Per-Minute Rate |
| All Calls | Local | 8,694 | 59,095 | $11,033.47 | $535.09 | $0.07 - $0.04 | $4,095.34 | $0.19 |
| | Intralata | 830 | 5,355 | $1,204.88 | $92.40 | $0.07 - $0.04 | $378.91 | $0.23 |
| | Interlata | 2,822 | 18,626 | $3,477.83 | $173.92 | $0.07 - $0.04 | $1,287.17 | $0.19 |
| | Interstate | 3,928 | 27,692 | $5,070.97 | $1,905.55 | $0.07 - $0.03 | $883.05 | $0.18 |
| | International | 6 | 13 | $15.65 | $5.70 | $0.07 - $0.04 | $0.88 | N/A |
| | Mobile Rate | 2,724 | 18,888 | $3,470.54 | $147.65 | $0.07 - $0.04 | $755.52 | $0.18 |
| | Voicemail | 14 | 8 | $17.50 | $0.70 | $0.00 | $0.00 | $2.19 |
| | **Total** | **19,018** | **129,677** | **$24,111.16** | **$2,861.01** | **N/A** | **$7,401.21** | **$0.19** |

| | |
|---|---|
| Total Gross Reported Revenue (Excluding Taxes): | $24,111.16 |
| Total Commission Paid: | $7,401.21 |
| Effective Commission Rate: | 31% |
| Average Daily Population: | 532 |
| Gross Revenue (Per-Inmate): | $45.32 |
| Commission Paid (Per-Inmate): | $13.91 |
| **Inmate Tablets** | |
| Total Gross Tablet Revenue: | $9,464.41 |
| Total Tablet Commissions Paid: | $2,366.10 |
| Effective Tablet Commission Rate: | 25% |
| **Summary - All Services** | |
| Total Gross Reported Revenue: | $33,575.57 |
| Total Commission Paid: | $9,767.31 |
| **Overall** Gross Revenue (Per-inmate): (Inmate Phones, Tablets) | $63.11 |
| **Overall** Commission Paid (Per-inmate): (Inmate Phones, Tablets) | $18.36 |



| | | | | November 2021 | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | Inmate Telephone System | | | | |
| Call Type | Lata | Call Count | Total Minutes | Total Revenue | Taxes | "Support Rate" (Per Minute) | Support Amount (Commission Paid) | Avg. Per-Minute Rate |
| Collect | Local | 140 | 1,922 | $270.16 | 0 | $0.04 | $76.86 | $0.14 |
| | Intralata | 0 | 0 | $0.00 | 0 | $0.00 | $0.00 | N/A |
| | Interlata | 27 | 392 | $54.88 | 0 | $0.04 | $15.68 | $0.14 |
| | Interstate | 5 | 14 | $2.71 | 0 | $0.04 | $0.58 | $0.19 |
| | International | 0 | 0 | $0.00 | 0 | $0.00 | $0.00 | N/A |
| | Mobile Rate | 21 | 228 | $38.96 | 0 | $0.04 | 9.13 | N/A |
| | Total | 193 | 2,556 | $366.71 | 0 | N/A | $102.24 | $0.16 |
| Call Type | Lata | Call Count | Total Minutes | Total Revenue | Taxes | "Support Rate" (Per Minute) | Support Amount (Commission Paid) | Avg. Per-Minute Rate |
| Prepaid | Local | 844 | 4,545 | $664.45 | $36.23 | $0.04 | $181.79 | $0.15 |
| | Intralata | 440 | 2,987 | $456.43 | $23.60 | $0.04 | $119.48 | $0.15 |
| | Interlata | 360 | 3,040 | $438.48 | $24.25 | $0.04 | $121.60 | $0.14 |
| | Interstate | 3,250 | 23,689 | $4,132.70 | $1,628.25 | $0.04 | $947.56 | $0.17 |
| | International | 0 | 0 | $0.00 | $0.00 | $0.00 | $0.00 | N/A |
| | Mobile Rate | 13,153 | 87,558 | $15,244.27 | $686.17 | $0.04 | $3,502.33 | $0.17 |
| | Voicemail | 30 | 43 | $37.31 | $1.50 | $0.04 | $1.72 | $0.87 |
| | Total | 18,077 | 121,862 | $20,973.87 | $2,400.00 | N/A | $4,874.47 | $0.28 |
| Call Type | Lata | Call Count | Total Minutes | Total Revenue | Taxes | "Support Rate" (Per Minute) | Support Amount (Commission Paid) | Avg. Per-Minute Rate |
| All Calls | Local | 984 | 6,466 | $934.61 | $36.23 | $0.04 | $258.65 | $0.29 |
| | Intralata | 440 | 2,987 | $456.43 | $23.60 | $0.04 | $119.48 | $0.28 |
| | Interlata | 387 | 3,432 | $493.36 | $24.25 | $0.04 | $137.27 | $0.28 |
| | Interstate | 3,255 | 23,703 | $4,135.64 | $1,628.25 | $0.04 | $948.13 | $0.36 |
| | International | 0 | 0 | $0.00 | $0.00 | $0.00 | $0.00 | N/A |
| | Mobile Rate | 13,174 | 87,786 | $15,283.23 | $686.17 | $0.04 | $3,511.46 | $0.17 |
| | Voicemail | 30 | 43 | $37.31 | $1.50 | $0.04 | $1.72 | $0.87 |
| | Total | 18,270 | 124,418 | $21,340.58 | $2,400.00 | N/A | $4,976.71 | $0.21 |

