**EXHIBIT 4**



ADVERTISEMENT

ADVERTISEMENT

# Video call systems see more use in county jails during COVID-19 pandemic



Keep the latest from games across East Texas. Watch Red Zone for highlights, scores and more.

By Jamey Boyum
Updated: Aug. 28, 2020 at 2:50 PM EDT

LONGVIEW, Texas (KLTV) - It has been some time since prisons and jails allowed in-person visits with inmates. And an international company based in Longview is addressing that issue with technology they had developed before the COVID-19 pandemic began.



KLTV's Jamey Boyum has more on the communication kiosks used by inmates.

KLTV's Jamey Boyum has more on the communication kiosks used by inmates

It's called NCIC and stands for Network Communications International Corporation. Many, including me, had no idea what happened inside the building, but Craig Storer, Director of Marketing at NCIC Communications, does.

"Primarily we're a provider of inmate communications. Traditionally, that's mainly meant regular inmate telephone service, but recently the industry has evolved to different formats of inmate communication. So now, of course, it's video visitation, inmate messaging, we have some complimentary applications that support that. And then some auxiliary services like grievances and medical requests, and pretty much anything you can do on some of these kiosks that you've seen," Storer said.

**Most Read**


Severe weather brings hail damage to Rusk County


OSHA fines Joyce Crane in connection with 2022 employee death


Overturned 18-wheeler stalls traffic outside Hideaway on Interstate 20


Gregg County Sheriff's Office investigating suspicious device found in trailer


Longview man dies from recent shooting injuries

ADVERTISEMENT

For 25 years the Longview company has supplied hundreds of facilities around the U.S. and eight other countries with tough phones. But now the "phones" called kiosks, have video communication with the outside world:

"Really wherever they have an internet connected device they can securely visit with their incarcerated loved ones," Storer said.

Thursday, the Marion County Jail got connected according to Jail Administrator Shelia Stokes. She feels family communication has a calming effect.

"Because we don't have the on-site visitation, it makes for a happier person I believe; both sides. It's not just the inmates, the parents miss the kids, too," Stokes said.



ADVERTISEMENT

The phones are actually tablets mounted inside a tamper-proof frame, with a handset. So yes, it will transfer photos or text messages and can be used to place commissary orders. That eliminates paperwork, and:

"Just on the eighth of this month we deployed an inmate mail scanning application right here in the Gregg County Jail in Longview," Storer said.

That eliminates paper coming in from outside, which can cut back on contraband, because from time to time even paper can:

"Bring things into a correctional facility that shouldn't be there; paper being soaked in various substances and that sort of thing," Storer said.

ADVERTISEMENT

The COVID-19 pandemic has made visitation a challenge, but now many inmates can still have a face-to-face visit on a secure stream.

Charges can be paid by inmates or family. Calls cost 30 cents a minute, messages are 25 cents for 150 to 200 characters and pictures are 35 cents each.

Copyright 2020 KLTV. All rights reserved.


A Teaspoon On An Empty Stomach May Burn 12 Lbs Of Fat A Week
Women's Health News | Sponsored


Silence Tinnitus by Doing This Once Daily - It's Genius
Healthy Guru | Sponsored


**Heart Surgeon Begs Americans: "Stop Doing This To Your Fruit"**
The top 3 common foods that you would have never guessed were the cause of your fatigue.
Gundry MD | Sponsored


**Dexcom G7®: The Most Accurate CGM System**
See your glucose numbers 24/7 with the new Dexcom G7. Most people forget it is on their …
Dexcom | Sponsored


**This Vegetable Will Kill Your Belly And Arm Fat Overnight!**
Health Today News | Sponsored


The Average Cost Of A Walk-In Tub If You're Over 65
Senior Bath Solution | Sponsored


DC Homeowners: Your Garage Will Never Look The Same Thanks To This 1-Day Transformation
Renuity Garage Coating | Sponsored

### Latest News

 Overnight storm topples tree onto South Tyler apartment

 Several houses in Shelby County damaged by storm

 Thursday's Weather: Scattered showers remain possible throughout the morning

 Severe thunderstorms to bring large hail to Angelina County

 Severe weather brings hail damage to Rusk County


**New Cypress frames from Shady Rays are inspired by nature with vintage…**
Sunglasses perfect for the outdoors, because we'll replace them if they are Lost or Broken.
Shady Rays | Sponsored
[Learn more]


**This New CPAP Can Do What...**
AirSense 11: The World's Newest And Most Advanced CPAP
The Easy Blog by EasyBreathe.com | Sponsored


**Cardiologists: Overweight? Do This Before Bed**
Healthy Guru | Sponsored


Shady Rays New Cypress Collection
Shady Rays | Sponsored


The Actual Cost of Gutter Replacement May Surprise You
leaffilterusa.com | Sponsored


**This Year's Kia Lineup Is Turning Heads -- And Finally On Sale!**
Best Kia Offers + Deals
Best Kia Deals | Search Ads | Sponsored
[Learn More]


**Amazon hates when you do this (but can't stop you)**
Capital One Shopping | Sponsored
[Read More]


**Weight Loss After 55 Comes Down To This Simple Greek Method**
Here is a simple breakfast juice method to boost metabolism and drop unwanted pound…
Health Truth Finder | Sponsored
[Watch Now]


How To Empty Your Bowels Every Morning (It's…


Electric Companies Will Hate You for Doing This,…

















### Dad turns 19-year-old son in to authorities after killing mom, sheriff says
KLTV



**This Simple Method To Keep Blood Sugar Below 100**
health-matters | Sponsored



**Here's How To Fly Business Class For The Price of Economy**
Business Class Flights | Search Ads | Sponsored



**Experts Say This $59 Smartwatch Is a Must For Seniors**
Breaking: Seniors Finally Get A Smartwatch They Love. And The Health Benefits Alone A…
Top Gadget World | Sponsored — Learn More



**These are the Burberry glasses everyone is talking about**
Sale Alert! Freshen up your eyewear collection with our limited time offer.
GlassesUSA.com | Sponsored — Shop Now



**2 Camp Lejeune Injuries That May Pay Over 1 Million**
Quiz: See If you Qualify For Camp Lejeune Compensation
injuryclaimsservice.com | Sponsored — Learn More



**Is A New Walk-in Tub Covered For Seniors? Find Out Here**



**Limited time offer - Versace glasses are now on sale**