**EXHIBIT 12**

Infringement Claim Chart – U.S. Patent No. 9,030,292                                        Exhibit 12

PAGE 1

| Elem | Claim | |
|---|---|---|
| [1.P] | 1. A system for providing services to a secure facility, the system comprising: | On information and belief, JACS Solutions ("JACS") manufactures, sells, and delivers customized hardware and software that it specifically intends, directs, and encourages to be used in a system for *providing services to a secure facility*. One such system that deploys JACS's hardware and software is NCIC's InTouch Communications Suite.<br><br><br>NCIC's proposed tablets are entirely customized and manufactured with a heavy-duty exterior which is specifically designed for a correctional environment, allowing it to withstand a shock and/or drop test onto concrete. NCIC has used similar grade materials to the kinds used in bullet resistant glass, windows in correctional facilities, military applications, etc. This case protects the tablet from tampering, general damage, and contraband storage. NCIC has only allowed access through this secure case to critical hardware buttons such as the power button, volume buttons, and headphone jack. NCIC's proposed tablet is a JACS TG801 8" Android Rugged Tablet, designed specifically for correctional environments. The following are the technical specifications for NCIC's proposed tablet hardware.<br><br>Exhibit 2, Yellowstone County RFP, 14. |

Infringement Claim Chart – U.S. Patent No. 9,030,292                                    Exhibit 12
PAGE 2

| | | |
|---|---|---|
| | | **NCIC Handheld Tablet Specs** |
| | | CPU — RK3368H, Cortex-A53 Octa Core 64 bit 1.5GHz |
| | | RAM/ROM — 2 GB / 32 GB |
| | | Operating System — Google Android 7.1.2 Nougat |
| | | Display — 8" LCD panel, 800 x 1280 pixels, 5-Point Capacitive Touch Screen |
| | | Camera — Front 5.0MP |
| | | WLAN — 802.11 a/b/g/n/ac 2.4GHz/5GHz |
| | | Bluetooth — Bluetooth 4.1 |
| | | Other Network — Compatible with JACS POE adapter |
| | | RFID — 860 - 960MHz |
| | | NFC — Supported |
| | | FM — Supported |
| | | I/O Interface — 3.5mm earphone jack, Power button, Volume +/-, DC Port, MicroUSB 2.0 x 1, High quality speaker 1W x 2 |
| | | Wireless Charging — Supported, 5V/1.2A |
| | | Battery — 8000mAh Polymer Lithium-Ion battery |
| | | DC — Input: 100-240VAC, 50-60Hz; Output: USB 5V/2A DC |
| | | Weight — Unit (without packaging) 758.2g / 1.67lb |
| | | Dimensions — L(24.9) * W(147) * D(22.3) mm / L(9.52") * W(5.79") * D(0.88") |
| | | Accessories — Power Adapter, Wireless Charger (Optional) |
| | | Exhibit 2, Yellowstone County RFP, 15. |

Infringement Claim Chart – U.S. Patent No. 9,030,292          Exhibit 12
PAGE 3



Exhibit 41, 2018 Photos, 2.

NCIC's InTouch Communications Suite provides *services* via the InTouch Communications Suite.

NCIC is proposing our proven InTouch communications suite for the Yellowstone County Detention Facility, including all phone, kiosk and tablet-based technologies as outlined herein. By choosing NCIC as the trusted service provider for the YCDF, the agency will benefit from being on the same administrative and investigative platform as many other facilities across the United States and another nine countries.



Exhibit 2, Yellowstone County RFP, 2.

One example service provided by InTouch Communications Suite is "Video Visitation."

Infringement Claim Chart – U.S. Patent No. 9,030,292                                    Exhibit 12
PAGE 4

> **NCIC's "Proposal at a Glance" for YCDF:**
> ✓ Significant reduction in rates for phone calls, messaging, and video visitation.
> ✓ Complete package of services being proposed:
>   o Telephone Service
>   o Video Visitation (off-site and, if needed, on-site)
>   o Secure Messaging
>   o Free Educational / Communications Tablets (minimal staff involvement needed)
>   o Mail Scanning (for contraband reduction)
>   o Ticketing (grievances / requests / kites)
>   o **Incentive-Based Offerings:**
>       To assist with the operation of the Facility, NCIC will be offering the ability for YCDF personnel to provide extended (or free) access to things like video visits, phone calls, messaging, or entertainment material, for Trustee inmates or for otherwise rewarding good inmate behavior, at the discretion of Facility personnel. NCIC will offer this ability at no cost (or commission deduction).

Exhibit 2, Yellowstone County RFP, 2-3.

NCIC offers the InTouch Communications Suite to *secured facilities*.

> **NCIC** currently holds correctional communications contracts that underpin the services provided to more than 800 separate confinement facilities. NCIC contracts with all types of confinement facilities including county jails, police departments, private and state prisons, re-entry facilities and juvenile facilities. NCIC has provided a sample agreement as part of our overall proposal as Exhibit C.

Exhibit 2, Yellowstone County RFP, 6.

The system includes fully centralized, web-based platforms.

> 2. **System Application and Management**
>    A. Structure and Security
>       A. The system's user interface shall be a web-based, easy to use application that is available securely from anywhere at any time remotely. If there are functions that cannot be performed remotely, vendor must clearly describe any limitations.
>
>       **NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**
>
>       NCIC's systems are fully centralized, web-based platforms and were created using the newest technology in web development tools. The systems are compatible with any internet-enabled computer and various web browsers including Microsoft Edge, Google Chrome (recommended), Safari and Firefox, and more. All functions of the systems are accessible 24/7/365 via any internet-enabled computer, tablet, or smart-phone, allowing authorized users access throughout the platform based on their level of access authorization. The systems provide multiple tiered security access levels based on the YCDF's specific needs.



