# EXHIBIT 13

| Elem | Claim | |
|---|---|---|
| [1.P] | 1. A system for preventing unsanctioned use of a mobile device within a controlled environment facility, comprising: | On information and belief, JACS Solutions ("JACS") manufactures, sells, and delivers customized hardware and software that it specifically intends, directs, and encourages to be used in a system for *preventing unsanctioned use of a mobile device within a controlled environment facility*. One such system that deploys JACS's hardware and software is NCIC's InTouch Communications Suite.<br><br>NCIC's proposed tablets are entirely customized and manufactured with a heavy-duty exterior which is specifically designed for a correctional environment, allowing it to withstand a shock and/or drop test onto concrete. NCIC has used similar grade materials to the kinds used in bullet resistant glass, windows in correctional facilities, military applications, etc. This case protects the tablet from tampering, general damage, and contraband storage. NCIC has only allowed access through this secure case to critical hardware buttons such as the power button, volume buttons, and headphone jack. NCIC's proposed tablet is a JACS TG801 8" Android Rugged Tablet, designed specifically for correctional environments. The following are the technical specifications for NCIC's proposed tablet hardware.<br><br>Exhibit 2, Yellowstone County RFP, 14. |

NCIC Handheld Tablet Specs

| | |
|---|---|
| CPU | RK3368H, Cortex-A53 Octa Core 64 bit 1.5GHz |
| RAM/ROM | 2 GB / 32 GB |
| Operating System | Google Android 7.1.2 Nougat |
| Display | 8" LCD panel, 800 x 1280 pixels, 5-Point Capacitive Touch Screen |
| Camera | Front 5.0MP |
| WLAN | 802.11 a/b/g/n/ac 2.4GHz/5GHz |
| Bluetooth | Bluetooth 4.1 |
| Other Network | Compatible with JACS POE adapter |
| RFID | 860 - 960MHz |
| NFC | Supported |
| FM | Supported |
| I/O Interface | 3.5mm earphone jack, Power button, Volume +/-, DC Port, MicroUSB 2.0 x 1, High quality speaker 1W x 2 |
| Wireless Charging | Supported, 5V/1.2A |
| Battery | 8000mAh Polymer Lithium-Ion battery |
| DC | Input: 100-240VAC, 50-60Hz; Output: USB 5V/2A DC |
| Weight | Unit (without packaging) 758.2g / 1.67lb |
| Dimensions | L(241.9) * W(147) * D(22.3) mm / L(9.52") * W(5.79") * D(0.88") |
| Accessories | Power Adapter, Wireless Charger (Optional) |

Exhibit 2, Yellowstone County RFP, 15.

Infringement Claim Chart – U.S. Patent No. 11,228,672 Exhibit 13
PAGE 3

| | | |
|---|---|---|
| | | GTL<br>MODEL: TG801<br>Exhibit 41, 2018 Photos, 2. |

**Technical specifications**

| | |
|---|---|
| **Screen** | 7 inch capacitive touch screen.<br>Resolution: 1024 * 600 |
| **CPU** | Chipset: ROCKCHIP 3128 ; Processor: Cortex A7; Frequency: 1. 3 GHz |
| **RAM MEMORY** | DDR3: 1 GB |
| **Storage** | 16GB<br>Increase its capacity with external TF memory from 128MB to 32 GB. |
| **Operating system** | Android 5. 1 |
| **Network** | **Wi-Fi** : Integrated Wi-Fi module. IEEE 802.11a/b/g/n. |
| **Applications** | Applications in APK format |
| **Video** | AVI, MOV, MP4, ASF, 3GP, TS, MKV, MPEG, etc. |
| **Music** | MP3, APE, FLAC, AAC, OGG, etc. |
| **Photos** | JPG, BMP, PNG, TIFF, etc. |
| **E-books** | TXT, PDF, CHM, HTML, PDB, UMD, FB2, LRC, EPUB. |
| **Office formats** | Supported formats: Word, Excel, PDF, etc. |
| **PC connection** | micro USB2.0 x 1 |
| **Battery** | Lithium battery: 2500 mAh. |

Exhibit 50, TG800 User Manual, 6-7.

JACS builds and installs a custom build device firmware on each device before shipping.

## Hardware and Firmware Customization

Our innovative approach to customization of hardware, firmware, and software maximizes both physical and data security of devices and provides technology managers with total control over what users and applications connect to their networks.

Exhibit 23, JACS Website 2, 3.

**CUSTOM BUILD ANDROID OPERATING SYSTEM**

JACS Solutions' customers have the option to have a customized Android OS created just for their business. The result? A highest level of device security, and a fast configuration-free deployment process.

Alternatively, customers can utilize their existing third-party MDM and configure their apps in the user partition. This approach is appropriate for businesses who don't desire the utmost level of device security, and who wish to continue using their existing process of working through a third-party MDM.

With a custom build device firmware:

- Apps can be installed to the system partition so they cannot be removed or modified
- Bloatware and unwanted consumer applications are removed from the OS build, minimizing vulnerabilities
- SystemUI.apk and AD-Verity Security in Android can be modified to provide higher level of security
- Custom flash storage partitioning is performed to enhance device performance
- A custom launcher can be integrated to lock the device into a "kiosk mode" to prevent access to unauthorized applications
- Boot screen image, customer logo and customized wallpaper can be displayed during device boot up to increase brand awareness
- The custom build firmware is loaded on each device before shipping

Exhibit 21, JACS Website Archive, 2.

