**EXHIBIT 15**













$40.88

# Good Evening, Ncic

Select an application below to get started



Chat



Video Visit



Account



Contact

 Home     Chat         Visits     Account

