**EXHIBIT 16**



### I.C.E... The Total Inmate Telephone System

The ICE platform runs exclusively on a VoIP-based centralized platform located in Longview, Texas. An ample amount of bandwidth is provided at the jail to allow all phones to be used simultaneously, so facilites will never experience call blocking during peak calling hours. Additionally, we utilized three separate outbound carriers from our switch which allows emergency roll-over in the case of one of our carriers having technical issues. In the past, many providers "concentrated" their phone lines in order to save on the cost of phone lines, but since the advent of VoIP there is no additional cost to allow all phones to operate at the same time.

ICE utilizes redundant Cisco ASA Firewalls. These firewalls are constantly updated to ensure any known vulnerabilities are resolved. Our network is PCI compliant which means the system undergoes quarterly scans to ensure there are no known vulnerabilities. Any issues found require immediate attention in order to maintain PCI compliance.

All changes made to the data either by the user interface or directly are logged along with the IP address and username of the person making the

**First Class Features**

**Investigative tools**
- Live monitoring
- Call detail storing for up to 5 years with no archival
- Easy-to-use HTML5 audio player
- Data mining system (to find commonalities of inmates and called parties)
- Importing of previous provider's call history / recordings
- Google maps of destination number
- Reverse Lookup of destination number
- DTMF digit collection for analysis

**Security**
- ECHO™ Voice Biometrics
- Call thresholding
- Threeway Call Detection

**Unique Features**
- Real Time Prepaid Account Setup
- Network Monitoring System
- Inmate Voicemail
- Broadcast messaging
- PREA, CrimeTips and Grievance notification system
- Inmate Customer Service Voicemail System
- Commissary calling
- Web interface
- Kiosk and commissary software
- JMS

change. For increased security, database permissions are limited to only key personnel who have access to view/modify the data directly.

- Time of Day announcements for inmates
- Inmate Information Line
- Jailer / Guard Check In
- Collect calling to Mexico
- Web-based account management tool for family.

 P.O. Box 551, Longview, TX 75606 | info@ncic.com | 903-757-4455 | 888-686-3699

