**EXHIBIT 17**



Home    Correctional Staff    About Us    Resources

# Inmate Call Engine

The Inmate Call Engine platform is designed to be a user-friendly system that offers first class features and advanced technology to your agency to help streamline the workload of your facility.

| VOICE BIOMETRICS, TRANSCRIPTION & TRANSLATION | CALL THRESHOLDING | THREE-WAY CALL DETECTION |
|---|---|---|
|  |  |  |
| Analyzing unique voice characteristics enhances security and identifies PIN theft and PIN sharing. | Allow for controlled access of outside agencies to their recordings only. | Easily identify three-way calls with the option to flag or terminate. |

## The Total Inmate Telephone System
# Inmate Call Engine

The Inmate Call Engine platform runs exclusively on a VoIP-based centralized platform located in Longview, Texas so there is no need to install a server in your facility. NCIC sets the system up with an ample amount of bandwidth at the jail to allow all phones to be used simultaneously, so facilities will never experience call blocking during peak calling hours. Additionally, we utilized three separate outbound carriers from our switch which allows emergency roll-over in the case of one of our carriers having technical issues.

All changes made to the data, either directly or through the user interface, are recorded to the log along with the IP address and username of the person making the change. For increased security, database permissions are limited to only key personnel who have access to view or modify the data directly.  Inmate Call Engine utilizes redundant Cisco® ASA Firewalls. These firewalls are constantly updated to ensure any known vulnerabilities are resolved.

Our network is PCI compliant which means the system undergoes quarterly scans to ensure there are no known vulnerabilities. Any issues found require immediate attention in order to maintain PCI compliance.

## First Class Features
# Investigative Tools



**LIVE MONITORING**
Monitor phone calls in real time, even from your cell phone.

**CALL DETAILS STORAGE**
Store for up to 7 years without need for archival.

**HTML5 AUDIO PLAYER**
Easy-to-use tool allows you to listen to audio anywhere via the web.

**DATA MINING SYSTEM**
Find commonalities between inmates and called parties.

**DESTINATION CALL MAPPING**
View a Google Map showing the residence of the family or friend who set up an account for the inmate.

**REVERSE LOOKUP**
Identity details about the destination number, including associated address.

**DTMF DIGIT COLLECTION**
Improved analysis through data collection.

**INVESTIGATIVE ALERTS**
Set a range of helpful alerts that can be received by your investigative staff by phone call, email or text.

## First Class Features
# Unique And Powerful Features

Discover the powerful features that the Inmate Call Engine and InTouch suite offers for facility staff, inmates, and family and friends.Balancing the day-to-day tracking of inmates, facility management, and interactions with the public can be a complicated task on the best days. NCIChas built tools to make these interactions and tasks more efficient and easier to access. This will not only increase the safety of your facility, but also positively affect your budget.

**VOICE TRANSCRIPTION / KEYWORD ALERTS**
Voice  Transcription of all telephone calls allows for keyword searching, alerts and automated delivery of keyword detection reports.

**VOICE BIOMETRICS**
Biometric printing of inmate voices to detect fraudulent use of inmate calling accounts.

**POSTAL MAIL AND DOCUMENT SCANNING**
Postal Mail and Document scanning allows the facility to provid email from family & friends, while eliminating incoming contraband.

**VIDEO VISITATION (ONSITE AND OFFSITE)**

**NETWORK MONITORING SYSTEM**
Monitor all communications (calls, video visits and messages) from any location or device that has internet access.

**INMATE VOICEMAIL**
Families can leave secure voicemails for inmates to listen to. Messages can be monitored by staff as well.

**INMATE CUSTOMER SERVICE VOICEMAIL**
Inmates can leave a voice message directly with NCIC's support team to assist with certain issues.

**BROADCAST MESSAGING**

**INMATE INFORMATION LINE**
Families can call a designated number to speak with a live operator to receive a range of inmate-related information, such as bond information, visitation hours and release date.

**JAILER / GUARD CHECK IN**
Jail staff can enter a secure code into the phone in each housing area to confirm cell checks.

**COLLECT CALLING TO MEXICO**
Inmates can call family members in Mexico for a low, per-minute collect call rate.

**EDUCATIONAL TABLETS**
Tablets are used for the education and rehabilitation of inmates and can provide

Case 1:23-cv-00500-MN   Document 17-20   Filed 05/22/23   Page 4 of 4 PageID #: 4132

Inmates can visit with family members from their housing areas. Families can visit from the convenience of their home using their computer, tablet or smartphone

### PAPERLESS JAIL COMMUNICATIONS

Paperless jail communications include inmate ticketing (grievances, requests etc.) and staff-to-detainee communications.

### SECURE INMATE MESSAGING

Secure Inmate Messaging offers another form of communication between inmates and their friends and families.

### NO-WAIT PREPAID ACCOUNT SETUP

Real-Time setup of a PrePaid accounts allows users to begin receiving calls immediately.

### EASY ACCOUNT MANAGEMENT FOR FAMILY

Families can manage their PrePaid accounts via the web from any location. NCIC's custom smartphone app is also available on the iTunes and Google Play stores.

Authorized staff can leave secure messages for inmates to listen to before they can make a phone call.

### PREA, CRIME TIPS AND GRIEVANCE NOTIFICATIONS

Speed Dials can be set up enabling inmates / CI's to leave a message for jail staff or investigators, or for PREA and general requests.

### COMMISSARY CALLING

Inmates can place commissary orders directly from the phones in their housing areas.

### KIOSK AND COMMISSARY SOFTWARE

Integrate with Kiosk and Commissary for deposit convenience for friends and families.

### TIME OF DAY ANNOUNCEMENTS

Inmate Tablets: Tablets are used for the education of inmates and can provide another secure, recorded communication device.

### JAIL MANAGEMENT SYSTEM (JMS)

NCIC's communications systems integrate seamlessly with your JMS.

another secure, recorded communication device.

### WEB INTERFACE

Access Inmate Call Engine features via the user-friendly interface from any internet-connected device.

### CLOUD-BASED STORAGE

Cloud-based storage systems that holds inmate call recordings for up to 7 seven years.

### LOBBY DEPOSIT KIOSKS

Lobby Deposit Kiosks for phone and commissary payments, along with Video Visitation scheduling.

### VIDEO ARRAIGNMENT

Video Arraignment allows video communications between the courts and inmates, increasing safety by eliminating the need to transport inmates from jails to courtrooms.

---

### Additional Security Products offered by NCIC

- Body scanners to eliminate the trafficking of contraband cell phones and other illegal items.
- Mobile ferrous metal detectors to eliminate the trafficking of contraband cell phones and metal weapons.

---

**Mailing Address**
PO Box 551
Longview, Texas 75606

**Contact Us**
Email: info@ncic.com
Phone: 800-943-2189
Intl Callers: 903-247-0069

**Links**
NCIC Portal
State List
Her Majesty's Prison

Inmate Deposits
Inmate Phone Service

Copyright © NCIC - All Rights Reserved