**EXHIBIT 18**



# NCIC Messaging

**Step 1**

## Create Vistor Account (Click Here)

**Step 2**

## Select Facility

**Step 3**

## Select Inmate



Click to see if Messaging is available



**Mailing Address**

PO Box 551
Longview, Texas
75606

**Contact Us**

Email: info@ncic.com
Phone: 800-943-2189
Intl Callers: +1-903-
247-0069

**Links**

NCIC Portal
State List
Her Majesty's
Prison

Inmate
Deposits
Inmate Phone
Service
Accessibility

Copyright © NCIC - All Rights Reserved