**EXHIBIT 19**



(en-US) English



## Welcome

Facilities We Service

**Login with Email Address or Phone Number?**

| Email Address | Phone Number |

**Email Address**

example@address.com

**Password**

**********

Forgot Password? Click Here to Reset

**Login**

**Need to Register?**

**Register Now**

**STEP 1**
Create Visitor Account

**STEP 2**
Select Facility

**STEP 3**
Select Inmate

**STEP 4**
Choose Date & Time