**EXHIBIT 21**

The Wayback Machine - https://web.archive.org/web/20181111063219/http://www.jacs-solutions.com:80/software-customization/



- PRODUCTS
    - 4G LTE TABLETS
        - TT800Q
        - TT800V
    - RUGGED TABLETS
    - ANDROID POE TOUCH
    - WI-FI® TABLETS
    - ANDROID TOUCH DISPLAYS
- SERVICES
    - HARDWARE CUSTOMIZATION
    - SOFTWARE CUSTOMIZATION
    - REMOTE DEVICE MANAGEMENT
- INDUSTRIES
    - TRANSPORTATION
    - HEALTHCARE
    - MANUFACTURING
    - RETAIL AND HOSPITALITY
    - PUBLIC SECTOR
    - ENERGY
- WHY JACS
- SUPPORT
    - FAQ
    - HELPDESK
- ABOUT US
    - NEWS AND EVENTS
    - PARTNERS
    - CAREERS
- CONTACT US

- SEARCH
    - Search…

Revolution Slider Error: You have some jquery.js library include that comes after the revolution files js include.
This includes make eliminates the revolution slider libraries, and make it not work.

To fix it you can:
1. In the Slider Settings -> Troubleshooting set option: **Put JS Includes To Body** option to true.
2. Find the double jquery.js include and remove it.

**Purpose-built devices are one of the best answers to ensure data security and controlled user experiences.** The rising needs of IoT initiatives and M2M demand businesses to put greater emphasis on data security and control of user experience on mobile devices. BYOD (Bring Your Own Device) solutions usually

lack the required protection and oversight. JACS Solutions provides device firmware customization to transform our commercial grade Android and Windows devices into purpose-built, highly secured dedicated business tools that are easy to deploy and easy to maintain.



## CUSTOM BUILD ANDROID OPERATING SYSTEM

JACS Solutions' customers have the option to have a customized Android OS created just for their business. The result? A highest level of device security, and a fast configuration-free deployment process.

Alternatively, customers can utilize their existing third-party MDM and configure their apps in the user partition. This approach is appropriate for businesses who don't desire the utmost level of device security, and who wish to continue using their existing process of working through a third-party MDM.

With a custom build device firmware:

- Apps can be installed to the system partition so they cannot be removed or modified
- Bloatware and unwanted consumer applications are removed from the OS build, minimizing vulnerabilities
- SystemUl.apk and AD-Verity Security in Android can be modified to provide higher level of security
- Custom flash storage partitioning is performed to enhance device performance
- A custom launcher can be integrated to lock the device into a "kiosk mode" to prevent access to unauthorized applications
- Boot screen image, customer logo and customized wallpaper can be displayed during device boot up to increase brand awareness
- The custom build firmware is loaded on each device before shipping

## WHY CUSTOM BUILD FIRMWARE?

### Highly Secure

With traditional MDM software, it is still possible to exploit the underlying vulnerabilities in the operating system. A custom build firmware excludes all the functionalities and apps not required for the end solution from the beginning. As a result, there is typically no need to apply security patches to the operating system or address threats after the fact.

### Easy to Deploy

Configuring each device is time and resource consuming. By customizing the firmware at the OS level, it eliminates the need to set each device manually. Every device is ready to be deployed out of the box, saving cost and time on field deployment.

### Controlled User Experience

When the device firmware is built from the ground up with its single purpose in mind, it provides a more straightforward and more controlled user experience. Users are unlikely to "accidentally" download unwanted apps or trigger unwarranted data usage. Controlled user experience also dramatically reduces the number of support calls as a result.

### Tamper proof purpose-built devices with customized software

Contact Us

**ABOUT US**

JACS Solutions is a leader in providing customized and secured smart devices and solutions for enterprises, integrators and VARs to meet their needs in mobile enterprise, M2M and IoT. We design, manufacture and provide end-to-end support on enterprise-grade smart devices and displays.

#### RECENT POSTS

- Sales Engineer
- ATA Management Conference & Exhibition
- JACS Launches AT&T Certified TT800Q Tablet
- Mobile World Congress Americas
- JACS Solutions Receives Accreditation for ISO9001:2015

#### RECOMMENDED PAGES

- TT800Q
- Verizon TT800V
- Rugged Tablets
- Power over Ethernet (PoE) Devices
- Wi-Fi® Tablets
- Hardware Customization
- Software Customization
- Remote Device Management

#### CONTACT US

JACS SOLUTIONS HEADQUARTERS
8808 Centre Park Dr., Suite 305
Columbia, MD 21045, USA
+1 443 718 4333 (general)
+1 443 718 4333 ext. 8003 (support)
+1 (866) 723-3050 (fax)

© 2018 JACS Solutions All rights reserved