**EXHIBIT 22**



🏠(https://www.jacs-solutions.com/)  ::  Use Cases(/iot-solutions/use-cases/)  ::  Reducing recidivism among the incarcerated with secure wireless technologies

# Reducing recidivism among the incarcerated with secure wireless technologies

**Providing connections to family members, loved ones, and support networks**

Remaining connected to the outside world is a crucial part of the rehabilitation process for the incarcerated. Providing the interned with safe ways to communicate with their family, friends, and loved ones—as well as legal counsel, educational programs, and employment opportunities—reduces recidivism. The custom-built devices used in this challenging environment must prioritize connectivity while remaining digitally and physically secure.

Skip to main content



# Challenge

Time doesn't stop for people serving sentences in federal and state correctional facilities. A critical component to reducing recidivism, improving mental and physical health, and promoting reform and rehabilitation is offering services that maintain contact between incarcerated people and their families. However, in many instances people serve their time far from home where visitation access is limited. As a supplement to in-person visitation, facilities are adopting video calling and emerging technologies as a way to maintain a positive association between family contact and outcomes including in-prison behavior, measures of health, and re-conviction after release.

Correctional technology partners delivering these services for penal institutions require uniquely customized devices that can be trusted in the hands of prisoners and are engineered to prioritize security, prohibit tampering, and eliminate non-traditional or harmful use. Due to the challenging environment in which these devices are being deployed, technology partners need a connected device that can operate on private networks and in secure facilities where it sees heavy use.

Skip to main content



## The JACS Solution

The system administrators of correctional facilities need a secure device that supports programs for prisoners to stay connected to family members, loved ones, and support networks, while maintaining the safety of both the incarcerated and correctional staff.

JACS Solutions TR series ruggedized tablets are custom-built for use in challenging environments where delivering wireless connectivity safely and securely is a priority. With options for Wi-Fi only and Private LTE network operation, technology partners and system administrators can maintain complete control of the devices on their networks. The tablets are built with locked-down firmware and available in a customized, tamper-proof interface and casing to eliminate improper use in secure environments.

See Our Tablets(https://www.jacs-solutions.com/iot-solutions/platforms/customizable-tablets/)

Get in Touch

# Want to learn more about JACS Solutions? We'd love to hear from you.

Skip to main content

10/13/22, 5:05 AM                  Reducing recidivism among the incarcerated with secure wireless technologies - JACS Solutions.

Case 1:23-cv-00500-MN   Document 17-24   Filed 05/23/23   Page 5 of 5 PageID #: 4147

**First name\***

**Last name\***

**Email\***

**Phone number**

**Company name\***

**How may we help you?\***

Please Select

**Anything else we should know?**

☐ I'd like to receive JACS news & updates

protected by reCAPTCHA
Privacy - Terms

Submit