**EXHIBIT 23**



# When off the shelf is off the table

JACS Solutions Inc. is a global provider of custom connectivity solutions for industrial and enterprise Internet-of-Things (IoT) applications. JACS partners with clients to design, manufacture, and deploy connected devices and integrated solutions that make essential business operations smarter, more reliable, and more efficient by reducing risks and vulnerabilities that are inherent with off-the-shelf, consumer-grade products.

Select Industry

Get Started

Skip to main content



**IoT Solutions**

# Tailored IoT Solutions

Experts in cellular, Wi-Fi, and Private LTE, we deliver fully customized IoT solutions that address organizational challenges and enable future business models across diverse industry sectors.

Our Technologies(/technologies)

Skip to main content



**Where We Specialize**

# Hardware and Firmware Customization

Our innovative approach to customization of hardware, firmware, and software maximizes both physical and data security of devices and provides technology managers with total control over what users and applications connect to their networks.

Our Services(/iot-solutions/services)

Skip to main content



**JACS Platforms**

# Portfolio of Customized Solutions

Built on a portfolio of platforms that includes conventional and ruggedized tablets, connectivity solutions, touch displays, and more, our solutions have been proven to lower total cost of ownership, improve productivity, minimize operational downtime, and address privacy and security concerns in today's always-connected business environment.

Select Platform

Get Started

Skip to main content

Why JACS

# Leader in Maximizing Everyday Operations for Enterprises

### Secure
Protect your operations with locked-down firmware, encrypted data transfer and a tamper-proof interface.

### Connected
Modernize and transform your infrastructure by connecting people and devices from anywhere.

### Productive
Keep your equipment and workforce connected and productive so you can always make the right business decisions at the right time.

### Customizable
Solutions that meet your exact specifications, from hardware and display requirements to customizable accessories.

### Total Cost of Ownership
Reduce cost of ownership with a solution that is built to last and designed to maximize productivity without interruption.

### Enterprise and Industrial Grade
Solutions purpose-built to withstand even the harshest environments, whether in a facility, on the road, or in the field.

## 55+
### Countries
Serving customers all over the world.

## 2,000,000+
### Devices Deployed
Helping businesses do more, more often.

Skip to main content

## Use Cases

## Use Cases

See Use Cases   (/iot-solutions/use-cases/)



### Reducing recidivism among the incarcerated with secure wireless technologies

Learn how correctional facilities are reducing recidivism with secure wireless technologies that provide connections to family members, loved ones, and support networks.

**Continue Reading (https://www.jacs-solutions.com/case/reducing-recidivism-among-the-incarcerated-with-secure-wireless-technologies/)**



### Internet connectivity for remote patient monitoring

Secure and reliable Internet connectivity of medical devices for remote patient monitoring is critical so that healthcare providers to access data they need…

**Continue Reading (https://www.jacs-solutions.com/case/internet-connectivity-for-remote-patient-monitoring/)**



### Mobile workstation for warehouses and distribution centers

Using smart devices in warehouses and distribution centers enables companies to share large amounts of data quickly, leading to improved operations and less…

Skip to main content

Continue Reading (https://www.jacs-solutions.com/case/mobile-workstation-for-warehouses-and-distribution-centers/)

# Solutions Stories

Explore All Articles (https://www.jacs-solutions.com/solutions-stories/)



### 4 Key Takeaways from the 2021 GSMA Climate Action Report

August 8, 2022 — Four key takeaways from the 2021 Mobile Net Zero climate action report released by the GSMA.

Continue Reading (https://www.jacs-solutions.com/4-key-takeaways-from-the-2021-gsma-climate-action-report/)



### Building Durable Mobile Devices for Use in Tough Industries

June 24, 2022 — Building durable mobile devices for use in tough industries is a multi-step process.

Continue Reading (https://www.jacs-solutions.com/building-durable-mobile-devices-for-use-in-tough-industries/)



### Why Are Schools Investing in Private

Skip to main content

Are Schools Investing in Private LTE Technology?

May 31, 2022 — As demand for flexible learning grows, education is one business sector that stands to benefit from the adoption of Private LTE technology.

**Continue Reading (https://www.jacs-solutions.com/why-are-schools-investing-in-private-lte-technology/)**