**EXHIBIT 24**

⌂(https://www.jacs-solutions.com/)  ::  Support(https://www.jacs-solutions.com/support/)  ::  FAQs

# FAQs

Below you'll find answers to some of the most commonly asked questions about JACS Solutions and our platforms, products, and services. This Q&A will help you get to know JACS a little better and understand more about how we work with our customers.

We work hard to ensure our customers and partners have the information and technical support they need to resolve questions quickly and make the experience of working with JACS a great one. If you don't see your question listed below, please reach out. We're happy to help.

## General

**So JACS is a tablet company, right?**                                                    −

Yes and no. JACS builds IoT solutions that enable our customers' digital transformation initiatives, connected workflows, and smart applications. Our extensive technology toolkit and global R&D expertise allows us to create platforms that are highly-customizable to address critical business needs. And yes, sometimes those devices are tablets.

**What do you mean when you say custom solutions?**                                        −

JACS provides hardware, firmware, services, and accessories that are integrated with end-to-end solutions for IoT applications. Each solution is built to the specific requirements of our customers who often find that off-the-shelf products fall short in terms of performance, reliability, product lifecycle, and security.

**How are JACS solutions used?**                                                           −

JACS has deployed custom solutions in healthcare, education, transportation, logistics, retail & hospitality, enterprise businesses, the public sector, and more. If your business or organization requires connectivity to enable applications in stationary or mobile environments, we can provide a solution that will work for you.

Skip to main content

#### How do I know if I need a custom solution instead of an off-the-shelf product?

If you're deploying technology solutions into your enterprise, education, healthcare, or other work environment and have specific concerns about data privacy, security, physical damage, reliable network connectivity, or productivity, you'll likely want to consider a custom solution over an off-the-shelf product that is built for mass adoption and consumer use.

## Platforms and Devices

#### What makes JACS devices different from consumer-grade products?

JACS understands that one size does not fit all and that enterprise technology must meet a higher standard than consumer products. From reducing security vulnerabilities to ruggedizing devices for use in tough environments, JACS devices are purpose-built for business.

#### Can I use JACS devices with my current wireless carrier?

Generally, yes. JACS has close relationships with wireless network operators in many countries around the world. We work closely with them to certify devices for use on their networks and we can also provide devices that are network agnostic. Just a couple of examples are the JACS TT800V tablet certified by Verizon Wireless, and TT800Q certified by AT&T.

#### What other options do I have for connecting my device to the internet?

In addition to certifying devices for use on publicly available cellular networks, JACS devices may include Wi-Fi connectivity as well as the capability to connect to private mobile networks using frequency bands allocated for use by enterprises operating their own networks and neutral host providers.

#### Besides devices, what products does JACS provide?

JACS platforms are built at the component level so we have the ability to create just about anything to be used in an IoT environment. Some examples of what we've developed are tablets, connectivity solutions that include LTE USB dongles and mobile hotspots, Internet-enabled touch displays, and charging carts for all sorts of devices.

Skip to main content

### Will my JACS products work outdoors or in harsh conditions? −

JACS offers several options for ruggedizing your devices. We have deployed both rugged and semi-rugged devices to enterprise customers in a number of different industries where drops, vibrations, dust, and heavy use may impact product life. We can also provide enclosures and cases that will protect devices.

### Are all JACS products listed on the website? −

Since JACS specializes in custom solutions for each client, we are not really a "product" company. Though you may see products on our website, they're really just representative samples of what our platforms can become. We're happy to offer those products to you, but the customization possibilities are endless.

## Technical Q&A

### Will JACS solutions support my company's applications? −

Yes. When we develop a solution for you, we will include firmware customizations that lockdown devices to restrict some applications and allow others. We can also provide you with the tools necessary to manage these permissions on your own.

### How does JACS help me with security and privacy? −

JACS understands that data security and privacy are critical concerns in a connected world and that your business cannot accept unnecessary risks. That's why we offer many security and privacy-related capabilities including locking down device firmware; enabling or disabling Google Management Services (GMS), and providing secure modes of connectivity like LTE and Wi-Fi. Our team of engineers and solutions architects will work closely with you to understand what is needed in your JACS-built solution.

### What operating system do JACS tablets use? −

Skip to main content

Most JACS devices run a custom version of Android (Android version 5 and later). Our team also has the ability to build solutions that run Windows IoT if that is needed for your business. Just like our hardware, we will customize the operating system for you to ensure that you have exactly what you need.

#### How can I tell what operating system version is running on my JACS devices?    −

To find the software version of your Android device, go to Settings, tap About Device, and look for the Kernel version.

