**EXHIBIT 25**



⌂(https://www.jacs-solutions.com/)  ::  IoT Solutions  ::  Services

# Customization Services

Sometimes the best solution is one that doesn't exist yet. When out-of-the-box solutions for your mobile enterprise operations fall short, JACS Solutions can provide customization services for hardware and firmware that work specifically for the needs of your business. Whether you've already developed precise specifications or need guidance to solve a challenge, JACS is your partner in bringing your vision to life.

Get Started

Skip to main content



**Our Products**

# Hardware Customization

For many enterprise businesses, complex workflows and security needs demand tools built to unique specifications. Often these businesses need non-standard features and capabilities, or they require an optimal balance of specifications and cost to meet a set budget. Others might need to create a next-generation product to compete in the marketplace. Regardless of the goal for your end product, JACS Solutions can equip you with unmatched hardware customization to develop mobile devices that get the job done when off-the-shelf just won't cut it.

View Our Platforms(https://www.jacs-solutions.com/iot-solutions/platforms/)

 ## Long Product Life Cycle

Truly cost-effective solutions result in products able to deliver time and time again without needing to be replaced after 12-18 months. Our products have a life cycle of 3-5+ years, and we help our customers forecast and plan upgrades for the next six months and beyond

 ## Outstanding Product Development Capability

JACS Solutions offers development capabilities spanning conceptualization, design, prototyping, and testing to certification and regulatory compliance. 70% of our

and plan upgrades for the next six months and beyond.

worldwide workforce is in R&D, demonstrating our drive to develop the very best products on the market.

## 💬 Dedication to Customer Service

JACS Solutions enjoys creating portfolios of custom devices for customers across all industries. We pride ourselves on developing innovative products through a partnership with our customers and our unrelenting focus on service and quality.



**Our Service**

# Firmware Customization

JACS Solutions firmware customization services ensure businesses never settle for mass-produced products that don't quite fit their needs. Off-the-shelf products provide basic features and capabilities that only bandage problems rather than solve them. By building operating systems from the ground up, we can eliminate bloatware, implement security restrictions on application installation, and make other modifications to optimize performance. These capabilities allow us to deliver a purpose-built device that creates a solid and secure foundation for mobile operations.

View Our Technologies(/iot-solutions/technologies/)

 ## Highly Secure

With the ability to offer a higher level of control over the Android source code, JACS Solutions can exclude elements of the OS that will introduce vulnerabilities and security risks. This modification offers a more secure approach to the overall solution than off-the-shelf products and the standard MDM service.

 ## Easy Deployment

Configuring each device is time and resource-consuming. Customizing the firmware at the OS level eliminates the need to set up each device manually. Every device is ready to be deployed out of the box, saving time and money.

 ## Controlled User Experience

When your device firmware is built from the ground up with you in mind, it provides a more direct and controlled user experience. Users are also unlikely to access unwanted apps or trigger unwarranted data usage.

Get in Touch

# Let Us Build You The Perfect Solution

First name*

Last name*

Email*

Skip to main content

Phone number

Company name*

How may we help you?*

Please Select

Anything else we should know?

☐ **I'd like to receive JACS news & updates**

protected by **reCAPTCHA**
Privacy - Terms

Submit