**EXHIBIT 26**



 (https://www.jacs-solutions.com/)  ::  IoT Solutions  ::  Platforms(https://www.jacs-solutions.com/iot-solutions/platforms/)  ::  Accessories

# Accessories

**Put Your JACS Solutions To Work.**

Whether you're deploying your customized JACS solutions for handheld, stationary, in-vehicle, or field use, JACS accessories provide the added functionality, security, and protection they need to work effectively. JACS accessories are as customizable as the hardware platforms they support, offering options ranging from white-labeling to data and power port configuration. See a list of currently available accessories here or speak with a JACS representative about other accessory options.

## Available Accessories For JACS Platforms





Skip to main content

Screen Protector

Enclosure Stand



Mounting Arm



Charging Dock



In-Vehicle Dock



Rubber Case



Leather Case



Vehicle Power Harness



Hand Strap



Shoulder Strap

Skip to main content

Case 1:23-cv-00500-MN   Document 17-28   Filed 05/22/23   Page 4 of 5 PageID #: 4175





Back Strap

Car Charger



Stylus

Get in Touch

# Find or Customize Accessories For Your JACS Products

First name*

Last name*

Email*

Phone number

Skip to main content

Company name*

CASE 1:23-cv-00500-MN    Document 17-28    Filed 05/02/23    Page 5 of 5 PageID #: 4176

How may we help you?*

| Please Select |

Anything else we should know?

☐ I'd like to receive JACS news & updates

protected by reCAPTCHA
Privacy - Terms

Submit