**EXHIBIT 27**

10/13/22, 5:07 PM
Customizable Tablets | Secure, Connected & Reliable | JACS Solutions

Case 1:23-cv-00500-MN    Document 17-20    Filed 05/22/23    Page 2 of 9 PageID #: 4178



 (https://www.jacs-solutions.com/)  ::  IoT Solutions  ::  Platforms(https://www.jacs-solutions.com/iot-solutions/platforms/)  ::  Customizable Tablets

# Customizable Tablets

We put the *Custom* in Customer with our purpose-built tablet solutions.

JACS Solutions has been developing customized tablets that support business-critical applications in diverse industries for more than a decade. Each of our platforms is built to your requirements at the hardware, firmware, and software level to connect and empower your workforce.

Whether your goal is maintaining operational uptime, securing your connected applications, connecting assets and people from anywhere, or solving other unique business challenges, our dedicated team of engineers and product specialists work with you to design, develop, and implement a tablet solution that ensures business success.

Build Your Custom Solution


## Secure

Skip to main content

Protect your operations with locked-down firmware, encrypted data transfer and a tamper-proof interface.

## Connected

Stay connected in any environment on public mobile, private LTE, or Wi-Fi networks and fixed or wireless

machine-to-machine communication.



### Enterprise-Grade

Reduce cost of ownership with a tablet that is built to last and designed to maximize productivity without interruption.



**Benefit**

# Tough and Reliable

Have confidence knowing your devices are purpose-built to withstand even the harshest environments, whether they are operating in a warehouse, on the floor of a manufacturing facility, on the road, or in the field.

Skip to main content



**Benefit**

# You're in Control

Reduce risk and limit vulnerabilities by restricting network and device access, preventing unwanted application installations, and performing over-the-air firmware and application updates.

Skip to main content

Case 1:23-cv-00500-MN    Document 17-20    Filed 05/22/23    Page 5 of 9 PageID #: 4181



**Benefit**

# Never Compromise

Get tablet solutions that meet your exact specifications, from hardware and display requirements to customizable accessories. Not sure what you need? JACS professionals are here to guide you through building a solution for you from the ground up.

Skip to main content



Use Case

# Optimize Operations in Transportation and Logistics

Learn how fleet managers are driving change in the transportation and logistics space with technology solutions that improve efficiencies, reduce costs, protect assets, and ensure compliance.

View Use Case(https://www.jacs-solutions.com/case/transportation-use-case-optimize-operations-transportation-logistics/)

Skip to main content

Get in Touch

# Build Your Perfect Tablet Solution

First name*

Last name*

Email*

Phone number

Company name*

How may we help you?*

Please Select

Anything else we should know?

☐ I'd like to receive JACS news & updates

protected by reCAPTCHA
Privacy - Terms

Submit

Skip to main content

# Security & Flexibility in an Enterprise Solution



**TR0810 8" Wi-Fi Only Android Rugged Tablet**
(https://www.jacs-solutions.com/platform/tr0810-8-inch-wifi-android-rugged-tablet/)



**TR0820 8" CBRS Android Tablet**
(https://www.jacs-solutions.com/platform/tr0820-cbrs-android-tablet/)



**TT1001 10" 4G LTE Android Tablet**
(https://www.jacs-solutions.com/platform/tt1001-10-inch-4g-lte-android-tablet/)



**TT800Q 8" AT&T 4G LTE Android Tablet**
(https://www.jacs-solutions.com/platform/tt800q-4g-lte-android-tablet/)





Skip to main content





TT1001V3 10" CBRS Android Tablet (https://www.jacs-solutions.com/platform/tt1001v3-10-inch-cbrs-android-tablet/)

TT800V 8" Verizon 4G LTE Android Tablet (https://www.jacs-solutions.com/platform/tt800v-verizon-4g-lte-android-tablet/)