**EXHIBIT 28**

NCIC

INMATE COMMUNICATIONS

Setup or Login to Your Account

## NCIC Video Visits and Messaging Services

🔍 Search

| | | | | | | |
|---|---|---|---|---|---|---|
| Alabama | Arizona | Arkansas | California | Florida | Georgia | Iowa |
| Kansas | Michigan | Minnesota | Mississippi | Missouri | North Carolina | Oklahoma |
| South Dakota | Texas | Wyoming | | | | |

---

**Henry County - AL**

166 E Williams St

Messaging, Video Visits (Onsite and Offsite)

⟩ More Information

**Jefferson County Jail - Bessemer - AL**

1822 2nd Avenue North

Messaging, Video Visits (Onsite and Offsite)

⟩ More Information

**Coosa County Jail - AL**

296 School Street

Messaging, Video Visits (Onsite and Offsite)

⟩ More Information

---

**Shelby County - AL**

380 McDow Rd

Video Visits (Onsite and Offsite)

⟩ More Information

**Conecuh County - AL**

104 Liberty St

Messaging, Video Visits (Onsite and Offsite)

⟩ More Information

**Vestavia Hills PD - AL**

1032 Montgomery Hwy

Messaging, Video Visits (Onsite and Offsite)

⟩ More Information

---

**Jefferson County Jail - Birmingham - AL**

809 Richard Arrington Jr. Blvd

Messaging, Video Visits (Onsite and Offsite)

⟩ More Information

**Chambers County - AL**

105 Alabama Ave

Messaging, Video Visits (Onsite and Offsite)

⟩ More Information

**Dekalb County - AL**

2801 Jordan Road SW

Messaging, Video Visits (Onsite and Offsite)

⟩ More Information

---

**Clay County - AL**

41771 AL-77

Messaging, Video Visits (Onsite and Offsite)

⟩ More Information

**Dothan PD - AL**

210 N St Andrews Street

Messaging, Video Visits (Only Offsite)

⟩ More Information

**Gulf Shores PD - AL**

220 Clubhouse Drive

Messaging, Video Visits (Onsite and Offsite)

⟩ More Information

---

**Coosa Valley Youth Detention - AL**

4625 McClellan Blvd

Video Visits (Only Offsite)

⟩ More Information

**Russell County Jail - AL**

307 Prentiss Dr

Video Visits (Onsite and Offsite)

⟩ More Information

**Madison County Jail - AL**

815 Wheeler Ave NW

Video Visits (Onsite and Offsite)

⟩ More Information

NCIC
INMATE COMMUNICATIONS

1900 Frederick Rd                    4625 McClellan                    225 Industrial Park
                                     Blvd                              Rd

Messaging, Video Visits (Only Offsite)    Video Visits (Only Offsite)    Messaging, Video Visits (Onsite and Offsite)

> More Information              > More Information              > More Information

**Marion County Jail - AL**

280 Winchester
Drive

Messaging, Video Visits (Onsite and Offsite)

> More Information