**EXHIBIT 31**



(https://www.jacs-solutions.com/)  ::  Platforms(/iot-solutions/platforms)  ::  Customizable Tablets(/iot-solutions/platforms/customizable-tablets)  ::  TR0820 8" CBRS Android Tablet

# TR0820 8" CBRS Android Tablet

Tough, Flexible & Secure

The TR0820 CBRS Android Tablet provides connectivity to private LTE networks to keep your workforce securely connected and productive. Its semi-rugged design is purpose-built for heavy use in the harshest environments, and its low power consumption makes it ideal for applications where charging capabilities are scarce.

The TR0820 is OnGo Alliance certified and supports a multitude of peripherals, such as barcode scanners, RFID readers, and biometric devices. Built with security in mind, it also features a locked-down firmware and a tamper-proof application interface.

## Tough

Built to withstand heavy use in harsh environments where Wi-Fi networks often fall short.

## Flexible

Adapt to any situation with a modular design compatible with barcode scanners, RFID readers, and biometric devices.



## Secure

Maintain complete control of the devices on your private network with a CBRS tablet built with locked-



Skip to main Content

down firmware and a tamper-proof interface and casing.

## Resources

**Product Data Sheet** +

**Support** +

## Specifications

| | |
|---|---|
| **CHIPSET AND CPU** <br> RK3288W, Quad-Core Cortex A17, Up to 1.6GHz | **BLUETOOTH** <br> Supported |
| **CBRS MODULE** <br> Sequans CB410L Module(Category 4) | **AUDIO** <br> 3.5mm Earphone Jack, Internal Microphone, Dual Speakers (0.8 Watt) |
| **RAM/ROM** <br> 2GB DDR3 / 32GB | **PORTS/SLOTS** <br> NANO SIM Card Slot, 5-pin PoGo Pin |
| **OPERATING SYSTEM** <br> Android 10 | **GPS** <br> Internal GPS |
| **RESOLUTION** <br> 1280 x 800 pixels | **BATTERY** <br> 3.7V 6200 mAh Lithium-Ion Battery |
| **SCREEN SIZE** <br> 8.0 inches | **SENSORS** <br> Gravity Sensor |
| **SCREEN SPECIFICATIONS** <br> Brightness up to 300 nits, Capacitive Touch Panel | **OPERATING TEMPERATURE** <br> 32°F to 122°F |
| **CAMERA** <br> 5MP Rear with Auto-Focus | **WEIGHT** <br> 1.87 lbs |
| **CELLULAR NETWORK** <br> CBRS Band 48 4G LTE | **DIMENSIONS** <br> 9.52" x 5.79" x D 0.88" |

Skip to main content

### WLAN
802.11 a/b/g/n/ac
Frequency: Dual-band 2.4GHz / 5GHz

### ACCESSORIES
Power Adapter (5V/2A with over-voltage protection; OTG Output: 5V/1A)