**EXHIBIT 32**



# TR0820 CBRS 4G LTE TABLET

The **JACS TR0820 CBRS 4G LTE Android Tablet** provides connectivity to private LTE networks and is semi-ruggedized to survive harsh conditions and heavy use, ensuring that purpose-built applications for the industrial and enterprise applications work reliably and continuously. The tablet features a high-capacity battery that requires less time to charge and supports longer battery life. The 5-Pin PoGo port supports a multitude of peripherals such as barcode scanners, RFID readers, biometric devices, and vehicles. Built with security in mind, the JACS CBRS tablet may be customized at the hardware and firmware levels, which includes locking down the device to prevent installation of unnecessary applications that may introduce security risks and negatively impact productivity.  In addition to LTE, the tablet supports Wi-Fi, Bluetooth, and GPS.





### SEMI-RUGGED
Built to withstand temperature and vibration extremes to operate in the harshest of environments



### FLEXIBILITY
PoGo port and bluetooth support peripherals such as barcode scanners, RFID readers, biometric devices, and more



### SECURITY
Protect sensitive data with encrypted online connections and tamper-proof interface

## CUSTOMIZING YOUR TR0820 TABLET

### FIRMWARE CUSTOMIZATION

JACS firmware customization allows you to control pre-loaded applications at the operating system level, change default system settings, remove unwanted applications and "bloatware", lockdown the device for kiosk usage with a customer launcher and a host of other possibilities.

### HARDWARE CUSTOMIZATION

Build your tablet hardware to your exact needs.  Modify the memory, processing power, camera, ports, casing, etc.  JACS Solutions can even personalize the talets with your corporate branding.



**809 Pinnacle Drive, Suite R**
**Linthicum Heights, MD 21090**

**443.718.4333**
**www.jacs-solutions.com**

# JACS SOLUTIONS
# TR0820 8" CBRS 4G LTE TABLET SPECIFICATIONS

| | |
|---|---|
| **Chipset/Modules** | RK3288, Quad-Core Cortex A17, Up to 1.6GHz<br>**Sequans Cassiopeia CB410L/CB610L Modules** |
| **RAM/ROM** | 2GB LPDDR3/32 GB eMMC |
| **Operating System** | **Android 10** |
| **Display** | 8.0 in.<br>Pixels 1280 x 800<br>Aspect Ratio 16:10<br>Brightness up to 300 nits |
| **Touch Panel** | Capacitive 5-point multi-touch |
| **Camera** | **Front:** 5MP Auto-Focus |
| **Network & Connectivity** | **CBRS Band 48 4G LTE**<br>**Wi-Fi:** WLAN 802.11 a/b/g/n/ac, Dual-band 2.4 GHz/5 GHz with 2x2 MIMI for transmit and receive<br>**Bluetooth:** Supported<br>FM, NFC, RFID capable |
| **I/O Interface** | **Buttons:** Power, Volume +/-, Reset<br>**Audio:** 3.5mm Earphone Jack, Internal Microphone (sensitivity -42dB), 2 Speakers (8 ohm/0.8W)<br>**SD Card Slot:** NANO SIM Card Slot<br>**USB Port:** 5-pin PoGo Pin (Host/Slave)<br>**LED** Power Indicator |
| **GPS** | **Internal GPS** |
| **Battery & Power** | **Magnetic PoGo PIN:** 5V/2A with over-voltage protection<br>**OTG Output:** 5V/1A |
| **Sensor** | Gravity Sensor |
| **Operating Temp.** | -40°C to 70°C / -40°F to 158°F |
| **Weight** | 0.85 Kg /1.87 lbs. (without package) |
| **Dimension** | L 242 x W 147 x D 22.3 mm / L 9.52 x W 5.79 x D 0.88 Inches |
| **In Box** | **TR0820, Power Adapter** |



100-TR0820-DS-10-21-V01