**EXHIBIT 38**

Case 1:23-cv-00500-MN   Document 17-39   Filed 05/22/23   Page 2 of 4 PageID #: 5975

 Google Play

🔍  ❓  

Games    Apps    Movies & TV    Books    Kids



# NCIC Mobile Video Visitation

### Keeping Intouch

| 3.5 ★ | 50K+ |  |
|---|---|---|
| 309 reviews | Downloads | Teen ⓘ |

Install

🔖 Add to wishlist



## About this app →

The NCIC App is the most convenient way to stay connected to your family and/or friend that is incarcerated. NCIC allows you to send and receive text messages, giphys, emojis, video messages, pictures, and have remote video visitations.
Features:
Create or Login to your NCIC account
Add funds using a credit/debit card
Send text messages, giphys, and emojis…

### Updated on
Feb 17, 2023

Communication

## Data safety →

Safety starts with understanding how developers collect and share your data. Data privacy and security practices may vary based on your use, region, and age. The developer provided this information and may update it over time.

| | |
|---|---|
| 🔗 | **No data shared with third parties**<br>Learn more about how developers declare sharing |
| ☁ | **No data collected**<br>Learn more about how developers declare collection |

See details

## Ratings and reviews →





Google Play

| Games | Apps | Movies & TV | Books | Kids |

Google Play

Play Pass

Play Points

Gift cards

Redeem

Refund policy

Kids & family

Parent Guide

Family sharing

Terms of Service    Privacy    About Google Play    Developers    Google Store    🇺🇸 United States (English (United States))