**EXHIBIT 39**



# Va. tech company providing inmates with tablets with goal of increased education access

by 7News Staff | Wed, April 19th 2023, 8:48 PM PDT

A Falls Church based tech company is looking to use technology to give prisoners a better opportunity upon release (ViaPath Technologies)

FALLS CHURCH, VA. (7News) — Falls Church based **ViaPath Technologies** is widely known as a prison phone company, but their social impact initiatives now have them focusing on recidivism.

Communities throughout the DMV have seen lives disrupted, and certain crime rise recently.

The experts trying to find out how to stop this cycle often turn their attention to the likelihood of those who are imprisoned and released ending up right back behind bars.

"We cannot continue to just lock people up and never give them an opportunity to change," said Tony Lowden, the Chief Social Impact Officer of ViaPath Technologies. He previously served as the White House Reentry Czar.

Promoted Links



**HELLO BREAKTHROUGHS.GOODBYE OBSTACLES**
Children's National Hospital

[Learn More]

This month the Biden administration declared April **"Second Chance Month,"** aiming to help prisoners start new and build a safer society.

"The last thing we want them to do is be so desperate they do desperate things," Lowden said. "We also need to look at when they

desperate things," Lowden said. "We also need to look at when they come home how do we change their criminal thinking. Instead of trying to do criminal things to provide for their family or themselves, or being entrepreneurs in an illegal space we have to give them the tools on the inside."

ViaPath's mission is getting technology, including tablets, into the hands of inmates serving time for nonviolent crimes.

"So, when they come home they become viable, added members to their communities," said Lowden.

**READ ALSO: Incarcerated to inventor--how a Georgetown program is helping former inmates add value**

The tablets are safe and secure with no access to off-limit areas on the internet. They are pre-loaded with what inmates need to get a GED, vocational certifications, and technical apprenticeships.

"We put 39,000 tablets in North Carolina six month ago," he said. "Today, we have over 300,000 certificates, which means 300,000 completed courses in six months in North Carolina prisons."

Antonio Sadler knows firsthand the struggles of trying to improve while in prison, where Lowden says there may be two or three computers for 4,000-5,000 inmates.

"Before (the program), you'd be lucky to have a teacher that's working part-time, some torn-up books that somebody donated, and 100 or 200 guys trying to get in a classroom that's only built for 20 people," Sadler said.

**READ ALSO: Second chance at life: Former inmate becomes CEO of app that sends postcards to prison**

He served 10 years but was able to take full advantage of the program.

"I had a personal tablet that was assigned to me," he said. "I could sit on my bed as much as I wanted, wherever I went and I could be studying in times I would just be doing nothing or possibly getting into trouble," he said.

Sadler was able to get certified in operating a forklift.

He ended up being hired by ViaPath's second chance program once he was released from prison.

With a shortage of skilled workers, Lowden said it is time to up-skill people who are hungry to work even if they've made mistakes in the past.

"We have over 78,000,000 people in our nation right now that have a felony on their records," Lowden said. 78 million people. That should not put a person in a lifetime of poverty."

💬 **JOIN THE CONVERSATION (0)**

He's calling on local governments to join the company in expanding the access to technology and educational programs.

**MORE TO EXPLORE**



School board votes to stop hiring from Christian college, says beliefs make people unsafe



Police arrest man in possession of over 2,000 fentanyl pills



With white pants stained, Kenyan senator fights menstruation taboo

SPONSORED CONTENT							by Taboola



HELLO BREAKTHROUGHS.GOOD BYE OBSTACLES
Children's National... | SPONSORED



Online Strategy Game 2022
Total Battle - Tacti... | SPONSORED



Don't Play This Game if You Are Under 40 Years Old
BuzzDaily Winners | SPONSORED



AdChoices  Sponsored

## Conversation

Your voice matters. Discussions are moderated for civility. See our guidelines.

Be the first to comment...



No one seems to have shared their thoughts on this topic yet
Leave a comment so your voice will be heard first.

Powered by OpenWeb			Terms | Privacy | Feedback

ADVERTISEMENT

**NEWS IN PHOTOS:** "Local"



3

**UPDATED** NFL Draft: Washington Commanders not looking for a quarterback



4

Uber Eats debuts sidewalk robot deliveries in Fairfax, Virginia -- here's how it works



5

Charles County student hospitalized after ingesting substance from vape pen: Officials



6

1 dead after crashing into tow truck, police vehicle in Prince George's County: MSP

ADVERTISEMENT

## All clear given after shelter in place at Marine Corps Base Quantico: Officials

by 7News Staff | Thu, April 20th 2023, 10:40 AM PDT



Personnel at Marine Corps Base Quantico was under a shelter in place order Thursday afternoon, according to officials at the Virginia base.

QUANTICO, Va. (7News) — The all-clear was given after a shelter in place order at Marine Corps Base Quantico on Thursday, according to officials at the Virginia base.

As of 1:45 p.m., authorities have not indicated a reason for the shelter in place. All inbound and outbound traffic is open again, officials said.

 **JOIN THE CONVERSATION (0)**

No further details were immediately available.

**Look For Any High School Yearbook, It's Free**

