**EXHIBIT 40**

JACS SOLUTIONS LLC
8808 Centre Park Drive Suite 305 Columbia, MD 21045, USA
TEL: (410) 493-6718  FAX: +1 866-723-3050

DATE : Aug. 6, 2018

Equipment Autorisation Division
Federal Communications Commission
7435 Oakland Mills Road
Columbia, MD 21046

FCC ID: 2AGCDJACSTG801
Product Name: 8inch Tablet
**Request for Confidentiality**

Pursuant to Sections 0.457 and 0.459 of the commissions rules, we hereby request that the following documents be held confidential:

(List here the documents for which you are seeking confidentiality – for example …)

- Schematics
- Block diagram
- Operation description

These materials contain trade secrets and proprietary information and are not customarily released to the public.  The public disclosure of this information might be harmful to the company and provide unjustified benefits to our competitors.

*Dated this*   *8-6-2018*

*By:*   _____   *Candy Zhang*
              *Signature*                          *Printed*

*Title:*   *Manager*

*On behalf of :*   *JACS SOLUTIONS LLC*

*Telephone:*   *(410) 493-6718*