**EXHIBIT 41**











