**EXHIBIT 42**



2021/8/24

Federal Communications Commission
Office of Engineering and Technology
445 12th ST SW
Washington, DC 20554

Attention: Equipment Registration Services
RE: Change in ID Approval

JACS Solutions, Inc.
Original FCC ID: 2AGCDJACSTG801
**Name: 8inch Tablet;**
Original Approval Date: 08/26/2018

To Whom It May Concern:

JACS Solutions, Inc. gives authorization to the Federal Communications Commission to use information on file to grant Change in ID certification to JACS Solutions, Inc.. The new FCC ID is 2AGCDJACSTR810. The model to be multiple-listed is identical in design and construction to the originally approved model.

The original test results continue to be representative of and applicable to the equipment bearing the multiple-listed model.

If you required any additional information, please contact us.

Regards,

Contact name: Candy Zhang
Title: Treasurer
Tel: (410) 493-6718
Email: candy@jacs-solutions.com
JACS Solutions, Inc.