**EXHIBIT 43**

FCC ID:2AGCDJACSTR810











