**EXHIBIT 44**



**MICHAEL D. SPECHT**
Director
202-772-8756
mspecht@sternekessler.com

September 22, 2022

Steel Liu
JACS Solutions LLP
809 Pinnacle Drive, Suite R
Linthicum Heights, MD 21090
steel@jacs-solutions.com

*Via Email*
*steel@jacs-solutions.com*

Re:   ViaPath Technologies and JACS Solutions LLP Manufacturing and Services Agreement

Dear Mr. Liu:

This law firm represents Global Tel*Link Corporation d/b/a ViaPath Technologies ("ViaPath"). For more than 10 years, ViaPath and JACS Solutions have maintained a partnership, including a contractual arrangement for the exclusive supply of various inmate facing handheld devices and inmate accessible wall mounted devices, along with the accompanying software for the devices ("Software"). It has come to ViaPath's attention that JACS Solution has breached the parties' Manufacturing and Services Agreement, dated December 13, 2018 ("MSA"). Based on our preliminary investigation, it appears that, at a minimum, JACS Solution violated Section 3.8 of the MSA by selling a rebranded version of the Inspire 3 ("TG801") to NCIC, an inmate communications provider, for use in the Yellowstone County, Montana correctional facilities.

Our client ViaPath has attempted to discuss and resolve this issue with you in writing and in person to no avail. Please be advised that JACS Solutions has an obligation to preserve all relevant evidence directly and indirectly related to the MSA, including but not limited to emails, voicemails, texts, all messaging services, electronic documents, paper documents, software (all versions), and tablets.

Moreover, <u>within five days of receipt of this letter</u>, JACS Solutions must agree in writing to:

- Comply with Section 3.8 of the MSA by refraining from supplying NCIC, or any other third party providing services, directly or indirectly, to the corrections vertical, with similar products that JACS Solution has manufactured or supplied to ViaPath; and

- Refrain from any further sale, license, distribution, publication, access or use of the Software without ViaPath's explicit written consent.

Additionally, <u>within five days of receipt of this letter</u>, JACS Solutions must:

Steel Liu
September 22, 2022
Page 2

- Deliver to ViaPath the Android Open Source Project Source Code for TG801 and TP 156 and JACS IP (Kernel) in object code and binaries, as required under Section 3.5 of the MSA.

The foregoing is the **_minimum_** immediate expectation ViaPath has of JACS Solutions. ViaPath expressly reserves all rights to seek monetary damages and injunctive relief related to JACS Solutions' harmful acts. ViaPath expects any final resolution to include, *inter alia*, a substantial monetary payment from JACS to ViaPath to compensate ViaPath for the damages due to JACS Solutions' actions.

We also advise you that the manufacturing and sale of wireless tablets and supporting software, developed under services agreements between the parties likely infringes numerous ViaPath patents, including but not limited to the following:

- U.S. Patent No. 9,667,663 – Electronic Messaging Exchange
- U.S. Patent No. 10,116,707 – Electronic Messaging Exchange
- U.S. Patent No. 10,560,488 – Electronic Messaging Exchange
- U.S. Patent No. 9,307,386 – Multifunction Wireless Device
- U.S. Patent No. 9,614,954 – Multifunction Wireless Device
- U.S. Patent No. 10,757,249 – Multifunction Wireless Device
- U.S. Patent No. 11,184,342 – Multifunction Wireless Device
- U.S. Patent No. 11,228,672 – Security System for Inmate Wireless Devices

If JACS Solutions does not satisfy the above conditions ViaPath will seek all available recourse for breach of contract. ViaPath will consider all other approaches to protect its business interests and intellectual property, including but not limited to actions for patent infringement and misappropriation of ViaPath's intellectual property.

We understand that there on ongoing business discussions that seek to resolve this matter. We are hopeful that those discussions can be successful, but provide this notice in the event that is not the case.

STERNE, KESSLER, GOLDSTEIN & FOX P.L.L.C.

Michael D. Specht
Director

MDS