**EXHIBIT 45**

# BakerHostetler

Baker&Hostetler LLP

Washington Square, Suite 1100
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5403

T 202.861.1500
F 202.861.1783
www.bakerlaw.com

October 3, 2022

Jack Fornaciari
direct dial: 2028611612
jfornaciari@bakerlaw.com

**VIA E-MAIL (MSPECHT@STERNEKESSLER.COM)**

Michael D. Specht
Director

Re:    *ViaPath Technologies Letter Dated September 22, 2022*

Dear Mr. Specht:

      We represent JACS Solutions Inc. ("JACS") and we write to respond to your letter addressed to Mr. Steel Liu dated September 22, 2022. JACS treats Global Tel*Link Corporation d/b/a ViaPath Technologies ("ViaPath") as an important customer and has invested heavily in providing premium service and products to ViaPath in the past decade.

      JACS has complied with the terms established in the Manufacturing and Service Agreement dated December 13, 2018("MSA"), including Section 3.8. The MSA expired on December 13, 2021 and the parties did not extend the MSA in writing as required under Section 2 of the MSA.

      JACS has never sold or supplied any product to any customer that contains ViaPath proprietary information.

      After the expiry of the MSA, ViaPath and JACS entered into a Software License Agreement ("Agreement") on July 6, 2022.  In July 2022, JACS provided ViaPath access to AOSP and the encapsulated product kernel for TG801 pursuant to the terms of the Agreement.

      ViaPath's request to preclude JACS in supplying any products to any third party directly or indirectly to the corrections vertical may constitute unreasonable restraint of trade and attempt to  monopolize under Sections 1 and 2 of the Sherman Act.

      JACS values the benefits of ongoing business discussion. ViaPath terminated these discussions when it abruptly ended an in-person meeting between CEOs and other senior management of the two companies on September 19, 2022.

Michael D. Specht
October 3, 2022
Page 2

      JACS is always prepared to discuss a reasonable resolution of the disputes and is prepared to supply ViaPath according to the terms of the purchase orders.

Sincerely,

*[signature]*

Jack Fornaciari
Partner