**EXHIBIT 47**



# When off the shelf isn't on the table

JACS Solutions Inc. is a global provider of custom connectivity solutions for Internet of Things (IoT) applications. JACS partners with clients to design, manufacture, and deploy integrated solutions that make essential business operations simpler while reducing the risks and vulnerabilities that are inherent with off-the-shelf, consumer devices.

Select Industry

**Get Started**

### Industries

- Healthcare
- Transportation & Logistics
- Education
- Manufacturing & Industrial
- Public Sector
- Retail & Hospitality
- Other Connected Industries

### IoT Solutions

### Partners

### Support

### About Us





**IoT Solutions**

# Tailored IoT Solutions

Experts in cellular, Wi-Fi, and Private LTE, we deliver fully customized IoT solutions that address organizational challenges and enable future business models across diverse industry sectors.

[Our Technologies]





**Where We Specialize**

# Hardware and Firmware Customization

Our innovative approach to customization of hardware, firmware, and software maximizes both physical and data security of devices and provides technology managers with total control over what users and applications connect to their networks.

[Our Services]

Case 1:23-cv-00500-MN   Document 17-48   Filed 05/22/23   Page 4 of 11 PageID #: 6007



**JACS Platforms**

# Portfolio of Customized Solutions

Built on a portfolio of platforms that includes conventional and ruggedized tablets, connectivity solutions, touch displays, and more, our solutions have been proven to lower total cost of ownership, improve productivity, minimize operational downtime, and address privacy and security concerns in today's always-connected business environment.

Select Platform ⌄

**Get Started**

## Why JACS

# Leader in Maximizing Everyday Operations for Enterprises


### Secure
Protect your operations with locked-down firmware, encrypted data transfer and a tamper-proof interface.


### Connected
Modernize and transform your infrastructure by connecting people and devices from anywhere.


### Productive
Keep your equipment and workforce connected and productive so you can always make the right business decisions at the right time.


### Customizable
Solutions that meet your exact specifications, from hardware and display requirements to customizable accessories.


### Total Cost of Ownership
Reduce cost of ownership with a solution that is built to last and designed to maximize productivity without interruption.


### Enterprise and Industrial Grade
Solutions purpose-built to withstand even the harshest environments, whether in a facility, on the road, or in the field.

### Countries
Serving customers all over the world.

### Devices Deployed
Helping businesses do more, more often.

## Use Cases

See Use Cases ›



### Keep students engaged in learning with device charging and management

Learn how modular charging cart solutions for classroom and remote applications keep smart devices charged, protected, and accessible.



### Mobile workstation for warehouses and distribution centers

Using smart devices in warehouses and distribution centers enables companies to share large amounts of data quickly, leading to improved operations and less…

Continue Reading >

Continue Reading >



## Overcoming network and device security challenges in government facilities

Learn more about how the implementation of private networks in challenging environments has led to the adoption of secure, custom-built devices.

Continue Reading >

# Solutions Stories

Explore All Articles >





## 4 Key Takeaways from the 2021 GSMA Climate Action Report

August 8, 2022 — Four key takeaways from the 2021 Mobile Net Zero climate action report released by the GSMA.

Continue Reading >

## Building Durable Mobile Devices for Use in Tough Industries

June 24, 2022 — Building durable mobile devices for use in tough industries is a multi-step process.

Continue Reading >



## Why Are Schools Investing in Private LTE Technology?

May 31, 2022 — As demand for flexible learning grows, education is one business sector that stands to benefit from the adoption of Private LTE technology.

Continue Reading >



809 Pinnacle Dr., Suite R
Linthicum Heights, MD 21090, USA
sales@jacs-solutions.com

## Contact Us

Mon – Fri 8am – 5pm
General: +1 (443) 718 4333
Support: +1 (443) 718 4333 ext. 8803

| Industries | IoT Solutions | Partners | Support | About Us |
|---|---|---|---|---|
| Healthcare | Customization Services | Partner Program | Support & Services | Who We Are |
| Transportation & Logistics | Technologies | | FAQs | News & Events |
| Education | Use Cases | | Warranty Policy | Solutions Stories |
| Manufacturing & Industrial | Customizable Tablets | | | Become a Partner |
| Public Sector | Connectivity Solutions | | | Careers |
| Retail & Hospitality | Display Solutions | | | |
| Other Connected Industries | Charging Carts | | | |
| | Platforms | | | |
| | Accessories | | | |




Devices Certified By






[Privacy](#) :: [Sitemap](#)

Copyright © 2022 **JACS Solutions**. All Rights Reserved. An **ISO9001:2015 certified** company.

   

https://web.archive.org/web/20221005222011/https://www.jacs-solutions.com/