**EXHIBIT 48**

https://www.jacs-solutions.com/ | Go | OCT | JAN | MAR

170 captures
15 Mar 2015 - 16 Mar 2023

◀ **27** ▶
2022 | **2023** | 2024

About this capture



Industries ⌄

Healthcare

Education

Public Sector

Corrections

Transportation & Logistics

Manufacturing & Industrial

Retail & Hospitality

Other Connected Industries

IoT Solutions  ›

Platforms  ›

Partners  ›

# When off the shelf isn't on the table

JACS Solutions Inc. is a global provider of custom connectivity solutions for Internet of Things (IoT) applications. JACS partners with clients to design, manufacture, and deploy integrated solutions that make essential business operations simpler while eliminating the risks and vulnerabilities that are inherent with off-the-shelf, consumer-grade devices.

Select Industry

**Get Started**





**IoT Solutions**

# Tailored IoT Solutions

Experts in cellular, Wi-Fi, and Private LTE, we deliver fully customized IoT solutions that address organizational challenges and enable future business models across diverse industry sectors.

[ Our Technologies ]





**Where We Specialize**

# Hardware and Firmware Customization

Our innovative approach to customization of hardware, firmware, and software maximizes both physical and data security of devices and provides technology managers with total control over what users and applications connect to their networks.

Our Services



**JACS Platforms**

# Portfolio of Customized Solutions

Built on a portfolio of platforms that includes conventional and ruggedized tablets, connectivity solutions, touch displays, and more, our solutions have been proven to lower total cost of ownership, improve productivity, minimize operational downtime, and address privacy and security concerns in today's always-connected business environment.

Select Platform

**Get Started**

Why JACS

# Leader in Maximizing Everyday Operations for Enterprises


### Secure
Protect your operations with locked-down firmware, encrypted data transfer and a tamper-proof interface.


### Connected
Modernize and transform your infrastructure by connecting people and devices from anywhere.


### Productive
Keep your equipment and workforce connected and productive so you can always make the right business decisions at the right time.


### Customizable
Solutions that meet your exact specifications, from hardware and display requirements to customizable accessories.


### Total Cost of Ownership
Reduce cost of ownership with a solution that is built to last and designed to maximize productivity without interruption.


### Enterprise and Industrial Grade
Solutions purpose-built to withstand even the harshest environments, whether in a facility, on the road, or in the field.

## Countries
Serving customers all over the world.

## Devices Deployed
Helping businesses do more, more often.

# Use Cases

See Use Cases >





### Accelerate your productivity

Connect employees, customers, and the office from home with reliable, high-speed wireless connectivity for rural and remote locations.

Continue Reading >

### Powering secure self-service kiosks in terminals

Learn how secure and dependable touchscreen solutions are wirelessly connecting travelers, security, and staff on Private LTE networks to streamline the ever-changing workflows...

Continue Reading



## Industrial Remote Connectivity in Rural Areas

Keeping miles of fuel pipelines running at peak performance safely and efficiently with real-time data insights using wireless 4G LTE connectivity devices.

Continue Reading

# Solutions Stories

Explore All Articles





## Rural Connectivity: JACS Solutions Sitdown Episode 5

January 19, 2023 — JACS Solutions Sitdown - Rural Connectivity...

Continue Reading >

## Rugged Technology: JACS Solutions Sitdown Episode 4

December 5, 2022 — JACS Solutions Sitdown Series - Rugged Technology...

Continue Reading >



## Bloatware: JACS Solutions Sitdown Episode 3

November 16, 2022 — JACS Solutions Sitdown Series - Bloatware...

Continue Reading >



809 Pinnacle Dr., Suite R
Linthicum Heights, MD 21090, USA
sales@jacs-solutions.com

## Contact Us

Mon – Fri 8am – 5pm

General: +1 (443) 718 4333

Support: +1 (443) 718 4333 ext. 8803

| Industries | IoT Solutions | Platforms | Partners | Support | About Us | Blog |
|---|---|---|---|---|---|---|
| Healthcare | Customization Services | Customizable Tablets | Become A Partner | Support & Services | Who We Are | Solutions Stories |
| Education | Technologies | Connectivity Solutions | Partner Resources | FAQs | Careers | Use Cases |
| Public Sector | Cellular Networks | Display Solutions | Mobile Carriers | Warranty Policy | | News & Events |
| Corrections | Private LTE | Charging Carts | MVNOs | | | |
| Transportation & Logistics | | Platforms | Technology Partners | | | |
| Manufacturing & Industrial | | Accessories | VARs & Integrators | | | |
| Retail & Hospitality | | | Distributors & Resellers | | | |
| Other Connected Industries | | | | | | |




### Devices Certified By




Privacy :: Sitemap

Copyright © 2022 **JACS Solutions**. All Rights Reserved. An **ISO9001:2015 certified** company.






https://web.archive.org/web/20230127113434/https://www.jacs-solutions.com/