**EXHIBIT 49**

| | | | | | | |
|---|---|---|---|---|---|---|
| Industries | IoT Solutions | Platforms | Partners | Support | About Us | Blog | Contact Us |

⌂ :: Use Cases

# Use Cases

Learn about our solutions in our use cases and get a glimpse of how we've provided businesses and industries with a competitive advantage.

| All Industries | Education | Healthcare | Manufacturing | Other Connected Industries | Public Sector | Retail & Hospitality | Transportation |



**Bridging the Digital Divide with reliable, secure, easy-to-deploy 4G LTE solutions**

Learn how educators are providing access to remote learning resources for students in rural and low-income communities where broadband infrastructure is not readily available.

Continue Reading >



**Extending the adoption and lifecycle of remote patient monitoring equipment**

Learn how healthtech providers are using plug-and-play connectivity solutions to extend the life of connected legacy medical equipment for remote patient monitoring.

Continue Reading >



**Powering secure self-service kiosks in terminals**

Learn how secure and dependable touchscreen solutions are wirelessly connecting travelers, security, and staff on Private LTE networks to streamline the ever-changing workflows of modern travel.

Continue Reading >



**Reducing recidivism among the incarcerated with secure wireless technologies**

Learn how correctional facilities are reducing recidivism with secure wireless technologies that provide connections to family members, loved ones, and support networks.

Continue Reading >



**Overcoming network and device security challenges in government facilities**

Learn more about how the implementation of private networks in challenging environments has led to the adoption of secure, custom-built devices.

Continue Reading >



**Industrial Remote Connectivity in Rural Areas**

Keeping miles of fuel pipelines running at peak performance safely and efficiently with real-time data insights using wireless 4G LTE connectivity devices.

Continue Reading >



**Automate online order management with connected and reliable food delivery technology**



**Keep students engaged in learning with device charging and management**

Learn how modular charging cart solutions for classroom and remote applications keep smart devices charged, protected



**Extending the life of legacy devices**

Businesses from all verticals must plan for 2G/3G network sunsetting with 4G connectivity solutions that extend the life of the legacy equipment they rely on.

optimize delivery and pickup by incorporating apps and online capabilities into day-to-day operations using custom-built devices.

Continue Reading >

and accessible.

Continue Reading >

Continue Reading >





### Enabling ease of use and secure data transfer for remote patient monitoring

Healthcare providers have increasingly adopted virtual care platforms to meet the demand for telehealth visits, making the need to provide secure and reliable internet a necessity.

Continue Reading >

### Optimize operations in transportation and logistics

Fleet managers need technology solutions that improve efficiencies, reduce costs, protect assets, and ensure compliance.

Continue Reading >

### Mobile workstation for warehouses and distribution centers

Using smart devices in warehouses and distribution centers enables companies to share large amounts of data quickly, leading to improved operations and less downtime.

Continue Reading >





### Connecting augmented reality

Connecting Augmented Reality (AR) headsets in industrial environments helps to keep workers productive and safe in the field and on the factory floor.

Continue Reading >

### Powering student transportation solutions

Ensure rider safety, optimized routing, and operational efficiency with an integrated, comprehensive solution that includes tracking, communication, and alerting tools.

Continue Reading >

### Internet connectivity for remote patient monitoring

Secure and reliable Internet connectivity of medical devices for remote patient monitoring is critical so that healthcare providers to access data they need to make informed decisions to effectively care for their patients.

Continue Reading >




### A flexible virtual learning solution

Educational systems and institutions need cost-effective, easy-to-deploy virtual learning solutions that offer equal opportunities for students from all backgrounds and that address unforeseen changes in the way education is delivered.

Continue Reading >

### Accelerate your productivity

Connect employees, customers, and the office from home with reliable, high-speed wireless connectivity for rural and remote locations.

Continue Reading >

---



**Contact Us**

Mon – Fri 8am – 5pm
General: +1 (443) 718 4333
Support: +1 (443) 718 4333 ext. 8803

809 Pinnacle Dr., Suite R
Linthicum Heights, MD 21090, USA
sales@jacs-solutions.com

**Industries**
- Healthcare
- Education
- Public Sector
- Corrections
- Transportation & Logistics
- Manufacturing & Industrial
- Retail & Hospitality
- Other Connected Industries

**IoT Solutions**
- Customization Services
- Technologies
- Cellular Networks
- Private LTE

**Platforms**
- Customizable Tablets
- Connectivity Solutions
- Display Solutions
- Charging Carts
- Platforms
- Accessories

**Partners**
- Become A Partner
- Partner Resources
- Partner Deal Registration
- Mobile Carriers
- MVNOs
- Technology Partners
- VARs & Integrators
- Distributors & Resellers

**Support**
- Support & Services
- FAQs
- Warranty Policy

**About Us**
- Who We Are
- Careers

**Blog**
- Solutions Stories
- Use Cases
- News & Events

Devices Certified By

   

Privacy :: Sitemap          Copyright © 2022 JACS Solutions. All Rights Reserved. An ISO9001:2015 certified company.