**EXHIBIT 50**

# USER MANUAL

## Read before using

Thank you for purchasing this Tablet PC. This manual will help you to know the functions and applications that come with the product. Please read carefully before using the Tablet PC for the first time.

# Content

**1. information... 4**

**2. introduction... 5**

   2.1 function keys... 5
   2.2 General characteristics... 5
   2.3 specs... 5

**3. GUIDE QUICK... 6**

   3.1 about the touch panel... 6
   3.2 power on and off... 6
   3.3 saving mode and lock screen... 6
   3.4 Administration battery and load... 6
   3.5 explanation of function items... 7
   3.6 USB HOST function... 7
   3.7 TF card storage Card... 8

**4. network access ... 8**

   4.1 access to networks Wi-Fi... 8
   4.2 access to 3G networks... 8

**5. store and copy files... …………………………………… 8**

**6. main functions ... …………………………………… 9**

   6.1 Audio feature... 9
   6.2 function of Video... 10
   6.3 photo function... 10
   6.4 recording function... 10
   6.5 Admin. De Archivos……………………………………………………………........... 11
   6.6 E-book function... 11
   6.7 Internet browsing... 11
   6.8 E-mail function... 12
   6.9 calendar... 12
   6.10 calculator... 12
   6.11 alarm... 12
   6.12 installation applications... 13
   6.13 photos and Videos... 13

**7. configuration system... 1 5**

**8 questions and answers...**

# 1. Information

1. Please protect the product against dust and moisture.
2. Do not leave the product in environments of high temperatures, especially autos closed under the Sun on hot days.
3. Do not hit or drop the product.
4. Do not violently shake the product since the components, especially the LCD screen, may begin to fail.
5. Please be sure to carefully adjust the volume of the headphones since they can cause damage to your ears and loss of hearing.
6. Please load the tablet pc when:
    (1) The battery icon to alert that this next to run out
    (2) The tablet pc to automatically shut off and not turn back
    (3) No response when pressing the buttons on the tablet pc

**IMPORTANT: Please use only the charger provided or authorized by the manufacturer to avoid problems on load or damage to your product.**

**Input: 100-240V ~ 50/60 Hz**
**Output: 5V          2000 mA**

7. Not unplug this product from the PC while this transferring or copying files or formatting the memory since this can cause errors in the files or malfunction of the product.
8. Do not disassemble the product yourself. Only use a qualified technician to do this.
9. Do not use alcohol, benzene or any other product based on these components to clean the surface or screen of your product
10. Do not use the product in places prohibited such as aircraft
11. Always make sure you make a backup copy of your product information. Neither the manufacturer nor the importer responsible is made for loss of information or damage to the files that may occur in the case of repair of the product.
12. The manufacturer reserves all rights to the technology and design of the product and does not have any obligation to inform about changes in the versions or designs of the same

13. **This product is not waterproof or liquids. Please keep away from humidity at all times**

**The product takes approximately 20 seconds to turn on. Do not attempt to use it during this process**

## 2. Introduction

**Key functions**

| Name | Description |
|---|---|
| POWER | Press this button briefly to wake up or send to sleep mode. Press for several seconds if you want to turn off or turn on your tablet |
| Slot TF Card | TF memory, 32 MB to 128 MB |
| Headphones | Stereo headphone connector |
| USB port | Micro USB 5-pin charging port |
| USB Host port | External USB port for external accessories, 3G dongle, mouse, keyboard, etc. (2.0) |
| Screen | HD screen area |

**General characteristics**

■ CPU: Rockchip 3128 Cortext A7, 1. 3 GHz. operating system ANDROID 5. 1.
■ 7 screen″ ″ LCD touch screen, resolution 1024 * 600 pixels.
■ 16 GB of memory for storage supports 128MB - 32GB external memory TF.
■ Support for video, audio, pictures, E-books, etc.
■ Support for WiFi over 3 G WI FI USB or Dongle.
■ Dual camera: front: 0.3 m pixels; Trasera: 2. 0 M pixel
■ Several applications are available for the operating system ANDROID 5.0.
■ Record sound through the built-in microphone
■ Supports g-sensor screen that detects when the screen is rotated to adjust the image
■ Supports several languages.
■ Product can be used as a portable hard drive USB. Drives are not required for Windows 2000 or higher.

