**EXHIBIT 51**



# Saline County Sheriff's Office

RFP Vendor Review for Inmate Communications

# 12 Companies submitted proposals

- 2 Companies did not meet specs
  - Reliance – only offered text messages
  - APDS – did not offer a phone service
- 1 Company did not have good service
  - Securus

# NCIC

- 1 to 1 Inmate/Tablet ratio
- Tablets/programming no cost to Agency
- Free services on tablets for inmates
  - Law library, Education, games, movies, e-books
- $28,876.05 Tech Grant upfront payment

| CALL TYPE | PREPAID COLLECT | | DEBIT TIME / CALLING CARDS | |
|---|---|---|---|---|
| | CONNECTION FEE | PER MINUTE | CONNECTION FEE | PER MINUTE |
| ALL CALLS IN THE UNITED STATES: | $0.00 | $0.16 | $0.00 | $0.16 |
| MEXICO / CANADA: | $0.00 | $0.25 | $0.00 | $0.25 |
| INTERNATIONAL: | $0.00 | $0.35 | $0.00 | $0.35 |
| COMPENSATION OFFER: | 65% of TRUE Gross Call Revenue | | | |

| VIDEO VISITATION and INMATE MESSAGING (Inmate Tablet System) | |
|---|---|
| Remote (Off-Site) Visitation: Per-Minute Rate | $0.30 |
| On-Site Visitation: Per-Minute Rate | $0.00 (Free) |
| Inmate Messaging: Message Rates | $0.25 per Message $0.35 per Attachment $0.05 per GIF |
| Video Visitation and Messaging: Revenue-Share | 25% of Gross Revenue |

**MINIMUM MONTHLY GUARANTEE ("MMG")**

NCIC is proposing a Minimum Monthly Guarantee (MMG) of $55.00 per Inmate.

Each month, the greater of the two amounts (proposed commission percentages OR proposed MMG) will be the applicable commission amount payable to Saline County.

Saline County's incumbent provider has been providing an Average Monthly Commission per Inmate of only $8.06.

**TECHNOLOGY GRANT**

NCIC is proposing a one-time, up-front Technology Grant in the amount of $28,876.05. This amount is equal to three (3) years of Earned, but Unpaid interstate commissions under the current Agreement.

| INMATE COMMUNICATIONS SYSTEM – ALLOWED FEES | |
|---|---|
| Pre-Paid Account Fee (Web or Automated Operator): | $3.00 |
| Pre-Paid Account Fee (Live Operator): | $5.95 |
| Third-Party Fees: (e.g. MoneyGram / Western Union) | Pass Through / No Markup |

# NCIC

- Web-based, 1 sign-on
- Dickinson County – phones/video visit only
- Video Visit/Phone from tablets
- Charging stations in housing unit or carts





# NCIC

- In Touch Mail Scanning
- Processed in Longview, TX
- Provide scanner for Legal



# NCIC

- Other services
  - Lobby Kiosks
  - Message Broadcasting to inmates
  - Video Arraignment
  - Court-Alert



NCIC strongly believes in widespread accessibility of educational opportunities for those who are incarcerated. Because of this, we believe a truly impactful tablet program requires free and continuous access, irrespective of inmate's ability to pay or socioeconomic status. There are many tablet programs that focus on a revenue generating model, requiring inmates to "pay to play." These programs that charge inmates to access content and entertainment (such as movies, games, music, e-books, etc.) often see significantly lower engagement rates. NCIC has deliberately avoided this type of scenario, with our tablet offering. NCIC's proposed tablet solution includes thousands of entertainment and educational offerings, which can be tailored to the specific needs of Saline County.

# NCIC

- Service/Installation
- 8 weeks for install

| Service Priority Levels | | | |
|---|---|---|---|
| **Service Level** | **Description** | **Response Time** | **Resolution Time** |
| High | Report of 50% or greater of equipment is not operational. Any occasion when NCIC's admin portal cannot be accessed by the County. | 1 hour | 4 hours |
| Medium | Report of 25% or greater of equipment is not operational. Any occasion when recording or live monitoring utilities are non-operational or malfunctioning. | 2 hours | 10 hours |
| Low | <25% of equipment is not operational. Static or other noise heard while conducting a telephone call. Administrative function not working in NCIC's admin portal. | 4 hours | 24 hours |

NCIC's standard process for cutting over our Inmate Telephone/VVS/Tablets from the previous provider, involves little to no downtime in service for the inmate populations. Our experienced Field Technicians carefully plan the cutover such that the new hardware is installed over the previous provider's network for a short period. After the hardware installation has been successfully completed, NCIC's network equipment is activated to bring the system online, through the new hardware. If needed, the actual cutover can be completed outside of normal inmate telephone/video availability (e.g., early morning or late evening), to ensure there is zero disturbance to the inmate population.

# IC Solutions

| Calling Rate | Annual Technology Grant | | | | | |
|---|---|---|---|---|---|---|
| | $100,000 | $75,000 | $50,000 | $25,000 | $10,000 | -- |
| $0.21 per minute | 25.0% | 36.9% | 48.9% | 60.8% | 68.0% | 72.8% |
| $0.16 per minute | 15.0% | 28.6% | 42.2% | 55.8% | 63.9% | 69.4% |
| $0.12 per minute | -- | 15.6% | 31.3% | 46.9% | 56.3% | 62.6% |

- The Enforcer Platform

- 1 to 1 Inmate/Tablet ratio

- IC Solutions is a Keefe Company

- Free Education/Law Library

- Tech Grant $10,000 - $100,000

- Installed in Douglas County, KS

| Service | Usage Rate | Commission Rate |
|---|---|---|
| Keep Families Connected Program | Two (2) free calls per inmate each week | -- |
| Remote Video Visitation | $0.25 per minute | 50% |
| Streaming Tablet Content | $0.05 per minute | 25% |
| Email / Text Messaging | $0.25 per message | -- |
| Video Messaging | $0.35 per message | 25% |
| Voice Messaging | $0.25 per message | 25% |

**The Keep Families Connected™ Program** *Only from ICSolutions!*
Keeping inmates connected to their families during incarceration is a key factor in reducing recidivism and maintaining security in a correctional facility. Consistent with the goal of offering affordable calling, our offer includes the provision of **two (2) free calls per week for every inmate**, for the duration of the contract term including all exercised renewal periods.

# IC Solutions

- Web-based, 1 sign-on
- Video Visit/Phone from tablets
- TDD/TTY Phones & Videophone device by Purple Comm.
- Rollaway Telephone Cart
- Location based calling
- Charging stations in housing unit or carts
- *Spec sheets in back of book*



# IC Solutions

- Automated information line

- Message of the Day

- Inmate Voice Messages

- DirectLink Trust Debit account

- Set up Free Calls pg 73
  - Booking
  - Per inmate

- Message warning during live visits 109



# IC Solutions

- Mail Scanning

- Non-Legal

  - TextBehind – Offsite in Phoenix, MD

- Legal

  - TextBehind DOCS

  - Option for attorneys to upload legal documents to system



## ATTENTION:

Starting September 7, 2022
Your Inmate's Mailing Address Is Changing!
All inmate personal mail is going digital

 The address to send mail to your inmate has changed. All personal mail such as letters, pictures, and drawings will now be digitally delivered to your incarcerated loved one or friend via the tablet.

