**EXHIBIT 52**

# BakerHostetler

Baker&Hostetler LLP

Washington Square, Suite 1100
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5403

T 202.861.1500
F 202.861.1783
www.bakerlaw.com

Jack Fornaciari
direct dial: 2028611612
jfornaciari@bakerlaw.com

April 27, 2023

**VIA E-MAIL (MSPECHT@STERNEKESSLER.COM)**

Michael D. Specht
Director

*Re:     ViaPath Technologies Letter Dated April 20, 2023*

Dear Mr. Specht:

We write to respond to your letter dated April 20, 2023.

As indicated in JACS' letter dated October 3, 2022, JACS is always interested in a reasonable business solution to resolve the parties' disputes. Neither JACS nor JACS' CEO Steel Liu received the letter from ViaPath dated November 15, 2022 at JACS' business address or Mr. Liu's email. Could you arrange to have a copy of the November 15, 2022 letter resent this week? The letter would be helpful for JACS to evaluate ViaPath's demand.

JACS reiterates its position that it has never sold or supplied any product to any customer that would have revealed ViaPath proprietary information in violation of the parties' 2018 Manufacturing and Services Agreement ("MSA") and JACS treats its own IP rights seriously. JACS IP rights in the products are recognized by ViaPath in several contracts between the parties including, but not limited to, the MSA and a 2022 Software License Agreement. JACS believes its business is consistent with the MSA and does not infringe ViaPath's patents.

JACS values ViaPath's business in the past decade and is open to a forward-looking business arrangement.

Michael D. Specht
April 27, 2023
Page 2


Sincerely,



/Jack Fornaciari/
Partner

4888-5994-6847.1