**EXHIBIT 53**



# REQUEST FOR PROPOSALS
## PHONE, VIDEO VISITATION, INMATE TABLETS, MAIL, and RELATED SERVICES

Saline County
300 West Ash Street
Salina, KS  67401

**Due Date and Time:**
**Wednesday, November 9, 2022, at 4:00 P.M.**



**ORIGINAL**







| INMATE KIOSKS | REMOTE VISITATION | INMATE MAIL SCANNING | INMATE MESSAGING | INMATE PHONE CALLS |

**NCIC.com  |  800-943-2189**

Craig Storer
Craig.Storer@ncic.com

607 East Whaley Street
Longview, Texas 75601

P 318-286-8134
F 903-757-4899

| TABLE OF CONTENTS | PAGE |
| --- | --- |
| Cover Letter | 3 |
| Proposed Rates, Fees, and Revenue Share | 5 |
| Analysis of Inmate Communications Provider Performance | 6 |
| Introduction | 8 |
| Scope of Service | 9 |
| Project Details | 12 |
| Implementation | 52 |
| Proposal Procedures | 63 |
| Appendix A – Acknowledgement Form | 65 |
| Appendix B – NCIC Certifications | 66 |

# COVER LETTER

NCIC Inmate Communications ("NCIC") is pleased to present our detailed response to Saline County's RFP for Phone, Video Visitation, Inmate Tablets, Mail and Related Services. NCIC's response will remain open and valid for at least 180 days from the RFP closing date.

NCIC is the largest **independently owned** inmate communications provider operating today, meaning that we are not beholden to the demands of Private Equity groups. This affords us the flexibility to focus on servicing our main stakeholders – the facilities served, their communities, and our employees. NCIC's customers enjoy the fact that, if needed, they have a direct line to upper management of the company, up to and including Mr. Bill Pope, NCIC's President and Co-Founder. NCIC is headquartered in Longview, Texas and is strengthened by a nation-wide network of field technicians and regional offices – an important aspect of our proposal for Saline County is the presence of *local* support. NCIC has been in operation for 27 years and provides service to more than 800 confinement facilities of all sizes and types, ranging from 2,200 beds down to 2 beds. A proud aspect is our exemplary history in the regulatory arena – always being *in favor of* regulation, rather than opposing it. NCIC has been a vocal contributor to FCC proceedings regarding Inmate Calling Service (ICS) for more than a decade – our efforts have been instrumental in helping rein in some of the abuses that have taken place in our industry over the years. NCIC takes pride in the fact that our company is the *only* large inmate communications provider who has never been sued for over-charging on calling rates and fees – and plan to keep it that way.

NCIC is proposing our proven InTouch communications suite for the Saline County Jail, including all phone, kiosk and tablet-based technologies as outlined herein. Choosing NCIC as the trusted service provider for Saline County, your agency will benefit from being on the same administrative and investigative platform as many other facilities across the United States and another 9 countries.

**NCIC's "Proposal at a Glance" for Saline County:**
- ✓ Significant reduction in rates for phone calls, messaging, and video visitation.
- ✓ Complete package of services being proposed:
  - o Telephone Service
  - o Video Visitation (off-site and, if needed, on-site)
  - o Secure Messaging
  - o <u>Free</u> Educational / Communications Tablets (minimal staff involvement needed)
  - o Mail Scanning (for contraband reduction)
  - o Ticketing (grievances / requests / kites)
  - o **Incentive-Based Offerings:**
    To assist with the operation of the Facility, NCIC will be offering the ability for Saline County Jail personnel to provide extended (or free) access to things like video visits, phone calls, messaging, or entertainment material, for Trustee inmates or for otherwise rewarding good inmate behavior, at the discretion of Facility personnel. NCIC will offer this ability at no cost (or commission deduction).

- ✓ **Complete package of equipment** being proposed (phones, wall-mounted kiosks, and tablets).
  - o NCIC has avoided the "tablet only" and "kiosk only" scenarios, being pitched by certain Providers to save money on equipment and installations. This scenario is troublesome…*all three hardware options* are proposed for maximum coverage.
  - o NCIC is *not* proposing any reduction in the existing equipment counts (phones and tablets). The current amount of equipment with brand new hardware will be installed, at a minimum.
  - o NCIC is proposing a 1:1 inmate – tablet ratio, *from day one of operation,* to ensure adequate coverage and avoid any issues associated with access to tablets and programming.
  - o NCIC's proposed tablets are heavily geared towards education, rehabilitation and programming, and are offered at **no cost** to the Agency and to residents (there are no device rental fees, and *all* programming is offered at no cost).
  - o <u>Free</u> provision of NCIC's "Learn2Earn" educational and rehabilitative platform.

**Rates and Compensation**

✓ Reduce the calling rates from the current $0.21/Minute down to only **$0.16/Minute** (for all calls within the US)
  o Eliminate the misleading "Advance Connect" Single Pay calls which are currently eroding commissionable revenue.
✓ Implement truly "per minute" rates for Video Visitation ($0.30/Minute), increasing usage.
✓ Implement secure inmate messaging at a rate of $0.25/Message ($0.35/Pictures).
✓ Sixty-Five percent (65%) revenue-share on TRUE gross telephone revenue.
✓ Twenty-Five percent (25%) revenue-share on all Video Visit and Messaging revenue.
✓ To assist Saline County in navigating the "percentage games", which are prevalent in our industry, NCIC will also provide a Minimum Monthly Guarantee ("MMG") of **$55.00/Inmate.**
  o On a monthly basis, the greater of the two amounts (the contractual percentages <u>or</u> the MMG of $55.00/Inmate) will be the applicable commission payment (whichever is greater).
  o For perspective, the incumbent provider has been returning an **Average Monthly Commission per Inmate** of only **$8.06**, (including all services). Please reference the Analysis on Page 6.
  o **NCIC is proposing to pay, <u>at a minimum,</u> an *additional* $46.94 in monthly Commission per Inmate. At the stated (average) ADP of 253 inmates, this represents an *additional* monthly commission amount of $11,875.82, or an *additional* annual commission amount of $142,509.84 compared to the performance of the incumbent Provider…while also lowering the rates and fees.**
✓ NCIC is offering a one-time, up-front Technology Grant in the amount of **$28,786.05,** which is entirely optional for Saline County and if accepted, can be used at the discretion of the County. This total is equal to three (3) years of <u>Earned,</u> but <u>Unpaid</u> interstate commissions under the <u>current</u> Agreement.

Should NCIC become the trusted provider of inmate communications for Saline County and the broader community, your account will be managed directly by Craig Storer (Director of Marketing), whose efforts will be supported by NCIC's experienced team of administrative, support, networking, IT, and field technician personnel.

NCIC enjoys an excellent working relationship with Summit, where seamless interface will be performed for commissary ordering from phones, kiosks. and tablets, as well as establishing a cardless Debit interface, to allow Saline County inmates to fund their own communication services.

NCIC looks forward to providing an in-person presentation to Saline County, to further elaborate on our proposal and explain the elements of our financial offer.

Sincerely,

Craig Storer, Director of Marketing
NCIC Inmate Communications
(318) 286-8134
Craig.Storer@ncic.com

**NCIC**
INMATE COMMUNICATIONS

# PROPOSED RATES, FEES, and REVENUE-SHARE

| INMATE TELEPHONE SYSTEM | | | | |
|---|---|---|---|---|
| **CALL TYPE** | **PREPAID COLLECT** | | **DEBIT TIME / CALLING CARDS** | |
| | **CONNECTION FEE** | **PER MINUTE** | **CONNECTION FEE** | **PER MINUTE** |
| **ALL CALLS IN THE UNITED STATES:** | $0.00 | $0.16 | $0.00 | $0.16 |
| **MEXICO / CANADA:** | $0.00 | $0.25 | $0.00 | $0.25 |
| **INTERNATIONAL:** | $0.00 | $0.35 | $0.00 | $0.35 |
| **COMPENSATION OFFER:** | **65%** of TRUE Gross Call Revenue | | | |

| VIDEO VISITATION and INMATE MESSAGING (Inmate Tablet System) | |
|---|---|
| **Remote (Off-Site) Visitation: Per-Minute Rate** | $0.30 |
| **On-Site Visitation: Per-Minute Rate** | $0.00 (Free) |
| **Inmate Messaging: Message Rates** | $0.25 per Message<br>$0.35 per Attachment<br>$0.05 per GIF |
| **Video Visitation and Messaging: Revenue-Share** | **25%** of Gross Revenue |

| MINIMUM MONTHLY GUARANTEE ("MMG") |
|---|
| NCIC is proposing a Minimum Monthly Guarantee (MMG) of **$55.00 per Inmate.**<br><br>Each month, the greater of the two amounts (proposed commission percentages OR proposed MMG) will be the applicable commission amount payable to Saline County.<br><br>Saline County's <u>incumbent</u> provider has been providing an Average Monthly Commission per Inmate of only **$8.06**. |

| TECHNOLOGY GRANT |
|---|
| NCIC is proposing a one-time, up-front Technology Grant in the amount of **$28,876.05.**<br>This amount is equal to three (3) years of <u>Earned,</u> but <u>Unpaid</u> interstate commissions under the <u>current</u> Agreement. |

| INMATE COMMUNICATIONS SYSTEM – ALLOWED FEES | |
|---|---|
| **Pre-Paid Account Fee (Web or Automated Operator):** | $3.00 |
| **Pre-Paid Account Fee (Live Operator):** | $5.95 |
| **Third-Party Fees:**<br>**(e.g. MoneyGram / Western Union)** | Pass Through / No Markup |

**NCIC**
INMATE COMMUNICATIONS

# ANALYSIS of INMATE COMMUNICATIONS PROVIDER PERFORMANCE
# SALINE COUNTY, KANSAS

| Summary (Monthly Averages) | |
|---|---|
| **Average Daily Population** | **253** |
| **Inmate Telephones** | |
| Reported Revenue | $8,128.70 |
| Commission Paid | $1,636.49 |
| Total Calls | 6,273 |
| Reported Interstate Calls | 1,523 |
| **% of Calls reported as "Interstate"** | **24%** |
| Total Interstate Revenue | $2,673.71 |
| **Earned but Unpaid Interstate Commission (at 30%)** | **$802.11** |
| ***Effective* Overall Commission Rate** | **20%** |
| Voicemail - Revenue | $23.22 |
| Voicemail - Commission | $4.64 |

| Video Visitation | |
|---|---|
| Reported Sessions | 180 |
| Reported Revenue | $1,798.20 |
| Commission Paid | $359.64 |
| Per-Session Cost | $9.99 |
| **Effective Commission Rate** | **20%** |

| Messaging | |
|---|---|
| Stamps Used | 771 |
| Messaging Revenue | $383.50 |
| Per-Stamp Cost | $0.50 |
| Commission Paid | $38.35 |
| **Effective Commission Rate** | **10%** |

| Summary - All Services | |
|---|---|
| Reported Revenue (Overall) | $10,333.61 |
| Commission Paid (Overall) | $2,039.13 |
| **Overall Revenue per Inmate:** | **$40.84** |
| **Overall Commission Paid per Inmate:** | **$8.06** |

Notes:

- The analysis is based on the Revenue / Commission Statements provided by Saline County's incumbent inmate communications provider, as part of the 2022 RFP for Inmate Communications.

- The analysis is based on the Revenue / Commission Statements covering the traffic months of April - September, 2022.

- The analysis includes inmate telephone service, video visitation service and messaging, for the traffic months provided.

- For the traffic months provided, the incumbent Provider has been reporting an **Average Monthly Revenue per Inmate** of **$40.84** (including all revenue-generating services).

- For the traffic months provided, the incumbent Provider has been reporting an **Average Monthly Commission per Inmate** of **$8.06** (including all revenue-generating services).

- For the traffic months provided, the *average* monthly Earned but Unpaid interstate commission (calculated at 30%) is **$802.11**.

- For the traffic months provided, the *total* monthly Earned but Unpaid interstate commission (calculated at 30%) is **$4,812.68**.

- Based the traffic months provided, the *approximate annual* Earned but Unpaid interstate commission (calculated at 30%) is **$9,625.35**.

- ***The FCC never ruled that commissions should not be paid on interstate call traffic. In fact, they explicitly stated the opposite. Commissions should be based on 100% of call traffic.***

- The incumbent provider is charging calling rates of $0.21 for all calls in the United States. However, the incumbent Provider is likely also offering the misleading "Advance Connect" Single Pay call, as well.

- The "Advance Connect" Single Pay call includes a non-commissioned Transaction Fee of $3.00, and is pushed as the very *first option*  presented to the friends and families of inmates, during the call process.

- The current Video Visitation program at Saline County includes a "flat rate" of $9.99 for remote (off-site) Video Visits. This "block billing" penalizes users for minutes of the session that are not used, and discourages usage.



| April 2022 | |
|---|---|
| **Average Daily Population** | 238 |
| **Inmate Telephones** | |
| Reported Revenue | $7,431.04 |
| Commission Paid | $1,581.17 |
| Total Calls | 5,520 |
| Reported Interstate Calls | 1,319 |
| % of Calls reported as "Interstate" | 24% |
| Total Interstate Revenue | $2,160.48 |
| Earned but Unpaid Interstate Commission (at 30%) | $648.14 |
| *Effective* Overall Commission Rate | 21% |
| Voicemail - Revenue | $9.95 |
| Voicemail - Commission | $1.99 |

| Video Visitation | |
|---|---|
| Reported Sessions | 166 |
| Reported Revenue | $1,658.34 |
| Commission Paid | $331.67 |
| Per-Session Cost | $9.99 |
| **Effective Commission Rate** | 20% |

| Messaging | |
|---|---|
| Stamps Used | 766 |
| Messaging Revenue | $382.75 |
| Per-Stamp Cost | $0.50 |
| Commission Paid | $38.28 |
| **Effective Commission Rate** | 10% |

| Summary - All Services | |
|---|---|
| Reported Revenue (Overall) | $9,482.08 |
| Commission Paid (Overall) | $1,953.11 |
| **Overall Revenue per Inmate:** | $39.84 |
| **Overall Commission Paid per Inmate:** | $8.21 |

| May 2022 | |
|---|---|
| **Average Daily Population** | 251 |
| **Inmate Telephones** | |
| Reported Revenue | $8,221.54 |
| Commission Paid | $1,577.09 |
| Total Calls | 6,507 |
| Reported Interstate Calls | 1,841 |
| % of Calls reported as "Interstate" | 28% |
| Total Interstate Revenue | $2,964.50 |
| Earned but Unpaid Interstate Commission (at 30%) | $889.35 |
| *Effective* Overall Commission Rate | 19% |
| Voicemail - Revenue | $25.87 |
| Voicemail - Commission | $5.17 |

| Video Visitation | |
|---|---|
| Reported Sessions | 155 |
| Reported Revenue | $1,548.45 |
| Commission Paid | $309.69 |
| Per-Session Cost | $9.99 |
| **Effective Commission Rate** | 20% |

| Messaging | |
|---|---|
| Stamps Used | 922 |
| Messaging Revenue | $458.83 |
| Per-Stamp Cost | $0.50 |
| Commission Paid | $45.88 |
| **Effective Commission Rate** | 10% |