| | |
| --- | --- |
| Total Gross Reported Revenue (Excluding Taxes): | $21,340.58 |
| Total Commission Paid: | $4,976.71 |
| Effective Commission Rate: | |
| Average Daily Population: | 538 |
| Gross Revenue (Per-Inmate): | $39.67 |
| Commission Paid (Per-Inmate): | $9.25 |
| **Inmate Tablets** | |
| Total Gross Tablet Revenue: | $8,178.53 |
| Total Tablet Commissions Paid: | $2,044.63 |
| Effective Tablet Commission Rate: | 25% |
| **Summary - All Services** | |
| Total Gross Reported Revenue: | $29,519.11 |
| Total Commission Paid: | $7,021.34 |
| Overall Gross Revenue (Per-Inmate): (Inmate Phones, Tablets) | $54.87 |
| Overall Commission Paid (Per-Inmate): (Inmate Phones, Tablets) | $13.05 |

| | | | | December 2021 | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | Inmate Telephone System | | | | |
| Call Type | Lata | Call Count | Total Minutes | Total Revenue | Taxes | "Support Rate" (Per Minute) | Support Amount (Commission Paid) | Avg. Per-Minute Rate |
| Collect | Local | 147 | 2,355 | $400.95 | $0.00 | $0.04 | $94.20 | $0.17 |
| | Intralata | 10 | 154 | $26.18 | $0.00 | $0.04 | $6.16 | $0.17 |
| | Interlata | 26 | 410 | $69.88 | $0.00 | $0.04 | $16.40 | $0.17 |
| | Interstate | 7 | 33 | $5.81 | $0.00 | $0.04 | $1.32 | $0.18 |
| | International | 0 | 0 | $0.00 | $0.00 | $0.00 | $0.00 | N/A |
| | Mobile Rate | 1 | 2 | $0.34 | $0.00 | $0.04 | 0.08 | 0.17 |
| | Total | 191 | 2,954 | $503.16 | $0.00 | N/A | $118.16 | $0.17 |
| Call Type | Lata | Call Count | Total Minutes | Total Revenue | Taxes | "Support Rate" (Per Minute) | Support Amount (Commission Paid) | Avg. Per-Minute Rate |
| Prepaid | Local | 1,243 | 7,763 | $1,341.31 | $63.13 | $0.04 | $310.52 | $0.17 |
| | Intralata | 527 | 3,548 | $629.90 | $28.62 | $0.04 | $141.92 | $0.18 |
| | Interlata | 617 | 3,525 | $624.10 | $28.88 | $0.04 | $141.00 | $0.18 |
| | Interstate | 3,473 | 22,781 | $3,909.49 | $1,574.52 | $0.04 | $911.24 | $0.17 |
| | International | 0 | 0 | $0.00 | $0.00 | $0.00 | $0.00 | N/A |
| | Mobile Rate | 14,524 | 96,103 | $16,700.46 | $756.14 | $0.04 | $3,844.12 | $0.17 |
| | Voicemail | 34 | 40 | $42.49 | $1.70 | $0.04 | $1.60 | $1.06 |
| | Total | 20,418 | 133,760 | $23,307.75 | $2,452.99 | N/A | $5,350.40 | $0.18 |
| Call Type | Lata | Call Count | Total Minutes | Total Revenue | Taxes | "Support Rate" (Per Minute) | Support Amount (Commission Paid) | Avg. Per-Minute Rate |
| All Calls | Local | 1,390 | 10,118 | $1,742.26 | $63.13 | $0.04 | $404.72 | $0.17 |
| | Intralata | 537 | 3,702 | $656.08 | $28.62 | $0.04 | $148.08 | $0.18 |
| | Interlata | 643 | 3,935 | $693.98 | $28.88 | $0.04 | $157.40 | $0.18 |
| | Interstate | 3,480 | 22,814 | $3,975.30 | $1,574.52 | $0.04 | $912.56 | $0.17 |
| | International | 0 | 0 | $0.00 | $0.00 | $0.00 | $0.00 | N/A |
| | Mobile Rate | 14,525 | 96,105 | $16,700.80 | $756.14 | $0.04 | $3,844.20 | $0.17 |
| | Voicemail | 34 | 40 | $42.49 | $1.70 | $0.04 | $1.60 | $1.06 |
| | Total | 20,609 | 136,714 | $23,810.91 | $2,452.99 | N/A | $5,468.56 | $0.17 |

| | |
| --- | --- |
| Total Gross Reported Revenue (Excluding Taxes): | $23,810.91 |
| Total Commission Paid: | $5,468.56 |
| Effective Commission Rate: | |
| Average Daily Population: | 506 |
| Gross Revenue (Per-Inmate): | $47.06 |
| Commission Paid (Per-Inmate): | $10.81 |
| **Inmate Tablets** | |
| Total Gross Tablet Revenue: | $10,282.86 |
| Total Tablet Commissions Paid: | $2,570.72 |
| Effective Tablet Commission Rate: | 25% |
| **Summary - All Services** | |
| Total Gross Reported Revenue: | $34,093.77 |
| Total Commission Paid: | $8,039.28 |
| Overall Gross Revenue (Per-Inmate): (Inmate Phones, Tablets) | $67.38 |
| Overall Commission Paid (Per-Inmate): (Inmate Phones, Tablets) | $15.89 |