Infringement Claim Chart – U.S. Patent No. 9,030,292                                         Exhibit 12

PAGE 5

| | | Exhibit 2, Yellowstone County RFP, 17. |
|---|---|---|
| [1.1] | a kiosk located at a secure facility,<br><br>the kiosk comprising a processor, display, speaker, microphone, and a camera; and | NCIC's InTouch Communications Suite includes *a kiosk located at the secure facility*. These kiosks include tablets specifically manufactured and designed by JACS to be used in NCIC's InTouch Communications Suite.<br><br>NCIC's proposed tablets are entirely customized and manufactured with a heavy-duty exterior which is specifically designed for a correctional environment, allowing it to withstand a shock and/or drop test onto concrete. NCIC has used similar grade materials to the kinds used in bullet resistant glass, windows in correctional facilities, military applications, etc. This case protects the tablet from tampering, general damage, and contraband storage. NCIC has only allowed access through this secure case to critical hardware buttons such as the power button, volume buttons, and headphone jack. NCIC's proposed tablet is a JACS TG801 8" Android Rugged Tablet, designed specifically for correctional environments. The following are the technical specifications for NCIC's proposed tablet hardware.<br><br>Exhibit 2, Yellowstone County RFP, 14.<br><br>✓ **Complete package of equipment** being proposed (phones, wall-mounted kiosks, and tablets).<br>○ NCIC has avoided the "tablet only" and "kiosk only" scenarios, which are being pitched by certain Providers to save money on equipment and installations. This scenario is troublesome….NCIC proposes *all three hardware options* for maximum coverage.<br>○ NCIC is *not* proposing any reduction in the existing equipment counts (phones and tablets) and proposes to install *at least* the same amounts of equipment (with brand new hardware).<br>○ NCIC is proposing (if required by YCDF) a 1:1 inmate – tablet ratio, *from day one of operation*, to ensure adequate coverage and avoid any issues associated with access to tablets and programming.<br>○ NCIC's proposed Tablets are heavily geared towards education, rehabilitation, and programming, and offered at **no cost** to the Agency and residents (there are no device rental fees, and *all* programming is offered at no cost).<br>○ Free provision of NCIC's "Learn2Earn" educational and rehabilitative platform.<br><br>Exhibit 2, Yellowstone County RFP, 3. |

Infringement Claim Chart – U.S. Patent No. 9,030,292                              Exhibit 12
PAGE 6

<table>
<tr><td></td><td></td><td>

#### 7. Inmate Tablets

The facility is interested in systems that provide tablet computers to inmates for educational and entertainment purposes.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

The proposed tablet has a heavy-duty exterior which is specifically designed for a correctional environment, allowing it to withstand a shock and/or drop test onto concrete. NCIC has used similar grade materials to the kinds used in bullet resistant glass, windows in correctional facilities, military applications, etc. This case protects the tablet from tampering, general damage, and contraband storage. NCIC has only allowed access through this secure case to critical hardware buttons such as the power button, volume buttons, and home button. Please see sample image of a NCIC tablet.



The proposed Inmate Tablet solution operates on a dedicated Wi-Fi network that does not allow access to external networks, websites, or applications. The tablet's wireless solution has various components that can be either wired to an extended switched ethernet network or can be fully meshed with other existing access points. At no time, will inmates be able to access the Operating Systems of the proposed Inmate Tablet solution. Prior to being deployed in correctional facilities, the proposed Tablets are subject to strenuous Penetration Testing methodologies to ensure that they are suitable for deployment in a correctional environment.

The proposed Tablets are essentially an extension of NCIC's wall-mounted kiosks, capable of offering video visitation services (if needed), standard inmate phone calling, messaging, grievances/ticketing, educational & rehabilitation program services, entertainment options, commissary ordering, inmate handbooks, law library, medical/mental health sick call requests; digital mail services and various other services, based on the preferences of facility administration.

Exhibit 2, Yellowstone County RFP, 66.

# Hardware and Firmware Customization

Our innovative approach to customization of hardware, firmware, and software maximizes both physical and data security of devices and provides technology managers with total control over what users and applications connect to their networks.

Exhibit 23, JACS Website 2, 3.

</td></tr>
</table>

Infringement Claim Chart – U.S. Patent No. 9,030,292                                Exhibit 12
PAGE 7

---

**CUSTOM BUILD ANDROID OPERATING SYSTEM**

JACS Solutions' customers have the option to have a customized Android OS created just for their business. The result? A highest level of device security, and a fast configuration-free deployment process.

Alternatively, customers can utilize their existing third-party MDM and configure their apps in the user partition. This approach is appropriate for businesses who don't desire the utmost level of device security, and who wish to continue using their existing process of working through a third-party MDM.

With a custom build device firmware:

- Apps can be installed to the system partition so they cannot be removed or modified
- Bloatware and unwanted consumer applications are removed from the OS build, minimizing vulnerabilities
- System UI apk and AD-Verity Security in Android can be modified to provide higher level of security
- Custom flash storage partitioning is performed to enhance device performance
- A custom launcher can be integrated to lock the device into a "kiosk mode" to prevent access to unauthorized applications
- Boot screen image, customer logo and customized wallpaper can be displayed during device boot up to increase brand awareness
- The custom build firmware is loaded on each device before shipping

Exhibit 21, JACS Website Archive, 2.