On information and belief, the custom firmware delivered by JACS to at least NCIC includes the functionality that prevents inmates from accessing the operating system of the JACS tablet, thus *preventing unsanctioned use of a mobile device.*

| | | |
|---|---|---|
| | | 7. **Inmate Tablets**<br>The facility is interested in systems that provide tablet computers to inmates for educational and entertainment purposes.<br>NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.<br>The proposed tablet has a heavy-duty exterior which is specifically designed for a correctional environment, allowing it to withstand a shock and/or drop test onto concrete. NCIC has used similar grade materials to the kinds used in bullet resistant glass, windows in correctional facilities, military applications, etc. This case protects the tablet from tampering, general damage, and contraband storage. NCIC has only allowed access through this secure case to critical hardware buttons such as the power button, volume buttons, and home button. Please see sample image of a NCIC tablet.<br>InTouch<br>The proposed Inmate Tablet solution operates on a dedicated Wi-Fi network that does not allow access to external networks, websites, or applications. The tablet's wireless solution has various components that can be either wired to an extended switched ethernet network or can be fully meshed with other existing access points. At no time, will inmates be able to access the Operating Systems of the proposed Inmate Tablet solution. Prior to being deployed in correctional facilities, the proposed Tablets are subject to strenuous Penetration Testing methodologies to ensure that they are suitable for deployment in a correctional environment.<br>The proposed Tablets are essentially an extension of NCIC's wall-mounted kiosks, capable of offering video visitation services (if needed), standard inmate phone calling, messaging, grievances/ticketing, educational & rehabilitation program services, entertainment options, commissary ordering, inmate handbooks, law library, medical/mental health sick call requests; digital mail services and various other services, based on the preferences of facility administration.<br>Exhibit 2, Yellowstone County RFP, 66. |
| [1.1] | an application barrier stored on a memory of the mobile device, the application barrier configured to: | JACS manufactures and sells the JACS tablets, which prevent unsanctioned use within controlled environments. |

| | | |
|---|---|---|
| | | Providing connections to family members, loved ones, and support networks<br><br>Remaining connected to the outside world is a crucial part of the rehabilitation process for the incarcerated. Providing the interned with safe ways to communicate with their family, friends, and loved ones—as well as legal counsel, educational programs, and employment opportunities—reduces recidivism. The custom-built devices used in this challenging environment must prioritize connectivity while remaining digitally and physically secure.<br>Exhibit 22, JACS Website 1, 1. |

| | | |
|---|---|---|
| | | Challenge<br><br>Time doesn't stop for people serving sentences in federal and state correctional facilities. A critical component to reducing recidivism, improving mental and physical health, and promoting reform and rehabilitation is offering services that maintain contact between incarcerated people and their families. However, in many instances people serve their time far from home where visitation access is limited. As a supplement to in-person visitation, facilities are adopting video calling and emerging technologies as a way to maintain a positive association between family contact and outcomes including in-prison behavior, measures of health, and re-conviction after release.<br><br>Correctional technology partners delivering these services for penal institutions require uniquely customized devices that can be trusted in the hands of prisoners and are engineered to prioritize security, prohibit tampering, and eliminate non-traditional or harmful use. Due to the challenging environment in which these devices are being deployed, technology partners need a connected device that can operate on private networks and in secure facilities where it sees heavy use.<br><br>Exhibit 22, JACS Website 1, 2. |

| | | |
|---|---|---|
| | | Our Service<br><br>Firmware Customization<br><br>JACS Solutions firmware customization services ensure businesses never settle for mass-produced products that don't quite fit their needs. Off-the-shelf products provide basic features and capabilities that only bandage problems rather than solve them. By building operating systems from the ground up, we can eliminate bloatware, implement security restrictions on application installation, and make other modifications to optimize performance. These capabilities allow us to deliver a purpose-built device that creates a solid and secure foundation for mobile operations.<br><br>Exhibit 25, JACS Website 4, 3.<br><br>JACS designs, installs, and maintains software on the JACS tablet, including "custom build firmware" loaded onto the tablet before the tablet is shipped. The custom build firmware is *an application barrier* that does not allow access to external applications or modifications to existing applications.<br><br>**CUSTOM BUILD ANDROID OPERATING SYSTEM**<br><br>JACS Solutions' customers have the option to have a customized Android OS created just for their business. The result? A highest level of device security, and a fast configuration-free deployment process.<br><br>Alternatively, customers can utilize their existing third-party MDM and configure their apps in the user partition. This approach is appropriate for businesses who don't desire the utmost level of device security, and who wish to continue using their existing process of working through a third-party MDM.<br><br>With a custom build device firmware:<br>• Apps can be installed to the system partition so they cannot be removed or modified<br>• Bloatware and unwanted consumer applications are removed from the OS build, minimizing vulnerabilities<br>• SystemUI.apk and AD-Verity Security in Android can be modified to provide higher level of security<br>• Custom flash storage partitioning is performed to enhance device performance<br>• A custom launcher can be integrated to lock the device into a "kiosk mode" to prevent access to unauthorized applications<br>• Boot screen image, customer logo and customized wallpaper can be displayed during device boot up to increase brand awareness<br>• The custom build firmware is loaded on each device before shipping<br><br>Exhibit 21, JACS Website Archive, 2. |