#### Can I remotely manage and update my JACS devices?    −

If you would like, JACS will include our Over-The-Air (OTA) service to manually or automatically install the most up-to-date software version for your devices. We also have several partners from whom you may purchase and install Mobile Device Management (MDM) services for more comprehensive management of your deployed JACS devices.

## Purchasing and Working With JACS

#### How can I buy a JACS solution?    −

Just **give us a shout(/contact-us/)** with a little information about what you're looking for. Our team is happy to learn more about your technology needs and to help you specify solution requirements.

#### How long does it take to receive a custom solution from JACS?    −

That depends. Given the custom nature of our solutions, timelines may vary. Once we get things going, you'll have a dedicated team of account and project managers assigned to you to keep you updated every step of the way.

#### Are there minimum order quantities when buying from JACS?    −

Yes. JACS requires minimum order quantities on all physical products. For more information on those minimum quantities, please **contact us.(https://www.jacs-solutions.com/contact-us/)**

Skip to main content

#### What type of support does JACS provide to customers?    −

All JACS devices come with one year standard manufacturer's limited warranty. We also offer premium warranties and

insurance. Learn more about our premium **JACS Device Protection Plans.(https://www.jacs-solutions.com/wp-content/uploads/2021/12/JACS-Device-Warranty.jpeg)**

## Helpdesk / RMA Questions

**How can I find out if my device is still under warranty?**                                                                ─

Contact **helpdesk@jacs-solutions.com(mailto:helpdesk@jacs-solutions.com?subject=New Ticket)** to open a ticket, and we will review your account and update you on your warranty status directly. Please include the serial number and IMEI number of the device(s) in question and have the sales receipt or a comparable proof-of-sale showing the original date of purchase ready.

**How do I find the serial number and IMEI number on my device?**                                                           ─

Typically, the product serial number and IMEI number can be found on the back of the device; however, the location may vary depending on the device type and its customizations.

**Can I return a device without opening a support ticket?**                                                                 ─

No. All repair issues must be initiated through our ticket system to ensure proper customer service and tracking. All devices must have an RMA number before you return them to us.

**JACS Service sent me an RMA number. How do I ship my device(s) or equipment for repair?** ─

Please carefully wrap all devices and equipment in protective packaging with bubble wrap or other padding. Please write the RMA number from your support ticket on the outside of the shipping box and ship to:

JACS Solutions
809 Pinnacle Drive, Suite R
Linthicum Heights, MD 21090

Additional devices or equipment not included in the provided RMA number will be subject to additional shipping and handling fees.

**How long do repairs take after JACS has received my device?**                                                             ─

Skip to main content

The turnaround time for repair varies depending on the issue. We will keep you apprised of the repair status through your open support ticket.

**What if I would like to purchase expedited return shipping for my RMA devices?** −

If you need expedited return shipping for your RMA devices, please indicate so in your open support ticket so that our team can provide you with a quote.

**If I have multiple devices with similar issues, should I RMA them individually or in bulk?** −

Submitting devices in bulk for RMA is preferred, as it reduces shipping and handling costs and allows for the most efficient way to diagnose and repair them.

**If I shipped multiple devices for RMA, do I have to wait for all my devices to be repaired prior to return shipping?** −

We do offer options for you to receive repaired devices on an individual basis. If you are interested in this, please contact us to see if we can accommodate your request. Note that there will be additional shipping charges.

**Do I have the option to receive a replacement device instead of waiting for my original device to be repaired?** −

Replacement devices are only available to customers who have purchased our Protect Warranty Plan.

**Can I still send my out-of-warranty device for repair?** −

Yes. Create a ticket by emailing **helpdesk@jacs-solutions.com(mailto:helpdesk@jacs-solutions.com?subject=Out-of-Warranty Device)** to begin the RMA process. Please note that you will be responsible for all parts, labor, and shipping costs associated with your out-of-warranty devices. In addition, all out-of-warranty device RMAs are subject to a one-time diagnostic charge.

**Do you offer online support and troubleshooting for your devices?** −

Skip to main content

As part of the support ticket process, our technicians will work with you to determine whether the device(s) need to be submitted for repair through our RMA process. Be advised that tampering with hardware or opening the product without

consent from our support team is strictly prohibited and will void your warranty.

**Get in Touch**

# Don't see your question? Give us a shout.

First name*

Last name*

Email*

Phone number

Company name*

How may we help you?*

Please Select

Anything else we should know?

☐ I'd like to receive JACS news & updates

protected by reCAPTCHA
Privacy - Terms

Skip to main content  Submit