**Technical specifications**

| Screen | 7 inch capacitive touch screen. Resolution: 1024 * 600 |
|---|---|
| CPU | Chipset: ROCKCHIP 3128 ; Processor: Cortex A7; Frequency: 1. 3 GHz |
| RAM MEMORY | DDR3: 1 GB |
| Storage | 16GB Increase its capacity with external TF memory from 128MB to 32 GB. |
| Operating system | Android 5. 1 |
| Network | **Wi-Fi** : Integrated Wi-Fi module. IEEE 802.11a/b/g/n. |
| Applications | Applications in APK format |
| Video | AVI, MOV, MP4, ASF, 3GP, TS, MKV, MPEG, etc. |

| Music | MP3, APE, FLAC, AAC, OGG, etc. |
|---|---|
| Photos | JPG, BMP, PNG, TIFF, etc. |
| E-books | TXT, PDF, CHM, HTML, PDB, UMD, FB2, LRC, EPUB. |
| Office formats | Supported formats: Word, Excel, PDF, etc. |
| PC connection | micro USB2.0 x 1 |
| Battery | Lithium battery: 2500 mAh. |

# 3 Guide fast

### 3.1 About the touch Panel
The screen is touch capacitive; you can use the five fingers to touch the screen at the same time.

### 3.2 power on/off.
Ignition and lock: when the product is off press and holds for 3 seconds so that the Android system begins to boot; will appear the bar of progress that takes 20 seconds to make it complete the boot. When the product is in lock mode press and drag the

icon      to the area of green to unlock your tablet as shown below:



### 3.3. Saving energy and lock modes.
- Briefly press the 'POWER' button, once you have booted the system to start saving energy or lock mode.
- Briefly press the 'POWER' button or on the touch screen and the system will light up in 1 second
- The main functions of the product such as : listening to music, watching movies, etc - not is will stop during the saving mode. Only the LCD display is turned off and shows black.

🔲 Shutdown: when the product is on and press the 'POWER' button for 3 seconds, the display will show the shutdown interface. Selection POWER OFF or SHUTDOWN to confirm and begin the automatic shut-off

【 】 Note 【 】 When the battery is low the system will show a continuous alarm message and will turn off automatically. After charging the battery tries to light it again

**3.4 battery and load management.**
3.4.1 By using the device first purr time charge a12 8 hours battery to give you time which is fully charged.
3.4.2. Insert charger MICRO USB connector MICRO USB port of tablet pc and the other end to the power outlet to begin charging for your product. The icon of the tablet that appears on the desktop began to show that the tablet is being charged. Please wait until it fully charged to disconnect it from the electrical outlet. The icon on the desktop will show you when this is fully charged.
【 】 Important 【 】 To achieve an optimum performance please take into account the following:
● Do not charge the battery at high temperatures.
● Do not need to completely discharge the battery. The battery can be charged even when still fits some load...
● To ensure an optimal state of battery charge it at least 1 time every two weeks when the device is not used for long periods of time

**3.5. Explanation of the icons of functions**

| Icon | Function | Icon | Function |
|---|---|---|---|
| ⭕ | Return to the main menu |  | Notice when the system finds a new device. |
|  | Sample load current |  | USB connection |
| 14:21 | Current time | 🔉 | Volume down |
| ◁ | Return | 🔊 | Volume up |
| 🔍 Search | Search Google | ⚫ | Menu lock function. |
|  | Clock system | ☀ | Adjust brightness screen |
| ▽ ▯ 9:01 |  |  | Status bar |