Packages and legal mail should still be sent to the facility.

| Your inmate's mail must now be addressed to: | For example: |
|---|---|
| Facility Name<br>Inmate Name, AR #<br>P.O. Box 247<br>Phoenix, MD 21131 | El Paso Cnty CO-Criminal Justice Center<br>John Smith, AR # 000123456<br>P.O. Box 247<br>Phoenix, MD 21131 |

**IMPORTANT:**
The address must include "AR #" written clearly with your inmate's AR number to be delivered.

 **Quick, Digital Messages**
As a reminder, your family and friends can also exchange digital messages with you online or on the GettingOut mobile app.



www.gettingout.com

# IC Solutions

- Other Services
  - Premium features
    - Audio books
    - Movies
    - Music
    - Game center
- Investigative platform
- Optional On site Tech p.177
- Install
  - 3-4 weeks

**Optional Site Administrator**

Saline County has the the option to have a dedicated Site Administrator/Technician stationed onsite up to 20 hours per week at the Saline County Jail. The part-time Site Admin/Tech can be retained at the Agency's discretion for a cost of $2,000.00 per month. This cost can be deducted from monthly commissions, the Technology Fund, or any combination of the two – as preferred by the County.

| | | |
|---|---|---|
| **Priority Level 1** | • Multiple Housing Units not operational<br>• Multiple intake phones out of service<br>• Entire System Failure | **Remote diagnostics and repair will begin within 1 hour** |
| **Priority Level 2** | • One entire Housing Unit not Operational<br>• One intake phone not working<br>• Technical or Recording Failure<br>• Recording Access Failure<br>• Server Capacity Warning<br>• Commissary Interface Failure | **Remote diagnostics will begin within 1 hour**<br>**Repair will begin within 8 hours** |
| **Priority Level 3** | • One of multiple phones in a Housing Unit Not Operational | **Repair will begin by the end of the 2nd Business Day** |

# TurnKey

- 1 to 3 Inmate/Tablet ratio

- Small Cell phone like tablet

- Tech Grant $20,000

- Installed in Reno, Crawford, and Riley, KS

- Install 4-6 weeks

| Service | Description | Cost to Inmate/Web-user |
|---|---|---|
| Email | Inmates can communicate with their loved ones outside of the facility utilizing E-mail. | $0.25 per message |
| SMS/Text | Inmates can communicate with their loved ones outside of the facility utilizing text messaging. | $0.15 per 160 characters |
| Video Visitation | Inmates can visit remotely using a kiosk or tablet with their loved ones outside of the facility. | $0.50 per minute |
| Picture Messaging | Loved ones can send pictures to their incarcerated loved ones with a brief message attached. | $0.25 per message |
| Inmate Phone Calls | Inmates can call loved ones using the inmate phones, kiosks, or tablet devices. | $0.21 per minute |

# TurnKey

- Partner with Purple for ADA phones
- On site mail scanning
  - Charging for number of inmates?
  - Third party at higher rate
- Cost for additional services such as education – learn to earn program
- Video Arraignment

**7. Mail Service**

   a. TurnKey Corrections offers mail scan features for mail to be scanned and electronically provided to the inmate from any kiosk or tablet.

   b. TurnKey Corrections will provide the ability for Saline County to scan mail onsite at $1 per inmate/per day and will work with a mail scan provider to offer off site mail scan. Rates for off-site mail scan will depend on the agreement with the third party.

   c. TurnKey Corrections will work with Saline County with either option chosen to offer support and assistance.

   d. The Sheriff's Office staff will have the ability to access, view, and print any mail that has been scanned in for an inmate.

**Other Services**

TurnKey Corrections offers a learn to earn program through our partnership with EDOVO. For each minute an inmate spends on an educational program using our tablets, they will earn a minute for watching a movie or playing a game. The use of EDOVO comes with a cost of $2 per inmate, per month and can be applied to only designated tablets for use of this service. This cost can be applied to commissions.

TurnKey Corrections additionally offers commissary services, inmate accounting, and smart vending for inmates and staff.

# VIAPATH

- Shared Tablet model
- No KS references
- 1-6 months install
- 85% commission
- No tech grant

*ViaPath understands the importance of keeping inmates connected to their support system and is dedicated to reducing recidivism through communication. Therefore, ViaPath's offer includes one free five-minute call per week to every inmate. This is a company-wide policy that we offer at all customer sites.*

*Two free inmate messages per week to every inmate.*

*All inmates will have access to all tablet services with no additional cost.*

*Entertainment applications built for the corrections industry with filtering security capabilities - providing added security functionality for County staff. Some vendors utilize free apps with limited selections and limited security capabilities providing a security risk to the County.*

| | Offer 1 | Offer 2 | Offer 3 | Offer 4 |
|---|---|---|---|---|
| | Hybrid Visitation | On-Demand Visitation | Hybrid Visitation | On-Demand Visitation |
| » **ViaPath Commission Offer** | | | | |
| - Friends & Family Messaging – Friends & Family Per Message | $0.25 | $0.25 | $0.25 | $0.25 |
| - Two Free Messages Per Inmate Per Week | $0.00 | $0.00 | $0.00 | $0.00 |
| - Remote Visitation On-Demand Per Minute | $0.25 | $0.25 | $0.25 | $0.25 |
| » **Kiosk-Based Video Visitation Rates** | | | | |
| - Onsite Scheduling | $0.00 | N/A | $0.00 | N/A |
| - Remote Video Visitation | $0.25 | N/A | $0.25 | N/A |

| | Offer 1 | Offer 2 | Offer 3 | Offer 4 |
|---|---|---|---|---|
| | Hybrid Visitation | On-Demand Visitation | Hybrid Visitation | On-Demand Visitation |
| » **ViaPath Commission Offer** | | | | |
| - Inmate Telephone | 85% | 85% | 40% | 40% |
| - Tablet Inmate Content Usage & Messaging | 25% | 25% | 25% | 25% |
| - Video Visitation | 25% | 25% | 25% | 25% |
| » **Inmate Payphone Call Rates** | | | | |
| - Call Rate Per Minute – Local – Per Minute | $0.16 | $0.16 | $0.10 | $0.10 |
| - Call Rate Per Minute – Instate – Per Minute | $0.16 | $0.16 | $0.10 | $0.10 |
| - Call Rate Per Minute – Interstate – Per Minute | $0.16 | $0.16 | $0.10 | $0.10 |
| - Call Rate Per Minute – International – Per Minute[2] | $0.21 | $0.21 | $0.21 | $0.21 |
| - One Free 5-minute Call Per Inmate Per Week | $0.00 | $0.00 | $0.00 | $0.00 |
| - Two Free Inmate Messages Per Inmate Per Week | $0.00 | $0.00 | $0.00 | $0.00 |
| » **Tablet Rates** | | | | |
| - Standard Inmate Content Access & Messaging - Inmate Per Minute | $0.03 | $0.03 | $0.03 | $0.03 |
| - Premium Inmate Content Access & Messaging- Inmate Per Minute | $0.05 | $0.05 | $0.05 | $0.05 |

# VIAPATH

- Rates cont'd



| Inmate Services | | | | |
|---|---|---|---|---|
| **Video Visitation** | | | | |
| - Onsite Visitation Scheduling | Included | N/A | Included | N/A |
| - Remote Video Visitation | $0.25 | N/A | $0.25 | N/A |
| **Tablets** | Included | Included | Included | Included |
| - Friends & Family Secure Messaging – Per Message | $0.25 | $0.25 | $0.25 | $0.25 |
| - Visit Visitation –Visit Now Visitation On-Demand | $0.25 | $0.25 | $0.25 | $0.25 |
| - PDF Documents (Inmate handbooks, announcements, etc.) | Included | Included | Included | Included |
| - Video Relay Services | Included | Included | Included | Included |
| - Automated Inmate Requests | Included | Included | Included | Included |
| - Automated Inmate Grievances | Included | Included | Included | Included |
| - Law Library with Lexis Nexis | Included | Included | Included | Included |
| - PREA/Crime Tips | Included | Included | Included | Included |
| - Commissary Ordering | Included | Included | Included | Included |
| - Religious Programs | Included | Included | Included | Included |
| - Education with LMS & CMS<br>○ 650 courses and training programs<br>○ 20,000+ Learning Resources<br>○ 2,000+ eLearning | Included | Included | Included | Included |
| - E-Books | Included | Included | Included | Included |
| - Streaming Music | $0.05 | $0.05 | $0.05 | $0.05 |
| - Games | $0.05 | $0.05 | $0.05 | $0.05 |
| - Movies | $0.05 | $0.05 | $0.05 | $0.05 |

# VIAPATH



- Tablets content .03 - .05 cents per minute

- Mail scanning – offsite

- Provide legal electronic upload

- Standard tablet services free –
  - Law library, education, basic books, etc

# VIAPATH

- Service

**Priority 1**
- 50% or more of the service at a single site or housing unit is out of service, any equipment failure, any failure in feature/service restriction functions or any other condition that renders the system incapable of performing all its normal functions
- Acknowledgement time is less than one (1) hour.
- Resolution time is less than three (3) hours without a site visit for local facility service outage.
- Resolution time is less than six (6) hours with a site visit for local degradation not related to Carrier or ISP services.