| Summary - All Services | |
|---|---|
| Reported Revenue (Overall) | $10,254.69 |
| Commission Paid (Overall) | $1,937.83 |
| **Overall Revenue per Inmate:** | $40.86 |
| **Overall Commission Paid per Inmate:** | $7.72 |

| June 2022 | |
|---|---|
| **Average Daily Population** | 261 |
| **Inmate Telephones** | |
| Reported Revenue | $8,875.22 |
| Commission Paid | $1,932.14 |
| Total Calls | 6,856 |
| Reported Interstate Calls | 1,396 |
| % of Calls reported as "Interstate" | 20% |
| Total Interstate Revenue | $2,434.74 |
| Earned but Unpaid Interstate Commission (at 30%) | $730.42 |
| *Effective* Overall Commission Rate | 22% |
| Voicemail - Revenue | $17.91 |
| Voicemail - Commission | $3.58 |

| Video Visitation | |
|---|---|
| Reported Sessions | 214 |
| Reported Revenue | $2,137.86 |
| Commission Paid | $427.57 |
| Per-Session Cost | $9.99 |
| **Effective Commission Rate** | 20% |

| Messaging | |
|---|---|
| Stamps Used | 770 |
| Messaging Revenue | $384.09 |
| Per-Stamp Cost | $0.50 |
| Commission Paid | $38.41 |
| **Effective Commission Rate** | 10% |

| Summary - All Services | |
|---|---|
| Reported Revenue (Overall) | $11,415.08 |
| Commission Paid (Overall) | $2,401.70 |
| **Overall Revenue per Inmate:** | $43.74 |
| **Overall Commission Paid per Inmate:** | $9.20 |

| July 2022 | |
|---|---|
| **Average Daily Population** | 252 |
| **Inmate Telephones** | |
| Reported Revenue | $8,589.26 |
| Commission Paid | $1,638.08 |
| Total Calls | 7,150 |
| Reported Interstate Calls | 1,766 |
| % of Calls reported as "Interstate" | 25% |
| Total Interstate Revenue | $3,129.00 |
| Earned but Unpaid Interstate Commission (at 30%) | $938.70 |
| *Effective* Overall Commission Rate | 19% |
| Voicemail - Revenue | $15.92 |
| Voicemail - Commission | $3.18 |

| Video Visitation | |
|---|---|
| Reported Sessions | 210 |
| Reported Revenue | $2,097.90 |
| Commission Paid | $419.58 |
| Per-Session Cost | $9.99 |
| **Effective Commission Rate** | 20% |

| Messaging | |
|---|---|
| Stamps Used | 767 |
| Messaging Revenue | $380.48 |
| Per-Stamp Cost | $0.50 |
| Commission Paid | $38.05 |
| **Effective Commission Rate** | 10% |

| Summary - All Services | |
|---|---|
| Reported Revenue (Overall) | $11,083.56 |
| Commission Paid (Overall) | $2,098.89 |
| **Overall Revenue per Inmate:** | $43.98 |
| **Overall Commission Paid per Inmate:** | $8.33 |

| August 2022 | |
|---|---|
| **Average Daily Population** | 253 |
| **Inmate Telephones** | |
| Reported Revenue | $7,493.44 |
| Commission Paid | $1,478.49 |
| Total Calls | 5,209 |
| Reported Interstate Calls | 1,260 |
| % of Calls reported as "Interstate" | 24% |
| Total Interstate Revenue | $2,565.15 |
| Earned but Unpaid Interstate Commission (at 30%) | $769.55 |
| *Effective* Overall Commission Rate | 20% |
| Voicemail - Revenue | $29.85 |
| Voicemail - Commission | $5.97 |

| Video Visitation | |
|---|---|
| Reported Sessions | 132 |
| Reported Revenue | $1,318.68 |
| Commission Paid | $263.74 |
| Per-Session Cost | $9.99 |
| **Effective Commission Rate** | 20% |

| Messaging | |
|---|---|
| Stamps Used | 716 |
| Messaging Revenue | $354.11 |
| Per-Stamp Cost | $0.50 |
| Commission Paid | $35.41 |
| **Effective Commission Rate** | 10% |

| Summary - All Services | |
|---|---|
| Reported Revenue (Overall) | $9,196.08 |
| Commission Paid (Overall) | $1,783.61 |
| **Overall Revenue per Inmate:** | $36.35 |
| **Overall Commission Paid per Inmate:** | $7.05 |

| September 2022 | |
|---|---|
| **Average Daily Population** | 263 |
| **Inmate Telephones** | |
| Reported Revenue | $8,161.67 |
| Commission Paid | $1,611.99 |
| Total Calls | 6,393 |
| Reported Interstate Calls | 1,554 |
| % of Calls reported as "Interstate" | 24% |
| Total Interstate Revenue | $2,788.38 |
| Earned but Unpaid Interstate Commission (at 30%) | $836.51 |
| *Effective* Overall Commission Rate | 20% |
| Voicemail - Revenue | $39.80 |
| Voicemail - Commission | $7.96 |

| Video Visitation | |
|---|---|
| Reported Sessions | 203 |
| Reported Revenue | $2,027.97 |
| Commission Paid | $405.59 |
| Per-Session Cost | $9.99 |
| **Effective Commission Rate** | 20% |

| Messaging | |
|---|---|
| Stamps Used | 685 |
| Messaging Revenue | $340.75 |
| Per-Stamp Cost | $0.50 |
| Commission Paid | $34.08 |
| **Effective Commission Rate** | 10% |

| Summary - All Services | |
|---|---|
| Reported Revenue (Overall) | $10,570.19 |
| Commission Paid (Overall) | $2,059.62 |
| **Overall Revenue per Inmate:** | $40.19 |
| **Overall Commission Paid per Inmate:** | $7.83 |

Request for Proposals
by
Saline County
300 W. Ash Salina, KS 67401
for
Phone, Video Visitation, Inmate Tablets, Mail, and Related Services

# 1. INTRODUCTION

GENERAL INFORMATION

The Saline County Sheriff's Office is seeking a contract with a vendor to provide phone service, video visitation, and mail service to the inmates housed within the jail. It is our intention that this will be done via phones, kiosks, and/or tablets provided to the inmates by the vendor; therefore, we are also interested in any ancillary services which may be available through the tablets.

While the Saline County Sheriff's Office realizes the vendor will be providing these services in order to generate revenue, we are also sympathetic to the fact that many of our inmates come from a lower socioeconomic background. As such, we expect the fees that the vendor charges both the inmate and the party they're contacting be reasonable, fair, and forthright (no hidden charges/fees). All fees must be clearly explained in the Vendor's proposal along with the commission to be paid to the Saline County Sheriff's Office.

The Saline County Sheriff's Office is currently building a brand-new facility with an expected completion date of September 2023. The Saline County Jail's maximum housing capacity will 392 inmates. Current approximate housing levels have generally fluctuated between 230-270 inmates. Vendors will find an FFE diagram and spreadsheet attached to this announcement with descriptions of needed equipment and all proposed locations for services in the new facility.

The Saline County Sheriff's Office would consider an option for implementation in the current facility so staff would be familiarized with the new equipment prior to transition. The current facility has a maximum population capacity of 192 inmates. The facility has 4 main housing units, one of which is in the older part of the jail with a linear (bars) housing style. Vendors will find a document describing equipment needed and location of services in the current facility.

The term of the contract is to be five years (5) from date of award, after which the option to renew is up to three (3) additional one (1) year terms which will automatically renew unless either party notifies the other party in writing at least 60 days in advance of the expiration of the contract of its intent not to extend the agreement. Vendor will not add a contract extension for ancillary services added. The agreed upon commission rate shall remain fixed throughout the life of this contract unless the vendor and the Saline County Sheriff's Office mutually agree to modify the commission during the life of the contract.

BACKGROUND

Located in Central Kansas at the intersection of Interstate Highways 70 and 135, Saline County is governed by a five-member Board of County Commissioners, elected to 4-year staggered terms. The Board performs both executive and legislative functions, is responsible for all policy and executive decisions regarding county government and is responsible for hiring the County Administrator. Other elected officials include the County Attorney, County Clerk, Register of Deeds, Sheriff, and County Treasurer. The County Administrator is responsible for central administrative functions including budgeting, as well as overseeing various service departments.

Saline County, with its county seat located in Salina, Kansas, encompasses approximately 720 square miles and has a current estimated population of 54,303 persons. The County employs 305 full-time, 3 part-time, and 17

seasonal employees across 14 departments located in seven different principal locations within the City of Salina.

The fiscal year for the County begins on January 1 and ends on December 31. The County's total budget for FY 2022 is $59,811,129.

**NCIC RESPONSE:** HAS READ, AGREE, AND WILL COMPLY WITH ALL ITEMS ABOVE.

NCIC Inmate Communications (NCIC) is extremely well-positioned to meet and exceed the requirements of Saline County.

## 2. SCOPE OF SERVICES
## 1. Responsibility Criteria

a. The vendor must demonstrate that they have the technical expertise, facilities, capabilities, and financial resources necessary to perform the work in a formal cover letter.

**NCIC RESPONSE:** READ, AGREE, AND WILL COMPLY.

Please reference our formal cover letter addressing all items notes above.

b. The vendor must provide the Sheriff's Office with the name of at least five jails and/or prisons in which their services are currently being used. The vendor will include contact information from the jail administrator, prison warden, or designee with whom they work with at each facility. The listed facilities should be comparable in size to the Saline County Jail.

**NCIC RESPONSE:** READ, AGREE, AND WILL COMPLY.

NCIC encourages Saline County to contact the following customer references regarding the quality and consistency of service provided.

| Customer Name: | Sherburne County Jail |
|---|---|
| Facility Address | 13880 Business Center Dr. NW, Elk River, MN 55330 |
| Contact Person and Title: | Brian Frank, Jail Administrator |
| Telephone Number(s): | 763-765-3802 |
| Email Address: | brian.frank@co.sherburne.mn.us |
| ADP: | 500 |
| Agreement Effective Date: | March 2021 |
| Services Provided: | Inmate Telephones, Video Visitation, Tablet System |

| Customer Name: | Minnehaha County Jail |
|---|---|
| Facility Address | 305 W 4th St., Sioux Falls, SD  57104 |
| Contact Person and Title: | Mike Mattson, Warden |
| Telephone Number(s): | 605-367-4321 |
| Email Address: | mmattson@minnehahacounty.org |
| ADP: | 550 |
| Agreement Effective Date: | July 2022 |
| Services Provided: | Inmate Telephones, Video Visitation, Tablet System |

| Customer Name: | Gregg County Jail |
|---|---|
| Facility Address | 101 E. Methvin St., Longview, TX  75601 |
| Contact Person and Title: | Maxey Cerliano, Sheriff |
| Telephone Number(s): | 903-236-8400 |
| Email Address: | maxey.cerliano@county.gregg.tx.us |
| ADP: | 682 |
| Agreement Effective Date: | March 2015 |
| Services Provided: | Inmate Telephones and Video Visitation |

| Customer Name: | Johnson County Jail |
|---|---|
| Facility Address | Clarksville, AR |
| Contact Person and Title: | Jimmy Stephens, Sheriff |
| Telephone Number(s): | 479-754-2200 |
| Email Address: | jstephens@jcsoar.us |
| ADP: | 80 |
| Agreement Effective Date: | October 2022 |
| Services Provided: | Inmate Telephones and Video Visitation |

| Customer Name: | Russell County Sheriff's Office |
|---|---|
| Facility Address | 307 Prentiss Dr., Phenix City, AL 36869 |
| Contact Person and Title: | Steve Johnson, Jail Administrator |
| Telephone Number(s): | 334-298-6535 |
| Email Address: | stevej@rcso.org |
| ADP: | 300 |
| Agreement Effective Date: | November 2021 |
| Services Provided: | Inmate Telephones and Video Visitation |

| Customer Name: | Dickinson County Jail |
|---|---|
| Facility Address | 201 Cottage Ave., Abilene, KS 67410 |
| Contact Person and Title: | Stephen Kency, Jail Administrator |
| Telephone Number(s): | 785-263-4081 |
| Email Address: | skency@dkcoks.org |
| ADP: | 40 |
| Agreement Effective Date: | April 2021 |
| Services Provided: | Inmate Telephones and Video Visitation |

c.  All vendors will provide proof of any license(s), certifications/classifications, and insurance in their proposal.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

**NCIC has provided the Certificate of Convenience and Authority, Certificate of Insurance, and Kansas Secretary of State Good Standing Certificate in Appendix B.**

d.  The vendor must state that, if selected, they will furnish and install all equipment, cable, and wiring in compliance with all applicable codes and that all permits, and licenses required for installation will be obtained with no cost to Saline County.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

**NCIC will furnish and install all equipment, cable, and wiring in full compliance with any local, state, and federal codes. NCIC will also provide all permits and licenses in accordance with the requirements and provisions set forth within this RFP at no cost to Saline County. NCIC is exceptionally well-positioned to meet and exceed all stated installation requirements and the proposed platform is a fully turnkey inmate telephone service and service solution which includes all technologies, network installation requirements, wiring, software, and all necessary equipment, service, and maintenance.**

e.  The vendor will be required to assume prime vendor responsibility for the contract and will be the sole point of contact with regard to the systems, installation, maintenance, and training. The selected vendor will be required to assume responsibility for all services obtained under contracts resulting from this RFP, including any and all sub-contractors hired by the vendor.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

**NCIC will be the sole point of contact and primary vendor responsible for the contract, the proposed system, installation, maintenance, and training. NCIC is fully capable of assuming all necessary responsibilities to any/all services resulting from this RFP.**

f.  Vendors are cautioned to limit or avoid, if possible, proprietary trade secret information within the proposal. If the vendor deems it necessary to include such information in order to adequately respond to technical requirements, the vendor shall note the section as such and provide the information in a separate sealed envelope. Under no circumstances shall a vendor's entire proposal, rates, or offers be labeled as proprietary or confidential.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

g.  Vendors must supply a list of any violations or fines by any state within the last 36 months relating to money transmission licensing. Any such violations may be cause for disqualification.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

**NCIC is the *only* large inmate communications provider in the U.S. that has not been sued for overcharging inmates and their friends and family on calling rates and fees, nor have there been any violations or fines by any state within the last three years. Furthermore, NCIC has had no contract terminated for any reason in the last five years and is not currently involved in any litigation and has no claims against the company.**



## 3. PROJECT DETAILS

### 1. System Requirements

a. The system must use web-based software. A one sign-on username/password for employees for all systems is preferred.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

NCIC's systems are fully centralized, web-based platforms created using the newest technology in web development tools. The systems are compatible with any internet-enabled computer and various web browsers including Microsoft Edge, Google Chrome (recommended), Safari and Firefox, and more. All functions of the systems are accessible 24/7/365 via any internet-enabled computer, tablet, or smart-phone, allowing authorized users access throughout the platform based on their level of access authorization. The systems provide multiple tiered security access levels based on the County's specific needs.



b. The system must not require an on-site server to store recorded data.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

The proposed systems are fully centralized, web-based platforms with two geographically separate, redundant data storage centers. A tertiary level of backup is provided by Amazon services, which are designed to host the most sensitive data, and address the most stringent US government security and compliance requirements. All inmate telephone recordings are stored for the life of the contract (including any extensions) or longer if required and are available online for downloading at any time. Retention of call recordings are completely configurable, based on the needs of Saline County. The proposed system was the first inmate telephone service to use the Cloud to provide the utmost redundancy and security in call recording and call detail storage. Access to Amazon services is limited to vetted account holders that must be held by US citizens.

c. The system must allow for restrictive permissions that limit individual or groups of inmates to access certain applications. The Sheriff's Office shall be able to set and adjust those restrictions.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

The proposed platforms are wholly centralized, with all core functions managed at company headquarters in Longview, Texas. Authorized users of the platforms can log in and use the systems from anywhere, on any device, with the appropriate login credentials (a secure Username and Password). The proposed platforms support multiple levels of password protected access, so all Authorized Users only have access based on their individual level of authority, and do not have access to the entire functionality of the systems. Please see the following sample User Setup screenshots with multiple user permission options.