### January 2022
### Inmate Telephone System

| Call Type | Lata | Call Count | Total Minutes | Total Revenue | Taxes | "Support Rate" (Per Minute) | Support Amount (Commission Paid) | Avg. Per-Minute Rate |
|---|---|---|---|---|---|---|---|---|
| Collect | Local | 115 | 1,792 | $304.84 | $0.00 | $0.04 | $71.68 | $0.17 |
| | Intralata | 8 | 67 | $11.39 | $0.00 | $0.04 | $2.68 | $0.17 |
| | Interlata | 36 | 431 | $73.27 | $0.00 | $0.04 | $17.24 | $0.17 |
| | Interstate | 2 | 27 | $4.59 | $0.00 | $0.04 | $1.08 | $0.17 |
| | International | 2 | 12 | $2.52 | $0.00 | $0.04 | $0.48 | $0.21 |
| | Mobile Rate | 4 | 38 | $6.46 | $0.00 | $0.04 | $1.52 | $0.18 |
| | **Total** | **167** | **2,367** | **$403.07** | **$0.00** | **N/A** | **$94.68** | **$0.18** |
| Call Type | Lata | Call Count | Total Minutes | Total Revenue | Taxes | "Support Rate" (Per Minute) | Support Amount (Commission Paid) | Avg. Per-Minute Rate |
| Prepaid | Local | 947 | 5,791 | $999.10 | $46.94 | $0.04 | $231.64 | $0.17 |
| | Intralata | 258 | 1,429 | $256.92 | $11.29 | $0.04 | $57.16 | $0.18 |
| | Interlata | 643 | 3,718 | $659.77 | $29.97 | $0.04 | $148.72 | $0.18 |
| | Interstate | 3,068 | 21,502 | $3,728.41 | $1,308.74 | $0.04 | $860.08 | $0.17 |
| | International | 0 | 0 | $0.00 | $0.00 | $0.00 | $0.00 | N/A |
| | Mobile Rate | 13,172 | 87,976 | $15,246.64 | $689.79 | $0.04 | $3,519.04 | $0.17 |
| | Voicemail | 26 | 34 | $32.52 | $1.30 | $0.04 | $1.36 | $0.96 |
| | **Total** | **18,114** | **120,450** | **$20,923.36** | **$2,088.03** | **N/A** | **$4,818.00** | **$0.18** |
| Call Type | Lata | Call Count | Total Minutes | Total Revenue | Taxes | "Support Rate" (Per Minute) | Support Amount (Commission Paid) | Avg. Per-Minute Rate |
| All Calls | Local | 1,062 | 7,583 | $1,303.94 | $46.94 | $0.04 | $303.32 | $0.17 |
| | Intralata | 266 | 1,496 | $268.31 | $11.29 | $0.04 | $59.84 | $0.18 |
| | Interlata | 679 | 4,149 | $733.04 | $29.97 | $0.04 | $165.96 | $0.18 |
| | Interstate | 3,070 | 21,529 | $3,733.00 | $1,308.74 | $0.04 | $861.16 | $0.17 |
| | International | 2 | 12 | $2.52 | $0.00 | $0.04 | $0.48 | $0.21 |
| | Mobile Rate | 13,176 | 88,014 | $15,253.10 | $689.79 | $0.04 | $3,520.56 | $0.17 |
| | Voicemail | 26 | 34 | $32.52 | $1.30 | $0.04 | $1.36 | $0.96 |
| | **Total** | **18,281** | **122,817** | **$21,326.43** | **$2,088.03** | **N/A** | **$4,912.68** | **$0.18** |

| | |
|---|---|
| Total Gross Reported Revenue (Excluding Taxes): | $21,326.43 |
| Total Commission Paid: | $4,912.68 |
| Effective Commission Rate: | 23% |
| Average Daily Population: | 533 |
| Gross Revenue (Per-Inmate): | $40.01 |
| Commission Paid (Per-Inmate): | $9.22 |

| Inmate Tablets | |
|---|---|
| Total Gross Tablet Revenue: | $9,293.95 |
| Total Tablet Commissions Paid: | $2,323.49 |
| Effective Tablet Commission Rate: | 25% |

| Summary - All Services | |
|---|---|
| Total Gross Reported Revenue: | $30,620.38 |
| Total Commission Paid: | $7,236.17 |
| **Overall** Gross Revenue (Per-Inmate): (Inmate Phones, Tablets) | $57.45 |
| **Overall** Commission Paid (Per-Inmate): (Inmate Phones, Tablets) | $13.58 |