# Reducing recidivism among the incarcerated with secure wireless technologies



Providing connections to family members, loved ones, and support networks

Remaining connected to the outside world is a crucial part of the rehabilitation process for the incarcerated. Providing the interned with safe ways to communicate with their family, friends, and loved ones—as well as legal counsel, educational programs, and employment opportunities— reduces recidivism. The custom-built devices used in this challenging environment must prioritize connectivity while remaining digitally and physically secure.

Exhibit 22, JACS Website 1, 1.



## Challenge

Time doesn't stop for people serving sentences in federal and state correctional facilities. A critical component to reducing recidivism, improving mental and physical health, and promoting reform and rehabilitation is offering services that maintain contact between incarcerated people and their families. However, in many instances people serve their time far from home where visitation access is limited. As a supplement to in-person visitation, facilities are adopting video calling and emerging technologies as a way to maintain a positive association between family contact and outcomes including in-prison behavior, measures of health, and re-conviction after release.

Correctional technology partners delivering these services for penal institutions require uniquely customized devices that can be trusted in the hands of prisoners and are engineered to prioritize security, prohibit tampering, and eliminate non-traditional or harmful use. Due to the challenging environment in which these devices are being deployed, technology partners need a connected device that can operate on private networks and in secure facilities where it sees heavy use.

Exhibit 22, JACS Website 1, 2.

Infringement Claim Chart – U.S. Patent No. 9,030,292

Exhibit 12

PAGE 8



For 25 years the Longview company has supplied hundreds of facilities around the U.S. and eight other countries with tough phones. But now the "phones" called kiosks, have video communication with the outside world:

"Really wherever they have an internet connected device they can securely visit with their incarcerated loved ones," Storer said.

Thursday, the Marion County Jail got connected according to Jail Administrator Shelia Stokes. She feels family communication has a calming effect.

"Because we don't have the on-site visitation, it makes for a happier person I believe; both sides. It's not just the inmates, the parents miss the kids, too," Stokes said.

The phones are actually tablets mounted inside a tamper-proof frame, with a handset. So yes, it will transfer photos or text messages and can be used to place commissary orders. That eliminates paperwork, and:

"Just on the eighth of this month we deployed an inmate mail scanning application right here in the Gregg County Jail in Longview," Storer said.

That eliminates paper coming in from outside, which can cut back on contraband, because from time to time even paper can:

"Bring things into a correctional facility that shouldn't be there; paper being soaked in various substances and that sort of thing." Storer said.

Exhibit 4, KLTV News Article, 2.

JACS manufactures and sells customized JACS tablets used by NCIC that include a *processor, display, speaker, microphone, and a camera.*

**General characteristics**
- CPU: Rockchip 3128 Cortext A7, 1. 3 GHz. *processor* operating system ANDROID 5. 1.
- 7 screen " " LCD touch screen, resolution 1024 * 600 pixels. *display*
- 16 GB of memory for storage supports 128MB - 32GB external memory TF.
- Support for video, audio, pictures, E-books, etc. *speaker*
- Support for WiFi over 3 G WI FI USB or Dongle.
- Dual camera: front: 0.3 m pixels; Trasera: 2. 0 M pixel *camera*
- Several applications are available for the operating system ANDROID 5.0.
- Record sound through the built-in microphone *microphone*
- Supports g-sensor screen that detects when the screen is rotated to adjust the image
- Supports several languages.

Exhibit 50, TG800 User Manual, 6.

Infringement Claim Chart – U.S. Patent No. 9,030,292

Exhibit 12

PAGE 9

| | | Technical specifications | |
|---|---|---|---|
| | | **Screen** | 7 inch capacitive touch screen.<br>Resolution: 1024 * 600 |
| | | **CPU** | Chipset: ROCKCHIP 3128 ; Processor: Cortex A7; Frequency: 1. 3 GHz |
| | | **RAM MEMORY** | DDR3: 1 GB |
| | | **Storage** | 16GB<br>Increase its capacity with external TF memory from 128MB to 32 GB. |
| | | **Operating system** | Android 5. 1 |
| | | **Network** | **Wi-Fi** : Integrated Wi-Fi module. IEEE 802.11a/b/g/n. |
| | | **Applications** | Applications in APK format |
| | | **Video** | AVI, MOV, MP4, ASF, 3GP, TS, MKV, MPEG, etc. |
| | | **Music** | MP3, APE, FLAC, AAC, OGG, etc. |
| | | **Photos** | JPG, BMP, PNG, TIFF, etc. |
| | | **E-books** | TXT, PDF, CHM, HTML, PDB, UMD, FB2, LRC, EPUB. |
| | | **Office formats** | Supported formats: Word, Excel, PDF, etc. |
| | | **PC connection** | micro USB2.0 x 1 |
| | | **Battery** | Lithium battery: 2500 mAh. |
| | | Exhibit 50, TG800 User Manual, 6-7. | |
| [1.2] | a server that communicates with the kiosk via a network connection,<br><br>the server comprising a server processor, a network interface unit, and a computer memory; | NCIC's InTouch Communications Suite is a web-based platform in which *a server communicates* with the JACS tablets (*e.g.*, *a kiosk*) *via a network connection*.<br><br>6.   Providing a Correctional Communications System which includes, but is not limited to, system infrastructure, network, database, servers, call / video processors, digital and analog communications circuits, telecommunications capabilities, monitoring and recording functionality, and any additional required system functionality;<br><br>Exhibit 2, Yellowstone County RFP, 127. | |

Infringement Claim Chart – U.S. Patent No. 9,030,292                                   Exhibit 12
PAGE 10



**Connected**

Stay connected in any environment on public mobile, private LTE, or Wi-Fi networks and fixed or wireless machine-to-machine communication.