| | | |
|---|---|---|
| | | 7. **Inmate Tablets**<br>The facility is interested in systems that provide tablet computers to inmates for educational and entertainment purposes.<br>NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.<br>The proposed tablet has a heavy-duty exterior which is specifically designed for a correctional environment, allowing it to withstand a shock and/or drop test onto concrete. NCIC has used similar grade materials to the kinds used in bullet resistant glass, windows in correctional facilities, military applications, etc. This case protects the tablet from tampering, general damage, and contraband storage. NCIC has only allowed access through this secure case to critical hardware buttons such as the power button, volume buttons, and home button. Please see sample image of a NCIC tablet.<br>The proposed Inmate Tablet solution operates on a dedicated Wi-Fi network that does not allow access to external networks, websites, or applications. The tablet's wireless solution has various components that can be either wired to an extended switched ethernet network or can be fully meshed with other existing access points. At no time, will inmates be able to access the Operating Systems of the proposed Inmate Tablet solution. Prior to being deployed in correctional facilities, the proposed Tablets are subject to strenuous Penetration Testing methodologies to ensure that they are suitable for deployment in a correctional environment.<br>The proposed Tablets are essentially an extension of NCIC's wall-mounted kiosks, capable of offering video visitation services (if needed), standard inmate phone calling, messaging, grievances/ticketing, educational & rehabilitation program services, entertainment options, commissary ordering, inmate handbooks, law library, medical/mental health sick call requests; digital mail services and various other services, based on the preferences of facility administration.<br>Exhibit 2, Yellowstone County RFP, 66. |
| [1.2] | disable non-secure functions of an application stored in the memory of the mobile device,<br><br>the non-secure functions including | On information and belief, the JACS tablets are installed with customized firmware that controls the user experience by *disabling non-secure functions* of both the operating system and installed applications (*an application stored in the memory of the mobile device*). The '672 patent provides examples of *non-secure functions* such as accessing a simple web browser or application-based functionality that changes device settings, *e.g.*, Wi-Fi® settings, GPS or Bluetooth settings, etc. *See* Spec., 10:56-11:12.<br><br>The firmware installed on the JACS tablets is a customized Android OS with a modified SystemUI. SystemUI is a low-level android component that provides UI components for the device such as the StatusBar, Volume Controls, Power Interface, etc. On information and belief, JACS modifies SystemUI.apk to provide a "higher |

| | | |
|---|---|---|
| | functions that modify settings of the mobile device; | level of security" by disabling *non-secure functions.*<br><br>**Our Service**<br><br>Firmware Customization<br><br>JACS Solutions firmware customization services ensure businesses never settle for mass-produced products that don't quite fit their needs. Off-the-shelf products provide basic features and capabilities that only bandage problems rather than solve them. By building operating systems from the ground up, we can eliminate bloatware, implement security restrictions on application installation, and make other modifications to optimize performance. These capabilities allow us to deliver a purpose-built device that creates a solid and secure foundation for mobile operations.<br><br>Exhibit 25, JACS Website 4, 3.<br><br>**Controlled User Experience**<br><br>When the device firmware is built from the ground up with its single purpose in mind, it provides a more straightforward and more controlled user experience. Users are unlikely to "accidentally" download unwanted apps or trigger unwarranted data usage. Controlled user experience also dramatically reduces the number of support calls as a result.<br><br>Exhibit 21, JACS Website Archive, 2. |

| | | |
|---|---|---|
| | |  Controlled User Experience<br><br>When your device firmware is built from the ground up with you in mind, it provides a more direct and controlled user experience. Users are also unlikely to access unwanted apps or trigger unwarranted data usage.<br><br>Exhibit 25, JACS Website 4, 5.<br><br> Highly Secure<br><br>With the ability to offer a higher level of control over the Android source code, JACS Solutions can exclude elements of the OS that will introduce vulnerabilities and security risks. This modification offers a more secure approach to the overall solution than off-the-shelf products and the standard MDM service.<br><br>Exhibit 25, JACS Website 4, 4.<br><br>On information and belief, the disabled non-secure functions include those *that modify settings of the mobile device.* |