**3.6 USB HOST function**
  **3.6.1 definition USB HOST**
  The Mini USB port on the tablet can be used as a USB Host.
  **3.6.2 Read U-disk:**
  Insert the U-disk into the USB HOST port; click **Resource Manager** on the desktop, press then on **USB** and entering the u-disk.
  **3.6.3 3G USB Dongle external.** (See Guide for access to networks in item 4)
**3.7 Storage in TF card**
  The tablet has a port for TF card and supports reading files stored in it.
  Insert the card TF card into the slot on the tablet (Solo can be inserted in a way); to remove the TF card press again and release. The card will come out of the slot.
  3.7.1 Insert TF card on the right side of the tablet.
  3.7.2. Do not remove the card while this being used by the system (reading, copying) may cause errors and damage to the same.
  3.7.3. Do not use the TF card at high temperatures
  3.7.4 Protect card TF of liquids and corrosive materials

# 4. Network access

The tablet supports Wi-Fi networks and external networks 3G.



**4.1 access to Wi-Fi networks**
    4.1.1 Turn on the Wi-Fi network and access to Wi-Fi setting. The tablet will automatically detect Wi-Fi networks available in the area.
    4.1.2 Select Wi-Fi network you want to connect.
    4.1.3 Press *connect*. Some networks may require the entry of a password to connect.
    4.1.4. in the configuration of Wi-Fi networks screen press menu, and then click Advanced. This will show you more configuration options**.**
**4.2 access to 3G networks**

    4.2.1 Turn off Wi-Fi if this starter.
    4.2.2 Enter *Networks mobile configuration* and make sure that the *Data enabled* are selected. Then back to **network LAN and wireless.**
    4.2.3 Insert external 3G USB host.
    4.2.4 Select the mobile network and wait for the 3G this link available. After which you can access via 3G network.

## 5 Copy and Storage of files

A) Connect the device to your computer using the USB cable; the status bar you tools message *USB connected.*



(B) select the *USB connected* disposition



C) *Then click on the USB storage device*.



The image on the left shows you the contents in the USB storage that can be displayed or modified from the PC.
The image on the right shows you the content storage that cannot be modified from the PC USB.

## 6. Main functions

### 6.1 Audio function

To access the music player : in music play mode double click of the mouse in the choice of playlist that you want to listen, as shown in the following image



Drag the music progress bar                                           to adjust the same progress.
Explanation of the buttons on the music player

| Button | Function | button | Function |
|---|---|---|---|
| 🎤 | Artist | ⊙ | Album |
| 🎼 | Song | ☰ | List playback |
| ⤭ | Play. Random | ⟳ | Play. Continuous |
| ⏮ | Listen to previous song | ⏭ | Next song |
| ⏸ | Pause | ▶ | Play |

- If no song in the selected playlist system automatically load any song available in memory to the playlist when the player (the product supports the following audio formats: mp3, midi). Playlist is displayed in the image above
- If there is 2 or more songs in the playlist of music slide your finger up or down to go through page up or down
- Make double customer in the song from the playlist that you want to listen

- On the music player interface touch on ⟳ to access playlist
- Drag the playback progress bar ▭▭▭▭ to adjust the pregreso

### 6.2 Video function
- Press on the icon of video to enter the interface and select the desired videos

- Product supports the following video formats: MKV 、 AVI 、 MP4 、 MOV 、 VOB 、 DAT 、 FLV 、 3GP 、 etc.
- If there is no music files selected in the playlist system will load automatically video files from the memory of the tablet as soon as the video player to run
- Drag the playback progress bar ▭▭▭▭ to adjust the progress

### 6.3 function photos

Click on the HD video player to load the application

- **Add the desired image**) Supports the following formats: BMP, JPG, JPEG, PNG, GIF

If not selected photo files were system cargadra automatically any of the memory of the tablet when it is executed

Open the directory or folder, select the image and agreguela.

Select the "set as wallpaper"

### 6.4 recording function

Press on the icon [Sound Recorder] to load the application of recording, then press the button [○] to start recording, then press the button [□] to stop recording. The system ask him, then if you want to save or delete the recording made. You must manually select an option

Recording playback: run the Audio Player to listen to the recordings made. First select the file Explorer recording and then press the mouse to start playback; for details, please go to the section Audio feature



### 6.5 file manager

In the administrator of files you visualize can all folders and files, including files in the internal memory or memories you have added. Also you can preview faster photos or videos

### 6.6 applications E-book.

Supports the following formats: TXT 、 LRC 、 PDF 、 HTML 、 HTM 、 EPUB, etc.