**Priority 2**
- 25%–50% of the service at a single site or housing unit is out of service or any device that has an impact on the site's ability to conduct normal business.
- Acknowledgement time is less than two (2) hours.
- Resolution time is less than six (6) hours without a site visit for local facility service outage.
- Resolution time is less than ten (10) hours with a site visit for local degradation not related to Carrier or ISP services.

**Priority 3**
- 0%- 25% of the service at a single site or housing unit is out of service or administrative issues that have a limited impact on ability to conduct normal business.
- Acknowledgement time is less than two (2) hours.
- Resolution time is less than six (6) hours without a site visit for local facility service outage.
- Resolution time is less than fourteen (14) business hours with a site visit for local degradation not related to Carrier or ISP services.

**Priority 4**
- Items that are on a software fix list or related to administrative issues that are informational or non-service affecting conditions or not business critical.
- Acknowledge time is less than four (4) business hours.
- Resolution time is less than twenty-four (24) business hours without a site visit for local facility service degradation for local facility service outage.
- Resolution time is less than twenty-four (24) business hours with site visit for local degradation not related to Carrier or ISP services.

# Prodigy

- No KS references
- 1-6 months install
- 50% commission on everything
- $200,000 paid over 5 years tech grant
- $5.95 fee for $100 deposit

| Cash Technology Grant *based on ADP, paid in annual installments for each of the 5 contract years | $200,000 + $40,000 per extension year |
|---|---|
| CASH TECH GRANT IS NOT PREPAID COMMISSIONS | |
| Voice Call | $0.10 per minute |
| Video Chat | $0.15 per minute |
| Messaging | $0.06 per message |
| Photos | $0.25 per approved photo |
| Tablet Rentals | $0.05/minute |

**Prodigy's, 100% Fair 50% Commission Offer**



**Prodigy's one account concept significantly reduces fees charged to families.**

**$100 deposit to Prodigy**
Live Operator fee = $5.95
Can be used PIN debit or PPC for
- Video
- Phone Calls
- Text
- Messages
- Photos
- Tablet usage
- SMS
Total Fees = $5.95 Inmate Receives $94.05

**$100 deposit to Competitor**
Online or IVR fees each product:

$18 of Video - $6.67 fee
$10 Phone Calls - $5.95
$40 Chirping - $7.63
$18 of onsite Video - $6.67
$16 of Tablet/msg/Photo - $6.55

Fees=$30.52 Inmate Receives $69.48

**Prodigy's fees are 500% lower**
**\* Less than 1/5**

# Prodigy





- Will provide sufficient tablets at County request
- ProdigyED learning platform no cost to agency
- Law Library



# Prodigy

- Mail-scanning
  - TextBehind off site
  - Legal mail scanner on site

**TextBehind Electronic Mail Delivery Service**

**The industry's most trusted & secure mail delivery system.**

Prodigy terminals and tablets give inmates fast and secure access to mail in the convenience of their pods. Prodigy uses TextBehind® patented **remote** scanning software and its digital distribution model to deliver mail quickly and safely without paper ever entering your facility. Upon award of contract, Dedicated Prodigy Training personnel will instruct Saline County Jail staff how to effectively and efficiently navigate and manage TextBehind features and functionality.

**Proven benefits show why TextBehind® is the #1 choice for correctional settings:**

- 100% Elimination of mail-specific contraband entering your facility
- 80% Reduction in mail processing time and cost
- Convenience of permanently archiving digital mail for investigative purposes
- Deployment of correctional officers from mail room duties to more critical functions

**Prodigy MailVision:** Additionally, Prodigy will provide **at NO COST** onsite, high-performance double-sided mail scanners as a supplement to remote mail scanning. Prodigy MailVision is a viable onsite solution for legal mail and personal mail if an instant, controlled, onsite scanning tool is desired by Saline County.

# Prodigy



- Other Services (no cost)
  - Video Arraignment
  - DJI Drone
  - Cell Phone Detectors





# Prodigy

- Service
  - Response
    - 2 hrs
- Installation in timeframe requested by county

**RESPONSIVENESS & SERVICE** REDEFINED

Prodigy assures rapid response to any service by our in-house and/or dedicated Prodigy field technicians. Prodigy assures response to any service request within **two hours by our in-house and/or dedicated Prodigy field technicians. We do not** employ third-party tech support or outsourced call centers. We do employ an alarm system that provides immediate notification of any major outage. Prodigy proactively monitors the network for any interruption and contacts our customers accordingly.

Prodigy utilizes state of the art PRTG monitoring software to perform system checks and diagnostics. All Servers, Operating Systems and network equipment are **monitored 24-7-365.** System issues are reported visually and via email. Should a service interruption occur, our Prodigy Tech Support Team will provide a Priority 1 ticket to resolve the issue as soon as possible. We make it our practice to contact facilities impacted, restore service quickly, and provide a complete detail of the issue and resolution.

Prodigy prides itself on being the most accessible and responsive provider in the marketplace.

## Priority Level One (P1)

*A Level One event is our highest service level response. This assignment will be given when thirty percent (30%) or more of system functionality is adversely affected. Response Time for a Priority 1 ticket is two hours. A P1 ticket is escalated to the following people:*

- ✓ Technical Support Department
- ✓ Support Engineer
- ✓ Technical Support Director
- ✓ Executive Director of Service

Examples of P1 service assignments would include items such as the following:
- ✓ Voice prompts not operating
- ✓ Features not functioning appropriately
- ✓ Live call monitoring not functioning appropriately
- ✓ TelekineticITS user interface access denied
- ✓ Two or more phones/video terminals/tablets are out-of-service in any one housing area

## Priority Level Two P2)

A Level Two assignment occurs when five percent (5%) to twenty-nine percent (29%) of system functionality is adversely affected. Response time for a P2 event is 24 hours. A P2 event is escalated to the Technical Support Department.

Examples of P2 service assignments include items such as the following:

- ✓ Work station
- ✓ Specific system ports
- ✓ LEC circuits
- ✓ Unblocks
- ✓ Block numbers
- ✓ Missing CDRs
- ✓ Call searching

## Priority Level Three (P3)

A Level Three assignment will be given when an event of less than five percent (5%) of system functionality is adversely affected and can include single and multiple phone-related issues. Response time for a P3 event is 72 hours. A P3 event is escalated to the Technical Support Department.