**NCIC** INMATE COMMUNICATIONS

d.  The system must allow administrative and investigative reports regarding inmates activity on all systems, ie phones, visitation, mail, etc.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

NCIC's proposed systems offer secure, web-based reporting; therefore, no special reporting tools are needed. The platforms provide a range of useful record detail and management reports based on inmate communication activities at an extremely granular level. Reports can be run on an as needed basis or configured and scheduled to run (and be delivered by email) at specified intervals. A common configuration is to have reports run at the beginning of each month, for the prior traffic month.

In addition to the wide range of "canned" reports that are available through the systems, NCIC will work with Saline County to customize any other reports as needed. Detailed managerial and investigative reports are available covering all items listed above, aspects of inmate communications, including Call/Visit Completion, Revenue, Per-Call/Visit charges, etc. Authorized Users (with the appropriate level of access) can easily pull raw Call/Visit Detail Records containing all required data for every attempted and completed call/visit within the proposed systems. NCIC's standard monthly commission report, and all reports, are fully customizable based on the requirements of Saline County. Shown below are just a few examples of the system's investigative reports available to the County.

### Three-Way Call Detail Report



### Seven Degrees of Separation Report

**Call Detail Report**



**Video Visit Reporting**



**Mail Views Reporting**



## User Activity Reporting



## Inmate Message Log Reporting





## Inmate Report



e. The communication software must not require any third-party software to be installed in order to operate the system.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

Authorized Users are able to immediately play back a recorded call or monitor a call while it is in-progress. By use of our HTML5 built-in call player, our interface is accessible without need for downloading any special software or supplements onto the user's device. HTML5 has been the most reliable standard player available in the industry and is pre-loaded onto all new PC's, Macs, tablets, and smartphones.

f. Any hardware used by the inmates must be hardwired using POE (power over ethernet) with no additional electrical needed.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

The proposed equipment is Power over Ethernet (PoE), no additional power supply is required.

g. The vendor will provide their own internet connection.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

h. The vendor shall provide a secure Wi-Fi network which will not conflict with any existing Wi-Fi networks within the building. This network will be provided at no cost to the county, and the vendor will guarantee that it will function properly in all housing areas throughout the jail.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

NCIC will utilize our own independent, secure hard-wired and Wi-Fi networks and control

internet access. **NCIC utilizes firewalls and Access Control Lists on all network hardware, preventing intrusion from all unauthorized outside networks.**

i. Both the tablets and the user interface shall be available in English and Spanish. Other languages in addition to English and Spanish are preferred.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

**The proposed system provides prompts in both English and Spanish, and multiple other languages are available upon request. The standard English and Spanish language options, with regard to the prompts, are pre-recorded and the inmate selects the language at the beginning of each call by pressing a 1 or 2 on the keypad. The selected language plays to the inmate and called party.**

j. It's preferred that the system also interface with Inmate Trust Accounts and inmate Commissary Accounts at no cost to Saline County.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

**The proposed system currently has multiple interfaces developed with major Inmate Trust and Commissary Accounts, allowing inmate information to be imported on a real-time basis and funds to be moved back and forth from the trust account to the inmate phone account, which provides commissary ordering. NCIC has vast experience in interfacing with third-party providers to ensure that information is seamlessly passed around disparate facility systems as needed, to ensure the smooth operations with facilities. All interface-related development will be completed at no cost to the County**

k. Vendor must meet all FCC requirements and guidelines during installation and after on call rates, etc.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

**NCIC proudly operates with calling rate and fee structures which meet or exceed the requirements of the FCC and various State regulatory bodies. All equipment meets or exceeds applicable FCC licensing, rules, and certification regulations.**

2. **Phones**

   a. Description of inmate telephone system features, including additional features that may be of interest to Saline County.

   **NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

   **NCIC's tamper-proof, non-coin telephones are manufactured specifically for the inmate market. Our coinless telephones feature reinforced, 14-gauge stainless steel housing, tamperproof design, armored cord tested to withstand a minimum 1000 pound pulling test and built-in volume controls. Models include unique suicide prevention designs that are hands-free. There are no exterior removable parts.**



**EQUIPMENT SPECIFICATION SHEET / TELEPHONE DESCRIPTION**

The NCIC phone offers volume control and has a rubber seal to prevent moisture from entering through the back of the phone.  The phone offers an industry trend-setting 1000 lbs. pull strength on the handset cord.

NCIC has developed their own phone to include buttons that are 100% larger than standard inmate phones, allowing visually-impaired inmates to see the numbers and letters on the keypads.  Further, the phones are easier to use in low-light conditions, as the numbers and letters are over 100% larger than traditional phone keypads.

The NCIC phone employs a heavy-duty armored handset that is hearing-aid compatible, and has an anti-static receiver.  The phone's housing is made of durable 14-gauge stainless steel which is ideal for a correctional environment – there are no exterior removable parts.

**G-TEL Enterprises JP3500**



- Constructed of durable 14-gauge stainless steel
- Large, stainless steel ADA keypad
- Adjustable volume button
- Large customizable instruction card area
- Tamper resistant locking system
- Built in mounting plate designed for fast, easy installation
- Mounting plate includes gasket which prevents moisture from entering phone
- Oversized line-wire entrance hole w/ moisture preventing gasket
- Handset cord retaining bracket is designed for fast, easy handset changes
- Stainless grommet provides added security for handset cord
- Adjustable handset cord lengths
- Armored cord is made to Bell Core standards and withstands minimum 1000 lb. pulling test
- Magnetic hook switch/handset
- Optional noise-canceling microphone available
- Ambient Temperature:
  -40°C ~ + 60°C
  -40 F ~ + 140 F
- Relative Humidity: ≤95% (at room temperature)
- Atmospheric Pressure: 80 ~ 110KPa
- Frequency Response: 250 ~ 3000 Hz
- Supply Voltage: 48 ~ 60V
- Feed Current: 25mA
- Call Transfer Index: SLR≤12 dB, RLR≤-1dB, STMR≥10dB
- Environmental Noise: ≤70dB
- Ringing level: ≥80dB
- Operates on C.O., analog lines or analog dial tone PABX/KSU stations
- Dimensions:11¾" tall, 5¼" wide, 6 "deep (287.5×135×75mm)
- Weight: 8lbs, 3KG

STANDARD HANDSET CORD LENGTH IS 24", OPTIONAL CORD LENGTHS ARE 6", 8", 12", 18", 32", AND 52"

b. The phone system must be capable of handling collect, debit, and pre-paid calls.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

**The proposed system provides all operational features and system requirements applicable to all calls placed through the system, including local, long distance, interstate, and international calling. In addition, the platform processes collect, authorized free, pre-paid collect, pre-paid card, debit, and speed dial calls.**

c. The system shall not accept incoming calls.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

**The proposed system allows one-way, out-going service only, preventing any inmate telephone from receiving incoming calls.**

d. Provide a rate table for all types of calls.  Identify the current minimum and maximum rates that would apply to your offered inmate telephone service including the percentage of commission paid.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

**Please reference the Proposed Rates, Fees, and Revenue Share, as well as the Analysis of Inmate Communications Provider Performance.**

e. List of available languages for communication with the users of the inmate telephone system. (English and Spanish required)

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

**The proposed system provides prompts in both English and Spanish, and multiple other languages are available upon request.**

f. Vendor shall provide free local calls designated by Saline County.  These would include calls to the Public Defenders Office, local courts, and support agencies. Saline County will not be charged for attorney calls.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

**Free call configurations available within the proposed system are extremely granular and customizable, and can be based on individual inmate telephones, specific destination phone numbers, specific inmate PIN, and can further be controlled by time-of-day allowances. Free call allowances are based on the requirements / preferences of the County. All free calls (aside from authorized non-recorded) are recorded and stored in the system, as with charged calls.**

g. Phone system's compliance with all ADA (American Disabilities Act) requirements.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

**The NCIC inmate telephone employs a heavy-duty armored handset that is hearing-aid compatible and has an anti-static receiver. The phone's housing is made of durable 14-gauge stainless steel which is ideal for a correctional environment – there are no exterior removable parts and hardware is in full compliance with ADA requirements. Our proposed phones offer volume control and has a rubber seal to prevent moisture from entering through the back of the phone. NCIC has developed our own phone to include buttons that are 100% larger than standard inmate phones, allowing visually impaired inmates to see the numbers and letters on the keypads. Further, the phones are easier to use in low-light conditions, as the numbers and letters are over 100% larger than traditional phone keypads.**

**NCIC**
INMATE COMMUNICATIONS

h.  Phone system must clearly identify the caller as an inmate from the Saline County Jail.

**NCIC RESPONSE:** READ, AGREE, AND WILL COMPLY.

The proposed systems brand and identify each call with identifying information such as the facility name, type of call, inmate, Called Party, as well as an announcement stating the call may be monitored and recorded. Pre-recorded announcements, warnings and interjected messages can be configured to play randomly throughout phone calls, or at specified intervals. All such greetings and messages are customizable / configurable based on the specific requirements of Saline County.

i.  Location based calling similar to 3.C below.

**NCIC RESPONSE:** READ, AGREE, AND WILL COMPLY.

The proposed systems offer an optional, easy-to-use PIN feature that can be interfaced with most JMS/Booking systems via a simple XML interface. PIN codes can be turned on/off for the entire facility, a group of phones, or a specific phone/kiosk/tablet based on the needs of Saline County. For example: PINs can be turned on in general population but turned off in booking and juvenile. Authorized users can easily deactivate PINs via the software systems. The systems have the capability to provide collect, debit, pre-paid, pre-paid card, free and speed dial calling utilizing a secure PIN. The inmate utilizes the same PIN for all services and devices. The proposed PIN system allows for each inmate's communications to be "locked down" to each particular housing area, further reducing the likelihood of PIN theft / sharing.

The proposed systems provide for inmate records and associated details to be automatically loaded when interfaced with any JMS/Booking system via a simple XML interface (with other interface types available). Once the file is imported (default import frequency is 15 minutes, but can be more frequent if required), and upon the first call or login attempt, the system prompts the inmate to create and enter a secure PIN2 (commonly referred to as "Passcode,") to supplement their PIN. This eliminates the burden of manual entry by staff. As demonstrated by the following screenshot, each inmate needs to input their PIN and PIN2 in order to place calls or interact with kiosks/tablets.

The phone system also utilizes Voice Biometrics to identify the speaker on each phone call. When an inmate is booked, and beings placing phones calls, our system records the inmate's speech and generates a biometric voice print using his/her speech patterns. From then on, our system can identify the caller on any call regardless of whether the inmate on the call is using their own PIN or has been stolen/borrowed.





3. **Tablets**
   a. The vendor shall provide tablets for inmates at no cost to the county or the inmates.

   

   NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.

   NCIC's proposed Inmate Tablets are multi-functional, secure, and able to be provided at no cost to the County (or to inmates). The proposed Inmate Tablets are able to deliver all of the same functions and applications that are available on the Inmate Kiosks, including inmate messaging, Video Visitation (if approved), access to Law Library, Grievances, Commissary Ordering, Inmate Messaging, and even access to the Inmate Telephone System for audio calling. Additionally, the Tablets also offer Inmates educational and rehabilitative programs, music, movies, games, etc. All applications available on the multi-functional inmate kiosks are able to be securely delivered on the proposed Inmate Tablets supported by a locked down wireless infrastructure installed and maintained at

**NCIC INMATE COMMUNICATIONS**

NCIC's sole expense. Inmate calls are also able to be administered through the proposed Tablets and are always subject to the same monitoring / recording / restrictions as the traditional wall-mounted phones and searchable in the same ICE user interface. NCIC will provide Inmate Tablets and all associated equipment and infrastructure (including charge carts, wireless access points, etc.), at the quantities required by the County and at no cost.

## NCIC Tablet Specifications




| | |
|---|---|
| o | CPU RK3368H, Cortex-A53 Octa Core 64 bit 1.5GHz |
| o | RAM/ROM 2 GB / 32 GB |
| o | Operating System Google Android 7.1.2 Nougat |
| o | Display 8" LCD panel, 800 x 1280 pixels, 5-Point Capacitive Touch Screen |
| o | Camera Front 5.0MP |
| o | WLAN 802.11 a/b/g/n/ac 2.4GHz/5GHz |
| o | Bluetooth 4.1 |
| o | RFID 860 - 960MHz NFC Supported |
| o | FM Supported |
| o | I/O Interface 3.5mm earphone jack, Power button, Volume +/-, DC Port, MicroUSB 2.0 x 1, High quality speaker 1W x 2 |
| o | Wireless Charging Supported |
| o | 5V/1.2A Battery 8000mAh Polymer Lithium-Ion battery DC |
| o | Input: 100-240VAC, 50-60Hz; |
| o | Output: USB 5V/2A DC Weight Unit (without packaging) 758.2g / 1.67lb |
| o | Dimensions L(241.9) * W(147) * D(22.3) mm / L(9.52") * W(5.79") * D(0.88") |
| o | Accessories Power Adapter, Wireless Charger (Optional) |

b.  The vendor shall provide sufficient tablets to accommodate the demand of the inmate population in each housing unit from the effective date of the contract and throughout the life of the contract. Vendor shall have backup inventory available in the event there is an increase in demand or in case the original number of tablets was insufficient.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

The proposed Inmate Tablet solution is completely flexible and configurable, based on the specific needs of Saline County. NCIC will provide the required tablet count (including

**NCIC**
INMATE COMMUNICATIONS

associated components such as charge carts, earbuds, etc.) as well as additional equipment stored for inventory.

c.  The vendor shall provide each inmate a unique user name/log-in and password. This information should only allow an inmate to log in to a tablet in his/her own housing unit; i.e. an inmate in B Pod cannot use information from an inmate in C Pod to log onto a tablet.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

The proposed tablet provides each inmate with a unique username, login, and password. Use of the Inmate PIN is implemented in the same manner for the tablet solution as for the VVS.

d.  The tablets will only be able to access authorized information and applications. They must not allow the inmates access to the internet.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

The proposed Inmate Tablet solution operates on a dedicated Wi-Fi network that does not allow access to external networks, websites, or applications. The tablet's wireless solution has various components that can be either wired to an extended switched ethernet network or can be fully meshed with other existing access points. All tablets will be completely secure and encrypted prior to being deployed at Saline County to ensure that inmates cannot link out to any unwanted.

e.  The tablets must be free of any marketing and advertisements without the express written consent of the Sheriff's Office.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

The tablets do not display or offer the opportunity to display marketing and advertisements. However, display alerts for notifications from our development teams on any upcoming updates or notices of issues that have been addressed and resolved (if allowed by facility administration).

f.  The vendor will provide the tablets in a tamper proof, corrections grade case.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

The proposed tablet has a heavy-duty exterior which is specifically designed for a correctional environment, allowing it to withstand a shock and/or drop test onto concrete. NCIC has used similar grade materials to the kinds used in bullet resistant glass, windows in correctional facilities, military applications, etc. This case protects the tablet from tampering, general damage, and contraband storage. NCIC has only allowed access through this secure case to critical hardware buttons such as the power button, volume buttons, and home button.

g.  It would be preferred that tablet deployment system be placed in general housing units (Example: Dayrooms, etc.) with direct access to inmates with no officer assistance.  It would be preferred that this system prevent an inmate form taking more than one tablet from the deployment system.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

The proposed tablet system can be installed in general housing units, Facility staff involvement is not required for the inmates to access the tablets. The tablets can be locked down to ensure that only one tablet is accessible by an individual inmate at all times.

h. The tablets must contain the following:
   1. Video visitation, although a wall mounted kiosk will suffice as long the kiosk is in addition to the tablets.