### February 2022
### Inmate Telephone System

| Call Type | Lata | Call Count | Total Minutes | Total Revenue | Taxes | "Support Rate" (Per Minute) | Support Amount (Commission Paid) | Avg. Per-Minute Rate |
|---|---|---|---|---|---|---|---|---|
| Collect | Local | 115 | 1,265 | $217.14 | $0.00 | $0.04 | $50.60 | $0.17 |
| | Intralata | 0 | 0 | $0.00 | $0.00 | $0.04 | $0.00 | N/A |
| | Interlata | 12 | 194 | $32.98 | $0.00 | $0.04 | $7.76 | $0.17 |
| | Interstate | 0 | 0 | $0.00 | $0.00 | $0.00 | $0.00 | N/A |
| | International | 0 | 0 | $0.00 | $0.00 | $0.00 | $0.00 | N/A |
| | Mobile Rate | 15 | 183 | $31.30 | $0.00 | $0.04 | $7.32 | $0.17 |
| | **Total** | **142** | **1,642** | **$281.42** | **$0.00** | **N/A** | **$65.68** | **$0.17** |
| Call Type | Lata | Call Count | Total Minutes | Total Revenue | Taxes | "Support Rate" (Per Minute) | Support Amount (Commission Paid) | Avg. Per-Minute Rate |
| Prepaid | Local | 851 | 4,982 | $867.77 | $40.48 | $0.04 | $199.28 | $0.17 |
| | Intralata | 335 | 1,618 | $294.13 | $13.47 | $0.04 | $64.72 | $0.18 |
| | Interlata | 568 | 2,851 | $502.07 | $23.67 | $0.04 | $114.04 | $0.18 |
| | Interstate | 3,371 | 20,844 | $3,636.37 | $1,295.74 | $0.04 | $833.76 | $0.17 |
| | International | 17 | 296 | $62.52 | $22.55 | $0.04 | $11.84 | $0.21 |
| | Mobile Rate | 12,605 | 81,933 | $14,205.80 | $646.81 | $0.04 | $3,277.32 | $0.17 |
| | Voicemail | 27 | 31 | $33.74 | $1.33 | $0.04 | $1.24 | $1.09 |
| | **Total** | **17,774** | **112,555** | **$19,602.40** | **$2,044.05** | **N/A** | **$4,502.20** | **$0.18** |
| Call Type | Lata | Call Count | Total Minutes | Total Revenue | Taxes | "Support Rate" (Per Minute) | Support Amount (Commission Paid) | Avg. Per-Minute Rate |
| All Calls | Local | 966 | 6,247 | $1,084.91 | $40.48 | $0.04 | $249.88 | $0.17 |
| | Intralata | 335 | 1,618 | $294.13 | $13.47 | $0.04 | $64.72 | $0.18 |
| | Interlata | 580 | 3,045 | $535.05 | $23.67 | $0.04 | $121.80 | $0.18 |
| | Interstate | 3,371 | 20,844 | $3,636.37 | $1,295.74 | $0.04 | $833.76 | $0.17 |
| | International | 17 | 296 | $62.52 | $22.55 | $0.04 | $11.84 | $0.21 |
| | Mobile Rate | 12,620 | 82,116 | $14,237.10 | $646.81 | $0.04 | $3,284.64 | $0.17 |
| | Voicemail | 27 | 31 | $33.74 | $1.33 | $0.04 | $1.24 | $1.09 |
| | **Total** | **17,916** | **114,202** | **$19,883.82** | **$2,044.05** | **N/A** | **$4,568.08** | **$0.18** |

| | |
|---|---|
| Total Gross Reported Revenue (Excluding Taxes): | $19,883.82 |
| Total Commission Paid: | $4,568.08 |
| Effective Commission Rate: | 23% |
| Average Daily Population: | 529 |
| Gross Revenue (Per-Inmate): | $37.59 |
| Commission Paid (Per-Inmate): | $8.64 |

| Inmate Tablets | |
|---|---|
| Total Gross Tablet Revenue: | $8,334.88 |
| Total Tablet Commissions Paid: | $2,083.72 |
| Effective Tablet Commission Rate: | 25% |

| Summary - All Services | |
|---|---|
| Total Gross Reported Revenue: | $28,218.70 |
| Total Commission Paid: | $6,651.80 |
| **Overall** Gross Revenue (Per-Inmate): (Inmate Phones, Tablets) | $53.34 |
| **Overall** Commission Paid (Per-Inmate): (Inmate Phones, Tablets) | $12.57 |



# Inmate Communications Assessment
## Yellowstone County Jail, Montana

The following table is a summary (monthly averages) of the inmate telephone data covering the Traffic Months of **March, April and June 2022** (details for individual months are included on the following pages). The Traffic Month of May 2022 was excluded from the reporting. The summary covers <u>only</u> inmate telephone service for these Traffic Months (no data / traffic for inmate tablets / video visitation is inlcuded).