Exhibit 27, JACS Website 6, 1.

**How does JACS help me with security and privacy?**                    −

JACS understands that data security and privacy are critical concerns in a connected world and that your business cannot accept unnecessary risks. That's why we offer many security and privacy-related capabilities including locking down device firmware; enabling or disabling Google Management Services (GMS), and providing secure modes of connectivity like LTE and Wi-Fi. Our team of engineers and solutions architects will work closely with you to understand what is needed in your JACS-built solution.

Exhibit 24, JACS Website 3, 3.

c.  Describe in detail, the system's compatibility with consumer hardware and operating systems, including known limitations.

XINGIC RESPONSE: READ, AGREE, AND WILL COMPLY.

The proposed VVS is entirely web-based and requires no specific hardware or operating system in order to allow for a video visitation to take place. There are no known limitations through our VVS; although, a reliable internet connection is required in order for the system to operate optimally.

Exhibit 2, Yellowstone County RFP, 50.

Infringement Claim Chart – U.S. Patent No. 9,030,292                                        Exhibit 12
PAGE 11

> **System Overview**
> 1. **Inmate Communication System**
>    a. The proposed system must meet the communication needs for inmates housed in the Yellowstone County Detention Facility, by providing telephone service, video visitation, text-based messaging, and electronic submission of inmate forms.
>
>    ✦NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.
>
>    NCIC is proposing an all-encompassing Inmate Telephone System, Kiosk System, and Tablet System including all related software, hardware and network components, customer and facility support, and ongoing maintenance. The proposed systems are highly configurable and customizable based on the specific requirements of the County. NCIC is fully responsible for all costs associated with the complete installation and ongoing maintenance of the proposed Communications Systems. NCIC's proposed platforms are fully turnkey Communications Systems and service solutions which include all technologies, network installation requirements, wiring, software, and all necessary equipment, service, and maintenance. All items listed above shall be provided to Yellowstone County at no cost. NCIC will assume all costs associated with the proposed Communications Systems, including initial installation and on-going service and support.

Exhibit 2, Yellowstone County RFP, 12.

> c. The vendor shall provide secure access for all inmate services, and under no circumstance, allow inmates to access to unmonitored or unsecured services, internet, or networks.
>
> ✦NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.
>
> Upon YCDF approval, NCIC will install and maintain its own independent, secure network for use with all communications devices in the Facility. NCIC utilizes firewalls and Access Control Lists on all network hardware, preventing access to unwanted sites/sources by devices utilizing the network as well as to prevent access and intrusions from outside devices.

Exhibit 2, Yellowstone County RFP, 15.

On information and belief, the centralized web-based solution employs a server *comprising a server processor, a network interface unit, and a computer memory.*

> B. The proposed system shall be password protected, with tiered security access levels, to permit only county personnel and their designees.
>
> ✦NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.
>
> The proposed platforms are wholly centralized, with all core functions managed at company headquarters in Longview, Texas. Authorized users of the platforms can log in and use the systems from anywhere, on any device, with the appropriate login credentials (a secure Username and Password). The proposed Communications Services support multiple levels of password protected access, so all Authorized Users only have access based on their individual level of authority, and do not have access to the entire functionality of the systems. Please see the sample User Setup screenshots with multiple user permission options, below.

Infringement Claim Chart – U.S. Patent No. 9,030,292                                     Exhibit 12
PAGE 12

| | | |
|---|---|---|
| | | Exhibit 2, Yellowstone County RFP, 17. |
| | | C. For security purposes, the system must be a centralized non-premise system that will keep all records (including telephone and visit recordings) secure and not require the need to be maintained at the facility. All records must be backed up and geographically disparate to minimize the risk of data loss to a catastrophic system failure. Describe in detail, system backup plans and system redundancy.  RESPONSE: READ, AGREE, AND WILL COMPLY. The proposed systems are fully centralized, web-based platforms with two geographically separate, redundant data storage centers, one in Longview, TX and a mirror (backup) location in downtown Dallas, TX. A tertiary level of backup is provided by Amazon's GovCloud services, which are designed to host the most sensitive data, and address the most stringent US government security and compliance requirements. Across all our separate storage solutions and considering the hundreds of facilities using our platform, the system is only running at approximately 25% capacity. All inmate telephone recordings are stored for the life of the contract (including any extensions) or longer if required and are available online for downloading at any time. Retention of call recordings is completely configurable, based on the needs of YCDF. The proposed system was the first inmate telephone service to use the Cloud to provide the utmost redundancy and security in call recording and call detail storage. Access to AWS GovCloud services is limited to vetted account holders that must be held by US citizens. |
| | | Exhibit 2, Yellowstone County RFP, 19. |