| | | |
|---|---|---|
| | | **CUSTOM BUILD ANDROID OPERATING SYSTEM**<br><br>JACS Solutions' customers have the option to have a customized Android OS created just for their business. The result? A highest level of device security, and a fast configuration-free deployment process.<br><br>Alternatively, customers can utilize their existing third-party MDM and configure their apps in the user partition. This approach is appropriate for businesses who don't desire the utmost level of device security, and who wish to continue using their existing process of working through a third-party MDM.<br><br>With a custom build device firmware:<br>• Apps can be installed to the system partition so they cannot be removed or modified<br>• Bloatware and unwanted consumer applications are removed from the OS build, minimizing vulnerabilities<br>• SystemUI.apk and AD-Verity Security in Android can be modified to provide higher level of security<br>• Custom flash storage partitioning is performed to enhance device performance<br>• A custom launcher can be integrated to lock the device into a "kiosk mode" to prevent access to unauthorized applications<br>• Boot screen image, customer logo and customized wallpaper can be displayed during device boot up to increase brand awareness<br>• The custom build firmware is loaded on each device before shipping<br><br>Exhibit 21, JACS Website Archive, 2.<br><br>**Benefit**<br><br>You're in Control<br><br>Reduce risk and limit vulnerabilities by restricting network and device access, preventing unwanted application installations, and performing over-the-air firmware and application updates.<br><br>Exhibit 27, JACS Website 6, 3.<br><br>The JACS tablet is configured to be deployed within NCIC's InTouch Communications Suite to disable non-secure functions (*e.g.*, changes to device settings) and limit access to the operating system. |

| | | |
|---|---|---|
| | | **7. Inmate Tablets**<br>The facility is interested in systems that provide tablet computers to inmates for educational and entertainment purposes.<br>NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.<br>The proposed tablet has a heavy-duty exterior which is specifically designed for a correctional environment, allowing it to withstand a shock and/or drop test onto concrete. NCIC has used similar grade materials to the kinds used in bullet resistant glass, windows in correctional facilities, military applications, etc. This case protects the tablet from tampering, general damage, and contraband storage. NCIC has only allowed access through this secure case to critical hardware buttons such as the power button, volume buttons, and home button. Please see sample image of a NCIC tablet.<br>InTouch<br>The proposed Inmate Tablet solution operates on a dedicated Wi-Fi network that does not allow access to external networks, websites, or applications. The tablet's wireless solution has various components that can be either wired to an extended switched ethernet network or can be fully meshed with other existing access points. At no time, will inmates be able to access the Operating Systems of the proposed Inmate Tablet solution. Prior to being deployed in correctional facilities, the proposed Tablets are subject to strenuous Penetration Testing methodologies to ensure that they are suitable for deployment in a correctional environment.<br>The proposed Tablets are essentially an extension of NCIC's wall-mounted kiosks, capable of offering video visitation services (if needed), standard inmate phone calling, messaging, grievances/ticketing, educational & rehabilitation program services, entertainment options, commissary ordering, inmate handbooks, law library, medical/mental health sick call requests; digital mail services and various other services, based on the preferences of facility administration.<br>Exhibit 2, Yellowstone County RFP, 66. |
| [1.3] | disable applications deemed non-useful by the controlled environment facility; | On information and belief, JACS's firmware can *disable applications deemed non-useful*, such as "bloatware and unwanted consumer applications." |

| | | |
|---|---|---|
| | | **CUSTOM BUILD ANDROID OPERATING SYSTEM**<br><br>JACS Solutions' customers have the option to have a customized Android OS created just for their business. The result? A highest level of device security, and a fast configuration-free deployment process.<br><br>Alternatively, customers can utilize their existing third-party MDM and configure their apps in the user partition. This approach is appropriate for businesses who don't desire the utmost level of device security, and who wish to continue using their existing process of working through a third-party MDM.<br><br>With a custom build device firmware:<br>• Apps can be installed to the system partition so they cannot be removed or modified<br>• Bloatware and unwanted consumer applications are removed from the OS build, minimizing vulnerabilities<br>• SystemUI.apk and AD-Verity Security in Android can be modified to provide higher level of security<br>• Custom flash storage partitioning is performed to enhance device performance<br>• A custom launcher can be integrated to lock the device into a "kiosk mode" to prevent access to unauthorized applications<br>• Boot screen image, customer logo and customized wallpaper can be displayed during device boot up to increase brand awareness<br>• The custom build firmware is loaded on each device before shipping<br><br>Exhibit 21, JACS Website Archive, 2.<br><br># Challenge<br><br>Time doesn't stop for people serving sentences in federal and state correctional facilities. A critical component to reducing recidivism, improving mental and physical health, and promoting reform and rehabilitation is offering services that maintain contact between incarcerated people and their families. However, in many instances people serve their time far from home where visitation access is limited. As a supplement to in-person visitation, facilities are adopting video calling and emerging technologies as a way to maintain a positive association between family contact and outcomes including in-prison behavior, measures of health, and re-conviction after release.<br><br>Correctional technology partners delivering these services for penal institutions require uniquely customized devices that can be trusted in the hands of prisoners and are engineered to prioritize security, prohibit tampering, and eliminate non-traditional or harmful use. Due to the challenging environment in which these devices are being deployed, technology partners need a connected device that can operate on private networks and in secure facilities where it sees heavy use.<br><br>Exhibit 22, JACS Website 1, 2. |