### 6.7. Web browser

● Before using the browser please make sure you are connected to a network. Go wing section this manual network access

● Press on the icon on the IE browser to run the application, click on URL and tippe address bar the address you want. Then click on the GO button.



● Press on the icon to see the history and Favourites

● Press on the icon to access the configuration



● The tablet supports other browsers; please see the instructions in the section of questions

### 6.8 applications E-mail

- Before using this application please make sure you are connected to a network. Go to the networking of this manual section
- When you run this application for the first time the system asked you to create an email account. The tablet supports various formats such as email accounts:
- Webmail: both personal and corporate Internet mail-based applications

**Add an e-mail portal.** (Example: Gmail, MSN, Yahoo, etc.)

*We will take as example Gmail here.*
Account: <u>123456@gmail.com</u>
*Password:* *

- For mail portals, enter your address and password, then continue

- After having connected successfully enter the account and your full name. *The name of the account* means the name with which to recognize the connection or created email account, *His name* means the name that will be displayed when the recipient receives your mail

- Can now access your account. Click on each email for your cone. Press and hold to view the options for each email access

- Press on the icon ![icon] to access the configuration

    Reference screen: Press to load the new mail received.

    Write: Press to write a new email.

    Folders: Manage / move emails to different folders

    Accounts: See accounts created on your tablet, add or delete new accounts and select the default account

    Configuration: More options for e-mail accounts

**6.9 calendars**

Click the calendar icon to run the application

- Mode calendar, press and drag the screen up or down to move between the different months or pass of page
- When the months change from December to January the calendar will change automatically the year.
- Run the application; the number in Orange on the screen is the current date. You can change the date from the configuration application

Press on the icon ![icon] to return to the main menu

**6.10 calculator** Press on the icon calculator to run the program

**6.11 alarm**

- Click on the clock icon to run the application in time, then press clock to enter the alarm function; can now add or edit new alarms

- Press and hold to activate or deactivate the selected alarm, edit it or delete it.
- You can edit the alarm time, repeat it, change the name or the sound
- In the application of the alarm press the icon  to access configuration.

### 6.12 Installer application (APK)

- Your tablet supports third-party apps (APK format) based on ANDROID operating systems. Many applications can be downloaded or copied from other devices
- If not downloading the app from the Google store should follow the following steps prior to installation. "Unknown sources" check the Configuracion-aplicaciones section and make sure that selected the option
- Press the scan icon and select the application that you want to install, then select install and follow the instructions



**6.12.1 Installation:** Press install to run the application installer

 Internal memory means the on-board FLASH memory and EXTERNAL memories are displayed as t-Flash;

 After login, select the configuration setting for the application on the right side, click on the application to install, return to the main application when this operation has been completed, when the installation finished versa icon of the application in the list

**6.12.2 Manager:** Click on settings and select the application
 Click on the application and select the file/program that you want to install
 Click on the program and then desistalelo

**6.12.3 Exit:** Return to the main application

Note: All installed applications can be displayed in the menu list. These applications may include games, messaging, Internet browsers, players of content, tools, etc.

**6.13 PHOTOS AND VIDEOS**

The tablet has rear and a front camera; you can take photos and record videos, etc.



  Press on the tab of the application to see all tools. Then select photo or Video settings according to desired.
  Before taking photos or videos, you can press on the configuration for settings such as white balance, size, quality, mode, etc.
  Press the button ![] to start or stop video recording
  Photos or videos can be previewed in the previsualization window
  If you want to play some video which has print run the video player and select the file you want to play
  If you want to see pictures Select photo and press on it to view it.
  Within the camera application, press on the screen with 2 fingers to bring the scale of pixels, then sliding two fingers forward or back can adjust the pixel scale.