Examples of P3 service assignments include items such as the following:

- ✓ Static on the phone
- ✓ A party's inability to hear
- ✓ An inmate's inability to dial
- ✓ A broken phone/Video Terminal/Tablet
- ✓ Non-functioning dial pad
- ✓ Non-functioning cutoff switches
- ✓ An inability to generate reports

# SMART

| Call Type | Connect/ First Minute | Each Additional Minute | Total for a 15-Minute Call | Commission Rate |
|---|---|---|---|---|
| Local collect | $0.16 | $0.16 | $2.40 | 60.0% |
| Local prepaid | $0.16 | $0.16 | $2.40 | 60.0% |
| Intrastate/intraLATA collect | $0.16 | $0.16 | $2.40 | 60.0% |
| Intrastate/intraLATA prepaid | $0.16 | $0.16 | $2.40 | 60.0% |
| Intrastate/interLATA collect | $0.16 | $0.16 | $2.40 | 60.0% |
| Intrastate/interLATA prepaid | $0.16 | $0.16 | $2.40 | 60.0% |
| Interstate collect | $0.16 | $0.16 | $2.40 | 60.0% |
| Interstate prepaid | $0.16 | $0.16 | $2.40 | 60.0% |

- 1 to 5 Inmate/Tablet ratio but will accommodate for more
- Free Education/Law Library
  - Smart Law
- Tech Grant $20,000
- No KS references

## Cost Proposal/Financial Offer Highlights|



» $20,000.00 Annual Technology Grant

» ITS $0.16/minute flat rate with 60.0% commission on all call types, including interstate and international

» Remote VVS $0.25/minute flat call rate with 50.0% commission and no minimum usage requirements

» Tablet Streaming Entertainment $0.01/minute flat rate with 50.0% commission

| SmartVisit™ VVS Service and Commission Rates | Visitation Type | Rate/Minute | Commission Rate |
|---|---|---|---|
| | Local (On-site) | FREE | N/A |
| | Remote Attorney | $0.15 | 50.0% |
| | Remote (Scheduled) | $0.15 | 50.0% |
| | Remote (Video on Demand) | $0.15 | 50.0% |



## SMART

- Tablets charge and store
- In housing unit
- Face only visit

# SMART



- Mailguard – no cost
  - Offsite for personal
  - On site scanner/shredder for
    - Legal mail
  - Stores mail at site
  - Seminole, FL





# SMART

- Services

**Free access** to over 1,000 popular classical eBook titles from the Project Gutenberg Library, including such titles as "*Pride and Prejudice*," "*The Adventures of Sherlock Holmes*," "*War and Peace*," "*The Call of the Wild*," and more.

**RESPONSE**: As detailed in the "*Financial Offer*" section of our proposal, Smart Communications is presenting Saline County with a comprehensive, turnkey inmate communications system package delivered with the following technologies and services at *no cost*:

- SmartEvo™ ITS service, including voice biometrics, call transcription and other advanced call management/ investigative tools
- Patented MailGuard® Postal Mail Elimination System service
- Patented MailGuardLegal® Privileged Mail System service
- SmartRequest™ Digital Request/Grievance/Medical Form System service
- 24/7/365 live, U.S.-based customer and technical support provided

- SmartTablet™ devices with Wireless Charging Stations and SmartKiosk™ devices
- SmartInmate™ Electronic Messaging System service, including two *free* SmartInmate™ messages every week for each inmate and *free* Attorney Messaging/Legal Document delivery
- SmartVisit™ VVS service
- SmartLaw™ Digital Law Library
- Hardware installation, software upgrades and routine preventive maintenance visits

## Inmate Education and Rehabilitative Programming Provided at NO COST

### SmartEd™ and SmartReentry™

# SMART

**Free eBooks and Low Cost Streaming Movies, TV Series, Games and More**

SmartEntertainment™ Streaming Media Platform

- More services
  - Automated info line

| SmartEntertainment™ Service and Commission Rates (All Options) | Media Description | Rate/Minute | Commission Rate |
|---|---|---|---|
| | Basic Content Streaming | FREE | N/A |
| | Premium Content Streaming | $0.01 | 50.0% |

| SmartInmate™ Service Rates | Service Type | Service Rate |
|---|---|---|
| | Internal Facility/Staff Text Messages | FREE |
| | Attorney Messages and Legal Document Attachments | FREE |
| | Text message (up to 30,000 characters) | $0.50/message |
| | Photo Attachment (inbound only) | $1.00/photo |

**Jail Management System (JMS), Commissary and Other Related System Interfaces Provided at NO COST**

# SMART

- Service
- Installed within 50 days
  - Contract execution
  - Will install in current facility

**SERVICE REQUEST TICKET PRIORITY LEVELS AND ESCALATION PATHS|**

| Priority Level | Examples/Characteristics | Target Resolution Time | Client Updates | Escalation Path |
|---|---|---|---|---|
| P1 | Loss of critical functionality as determined by:<br>• Complete system failure<br>• Complete loss of call monitoring or recording functionality<br>• Complete loss of administrative or investigative access or functionality<br>• When 50% or more of inmate telephones are not working in a specific area/housing unit | <4 hours | Every Hour | Ticket request is immediately reported to Vice-President of Network Operations |
| P2 | Loss of significant functionality as determined by the County:<br>• Loss of call monitoring or recording capabilities at facility (other than a complete loss)<br>• Data backup failure<br>• When 50% or less of inmate telephones are not working in a specific area/housing unit | <8 hours | Every 2 Hours | P2 issues not resolved within 8 hours are reported to the Network Operations Center (NOC) Manager and are escalated to Priority Level 1 (P1) |
| P3 | Loss of non-significant functionality as determined by the County:<br>• Software fixes not critical to operations<br>• Loss of trouble ticket system | <24 hours | Every 4 Hours | P3 issues not resolved within 24 hours are reported to the Technical Support Center (TSC) Manager and are escalated to Priority Level 2 (P2) |

# CPC

- 63 Tablets/Charging stations
- Free Education/Law Library - Fastcase
- Tech Grant $200,000
- Geary, Chase, Crawford

| Option 1 | | |
|---|---|---|
| **Product** | **Rate** | **Commission** |
| Inmate Telephone System | Local, IntraLATA, InterLATA - $0.18/min<br>International – Rates vary by country called. | **85%**<br>*Estimated at $126,000/year* |
| Remote Video Visitation | $0.18 / min | 20% |
| Email | $0.50 / email | 20% |
| Tablets | $0.05 / min | 20% |
| **Labor Reimbursement Fund for use by Saline County Sheriff's Office** | | |
| Chirping** | $0.10 / chirp | 20%<br>*Estimated $36,000/year* |
| **Tech Grant** | | |
| **$200,000 Tech Grant**<br>for the benefit of the Saline County Sheriff's Office available<br>over the term of the agreement | | |
| **Estimated Total Contract Value to Customer $1,067,150** | | |

| Option 2 | | |
|---|---|---|
| **Product** | **Rate** | **Commission** |
| Inmate Telephone System | Local, IntraLATA, InterLATA - $0.18/min<br>International – Rates vary by country called. | **Guaranteed $41/inmate/month**<br>*Estimated at $123,000/year* |
| Remote Video Visitation | $0.18 / min | |
| Email | $0.50 / email | |
| Tablets | $0.05 / min | |
| **Labor Reimbursement Fund for use by Saline County Sheriff's Office** | | |
| Chirping** | $0.10 / chirp | 20%<br>*Estimated $36,000/year* |
| **Tech Grant** | | |
| **$200,000 Tech Grant**<br>for the benefit of the Saline County Sheriff's Office available<br>over the term of the agreement | | |
| **Estimated Total Contract Value to Customer = $995,000** | | |

| Option 3 | | |
|---|---|---|
| **Product** | **Rate** | **Commission** |
| Inmate Telephone System | Local, IntraLATA, InterLATA - $0.18/min<br>International – Rates vary by country called. | **60%**<br>*Estimated at $88,860/year* |
| Remote Video Visitation | $0.18 / min | 20% |
| Email | $0.50 / email | 20% |
| Tablets | $0.05 / min | 20% |
| **Tech Grant** | | |
| **$200,000 Tech Grant**<br>for the benefit of the Saline County Sheriff's Office available<br>over the term of the agreement | | |
| **Estimated Total Contract Value to Customer = $702,050** | | |