   **NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

   **The proposed tablets are capable of processing video visits to work just the same as video visitation through kiosks.**

   2. Pre-loaded features that are free to the inmates. These features must include access to:
   • a law library
   • Scanned personal mail
   • Scanned legal mail
   • As well as access to jail forms (including but not limited to the inmate rule book, PREA-related forms, inmate request forms, grievances, and commissary order forms).

   **NCIC RESPONSE: HAS READ, AGREE, AND WILL COMPLY WITH ALL ITEMS ABOVE.**

   **The proposed tablets will allow inmates to have access to features such as law library, educational and rehabilitative programs, PREA forms, grievances, commissary, games, movies, e-books, inmate rules/handbooks, etc. at no cost. One of the main differentiators of the proposed inmate tablet solution, compared to other correctional tablets, is that the NCIC tablets are FREE for inmates to access and use. There is a plethora of free services and content available for inmates to browse, in addition to a few revenue-generating services, such as inmate messaging, phone calling (if enabled), etc. The approach differs from other correctional tablet providers, which is to design tablets that extract as much revenue from the inmate population as possible.**

   **Law Library System**
   **NCIC is proposing a complete, comprehensive Law Library solution at zero cost to the County (and of course, no cost to inmates). NCIC has researched Law Library providers that also offer robust resources for Federal inmates, and by partnering with Fastcase (https://www.fastcase.com/) for provision of legal resources for Saline County, ensuring inmates at the Facility will have optimal access to these resources. The application allows for inmates to research past legal cases, constitutions, statutes, regulations, etc. A few key points available to inmates:**

   • **Citation Analysis - Identify the most authoritative cases in results, every time. Fastcase integrates citation analysis into search results, notifying how often each case in the list has been cited. Similar to Shepardizing or KeyCiting each case in search results, except results can be viewed automatically and integrated into search results. The most seminal case can be sorted to the top of the list, with one click. Only Fastcase offers this powerful tool.**

   • **Smart and Fast Results - Fastcase's powerful sorting algorithms bring the best results to the top of the list every time – making research powerful, fast, and easy. Search results are listed in relevance order by default but can be re-sorted to adhere to the research and prioritize by importance. Sort in date order, highest court first, alphabetical order, or most cited cases at the top of the list. Fastcase's powerful sorting tools make it easier and faster to find cases, no matter the research performed.**



## Digital Mail Scanning System

NCIC is also pleased to offer our state-of-the-art Mail Scanning system which is a part of our overall InTouch Suite. NCIC was prompted to develop our industry-leading Mail Scanning system after several NCIC Facility customers came to us, looking for a solution to a dangerous problem. Incoming physical mail has traditionally been one of the primary methods used to introduce dangerous illicit drugs and other contraband into correctional facilities. By intercepting the incoming physical mail and converting it into digital format for secure delivery to inmates, NCIC's Mail Scanning application disrupts the flow of incoming contraband such as harmful drugs which are commonly soaked into paper, greeting cards, envelopes, and stamps. All scanned mail is performed on a real-time basis and is available to the inmate almost immediately.

**Educational and Entertainment Suite**

NCIC strongly believes in widespread accessibility of educational opportunities for incarcerated individuals. An impactful tablet program benefits from a free and continuous access, irrespective of inmate's ability to pay or socioeconomic status. Many tablet programs focus on a revenue generating model requiring inmates to "pay to play" by charging to access content and entertainment (such as movies, games, music, e-books, etc.) resulting in significantly lower engagement rates. NCIC has deliberately avoided this type of scenario, with our tablet offering.

Our Educational & Entertainment Suite helps students realize incarceration is their opportunity to find a path forward instead of a brief pause from outside struggles. These thoughtful courses were designed for detainees struggling with mental health issues, grief, anxieties, and addictions. The effort to offer these meaningful programs will curb recidivism by providing encouragement to detainees and their families.

The students' user IDs are integrated with our communications suite by simplifying and streamlining the login process, allowing the same logins for all features of our platforms.

Our Educational & Entertainment Suite blends over 20,000 classes and videos into key courses, such as:

- Parenting
- Anger Management
- Addiction Awareness and Control
- Management of Anxieties
- Substance Abuse
- Communications Skills
- Confidence Building
- Time Management
- Computer Skills
- Work Skills
- Religious Programming
- Language Programs
- Math Skills
- Reading Comprehension
- GED Prep
- Recharge for Reentry program to help detainees engage in meaningful communications with family, friends, and each other.







3. The ability to send and receive electronic messaging; i.e. text messages, email, or a similar form of electronic messaging.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

**The proposed system allows for inmates to send and receive electronic messages through our tablets and kiosk stations.**

4. The ability for the Sheriff's Office to send the inmates notices that they must view upon logging in. When required by the Sheriff's Office, the inmate must be able to acknowledge that they have seen the notice prior to being allowed to proceed with any other functions on the tablet.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

**The proposed multi-functional inmate tablet system is able to support a range of inmate services, including displaying special notices or other important documents. The proposed system can require the inmate review and acknowledge these notices/documents prior to their first use of the system, before proceeding (or upon every use of the system, if preferred by Saline County).**

i. It would be preferred that tablets are enabled with the ability to allow inmates to make phone calls through the inmate phone system. All calls must be processed in the same way as if they originated from a standard wall phone.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

**Inmate calls can be administered through the proposed Tablets and are always subject to the same monitoring / recording / restrictions as the traditional wall-mounted phones and searchable in the same Inmate Call Engine user interface.**

j. The vendor will make earbuds available at wholesale cost to the Sheriff's Office that can be sold on commissary. The earbuds must be approved by the Sheriff's Office.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

**NCIC will also work with the County to provide compatibly, low-tensile earbuds for use with the Tablets.**

## 4. Video Visitation

a. The proposed system must offer both local and remote video visitation capabilities.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

**The proposed VVS allows the jail to eliminate or curtail face-to-face visits, helping reduce incoming contraband and issues associated with moving inmates about the facility. The proposed VVS is a web-based solution that can be accessed from anywhere the user has a reliable internet-connected device, using a secure login (username & password).**

**The proposed VVS is completely configurable and customizable based on the needs and policies of Saline County. On the inmate side, the system has the ability to be configured such that the inmate ID number is consistent with that provided for the ITS, and any other inmate communication technologies available in the facility. On the visitor side, the system is customized such that visitors are required to register through the system using identification as required by the County.**

**The proposed Video Visitation System (VVS) equipment is rugged, correctional grade, with no exterior removable parts. All kiosks are manufactured and assembled in Longview, Texas at our Company Headquarters. Please see the proposed VVS equipment specification sheet.**

### EQUIPMENT SPECIFICATION SHEET / VIDEO VISITATION DESCRIPTION

The NCIC video visitation kiosk offers a state-of-the-art touch-screen input and is made of a rugged 16-gauge steel shell that contains small openings for cooling and ventilation – there are no exterior removable parts. The NCIC kiosk employs a heavy-duty armored swivel handset that is hearing aid compatible and has an anti-static receiver. The kiosks are designed to be wall mounted in its structure by being securely bolted.



In addition to wall mounted kiosks, NCIC also provides correctional agencies with a portable kiosk option that can be easily transported to provide video communication and a range of other inmate applications.

The interior of the proposed kiosks contains a powerful, encrypted CPU and monitor designed to be secure and ideal for a correctional environment.

**SPECIFICATIONS:**

- **Mini PC**
  CPU: Quad-core Cortex A17
  Ram: 2GB
  Storage: 32GB SSD
  Network: RJ45 10/100/1000 MBPS Auto

- **Display Monitor**
  15.6-inch Screen 1920x1080p
  10-point Multi-touch Screen
  Tempered shatterproof touch panels

- **Cameras**
  Front 5 Megapixel Auto Focus
  ELP-USBFHD06H-MF80 2mp USB Camera

- **Handsets**
  24-inch and 32-inch swivel handsets

- **Wall Mounted Video Visitation Kiosk**
  17-inches wide, 19-inches in height and 6-inches in depth
  Weight: 6.4lbs

- **Portable Kiosk**
  19-inches wide, 11 ½ inches in depth, 59-inches in height, with a 22-inch x 21-inch base plate

- **Environmental Specifications**
  Min. Operating Temperature: 32°F / 1.7°C
  Max. Operating Temperature: 90°F / 32.2°C
  Operating Relative Humidity: 8% to 90%



b.  There will be no charge to the inmate or the visitor for a local (on-site) visit. These kiosks will be located in the visitation area in the front lobby of the Sheriff's Office.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

**NCIC agrees to provide the required number of inmate and visitor kiosks for on-site visits at no charge. NCIC can provide video visitation stations in each pod or common area for inmates, as well as mobile units for segregation cells, eliminating the need to transport inmates for visitation, covering both onsite and remote video visitation. Inmate-side visitation phones are tamper-proof, as are the public-side visitation phones. A Video Visitation Kiosk installation is shown below:**



**Public-Side VVS Kiosk Installation**



c.  All visits between inmates and their contacts must be able to be viewed in real- time, and they shall be recorded. The recordings must be stored and available for playback. The Sheriff's Office must also have the ability to shut these features off in order to accommodate privileged visits that require confidentiality.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

All visit sessions are automatically recorded unless the visitor is flagged as a verified attorney visit (or as otherwise indicated by the facility). All stored visit recordings are available for the full term of the agreement and longer if so desired. Video storage is managed in the same fashion as phone recordings to ensure the integrity. All recordings shall be protected from being purged and shall be stored online. Certain recordings can be separated and stored beyond the usual storage time allocation, if needed. Visit sessions can be stored in a variety of file formats. Visit sessions and Visit Detail Records are always stored in at least three (3) geographically separate locations to ensure maximum system redundancy. The length of time that recordings are stored is based on the preferences of Saline County.



d.  Sheriff's Office staff must be able to terminate any active video visitation session.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

**The proposed VVS allows for Authorized Users to terminate any in-progress video sessions easily, from within the web-based administrative portal.**

e.  The proposed system must enable friends and family members to schedule both local and remote video visits via a web-based customer portal. This calendar must be visible to Sheriff's Office staff.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

**The proposed system provides a visitation calendar with the ability for County staff to add and remove visits to and from a visitation calendar. Within the system also exists the options to either have County staff manually manage visitation requests or to have the system automatically manage visitation requests based on configuration and criteria determined by the County. Once a visitation session is complete, any County staff with the appropriate permission levels will be able to view and download standard sessions along with the ability to utilize some investigative features such as associating investigative notes with selected sessions.**





f. The duration of visits as listed on the scheduling calendar must be customizable by Sheriff's Office staff; i.e. staff shall have the ability to determine whether visits will be 20 or 30 minutes, etc….

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

Visit / session durations are customizable based on the specific requirements of Facility administration, and can be tailored to specific housing areas, inmate classifications, or down to the specific inmate PIN. Unlike certain other systems in the industry, the proposed system does not force the inmate and visitor to participate in the entire block of the session (and pay for the entire block). Visit sessions can be paid for on a <u>per-minute basis.</u>



g.  The scheduling calendar will only display times that are available. Unavailable times will either be blocked out or hidden from view.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

Displayed in the scheduling system are available slots to the inmate and friends/family. The proposed VVS will only display availability times based on the allowances and preferences of Saline County – this can be customized based on specific housing area, classification of inmates, or down to the individual inmate PIN level.  Scheduling is available on the lobby kiosk or via our website. Web interface is compatible with all browsers in all devices, including Google Chrome, Internet Explorer, Apple Safari, and Firefox.

h.  The proposed system must allow the Sheriff's Office staff to manage an inmate's list of contacts and approve or deny communication access.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

Authorized Users can manage an inmate's list of contacts, send emails, and /or perform video visits. The system can be pre-configured to notify County staff of any new contact requests that require approval, upon logging into the system.

i.  If the vendor offers any other services as part of their video visitation package, those services should be listed on their proposal. The Sheriff's Office will take this into consideration when selecting a vendor.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

The proposed VVS / Kiosk application includes an industry-leading Grievance request module which allows for an appeal / escalation feature, as well as date/time stamping of all communications so that timeliness of responses can be tracked, for compliance purposes. The implementation of an electronic grievance system, including all expected escalation capabilities, and replacing paper-based processes, reduces Facility liability related to inmate complaints about grievances not being responded to / addressed in a timely manner.



5. **Electronic Messaging/E-Mail/Texting**

   a. The proposed system must allow for inmates to trade secure messages via some form of electronic messaging/e-mails/texting or similar technology.

   **NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

   NCIC provides a secure, integrated Inmate Messaging application which can be provided through the Inmate Kiosks or a secure handheld device. Inmates will have the ability to send text messages and emojis. In addition, inmates will be able to receive photo attachments after being approved by Facility staff. All message history is stored in the system and can be audited by authorized users. Users will have the ability to filter through messages by specific inmate, visitor, custom date ranges, text/photo only findings, and keyword searching.

   b. All messages sent by inmates and their contacts must be stored and recorded. Sheriff's Office staff must have the ability to read current and past conversations between inmates and their contact(s).

   **NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

   All message history is stored in the system and can be audited by authorized users. Users will have the ability to filter through messages by specific inmate, visitor, custom date ranges, text/photo only findings, and keyword searching.

   c. Sheriff's Office staff shall have the ability to block any contact from sending or receiving messages.

   **NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

   The proposed system is capable of restricting inmates from sending or receiving text messages through the system. These restrictions can be put in place as a temporary or permanent hold. Related features are also available, such as the ability to place other types of restrictions, such as character limitations or restrictions on attachments, based on specific inmate or visitor profile.

   Inmate messages are subject to a range of security features, including:

   ✓ Ability to automatically detect certain keywords within messages that would have previously been marked as "Banned Expressions". The proposed system offers a standard dictionary of common keywords and offers the ability to supplement that standard dictionary with local slang and colloquialisms.

   ✓ Ability to quarantine messages based on whether keywords are detected or contain attachments, etc. Quarantining the messages would delay delivery until facility review. Quarantining can be done based on inmate or outside party, particular kiosk being used, etc.

   ✓ Ability to limit the number of characters / lengths of the messages. This can be done based on specific inmate, visitor, particular kiosk being used, etc.

   ✓ Ability to run warrant checks based on outside parties signing up for the messaging.