| Summary (Averages) - All Months (March, April and June 2022) | |
|---|---|
| **Inmate Phones** | |
| **Total Gross Reported evenue:** | $21,578.01 |
| **Total Commission Paid:** | $4,971.67 |
| **Effective Commission Rate:** | 23% |
| **Average Daily Population:** | 530 |
| **Gross Revenue (Per-Inmate):** | $40.71 |
| **Commission Paid (Per-Inmate):** | $9.38 |

This assessment is provided to supplement the earlier assessment covering the Traffic Months of **September 2021 – February 2022.**

**Notes:**

- Yellowstone County is receiving a per-minute "Support Amount" as the monthly inmate phone revenue-share.
- The per-minute "Support Amount" is $0.04/Minute (for all Call Types / Bill Types).
- Monthly reports <u>do not</u> include any "Single Pay" call traffic, which typically includes a <u>non-commissionable</u> transaction fee (for every call) of between $3.00 to $6.95 (current provider calls these "Quick Connect" calls). Recommend test calls to verify.
- Monthly traffic / totals pertaining to Tablets / Video Visitation were not included in the reporting that this assessment is based on (please refer to the earlier analysis for those metrics).
- The EFFECTIVE average monthly commission rate on **Inmate Telephone Service** is Twenty-Three Percent (23%).
- Current Provider is reporting an <u>average monthly gross revenue per inmate</u> of **$40.71** (for inmate telephone service).
- Current Provider is reporting an <u>average monthly commission per inmate</u> of **$9.38** (for inmate telephone service).
- Per-inmate calculations are based on the Average Daily Population (ADP) of 530 for all Traffic Months.



| Call Type | Lata | Call Count | Total Minutes | Total Revenue | Taxes | "Support Rate" (Per Minute) | Support Amount (Commission Paid) | Avg. Per-Minute Rate |
|---|---|---|---|---|---|---|---|---|
| **March 2022** | | | | | | | | |
| **Inmate Telephone System** | | | | | | | | |
| Collect | Local | 52 | 622 | $106.13 | $0.00 | $0.04 | $24.91 | $0.17 |
| | Intralata | 0 | 0 | $0.00 | $0.00 | $0.00 | $0.00 | N/A |
| | Interlata | 20 | 206 | $35.02 | $0.00 | $0.04 | $8.24 | $0.17 |
| | Interstate | 0 | 0 | $0.00 | $0.00 | $0.00 | $0.00 | N/A |
| | International | 0 | 0 | $0.00 | $0.00 | $0.00 | $0.00 | N/A |
| | Mobile Rate | 12 | 153 | $26.22 | $0.00 | $0.04 | $6.12 | $0.17 |
| | **Total** | **84** | **981** | **$167.37** | **$0.00** | **N/A** | **$39.27** | **$0.17** |
| Call Type | Lata | Call Count | Total Minutes | Total Revenue | Taxes | "Support Rate" (Per Minute) | Support Amount (Commission Paid) | Avg. Per-Minute Rate |
| Prepaid | Local | 1,307 | 6,484 | $1,130.51 | $52.88 | $0.04 | $259.36 | $0.17 |
| | Intralata | 322 | 1,336 | $253.41 | $10.60 | $0.04 | $53.44 | $0.19 |
| | Interlata | 798 | 4,488 | $790.63 | $36.61 | $0.04 | $179.52 | $0.18 |
| | Interstate | 3,395 | 22,634 | $3,933.01 | $1,361.77 | $0.04 | $905.36 | $0.17 |
| | International | 7 | 89 | $18.73 | $6.77 | $0.04 | $3.56 | $0.21 |
| | Mobile Rate | 13,124 | 86,189 | $14,956.38 | $676.80 | $0.04 | $3,447.56 | $0.17 |
| | Voicemail | 70 | 47 | $87.50 | $3.50 | $0.04 | $1.88 | $1.86 |
| | **Total** | **19,023** | **121,270** | **$21,170.17** | **$2,148.93** | **N/A** | **$4,850.68** | **$0.18** |
| Call Type | Lata | Call Count | Total Minutes | Total Revenue | Taxes | "Support Rate" (Per Minute) | Support Amount (Commission Paid) | Avg. Per-Minute Rate |
| All Calls | Local | 1,359 | 7,106 | $1,236.64 | $52.88 | $0.04 | $284.27 | $0.17 |
| | Intralata | 322 | 1,336 | $253.41 | $10.60 | $0.04 | $53.44 | $0.19 |
| | Interlata | 818 | 4,694 | $825.65 | $36.61 | $0.04 | $187.76 | $0.18 |
| | Interstate | 3,395 | 22,634 | $3,933.01 | $1,361.77 | $0.04 | $905.36 | $0.17 |
| | International | 7 | 89 | $18.73 | $6.77 | $0.04 | $3.56 | $0.21 |
| | Mobile Rate | 13,136 | 86,342 | $14,982.60 | $676.80 | $0.04 | $3,453.68 | $0.17 |
| | Voicemail | 70 | 47 | $87.50 | $3.50 | $0.04 | $1.88 | $1.86 |
| | **Total** | **19,107** | **122,252** | **$21,337.54** | **$2,148.93** | **N/A** | **$4,890.10** | **$0.18** |