Infringement Claim Chart – U.S. Patent No. 9,030,292                                                Exhibit 12
PAGE 13

| | | |
|---|---|---|
| | | **2. System Application and Management**<br> A. Structure and Security<br>  A. The system's user interface shall be a web-based, easy to use application that is available securely from anywhere at any time remotely. If there are functions that cannot be performed remotely, vendor must clearly describe any limitations.<br><br>**NCICRESPONSE: READ, AGREE, AND WILL COMPLY.**<br><br>NCIC's systems are fully centralized, web-based platforms and were created using the newest technology in web development tools. The systems are compatible with any internet-enabled computer and various web browsers including Microsoft Edge, Google Chrome (recommended), Safari and Firefox, and more. All functions of the systems are accessible 24/7/365 via any internet-enabled computer, tablet, or smart-phone, allowing authorized users access throughout the platform based on their level of access authorization. The systems provide multiple tiered security access levels based on the YCDF's specific needs.<br><br>Exhibit 2, Yellowstone County RFP, 17.<br><br><br>Exhibit 16, NCIC Website Archive, 1. |
| [1.3] | the kiosk being configured to receive communications | The JACS tablet implemented in NCIC's InTouch Communications Suite *receives communications from the camera and microphone.* |

Infringement Claim Chart – U.S. Patent No. 9,030,292                                        Exhibit 12
PAGE 14

| | | |
|---|---|---|
| | from the camera and microphone and<br><br>transmit audio and video of the communications to the server via the network connection; | <br>Exhibit 2, Yellowstone County RFP, 49.<br><br>Exhibit 2, Yellowstone County RFP, 49.<br><br>The JACS tablet implemented in NCIC's InTouch Communications Suite then *transmits audio and video of the communications to the server via the network connection* so that the visitation sessions can be stored online. |

Infringement Claim Chart – U.S. Patent No. 9,030,292                                    Exhibit 12
PAGE 15



### The Total Inmate Telephone System
# Inmate Call Engine

The Inmate Call Engine platform runs exclusively on a VoIP-based centralized platform located in Longview, Texas so there is no need to install a server in your facility. NCIC sets the system up with an ample amount of bandwidth at the jail to allow all phones to be used simultaneously, so facilities will never experience call blocking during peak calling hours. Additionally, we utilized three separate outbound carriers from our switch which allows emergency roll-over in the case of one of our carriers having technical issues.

All changes made to the data, either directly or through the user interface, are recorded to the log along with the IP address and username of the person making the change. For increased security, database permissions are limited to only key personnel who have access to view or modify the data directly. Inmate Call Engine utilizes redundant Cisco® ASA Firewalls. These firewalls are constantly updated to ensure any known vulnerabilities are resolved.

Our network is PCI compliant which means the system undergoes quarterly scans to ensure there are no known vulnerabilities. Any issues found require immediate attention in order to maintain PCI compliance.

Exhibit 17, NCIC Website 1, 1-2.

E.  Video Recordings
    a.  All video visits, with the exception of privileged communications, must be recorded, stored online, accessible, and downloadable by the county for a minimum of one year from the date of the visit, and at no charge to the county.

        NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.

        All visit sessions are automatically recorded unless the visitor is flagged as a verified attorney visit (or as otherwise indicated by the facility). All stored visit recordings are available as specified by the Facility. Video storage is managed in the same fashion as phone recordings to ensure the integrity of the recordings. All recordings shall be protected from being purged and shall be stored online. Certain recordings can be separated and stored beyond the usual storage time allocation, if needed. Visit sessions and Visit Detail Records are always stored in at least three geographically separate locations to ensure maximum system redundancy. The length of time that recordings are stored is based on the preferences of the County.

Exhibit 2, Yellowstone County RFP, 52-53.

Infringement Claim Chart – U.S. Patent No. 9,030,292                    Exhibit 12
PAGE 16

C. For security purposes, the system must be a centralized non-premise system that will keep all records (including telephone and visit recordings) secure and not require the need to be maintained at the facility. All records must be backed up and geographically disparate to minimize the risk of data loss to a catastrophic system failure. Describe in detail, system backup plans and system redundancy.

XXXNCICRESPONSE: READ, AGREE, AND WILL COMPLY.

The proposed systems are fully centralized, web-based platforms with two geographically separate, redundant data storage centers, one in Longview, TX and a mirror (backup) location in downtown Dallas, TX. A tertiary level of backup is provided by Amazon's GovCloud services, which are designed to host the most sensitive data, and address the most stringent US government security and compliance requirements. Across all our separate storage solutions and considering the hundreds of facilities using our platform, the system is only running at approximately 25% capacity.

All inmate telephone recordings are stored for the life of the contract (including any extensions) or longer if required and are available online for downloading at any time. Retention of call recordings is completely configurable, based on the needs of YCDF.

The proposed system was the first inmate telephone service to use the Cloud to provide the utmost redundancy and security in call recording and call detail storage. Access to AWS GovCloud services is limited to vetted account holders that must be held by US citizens.

Exhibit 2, Yellowstone County RFP, 19.

d. All non-privileged inmate communications must be monitorable and recorded. Communications must be retained and archived for a minimum period of 3 years.

XXXNCICRESPONSE: READ, AGREE, AND WILL COMPLY.

The Live Monitoring feature allows authorized users to monitor all recorded phone calls and video visits. Multiple users can simultaneously and covertly monitor all calls and video visits, without affecting the ability of the system to record calls and video visits, or the quality of the call audio/video visits video & audio for the sessions participants (inmate and called party/visitor). Live Monitoring on the platforms allow for all recorded calls and video visits to be monitored and activity to be viewed in real-time. The Live Monitoring feature allows the authorized user to sort monitoring/call history by a large variety of search criteria. Following are sample screen shots of the Live Monitoring screen:

Exhibit 2, Yellowstone County RFP, 15.