Infringement Claim Chart – U.S. Patent No. 11,228,672 Exhibit 13
PAGE 16

| | | |
|---|---|---|
| | | **Benefit**<br>You're in Control<br>Reduce risk and limit vulnerabilities by restricting network and device access, preventing unwanted application installations, and performing over-the-air firmware and application updates.<br>Exhibit 27, JACS Website 6, 3. |
| [1.4] | enable applications deemed useful by the controlled environment facility,<br><br>modified such that social media functions of the enabled applications are disabled; | On information and belief, the firmware installed on the JACS tablets *enables applications deemed useful by the controlled environment facility*. Such applications may provide services such as messaging, entertainment options, video visitation, etc.<br>**CUSTOM BUILD ANDROID OPERATING SYSTEM**<br>JACS Solutions' customers have the option to have a customized Android OS created just for their business. The result? A highest level of device security, and a fast configuration-free deployment process.<br>Alternatively, customers can utilize their existing third-party MDM and configure their apps in the user partition. This approach is appropriate for businesses who don't desire the utmost level of device security, and who wish to continue using their existing process of working through a third-party MDM.<br>With a custom build device firmware:<br>• Apps can be installed to the system partition so they cannot be removed or modified<br>• Bloatware and unwanted consumer applications are removed from the OS build, minimizing vulnerabilities<br>• SystemUI.apk and AD-Verity Security in Android can be modified to provide higher level of security<br>• Custom flash storage partitioning is performed to enhance device performance<br>• A custom launcher can be integrated to lock the device into a "kiosk mode" to prevent access to unauthorized applications<br>• Boot screen image, customer logo and customized wallpaper can be displayed during device boot up to increase brand awareness<br>• The custom build firmware is loaded on each device before shipping<br>Exhibit 21, JACS Website Archive, 2. |

Infringement Claim Chart – U.S. Patent No. 11,228,672 Exhibit 13
PAGE 17

| | | |
|---|---|---|
| | |  Controlled User Experience<br><br>When your device firmware is built from the ground up with you in mind, it provides a more direct and controlled user experience. Users are also unlikely to access unwanted apps or trigger unwarranted data usage.<br><br>Exhibit 25, JACS Website 4, 4. |

| | | |
|---|---|---|
| | | 7. **Inmate Tablets**<br>The facility is interested in systems that provide tablet computers to inmates for educational and entertainment purposes.<br>**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**<br>The proposed tablet has a heavy-duty exterior which is specifically designed for a correctional environment, allowing it to withstand a shock and/or drop test onto concrete. NCIC has used similar grade materials to the kinds used in bullet resistant glass, windows in correctional facilities, military applications, etc. This case protects the tablet from tampering, general damage, and contraband storage. NCIC has only allowed access through this secure case to critical hardware buttons such as the power button, volume buttons, and home button. Please see sample image of a NCIC tablet.<br><br>The proposed Inmate Tablet solution operates on a dedicated Wi-Fi network that does not allow access to external networks, websites, or applications. The tablet's wireless solution has various components that can be either wired to an extended switched ethernet network or can be fully meshed with other existing access points. At no time, will inmates be able to access the Operating Systems of the proposed Inmate Tablet solution. Prior to being deployed in correctional facilities, the proposed Tablets are subject to strenuous Penetration Testing methodologies to ensure that they are suitable for deployment in a correctional environment.<br>The proposed Tablets are essentially an extension of NCIC's wall-mounted kiosks, capable of offering video visitation services (if needed), standard inmate phone calling, messaging, grievances/ticketing, educational & rehabilitation program services, entertainment options, commissary ordering, inmate handbooks, law library, medical/mental health sick call requests; digital mail services and various other services, based on the preferences of facility administration.<br>Exhibit 2, Yellowstone County RFP, 66.<br><br>On information and belief, JACS's firmware can disable *social media functions* of the enabled applications. The '672 patent discloses "social functions" that are provided by applications "such as commenting and messaging that can be used for clandestine communications between an inmate and an unauthorized outside party." '672 Patent, 3:21-24, 10:65-11:1 ("Other applications whose main goal is not social interaction nonetheless provide basic social interaction functions such as commenting, rating functions, interactive messaging/chatting features, and voice/video chat."). Thus, the *social media functions* can include messaging and chat. |

| | | |
|---|---|---|
| | | The JACS tablets may be deployed within NCIC's InTouch Communications Suite to restrict inmates from including attachments in messages and/or sending or receiving messages at all.<br><br>e. The proposed system must allow for users to block inmates from sending and receiving text-based messages.<br>NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.<br>The proposed system is capable of restricting inmates from sending or receiving text messages through the system. These restrictions can be put in place as a temporary or permanent hold. Related features are also available, such as the ability to place other types of restrictions, such as character limitations or restrictions on attachments, based on specific inmate or visitor profile.<br><br>Exhibit 2, Yellowstone County RFP, 60.<br><br>10. Other Media / Devices<br>A. Digital Pictures / Picture Messages<br>a. The proposed system should allow friends and family to send pictures to inmates electronically.<br>b. The proposed system must inspect and approve pictures, prior to delivery.<br>c. The proposed system must not allow outgoing pictures.<br>d. The proposed system must allow pictures to be disabled by users.<br>NCIC RESPONSE: HAS READ, AGREE, AND WILL COMPLY WITH ALL ITEMS ABOVE.<br>The proposed InTouch Inmate Messaging system can allow friends and family to send pictures to inmates. Facility staff will have the ability to flag any and all picture attachments as quarantined messages in order to inspect and approve those photos, prior to delivery. Picture messages are only allowed to be send one-way and inmates will not be able to send photo attachments back out to Friends and Family.<br>The proposed Messaging application is completely configurable and customizable based on the preferences of YCDF.<br><br>Exhibit 2, Yellowstone County RFP, 77. |
| [1.5] | enable a social application having social functions and programming<br><br>to allow for monitoring of social interactions conducted using the social | On information and belief, JACS manufactures, sells, and delivers a customized tablet to NCIC for use in NCIC's InTouch Communications Suite. On information and belief, the custom firmware delivered by JACS to at least NCIC includes functionality that facilitates services provided by the InTouch Communications Suite via the JACS tablets including: (1) secure messaging; (2) video visitation; and (3) phone calls—each being an enabled *social application having social functions*. |