# 7. System configuration

Press on the icon ![icon] to adjust the configuration of the system. Can now change network aalmbricas and Wi-Fi, sounds; configure your screen, location, security, applications, accounts, privacy, etc

**7.1 configuration of wired and wireless networks,** See point 4.
**7.2 configuration of sound.** You can adjust volume, silent mode, ringtones, sounds, screen, etc.
**7.3 configuration screen.** You can adjust brightness, auto-rotation, animation, time of ignition, etc.
**7.4 location & Security.** Here can set the screen lock and manage the tablet and set key for TF memory
**7.5 configuration applications.** Here can manage your applications, verify the free space and battery use
Important: If you want to install applications, which has not come down from the Google store, you must make sure select the option "Unknown sources" first.

**7.6 accounts and sync.** Here you can manage accounts of the device and synchronize it with your PC or Notebook
**7.7 privacy settings.** Here you can regarded your information, backup or load the configuration from factory
**7.8 configuration storage.** Here you can review the space free, insert and delete memory TF
Important: Before removing your TF memory card (if inserted some), please use the button "remove safely" before removing your tablet to avoid damage or loss of information
**7.9 language and keyboard settings.** Here can set and change the language of the keyboard layout and the system
Important: If you have installed a new distribution and want to use it please remember to activate it (all input devices can be activated from here).
**7.10 setting date and time:** Here can adjust the date and time of the system
**7.11 product.** Check your product information

# 8 Questions and answers

(1) **How do I change the language if I selected one wrong?**

・Select the icon [icon] to access the configuration

・Then select the icon [icon] to enter language and keyboard. The first option is the language

(2) **How do I change the keyboard input when I'm typing?**

Press and hold the leaf vacuum in any space. A drop-down menu will be displayed where you can choose the correct distribution

(3) **I have installed an application but I cannot find it. That may be due to?**

・Some applications are by default install external memories TF. If he has removed it you might not find the application

(4) **I cannot activate a device**

・Check the battery and the load of the device to see if it does not receive power
・Connect a charger or AC adapter.
・Contact the vendor of the device if the problem persists

(5) **I cannot hear any sound through the headphones**

・Check if the device is in silent mode
・Check the setting of the volume in case that this zero
・Check the headset connector

(6) **By that I cannot install applications?**

Please review the section *settings - applications*, make sure that the *Sources unknown* option selected

(7) **Appears a code error on the screen**

· System error: reset the device

(8) **I'm having system errors, I get various error messages**

🖐☐ **Restart the tablet by holding down the button POWER for 10 seconds,** the product will restart

## FCC Warning:

This equipment has been tested and found to comply with the limits for a Class B digital device, pursuant to part 15 of the FCC Rules. These limits are designed to provide reasonable protection against harmful interference in a residential installation. This equipment generates, uses and can radiate radio frequency energy and, if not installed and used in accordance with the instructions, may cause harmful interference to radio communications. However, there is no guarantee that interference will not occur in a particular installation. If this equipment does cause harmful interference to radio or television reception, which can be determined by turning the equipment off and on, the user is encouraged to try to correct the interference by one or more of the following measures:

- Reorient or relocate the receiving antenna.
- Increase the separation between the equipment and receiver.
- Connect the equipment into an outlet on a circuit different from that to which the receiver is connected.
- Consult the dealer or an experienced radio/TV technician for help.

Caution: Any changes or modifications to this device not explicitly approved by manufacturer could void your authority to operate this equipment.

This device complies with part 15 of the FCC Rules. Operation is subject to the following two conditions: (1) This device may not cause harmful interference, and (2) this device must accept any interference received, including interference that may cause undesired operation.

FCC RF Exposure Information and Statement
The SAR limit of USA (FCC) is 1.6 W/kg averaged over one gram of tissue. Device types: Tablet PC (FCC ID: 2AGCDTG800) has also been tested against this SAR limit. This device was tested for typical body-worn operations with the back of the Tablet PC kept 0cm from the body. To maintain compliance with FCC RF exposure requirements, use accessories that maintain a 0cm separation distance between the user's body and the back of the Tablet PC. The use of belt clips, holsters and similar accessories should not contain metallic components in its assembly. The use of accessories that do not satisfy these requirements may not comply with FCC RF exposure requirements, and should be avoided.