# CPC

- Chirpers texting only
- TextBehind Offsite
  - Mailscanning
  - Legal mail offsite



| Proposed Technology for Saline County New Jail | | |
|---|---|---|
| **Product/Technology** | **Includes** | **Equipment Value to County** |
| Inmate Telephone System | • 17 Inmate Phones<br>• Lobby Deposit Kiosk | $15,217.00 |
| CPC-View© Video Visitation In-Pod Kiosk Solution | • 19 CPC View Kiosks<br>• 19 stools<br>• Server | $73,507.00 |
| The Chirper© Secure Texting System | • 150 Chirpers<br>• Required access points<br>• Charging stations | $146,250.00 |
| AxxS© Tablets | • 63 Tablets<br>• Charging stations | $126,000.00 |
| TextBehind Digital Documentation | • Off-site digital documentation scanning & legal mail processing | $15,000.00 |
| Bandwidth | • Required Bandwidth for all Proposed Technology | $25,200.00 |
| Investigator's Toolbox (CPC-ITB) | • Translation and Transcription<br>• Advanced biometrics | $45,000.00 |
| Fastcase Law Library | • Available on View and Tablets | $15,000.00 |
| Proposed Technology for Saline County Existing Jail | | |
| Inmate Telephone System | • 13 Inmate Phones<br>• 1 payphone<br>• Lobby Deposit Kiosk | $14,385.00 |
| CPC-View© Video Visitation In-Pod Kiosk Solution | • 12 CPC View Kiosks<br>• 12 stools<br>• Server | $44,850.00 |
| **TOTAL VALUE TO COUNTY** | | **$520,409.00+** |

# CPC

- Automated info line at a cost
- Service response 2-24 hours
- Install time looks to be 1-2 weeks

| Optional Technology | |
|---|---|
| **Product** | **Cost to Customer** |
| Automated Public Information System (APIS) | $1/inmate/month |

**CPC Service Level Agreement**

| Category | Description | Expected Resolution Time |
|---|---|---|
| Priority 1 | Complete, system-wide outage | 2 hours |
| Priority 2 | Section of the building outage | 4 hours |
| Priority 3 | Single phone outage | 24 hours |

# CPC

- Other Services
  - Investigative tools
  - Premium services games,music,etc
  - Rehab services



# Paytel

- 1 to 1 Tablet Ratio

- 72% commission

- Tech Grant $10,000 annually

- No KS reference

| Call Type | Collect, Prepaid Collect, and Debit Rates and Commissions | |
| --- | --- | --- |
| | Rate Per Minute | Commission |
| Local | $0.15 | 72% |
| IntraLATA | $0.15 | |
| Intrastate | $0.15 | |
| Interstate + Canada, PR, USVI, Guam | $0.15 | |
| Debit International – All Others | $0.15 | |

| Service | Cost to Consumer or Inmate | Commission Offer |
| --- | --- | --- |
| inteleMESSAGE™ Secure Tablet Messaging | $.25 per message | 20% |
| Phone Calls on Tablets | Same as wall phone rates and commissions shown in previous table | |
| All other tablet usage (Pathways to Faith™, Reentry, Library, Facility Information, etc.) | Free | N/A |
| Entertainment paid for with education credits | Free | N/A |
| Entertainment paid for with inmate funds | $.03 per minute | N/A |
| On-site Video Visitation | Free | N/A |
| Remote Video Visitation | $4.50 per 15 minute segment | 20% |

# Paytel

- Free Education/Law Library -



# Paytel

- Mailscanning-
  - Offsite personal no cost
  - Annual tech grant offered for onsite scanner for legal



# Paytel



- Other Services
  - Rise4me – no cost
  - TDD/TDY through Purple Comm.



**Pay Tel's Pre-Call Voice Verification**

Pay Tel offers an integrated option to verify the inmate's voice at the beginning of each call. This feature is offered as a deterrent to PIN theft and provides additional confirmation of the call initiator's identity for investigative purposes.

 With Pay Tel's **inteleKEY™** the voice  enrollment process is quick and easy. It's also easy to re-enroll an inmate should he or she have problems placing calls. This small fob generates a one-time-use PIN which can temporarily turn any phone into an enrollment phone eliminating the need to move inmates for enrollments or re-enrollments.

**Coming soon:** Automated enrollment and updated features!

# Paytel

- Service 30 minutes – next business day
- Implentation – 90 – 120 days

| Level | Definition | Time-Line | Commitment | Notification Intervals |
|---|---|---|---|---|
| ALL | ALL Issues | <15 Minutes | Initial Response to generate trouble ticket<br>Assess Issue & Assign Severity Level | |
| 1 – Minor | Less than 10% of the system is not responding | < 2 Hours<br><br>No later than next business day<br>No later than next business day | Follow-up Response: Diagnose problem, determine course of action and engage necessary resources<br>On-site Commitment (when needed)<br>Corrective Action Expectation | 2 Hours<br><br>12 Hours Next Business Day |
| 2 – Serious | Between 10% and 30% of the system is not responding | < 1 Hour<br><br><12 Hours<br><12 Hours<br><1 week | Follow up Response: Diagnose problem, determine course of action and engage necessary resources<br>On-site Commitment (when needed)<br>Corrective Action Expectation<br>Post-event Report & action plan to avoid future issues of this kind (if applicable) | 30 Minutes<br><br>2 Hours<br>4 Hours<br>12 Hours |
| 3 – Major | Over 30% of the system is not | < 30 Minutes | Follow up Response: Diagnose problem, determine course of action and engage necessary | 30 Minutes |



©2022 Pay Tel Communications, Inc. All Rights Reserved   ☎ 800.729.8352 x105   ✉ sales @paytel.com

Pay Tel Proposal for Saline County, KS | RFP Phone, Video Visitation, Inmate Tablets, Mail, etc. – 2022

| | responding | | resources | |
|---|---|---|---|---|
| | | <4 Hours<br><4 Hours<br><1 week | On-site Commitment (when needed)<br>Corrective Action Expectation<br>Post-event Report & action plan to avoid future issues of this kind (if applicable) | 45 Minutes<br>2 Hours<br>4 Hours |

# HomeWav

- 1 to 1 Tablet Ratio

- 25,000 or $50,000 tech grant

- Leavenworth, Wyndotte, and Finney Co

| Usage Fees | |
|---|---|
| **Service** | **Rates & Fees** |
| Domestic Voice Calls | $0.20 per Minute |
| International Voice Calls | International Rate + $0.20 per Minute |
| Onsite Video Calls | No Cost |
| Remote Video Calls | $0.20 per Minute |
| **eMessaging** | |
| Text | $0.03 per 10 characters |
| Photo | $0.25 |
| Video Messages (60 sec.) | $0.40 |
| **Entertainment** | |
| E-Books | $0.00 - $1.99 per Book |
| Games | $0.00 - $1.99 Standard / $2.49 Premium |
| Movies/TV | $0.00 - $1.99 Short Form<br>$0.00 - $3.99 Standard<br>$4.99 Premium |
| Music | $0.00-$2.99 |

\* HomeWAV provides a wide range of entertainment choices that include e-books, games, movies/TV, music. In addition to unlimited, open-source content, HomeWAV will offer additional premium content based on recommended retail price.

| Transaction | Fees |
|---|---|
| Online *Deposit* | $2.00 |
| PayNearMe.com | $1.99 |
| Surcharge | $0.00 |

| | |
|---|---|
| Remote Video Calls | 20% |
| eMessaging | 20% |
| Entertainment | 15% |
| **Bonus Offer** | **Description** |
| **$50,000 Bonus** | HomeWAV shall pay to the County a $50,000 Bonus. Payments will be made in five (5) annual installments of $10,000.00. Each bonus payment will be distributed with the first (January) Revenue Share check each year. |

\*\* GBR shall be defined as all system usage fees collected minus monthly internet fees as well as federal, state, and local taxes, Cost Recovery Fee, Add-On Fees, and monthly licensing fees for entertainment.