   ✓ Ability to send an email or text alert to designated investigators when certain messaging occurrences happen.

**Shown below are screenshots depicting the proposed Inmate Messaging application.**



d.  The proposed system must allow the contact to send a picture, either as its own message or as an attachment. Please explain what, if any, security tools are used to mitigate explicit content.

**NCICRESPONSE: READ, AGREE, AND WILL COMPLY.**

**The proposed system allows inmates to receive photo attachments after being approved by Facility staff. All message history is stored in the system and can be audited by authorized**

users. Users will have the ability to filter through messages by specific inmate, visitor, custom date ranges, text/photo only findings, and keyword searching. The proposed system contains a "Quarantined Messages" tab which automatically quarantines photo attachments and video messages that are sent by an inmate or pre-approved contact, if enabled by the Facility. Authorized users will have the ability to view the message and either approve, reject, add notes to, or assign the quarantined message to another user in the Facility. This ensures that all photos/video messages are properly screened and approved, prior to it being delivered to the receiving party.

Quarantined Messages Screenshot



## 6.   Digital Forms Requirements

a.   The proposed system must allow the inmates to securely submit any form/request electronically. These forms/requests will be available to the inmates at no cost.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

NCIC can offer Saline County staff and inmates with a robust communications tool using forms/grievances/request filing, provided directly through the proposed InTouch Suite. This feature is considered standard and comes at no cost to either inmates or the Facility.

b.   The proposed system must allow Sheriff's Office staff to create and/or customize the inmate request forms.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

The proposed Grievance request module (which NCIC refers to as our "Ticketing" system) allows for customized creation of Ticket Types based on the preference of each facility, as well as date/time stamping of all communications so that timeliness of responses can be tracked, for compliance purposes. These requests can be managed and responded to by Facility personnel and can also be re-assigned to appropriate Facility staff, if needed. The implementation of an electronic Ticketing system, including all expected escalation capabilities, and replacing paper-based processes, reduces Facility liability related to inmate complaints about grievances not being responded to / addressed in a timely manner.



c. The proposed system must allow Sheriff's Office staff to create notification groups of users to receive certain forms.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

**The proposed ticketing system allows for each "Ticket Type" to deliver incoming requests to the appropriate facility personnel, based on their individual roles. This streamlines the delivery of Tickets to facility staff in such a manner that they only interact with those Tickets that pertain to their duties. Should an inmate inadvertently submit a Ticket as the wrong "Ticket Type," the recipient of the Ticket can easily re-classify that ticket such that it reaches the correct recipient.**

**In addition to "Inmate Tickets," the proposed system also includes "Admin Tickets" which brings similar functionality but is designed for facility personnel to initiate the communication to inmates (rather than inmates initiating it). Admin Tickets are simply a "staff to detainee" communications tool, to help further eliminate paper-based processes and allow staff to interact with inmates without needing to visit the inmate housing areas.**

**NCIC**
INMATE COMMUNICATIONS

d. The proposed system must allow Sheriff's Office staff to download and print any submitted form.

**NCIC RESPONSE:** READ, AGREE, AND WILL COMPLY.

All grievance forms are exportable directly through the system allowing for downloading and printing.

e. The proposed system must allow Sheriff's Office staff to electronically send a response to the inmate.

**NCIC RESPONSE:** READ, AGREE, AND WILL COMPLY.

The proposed InTouch application allows Facility staff to submit electronic messages and responses to either all specific inmates or groups of inmates. Messages to specific inmates can be securely delivered using the Admin Tickets function, and messages to groups of inmates, or the entire population, can be disseminated using the Broadcast functionality.

f. The proposed system must allow Sheriff's Office staff to restrict the quantity of forms an inmate can submit.

**NCIC RESPONSE:** READ, AGREE, AND WILL COMPLY.

The number of forms/grievances an inmate can submit is customizable to meet the needs of Saline County, in order to prevent excessive or abusive use of the system.

7. **Mail Service**

a. The proposed system must be able to scan incoming inmate personal and legal mail which will then be digitally accessible to each inmate.

**NCIC RESPONSE:** READ, AGREE, AND WILL COMPLY.

Saline County will be provided with a state-of-the-art scanner that will be linked to the proposed Mail Scanning system. With this equipment in place, facility staff will be able to scan all received mail and assign it to the appropriate inmate by searching this system either by inmate name or PIN. Once scanned and assigned, the mail will immediately and securely be available for the inmate to view, from the kiosks and / or tablets, unless there are any restrictions in place for specific mail flagging.

b. The preferred method of scanning of personal inmate mail will be off site by vendor and will not involve Sheriff's Office staff. Equipment will be provided to scan legal mail on site.

**NCIC RESPONSE:** READ, AGREE, AND WILL COMPLY.

NCIC is pleased to offer our state-of-the-art Mail Scanning system which is part of our overall InTouch Suite. NCIC was prompted to develop our industry-leading Mail Scanning system after several NCIC facility customers came to us, looking for a solution to a dangerous problem. Incoming physical mail has traditionally been one of the primary methods used to introduce dangerous illicit drugs and other contraband into correctional facilities. By intercepting the incoming physical mail and converting it into digital format for secure delivery to inmates, NCIC's Mail Scanning application disrupts the flow of incoming contraband such as harmful drugs which are commonly soaked into paper, greeting cards, envelopes, and stamps. All scanned mail is performed on a real-time basis and is available to the inmate almost immediately.

InTouch Mail Scanning significantly reduces the workload faced by Facility personnel, because under the typical deployment, all physical mail intended for the Facility is re-routed to a secure off-site mail processing center (located at our company headquarters in Longview,

Texas) designed specifically for the purpose of receiving, sorting, scanning, and managing large volumes of physical mail destined for correctional facilities. Deployment of the InTouch Mail Scanning system involves instructing friends and families of inmates to send all mail to a particular P.O. Box for delivery to NCIC, rather than to the Jail facility. NCIC helps with this process by providing informational flyers and posters for display throughout the facility, as well as posting the information on the Sheriff's or Jail's website.



Upon arrival at NCIC's secure mail processing center, our highly trained personnel sort mail by Correctional Facility and carefully scan all qualifying mail for electronic delivery to the intended inmate's secure message center using the unique identifier for each inmate (e.g., SO number, Jacket number, Booking number, etc.), accessible by the NCIC Inmate Tablets and Kiosks inside each housing area within the Facility. The front of the envelope is scanned in along with the contents of the envelope (letter, postcard, etc.), so inmates can see all aspects of their mail (and for investigative benefit). Upon logging into the Inmate Tablet or Kiosk with their unique PIN and PIN2, inmates will be notified in their "Message Center" of any messages awaiting them, including scanned mail. Not to mention, digital delivery is more environmentally friendly than traditional mail delivery.

NCIC's InTouch Mail Scanning application benefits all involved parties - improving the communications experience for inmates and their friends and families, increasing safety within correctional facilities while decreasing the workload for Facility personnel and streamlining facility operations by reducing paper-based processes.





c.  The vendor will provide the Sheriff's Office with professional support regarding the recommended equipment specifications and initial set up, along with advanced training as to how to utilize the system.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

**NCIC will provide all professional support, advanced training, and any additional details required to utilize the system.**

d.  The Sheriff's Office staff shall have the ability to access, view, and print any mail that has been scanned in for an inmate.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

**All scanned mail will be logged and stored in the system allowing staff members to access, view, and print these files.**

**8.  Other Services**

a.  The vendor will list and describe any other services they offer. The Sheriff's Office will take these services into account when selecting a vendor.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

**In addition to the features and functionality already discussed, NCIC offers the following value-adding and powerful tools to Saline County. Should the County be interested in leveraging any of these technologies, NCIC is open to discussing providing them at a possible commission adjustment (for the more expensive options).**

**Lobby Kiosks**
NCIC provides a kiosk for placement in jail lobbies to streamline the deposit process and cut down on the need for Facility staff to process checks and minimize cash handling. Kiosks allows family members to deposit money directly into just their inmate phone accounts (or into the commissary account, allowing the inmate to spend the money on items other than phone time, if ever required by Saline County). The proposed lobby kiosks are touchscreen, fully integrated with existing Facility systems, provide complete back-end reconciliation and reporting features, and provide a receipt to each depositor. Reporting capabilities include the option to configure alerts based on depositor, funding amounts/frequencies, funding recipients, etc.



**Message Broadcasting to Inmates:**
The County will have the option to send Broadcast messages to the entire inmate population, groups of inmates or individual inmates regarding facility news or notifications, eliminating the workload of posting signage in each pod or dormitory. The system timestamps when the inmate listened to the message and how many times that inmate listened to the message. The recorded message will remain in our system for the duration of the Agreement and beyond, if necessary, allowing staff to review the recordings at any time in the future. Broadcast messages can be sent using the traditional wall-mounted phones or the proposed multi-functional inmate kiosks.

**Video Arraignment**
Offered in conjunction with investigator-to-detainee video communications eliminates / decreases the need to transport inmates to court for arraignment, court visits, attorney visits and other privileged communications.



**Court-Alert:**
Many issues face our corrections industry today with compliance of inmates and defendants. A prominent issue of the probationary sector is the increasing trend of defendant's failure to appear for court when released on their own recognizance. Tehama County, CA first made us aware of this issue, reporting as many as 80% of their defendants are not showing up for court. NCIC is successfully notifying over 700 defendants thru a link with Tehama County's Court Management system.

Our Court-Alert notification system is intuitive, straight-forward, and easy to use. Once the County personnel enters the defendant's name, cell phone number, email address, court date and time an automated reminder of an up-coming court appearance is immediately sent out via text, voice message and email from our VoIP servers. This messaging service will extend for the life of the court case, in some instances is over a year.

The defendant's failure to appear for court dates creates back logs for the courts and jails. Our goal with Court-Alert notification service is to assist the County by saving time and money, thereby reducing the number of bench warrants and other court costs. Please see the following sample screenshots/notifications of the Court-Alert technology.









## Cell-Phone Detection Technology

NCIC has partnered with several industry technology leaders to source the most effective and reliable cellphone detection solutions available. NCIC's menu of cellphone & contraband detection options include handheld devices, portable towers, managed access systems (MAS), and data analytics solutions designed to pinpoint the presence of contraband cellphones. NCIC will provide Saline County with whichever solution best fits the requirements of the County. Should the County be interested, NCIC is also capable in providing the County with tower units. These units can either be stationary or portable and detects cell phones even when powered off. The unit provides versatility, adding new search capabilities and deployment options. Some examples, include:

- **Traditional Ingress/egress screening areas with traditional walk through metal detectors can be enhanced by utilizing the tower as a secondary screening layer.**
- **Laundry, goods, mail, packages, and other objects are screened with these units in the mailroom, sally port, or offices since they are portable and can be taken to where it is needed (e.g., laundry area / mailroom).**
- **These units can be deployed in the housing unit and other areas such as medical or visitation. Inmates entering, moving or leaving an area can be screened anywhere at any time using the unit.**
- **Inmate property can be easily screened by having it move by the unit. The material being screened can be carried by the inmate, thrown by (e.g., laundry bag) or even slid underneath in the case of a mattress or property bin. (See Figure below)**



b.  Examples of optional services include but are not limited to a Television Broadcasting System, Content Broadcasting System, Educational Software, Life Skills Programs, or other Streaming Services such as movies, music, games, books, etc…

**NCICRESPONSE: READ, AGREE, AND WILL COMPLY.**

**NCIC is capable of providing an HD TV that can be configured to broadcast any information deemed necessary by the County such as approved entertainment content, Jail Rules, Visitation information, necessary facility announcements, etc. In addition, the proposed HD TVs can also provide a video monitoring station which can be installed in a central control/visitation monitoring area. The HD TV is hooked up to a computer as an additional computer monitor where staff can leave the Live Monitoring section of the system open indefinitely allowing staff to monitor the video visits at all times.**

**NCIC strongly believes in widespread accessibility of educational opportunities for those who are incarcerated. Because of this, we believe a truly impactful tablet program requires free and continuous access, irrespective of inmate's ability to pay or socioeconomic status. There are many tablet programs that focus on a revenue generating model, requiring inmates to "pay to play." These programs that charge inmates to access content and entertainment (such as movies, games, music, e-books, etc.) often see significantly lower engagement rates. NCIC has deliberately avoided this type of scenario, with our tablet offering. NCIC's proposed tablet solution includes thousands of entertainment and educational offerings, which can be tailored to the specific needs of Saline County.**

c.  If there is a fee for the service, it must be clearly identified. It must also be made clear who will be responsible for this fee; whether it is the inmate, their contact, or the Sheriff's Office.

**NCICRESPONSE: READ, AGREE, AND WILL COMPLY.**

**NCIC is uniquely positioned to offer any or all of the above-listed technologies at no cost (or commission deduction) to Saline County.**

**9.  System Maintenance**

a.  The vendor shall be responsible for maintaining the system and ensuring its functionality. The vendor will describe its policies and procedures regarding service outages, damages, and system maintenance. Estimated response times and hours of technical assistance should be included.

**NCICRESPONSE: READ, AGREE, AND WILL COMPLY.**

**The proposed system and all on-site equipment are remotely monitored 24x7x365 using our**

self-diagnosing and reporting Orion Network Performance Monitoring (NPM) system from SolarWinds. The routers contain self-diagnostics software capable of automatically rebooting the units if required. The Orion NPM software provides automated alerts to the Network Operations Center whenever connectivity is lost. Adtran units can be rebooted manually and logged into remotely, configured and updated as required. Whenever the SolarWinds Orion NPM detects an anomaly an alert and a trouble ticket are created in our Network Operations Center (NOC) in Longview.

The NOC operates 24x7x365 and is available to support all level of support requests. In addition, the NOC provides systematic monitoring such as on the VoIP gateway devices to proactively detect bandwidth interruptions or outages. For interruptions of more than 5 minutes during phone availability times, a call will be prompted to our bandwidth provider for resolution of the fault. This approach minimizes support issues from being noticed and reported by our clients in the first place.

The NOC systematically, remotely monitors the system to proactively identify potential disruptions and to minimize any noticeable support issues from occurring. In addition, the NOC can provide remote service and maintenance to address service requests. Over ninety percent of service requests are resolved remotely.

**FEATURES**
- Quickly detects, diagnoses, and resolves network performance issues
- View performance, traffic and configuration details of devises and applications that are on premises, in the cloud, or across hybrid environments
- Respond to multiple condition checks, correlated events, network topology and device dependencies
- Automatically discover and map devices, performance metrics, link utilization and wireless coverage
- Automated capacity forecasting, alerting, and reporting
- Real-time network performance metrics with interactive charts and graphs
- Monitors, alerts, and reports on key device metrics (ex. Temperature, fan speed, power supply)

Please refer to the following screenshot of our Orion Network Performance Monitoring capabilities.



## ORION NETWORK PERFORMANCE MONITORING
## SAMPLE SCREENSHOTS




All service issues are reported to NCIC via call or e-mail (support@ncic.com). An assessment will be made to determine if the issue is hardware or software related. If it is hardware related, NCIC will dispatch a technician immediately. If it is a software issue, a service ticket will be created and sent to support where it is assigned a ticket number and tracked until the issue is resolved in a timely manner. NCIC personnel are fully engaged and work with our customer to give them updates until the service ticket is resolved. This occurs on a 24x7x365 basis.