| | |
|---|---|
| Total Gross Reported Revenue (Excluding Taxes): | $21,337.54 |
| Total Commission Paid: | $4,896.35 |
| Effective Commission Rate: | 23% |
| Average Daily Population: | 530 |
| Gross Revenue (Per-Inmate): | $40.26 |
| Commission Paid (Per-Inmate): | $9.24 |



| April 2022 | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Inmate Telephone System** | | | | | | | |
| Call Type | Lata | Call Count | Total Minutes | Total Revenue | Taxes | "Support Rate" | Support Amount | Avg. Per-Minute Rate |
| **Collect** | Local | 87 | 984 | $168.53 | $0.00 | $0.04 | $39.36 | $0.17 |
| | Intralata | 0 | 0 | $0.00 | $0.00 | $0.00 | $0.00 | N/A |
| | Interlata | 1 | 15 | $2.55 | $0.00 | $0.04 | $0.60 | $0.17 |
| | Interstate | 6 | 41 | $6.97 | $0.00 | $0.04 | $1.64 | N/A |
| | International | 0 | 0 | $0.00 | $0.00 | $0.00 | $0.00 | N/A |
| | Mobile Rate | 46 | 412 | $70.67 | $0.00 | $0.04 | $16.48 | $0.17 |
| | **Total** | **140** | **1,452** | **$248.72** | **$0.00** | **N/A** | **$58.08** | **$0.17** |

| Call Type | Lata | Call Count | Total Minutes | Total Revenue | Taxes | "Support Rate" (Per Minute) | Support Amount (Commission Paid) | Avg. Per-Minute Rate |
|---|---|---|---|---|---|---|---|---|
| **Prepaid** | Local | 980 | 4,999 | $874.84 | $39.08 | $0.04 | $199.96 | $0.18 |
| | Intralata | 191 | 1,015 | $183.02 | $8.60 | $0.04 | $40.60 | $0.18 |
| | Interlata | 1,006 | 5,955 | $1,046.44 | $48.34 | $0.04 | $238.20 | $0.18 |
| | Interstate | 3,142 | 20,800 | $3,591.36 | $1,207.12 | $0.04 | $832.00 | $0.17 |
| | International | 9 | 138 | $29.04 | $9.99 | $0.04 | $5.52 | $0.21 |
| | Mobile Rate | 14,273 | 94,749 | $16,382.39 | $747.58 | $0.04 | $3,789.96 | $0.17 |
| | Voicemail | 29 | 28 | $36.25 | $1.45 | $0.04 | $1.12 | $1.29 |
| | **Total** | **19,630** | **127,684** | **$22,143.34** | **$2,062.16** | **N/A** | **$5,107.36** | **$0.18** |

| Call Type | Lata | Call Count | Total Minutes | Total Revenue | Taxes | "Support Rate" (Per Minute) | Support Amount (Commission Paid) | Avg. Per-Minute Rate |
|---|---|---|---|---|---|---|---|---|
| **All Calls** | Local | 1,067 | 5,983 | $1,043.37 | $39.08 | $0.04 | $239.32 | $0.17 |
| | Intralata | 191 | 1,015 | $183.02 | $8.60 | $0.04 | $40.60 | $0.18 |
| | Interlata | 1,007 | 5,970 | $1,048.99 | $48.34 | $0.04 | $238.80 | $0.17 |
| | Interstate | 3,148 | 20,841 | $3,598.33 | $1,207.12 | $0.04 | $833.64 | $0.17 |
| | International | 9 | 138 | $29.04 | $9.99 | $0.04 | $5.52 | $0.21 |
| | Mobile Rate | 14,319 | 95,161 | $16,453.06 | $747.58 | $0.04 | $3,806.44 | $0.17 |
| | Voicemail | 29 | 28 | $36.25 | $1.45 | $0.04 | $1.12 | $1.29 |
| | **Total** | **19,770** | **129,138** | **$22,392.06** | **$2,062.16** | **N/A** | **$5,165.52** | **$0.18** |

| | |
|---|---|
| Total Gross Reported Revenue (Excluding Taxes): | $22,392.06 |
| Total Commission Paid: | $5,165.52 |
| Effective Commission Rate: | 23% |
| Average Daily Population: | 530 |
| Gross Revenue (Per-Inmate): | $42.25 |
| Commission Paid (Per-Inmate): | $9.75 |