Infringement Claim Chart – U.S. Patent No. 9,030,292                                    Exhibit 12
PAGE 17

c. Users must be able to search call recordings by inmate's name, date of call, location in facility call originated, and destination number.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

Our Call History and CDRs allow searching by partial destination numbers, call disposition, such as answering machine, no answer, busy line, call denied by caller, call blocked by caller, invalid PIN (when inmates are trying to hack PINs), invalid destination number, frequently called numbers and over 20 more options. The Call Detail screen shown below lists all calls that are placed/accepted in addition the report lists the date, time, and duration of all calls, local or long distance and even calls to commissary. Authorized users can customize their reporting based on areas of investigative interest.

Exhibit 2, Yellowstone County RFP, 39.



Exhibit 2, Yellowstone County RFP, 39.

d. Call recordings should be easily downloadable, by both individual recording, and batch downloads of multiple recordings by shared criteria (e.g., inmate's name, date of call, and housing unit).

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

The proposed system utilizes the innovative Briefcase feature for the collection, organization and sharing of call recordings. The powerful Call History tab provides the search, reporting and sorting requirements to easily find CDRs based on selected criteria. Authorized Users can easily add recordings to the Briefcase and manage downloads for saving in .zip files, ISO files, .wav formats and .mp3 formats for listening on all internet-connected devices such as PC's, laptops, tablets, and smartphones.

Exhibit 2, Yellowstone County RFP, 39.

Infringement Claim Chart – U.S. Patent No. 9,030,292

Exhibit 12

PAGE 18

> The Briefcase function allows for an unlimited number of designated recording folders that can be shared with other investigators or system users. Investigators can easily and quickly access calls to view, listen, share, download, etc. The Briefcase tab allows an investigator to choose other users within their agency or outside agencies by clicking on "Share" to view the user list, select user, click "Add," and click "Share" again. Authorized Users are appropriately notified that calls have been shared. Please see the sample screenshots on the following page depicting investigate Briefcase functionality.

Exhibit 2, Yellowstone County RFP, 40.



Exhibit 2, Yellowstone County RFP, 40.

Infringement Claim Chart – U.S. Patent No. 9,030,292                                Exhibit 12
PAGE 19

| | | |
|---|---|---|
| | | <br>Exhibit 2, Yellowstone County RFP, 40. |
| [1.4] | wherein the server records the audio and video and<br><br>transmits the audio and video to a destination; | NCIC's InTouch Communications Suite's centralized web-based system *records the audio and video*.<br><br>B. Inmate Video Visit Security<br>  a. The system must allow users to monitor and terminate active visits.<br>  NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.<br><br>  Upon acceptance, both parties are notified that "All visits are subject to monitoring and recording" (unless the visit is to a verified Attorney that has been added to the Privileged list, in which case, this standard warning is absent). All recordings and prompts are displayed in the language selected to navigate the kiosk and place the visit.<br><br>  All video visitations sessions are automatically encrypted and recorded from the beginning of the session. All systems utilize Amazon's S3 (Simple Storage Solution) storage services where recordings are stored in a minimum of 3 separate locations and encrypted in AWS' proprietary encryption code.<br><br>Exhibit 2, Yellowstone County RFP, 47. |

Infringement Claim Chart – U.S. Patent No. 9,030,292                                         Exhibit 12
PAGE 20

> All information and recordings are stored in geographically separate redundant backup
> locations to ensure 100% reliability. The primary data center is located in Longview, TX and
> backed up at our "mirror location" in downtown Dallas, TX. As a tertiary level of protection,
> all recordings and call details are stored with Amazon's GovCloud, which is designed to host
> the most sensitive data and address the most stringent US government security and
> compliance requirements. NCIC Communications Services utilize Amazon's S3 (Simple
> Storage Solution) storage services where recorded data is stored in a minimum of 3 separate
> locations and encrypted in AWS' proprietary encryption code. All call records and system data
> are backed up in real-time and available through any Internet enabled computer. All recorded
> data is immediately copied to Amazon GovCloud for off-site redundancy, in addition to the
> two geographically separate physical storage locations. Access to AWS GovCloud services is
> limited to vetted account holders that must be held by US citizens. All phone call recordings,
> text and picture messages, inmate tickets (grievances, requests, kites), scanned mail, and

Exhibit 2, Yellowstone County RFP, 16.

NCIC's InTouch Communications Suite's server also *transmits the audio and video to a destination*, *e.g.,* to the
outside/remote user participating in the conversation.

> C. Remote Visitor Interface
>    a. The proposed video visitation system must be easy to use and should work on all major
>       smartphones, tablet computers, and computers (equipped with camera and microphone).
>       NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.
>
>       The proposed VVS is entirely web-based and can be accessed through any smartphones,
>       tablet computers, or computers with an operational camera and microphone.
>
>    b. The proposed video visitation system should provide the visitor with a diagnostic test to check
>       their internet connection is capable of video visitation.
>       NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.
>
>       The proposed system includes a comprehensive pre-connection diagnostic check, to help
>       ensure that users enjoy the best possible experience. Shown below are several sample
>       screenshots of the user-facing diagnostic test:

Exhibit 2, Yellowstone County RFP, 49.

Infringement Claim Chart – U.S. Patent No. 9,030,292                                    Exhibit 12
PAGE 21



Exhibit 2, Yellowstone County RFP, 16.

Exhibit 2, Yellowstone County RFP, 48.