| | functions; and | NCIC's "Proposal at a Glance" for YCDF:<br>✓ Significant reduction in rates for phone calls, messaging, and video visitation.<br>✓ Complete package of services being proposed:<br>o Telephone Service<br>o Video Visitation (off-site and, if needed, on-site)<br>o Secure Messaging<br>o Free Educational / Communications Tablets (minimal staff involvement needed)<br>o Mail Scanning (for contraband reduction)<br>o Ticketing (grievances / requests / kites)<br>o **Incentive-Based Offerings:**<br>To assist with the operation of the Facility, NCIC will be offering the ability for YCDF personnel to provide extended (or free) access to things like video visits, phone calls, messaging, or entertainment material, for Trustee inmates or for otherwise rewarding good inmate behavior, at the discretion of Facility personnel. NCIC will offer this ability at no cost (or commission deduction).<br>Exhibit 2, Yellowstone County RFP, 2-3.<br><br>**The proposed Tablets are essentially an extension of NCIC's wall-mounted kiosks, capable of offering video visitation services (if needed), standard inmate phone calling, messaging, grievances/ticketing, educational & rehabilitation program services, entertainment options, commissary ordering, inmate handbooks, law library, medical/mental health sick call requests; digital mail services and various other services, based on the preferences of facility administration.**<br>Exhibit 2, Yellowstone County RFP, 66.<br><br>The '672 patent discloses "social functions" that are provided by applications "such as commenting and messaging that can be used for clandestine communications between an inmate and an unauthorized outside party." '672 Patent, 3:21-24, 10:65-11:1 ("Other applications whose main goal is not social interaction nonetheless provide basic social interaction functions such as commenting, rating functions, interactive messaging/chatting features, and voice/video chat."). Thus, these social applications include those that allow messaging, video visits, and phone calls.<br><br>The JACS tablets are configured to be deployed within NCIC's InTouch Communications Suite to provide an instant messaging application. |
|---|---|---|

| | | |
|---|---|---|
| | | NCIC is providing a secure, integrated Inmate Messaging application which can be provided through the Inmate Kiosks and/or Inmate Tablets (based on the allowances of Facility administration). Inmate messages are subject to a range of security features, including:<br>✓ Ability to detect certain keywords within messages. The proposed system offers a standard dictionary of common keywords and offers the ability to supplement that standard dictionary with local slang and colloquialisms.<br>✓ Ability to quarantine messages based on whether keywords are detected, or whether they contain attachments, etc. Quarantining the messages would delay delivery until facility review. Quarantining can be done based on inmate or outside party, particular kiosk being used, etc.<br>✓ Ability to limit the amount of characters / length of the messages. This can be done based on inmate or outside party, particular kiosk being used, etc.<br>✓ Ability to send an email or text alert to designated investigators with messaging occurrences.<br><br>Exhibit 2, Yellowstone County RFP, 58. |

Infringement Claim Chart – U.S. Patent No. 11,228,672 Exhibit 13
PAGE 22

Following are sample screenshots depicting the proposed Inmate Messaging application.
NCIC
(EN) English
Dashboard
Logout
ACTIVE CHATS
Friedrich Nietzsche
This is a short, truncated excerpt of the most recent...
Gilles Deleuze
I sent this message yesterday and here are two lines of it...
Vilem Flusser
I sent this message a few days ago, here are a couple...
This is a short, truncated excerpt of the most recent message sent. And here is the longer version so we can see what long messages might look like in the UI.
CONTACTS (5)
Friedrich Nietzsche
Gilles Deleuze
Vilem Flusser
Devin Halladay
Hannah Ramirez
PENDING CONTACTS (1)
New Chat
Send
Add Contact

Exhibit 2, Yellowstone County RFP, 58.

The JACS tablets are configured to be deployed within NCIC's InTouch Communications Suite to provide a video visitation application and a telephone calling application.

> providing a generous return to our facility partners. NCIC is the leading provider of inmate communications services throughout the United States, offering a comprehensive suite of investigative and communications technologies for correctional agencies and the constituents they serve, including Inmate Telephone Systems, Video Visitation Systems, Digital Mail Service, Voice Biometrics, Voice Transcription, multi-functional Inmate Kiosks, Inmate Tablets, as well as all related software and services. The proposed platform also offers an inmate education and rehabilitative platform, inmate customer service voicemail, and many supplemental features.

Exhibit 2, Yellowstone County RFP, 6.