# HomeWav

- Go Legal law library
- TDD/TDY phones

| Add-On Service | | Description of Features/Benefits | Yes/No | Cost |
|---|---|---|---|---|
| | DigitalDocs™ Paperless System | Digital inmate medical grievance requests, custom/misc. inmate grievance requests, read-only documents, rules, handbook with digital inmate/visitor signature/acknowledgement, etc. through the all-in-one HomePAS™ Kiosk. | Yes | ~~$0.0025/min.~~ No Cost |
| | Commissary Ordering Integration | Integrate w/current or future provider through the all-in-one HomePAS™ Kiosk. | Yes | ~~$0.0025/min.~~ No Cost |
| | Free Voice and Video Calls for County Employees | Free Voice and Video Calls for County Employees (must have a County Private email address). | Yes | No Cost |
| | Lobby Call Feature | Feature is available on-site, through the all-in-one HomePAS™ Kiosk, for visitors to call for HomeWAV contact center assistance. | Yes | ~~$0.0025/min.~~ No Cost |
| **Premium Add-Ons** | | **Description of Features/Benefits** | **Yes/No** | **Cost** |
| | GoLegal™ Law Library | Provide Law Library through the all-in-one HomePAS™ Kiosk. | Yes | ~~$2 per/ inmate/ month ($150 min)~~ No Cost |
| | Voice Biometric System (VBS) & Investigative Platform | Full Voice Biometric System (VBS) and investigative suite for administrative users for voice and video calls. | Yes | $0.01/min. |
| | Call Transcription | Voice-to-text transcription services for voice and video calls | Yes | $0.01/min. |
| | Mail Scanning | Full mail scanning services to allow for physical mail sent to inmates to be routed to a secure processing facility for scanning into digitized mail. All mail is logged, organized, and stored securely by a certified technician. The mail is converted to a PDF with full-text search capability. | Yes | ~~$1/piece~~ No Cost |
| | Inmate Education | A diverse collection of inmate education portals and topics through Kolibri. | Yes | No Cost |

# HomeWav

- Tablets
- Charging/storage in unit







# HomeWav



- Mailscanning
  - Textbehind personal off site
  - Legal mail on site scanner?

# HomeWav

- Free educational



# HomeWav

- Service
  - Customer service not 24hrs a day
- Implementation 60 days



DISRUPTING THE INDUSTRY STANDARD.

**Prompt Contact Support**

HomeWAV is committed to responding to all email requests for customer service within 24 hours of submission.

HomeWAV's 24-hour response rate is:

## 98%

| Vendors | Phone Rates | Video Rates | E-Messaging | Tablet | Tablet Storage | Tech Grant | Mail Scanning | Legal Mail | Education/Law | Other | Install Time | Service |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| NCIC | $0.16 | $.30 off site | $.25/.35 message/attachment | 1 to 1 Ratio | Rack in cell or mobile cart | $28,876.05 | In house or off site | Provide scanner in house | games, movies, e-books also free | Court Alert, video arraign, message broadcast | 8 weeks | 1-4 hr response |
| IC Solutions | $.12 - $.21 | $.25 off site | $.25 text, .35 video, .25 voice | 1 to 1 Ratio | Charging station in housing/storage racks outside | $10,000-$100,000 | Off site - TextBehind | attorneys upload docs | free, pay for premium features | Optional on site tech $2,000/mo | 3-4 weeks | remotely fix inside 1 hour |
| TurnKey | $0.21 | $0.50 | $.15/160 char., $.25 email&pic | 1 to 3 Ratio | Charging stations in housing | $20,000 | on site – extra cost, off site - higher cost | ? | free | learn to earn | 4-6 weeks | within 24 hours |
| ViaPath | $.10-.16 | $0.25 | $0.25 | Shared | Charging stations in housing | no tech grant | off site | legal upload | free | .03-05 per minute depending on programs | 1-6 month install | within 24 hours depending on priority |
| Prodigy | $0.10 | $0.15 | $.20 email/$.06 SMS | 1 to 1 ratio | Charging stations in housing | $200,000/5 years | off site – TextBehind | onsite scanner | free - learn to earn | drone, video arraign, cell detector | within time frame by saline county | 2 hr response |
| Smart | $0.16 | 0.25, .15 attorney | $.50 message / $1.00 pic | 1 to 5 ratio, or more | Charging/storage in housing | $20,000 | off site - Mailguard | onsite scanner/shredder | free - SmartLaw | automated info line, premium .01/minute | 50 days after contract | 4 - 24 hr response |
| CPC | $0.18 | $0.18 | $.10 chirp/ .50 email | 63 tablets, 150 chirpers | Charging/storage in housing | $200,000 | off site - TextBehind | offsite Textbehind | Fastcase | .05 per minute premium stuff | install 1-2 weeks once planning complete | 2 - 24 hr response |
| Paytel | $0.15 | $4.50/15 min | 0.25/message, .25 pic | 1 to 1 ratio | Charging/storage in housing | $10,000 | off site - Intelescan | onsite, but have to buy w/techgrant | Free | .03 per minute premium stuff | 90-120 days | 30 min - 24 hr |
| HomeWAV | $0.20 | $0.20 | $.03/10 characters, $0.40 video/ $.25 pics | 1 to 1 ratio | Charging/storage in housing | $25,000 - 50,000 | off site - TextBehind | onsite scanner | Free Go Legal | books 0-1.99, movies 0-4.99, music 0-2.99, games 0-2.49 | 60 days | within 24 hrs, but not 24 hr customer service |

| Vendors | Phone Rates | Video Rates | E-Messaging | Tablet | Tablet Storage | Tech Grant | Mail Scanning | Legal Mail | Education/Law | Other | Install Time | Service |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| NCIC | $0.16 | $.30 off site | $.25/.35 message/attachment | 1 to 1 Ratio | Rack in cell or mobile cart | $28,876.05 | In house or off site | Provide scanner in house | games, movies, e-books also free | Court Alert, video arraign, message broadcast | 8 weeks | 1-4 hr response |
| IC Solutions | $.12 - $.21 | $.25 off site | $.25 text, .35 video, .25 voice | 1 to 1 Ratio | Charging station in housing/storage racks outside | $10,000-$100,000 | Off site - TextBehind | attorneys upload docs | free, pay for premium features | Optional on site desk $2,000/mo | 3-4 weeks | remotely fix inside 1 hour |
| TurnKey | $0.21 | $0.50 | $.15/160 char., $.25 email&pic | 1 to 3 Ratio | Charging stations in housing | $20,000 | on site - extra cost, off site - higher cost | ? | free | learn to earn | 4-6 weeks | within 24 hours |
| ViaPath | $.10-.16 | $0.25 | $0.25 | Shared | Charging stations in housing | no tech grant | off site | legal upload | free | .03-05 per minute depending on programs | 1-6 month install | within 24 hours depending on priority |
| Prodigy | $0.10 | $0.15 | $.20 email/$.06 SMS | 1 to 1 ratio | Charging stations in housing | $200,000/5 years | off site - TextBehind | onsite scanner | free - learn to earn | drone, video arraign, cell detector | within time frame by saline county | 2 hr response |
| Smart | $0.16 | 0.25, .15 attorney | $.50 message / $1.00 pic | 1 to 5 ratio, or more | Charging/storage in housing | $20,000 | off site - Mailguard | onsite scanner/shredder | free - SmartLaw | automated info line, premium .01/minute | 50 days after contract | 4 - 24 hr response |
| CPC | $0.18 | $0.18 | $.10 chirp/ .50 email | 63 tablets, 150 chirpers | Charging/storage in housing | $200,000 | off site - TextBehind | offsite Textbehind | Fastcase | .05 per minute premium stuff | install 1-2 weeks once planning complete | 2 - 24 hr response |
| Paytel | $0.15 | $4.50/15 min | 0.25/message, .25 pic | 1 to 1 ratio | Charging/storage in housing | $10,000 | off site - Intelescan | onsite, but have to buy w/techgrant | Free | .03 per minute premium stuff | 90-120 days | 30 min - 24 hr |
| HomeWAV | $0.20 | $0.20 | $.03/10 characters, $0.40 video/ $.25 pics | 1 to 1 ratio | Charging/storage in housing | $25,000 - 50,000 | off site - TextBehind | onsite scanner | Free Go Legal | books 0-1.99, movies 0-4.99, music 0-2.99, games 0-2.49 | 60 days | within 24 hrs, but not 24 hr customer service |