Authorized personnel can submit repair requests directly through the proposed system's trouble ticket system, or just as easily by phone or email, if preferred. The Authorized User submitting the trouble ticket is immediately sent an email confirmation. Any updates or changes to the ticket status are emailed to the authorized administrator. These tickets are reviewed hourly by our staff for status. Once a request is received, the assigned technician is notified and responds by first contacting the customer to acknowledge receipt of the request, gather additional information required and begin the process to resolve the issue.

During the Service Request, the Technician provides ticket updates to ensure timely communication is shared with the County. Upon resolution, the Technician conducts on-site testing, notifies the on-site customer contact, and provides ticket documentation for trouble resolution and closure. See the Priority Levels Response Response/Repair Times that follows, which NCIC will be glad to include in our Agreement.

Additionally, NCIC proposes a regular Preventative Maintenance ("PM") visit (based on approval/schedule of the Facility) which is geared towards ensuring that all inmate phones and related equipment are functional and operating at full capacity. Every inmate telephone station will be checked during the scheduled PM. After each Facility visit, the service technician will submit (both to Facility staff and NCIC headquarters) a detailed Repair Log, showing all work completed, any pending work to be completed, etc. Please reference the Sample PM Repair Form below.

### Sample Preventative Maintenance Phone Repair Form

| XYZ JAIL EQUIPMENT REPAIR FORM | | | | | | | |
|---|---|---|---|---|---|---|---|
| Date Reported | Device Type | Device Location / Name | Problem Reported | Work Performed | Date Fixed | Reported By | Ticket # |
| Wednesday, May 1, 2019 | Phone | Unit B - Phone 17 | Static on phone calls | Replaced handset and tested the phone | Thursday, May 2, 2019 | Jailer Carl Mendez | 658794 |
| Wednesday, May 1, 2019 | Phone | Unit D - Phone 25 | Cannot process calls | Replaced entire phone unit and tested the phone | Thursday, May 2, 2019 | Jailer Carl Mendez | 658794 |
| Wednesday, May 1, 2019 | Kiosk | Lobby Area | Reciever isn't accepting cash | Replaced reciever | Thursday, May 2, 2019 | Jailer Carl Mendez | 658794 |
| Wednesday, May 1, 2019 | Video Unit | Visitation Area - Unit A | Faulty Camera | Replaced camera and tested a session | Thursday, May 2, 2019 | Jailer Carl Mendez | 658794 |
| Wednesday, May 1, 2019 | Video Unit | Visitation Area - Unit F | Loose Handset | Tightened and secured internal screws | Thursday, May 2, 2019 | Jailer Carl Mendez | 658794 |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

The primary technician is accountable for becoming quickly familiar with the facility's infrastructure, layout, daily contacts, and general protocol for entry and work in the facility (e.g., procedures for bringing in tools, getting gate passes, coordinating escort coverage). Our approach enables our field force to be nimble in moving through our customers' clearance protocols so that problems are addressed promptly. Technicians work with designated facility personnel to keep the systems running at maximum efficiency, meet the telephone needs of the inmate population and eliminate operational problems and/or security hazards as quickly as possible after they are identified. In summary, technicians are available 24x7x365 and work in a close team environment so they back-up each other on after-hour coverage. NCIC responds promptly to all service outages and maintenance requirements.

| Service Priority Levels | | | |
|---|---|---|---|
| Service Level | Description | Response Time | Resolution Time |
| High | Report of 50% or greater of equipment is not operational. Any occasion when NCIC's admin portal cannot be accessed by the County. | 1 hour | 4 hours |
| Medium | Report of 25% or greater of equipment is not operational. Any occasion when recording or live monitoring utilities are non-operational or malfunctioning. | 2 hours | 10 hours |
| Low | <25% of equipment is not operational. Static or other noise heard while conducting a telephone call. Administrative function not working in NCIC's admin portal. | 4 hours | 24 hours |

**NCIC** INMATE COMMUNICATIONS

b. The vendor is responsible to offer any updates in software, equipment, and programming.

**NCIC RESPONSE:** READ, AGREE, AND WILL COMPLY.

NCIC provides the County with all upgrades to the proposed systems free of charge for the life of the contract and any contract renewals/extensions. This ensures the County has the latest and most advanced system available. NCIC releases new updates periodically, with updates, improvements and enhances occurring on a quarterly basis at a minimum. These updates contain new features, improvements, system enhancements and hardware updates.

10. **Customer Service**
   a. The vendor shall provide customer service via a toll-free phone number to cover end- user inquiries regarding technical problems as well as account or billing issues. At a minimum, customer service shall be available to end users between 8:00 am and 5:00 pm from Monday through Friday, excluding holidays. An on-line customer service option in addition to the toll-free number is also preferred.

   **NCIC RESPONSE:** READ, AGREE, AND WILL COMPLY.

   NCIC's Customer Support is completely maintained "in-house," with no aspect of service or support being "farmed out" to subcontractors or moved offshore. Facility staff have a variety of ways to quickly contact NCIC support staff. The toll-free phone number (888-686-3699) will provide immediate, direct access to a LIVE account representative, so any concerns can be quickly addressed. NCIC provides our toll-free customer service phone number as the caller ID on all inmate calls. This makes it easier for the called party to contact NCIC's Customer Support to set up / manage their account or ask questions about the service. Additionally, Facility staff can send an email directly to our support crew via the following email address: support@ncic.com. All inquries received will receive immediate notification of receipt, and resolution will follow shortly thereafter.

11. **Ownership**
   a. All recordings, documentation, reports, data, forms, etc… are the property of the Saline County Sheriff's Office. They shall be provided to the Sheriff's Office by the vendor on a secure storage medium in a usable, searchable electronic format at no cost to the county at the termination of the contract.

   **NCIC RESPONSE:** READ, AGREE, AND WILL COMPLY.

   Call recordings are securely encrypted with the appropriate, unique checksum value, date and time stamped, and stored along with the call data associated with that specific call. Each and every time a call recording is listened to, downloaded, copied, or emailed, this information and a timestamp of the event is appended to the call record – but the original recording is never compromised.

   The proposed system utilizes the innovative Briefcase feature for the collection, organization and sharing of call recordings. The powerful Call History tab provides the search, reporting and sorting requirements to easily find CDRs based on selected criteria.  Authorized Users can easily add recordings to the Briefcase and manage downloads for saving in .zip files, ISO files, .wav formats and .mp3 formats for listening on all internet-connected devices such as PC's, laptops, tablets, and smartphones. The Authorized User can also burn files to a CD, DVD or ZIP folder. Windows XP or newer has the built-in ability to burn disks.

The Briefcase function allows for an unlimited number of designated recording folders that can be shared with other investigators or users. Investigators can easily and quickly access calls to view, listen, share, download, etc. The Briefcase tab allows an investigator to choose other users within their agency or outside agencies by clicking on "Share" to view the user list, select user, click "Add," and click "Share" again. Authorized Users are appropriately notified that calls have been shared. Please see the screenshots below depicting investigate Briefcase functionality.





**NCIC**
INMATE COMMUNICATIONS

b.  The aforementioned data will be easily available to the Sheriff's Office at no cost for a period of five years after the termination of the contract.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

All recordings, including all attempted and completed sessions, shall be protected from being purged and shall be stored online for the life of the contract and available up to five (5) years following the expiration or termination of the contract. All recordings can be downloaded to an external hard drive for access. NCIC ensures recordings will remain accessible to the agency beyond any expiration of the Agreement. Recordings and data are never "purged" or otherwise misplaced.

**12.  Money and Accounts**

a.  The vendor shall explain how inmates and their contacts will pay for any of the aforementioned services. All fees must be clearly outlined so all costs to the inmate and their contacts will be transparent. Fees must be reasonably related to the cost of providing the service and take into account the ability of the inmate population to reasonably afford them. As such, fees should primarily be linked to optional services and not to core functions. Any increase in fees to inmates or their contacts during the term of the contract will be subject to review by the Sheriff's Office.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

The proposed system is capable of providing all operational features and system requirements applicable to all sessions placed through the systems, including local, long distance, interstate, and international. The platform is capable of processing collect, and pre-paid.



**Call Billing Options
INMATES**

The pre-paid/inmate debit application is offered as a part of the proposed system. NCIC provides end-users with a variety of options by which to make pre-payments for their communication needs. NCIC offers a user-friendly website that allows friends and family members to deposit funds onto an inmate's account or establish a Secure Collect account which allows the inmates to only call certain numbers designated by the friend / family member.

b.  The vendor will pay the Saline County Sheriff's Office their commission, if any, monthly. The vendor will also provide the Sheriff's Office with a monthly financial report. This report shall include total revenue by category of purchases as well as the county's share of the revenue. The Sheriff's Office reserves the right to audit and verify the vendor's records. The County also reserves the right to waive its share of revenue in return for reduced costs to inmates or their contacts and/or as credit towards additional equipment or services for inmate programs.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

The proposed system maintains a record of all system revenues, information that is passed on to the County in the form of monthly commission reports. Call and revenue reporting are available on a secure web-based report site allowing the County to view revenues on a real-time basis. NCIC does not charge for customized reports. A Commission Summary similar to the one shown on the following page will accompany each monthly commission check to provide details regarding the month's calling activity.



## Revenue & Commission Summary Report



**XYZ COUNTY, FLORIDA**
**NCIC COMMISSION SUMMARY - 03/01/2020 - 03/31/2020**
Account: 12345
Report Date: 04/17/20 02:56:17pm

| ANI | Location | Calls | Duration | Total Charges | Net Charges | Gross Commission | Net Payment |
|---|---|---|---|---|---|---|---|
| 8509370001 | Phone 1 | 1,593 | 8,009 | $1,561.40 | $1,561.40 | $858.77 | $858.77 |
| 8509370002 | Phone 2 | 1,272 | 6,278 | $1,155.60 | $1,155.60 | $635.58 | $635.58 |
| 8509370003 | Phone 3 | 1,435 | 7,175 | $1,339.40 | $1,339.40 | $736.67 | $736.67 |
| 8509370004 | Phone 4 | 1,054 | 5,265 | $978.80 | $978.80 | $538.34 | $538.34 |
| 8509370005 | Phone 5 | 1,188 | 5,991 | $1,120.80 | $1,120.80 | $616.44 | $616.44 |
| 8509370006 | Phone 6 | 1,540 | 7,044 | $1,287.00 | $1,287.00 | $707.85 | $707.85 |
| 8509370007 | Phone 7 | 1,143 | 5,204 | $946.00 | $946.00 | $520.30 | $520.30 |
| 8509370008 | Phone 8 | 1,561 | 8,582 | $1,627.60 | $1,627.60 | $895.18 | $895.18 |
| 8509370009 | Phone 9 | 4 | 30 | $6.00 | $6.00 | $3.30 | $3.30 |
| 8509370013 | Phone 13 | 246 | 981 | $183.60 | $183.60 | $100.98 | $100.98 |
| 8509370014 | Phone 14 | 418 | 2,260 | $426.20 | $426.20 | $234.41 | $234.41 |
| 8509370015 | Phone 15 | 47 | 260 | $43.60 | $43.60 | $23.98 | $23.98 |
| 8509370018 | Phone 18 | 605 | 2,304 | $414.20 | $414.20 | $227.81 | $227.81 |
| 8509370019 | Phone 19 | 884 | 4,362 | $818.60 | $818.60 | $450.23 | $450.23 |
| 8509370020 | Phone 20 | 343 | 1,551 | $274.20 | $274.20 | $150.81 | $150.81 |
| **TOTALS:** | | **13,333** | **65,296** | **$12,183.00** | **$12,183.00** | **$6,700.65** | **$6,700.65** |

**INMATE TELEPHONES - SUMMARY:**

| Call Type | Bill Type | Calls | Duration | Total Charges | Gross Commission | Net Payment |
|---|---|---|---|---|---|---|
| Interstate | Prepaid Collect | 843 | 5594 | $1,118.80 | $615.34 | $615.34 |
| Interstate | Free Calls | 942 | 1,081 | $0.00 | $0.00 | $0.00 |
| Interstate | Inmate Debit | 840 | 5,314 | $1,062.80 | $584.54 | $584.54 |
| Interstate | Prepaid Voicemail | 6 | 6 | $9.00 | $4.95 | $4.95 |
| | **SubTotals:** | **2,631** | **11,995** | **$2,190.60** | **$1,204.83** | **$1,204.83** |
| IntraLATA | Prepaid Collect | 252 | 1375 | $275.00 | $151.25 | $151.25 |
| IntraLATA | Free Calls | 182 | 249 | $0.00 | $0.00 | $0.00 |
| IntraLATA | Inmate Debit | 246 | 1,437 | $287.40 | $158.07 | $158.07 |
| IntraLATA | Prepaid Voicemail | 38 | 38 | $57.00 | $31.35 | $31.35 |
| | **SubTotals:** | **718** | **3,099** | **$619.40** | **$340.67** | **$340.67** |
| IntraState | Prepaid Collect | 125 | 623 | $124.60 | $68.53 | $68.53 |
| IntraState | Free Calls | 118 | 170 | $0.00 | $0.00 | $0.00 |
| IntraState | Inmate Debit | 110 | 630 | $126.00 | $69.30 | $69.30 |
| | **SubTotals:** | **353** | **1,423** | **$250.60** | **$137.83** | **$137.83** |
| Local | Prepaid Collect | 2391 | 17902 | $3,580.40 | $1,969.22 | $1,969.22 |
| Local | Free Calls | 2,747 | 3,136 | $0.00 | $0.00 | $0.00 |
| Local | Inmate Debit | 4,493 | 27,710 | $5,542.00 | $3,048.10 | $3,048.10 |
| | **SubTotals:** | **9,631** | **48,748** | **$9,122.40** | **$5,017.32** | **$5,017.32** |
| **TOTALS:** | | **13,333** | **65,265** | **$12,183.00** | **$6,700.65** | **$6,700.65** |

**VIDEO VISITATION - SUMMARY:**

| Visitation Type | Sessions | Minutes | Revenue | Commission % | Gross Commission | Net Payment |
|---|---|---|---|---|---|---|
| **On-Site Video Visitation** | 1,422 | 27,958 | $0.00 | 0% | $0.00 | $0.00 |
| **Remote Video Visitation** | 2,987 | 19,874 | $7,552.12 | 20% | $1,510.42 | $1,510.42 |

**INMATE TABLETS - SUMMARY:**

| Usage Type | Units | Minutes | Revenue | Commission % | Gross Commission | Net Payment |
|---|---|---|---|---|---|---|
| **Free Applications** | N/A | 48,000 | $0.00 | 0% | $0.00 | $0.00 |
| **Inmate Messaging** | 3,697 | N/A | $924.25 | 25% | $231.06 | $231.06 |



## 4.  IMPLEMENTATION

**1.  Risk of Loss**

The risk of loss and/or damage of the vendor's equipment will be fully assumed by the vendor during shipment, unloading, and installation.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

At no time will NCIC hold Saline County responsible for any loss or damage of equipment during shipment, unloading or installation.

**2.  Delivery, Unloading, and Installation**

The vendor must provide transportation to and unloading of all equipment at the Saline County Jail. Saline County will not be responsible for any charges related to packaging, delivery, or storage of equipment or materials required for proper implementation of the required services. All packing crates, boxes, paper, packing materials, and all other such extraneous material shall be removed from the premises by the vendor at the vendor's expense.