**(May 2022 Report Not Provided)**



| | | | | June 2022 | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | Inmate Telephone System | | | | |
| Call Type | Lata | Call Count | Total Minutes | Total Revenue | Taxes | "Support Rate" (Per Minute) | Support Amount (Commission Paid) | Avg. Per-Minute Rate |
| Collect | Local | 84 | 806 | $138.25 | $0.00 | $0.04 | $32.24 | $0.17 |
| | Intralata | 0 | 0 | $0.00 | $0.00 | $0.00 | $0.00 | N/A |
| | Interlata | 22 | 226 | $38.61 | $0.00 | $0.04 | $9.04 | $0.17 |
| | Interstate | 1 | 2 | $0.34 | $0.00 | $0.04 | $0.08 | N/A |
| | International | 0 | 0 | $0.00 | $0.00 | $0.00 | $0.00 | N/A |
| | Mobile Rate | 52 | 527 | $90.22 | $0.00 | $0.04 | $21.08 | $0.17 |
| | Total | 159 | 1,561 | $267.42 | $0.00 | N/A | $62.48 | $0.17 |
| Call Type | Lata | Call Count | Total Minutes | Total Revenue | Taxes | "Support Rate" (Per Minute) | Support Amount (Commission Paid) | Avg. Per-Minute Rate |
| Prepaid | Local | 943 | 4,489 | $784.76 | $37.25 | $0.04 | $179.56 | $0.17 |
| | Intralata | 263 | 1,038 | $197.60 | $7.95 | $0.04 | $41.52 | $0.19 |
| | Interlata | 833 | 5,032 | $879.46 | $41.27 | $0.04 | $201.28 | $0.17 |
| | Interstate | 2,954 | 19,630 | $3,391.27 | $1,155.16 | $0.04 | $785.20 | $0.17 |
| | International | 5 | 25 | $5.25 | $1.80 | $0.04 | $1.00 | $0.21 |
| | Mobile Rate | 13,262 | 89,536 | $15,447.45 | $710.27 | $0.04 | $3,581.44 | $0.17 |
| | Voicemail | 16 | 16 | $31.23 | $1.25 | $0.04 | $0.64 | $1.95 |
| | Total | 18,284 | 119,766 | $20,737.02 | $1,954.95 | N/A | $4,790.64 | $0.18 |
| Call Type | Lata | Call Count | Total Minutes | Total Revenue | Taxes | "Support Rate" (Per Minute) | Support Amount (Commission Paid) | Avg. Per-Minute Rate |
| All Calls | Local | 1,027 | 5,295 | $923.01 | $37.25 | $0.04 | $211.80 | $0.17 |
| | Intralata | 263 | 1,038 | $197.60 | $7.95 | $0.04 | $41.52 | $0.19 |
| | Interlata | 855 | 5,258 | $918.07 | $41.27 | $0.04 | $210.32 | $0.17 |
| | Interstate | 2,954 | 19,632 | $3,391.61 | $1,155.16 | $0.04 | $785.28 | $0.17 |
| | International | 5 | 25 | $5.25 | $1.80 | $0.04 | $1.00 | $0.21 |
| | Mobile Rate | 13,314 | 90,063 | $15,537.67 | $710.27 | $0.04 | $3,602.52 | $0.17 |
| | Voicemail | 25 | 16 | $31.23 | $1.25 | $0.04 | $0.64 | $1.95 |
| | Total | 18,443 | 121,327 | $21,004.44 | $1,954.95 | N/A | $4,853.15 | $0.18 |

| | |
|---|---|
| Total Gross Reported Revenue (Excluding Taxes): | $21,004.44 |
| Total Commission Paid: | $4,853.15 |
| Effective Commission Rate: | 23% |
| Average Daily Population: | 530 |
| Gross Revenue (Per-Inmate): | $39.63 |
| Commission Paid (Per-Inmate): | $9.16 |



## EXHIBIT C - Sample Inmate Communications Agreement

## NCIC CORRECTIONAL COMMUNICATIONS SERVICE SUBSCRIBER AGREEMENT

### CORRECTIONAL TELEPHONE SERVICES, VIDEO VISITATION SERVICES, MESSAGING, TABLETS AND RELATED COMMUNICATIONS SERVICES FOR INCARCERATED PERSONS

**CONTRACT BETWEEN <u>YELLOWSTONE COUNTY SHERIFF'S OFFICE</u> AND <u>NETWORK COMMUNICATIONS INTERNATIONAL CORP. dba NCIC COMMUNICATIONS.</u>**

This NCIC Correctional Communications Service Subscriber Agreement ("Agreement") is made this <u>12th day of September, 2022 ("Effective Date"),</u> by and between NCIC Communications (Provider), a Texas corporation, having its principal place of business at <u>607 E Whaley St., Longview, Texas 75601</u>, and Yellowstone County Sheriff's Office ("Subscriber") having its principal place of business at:

Address: <u>3165 King Avenue East</u>

City, State & Zip Code: <u>Billings, Montana 59191</u>

Contact: _____

Phone: <u>(406) 256-6881</u>

Email address: _____

### WITNESSETH

**Whereas,** Subscriber is the governmental or private entity responsible for the management, supervision, custody, protective care and control of 1) incarcerated persons housed in the following jail(s) and/or prison(s):

**3165 King Ave E,**
**Billings, MT 59101**

(the jail(s) and/or prison(s) are referred to in this Agreement as the "Facility" or "Facilities") and 2) all buildings, grounds, property and matters connected with the Facility or Facilities.