Infringement Claim Chart – U.S. Patent No. 9,030,292                                        Exhibit 12

PAGE 22

|  | | <br><br>Exhibit 2, Yellowstone County RFP, 48. |
|---|---|---|
| [1.5] | wherein the kiosk is configured to authenticate the identity of a user of the kiosk<br><br>by verifying log in information entered by the user and also performing a biometric verification; | The JACS tablets used in NCIC's InTouch Communications Suite also *authenticate the identity of a user of the kiosk*. |

Infringement Claim Chart – U.S. Patent No. 9,030,292

Exhibit 12

PAGE 23



Exhibit 2, Yellowstone County RFP, 65.

The JACS tablet implemented in NCIC's InTouch Communications Suite authenticates a user using both *login information* and *biometric verification*.

Infringement Claim Chart – U.S. Patent No. 9,030,292                                    Exhibit 12
PAGE 24

| | | | |
|---|---|---|---|
| | | b. Describe, in detail, how the system prevents inmates from stealing another inmate's access.<br><br>ICNCIC RESPONSE: READ, AGREE, AND WILL COMPLY.<br><br>The proposed systems offer an optional, easy-to-use PIN feature that can be interfaced with most JMS/Booking systems via a simple XML interface. PIN codes can be turned on/off for the entire facility, a group of phones, or a specific phone/kiosk/tablet based on the needs of YCDF. For example: PINs can be turned on in general population but turned off in booking and juvenile. Authorized users can easily deactivate PINs via the software systems. The systems have the capability to provide collect, debit, pre-paid, pre-paid card, free and speed dial calling utilizing a secure PIN. The inmate utilizes the same PIN for all services and devices.<br><br>The proposed systems provide for inmate records and associated details to be automatically loaded when interfaced with any JMS/Booking system via a simple XML interface (with other interface types available). Once the file is imported (default import frequency is 15 minutes, but can be more frequent if required), and upon the first call or login attempt, the system prompts the inmate to create and enter a secure PIN2 (commonly referred to as "Passcode,") to supplement their PIN. This eliminates the burden of manual entry by staff. As demonstrated by the following screenshot, each inmate needs to input their PIN and PIN2 in order to place calls or interact with kiosks/tablets. | |
| | | Exhibit 2, Yellowstone County RFP, 32. | |

Infringement Claim Chart – U.S. Patent No. 9,030,292                                Exhibit 12

PAGE 25

| | | |
|---|---|---|
| | | C.  Inmate Identity and Protection<br><br>a.  System Must have security procedures and technology (unique pin numbers, voice biometrics, facial recognition, etc.) in place to prevent inmates from stealing other inmates accounts.<br><br>★NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.<br><br>The proposed software systems are capable of offering a multitude of security protocol technologies such as voice biometrics identification, PIN security through the use of "passcodes", and facial detection through our video visitation system. Through our proposed Voice Biometrics System, investigators can pinpoint instances of pin theft and PIN sharing based on the system's reporting of the detected voices.<br><br>NCIC has recently implemented a facial detection feature that works to provide an additional measure of security of the system's visits. The feature provides the ability to grey out the screen any time a face is not detected on the kiosks or visitor's camera.<br><br>When enabled, this feature blurs the background of either the inmate or visitor on the screen to ensure only the face is shown throughout the visit. A screenshot of this functionality is provided.<br><br><br><br>Exhibit 2, Yellowstone County RFP, 31. |
| [1.6] | wherein, after the user identity has been authenticated by the kiosk and during the transmission of the video, the server is configured to periodically extract a frame of the video and perform a check to determine if a face is present in the frame, and the server is further configured to blur the video being transmitted to the destination when the check determines that the face is | NCIC's InTouch Communications Suite's server *is configured to periodically extract a frame of the video and perform a check to determine if a face is present in the frame, and . . . blur the video being transmitted to the destination when the check determines that the face is not present in the frame.* |

Infringement Claim Chart – U.S. Patent No. 9,030,292                                                    Exhibit 12

PAGE 26

| not present in the frame; and | C. Inmate Identity and Protection |
|---|---|
| | a. System Must have security procedures and technology (unique pin numbers, voice biometrics, facial recognition, etc.) in place to prevent inmates from stealing other inmates accounts. |
| | ☆NCICRESPONSE: READ, AGREE, AND WILL COMPLY. |
| | The proposed software systems are capable of offering a multitude of security protocol technologies such as voice biometrics identification, PIN security through the use of "passcodes", and facial detection through our video visitation system. Through our proposed Voice Biometrics System, investigators can pinpoint instances of pin theft and PIN sharing based on the system's reporting of the detected voices. |
| | NCIC has recently implemented a facial detection feature that works to provide an additional measure of security of the system's visits. The feature provides the ability to grey out the screen any time a face is not detected on the kiosks or visitor's camera.  When enabled, this feature blurs the background of either the inmate or visitor on the screen to ensure only the face is shown throughout the visit. A screenshot of this functionality is provided. |
| | Exhibit 2, Yellowstone County RFP, 31. |
| | c. If inmates visit through portable hardware (i.e., tablet), the system must be able to limit inmate video to specific areas of the housing units, as designated by the county. |
| | ☆NCICRESPONSE: READ, AGREE, AND WILL COMPLY. |
| | NCIC's proposed tablet solution prevents potential violations of privacy by utilizing our aforementioned facial detection feature. It "greys out" the entire frame of what the tablet camera sees with the exception of faces. The only thing visible on the screen during a video visit on at tablet would be a face. |
| | Exhibit 2, Yellowstone County RFP, 48. |