The JACS tablets are configured to be deployed within NCIC's InTouch Communication Suite to facilitate

| | | |
|---|---|---|
| | | *monitoring of social interactions conducted using the social functions*. <br> **D. Correctional Communications System Functionality** <br> The system installed by Provider shall have the following functions: <br> 1. Be fully supported by an infrastructure which has the capability to provide specified services such as secure and real-time monitoring of all communications (phone, video and messaging); <br> Exhibit 2, Yellowstone County RFP, 128. |
| [1.6] | monitor the social interactions of the social application, <br><br> the monitoring including gathering social interactions of the social application and <br><br> reviewing the social interactions for illicit activity. | The JACS tablets are configured to be deployed within NCIC's InTouch Communications Suite's to *monitor the social interactions of the social application.* <br> d. All non-privileged inmate communications must be monitorable and recorded. Communications must be retained and archived for a minimum period of 3 years. <br> NCIC RESPONSE: READ, AGREE, AND WILL COMPLY. <br> The Live Monitoring feature allows authorized users to monitor all recorded phone calls and video visits. Multiple users can simultaneously and covertly monitor all calls and video visits, without affecting the ability of the system to record calls and video visits, or the quality of the call audio/video visits video & audio for the sessions participants (inmate and called party/visitor). Live Monitoring on the platforms allow for all recorded calls and video visits to be monitored and activity to be viewed in real-time. The Live Monitoring feature allows the authorized user to sort monitoring/call history by a large variety of search criteria. Following are sample screen shots of the Live Monitoring screen: <br> Exhibit 2, Yellowstone County RFP, 15. <br><br> NCIC's Transcription Service also allows for keyword detection, which automatically sifts through every call placed from your facility to detect keywords of interest. As shown in the example screenshot below, investigators can search for multiple keywords of interest by simply entering them into the Keyword field (separated by a space). <br> Exhibit 2, Yellowstone County RFP, 70. |

Infringement Claim Chart – U.S. Patent No. 11,228,672 Exhibit 13
PAGE 24

Investigators have the option of setting up automated / pre-scheduled Keyword Detection reports, which can be seamlessly delivered to their inbox at times / intervals specified by them. Shown below is a sample screenshot depicting the Keyword Detection report, and the clickable results which would take the investigator directly to those call recordings within the proposed system:

Keywords: drug
Call Date Inmate Pin Destination
10/08/2021 19:22 Avila, Gabriel 25012 6122325896
Inmate how much did you see on the drug cases
Inmate oh the drug carriers got away
Call Date Inmate Pin Destination
10/08/2021 19:33 Dennis, Jeremy 11223 7362145583
Destination hope they're going to the drug lab
Call Date Inmate Pin Destination
10/08/2021 19:33 David, Marques 25711 6122325896
Inmate they were the ones moving the drugs
Inmate yeah sammy had the drugs before t j got busted
Call Date Inmate Pin Destination
10/08/2021 19:42 Grady, Steven 25269 7362129632
Destination i saw him drug her drink at the bar

Exhibit 2, Yellowstone County RFP, 71.

Exhibit 2, Yellowstone County RFP, 16.

This monitoring includes *gathering social interactions* and *reviewing the social interactions for illicit activity*.

**NCIC is providing a secure, integrated Inmate Messaging application which can be provided through the Inmate Kiosks and/or Inmate Tablets (based on the allowances of Facility administration). Inmate messages are subject to a range of security features, including:**

- ✓ **Ability to detect certain keywords within messages. The proposed system offers a standard dictionary of common keywords and offers the ability to supplement that standard dictionary with local slang and colloquialisms.**
- ✓ **Ability to quarantine messages based on whether keywords are detected, or whether they contain attachments, etc. Quarantining the messages would delay delivery until facility review. Quarantining can be done based on inmate or outside party, particular kiosk being used, etc.**
- ✓ **Ability to limit the amount of characters / length of the messages. This can be done based on inmate or outside party, particular kiosk being used, etc.**
- ✓ **Ability to send an email or text alert to designated investigators with messaging occurrences.**

Exhibit 2, Yellowstone County RFP, 58.

b. Users must be able to search visit recordings by inmate's name, date of visit, and location in facility inmate was housed.

NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.

The proposed InTouch Video Visitation system allows users to track, research and investigate visitation history from within the web-based platform. Available search parameters include visitation date, visitor, inmate, and more as pictured.

Exhibit 2, Yellowstone County RFP, 53.

NCIC Inmate Communications
Video Visitation Shedule Summary
FromDate:05/01/2020 To Date: 06/01/2020
Report Run Date: 04/30/2020 08:45:20