# Top 3 choices

| Vendors | Phone Rates | Video Rates | E-Messaging | Tablet | Tablet Storage | Tech Grant | Mail Scanning | Legal Mail | Education/Law | Other | Install Time | Service |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Smart | $0.16 | 0.25, .15 attorney | $.50 message / $1.00 pic | 1 to 5 ratio, or more | Charging/storage in housing | $20,000 | off site - Mailguard | onsite scanner/shredder | free - SmartLaw,Smart Ed | automated info line, premium .01/minute, indigent phone calls, black out feature | 50 days after contract | 4 - 24 hr response |
| IC Solutions | $.12 - $.21 | $.25 off site | $.25 text, .35 video, .25 voice | 1 to 1 Ratio | Charging station in housing/storage racks outside | $10,000-$100,000 | Off site - TextBehind | attorneys upload docs | free | Optional on site tech $2,000/mo,premium .05/min, Automated info line, direct link, message warning, 2 free phone calls | 3-4 weeks | remotely fix inside 1 hour |
| Prodigy | $0.10 | $0.15 | $.20 email/$.06 SMS | 1 to 1 ratio | Charging stations in housing | $200,000/5 years | off site - TextBehind | onsite scanner | free - learn to earn | drone, video arraign, cell detector | within time frame by saline county | 2 hr response |

# References

## IC Solutions

Population:

550

Good Afternoon Lt,

We have been working with IC Solutions for several years now, this is actually the second time we've had them as a vendor. They are great with customer service, we usually email customer services reps directly and any problems are solved fairly quickly. I've always handled more the financial side with them, and besides helping setup our phones and tablets, I unfortunately don't have much info when it comes to video visitation and tablets.

I do know their tablets are handled through GTL, customer service for GTL (from my experience) is not the best, they do look into issues but it takes them a while to have a solution.

I have cc'd our Office Manager, Amber Stybr, she is the expert when it comes to actually having everything up and running. If you have any other questions feel free to email back.

Have a great day,

*Alicia Domínguez*
Chief Financial Officer
Office: 630.444.1146



**Kane County Sheriff's Office**
37W755 IL Route 38, Suite A
St. Charles, IL 60175

# Reference

## IC Solutions

Amber Styber

Happy Friday Lt. Hayes,

Dealing with IC Solutions I can tell you that their customer service is very helpful. They are quick to respond with any questions or problems that arise and if a tech is needed for equipment repairs one is sent out within the same week if not the next day.

Their equipment is average.

Visiting – We have had problems where we need a piece for a visiting monitor. For example we closed down half of our visiting monitors during Covid to separate visitors and the tech used pieces from the monitors that weren't being used to fix ones that were. Now that we are at full capacity, those monitors are still unusable because they don't have the parts available to get them up and running. Another problem we run into is when we have a lot of visits throughout the day, the monitors can freeze up requiring us to go and restart them. It doesn't happen a lot but it does happen. For the most part we don't have issues with visits and they go smoothly.

Phones – The phones are good. You can do a lot through the website as far as setting up what time you want the phones to be available for detainees and who they are in contact with. Depending on how a detainee speaks it can be hard sometimes to understand what they are saying but for the most part recordings are pretty good. We especially use it when the State's Attorney's Office calls to block phone numbers of victims.

Tablets – We use GTL tablets. They are terrible. I have not had any experience with the ICS tablets so I can't tell you anything about them.

Mail – We don't use ICS for any mailroom procedures/material.

If you would like to speak with my Lieutenant who deals with their regional account manager John Gardner his contact information is below:

Lt. Scott McKanna #721
Adult Corrections
Desk: 630.444.1147
Cell:630.746.8295

# References

**IC Solutions**

Population:

90

Lieutenant,

I highly recommend this company.  John Gardner has been our representative for several years now and has given us nothing but excellent service.  We have everything you mentioned except the mail scanning, which we plan to incorporate soon.  We have never gone more than a day with any needed repairs or replacement of hardware.  Things just work well, and John almost always answers his cell phone immediately or calls back within the hour.  We are very satisfied with their service.  If you have any questions, my cell is 573-836-6083.

---

Captain Brian Vinson
Detention Facility Administrator
Camden County Sheriff's Office
1 Court Circle Ste. #13
Camdenton, Mo. 65020

Phone: (573)346-2243 ext. 294
Email: b.vinson@camdenso-mo.us

# References

**IC Solutions**

Lt Berryman

Douglas County Sheriff's Office

Lawrence, KS pop.160

Customer Service is good and fix things fast.

Live monitoring of video visit and can message onto visit

Recommend 1:1 tablet ratio

Tablets are basic, they don't do video/phones on them, because they don't have enough

Phone/video separate log in from tablet system

Iphone type charger, racks in housing unit 10-15 tablets

Started tablets in October 2022.  10 broken already

Transfer money from Keefe to tablet system – one way

# References

**Smart**

Population:

700

Good morning Lieutenant Hayes,

Smart Communications by far, has the best customer service of any other service provider I have worked with.

Their customer service response time is ridiculously fast. For example, one morning I got to work at 0530 and realized their site was down. Reported it to customer service via email at the time. I had a live email response nearly immediately, the system was restored by 0600 and I had also heard from my area rep and their VP all before 0600.

The equipment is solid. A few minor bugs with the legal mail scanner but those were fixed as soon as they were reported.

Let's put it this way, if Smart Communications ever lets us down, it will be a very sad day for me.

**Major Shaun Klucznik, MA, CJM**
**Hernando County Sheriff's Office**
**Judicial Services Bureau Commander**
**Jail Administrator**
**16425 Spring Hill Drive**
**Brooksville FL, 34604**
**(352) 797-3401 Office**
**AJA Board of Directors**
**FBI National Academy 283**
**10th NJLCA**

# References

**Smart**

Major Michael Brown

Florence Co Detention Center

Effingham, SC

Population:

459

Great Company they do anything for you – had Homewav/Paytel before and huge improvement

Customer service is great

1:5 tablet ratio, was 1:6 Smart monitors usage and will send more if needed.

At 1:5 still under 40% usage

Love the visitation black out

Mail scanning has cleaned out all paper in cells – Warning on website that mail will be destroyed.  Haven't run into any pushbacks from inmate/families

Getting ready to do legal scan

Free phone call, visit, and 2 messages a week

Good training for staff and inmates

# References

**<u>Smart</u>**

Lt John Ulm

Stephens County Jail

Toccoa, GA

Population 151

Great company with good customer service. They do not have a 1:1 ratio, but would like it. They are able to set up a tier system where 1 tier has tablets 1 day.