The vendor shall be completely responsible for all equipment and services, including those of any sub-contractors they choose to use. Installation of the system shall be at the awarded vendor's expense, as will removal of same upon cancellation or completion of the contract.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

NCIC will ensure the installation process is professional and concise, with zero system downtime.

**3.  Implementation Plan**

Vendors must submit with their proposal a detailed implementation plan that indicates the time and activities required for installation, utility coordination, training, and testing for both the new facility under construction and the current facility. The system must be installed in a manner and under a time-frame designed to minimize disruption of the normal functions and security of the Saline County Jail.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

NCIC is proposing an all-encompassing Inmate Telephone, Video Visitation and Tablet System including all related software, hardware and network components, customer and facility support, and ongoing maintenance. The proposed system is highly configurable and customizable based on the specific requirements of the County. NCIC is fully responsible for all costs associated with the complete installation and ongoing maintenance of the proposed system. NCIC's proposed platform is a fully turnkey telephone system and service solution which includes all technologies, network installation requirements, wiring, software, and all necessary equipment, service, and maintenance. All items listed above shall be provided to Saline County at no cost. NCIC will assume all costs associated with the proposed system, including initial installation and on-going service and support.

NCIC's standard process for cutting over our Inmate Telephone/VVS/Tablets from the previous provider, involves little to no downtime in service for the inmate populations. Our experienced Field Technicians carefully plan the cutover such that the new hardware is installed over the previous provider's network for a short period. After the hardware installation has been successfully completed, NCIC's network equipment is activated to bring the system online, through the new hardware. If needed, the actual cutover can be completed outside of normal inmate telephone/video availability (e.g., early morning or late evening), to ensure there is zero disturbance to the inmate population.

# Inmate Telephone System
## Installation Plan

| Project Phase | Time Frame | Description |
|---|---|---|
| Pre-Installation | Week 1 | During the **Pre-Installation Phase**, NCIC's Project Team will:<br><br>• Meet with Customer to confirm the overall project scope, project schedule and acceptance criteria, conduct a supplemental Site Survey;<br><br>• Order equipment including but not limited to circuits, network equipment, system software, video visitation kiosks, tablets, roll carts and related equipment;<br><br>• Confirm project team members and define roles and responsibilities;<br><br>• Identify team members requiring onsite access – complete background / security clearance forms and any other Customer requirements to obtain facility access; and<br><br>• Conduct site survey at each location identifying existing equipment locations, confirming installation requirements including number of video visitation kiosks (inmate-side and public-side), number of tablets and roll carts, infrastructure requirements, equipment room(s), cut-off switches. (Each facility location where equipment will be installed will be a task on the project plan).<br><br>• Confirm scheduling requirements for video visitation for all User Groups.<br><br>• Confirm the required functionality of the multi-functional video visitation kiosks, covering the following possible services:<br>  o On-site video visitation<br>  o Off-site ('remote') video visitation<br>  o Grievances<br>  o Medical Requests<br>  o Inmate Ticketing<br>  o Jail Handbook<br>  o Inmate Messaging<br>  o PREA Notifications<br>  o Suicide Notifications<br>  o Commissary Ordering |

| | | |
|---|---|---|
| | | ○ Links to other 3rd Party Services<br><br>• Initiate the business relationship and dialogue with critical third-parties such as the Facility's JMS and / or Commissary providers, in order to implement the critical interfaces. |
| **Phase I** | Weeks 2-3 | Installation Preparation begins during **Phase I**, which includes the following activities:<br><br>• Configure and test network;<br><br>• Account setup and configuration completed including setup and configuration of the video kiosks and tablets to test for required features and functionality;<br><br>• Inspect and test all video visitation kiosks and tablet equipment. Enable all required features in accordance with Customer requirements and contract.<br><br>• Confirm visitation rules and User Access requirements with Customer, test configuration and User Access.<br><br>• Request required data from the incumbent system (where applicable). Review, 'scrub' and migrate from current system.<br><br>• Develop and test the required interfaces with 3rd Party providers such as JMS and Commissary.<br><br>• QA testing on delivered equipment. |
| **Phase II** | Weeks 3-8 | **Phase II** is the Site Installation phase, which includes:<br><br>• Test all installed Network Circuits;<br><br>• Equipment setup and powered;<br><br>• Installation of inmate-side and public-side video visitation kiosks including installing any new cabling, QA testing;<br><br>• Installation and setup of Computer Workstations and Administrative Software in designated areas;<br><br>• Confirm that inmate information and other critical elements of the integrations are accurate and working;<br><br>• ID all kiosk ports and create equipment inventory listing. |

| | | |
|---|---|---|
| **Phase III** | Weeks 6-8 | System Cutover is **Phase III**, which includes:<br><br>• User Acceptance testing<br><br>• Comprehensive, on-site training which is scheduled in advance and ensures coverage of all required facility personnel and different shifts, if applicable. |
| **Project Closeout** | Weeks 7-8 | During the **Project Closeout** phase, the following activities will occur:<br><br>• Monitoring initial video visitation sessions for any issues, ensuring quality connectivity and accuracy of scheduling software;<br><br>• Miscellaneous support activities (e.g. ensuring NCIC video visitation information is on the County / Sheriff's web pages, providing informative posters / flyers / brochures for Friends and Families of inmates, providing NCIC Escalation List etc.);<br><br>• Post-Installation report;<br><br>• Closeout meeting with facility personnel;<br><br>• Final project documentation is completed; Project Plan is updated and closed out;<br><br>• Facility is transitioned into the 'Ongoing Management' stage. |

# Video Visitation System
## Installation Plan

| Project Phase | Time Frame | Description |
|---|---|---|
| **Pre-Installation** | Week 1 | During the **Pre-Installation Phase**, NCIC's Project Team will:<br><br>• Meet with Customer to confirm the overall project scope, project schedule and acceptance criteria, conduct a supplemental Site Survey;<br><br>• Order equipment including but not limited to circuits, network equipment, system software, video visitation kiosks and related equipment;<br><br>• Confirm project team members and define roles and responsibilities;<br><br>• Identify team members requiring onsite access – complete background / security clearance forms and any other Customer requirements to obtain facility access; and<br><br>• Conduct site survey at each location identifying existing equipment locations, confirming installation requirements including number of video visitation kiosks (inmate-side and public-side), infrastructure requirements, equipment room(s), cut-off switches. (Each facility location where equipment will be installed will be a task on the project plan).<br><br>• Confirm scheduling requirements for video visitation for all User Groups.<br><br>• Confirm the required functionality of the multi-functional video visitation kiosks, covering the following possible services:<br>  o On-site video visitation<br>  o Off-site ('remote') video visitation<br>  o Grievances<br>  o Medical Requests<br>  o Inmate Ticketing<br>  o Jail Handbook<br>  o Inmate Messaging<br>  o PREA Notifications<br>  o Suicide Notifications<br>  o Commissary Ordering<br>  o Links to other 3rd Party Services |

NCIC
INMATE COMMUNICATIONS

| | | |
|---|---|---|
| | | • Initiate the business relationship and dialogue with critical third-parties such as the Facility's JMS and / or Commissary providers, in order to implement the critical interfaces. |
| **Phase I** | Weeks 2-3 | Installation Preparation begins during **Phase I**, which includes the following activities:<br><br>• Configure and test network;<br><br>• Account setup and configuration completed including setup and configuration of the inmate phones to test for required features and functionality;<br><br>• Inspect and test all video visitation kiosks. Enable all required features in accordance with Customer requirements and contract.<br><br>• Confirm visitation rules and User Access requirements with Customer, test configuration and User Access.<br><br>• Request required data from the incumbent system (where applicable). Review, 'scrub' and migrate from current system.<br><br>• Develop and test the required interfaces with 3rd Party providers such as JMS and Commissary.<br><br>• QA testing on delivered equipment. |
| **Phase II** | Weeks 3-8 | **Phase II** is the Site Installation phase, which includes:<br><br>• Test all installed Network Circuits;<br><br>• Equipment setup and powered;<br><br>• Installation of inmate-side and public-side video visitation kiosks including installing any new cabling, QA testing;<br><br>• Installation and setup of Computer Workstations and Administrative Software in designated areas;<br><br>• Confirm that inmate information and other critical elements of the integrations are accurate and working;<br><br>• ID all kiosk ports and create equipment inventory listing. |
| **Phase III** | Weeks 6-8 | System Cutover is **Phase III**, which includes:<br><br>• User Acceptance testing<br><br>• Comprehensive, on-site training which is scheduled in advance and ensures coverage of all required facility personnel and different shifts, if applicable. |

| | | |
|---|---|---|
| **Project Closeout** | Weeks 7-8 | During the **Project Closeout** phase, the following activities will occur:<br><br>• Monitoring initial video visitation sessions for any issues, ensuring quality connectivity and accuracy of scheduling software;<br><br>• Miscellaneous support activities (e.g. ensuring NCIC video visitation information is on the County / Sheriff's web pages, providing informative posters / flyers / brochures for Friends and Families of inmates, providing NCIC Escalation List etc.);<br><br>• Post-Installation report;<br><br>• Closeout meeting with facility personnel;<br><br>• Final project documentation is completed; Project Plan is updated and closed out;<br><br>• Facility is transitioned into the 'Ongoing Management' stage. |

**NCIC**
INMATE COMMUNICATIONS

# Inmate Tablets
## Installation Plan

| Project Phase | Timeline | Description |
|---|---|---|
| **Pre-Installation** | **Week 1** | During the **Pre-Installation Phase**, NCIC's Project Team will:<br><br>• Meet with Customer to confirm the overall project scope, project schedule and acceptance criteria, conduct a supplemental Site Survey;<br>• Order equipment including but not limited to wireless access points, network equipment, system software, inmate tablets, and charging stations;<br>• Confirm project team members and define roles and responsibilities;<br>• Identify team members requiring onsite access – complete background / security clearance forms and any other Customer requirements to obtain facility access; and<br>• Conduct site survey at each location identifying existing equipment locations, confirming installation requirements including number of inmate tablets, charging stations, infrastructure requirements, equipment room(s), charging stations.  (Each facility location where equipment will be installed will be a task on the project plan).<br>• Initiate the business relationship and dialogue with critical third-parties such as the Facility's JMS and / or Commissary providers, in order to implement the critical interfaces.<br>• Conduct Pre-Installation Configuration;<br>• Confirm Requirements and Features with Customer;<br>• Conduct Initial Software Demo Training. |
| **Phase I**<br>**Repeated for each correctional facility** | **Weeks 2-3** | Installation Preparation begins during **Phase I**, which includes the following activities:<br>• Configure and test network;<br>• Account setup and configuration completed including setup and configuration of the inmate tablets to test for required features and functionality;<br>• Inspect and test all inmate tablets. Enable all required features in accordance with Customer requirements and contract.<br>• Confirm User Access requirements and User Roles with Customer, test configuration and User Access.<br>• Develop and test the required interfaces with 3rd Party providers such as JMS and Commissary.<br>• QA testing on delivered equipment.<br>• Implement System Configurations; |

| | | |
|---|---|---|
| | | • Initiate Facility Training; |
| **Phase II** **Repeated for each correctional facility** | **Week 3** | **Phase II** is the Site Installation phase, which includes: <br><br> • Test all installed Network Circuits; <br> • Equipment setup and powered; <br> • Installation of charging stations and wireless content servers including installing any new cabling, QA testing; <br> • Installation and setup of Computer Workstations and Administrative Software in designated areas; <br> • Confirm that inmate information and other critical elements of the integrations are accurate and working; <br> • ID all Inmate Tablets and create equipment inventory listing. <br> • Additional On-site Software Training**.** |
| **Project Closeout** | **Week 4** | During the **Project Closeout** phase, the following activities will occur: <br><br> • Monitoring initial Education and Entertainment Content interaction for any issues, ensuring quality connectivity and charging consistency; <br> • Miscellaneous support activities (e.g. ensuring NCIC Inmate Tablet information is on the County / Sheriff's web pages, providing informative posters / flyers / brochures for Staff and Inmates, providing NCIC Escalation List etc.); <br> • Post-Installation report; <br> • Closeout meeting with facility personnel; <br> • Final project documentation is completed; Project Plan is updated and closed out; <br> • Facility is transitioned into the 'Ongoing Management' stage. <br> • Ensure ongoing connectivity and functionality of the system; <br> • Respond to any service requests; <br> • Provide refresher training as needed. |

**4. Training**

The vendor will provide Sheriff's Office staff with on-site, hands-on training regarding the features and usage of the system to the Sheriff's Office at no cost. Training will occur prior to implementation of the system as well as before or immediately after any upgrades to the system during the life of the contract.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

NCIC provides free training to all customers and will provide free recurring training as needed and/or requested by the Facility. Facility Administrators, along with any County staff who will have access to the equipment and the website are thoroughly instructed on how to use our platform. Staff will receive hands-on training to ensure they are properly acquainted with the new system. Training can be provided over multiple days and shifts to ensure all staff have a chance to participate. All staff will be provided with a detailed syllabus, as well as a leave-behind training manual. In addition, the platform also offers online Documentation section where users can search for features to obtain instructions.

NCIC provides on-site training based on staffs' areas of expertise, including, but not limited to:

- Addition and configuration of Authorized Users;
- System administration, operation, and reporting; and
- Investigative features for investigative staff.

Initial on-site training is provided during the implementation and is included as part of the overall project plan. NCIC will work with the County to identify who is to be trained along with the type of training the staff is to receive (e.g., Administrator, Operation, Reporting, Investigative).

A hands-on demonstration and training are provided to all necessary individuals to ensure they are properly acquainted and familiar with the new system. Training will be provided over multiple days and shifts to ensure:

- All staff can attend;
- Trainings are provided for the staff's area of focus (e.g., administration, investigation);
- Smaller class sizes; and
- To accommodate the staffs' schedules.

In addition to providing the required initial training for all County personnel, NCIC will provide ongoing training on an as-needed basis, at no cost to the County. If necessary, NCIC will send representatives to the appropriate facility to conduct the training, or as an alternative, training can be conducted via phone/WebEx. On-demand, ongoing training will be available via WebEx. WebEx training can be done same day in the case of emergency, although we prefer at least 2 days advance notice. All training, both initial and ongoing, will be provided at no cost. Please see the following sample training agenda, which will be customized based on the specific requirements of Saline County:







## 5. System Acceptance

System acceptance shall be determined by a consecutive thirty (30) day period during which the system must function error free.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

NCIC's installation team will work closely with the appropriate County/Facility staff to ensure that the installation is complete, and all systems are operational to the standards as defined by the County/Facility.