**Whereas,** Provider is qualified and willing to provide Subscriber with the InTouch Correctional Communications System for correctional telephone, video visitation, messaging and related communication services for incarcerated populations;

**Now, therefore,** in consideration of the mutual benefits to be derived hereby, Subscriber and Provider do hereby agree as follows:

### I.      TERM

This Agreement shall begin on the Effective Date and continue in full force and effect for a period of three (3) years from such date ("Initial Term") and will automatically renew under the same terms and conditions for four (4) additional terms of one (1) year each ("Renewal Terms") if notice of non-renewal is not received at least ninety (90) days prior to the completion of the Initial Term. Upon completion of the Initial and Renewal Terms, this Agreement shall continue in full force and effect for additional periods of twelve (12) months each if no action is taken by either Party.



## II.     TERMINATION

Subscriber may terminate this Agreement for cause, pursuant to the provisions of Paragraph IV(A). Provider shall have the right to terminate this Agreement pursuant to the provisions of Paragraph IV(A).

## III.    COMMUNICATIONS SYSTEMS FOR INCARCERATED POPULATION

### A.     Installation of Correctional Communications System

Provider shall provide to Subscriber, at no cost, a fully operational, high-security and reliable Correctional Communications System to be installed at the Facility. The system provided to Subscriber shall include all equipment, installation, infrastructure and network, training, operation, ongoing repairs and maintenance of the entire system and its components which, at a minimum, shall meet Subscriber's requirements and be in compliance with any industry standard. The Correctional Communications System shall, depending on the requirements of Subscriber, be capable of providing traditional correctional telephone service, both on-site (standard) and off-site (remote) visitation sessions, educational and communication tablets well as a range of complementary paperless applications such as secure electronic messaging, tickets / kites, digital mail delivery and access to approved third-party applications based on the preferences and allowances of Subscriber.

### B.     Provider's Responsibilities

Provider shall be responsible for the following regarding the Correctional Communications System:

1.  Adhering to any and all municipal, state or federal requirements for equipment installation, certification, training or registration during the life of the Agreement;

2.  Complying with all FCC regulatory requirements and any other requirements imposed by local, state and federal regulatory agencies for all correctional communications and related services provided throughout the duration of the Agreement;

3.  Making any system modifications necessary to allow incarcerated persons to participate in calls, video visits and secure messaging in compliance with any industry standards or requirement change(s) at no cost to Subscriber;

4.  Complying with and updating the Correctional Communications System for any regulatory changes and requirements during the life of the Agreement. These changes include federal, state or local municipal regulatory changes. These changes shall be made within a reasonable time frame at no cost to Subscriber;

5.  Providing a comprehensive Correctional Communications System that will allow for all required call types, video visitations and secure messages;

6.  Providing a Correctional Communications System which includes, but is not limited to, system infrastructure, network, database, servers, call / video processors, digital and analog communications circuits, telecommunications capabilities, monitoring and recording functionality, and any additional required system functionality;

7.  Installing new communications equipment at all included Facilities and any required station cabling as determined necessary;

8.  Providing systems and equipment that support the Facility's or Facilities' monitoring/security needs, including terminals and digital recording equipment as determined necessary;



9.  Providing a centralized database which shall contain all data elements necessary for provision of monitoring services, reporting and historical transaction information;

10. Providing personnel to include field repair/site technicians to perform oversight, operational assistance and preventative maintenance/repair to the communications equipment;

11. Providing ongoing maintenance, repair, replacement and/or upgrades of all equipment and systems as determined necessary to ensure adequate service delivery;

12. Providing all required training and instructional materials required for use of the telephone services as applicable to incarcerated persons, families, and/or Facility staff; and

13. Providing all related support services not otherwise indicated herein.

**C.    Correctional Communications System Installation**

As part of the installation process of the Correctional Communications System at the Facility, Provider shall:

1.  Provide all required materials, equipment, hardware, software and station cabling (where re-using existing station cabling is unavailable or new locations are required) for installation and maintenance of the Correctional Communications System;

2.  Wherever possible, re-use existing station cabling installed at each Facility for the Correctional Communications System. In cases where existing station cabling cannot be used, Provider shall install new station cabling (Category 6 minimum) at no cost. Any new cabling shall include wall plate, cross connection, patch cords, etc. as required. Provider shall comply with all applicable electrical codes;

3.  Comply with the security guidelines on institutional security policies; and

4.  Provide all coordination required with any local bandwidth provider and other carriers during installation and for the duration of the Agreement.

**D.    Correctional Communications System Functionality**

The system installed by Provider shall have the following functions:

1.  Be fully supported by an infrastructure which has the capability to provide specified services such as secure and real-time monitoring of all communications (phone, video and messaging);

2.  Be fully capable of completing on-site visitation sessions at no cost to the general public or incarcerated person; however, Provider will charge a per-minute rate for any off-site (remote) calls and visitation sessions connected;

3.  Provide security features which prevent unauthorized individuals from accessing any information held by Provider;

4.  Offer secured access to the system and the database for Subscriber's authorized users;

5.  Provide complete support of all systems and software necessary to ensure provision of services at all times for the duration of the Agreement, and;

6.  Ensure that informational flyers, placards or other media is provided to incarcerated population and visitors showing communication systems use instructions, rate information and any other information deemed essential to the utilization of the system.