Infringement Claim Chart – U.S. Patent No. 9,030,292                                              Exhibit 12

PAGE 27

| [1.7] | wherein the destination is a device communicating with the server,<br><br>and the server is configured to authenticate a user of the device. | The *destination* can be a remote visitor's device that communicates with NCIC's web-based platform that includes a *server*.<br><br>C. Remote Visitor Interface<br>   a. The proposed video visitation system must be easy to use and should work on all major smartphones, tablet computers, and computers (equipped with camera and microphone).<br>     **NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**<br>     **The proposed VVS is entirely web-based and can be accessed through any smartphones, tablet computers, or computers with an operational camera and microphone.**<br><br>Exhibit 2, Yellowstone County RFP, 49.<br><br>c. Describe in detail, the system's compatibility with consumer hardware and operating systems, including known limitations.<br>   **NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**<br>   **The proposed VVS is entirely web-based and requires no specific hardware or operating system in order to allow for a video visitation to take place. There are no known limitations through our VVS; although, a reliable internet connection is required in order for the system to operate optimally.**<br><br>Exhibit 2, Yellowstone County RFP, 50.<br><br>d. Describe types of fraudulent video visit activity the system will detect and how it prevents fraudulent video visit activity.<br>   **NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**<br>   **NCIC's proposed VVS allows for users to configure the video settings on a global level to enable the blurred background/face detection features. These features can be applied to either remote or onsite visits and for the feature to be enabled on the inmate's or visitor's side, or both. Please refer to the following screenshot. In addition, the proposed VVS allows for these security features to be disabled for specific inmates or visitors based on the County's needs.**<br><br>Exhibit 2, Yellowstone County RFP, 48.<br><br>On information and belief, the server authenticates the user of the device. |

Infringement Claim Chart – U.S. Patent No. 9,030,292                                        Exhibit 12
PAGE 28

| | | |
|---|---|---|
| | | D. Scheduling<br><br>a. The video visitation system must be able to allow inmates to schedule visits, independent of staff. Vendor should, describe in detail, options for scheduling video visits.<br><br>**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**<br><br>The proposed VVS comes equipped with a robust scheduling component, so that inmates and their approved friends and family can manage their own scheduling, without the involvement of facility staff. Additionally, the proposed VVS allows for "impromptu" (ad-hoc) video visitation, if allowed by the facility. NCIC can implement any combination of these scenarios, based on the specific requirements of the County.<br><br>The system can allow for inmates to initiate video sessions without the need for a scheduled session as long as the visitor has a pre-paid account registered and is on the inmate's approved calling list. All impromptu video sessions will be monitored and recorded in the same fashion as scheduled visits.<br><br>The proposed VVS platform allows a visitor to schedule a remote video visit from any personal mobile device, tablet and/or home or public desktop computer with an internet connection, through the user-friendly website. Remote video sessions can be made through a desktop, laptop, tablet, or mobile device. NCIC recommends using Windows10/Windows 11 or the most recent version of Mac OS as the compatible software.<br><br>NCIC's proposed online scheduling system allows visitors to have a listing of all eligible inmates that can participate in video visitation sessions as well as an automated scheduling calendar depicting the available dates and times to choose from. The proposed VVS provides visitors with notification by email/text/banner alerts in the event their scheduled session has been cancelled.<br><br>Once a visitor's account has been created, visitors will be prompted to begin the process of scheduling their visit which requires selecting the agency name, inmate name, and selecting their preferred date and time to visit. The scheduler is built with sophisticated tracking to know which kiosks are available based on the schedule put in place for each housing unit and how many visits are available at one time. This prevents the occurrence of scheduling conflicts for video sessions. Following are various screenshots depicting the account creating and scheduling options.<br><br>Exhibit 2, Yellowstone County RFP, 50. | |

Infringement Claim Chart – U.S. Patent No. 9,030,292                                              Exhibit 12
PAGE 29



Exhibit 2, Yellowstone County RFP, 17.

Exhibit 19, NCIC Website 3, 1.

Infringement Claim Chart – U.S. Patent No. 9,030,292                                    Exhibit 12
PAGE 30



Exhibit 28, NCIC Website 4, 1.

> d. Describe types of fraudulent video visit activity the system will detect and how it prevents
> fraudulent video visit activity.
>
> **XXNCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**
>
> **NCIC's proposed VVS allows for users to configure the video settings on a global level to
> enable the blurred background/face detection features. These features can be applied to
> either remote or onsite visits and for the feature to be enabled on the inmate's or visitor's
> side, or both. Please refer to the following screenshot. In addition, the proposed VVS
> allows for these security features to be disabled for specific inmates or visitors based on
> the County's needs.**

Exhibit 2, Yellowstone County RFP, 48.

Infringement Claim Chart – U.S. Patent No. 9,030,292                Exhibit 12
PAGE 31



Exhibit 15, NCIC InTouch Communications App Screenshots, 6.

Infringement Claim Chart – U.S. Patent No. 9,030,292                                        Exhibit 12
PAGE 32



Exhibit 15, NCIC InTouch Communications App Screenshots, 7.

Infringement Claim Chart – U.S. Patent No. 9,030,292                                             Exhibit 12
PAGE 33



Exhibit 15, NCIC InTouch Communications App Screenshots, 4.

Infringement Claim Chart – U.S. Patent No. 9,030,292                                        Exhibit 12
PAGE 34



Exhibit 15, NCIC InTouch Communications App Screenshots, 8.