| Code | Status | Visitor First Name | Visitor Last Name | Visit Date | Visit Time | Time Limit | Actual Duration | Visit Type | Inmate Name | Inmate PIN | Visitor Email | Total Charges |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 48623 | Completed | Riley | Banks | 5/1/2020 | 10:00 | 20 | 17:54 | Remote | Sean Foster | 15678 | r.banks@yahoo.com | $6.84 |
| 65686 | Visitor No Show | Jeremy | Major | 5/1/2020 | 10:30 | 20 | 0 | On-Site | Howard Watson | 14589 | major-j1989@gmail.com | $0.00 |
| 92353 | Completed | Bridgette | Snowden | 5/1/2020 | 11:00 | 20 | 18:41 | Remote | Jonathan Martinez | 14687 | bsnowden@yahoo.com | $7.22 |
| 45842 | Completed | Sarah | Ann | 5/1/2020 | 11:30 | 20 | 19:55 | Remote | Raymond Davis | 14552 | sarah-ann-1986@hotmail.com | $7.60 |
| 36924 | Completed | Gregory | Smith | 5/1/2020 | 12:00 | 20 | 14:58 | Remote | Cheryl Wright | 15879 | smith.gregory@icloud.com | $5.70 |
| 23863 | Completed | Timothy | Mitchell | 5/1/2020 | 12:30 | 20 | 18:54 | On-Site | Bonnie Taylor | 16468 | mitchellt@gmail.com | $0.00 |
| 51863 | Completed | Janine | O'Rourke | 5/1/2020 | 13:00 | 20 | 19:40 | On-Site | Mildred Powell | 17448 | janine_o@hotmail.com | $0.00 |
| 51632 | Visitor No Show | Kim | Nealy | 5/1/2020 | 13:30 | 20 | 0 | On-Site | Richard Thompson | 16589 | kimnealy1998@yahoo.com | $0.00 |
| 18424 | Completed | Cameron | Sutton | 5/1/2020 | 14:00 | 20 | 15:31 | Remote | Craig Bryant | 14567 | Cameron.Sutton@icloud.com | $6.08 |
| 58434 | Visitor No Show | Lana | Chechik | 5/1/2020 | 14:30 | 20 | 0 | On-Site | Sharon Stewart | 13478 | lchechik1994@gmail.com | $0.00 |
| 15400 | Completed | Greg | Purcell | 5/1/2020 | 15:00 | 20 | 17:58 | Remote | Chris Harris | 14442 | purcell_greg1987@yahoo.com | $6.84 |
| 22541 | Canceled | Matt | O'Dell | 5/1/2020 | 15:30 | 20 | 0 | On-Site | Kimberly James | 15784 | modell_TX@gmail.com | $0.00 |
| 16519 | Completed | Justin | Campbell | 5/1/2020 | 16:00 | 20 | 9:51 | Remote | Victor Peterson | 16878 | jcampbell1990@yahoo.com | $3.80 |
| 50788 | Completed | Brendan | Cooper | 5/1/2020 | 16:30 | 20 | 12:40 | Remote | Julia Griffin | 15979 | cooper_b@gmail.com | $4.94 |

Exhibit 2, Yellowstone County RFP, 54.

| | | |
|---|---|---|
| | | b. The preferred proposed system will also provide transcription of Video Visits.<br>NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.<br>The NCIC development team is currently expanding the functionality of the proposed Transcription and Keyword Detection service to also apply to Video Visits. While the automatic transcription service is being worked on, YCDF can make requests for the transcription of specific video visits and NCIC will have them manually run through our audio transcription engine.<br>c. The proposed system should allow keyword searches for all transcribed records and text-based messages.<br>NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.<br>The proposed system allows grants the ability to detect certain keywords within messages and transcribed call records. The proposed system offers a standard dictionary of common keywords and offers the ability to supplement that standard dictionary with local slang and colloquialisms.<br>The proposed Keyword Detection system operates as a "workforce multiplier" by allowing agencies and investigators to easily be routed to conversations of interest, which may otherwise never get listened to.<br>Exhibit 2, Yellowstone County RFP, 72.<br><br>A. Automatic Alerts<br>a. The proposed system must be able to send automatic alerts through email and or text messages to investigators, for all inmate communications.<br>NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.<br>The proposed platform features an Alert system ("Hot Number Alerts") whereby alerts can be sent via email, text, or phone call, allowing investigators to receive real-time notifications and covertly listen to calls of interest. The proposed System alerts investigators to calls of interest either prior to a call being connected or while a call is in progress (this is configurable based on the needs of the County) so that investigators can listen to and/or approve the call.<br>Exhibit 2, Yellowstone County RFP, 72. |

| | | |
|---|---|---|
| | | C. For security purposes, the system must be a centralized non-premise system that will keep all records (including telephone and visit recordings) secure and not require the need to be maintained at the facility. All records must be backed up and geographically disparate to minimize the risk of data loss to a catastrophic system failure. Describe in detail, system backup plans and system redundancy.<br>NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.<br>The proposed systems are fully centralized, web-based platforms with two geographically separate, redundant data storage centers, one in Longview, TX and a mirror (backup) location in downtown Dallas, TX. A tertiary level of backup is provided by Amazon's GovCloud services, which are designed to host the most sensitive data, and address the most stringent US government security and compliance requirements. Across all our separate storage solutions and considering the hundreds of facilities using our platform, the system is only running at approximately 25% capacity.<br>All inmate telephone recordings are stored for the life of the contract (including any extensions) or longer if required and are available online for downloading at any time. Retention of call recordings is completely configurable, based on the needs of YCDF.<br>The proposed system was the first inmate telephone service to use the Cloud to provide the utmost redundancy and security in call recording and call detail storage. Access to AWS GovCloud services is limited to vetted account holders that must be held by US citizens.<br>Exhibit 2, Yellowstone County RFP, 19. |