Tablets hold up well, only breakage is from inmates destroying.

Don't have a mail, because they don't need it.

# References

**Smart**

1300 ADP

Hello Lt,

Let me start with what could be improved…We have been working with Smart Communications since March 2022.  The phased installation and implementation I would say was average.  It could have been better if we would have known the correct height from the floor to the bottom of the kiosks and the same for the charging stations so we could have installed them correctly the first time.  However, it was their technician and was at no additional cost to us.  The phones were no problem installing them.  We did have challenges with the firewalls and are still today the live monitoring on the phones; however, the system is recording and we can listen to them after the call.  Smart Communications is working with our IT for a resolution.  The phones were the last installation we had so they have been working that issue since August.  Finally, the onsite and virtual training was fine; however, Smart will not create training manuals so I would suggest you have someone create them for you.  We are in the process of doing that now.

Now for the good news…we are overall pleased with the system and we have all the components Smart offers.  The use is simplistic and Smart has been responsive to any issue we cannot figure out.  I would recommend them.

I hope this information helps,



**Kim Lintz**
**Detention Division Manager**
911 Parr Blvd. Reno, NV 89512
Tel:  775-325-6410
Email:  KLintz@washoecounty.us
Web:  www.WashoeSheriff.com

# References

**Smart**
Population:
438

Good Afternoon,

I have led my agency for the past 11 years and we have contracted with Smart Communications since 2012. Initially we only had their messaging system, in 2018 we switched to them for video visitation, inmate phone services, mail guard, and inmate tablets. We have been very pleased with their system. I have a great leadership with their leadership team and if I have run into an issues they are very responsive. Outside of hardware problems, their system work very well.

If I can assist any further please reach out.

Chad Wicker

Chad Wicker, MPA, CJM
Director of Detention Services
Desoto County Sheriff's Department
3425 Industrial Drive West
Hernando, MS 38632
Mobile:     901-603-9135
Office:      662-469-8551
Fax:          662-469-8532
Website:   Desoto County Adult Detention Facility

Overall they hold up fine. We have had some issues with the inmates throwing them and initially breaking them. Smart just asks that you mail them back to them and they will send out a new one.

**From:** Hayes Jeremiah <Jeremiah.Hayes@saline.org>
**Sent:** Friday, November 18, 2022 4:31 PM
**To:** Chad Wicker <CWicker@desotocountyms.gov>
**Subject:** RE: Smart reference

Thank you for the quick response.  One question is how do the tablets hold up?  Do you have problems with tablets going down at all?

# References

**Smart**
Population:
576

Good evening,

We have been impressed with the company and the equipment.  Any issues are quickly resolved or addressed. I would recommend 100%.

If you have any additional questions I would be happy to discuss        .

CJ

Captain CJ Oakley
Branch Chief, Services
Fairfax County Office of the Sheriff
O (703) 246-4429
C (703) 203-2063

# References

**Prodigy**

Emails sent to all 5

11172022



REFERENCES

## VENDOR REFERENCES

Prodigy exclusively services county facilities and boasts a nationwide customer base of more than 50 sites. Below are 5 references who can speak to Prodigy's ability to plan, execute, and support tailored Phone, Video, Tablet, Mail, and other Service solutions similar in scope to those requested by Saline County.

### REFERENCE 1

**FACILITY:**
Jackson County Jail, OK

**BEDS:**
172

**DATES OF SERVICE:**
6/2016 - PRESENT

**CONTACT NAME:**
Abel Gonzales,
Jail Administrator

**CONTACT:**
580-482-0408
Sojackson28@gmail.com

**SERVICES PROVIDED:**
Inmate Phones, Video
Visitation, Mail Scan,
Messaging, Tablets,

### REFERENCE 2

**FACILITY:**
Canadian County, OK

**BEDS:**
194

**DATES OF SERVICE:**
11/2017 - PRESENT

**CONTACT NAME:**
Major Kristle Carter,
Jail Administrator

**CONTACT:**
405-422-3188
carterk@ccsheriff.net

**SERVICES PROVIDED:**
Inmate Phones, Video
Visitation, Messaging, Mail
Scan, Tablets

### REFERENCE 3

**FACILITY:**
Grady County Jail, OK

**BEDS:**
900+

**DATES OF SERVICE:**
6/2016 - PRESENT

**CONTACT NAME:**
Jim Gerlach,
Executive Director

**CONTACT:**
405-779-9513
jgerlach@gccia.com

**SERVICES PROVIDED:**
Inmate Phones, Video Visitation,
Messaging



REFERENCES

## VENDOR REFERENCES (CONTINUED)

### REFERENCE 4

**FACILITY:**
Rogers County Jail, OK

**BEDS:**
250

**DATES OF SERVICE:**
09/2018 - PRESENT

**CONTACT NAME:**
Zach Starkey,
Jail Administrator

**CONTACT:**
918-342-9700
zstarkey@rcsheriff.org

**SERVICES PROVIDED:**
Inmate Phones, Video
Visitation, Mail Scan,
Messaging, Commissary

### REFERENCE 5

**FACILITY:**
Pottawatomie County, OK

**BEDS:**
310

**DATES OF SERVICE:**
10/2017 - PRESENT

**CONTACT NAME:**
Breonna R Thompson,
Executive Director

**CONTACT:**
405-273-0043
Breonnat911@yahoo.com

**SERVICES PROVIDED:**
Inmate Phones, Video
Visitation, Messaging, Mail
Scan

# References

## Prodigy

Population: 194

Population:900

Good morning,

We have been very pleased with their customer service and response time for repairs to equipment.  They supply our inmate telephone, video visitation, inmate-to-family SMS messaging, photo sharing and staff/grievance requests.  They have been very helpful as well with establishing an attorney visitation kiosk allowing counsel to meet with their inmate clients from the comfort of their private office or other location.  The attorneys love not having to travel to the jail to conduct visits in every instance. The tablets have been great.  The mail scanning feature is very convenient and easy to use as well.

They do also have a commissary program, but we do not utilize it.

Major K. Carter
Jail Administrator
Canadian County Sheriff's Office
304 N Evans
El Reno, Oklahoma 73036

Prodigy has been with us since they were created by Mr. Hartman and Dave McEvilly.  They are the vendor we chose because of the valued customer service and quality of the product they supply.  We have the inmate phones and video visitation package and would probably have them do our commissary but since Tiger Commissary has a local standing in this community and has given me no reason to sever that relationship, I have stayed loyal to them.  If you decide to give Prodigy a chance, you will not be disappointed.  If you do, let me know and I will make them eat the very good word I've put forward.

Warden Jim Gerlach
GCCJA Executive Director
215 N. 3rd St.
Chickasha, Ok. 73018
405-222-1000

# Staff Recommendations

1. Smart (If they can make a couple changes)
2. IC Solutions
3. Prodigy



- Smart – proposed changes and their response
  - Drop fees for attorney visits and calls
    - Yes this can be done
  - Drop cost of messages and photo to .25/.50
    - Typically don't reduce cost to messaging because this allows to offer tech at no cost to agency. Inmates get 2 free messages a week (essentially $1 credit every week)
    - They could drop price of pictures from $1.00 to $.50 if needed
  - 1:1 tablet ratio
    - They can start ratio at 4:1 and put in contract that they will monitor usage of each tablet and if it gets over 40% usage they will add more tablets to population.  Agency can monitor this on dashboard as well.
    - They do this, because they see a lot more damage to tablets with a 1:1 ratio.  Sharing model creates a better usage environment, but if they are using tablets at a high rate they will increate ratio to accommodate usage.