**5.  PROPOSAL PROCEDURES**

5.1  ANTICIPATED PROPOSAL SCHEDULE

| | |
|---|---|
| RFP Issued | October 12, 2022 |
| Deadline for submitting questions | October 26, 2022 |
| Distribution of responses to questions | November 2, 2022 |
| **RFP DUE DATE** | **November 9, 2022, by 4:00 pm CST** |
| Method and deadline of submittal | ELECTRONIC copy in pdf. Be sure to email to both addresses provided. |
| On-site Interviews (if needed) | TBD |
| Anticipated award | December 6, 2022 |
| Anticipated Installation date for new facility | September 1, 2023 |

**NCIC RESPONSE: HAS READ, AGREE, AND WILL COMPLY WITH ALL ITEMS ABOVE.**

5.2  INQUIRIES AND ADDENDA

All inquiries concerning this project or the scope of work must be made no later than October 26, 2022, and should be directed to Lieutenant Jeremiah Hayes. Questions must be submitted in writing, e-mail jeremiah.hayes@saline.org or mail to 251 N 10th St, Salina, KS 67401. All questions will receive a written response and will be posted on Saline County's DemandStar: https://www.demandstar.com/app/agencies/kansas/saline-county/procurement-opportunities/8816986d-5ba0-48be-8b17-6f04179498bd/

Saline County is using DemandStar to distribute automatic solicitation notifications, addendums, award recommendations, etc. to all interested firms.  This is an automated notification service that will send new opportunities directly to you once your online account has been activated.  This service is part of an effort to improve communication with suppliers, streamline and reduce administrative costs.  We encourage all vendors register with DemandStar, so that your company is automatically notified of our solicitations in order to access the website where documents are available to download.  To register your company, please go to www.demandstar.com/registration.  On the registration form, enter the required information and be sure to select Saline County as your Free Agency Registration.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

5.3  SUBMISSION OF PROPOSALS

Submissions must be received by **November 9, 2022, by 4:00 pm**.  Electronic copies in .pdf must be emailed to both hannah.bett@saline.org and nancy.bassett@saline.org.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

5.4  PROPOSAL REQUIREMENTS

In order to be considered responsive, each proposal must contain the following elements:

- A cover letter which clearly identifies the vendor name and address as well as a principal contact including telephone number and email address.
- A description of the key staff who will be involved in the project, including their experience and their ability to take on this project.
- A description of the vendor's work plan and draft project schedule to meet the County's goals and the scope of work, including any commitments the County needs to be prepared to make.
- References for 3-5 projects of similar size and scope undertaken for comparable communities. Each reference should include the date of the project and contact information for someone who can speak knowledgeably about the vendor's work.
- A copy of the acknowledgement form attached as Appendix A to this Request for Proposals.

**NCIC RESPONSE: HAS READ, AGREE, AND WILL COMPLY WITH ALL ITEMS ABOVE.**

**5.5 EFFECTIVE PERIOD OF PROPOSALS**
All proposals must remain valid for 90 days after the proposal due date.

NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.

**5.6 EVALUATION AND AWARD CRITERIA**
Selection of a vendor for Saline County shall not be made on the basis of price alone, but according to evaluation of the best overall proposal determined according to the following criteria:

A) Compliance with requirements of this Request for Proposals, including evidence of understanding of the County's needs and the vendor's proposed approach.
B) Price for Services.
C) Capacity of the firm to deliver the proposed scope of services within a reasonable time frame.
D) Vendor qualifications, including the vendor's past experience and performance on similar engagements.
E) The quality of the vendor's professional personnel to be assigned to the engagement and the quality of the vendor's management support personnel to be available for technical consultation.
F) Value of services provided to assist staff and inmates

The County has delegated a team of staff to review each proposal. After this review, staff will make a recommendation for consideration for the Board of County Commissioners to approve.

NCIC RESPONSE: HAS READ, AGREE, AND WILL COMPLY WITH ALL ITEMS ABOVE.

# 6. OTHER INFORMATION
**6.1 REJECTION RIGHTS**
The Saline County Board of Commissioners reserves the right to reject any and all submittals for business reasons and reserves the right to resolicit proposals or change the closing date for any such business reason.

NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.

**6.2 ANTI-DISCRIMINATION CLAUSE**
Saline County is an equal opportunity employer and will not discriminate against any proposer because of race, color, religion, sex, sexual orientation, gender identity or national origin. Any person or group which enters into a contract with the County must agree to comply with any and all applicable federal and state laws regarding the prohibition of discrimination. All vendors, by submitting a proposal, shall accept the affirmative duty to ascertain and comply with such laws.

NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.

**6.3 COST OF PREPARATION**
No reimbursement will be made for any costs incurred prior to a formal notice to proceed under an appropriately executed contract.

NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.

**6.4 PUBLIC INFORMATION**
All information submitted by any vendor in response to this Request will be considered public information on and after the date that the County awards a contract or rejects all submittals.

NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.



**APPENDIX A**
**ACKNOWLEDGEMENT**


I, the undersigned, on behalf of ___**NCIC Inmate Communications**___ hereby acknowledge as follows:

(vendor name)

1.  We have read and understand the Request for Proposals issued by the County on October 12th, 2022. We have submitted any questions we have deemed necessary to form a complete understanding of the County's requirements.

2.  We have received and reviewed answers to questions submitted.

3.  We have reviewed answers to questions submitted and posted on the County's website.


     William L. Pope
         Printed Name


   President
      Title


    November 9, 2022
      Date



# APPENDIX B
# CERTIFICATIONS

## Certificate of Insurance

**ACORD®** | **CERTIFICATE OF LIABILITY INSURANCE** | DATE (MM/DD/YYYY) 12/28/2021

THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AFFIRMATIVELY OR NEGATIVELY AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW. THIS CERTIFICATE OF INSURANCE DOES NOT CONSTITUTE A CONTRACT BETWEEN THE ISSUING INSURER(S), AUTHORIZED REPRESENTATIVE OR PRODUCER, AND THE CERTIFICATE HOLDER.

IMPORTANT: If the certificate holder is an ADDITIONAL INSURED, the policy(ies) must have ADDITIONAL INSURED provisions or be endorsed. If SUBROGATION IS WAIVED, subject to the terms and conditions of the policy, certain policies may require an endorsement. A statement on this certificate does not confer rights to the certificate holder in lieu of such endorsement(s).

| PRODUCER | CONTACT NAME: Ann Arnn CISR, ACSR | | |
|---|---|---|---|
| GANS & SMITH INSURANCE AGENCY INC | PHONE (A/C, No, Ext): (903) 757-4601 | | FAX (A/C, No): (903) 753-0782 |
| P.O Box 2869 | E-MAIL ADDRESS: AARNN@gans-smith.com | | |
| | INSURER(S) AFFORDING COVERAGE | | NAIC # |
| Longview                          TX  75606 | INSURER A : Continental Insurance Company | | 35289C |
| **INSURED** | INSURER B : American Casualty Co of Reading PA | | 20427C |
| NETWORK COMMUNICATIONS INTERNATIONAL CORP dba NCIC | INSURER C : Continental Casualty Co (CNA) | | 20443C |
| INMATE COMMUNICATIONS; INTERNATIONAL CALLING  SERVICE | INSURER D : | | |
| 607 E WHALEY ST | INSURER E : | | |
| LONGVIEW                          TX  75601-6526 | INSURER F : | | |

**COVERAGES** | **CERTIFICATE NUMBER:** 2022-2023 | **REVISION NUMBER:**

THIS IS TO CERTIFY THAT THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED.  NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| INSR LTR | TYPE OF INSURANCE | ADDL INSD | SUBR WVD | POLICY NUMBER | POLICY EFF (MM/DD/YYYY) | POLICY EXP (MM/DD/YYYY) | LIMITS | |
|---|---|---|---|---|---|---|---|---|
| A | [X] COMMERCIAL GENERAL LIABILITY [ ] CLAIMS-MADE [X] OCCUR | | | 6016376074 | 01/01/2022 | 01/01/2023 | EACH OCCURRENCE | $ 1,000,000 |
| | | | | | | | DAMAGE TO RENTED PREMISES (Ea occurrence) | $ 300,000 |
| | | | | | | | MED EXP (Any one person) | $ 10,000 |
| | | | | | | | PERSONAL & ADV INJURY | $ 1,000,000 |
| | GEN'L AGGREGATE LIMIT APPLIES PER: [X] POLICY [ ] PRO-JECT [ ] LOC OTHER: | | | | | | GENERAL AGGREGATE | $ 2,000,000 |
| | | | | | | | PRODUCTS - COMP/OP AGG | $ 2,000,000 |
| | | | | | | | | $ |
| A | AUTOMOBILE LIABILITY [X] ANY AUTO [X] OWNED AUTOS ONLY [ ] SCHEDULED AUTOS [X] HIRED AUTOS ONLY [X] NON-OWNED AUTOS ONLY | | | 6016376057 | 01/01/2022 | 01/01/2023 | COMBINED SINGLE LIMIT (Ea accident) | $ 1,000,000 |
| | | | | | | | BODILY INJURY (Per person) | $ |
| | | | | | | | BODILY INJURY (Per accident) | $ |
| | | | | | | | PROPERTY DAMAGE (Per accident) | $ |
| | | | | | | | PIP-Basic | $ 2,500 |
| A | [X] UMBRELLA LIAB [X] OCCUR [ ] EXCESS LIAB [X] CLAIMS-MADE [ ] DED [X] RETENTION $ 10,000 | | | 6016376060 | 01/01/2022 | 01/01/2023 | EACH OCCURRENCE | $ 2,000,000 |
| | | | | | | | AGGREGATE | $ 2,000,000 |
| | | | | | | | | $ |
| B | WORKERS COMPENSATION AND EMPLOYERS' LIABILITY            Y / N ANY PROPRIETOR/PARTNER/EXECUTIVE OFFICER/MEMBER EXCLUDED?  [N] (Mandatory in NH) If yes, describe under DESCRIPTION OF OPERATIONS below | | N / A | WC 6 16376088 | 01/01/2022 | 01/01/2023 | [X] PER STATUTE [ ] OTH-ER | |
| | | | | | | | E.L. EACH ACCIDENT | $ 1,000,000 |
| | | | | | | | E.L. DISEASE - EA EMPLOYEE | $ 1,000,000 |
| | | | | | | | E.L. DISEASE - POLICY LIMIT | $ 1,000,000 |
| C | Network Security & Privacy Liability  & Professional Liability | | | 596541113 | 01/01/2022 | 01/01/2023 | CYBER LIABILITY LIMIT | 2MIL/2MIL |
| | | | | | | | PROF LIABILITY LIIIT | 3MIL/3MIL |

DESCRIPTION OF OPERATIONS / LOCATIONS / VEHICLES  (ACORD 101, Additional Remarks Schedule, may be attached if more space is required)

The general liability policy includes a blanket automatic additional insured endorsement with "Primary and noncontributory" wording provision that provides additional insured status to the certificate holder only where there is a written contract or agreement between the named insured and the certificate holder that requires such status.  The general liability & workers compensation policies includes a blanket automatic waiver of subrogation endorsement that provides this feature only when there is a written contract between the named insured and the certificate holder that requires it.  The umbrella policy is a follow form to it's underlying coverages.

The Network Security & Privacy Injury endorsement #CNA75021XX has been added to the Technology Errors and Omissions coverage, sharing in those

| CERTIFICATE HOLDER | CANCELLATION |
|---|---|
| For Information Purposes Only | SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, NOTICE WILL BE DELIVERED IN ACCORDANCE WITH THE POLICY PROVISIONS. |
| | AUTHORIZED REPRESENTATIVE |

© 1988-2015 ACORD CORPORATION.  All rights reserved.

ACORD 25 (2016/03)            The ACORD name and logo are registered marks of ACORD



## Kansas Secretary of State Good Standing Certificate



## Certificate of Convenience and Authority

THE STATE CORPORATION COMMISSION
OF THE STATE OF KANSAS

Before Commissioners:           John Wine, Chair
                                Cynthia L. Claus                    SEP 1 0 1999
                                Brian J. Moline

In the Matter of the Application of Network )
Communications International Corp. for a )
Certificate of Convenience and Authority to )          Docket No. 00-NCMC-043-COC
Transact the Business as a Reseller of )
Telecommunications Services and Provide )
Operator Assisted Service Within the State of )
Kansas. )

### ORDER AND CERTIFICATE

NOW, the above-captioned matter comes for consideration and determination before the State

Corporation Commission of the State of Kansas ("Commission"). Having reviewed its files and being

fully advised of all matters of record, the Commission finds and concludes as follows:

1.      In its Order of April 30, 1984, in Docket No. 127,140-U, the Commission found that

resellers were public utilities and subject to Commission regulation. As part of that regulation, the

Commission directed resellers of interexchange telecommunications services to file applications for

Certificates of Convenience and Authority and accompanying tariffs for approval.

2.      In its Order of March 21, 1994, in Docket No. 187,168-U, the Commission adopted

revised streamlined rules and regulations governing resellers and interexchange carriers, hereinafter

referred to as interexchange carriers or IXCs, designed to reflect changes occurring in the marketplace.

3.      On July 16, 1999, Network Communications International Corp. ("NCIC") filed an

application for authority to transact the business of an interexchange carrier within the state. The

application included rate tariff pages and rules and regulations tariff pages.

4.     On August 26, 1999, the Commission Staff ("Staff") submitted a memorandum recommending the Commission grant NCIC's application for a Certificate of Convenience and Authority to operate as a reseller of interexchange telecommunications services and accept its tariff sheets. Staff determined NCIC's application complies with the criteria set forth in the Commission's Orders in Docket No. 187,168–U. NCIC is registered with the Secretary of State's office to do business in Kansas. NCIC's filed tariffs are in compliance with Commission requirements and meet all current telephone billing standards as set forth in the Commission's Order in Docket No. 120,408-U, as well as current standards for interexchange carriers. NCIC proposes to bill their customers through the local exchange company. Therefore, NCIC did not provide a sample bill with their application.

5.     The Commission finds and concludes that the public convenience will be promoted by increased options for interexchange long distance services by granting NCIC's application. The Commission therefore grants the authority requested by NCIC in this docket, including the authority to levy a late payment charge and refused check charge, without a public hearing, subject to all other rules, regulations, or statutes of, by, or governing the Commission, in particular those set out in Docket Nos. 187,168-U and 120,408-U.

7.     NCIC is required to file an annual report with the Commission and to notify the Commission of any changes in its structure or operation. NCIC shall also report its revenues, using the KUSF Carrier Remittance Worksheet, and any changes in its name or corporate structure, to the KUSF Administrator for Kansas Universal Service purposes.

8.     The Commission also finds and concludes that NCIC's non-rate tariffs are reasonable and should be accepted. Nothing in this certificate authorizes NCIC to offer services differing from those listed in its accepted tariffs.

2

IT IS, THEREFORE, BY THE COMMISSION ORDERED AND CERTIFIED THAT:

The application of Network Communications International Corp. for a Certificate of Convenience and Authority to operate as a reseller of interexchange telecommunications services is hereby granted pursuant to K.S.A. 66-131, as set out above. Network Communications International Corp.'s tariffs are accepted. Network Communications International Corp. must provide service under the terms and conditions set forth in this order and under Kansas law. Network Communications International Corp. must report its intrastate revenues to the KUSF as set out above.

Any party may file a petition for reconsideration of this order within fifteen days of the date this order is served. If service is by mail, service is complete upon mailing and three days may be added to the above time frame.

The Commission retains jurisdiction over the subject matter and the parties for the purpose of entering such further order or orders as it may deem necessary.

BY THE COMMISSION IT IS SO ORDERED AND CERTIFIED.

Wine, Chr.; Claus, Com.; Moline, Com.

Dated: SEP 0 8 1999

ORDER MAIL' D

SEP 0 9 1999

Executive Director

Jeffrey S. Wagaman
Executive Director

BL:hdo

3