**EXHIBIT 54**



# Louisville Jefferson County Metro Government Department of Corrections

## Incarcerated Persons Communication System (IPCS) RFP230028

### DUE DATE AND TIME:
September 1, 2022, at 3:00pm






| INMATE KIOSKS | REMOTE VISITATION | INMATE MESSAGING | INMATE PHONE CALLS |

**NCIC.com  |  800-943-2189**

William L. Pope
Bill.Pope@ncic.com

607 East Whaley Street
Longview, Texas 75601

P 903-757-4455
F 903-757-4899

| TABLE OF CONTENTS | PAGE |
| --- | --- |
| Letter of Transmittal | 3 |
| Section 1 – Instructions To Proposers | 5 |
| Section 2 –  General Specifications | 11 |
| Section 3 – Evaluation Criteria | 60 |
| Section 4 – General Provisions | 62 |
| Section 5 –  Hold Harmless Agreement and Indemnification Clause and Insurance Requirements | 69 |
| Section 6 –  Human Relations Commission Good Faith Effort ("GFE") Requirements | 72 |

## LETTER OF TRANSMITTAL

Louisville Jefferson County
Metro Government
Department of Corrections

**Introduction / Affirmations**
Thank you in advance for consideration of our proposal for Inmate Communications Services. NCIC has read your RFP for <u>Incarcerated Persons Communication System (IPCS) RFP#230028</u> and will comply with all provisions set forth in this RFP. NCIC is extremely well-positioned to provide reliable, secure, and cost-effective service for Louisville/Jefferson Metro Department of Corrections (LMDC). NCIC is proposing to provide the proven Inmate Call Engine ('ICE') platform. This proposal will remain open and valid for at least 180 days from the close date, if not longer. NCIC acknowledges the receipt of Addendums 1, 2, and 3.

**Turn to NCIC for reliable, secure, affordable inmate communications.**
As the only major privately held, employee-owned inmate communications provider, NCIC operates without fanfare, instead focusing on providing affordable, reliable, secure inmate communications, excellent customer service and a combination of advanced technologies found nowhere else in our industry. Every day, thousands of inmates and their families rely upon NCIC to provide affordable and reliable inmate communications. NCIC operates globally providing inmate communications in ten (10) countries with nearly 15,000 inmate telephones installed in over 750 facilities. Between our two network sites, NCIC handles more than 550,000 calls, video visitation sessions and text messages & emails per day, all carried over our own private network with only minimal need to interface with the open internet or public switching network.

NCIC is well-positioned to provide the LMDC with what is being sought – a weighted balance between the need for incarcerated individuals to securely stay connected to their outside support networks, and the need for facility personnel to securely monitor and manage the daily communications of individuals housed there. In addition to the provision of NCIC's Inmate Call Engine platform, NCIC is proposing our all-encompassing Inmate Kiosk/Tablet platform, offering Video Visitation (on-site and off-site/remote), Inmate Messaging, Inmate Tickets (grievances, requests, PREA, etc.), and links to a range of external services (commissary ordering, law library, inmate handbook, etc.). All proposed systems are entirely owned and managed by NCIC Inmate Communications.

**State of the Art Technology**
NCIC has been providing phone service in correctional facilities since 1998 originally as a whole-sale network provider facilitating our technology and services to our independent inmate telephone providers. NCIC went on to redesign our inmate telephone platform, the Inmate Calling Engine (ICE), in 2007 in order to focus exclusively on jails and prisons and to build a secure 100% VoIP network. NCIC's proposed Inmate Call Engine platform was the first inmate telephone service to use the Cloud to provide the utmost redundancy and security in call recording and call detail storage.

NCIC's InTouch Video Visitation System (VVS) and Tablet System are the industry's newest platforms, having been first rolled out in 2019 and now in over 100 jails, that provides both on and off-site video visitation, inmate messaging, unlimited customizable inmate requests (grievances, PREA, medical, dental, general requests, ICE requests, religious, maintenance, etc.), along with links to various services, such as educational content, rehabilitative programs, commissary, Immigration Information Websites, Consular websites, Veteran Services, approved videos, inmate information, and access to inmate documents / handbooks.

The proposed Inmate Telephone Systems and Video Visitation Systems are able to be deployed on a secure inmate tablet system, if preferred by the LMDC. Inmate calls administered through the proposed Tablets are always subject to the same monitoring / recording / restrictions as the traditional wall-mounted phones and searchable in the same Inmate Call Engine user interface. NCIC's integrated Inmate Messaging application which is able to be provided through the handheld Inmate Tablets, is provided and includes as one feature, the

ability to run warrant checks based on outside parties signing up for the messaging. Additionally, our proposed Tablets also offer a "Learn2Earn" Educational Suite which offers educational modules as well as a range of other important inmate programs, such as anger management, self-improvement, reentry courses, etc.

**Affordable Inmate Communications Provider**
In addition to superior customer service, our low number of complaints is attributed to our reputation as a conservative, low-cost correctional telephone provider. NCIC understands it is important to provide fair and reasonable rates and fees so inmates can easily stay connected to their family and friends. NCIC is in a unique position to offer the lowest price to LMDC, with 0 debt in operation cost and the only large inmate communications provider who has not been named in costly class action lawsuits or suits by inmates. Due to our unique position as the largest wholesale provider in our industry with no licensed technologies from third parties and direct international carrier agreements, NCIC can offer an unlimited calling program, including some international destinations at the lowest price.

In closing, as you review this proposal, it is our hope that you will become aware of NCIC's qualifications as your ideal inmate communications partner. NCIC is trusted to provide a range of inmate communications services benefitting your correctional operations. NCIC would appreciate the opportunity to extend our services to LMDC with reliable, yet affordable, inmate communications, superior customer service and technology over the coming years.

Sincerely,

*William L. Pope*

William L. Pope,
President

## SECTION 1
## INSTRUCTIONS TO PROPOSERS

**1.1     Introduction**

The Louisville/Jefferson County Metro Government ("Metro Government") is now accepting Proposals for <u>Inmate Phones</u>.

The process of accepting Proposals and choosing the successful proposer shall be by sealed Requests for Proposals ("RFP's") using the competitive negotiation process under KRS 45A.370. The Metro Government, if it chooses to award a contract based on this Proposal, shall do so on the basis of the Proposal which is most advantageous to it based upon the Evaluation Criteria set forth herein. (KRS 45A.370(5)).

The Metro Government finds that a purchase through competitive negotiation is necessary because specifications cannot be made sufficiently specific to permit an award on the basis of either the lowest bid price or the lowest evaluated bid price.

The Metro Government shall conduct written or oral discussions with all responsible proposers who submit Proposals determined in writing to be reasonably susceptible of being selected for award, except as otherwise provided by law. Where the Metro Government can clearly demonstrate and document from the existence of adequate competition or accurate prior cost experience with the particular supply, service or construction item, the Metro Government may make an award on the basis of the original submitted Proposals.

**NCIC RESPONSE: HAS READ, AGREE, AND WILL COMPLY WITH ALL ITEMS ABOVE.**

**1.2     Considerations Prior to Submitting a Proposal**
**1.2.1     Revenue Commission**

If you are a Metro Government vendor or you are doing business in Metro Louisville, you should already be registered with the Revenue Commission and have all of your required taxes paid. If you become the successful Proposer, you must be properly registered with the Revenue Commission and have all of your required taxes paid prior to the award of a contract.

You must provide your Revenue Commission Number on the Proposer Information and Proposal Signature Document, unless you do not yet have one. Contact the Louisville Metro Revenue Commission at (502) 574-4860 for information related to obtaining an account number or verifying current compliance.

**NCIC RESPONSE: HAS READ, AGREE, AND WILL COMPLY WITH ALL ITEMS ABOVE.**

**NCIC has properly registered with Louisville/Jefferson County Revenue Commission and has provided our proof of registration which can be shown below. As of yet, we have not received a Certification of Registration and are awaiting approval.**



**1.2.2   Human Relations Commission**

There are two affirmative action requirements which apply to Metro Government Contracts: a) Affirmative Action in Employment and b) Affirmative Action in the subcontracting of Minority, Female and Handicapped-owned businesses.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

1.2.2.1   Affirmative Action in Employment

    1.2.2.1.1   The Louisville Metro Human Relations Commission ("HRC") is required determine whether contractors' employment policies assure employment opportunities are available to all citizens without regard to race, color, religion, national origin, marital status, handicap, sex, sexual orientation or gender identity, or age.

    1.2.2.1.2   To make this determination, the HRC will make an inquiry of the successful Proposer pursuant to Louisville Metro Ordinances Section 37.27.

    1.2.2.1.3   If you are contacted by Purchasing Division staff notifying of award, and you have not already been "HRC Prequalified", you will need to contact the HRC at 502-574-3631 for information and assistance on procedures to follow in becoming approved and qualified.

    1.2.2.1.4   Proposer acknowledges that the resulting Agreement from this RFP is subject to Louisville/Jefferson County Metro Government Ordinances §37.25-§37.36 and failure to comply with the terms of those Ordinances will be cause for suspension, termination or cancellation of a contract executed hereunder, or rejection of Proposer's Proposal.

**NCIC RESPONSE: HAS READ, AGREE, AND WILL COMPLY WITH ALL ITEMS ABOVE.**

1.2.2.2   Affirmative Action in Subcontracting

    1.2.2.2.1   Generally, either a Proposer will use subcontractors, or it will do all the work itself.

    1.2.2.2.2   If **Not** Using Subcontractors, you must complete and sign Form GFE-1, which is included with this Proposal in the HRC's "Good Faith Efforts Requirements" document, to indicate work will be self-performed.

**Failure to include a completed Form GFE-1 with your proposal will cause the proposal to be rejected and deemed nonresponsive.**

**NCIC RESPONSE: HAS READ, AGREE, AND WILL COMPLY WITH ALL ITEMS ABOVE.**

    1.2.2.2.3   If Using Subcontractors, you must follow the instructions and complete the forms in the "Good Faith Efforts Requirements" document included with this Proposal. This includes but is not limited to making the required good faith effort, as that term is defined in the document.

**NCIC RESPONSE: HAS READ, AGREE, AND WILL COMPLY WITH ALL ITEMS ABOVE.**

**NCIC is utilizing a "Best in Class" approach to meeting and exceeding the requirements of this RFP, and as such, will be working together with our preferred technology partner, ShawnTech Communications. ShawnTech Communications will operate as subcontractor and will supply NCIC with technicians to install all communications equipment at the LMDC facilities. ShawnTech Communications is proud to be recognized as a Minority Owned Business Enterprise (MBE) and holds numerous certifications at state and local levels. ShawnTech has been providing installation and maintenance-related services to correctional facilities for 26 years. Further detail can be found on the following page:**

**ShawnTech Communications**
**Contact: Janna Trowbridge, Director of Field Operations**
**Address: 8521 Gander Creek Dr, Miamisburg, OH 45342**
**Phone: 937-307-7327**

**In addition to the Subcontracted installation services listed above, NCIC will be utilizing the services of local technicians from Access Voice and Data Solutions (AVDS), which is located approximately 20 minutes away from the LMDC facilities. AVDS will be responsible for maintaining all equipment at the facilities and providing routine maintenance for the life of the Agreement. AVDS has a history of servicing correctional facilities with communications wiring and maintenance. Additional details can be shown below:**

**Access Voice and Data Solutions**
**Contact: Erin Watson**
**Address: 1441 Lincoln Avenue, Louisville, KY 40213**
**Phone: 502-361-1881**

**It is expected that subcontractors will perform approximately 55% of all work (initial and ongoing) related to this Agreement.**

1.3     **Preferences**

**1.3.1    Minimum Wage Preference**

1.3.1.1  Per Louisville Metro Ordinance Chapter §37.56, preferences shall be given to businesses, which provide their employees a minimum wage equal to or exceeding the minimum wage set forth in §37.55 ("minimum wage business") which is currently $10.10/hour. This minimum wage rate is the rate set by Louisville Metro Council for all full-time Louisville Metro employees.

1.3.1.2  If a business provides its employees at least $10.10/hour, regardless of location or position, the offer price in the Proposal shall be reduced by 5% for the purpose of determining which offer is most advantageous to Metro Government.

1.3.1.3  If this Proposal is for services, and the business intends to use subcontractors to perform all or part of the work required under the contract, the business shall not subcontract more than 20% of the work to non-minimum wage businesses unless such services are not available from minimum wage businesses.

1.3.1.4  If a business receives the Minimum Wage Preference and is awarded a contract under this Proposal, then it must post a sign of the $10.10 minimum wage rate in a conspicuous place and manner so as to inform employees and the public of your minimum wage policy.

1.3.1.5  If you certify your business as a minimum wage business, are subsequently awarded a contract, and the Metro Government discovers you do not pay your employees at least $10.10 per hour, your business will be liable to the Metro Government for 30% of the amount of the contract awarded.

1.3.1.6  You must complete the Minimum Wage Preference Certification on the Proposer Information and Signature Page included in this Proposal.

**NCICRESPONSE: HAS READ, AGREE, AND WILL COMPLY WITH ALL ITEMS ABOVE.**

**NCIC has filled out and submitted the Minimum Wage Preference Certification on the Proposer Information and Signature Page, which can be found as a separately submitted attachment to this response.**

#### 1.3.2 Local Vendor Preference

The Metro Government gives Proposals submitted by local vendors a preference.

1.3.2.1 To qualify as a local vendor, a company must:

1.3.2.1.1 Be established in the Louisville Metropolitan Statistical Area ("MSA"), as defined by the United States Census Bureau for twelve (12) consecutive months.

1.3.2.1.2 Possess a current Louisville Revenue Commission account number.

1.3.2.1.3 Have its headquarters located in the Louisville MSA or have a branch office currently located in the Louisville MSA for at least twelve (12) consecutive months prior to the broadcast date of this Request for Proposal.

1.3.2.1.4 Determine whether the City or County within the Louisville MSA in which your business is located has the required reciprocal ordinance which recognizes business located within the Louisville MSA as local businesses for the purpose of a procurement preference. If that City or County does have such an ordinance, you must include a copy of that document in your response to this RFP.

1.3.2.1.5 Utilize local businesses to furnish at least 75% of the services under a contract awarded hereunder unless such services are not available locally.

1.3.2.2 If the Metro Government determines your business is a local business, based on the standards described here, then your business shall receive a 5% reduction of the total amount you propose or 5 points added to your evaluated Proposal total, depending on the type of proposal evaluation process the Metro Government has decided to use.

1.3.2.3 If the Metro Government concludes your business is a local business for the purpose of this Proposal, and that determination is based on false information, the Proposer shall be subject to a fine equal to 25% of the price quoted in this Proposal.

1.3.2.4 Any petition challenging the designation or award of local vendor preference shall follow the procedures set forth in LMCO §37.03.

**NCIC RESPONSE:** HAS READ, AGREE, AND WILL COMPLY WITH ALL ITEMS ABOVE.

#### 1.3.3 Kentucky Statutory Preferences

The Commonwealth of Kentucky requires the Metro Government to apply certain purchasing preferences as set forth in Kentucky Revised Statutes ("KRS") Sections 45A.470, 45A.490, 492 and 494.

1. Kentucky Correctional Industries: Products made by the Department of Corrections, Division of Prison Industries, shall receive a preference equal to twenty (20) percent of the maximum points awarded to a bidder in a solicitation. (KRS 45A.470, 200 KAR 5:410)

2. Qualified bidder status: Kentucky Industries for the Blind, Incorporated, any nonprofit corporation that furthers the purposes of KRS Chapter 163, or a qualified nonprofit agency for individuals with severe disabilities as described in KRS 45A.465(3) shall receive a preference equal to fifteen (15) percent of the maximum points awarded to a bidder in a solicitation.

   a. A bidder claiming *qualified bidder status* shall submit along with its response to a solicitation a notarized affidavit which affirms that it meets the requirements to be considered a qualified bidder. The required affidavit form can be obtained by going to Metro Louisville Metro Government's Purchase webpage: https://louisvilleky.gov/government/management-budget/purchasing.

3. Reciprocal Preference (KRS 45A.490-494)

   **a. KRS 45A.490 Definitions for KRS 45A.490 to 45A.494.**

   1. "Contract" means any agreement of a public agency, including grants and orders, for the purchase or disposal of supplies, services, construction, or any other item; and

   2. "Public agency" has the same meaning as in KRS 61.805.

   **b. KRS 45A.492 Legislative declarations.** The General Assembly declares:

   1. A public purpose of the Commonwealth is served by providing preference to Kentucky residents in contracts by public agencies; and

   2. Providing preference to Kentucky residents equalizes the competition with other states that provide preference to their residents.

   **c. KRS 45A.494 Reciprocal preference to be given by public agencies to resident bidders -- List of states --**

**Administrative regulations.**

1. Prior to a contract being awarded to the lowest responsible and responsive bidder on a contract by a public agency, a resident bidder of the Commonwealth shall be given a preference against a nonresident bidder registered in any state that gives or requires a preference to bidders from that state. The preference shall be equal to the preference given or required by the state of the nonresident bidder.
2. A resident bidder is an individual, partnership, association, corporation, or other business entity that, on the date the contract is first advertised or announced as available for bidding:
   1. Is authorized to transact business in the Commonwealth; and
   2. Has for one (1) year prior to and through the date of the advertisement, filed Kentucky corporate income taxes, made payments to the Kentucky unemployment insurance fund established in KRS 341.490, and maintained a Kentucky workers' compensation policy in effect.
3. A nonresident bidder is an individual, partnership, association, corporation, or other business entity that does not meet the requirements of subsection (2) of this section.
4. If a procurement determination results in a tie between a resident bidder and a nonresident bidder, preference shall be given to the resident bidder.
5. This section shall apply to all contracts funded or controlled in whole or in part by a public agency.
6. The Finance and Administration Cabinet shall maintain a list of states that give to or require a preference for their own resident bidders, including details of the preference given to such bidders, to be used by public agencies in determining resident bidder preferences. The cabinet shall also promulgate administrative regulations in accordance with KRS Chapter 13A establishing the procedure by which the preferences required by this section shall be given.
7. The preference for resident bidders shall not be given if the preference conflicts with federal law.
8. Any public agency soliciting or advertising for bids for contracts shall make KRS 45A.490 to 45A.494 part of the solicitation or advertisement for bids.

**NCIC RESPONSE:** HAS READ, AGREE, AND WILL COMPLY WITH ALL ITEMS ABOVE.

A notarized affidavit form for Bidders, Offerors, and Contractors Claiming *Resident Bidder Status* can be obtained by going to Metro Louisville Metro Government's Purchase webpage: https://louisvilleky.gov/government/management-budget/purchasing if a proposer wishes to include in their proposal. **Unless there are proposal from vendors from states that have a designated percentage or point procurement preference in that state, this preference will not apply**.

**NCIC RESPONSE:** READ, AGREE, AND WILL COMPLY.

## 1.4    Proposal Submittal Requirements

1.4.1   All Proposals must be signed by a duly authorized officer, agent or employee of the Bidder (See the "Request for Proposal Signature Page" document). Bidder promises that the individual signing the Proposal document for the Bidder has the authority to bind the Bidder.

1.4.2   Sealed Proposals will be accepted until **3:00p.m. on September 1, 2022.** Louisville Metro Government uses a web-based portal for accepting and evaluating proposals digitally (https://louisvilleky.bonfirehub.com/portal). Documents may be uploaded at any time during the open period. We strongly recommend that you allow sufficient time to complete uploading, submit and finalize your submission before the closing deadline.

If you have any technical questions related to your submission, please contact Bonfire at Support@GoBonfire.com.

You can also visit their help forum at https://bonfirehub.zendesk.com/hc.

1.4.3   Proposals cannot be submitted through the portal after **3:00 p.m. on September 1, 2022.**

Any inquiries about this RFP shall be addressed in writing on the Bonfire portal.

1.4.4   Changes, Clarifications, Errors, Addenda:

1.4.4.1   Should a prospective Proposer find a discrepancy in or omissions from the specifications or be unclear as to what the specifications mean, the Proposer shall notify MetroPurchasing through the Bonfire portal. The Buyer will provide written clarification to all prospective Proposers. Proposer agrees that the Metro

Government will not be responsible for any oral instructions.

1.4.4.2  Clarification of Submittal: The Metro Government may obtain clarification or additional information from a Bidder.

1.4.4.3  Changes/Alterations: Proposer may change or withdraw its Proposal at any time prior toProposal closing date and time.

1.4.4.4  The Proposer must respond as required in this Proposal; failure to make any required response or provide required information may cause rejection of the Proposal as nonresponsive.

1.4.4.5  Once this Proposal has been signed by Proposer and officially submitted to the PurchasingDepartment of the Metro Government, Proposer will not be allowed to alter or withdrawits Proposal except with the written permission of the Director of Purchasing.

1.4.4.6  Addenda: The Metro Government may issue an addendum, or addenda, changing someaspect of the Proposal. All addenda, if any, shall be considered in making the Proposal, and such addenda shall be made a part of this Proposal. Before submitting a Proposal, it is incumbent upon each Proposer to be informed as to whether any addenda have been issued, and the failure to cover in the Proposal any such addenda may result in disqualification of that Proposal.

1.4.5  The Metro Government shall not permit a Proposer to withdraw its Proposal for sixty (60) days after Proposals are opened, unless the Metro Government makes a specific exceptionin writing. Further, Proposal prices shall be firm for a minimum of six (6) months after the Proposal closing date.

1.4.6  Metro Government shall not be responsible for any cost incurred by the Proposer in the preparation of its Proposal.

1.4.7  If the award is divided among or between vendors, written notification will be given to each vendor of the specific items covered on their respective contracts.

**NCIC**RESPONSE: HAS READ, AGREE, AND WILL COMPLY WITH ALL ITEMS ABOVE.


**1.5  Buyer Information**
Name: Latrice Smith
Email: Latrice.Smith@louisvilleky.gov
Phone: 502-574-3913

**NCIC**RESPONSE: READ, AGREE, AND WILL COMPLY.

**SECTION 2**
**GENERAL SPECIFICATIONS**

Louisville/Jefferson Metro Department of Correction (LMDC) is seeking an experienced Incarcerated Persons Communication System (IPCS) vendor to provide, operate and maintain an IPCS for the adult booking and detention facility comprised of the Main Jail Complex (MJC) and Hall of Justice (HOJ) with a rated capacity of 1463 beds, and the Community Corrections Center (CCS) with a rated capacity of 465 beds. This system must utilize the latest in hardware and software innovation to provide a state-of-art communication system that will service LMDC's current needs and provide a solid, easily maintained foundation capable of expansion.

LMDC's utmost priorities are to ensure the safety and security of our justice-involved population, and to detect and prevent contraband from entering the facilities. The IPCS is a critical tool which at times is the only resource by which the department gains intel regarding inmate activity and is crucial in the coordination and interception of contraband.

Therefore, LMDC is seeking a system that also offers dynamic and interwoven technology options and investigational tools that provide a state-of-the-art communications system at no charge to incarcerated persons, with seamless investigational tracking and continuity of intelligence strategies allowing for more effective management and protection of the lives in our care.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

**NCIC Inmate Communications has fully reviewed this RFP for Inmate Phones #230028, and fully understands all stated requirements. NCIC is well-positioned to meet or exceed all of LMDC's requirements through a combination of industry-leading technologies, a history of experience in resolving issues, and a sturdy Customer Support program covering both the Facility, and the Friends and Families of incarcerated people.**

**As part of our overall proposal, NCIC has assembled a range of additional, value-adding correctional technologies which the LMDC may choose to leverage, at no cost.**

**A. General**

1. All voice and video communication processed by and through the IPCS shall be completed as free to the incarcerated persons and the called parties, and no fees shall be charged by Vendor to the incarcerated persons or the called parties.

   **NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

   **All voice and video communications will be offered to incarcerated persons and their families at no cost. Please refer to our proposed detailed listing of our overall Pricing Offer which can be found as a separate attachment to this response.**

2. LMDC will pay the Vendor a fixed annual cost amount split into equal monthly payments to compensate Vendor for the IPCS services outlined in this RFP. Vendor may offer an alternative Price Proposal utilizing a lease per incarcerated person telephone.

   a. If the Vendor chooses a fixed annual cost, LMDC reserves the right to request an adjustment in the fixed annual cost in the event of a material change in the active incarcerated persons or open facilities. Material change shall be considered a fluctuation of 10% or more in the incarcerated persons population for a period of 4 (four) consecutive months.

   **NCIC RESPONSE: HAS READ, AGREE, AND WILL COMPLY WITH ALL ITEMS ABOVE.**

   **NCIC agrees to the rate and compensation options listed above and has provided detailed listing of our overall Pricing Offer which can be found as a separate attachment to this response.**

3. Vendor shall be experienced in providing communications services to similar facilities. Vendor should provide an overview of their firm, including years and nature of experience in providing communication services for incarcerated persons in correctional institutions. The Vendor shall provide information describing its client base.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

NCIC first entered the correctional market in 1998, and since have grown to be the largest independently owned inmate communications provider in the United States. NCIC's Inmate Call Engine ("ICE") platform is installed and operational in more than 750 facilities in the United States and another 9 countries, inclusive of County Jails, Police Departments, Rehabilitation Facilities, Private Prisons, and Juvenile facilities. NCIC's comprehensive suite of inmate communications technologies covers Inmate Telephone Systems (ITS), Video Visitation System (VVS), inmate tablets, kiosks, messaging, cellphone interdiction/detection, and all related technologies. NCIC has approximately 95 employees covering all job positions and located all over the United States, and abroad. NCIC directly handles 100% of our operations, including software development, call processing, call center operations, rating & billing of calls.

While NCIC's footprint in the state of Kentucky is not vast, our services are provided to a large number of correctional institutions across the United States. NCIC's facility customers range in size from 5 beds to 2,200 beds. In Central America, we service facilities as large as 4,000 beds. A listing of customer references can be shown below and on the following page.

| Facility Name: | Madison County Sheriff's Office |
|---|---|
| Facility Address: | 815 Wheeler Ave. NW, Huntsville, AL |
| Contact/Title: | Courtney Cook / Compliance Manager |
| Telephone Number(s): | ███████████. |
| ██████████ | |
| ADP: | 1,100 ADP |
| Installation Date: | 08/07/2019 |
| Services Provided: | Inmate Telephone and Video Visitation System |

| Facility Name: | Russell County Sheriff's Office |
|---|---|
| Facility Address: | 307 Prentiss Drive, Phenix City, AL |
| Contact/Title: | Steve ██████████ |
| ██████████ | ██████████ |
| ██████████ | ██████████ |
| ADP: | 480 ADP |
| Installation Date: | 11/08/2017 |
| Services Provided: | Inmate Telephone and Video Visitation System |

| Facility Name: | Shelby County Sheriff's Office |
|---|---|
| Facility Address: | 380 McDow Road, Columbiana, AL |
| Contact/Title: | Captain Russell Bedsole |
| Telephone Number(s): | ███████ |
| Email Address: | ███████ |
| ADP: | 430 ADP |
| Installation Date: | 10/05/2015 |
| Services Provided: | Inmate Telephone and Video Visitation System |

4. IPCS shall allow outgoing calls only and require active acceptance by the called party. Vendor shall provide a script of the call acceptance information provided to the called party. Vendor shall indicate the number of times the IPCS plays the call acceptance information to the called party and whether the called party may interrupt the prompts by selecting a digit on the keypad.

NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.

The proposed system allows one-way, out-going service only, preventing any telephone from receiving incoming calls. The centralized call switching uses a VoIP network connection to the incarcerated person's phones with only an indirect connection to the public switched phone network.

The proposed system requires positive acceptance by the called party before a call is allowed to connect. The incarcerated person and the called party cannot communicate until the call is positively and actively accepted. The incarcerated person is placed on hold while the system confirms that someone has answered and accepted the call prior to connecting the two parties. Billing for the call will not commence until positive acceptance is achieved.

Below is a script of the recording played to the called party once the phone is answered, for calls from LMDC:

- "Hello, this is an NCIC operator calling from (facility name), with a call from (incarcerated person's recording).
- "To accept this call at a rate of ($) per minute, press 1."
- "To decline this call, press 2."
- "To disallow future calls, press 3."
- "To contact our customer service department at a later time, please call 1-800-943-2189. That number is 1-800-943-2189."

This recording is able to be customized as needed, based on the specific requirements of the LMDC. Called parties have the option to interrupt calling prompts at any time by selecting a digit. Prompts are played twice to the called parties (this is customizable based on the requirements of the LMDC).

5. For calls that are not completed, the IPCS shall play a recorded message to the incarcerated person detailing why the call was not completed. Vendor shall provide a list of the available recordings as well as a complete description of each.

NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.

The proposed ITS offers a wide range of standard recordings that are available prior to terminating the call. Shown on the following page are samples of the recordings along with a description of each. These are able to be further customized, based on the requirements of the LMDC.

| Description | Recording |
|---|---|
| Number is busy. | "The number is busy, please try your call again later." |
| Called Party did not answer | "The party you called did not answer, please try your call again later." |
| Experiencing technical difficulties. | "We are experiencing technical difficulties, please try your call again later." |
| Answering machine detected. | "You have reached an answering machine, please try your call again later." |
| Call was not accepted. | "The party you called did not accept the call." |

6. Calls through the IPCS shall be limited to 15 minutes. LMDC representatives must be able to change this call duration limit by individual PIN, specific telephone, or group of telephones. The users – incarcerated person and called party – shall be notified of time limit in advance of the system terminating the call and provide a one-minute warning.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

The proposed system can set call duration as a facility-wide, 15-minute default duration, and call length configurations are extremely granular and customizable based on the needs of the LMDC and can be applied based on specific incarcerated person PINs, Destination Numbers, or particular incarcerated person phone stations. The proposed system also includes "Time of Day" parameters that can be applied both to individual incarcerated persons or specific destination numbers to further manage calling allowances. Duration configuration preferences of the LMDC can also be applied to TTY/TDD calls, VRS calls, attorney calls, Speed Dial calls, etc.

Once the call duration is within 1 minute of the time limit, the automated operator provides a warning to both parties. One minute prior to call cut-off the automated operator indicates that the time limit has been reached.

7. The IPCS shall include user prompts in English and Spanish in addition to other languages that maybe requested by LMDC.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

The proposed system provides English and Spanish, at a minimum with multiple other language capabilities available upon the LMDC's request. Any additional languages required will be provided promptly, and at no cost to the LMDC. NCIC's proposed fully automated system provides the incarcerated person and the called party the option to select their desired language (English, Spanish or other languages as requested by the LMDC) to guide callers and the called party through the calling process. All dialing instructions, voice prompts, greetings and any interjected security messages are fully customizable based on the requirements of the LMDC at no cost.

8. There shall be an automated public IPCS allowing for pre-recorded information dissemination and current incarcerated person information referencing (i.e., visiting times, phone numbers, incarcerated person status, facility information, directions, sending money, mail, property).

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

NCIC's Inmate Information Line has the ability to interface with information sites, such as VINELink, providing the following data:  Offender ID, Date of Birth, Age and Custody Status and jail address. Customized data is also available, such as: booking dates, reason

for arrest(s), Bond Amount, Bond Date, Court name and File/Case Number. Our IVR can screen out simple requests for static information, such as Visitation Days / Hours, Address of the jail, mailing address for incarcerated persons, Facility websites and it can even connect callers to the commissary at no additional cost.

9. The IPCS shall allow LMDC to limit the number of calls per incarcerated person, within a specified number of hours, daily, weekly, or monthly. Vendor shall list the ways in which rules for calls can be assigned.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

The proposed system allows for LMDC staff to configure the number of calls placed by each incarcerated person. These limitations can be configured by a specific number of hours, daily, weekly, or monthly.

The proposed system offers an optional, easy to use PIN feature that can be interfaced with most JMS/Booking systems via a simple XML interface. PIN codes are normally used to restrict any and all incarcerated persons to particular calling patterns. Following is a partial list of PIN restrictions: restrict an incarcerated person's calling to certain days of the week, times of day for each of those days, specific phones or sets of phones, specific destination numbers, a limit on allowable numbers and call time limits.

10. Vendor shall provide information on any security configurations available within the IPCS to prevent fraud relative to automated phone trees (i.e., incarcerated persons pressing digits and reaching a live operator).

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

The proposed system prevents chain dialing and secondary dial-tone; incarcerated persons cannot make a second call until the first call is complete, and the handset is replaced onto the phone cradle. The centralized call switching uses a VoIP network connection to the Facility phones and not the public switched phone network.

11. Vendor shall provide current SOC 2 or fill in Louisville Metro IT Risk Questionnaire.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

Through our partnership with Equinix, we have provided the SOC2 Security Coverage Report that is provided to NCIC, which can be found submitted in place of the IT Risk Questionnaire.

12. Louisville Metro Non-Disclosure agreement must be filled in and signed.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

NCIC has filled in and signed the Non-Disclosure Agreement provided which can be found submitted as a separate attachment.

13. Vendor shall provide detailed information on the frequency that vendor performs remote diagnostics and troubleshooting processes that shall include failure reports, alarms, service history, and other steps taken.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

The proposed systems and all on-site equipment are remotely monitored 24x7x365 using our self-diagnosing and reporting system. The routers contain self-diagnostics software capable of automatically rebooting the equipment units if required. Our system provides automated alerts to our Network Operations Center (NOC) whenever connectivity is lost.

Equipment units can be rebooted manually and logged into remotely, configured and updated as required. Whenever the system detects an anomaly an alert and a trouble ticket are created in our Network Operations Center in Longview. In addition, the NOC provides systematic monitoring such as on the VoIP gateway devices to proactively detect bandwidth interruptions or outages. For interruptions of more than 5 minutes during phone availability times, a call will be prompted to our bandwidth provider for resolution of the fault. This approach minimizes support issues from being noticed and reported by our clients in the first place. Additionally, the NOC systematically, and remotely monitors the system to proactively identify potential disruptions to minimize any noticeable support issues from occurring. The NOC is capable of providing remote service and maintenance to address service requests. Over 90% of service requests are resolved remotely.

A review of monthly usage and trends of activity (e.g., zero usage stations, stations where usage has dropped significantly, stations with high demand) are conducted monthly. By monitoring traffic, we can identify potential failure on ports and/or equipment. Where feasible, we conduct remote access testing to identify potential locations of concern.

Shown below and on the following page are sample screenshots which show details, alerts graphs and information displayed in the NOC:



 

14. The IPCS shall comply with the Americans with Disabilities Act (ADA) requirements including, but not limited to, providing telephones and video relay units, which are accessible to persons in wheelchairs and providing devices, including video relay units, which are compatible with TTY devices.
    a. Vendor shall supply two teletype (TTY) phones to LMDC, also known as Telecommunication Devices for the Deaf (TDD).
    b. Vendor must indicate how the TTY devices work with the IPCS.
    c. Vendor shall provide detail on how TTY calls can be recorded and monitored via the IPCS.

    **NCICRESPONSE: HAS READ, AGREE, AND WILL COMPLY WITH ALL ITEMS ABOVE.**

    All proposed telephones are ADA-compliant and are hearing-aid compatible. If awarded, NCIC will provide the LMDC with the required TTY equipment needed (and maintain that equipment for the course of the Contract). NCIC proposes the Ultratec Superprint 4425 TDD/TTY units. It features direct connect with two built-in telephone jacks and advanced calling features like auto-busy redial, three-way calling, and TTD transfer. Call progress indicates whether the phone being called is ringing or busy. Auto-Answer takes messages for when the recipient is unavailable. Shown below is the Specification Sheet covering the proposed TTY equipment:



**Ultratec 4425**
Built-in 24-character printer
Three selectable print sizes
32 K memory
Memos you can name for easy recall and sending
Keyboard and memory dialing
Call progress (display shows whether line is ringing or busy in direct connect)
Tone-and-pulse dial (including *, # and hook flash)
Auto-answer (direct connect)
Remote message retrieval
Auto ID
Time and date
TTY voice announcer
User-programmable relay voice announcer
20-character vacuum fluorescent display
Rechargeable batteries
Optional ASCII code
Optional large visual display port (includes ASCII)

In addition to providing TTY/TDD devices as needed by the LMDC, NCIC is able to offer cutting-edge Video Relay Service (VRS) which is quickly becoming the preference for deaf/hearing-impaired incarcerated persons. VRS acts as a video visitation service for deaf/hearing-impaired incarcerated persons allowing for face-to-face interactions between these incarcerated persons and the outside party. NCIC can provide VRS at no cost to the LMDC. Following is a screenshot depicting VRS functionality:

**Screenshot – VRS Application in Use**



15. LMDC reserves the right to renegotiate this contract at any point. In such an event, LMDC and Vendor will mutually negotiate any adjustments to the Agreement and all such changes will bedocumented in an amendment.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

16. The Vendor must agree to a Most Favored Nation clause that warrants that it will immediately provide notice to LMDC if it offers any other customer more favorable pricing terms for similar products and services and extend the same offer to LMDC, which shall go into effect within 30 daysof notice.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

B. **Technology Features and User Applications**
   1. **Personal Identification Numbers (PIN)**
      a. The proposed system shall utilize Personal Identification Numbers (PIN) for the incarcerated persons. Describe the IPCS usage of PINs; min and max numbers, restricted, open, closed, etc.

      **NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

      The proposed system offers an optional, easy to use PIN feature that can be interfaced with most JMS/Booking systems via a simple XML interface. PIN codes can be turned on/off for the entire facility, a group of phones or a specific phone, based on the needs of the LMDC. For example: PIN numbers can be turned on in general population but turned off in booking and juvenile. The site administrator can easily deactivate PIN numbers via the system application. The system has the capability to provide collect, debit, pre-paid, pre-paid card, free and speed dial calling utilizing a secure PIN. The incarcerated person utilizes the same PIN number for all call types. PINs shall be numeric only, and completely customizable to fit the needs of the LMDC.

      As an added disciplinary feature, an incarcerated person's phone privileges can be either deactivated indefinitely or for a specific amount of time, based on the incarcerated person's PIN. During the time that an incarcerated person's privileges have been suspended, they can still be allowed access to attorney and counseling calls,

if that is the preference of facility administration. Once the period of restriction has passed, the incarcerated person will automatically have access to use the phone.

The PIN system is fully configurable with the following features:

| PIN Features and Applications | |
|---|---|
| Incarcerated person's call restrictions based on PIN | PIN system shows first and most recent attempted/completed call date. |
| Restrictions by time of day, day of week, allowed calling lists, allowed phones/locations, limitation of free calls, limitation of commissary calls. | PIN system allows a quick view of all allowed / blocked destination numbers. |
| PINs can be changed manually or via JMS for automatic importing. | All calls can be monitored, and call activity viewed real time via the incarcerated person's PIN. |
| PINs can be deactivated via web-interface or set for delayed activation. | All reports by PIN are generated in real-time and accessible via any internet- enabled computer. |
| PIN system allows detainees to receive voicemail messages from family members on the Personal Allowed Number (PAN) list (if approved by the LMDC). | Call Detail Records ("CDRs") store all relevant call information and calls can be sorted in a myriad of ways, such as by date, PIN, incarcerated person's name, destination number, phone, duration, and call disposition. |
| PINs can be set to have delays between calls to allow other detainees the opportunity to place calls. | Certain phones can be set to not require PINs (e.g. Booking). |
| Broadcast messages can be sent by facility staff to individual incarcerated persons, groups of incarcerated persons or the whole population. | PIN system can import up to 30 data points in inmate database, such as name, birthdate, age, gender, social security number, federal ID, origin, contract status, active/inactive, race, etc. |

The proposed system provides for an incarcerated person's records and associated details to be automatically loaded when interfaced with most JMS/Booking systems via a simple XML interface. Once the file is imported (default import frequency is 15 minutes, but can be more frequent if required), and upon the first call attempt, the system prompts the incarcerated person to enter a secure 4-digit PIN2 (commonly referred to as "Passcode,") to supplement their PIN number. This eliminates the burden of manual entry by staff. As demonstrated by the following screenshot, each incarcerated person needs to input their PIN and PIN2 in order to place calls.



**NCIC** INMATE COMMUNICATIONS

   b.  The IPCS shall prevent duplicate PINs.

   c.  LMDC must be able to restrict calls based on an incarcerated person's PIN, including call duration, time of day, and destination numbers.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

**PIN codes are normally used to restrict any and all incarcerated persons to particular calling patterns. Following is a partial list of PIN restrictions: restrict an incarcerated person's calling to certain days of the week, times of day for each of those days, specific phones or sets of phones, specific destination numbers, a limit on allowable numbers and call time limits.**

**2.  Fraud Management**

**The IPCS shall:**

   a.  Brand each call with the name of the facility and the incarcerated person placing the call at the beginning of the call only.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

**The proposed system identifies each call with the facility name, type of call, and incarcerated person's identity (typically voice recording) placing the call to the Called Party. This is performed in both collect-call and debit-based mode.**

   b.  Ensure the incarcerated person shall not communicate with the called party until the call has been accepted.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

**The incarcerated person and the called party cannot communicate until the call is positively and actively accepted. The incarcerated person is placed on hold while the system confirms that someone has answered and accepted the call prior to connecting the two parties.**

   c.  Detect the difference between an accepted call, an answering machine, busy signal, and/or other telephone activity and describe such.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

**The proposed system uses a sophisticated answer detection algorithm which can distinguish between standard and artificial telephone tones, standard SIT tones, busy signals and even answering machines/voicemail to ensure accurate call answering, prevent erroneous billing and subsequent complaints. This technology helps to ensure that only customers who actively accept a call are connected and billed.**

   d.  Have the capacity to assign approved calling numbers according to the incarcerated person PIN.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

**Each PIN can be tied to an "allowed" calling list or on the general allowed call list. The system administrator at the LMDC or NCIC's customer service can set the limit of destination numbers an incarcerated person is allowed with the default limit up to 9,999 different allowed destination numbers in order to prevent random or harassing calls to unknown numbers. This list can automatically be generated by maintaining the list of destinations the incarcerated person has called and is easily customizable based on the LMDC's request.**



e.  Allow LMDC to block specific numbers from being called by incarcerated persons and permit the called party to block all future calls from LMDC.

**RESPONSE: READ, AGREE, AND WILL COMPLY.**

The proposed system allows for an unlimited number of destination phone numbers to be blocked, without vendor intervention. The proposed system allows for blocking of telephone numbers at a very granular level, down to the individual telephone, incarcerated person, housing area, time of day, etc. There is no limit to the amount of numbers that are able to be blocked. Blocked numbers can be added remotely by any user with the appropriate login and access credentials. An incarcerated person's Allowed Numbers list works in conjunction with the blocked call list; if a phone number has been set to "block all" no incarcerated person at the Facility will be able to dial the phone number under any circumstances. Likewise, a phone number can be blocked for a specific incarcerated person but allowed for others.

f.  Attempt to detect and prevent three-way or conference calls. Provide any patent you may have which applies to this feature.

**RESPONSE: READ, AGREE, AND WILL COMPLY.**

During the call setup announcement called parties can deny the call by pressing "2" and block all future calls by pressing "3". Any such blocked calls will be displayed in the system as "Blocked" (for that particular destination phone number) reflecting all details regarding when and how the block was applied.

g.  Prevent the incarcerated person from receiving a second dial tone, or "chain-dialing."

**RESPONSE: READ, AGREE, AND WILL COMPLY.**

The proposed system prevents chain dialing and secondary dial-tone; incarcerated persons cannot make a second call until the first call is completed, and the handset is replaced onto the phone cradle. The centralized call switching uses a VoIP network connection to the incarcerated person phones and not the Public Switched Phone Network.

h.  Detect any extra digits dialed by the incarcerated person after the party has accepted the call, please describe this process.

**RESPONSE: READ, AGREE, AND WILL COMPLY.**

The proposed system has the capability to detect the dialing of additional numbers and

can be configured to play a warning and/or terminate the current call, if such is detected. In no event is the secondary call attempt allowed, without properly terminating the original call.

Our patented Three-Way Call Detection system listens for silence detection on a near-real time basis using various algorithms developed based on research on thousands of three-way call attempts. When the system determines that a three-way or call forward has been attempted, a warning message can be played to the parties on the call (based on the preferences of the Facility), and the call record is permanently marked as a three-way attempt (providing administrators an easy way to go back and listen to the call). If required by the LMDC, the system can be configured to terminate any detected three-way calls. However, we typically find that correctional agencies prefer to allow them to continue, to help gather valuable investigative data.

i. Guard against "hook-switch dialing" and other fraudulent activities and describe such.

**NCIC RESPONSE:** READ, AGREE, AND WILL COMPLY.

The proposed system prevents hook-switch dialing and secondary dial tone. The proposed phones are not connected to a traditional phone line but to the platform, which provides a synthesized dial tone and controls all interaction with the phone network, forcing incarcerated persons to hang up the existing call before they begin the next call and ignoring any keypad input which may occur in between.

j. Have capability to remotely survey incarcerated person calls and be able to transfer specific calls in progress to investigators.

**NCIC RESPONSE:** READ, AGREE, AND WILL COMPLY.

The proposed System features an Alert system ("Hot Number Alerts") whereby alerts can be sent via email, text, or phone call, allowing investigators to receive real-time notifications and also covertly listen to calls of interest. The proposed System alerts investigators to calls of interest either prior to a call being connected or while a call is in progress (this is configurable based on the needs of the LMDC) so that investigators can listen to and/or approve the call.

Screenshot - Alert Configuration



When an "alerted" call is detected, the alert is sent to the alert list via email, voice or text (depending on the alert configuration). The alert will allow the investigator to approve/deny the call and/or listen to the call in-progress. Investigators can hear the call at any internet-connected computer or via cell phone/landline. Monitoring can be performed by multiple investigators at once, without affecting the ability of the system to record calls. Covert monitoring is not detectable by either the Called Party or the incarcerated person.

Most commonly, investigators elect to simply receive email notification of calls of interest once the call has completed, with an email (including the call recording) being delivered to the investigator after the call is finished.

3. **Voice Biometrics & Other Investigative Tools** The proposed system shall:

a. Be equipped with a remote call-forwarding feature for those numbers that are under surveillance by the investigative unit. The feature will need to allow authorized personnel to monitor a call, from any designated remote location, while call is in progress. Call will need to be automatically re-routed once the call is accepted by the called party and in progress. There cannot be any distance barriers to the retrieval process so the remote telephone number can be located within the facility or across the country.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

When an "alerted" call is detected, the alert is sent to the alert list via email, voice or text (depending on the alert configuration). The alert will allow the investigator to approve/deny the call and/or listen to the call in-progress. Investigators can hear the call at any internet-connected computer or via cell phone/landline. Monitoring can be performed by multiple investigators at once, without affecting the ability of the system to record calls. Covert monitoring is not detectable by either the Called Party or the incarcerated person. Most commonly, investigators elect to simply receive email notification of calls of interest once the call has completed, with an email (including the call recording) being delivered to the investigator after the call is finished.

b. The IPCS must allow for immediate, real-time live monitoring of calls in progress. The IPCS must allow access to all features and tools from the applicable desktop client. Vendor must provide 100% support for services provided.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

Authorized Users can securely perform all functions of the system, including live monitoring. The proposed system shows all live/current calls under the Live Monitoring tab and allows the Authorized User to easily single-click on each call to hear the active call. Multiple users can monitor simultaneously, without affecting the performance of the system, and without the parties on the call being aware of the monitoring.

**Screenshot – Live Monitoring**



**4. IPCS Security**

a. The IPCS must be programmed for auto shut-off at times designated by LMDC.

**XXNCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

The proposed system features include automated on/off controls, based on pre-configured schedules and the needs of the LMDC. The platform allows authorized users to shut down individual telephones, blocks of telephones or the entire telephone system, and shutdown can be completed either immediately, or done once any current calls are completed.

b. The LMDC personnel must be able to manually shut down all, or any part of, the IPCS.

**XXNCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

The proposed system can be manually switched on/off via the secure web page using any internet-enabled device with internet access or by manual switches located in any area designated (Demarcation location, central control center, selected housing units, selected telephone) by the authorized personnel. Only authorized Facility personnel with proper login credentials (username and password) will be allowed access to this particular area of the system.





**XNCIC** INMATE COMMUNICATIONS

c. The IPCS shall be password protected to permit only appropriate facility personnel access.

**XNCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**



Facility administrators can be provided with superior permission levels which allow them to manage the login/permissions provided to other authorized users. Permission levels can be granted based on the daily job duties and tasks each user needs to perform. Authorized personnel will have the same secure Username and Password allowing them to access the system based on their security level remotely, via the Internet. Users can securely perform all functions of the system, including live monitoring, listening to recorded calls, blocking/unblocking numbers, terminating calls, PIN administration, call history searching, or any other function needed in real-time. All page views and modifications to the database are logged in detail, to provide an audit trail in our user Activity Log report. With these checks in place, any views or changes are logged with the user's login information, timestamp and their location allowing the change to be tracked back to the user and undone if necessary. All information is stored in geographically separate backup locations to ensure 100% reliability.

5. **IPCS Reports**

   a. Vendor shall supply the capability for the facility to view and track call activity and facility service requests from any location at any time via a web accessible site.

   **XNCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

   The proposed ICE system, fully accessible from any internet enabled device, allows authorized users with proper access privileges to view and track call activity as well as transcription of all calls. The ICE system offers a comprehensive package of web-based reporting; therefore, no special reporting tools are needed. Facility service request reports are also available and when a service request is submitted, a confirmation email is immediately sent to the requestor with additional emails provided as updates occur, through until issue resolution.

   b. Vendor shall supply call detail reports to LMDC, which contain call information and be customizable to suit LMDC needs. Standard reports should also include, but not be limited to: Frequently Dialed Numbers, 3-Way Call Attempts, and Call Volume by Telephone. Vendor shall attach samples of their call detail and other standard reports.

   **XNCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

   A comprehensive package of web-based reports is offered with no special reporting tools needed to view or download detailed live and historical call detail and revenue

information. If the LMDC desires custom reports, NCIC will create custom reporting and can automate reports to email desired recipients as needed. Reports are available for recorded calls, with a variety of search options, incarcerated person detail and statistics, destination number statistics, destination number associations, daily/monthly revenue reports and user activity reporting. Shown below is an example of a basic raw CDR export.



All standard reports (Frequently Dialed Numbers, 3-Way Call Attempts, Call Volume by Telephone, by incarcerated person's PIN, location, date, time, etc.) are available through the web interface. Each area of the interface has the option to export the filtered data into either excel, pdf or csv. In the event custom reports are desired, NCIC has the capability to provide custom reporting and can automate reports to email desired recipients as needed and at no cost to the LMDC.

In addition to the detailed, yet easy-to-understand reports being sent to the appropriate LMDC recipient on a monthly basis, authorized system users can easily pull their own revenue and Call detail reports at any time, using the Call History report. The system allows users to easily pull all completed calls for a given traffic month and includes all revenue information for all completed calls.

The proposed system's Call History Reporting page will exceed expectations for search, reporting and sorting requirements. All call attempt and completion data is accessible for the life of the Contract, and beyond, if needed. Our Call History reports allow searching by whole or partial destination numbers, call disposition, incarcerated person's name/AIS, telephone location, and many other options. The Call Detail screen shown below lists all calls that are placed/accepted in addition the report lists the date, time and duration of all calls completed through the system, as well as the total charges associated with each call.

## Screenshot – Call History Reporting



Please refer to a listing of Sample Reports provided in a separately submitted attachment.

c. Vendor shall provide a secure access to all calling activity within the facility via the internet/web. The hosted site will need to provide an interface that will allow facility to view call detail reports. This system should also allow facilities to open and/or view the status of service tickets.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

Authorized users have the ability to securely access all reports and calling activity at any time via the intuitive user interface. As with all other functions of the proposed ITS, Authorized Users will need their unique login (username and password) in order to access all reports and calling activity.

## C. Service & Maintenance

1. Vendor shall provide 24-hour, toll-free service number.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

NCIC's Bi-Lingual Facility Support Department is available 24/7/365 and can be contacted by telephone at 903-757-4455 or toll-free 888-686-3699, or through email (for trouble-ticketing) at support@ncic.com. Callers can easily access a live agent within a few seconds, by following the easy prompts. NCIC directly provides the technical services including customer service and facility support – at no time will these functions be outsourced to a third-party company, they are all managed from our company headquarters in Longview, TX. NCIC proudly operates the most customer-friendly Call Center in the inmate telephone industry, recognizing that satisfied friends and family result in more completed calls and minimal complaints to the correctional agency.

2. Vendor shall physically respond to all major service outages within four (4) hours.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

NCIC provides physical responses to all major service outages as requested above. For additional information, please refer to our Service Policies and Procedures which is included as a separate attachment to this response and includes the service response matrix depicted below. Technicians are available 24x7x365 and work in a close team environment so they back-up each other on after-hour coverage. NCIC responds promptly to all service outages and maintenance requirements.

| Service Priority Levels | | | |
|---|---|---|---|
| **Service Level** | **Description** | **Response Time** | **Resolution Time** |
| High | Report of 50% or greater of equipment is not operational. Any occasion when NCIC's admin portal cannot be accessed by the LMDC. | 1 hour | 4 hours |
| Medium | Report of 25% or greater of equipment is not operational. Any occasion when recording or live monitoring utilities are non-operational or malfunctioning. | 2 hours | 10 hours |
| Low | <25% of equipment is not operational. Static or other noise heard while conducting a telephone call. Administrative function not working in NCIC's admin portal. | 4 hours | 24 hours |

**NCIC**
INMATE COMMUNICATIONS

3. Vendor shall respond to routine service calls within 48 hours.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

Please refer to the immediate previous response.

4. Vendor shall provide service policies and procedures as an attachment to this proposal and describe the maintenance and quality assurance programs for telephones to be installed.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

NCIC has provided a detailed description of our Service Policies and Procedures which is included as a separate attachment to this response.

5. It is solely the Vendor's responsibility to provide installation and maintenance which includes all wiring at the detention facilities as well as any additional wiring required to facilitate visitation recording and monitoring.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

NCIC will provide all preventative maintenance and system software updates at no cost to the LMDC. Major releases are scheduled every quarter (at least), as we add new products and features to the platforms. Prior to applying any changes or upgrades to the proposed systems, NCIC will perform extensive testing to all applications to ensure the new system or feature operates optimally and is free of any defects. NCIC will coordinate with the LMDC to ensure that any and all major changes made to the system are scheduled at a time convenient to the LMDC so that we avoid interruption to service.

6. Detail equipment installation charges, if any.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

NCIC is responsible for all costs of the proposed system, including installation, at no cost or charge except our per-phone usage costs outlined in our pricing offer.

7. Detail the method of determining service interruptions and service call phones. List response time for each priority and the level of expertise devoted to each priority.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

NCIC has provided our Service Policies and Procedures which is included as a separate attachment to this response.

8. Provide a contact person who will be responsible for ongoing account management and support.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

NCIC will assign Bill Pope as the main point of contact for LMDC during the entire Contract term. Bill Pope will oversee final Contract documentation and ongoing Contract management, act as primary liaison with the appropriate LMDC and Facility personnel, manage the implementation of all services, ongoing maintenance and oversight and management of the day-to-day operations to include direction of NCIC's overall team.

9. List the service office responsible for all LMDC facilities.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

ShawnTech Communications will operate as subcontractor and will supply NCIC with technicians to install all communications equipment at the LMDC facilities. ShawnTech Communications is proud to be recognized as a Minority Owned Business Enterprise (MBE) and holds numerous certifications at state and local levels.  ShawnTech has been

**NCIC**
INMATE COMMUNICATIONS

providing installation and maintenance-related services to correctional facilities for 26 years. Further detail can be found below:

**ShawnTech Communications**
**Contact: Janna Trowbridge, Director of Field Operations**
**Address: 8521 Gander Creek Dr., Miamisburg, OH 45342**
**Phone: 937-307-7327**

In addition to the Subcontracted installation services listed above, NCIC will be utilizing the services of local technicians from Access Voice and Data Solutions (AVDS), which is located approximately 20 minutes away from the LMDC facilities. AVDS will be responsible for maintaining all equipment at the facilities and providing routine maintenance for the life of the Agreement. AVDS has a history of servicing correctional facilities with communications wiring and maintenance. Additional details can be shown below:

**Access Voice and Data Solutions**
**Contact: Erin Watson**
**Address: 1441 Lincoln Avenue, Louisville, KY 40213**
**Phone: 502-361-1881**

10. Vendor shall provide LMDC with escalation procedures for handling customer support issues including, but not limited to, maintenance, outages and reporting issues. Procedure descriptionshall include the contact names, contact numbers, email addresses and level of authority for theperson(s) responsible for escalated issues.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

NCIC's service matrix provided in item #2, Page 27, displays typical response and repair times that can be adjusted according to the LMDC's preferences, if desired. Please refer to the customer support contact information and level of authority listing provided below and on the following page.

11. Vendor shall provide on-site response time, priority levels and escalation schedule for emergency outage/service issues at and/or related to the facilities as an exhibit to its RFPresponse.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

NCIC's service matrix provided in item #2, Page 27, displays typical response and repair times that can be adjusted according to the LMDC's preferences, if desired. Please refer to the customer support contact information and level of authority listing provided below and on the following page.

## Customer Support Group

**Level 1**
**Customer Support Representative**                    1-888-686-3699, or
Luisa Rios                                            1-903-757-4455 ext 1028
Luisa.Rios@ncic.com

**Level 2**
**Client Services Director**                           1-888-686-3699, or
Randy Polk                                            1-903-757-4455 ext 1020
randy.polk@ncic.com

**NCIC**
INMATE COMMUNICATIONS

**Level 3**
**Technical Support**                                    1-888-686-3699, or
Michael Reithmeier                                       1-903-757-4455 ext 1022
Michael.reithmeier@ncic.com

**Level 4**
**President / Account Executive**                        1-888-686-3699, or
Bill Pope                                                1-903-757-4455 ext 1001
bill.pope@ncic.com                                       Cell: Provided upon award

**D. Infrastructure Installation & Replacement**

1. Vendor will provide an audit of existing infrastructure to evaluate existing phone sets, the remote administration station and the automated incarcerated person call control system, remote system access via the LAN and the system and ensure that they are working properly. Vendor will provide any necessary replacement of damaged or non—working devices within sixty (60) days after award of contract. Vendor will cover cost of any increased infrastructure.

   **NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

   A detailed response on emergency outages / service issues and NCIC's approach to providing on-site response is included within our Service Policies and Procedures which is included as a separate attachment to this response.

2. Vendor shall submit a complete and detailed schedule of the timeframe required for device replacement if any, utility coordination, training, and testing. The system must be in place in a manner and under a timeframe designed to minimize disruption of the normal functioning of the facilities.

   **NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

   NCIC standard process for auditing existing infrastructure prior to cutting over our proposed system from the previous provider involves little to no downtime in phone service for the incarcerated person populations. Our experienced Field Technicians and Installation Team recommend a thorough site visit to evaluate and carefully plan the cutover such that the new NCIC Telephone hardware is installed over the previous provider's network for a short period and, after the hardware installation has been successfully completed, NCIC's network equipment is activated to bring the NCIC system online, through the new hardware. If needed, the actual cutover can be completed outside of normal telephone availability (e.g. early morning or late evening), to ensure there is zero disturbance to the incarcerated person population.

   Should NCIC be awarded, a thorough Site Visit is recommended to ensure equipment counts/positioning and all other considerations are fully understood in order to meet and exceed the LMDC's expectations.

3. If the schedule cannot be met within the 60 days stated above, Vendor must propose an installation schedule of events. Failure to state installation time in the bid will obligate the Vendor to complete installation so as required in the bid. Extended installation time may be considered when in the best interest of the LMDC.

   **NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

   NCIC anticipates no issues with meeting or exceeding the required 60-day installation timeline.

   NCIC has provided a draft implementation plan which follows a "phased" approach

incorporating quality assurance measures to ensure a seamless transition, minimizing the risk of disruption of phone service, and ensuring completion of the project by the desired completion date. The project plan will be modified per agreed upon contract terms and will follow the project plan and template. Shown as a separate submitted attachment is a draft implementation 8-week plan and in the event any customization is required, NCIC will promptly update an Implementation Plan for review and approval, prior to any changes and new installations or implementations.

4. Any delay in the implementation of the Vendor's schedule that is caused by LMDC or LouisvilleMetro Government (LMG) will increase the Vendor's time allowance to complete installation but contractor must submit a complete and detailed schedule of additional time required.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

5. Vendor will assume the risk of loss and or damage during shipment, unloading and installation.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

At no time will NCIC hold the LMDC responsible for any loss or damage of equipment during shipment, unloading or installation.

6. Vendor shall create a 3-month contingency plan to account for increases in call volume associated with the provision of free call services that includes the installation of additional voice communication devices as needed to be determined by LMDC.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

The proposed system, including all software and hardware, is completely scalable and thus provides no type of limit for any of the services provided. If at any time there is a requirement to increase the number of communication equipment at the Facility, NCIC will be responsible for any costs associated with any aspect of the additional equipment. NCIC would not require 3-months to scope and install additional communications equipment.

7. The IPCS shall be a turnkey, non-coin.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

The proposed system is a fully turnkey communications platform and service solution which includes all technologies and network requirements requested by the LMDC.

8. The vendor shall provide non-coin incarcerated person telephones composed of durable, tamper-free equipment suitable for jail environments. Equipment must not contain any removable parts.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

The NCIC phone employs a heavy-duty armored handset that is hearing aid compatible and has an anti-static receiver. The phone's housing is made of durable 14-gauge stainless steel which is ideal for a correctional environment – there are no exterior removable parts and hardware is in full compliance with ADA requirements. Our proposed phones offer volume control and have a rubber seal to prevent moisture from entering through the back of the phone. NCIC has developed our own phone to include buttons that are 100% larger than standard phones, allowing visually impaired incarcerated persons to see the numbers and letters more easily on the keypads. Further, the phones are easier to use in low-light conditions, as the numbers and letters are over 100% larger than traditional phone keypads. Shown on the following page are several variations/examples of our standard telephone hardware.



9.  The IPCS shall include any hardware, such as computer, printer, and modem, and any system software necessary to allow facility personnel to query, display, and print incarcerated persontelephone activity.

**NCICRESPONSE: READ, AGREE, AND WILL COMPLY.**

**The proposed system is easily accessed from any internet enabled device and typically requires no additional hardware or equipment. However, in the event the LMDC requires such items as are listed, NCIC will provide such peripherals at no cost.**

10. The IPCS software shall be based on security level and password protected.

**NCICRESPONSE: READ, AGREE, AND WILL COMPLY.**

**The proposed ITS allows for allocation of user access levels in a very granular fashion. Facility or agency administrators can be provided with superior permission levels which allow them to manage the login/permissions provided to other Authorized Users. Permission levels can be granted based on the daily job duties and tasks each User needs to perform. Authorized Users are able to be provided with the same secure Username and Password for all proposed applications, allowing them to access the system(s) based on their security level remotely, via the Internet. Authorized Users can securely perform all functions of the system, including live monitoring, listening to recorded calls, blocking/unblocking numbers, terminating calls, PIN administration, call history searching, or any other function needed in real-time (based on their individual level of system access/permission). All page views and modifications to the database are logged in detail, to provide an audit trail in our user Activity Log report. With these checks in place, any views or changes are logged with the Authorized User's login information, date/timestamp and their originating IP address allowing the change to be tracked back to the User and undone, if necessary. All information is stored in geographically separate backup locations to ensure 100% reliability. Please reference the User Set Up Screenshot found on page 25.**

11. All Vendor equipment shall comply with FCC regulations.

**NCICRESPONSE: READ, AGREE, AND WILL COMPLY.**

**All equipment meets or exceeds applicable FCC licensing, rules, and certification regulations. FCC FRN# and other certification-related documents are available upon request. NCIC proudly operates with calling rate and fee structures which meet or exceed the requirements of the FCC and various State regulatory bodies.**

12. The Vendor will be responsible for the cost of maintenance and repair of the system.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

13. The proposed equipment and system shall be scalable to meet LMDC growing needs at no cost to LMDC.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

Our scalable platform can easily be upgraded to accommodate increased call traffic and recordings by simply adding equipment. Any equipment additions will be provided at no cost to the LMDC for the duration of the Agreement, including any extensions or renewals.

14. Vendor equipment shall include a backup power supply.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

All equipment is connected to a network-enabled Uninterruptible Power Supply (UPS) backup in order to prevent down-time during power failures or conversations from power to generator. The UPS units allow for remote power management by our Network Operations Center (NOC) for up to four (4) hours. In an effort to guard against VoIP router outages, we utilize UPS battery backup units, which also provide surge protection.



15. Disclose, with percentages clearly shown, what work is or will be subcontracted, and what work is or will be performed by the Vendor's employees.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

No aspect of the proposed solution will be outsourced to subcontractors, 100% of the required work will be undertaken by direct NCIC employees.

16. Indicate your firm's ability to provide the facility with programming to integrate with the IPCS. Indicate the ability of the system to identify:
    a. Telephone number originating call
    b. Time of call
    c. Telephone number called
    d. Most frequently called numbers
    e. Length of call
    f. Identify numbers called from a specific telephone number
    g. Identify telephone numbers called by a specific incarcerated person

h. Alarm number status
i. Alarm a telephone number and allow automatic recording of the call
j. Multiple calls from different incarcerated person phones to the same number

**NCICRESPONSE:** HAS READ, AGREE, AND WILL COMPLY WITH ALL ITEMS ABOVE.

The proposed system allows authorized users access from any Windows-based computer with internet connectivity to be able to utilize all features and capabilities of the system. A myriad of reports including all items listed above, customizable, and exportable as XLS, XLSX, CSV or PDF files, allowing users to search call data by any parameter at no cost to the LMDC. Below are sample report screenshots with export feature and multiple search parameters.

## Report Columns / Options:



## Report / Export Feature:



## E. Call Monitoring & Recording

1. Any communication between the incarcerated person and the called party must have the capability of being recorded.

**NCICRESPONSE:** READ, AGREE, AND WILL COMPLY.

The proposed system is capable of permitting full monitoring and recording of all communications made from any telephone within the Facility, unless there are restrictions that prohibit the recording and monitoring of certain calls, such as attorney-client restrictions.

2.  Communication between the incarcerated persons and the Public Defender's office, or other attorney, should not be recorded. The system must allow the facility to identify phone numbers that should not be recorded.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

NCIC is the only large Inmate Telephone Provider that has never been a party to legal proceedings for mis-handling Attorney-Client calls. If required, NCIC will work with the incumbent provider (or the Facility / LMDC) to receive an export of existing 'Privileged' numbers from the existing system, however, rather than blindly dumping that list into the proposed system, we take the following precautions:

- Before entering that list into the NCIC system, our team thoroughly "scrubs" the list (including actually calling each and every number) to verify that:
    - ✓ All numbers still belong to legitimate legal representatives;
    - ✓ There is a BAR number associated with each number;
    - ✓ The name of the attorney firm is noted with each number, and;
    - ✓ That the attorneys actually want to receive calls from incarcerated persons at that Facility.
- Once the list is "scrubbed" and updated, it is provided to the agency for review, and to add any other known, verified, approved legal numbers.
- Once finalized and approved by the LMDC, NCIC loads the list into our Inmate Call Engine as "Do Not Record," along with all pertinent details for each destination number.
- On a quarterly basis (at least, or at a frequency specified by the LMDC), NCIC's team repeats the "scrub" of the Do Not Record list, sharing an updated file with LMDC each time.

    The entire process for scrubbing/updating/managing Privileged calls is designed to take the maximum amount of legwork off of the LMDC but provide the maximum amount of coverage for the agency, from both a liability and security standpoint.

3.  The IPCS shall maintain 180 days of call recording online.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

All call recordings and system data are backed up in real-time and available through any internet-enabled device. Recordings are available for the duration of the agreement, and longer if required by the LMDC.

All information and recordings are stored in geographically separate redundant backup locations to ensure 100% reliability. The primary data center is located in Longview, TX and backed up at our "mirror location" in downtown Dallas, TX. As a tertiary level of protection, all recordings and call detail are stored with Amazon's Web Services S3 Cloud. The proposed system was the first inmate telephone service to use the Cloud to provide the utmost redundancy and security in call recording and call detail storage. It utilizes Amazon's GovCloud services, which are designed to host the most sensitive data, and address the most stringent US government security and compliance requirements. Call recordings are stored in a minimum of 3 separate locations and encrypted in AWS' proprietary encryption code. All call records and system data are backed up in real-time. The call recordings and call detail are immediately copied to Amazon's GovCloud for off-site redundancy. Access to AWS GovCloud services is limited to vetted account holders that must be held by US citizens.

4. Facility personnel must be able to search call recordings by dialed number, date, time, incarcerated person account, or site ID.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

Our Call History and Call Detail Reports (CDRs) allow searching by partial destination numbers, call disposition, such as answering machine, no answer, busy line, call denied by caller, call blocked by caller, invalid PIN (when incarcerated persons are trying to fraudulently use PINs), invalid destination number, frequently called numbers and over 20 more options.

5. Facility personnel must be able to simultaneously listen to and record conversations.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

The proposed system shows all live/current calls under the Live Monitoring tab and allows the Authorized User to easily single-click on each call to hear the active call. Multiple users can monitor simultaneously, without affecting the performance of the system, and without the parties on the call being aware of the monitoring.

6. Recordings must be backed up for archival purposes. Please describe system utilized.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

All call recordings and system data are backed up in real-time and available through any internet-enabled device. Recordings are available for the duration of the agreement, and longer if required by the LMDC.

NCIC utilizes a centralized platform with its primary facility located at our headquarters in Longview, Texas and our secondary platform in Dallas, Texas. All recordings and call detail are stored with Amazon.com's Web Services S3 Cloud.

7. Vendor shall provide real-time access to all the data within this contract, whether data is derived by Vendor or their designated sub-contractor, including but not limited to all financial records, all account information, including but not limited to, incarcerated person's debit account information, all pre-paid account information, debt, collect call information, all transaction history on all calls, including but not limited to, all fees. Furthermore, Vendor must include all detailing information on a per-call basis including but not limited to the complete call billing and detail record of all charges, fees and information. Data must also be available in an exactable downloadable open source and auditable format.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

NCIC will disclose and share any and all data required that pertains to us or any hired subcontractors in terms of financial records, account information, debit account information, all pre-paid account information, debt, collect call information, etc.

The proposed system is extremely intuitive and easy to understand. Authorized access allows LMDC personnel to control the Facility phones, actively live-monitor calls, search, save, download and share call detail records, and all functions of the system based on their access level.

The proposed system's powerful Call History tab provides the search, reporting and sorting requirements to easily find any completed or attempted call. Quick search shortcuts allow administrators to search for calls "today", "Last Month", etc. All call attempt and completion data is accessible for the life of the contract., and beyond, if required. The Call History tab provides access to call recordings and call notes as well.

The platform can easily insert all calls for a given case into a specific briefcase folder

(separate folders can be created and labeled based on ongoing cases / investigations). A configuration/alert can be set that automatically organizes call recordings from particular incarcerated persons, phones, or called numbers into the designated investigative Briefcase. This allows for quick access to these calls for the user to view, listen, share with others, or download for investigative purposes.

Transferring recordings for use by the staff during routine investigations is provided via the Briefcase feature. The Briefcase Tab allows an investigator to choose other users within their agency or outside agencies by clicking on "Share" to immediately provide the download to investigators by selecting the user list, select user, click "Add", and click "Share" again. The call is shared via user access and email with the email providing full information on ability to access the recording. The proposed ITS can easily insert all calls for a given case into an investigative "Briefcase" folder. A configuration/alert can be set that automatically organizes call recordings from particular incarcerated persons, phones, or called numbers into the designated investigative Briefcase. This allows for quick access to these calls for the user to view, listen, share with others, or download for investigative purposes. See example screenshots that follow:



8. All data shall belong to LMG and not the Vendor and cannot be used or distributed for any other purpose by the vendor.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

## F. Training

1. Vendor shall provide on-site training to LMDC staff in system administration, operation, and reporting at no cost to LMDC. This training will be repeated as needed for new staff, not to exceed twice per year at no cost to LMDC.
2. Describe training program; include description of course and any applicable documents.

**NCIC RESPONSE: HAS READ, AGREE, AND WILL COMPLY WITH ALL ITEMS ABOVE.**

NCIC provides free, comprehensive training to all customers and will provide free recurring training as needed and/or requested by the LMDC. Facility Administrators, along with any LMDC staff who will have access to the equipment and the system interface are thoroughly instructed on how to use the proposed platform. Staff will receive hands-on training to ensure they are properly acquainted with the new system. Training can be provided over multiple days and shifts to ensure all Facility staff has a chance to participate, if needed. All staff will be provided with a detailed syllabus, as well as a training manual. In addition, the proposed ICE platform also offers the Documentation section where users can search for features to obtain instructions; there are more than thirty (30) brief "How To" videos.

NCIC will provide on-site training based on staffs' areas of expertise, including, but not limited to:
• System administration, operation, and reporting
• Investigative features for investigative staff

Initial on-site training is provided during the implementation and is included as part of the overall project plan. NCIC will work with the LMDC's Project Manager to identify who is to be trained along with the type of training the staff is to receive (e.g., Administrator, Operation, Reporting, Investigative).

A hands-on demonstration and training is provided to all necessary individuals to ensure they are properly acquainted and familiar with the new system. Training will be provided over multiple days and shifts to ensure:
• All staff can attend;
• Trainings are provided for staff's area of focus (e.g., administration, investigation);
• Smaller class sizes; and
• To accommodate the staffs' schedules.

On-demand, ongoing training will be available via Phone/WebEx, or on-site if preferred by the LMDC. Phone/WebEx training can be done same day in the case of emergency, and all ongoing refresher training is provided at no cost to the LMDC. Please see the sample training agendas on the following page:





Additionally, as mentioned above, Authorized Users are able to access a large range of brief "How To" videos, covering various common functions of the proposed system. Please see example screenshots that follow:





**G. Fees, Rates & Payment Options**

1. Vendor shall maintain a list of toll-free phone numbers (e.g., Public Defenders office).

   **NCICRESPONSE: READ, AGREE, AND WILL COMPLY.**

   NCIC is the only large Inmate Telephone Provider that has never been a party to legal proceedings for mis-handling Attorney-Client calls. If required, NCIC will work with the incumbent provider (or the Facility / LMDC) to receive an export of existing 'Privileged' numbers from the existing system, however, rather than blindly dumping that list into the proposed system, we take the following precautions:

   - Before entering that list into the NCIC system, our team thoroughly "scrubs" the list (including actually calling each and every number) to verify that:
     - ✓ All numbers still belong to legitimate legal representatives;
     - ✓ There is a BAR number associated with each number;
     - ✓ The name of the attorney firm is noted with each number, and;
     - ✓ That the attorneys actually want to receive calls from incarcerated persons at that Facility.
   - Once the list is "scrubbed" and updated, it is provided to the agency for review, and to add any other known, verified, approved legal numbers.
   - Once finalized and approved by the LMDC, NCIC loads the list into our Inmate Call Engine as "Do Not Record," along with all pertinent details for each destination number.
   - On a quarterly basis (at least, or at a frequency specified by the LMDC), NCIC's team repeats the "scrub" of the Do Not Record list, sharing an updated file with the LMDC each time.

   The entire process for scrubbing/updating/managing Privileged calls is designed to take the maximum amount of legwork off the LMDC but provide the maximum amount of coverage for the agency, from both a liability and security standpoint.

2. All communication, including international calls, shall be processed as free to incarcerated persons and called parties. The Vendor and or their partners or subcontractors must agree to not charge or collect from incarcerated persons and/or called parties any fees. Vendor will fully absorb all fees passed onto them by a third party (i.e., billing agency, subcontractor, etc.).

   **NCICRESPONSE: READ, AGREE, AND WILL COMPLY.**

   All voice and video communications will be offered to incarcerated persons and their families at no cost. Neither NCIC or its subcontractors will charge incarcerated persons or family members for any services provided. Please refer to our overall Pricing Offer found as a separate attachment to this response.

3. Vendor will directly bill LMDC for services covered under this RFP using one of the following compensation options. Bidders must bid using at least one of the following options.
   a. Option 1: A fixed annual cost amount that shall be payable by LMDC in equal monthly increments.
   b. Option 2: A monthly fee per calling device that shall be payable by LMDC.

   **NCICRESPONSE: HAS READ, AGREE, AND WILL COMPLY WITH ALL ITEMS ABOVE.**

   NCIC agrees to the rate and compensation options listed above and has provided a detailed listing of our overall Pricing Offer which can be found as a separate attachment to this response.

**H.  Audit**

Vendor agrees to have an audit examining billing conducted by an independent third party selected and paid for by LMDC. LMDC reserves the right to audit all transactions. In the event any error to the detriment of LMDC is found (whether unauthorized deduction or other), Vendor shall be responsible for immediate payment of the underpaid amount within 60 days of notification PLUS a penalty equal to 10% of the underpaid amount. Payment of such amount and penalty is non-negotiable. Failure to remit payment within 60 days of notice shall constitute default by vendor.

Vendor shall maintain accurate, complete, and auditable records and reports during the term of the contract and for no less than two (2) years after the term of the contract covered thereby in accordance with generally accepted accounting principles. Failure to comply with this full audit rights provision will be grounds for termination of the contract at LMDC's discretion.

**NCIC RESPONSE: HAS READ, AGREE, AND WILL COMPLY WITH ALL ITEMS ABOVE.**

NCIC is a financially sound company and has never failed to meet any of its financial obligations to its creditors or facility partners as is proven by our Dun & Bradstreet credit report. Credit and/or bank references can be provided to the LMDC upon request. NCIC is one of the few telephone providers that can provide audited, independent financial statements and also submits its financial data to Dun & Bradstreet for public posting of financial condition and payment/credit histories. NCIC performs an annual comprehensive audit of financials and internal controls.

NCIC operates with complete transparency in all dealings and will agree to an annual audit / reconciliation of our own operations, *by an independent entity of the LMDC's choosing.*

**I.  Additional Integrated Technology**

LMDC is seeking additional technological applications which can interface with the IPCS system for state-of-the-art inmate monitoring, protection and tracking; as well as a tablet and/or kiosk system for video visits and email, electronic messaging (text), digital mail service, as well as integration with LMDC's jail management system (JMS).

1.  Inmate Monitoring and Tracking:
    a.  A system utilizing RFID technology for inmate identification and location monitoring, as well as automation of security rounding and management of inmate housing assignments, restrictions, and demographics.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

Through a partnership with GUARD1 , NCIC is proposing to offer the LMDC a state of the art inmate monitoring and tracking technology that will meet and exceed the LMDC's expectations. As part of our offer, the LMDC will be provided with RFID wall tags, wristbands, and mobile devices to provide real time and automated tracking. This proposed technology is able to offer your staff with the following functionality:

1.  **GUARD1** electronically logs officer security rounds, activities, and inmate movement – accurately providing electronic proof of presence.
2.  **GUARD1** helps Facility staff fully customize their electronic logs and reporting needs – whether its inmate well-being checks, cell check observations, inmate movement, activity logging, and more.
3.  **GUARD1** provides real time reporting, updates, and alerts.  Generate reports from selected parameters and save commonly run reports for easy reporting. Monitor real

time checks with the **GUARD1 Whiteboard View. Receive system alerts via the GUARD1 desktop application and email.**

4. **GUARD1 interfaces with your agency's management system.**

**GUARD1 is securely accessible from any workstations that is installed in your facility. Our platform supports integrations with your jail/offender management system, sharing inmate information, housing assignments, inmate restrictions, keep separates, and inmate photos automatically.**

**The proposed GUARD1 wristbands are configured to require a manual physical scan of an individual's wristband, based on the requirements of the Facility. Additionally, the proposed GUARD1 system can allow for facility staff to perform "officer logs" or "well-being checks" on inmates by scanning their mobile device on wall-mounted devices placed in the Facility.**

**GUARD1 RFID Wall Tags**
**GUARD1 RFID Wall Tags work with the SuperMax Mobile device supported by the GUARD1 system. With a limited lifetime warranty, these durable Wall Tags are built for the toughest environments.**



**LaserPrint Wristbands**
**Durable, tear resistant, waterproof, and tamper evident, these wristbands are durable and meant to last in a correctional environment. They're easily customizable allowing you complete control over what you put on them – pictures, ID numbers, names, patterns, logos, special symbols – you have complete control.**



b. System must include mobile/hand-held device option for staff for ease of use and efficiency

**XNCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

**GUARD1 Real Time is a powerful mobile Android app that enables Facility staff to electronically document all of their tasks and activities.**

**When officers log in to their GUARD1 SuperMAX device, they will log in to their assigned duty posts where they will see a task list outlining everything they need to complete during their shift. Automate security rounds, inmate tracking, activity logging in real time.**



**SuperMAX Overview**
**SuperMAX is our rugged, military-grade Android Scanner. Each SuperMAX includes:**
• **Warranty**
• **High capacity, hot-swappable rechargeable batteries that can cover 12-hour shifts+**
• **Docking station**

Our SuperMAX mobile RFID devices come with a sturdy hand strap, spare battery, and a charging dock.

NCIC
INMATE COMMUNICATIONS

c.  Must provide real-time reporting.

**NCIC RESPONSE:** READ, AGREE, AND WILL COMPLY.

**GUARD1's Real Time desktop application can be installed designated LMDC workstations to give your staff the ability to see updates in real time. Both customizable reports and our desktop whiteboard view allow supervisors to see checks and activities as they're made in real time. They can also configure alerts through the application to push alerts for late or missed checks.**



d.  Includes ability to customize data collection and reporting options.

**NCIC RESPONSE:** READ, AGREE, AND WILL COMPLY.

**GUARD1 helps Facility staff fully customize their electronic logs and reporting needs – whether its inmate well-being checks, cell check observations, inmate movement, activity logging, and more. GUARD1 provides real time reporting, updates, and alerts. LMDC staff will have the ability to generate reports from selected parameters and save commonly run reports for easy reporting.**

2.  Video Visits:

a.  A video visitation system which allows for scheduled, remote, on-line visitation/communication to take place between the public and the incarcerated population, preferably utilizing a mobile tablet device option as an addition or a replacement of a kiosk/workstation system.

**NCIC RESPONSE:** READ, AGREE, AND WILL COMPLY.

**NCIC's InTouch Video Visitation System (VVS) is a proprietary, centralized, web-based application that allows for both on-site and off-site Video Visitation, as well as a range of additional applications and services which can be activated based on the preferences of the LMDC. Available services and**  **applications include Video Visitation, Inmate Messaging, Inmate Ticketing (grievances, medical requests, general requests, etc.), Facility Documents, Broadcast Announcements and access to approved third-party services (e.g., law library, commissary, etc.).**

**<u>Video Visitation Equipment</u>**
**Video Visitation is performed through the use of kiosks which can be provided through a variety of wall-mounted and portable rolling options. The proposed wall-mounted**

**NCIC**
INMATE COMMUNICATIONS

**VVS kiosks has been designed specifically for use in a correctional environment, sturdy, robust, with no exterior removable components. The top surface of the kiosk is angled in order to prevent inmates from placing drinks and other items on top of the units, which are moisture resistant. Neither NCIC nor our Facility customers have encountered any limitations of the proposed VVS. Shown below are the typical specifications pertaining to the equipment:**

---

**EQUIPMENT SPECIFICATION SHEET / VIDEO VISITATION DESCRIPTION**

The NCIC video visitation kiosk offers touch-screen input and is made of a rugged 16-gauge steel shell that contains small openings for cooling and ventilation – there are no exterior removable parts. The NCIC kiosk employs a heavy-duty armored swivel handset that is hearing-aid compatible, and has an anti-static receiver. The NCIC kiosks are designed to be wall mounted in its structure by being securely bolted. Aside from wall mounted kiosks, NCIC also provides correctional facilities with a portable kiosk option that can be easily transported to provide video communication and a range of other inmate applications.



The interior of the proposed kiosks contain a powerful encrypted CPU and monitor designed to be secure and ideal for a correctional environment.

**FEATURES**
- **Polywell Mini PC**
  CPU : Intel Celeron Quad core @ 2.0Ghz
  Ram : 4 Gb
  Storage : 32gb SSD
- **Kingtouch Monitor**
  17-inch touch screen
  Tempered shatterproof touch panels
- **Cameras**
  Microsoft LifeCam cinema 5.0 Mega Pixels
  ELP-USBFHD06H-MF80 2mp USB Camera
  (8MM manual focus lens, 3m USB cable, without microphone)
- **Handsets**
  24inch and 32 inch swivel handsets
- **Video Visitation Unit Shells**
  17-inches wide, 19-inches in height and 6-inches in depth
- **Kiosk Shells**
  19-inches wide, 11 ½ inches in depth, 59-inches in height, with a 22-inch x 21-inch base plate



**Environmental Specifications**
- Min. Operating Temperature: 32°F / 1.7°C
  Max. Operating Temperature: 90°F / 32.2°C
  Operating Relative Humidity: 8% to 90%

---

**In addition to the proposed kiosks, video visitation sessions can also be made through the use of our rugged inmate Tablets. The proposed tablets have a heavy-duty exterior which is specifically designed for a correctional environment, allowing it to withstand a shock and/or drop test onto concrete. NCIC has used similar grade materials to the kinds used in bullet resistant glass, windows in correctional facilities, military applications, etc. This case protects the tablet from tampering, general damage, and contraband storage. NCIC has only allowed access through this secure case to critical hardware buttons such as the power button, volume buttons, and home button.**



## Video Visitation Monitoring, Recording, and Retention

The proposed system records all VVS sessions by default, unless a session is a verified Attorney / Client visit. The length of recording retention is negotiable, depending on the specific requirements of the LMDC / facility. The proposed InTouch Video Visitation system allows users to track, research and investigate visitation history from within the web-based platform. Available search parameters include visitation date, visitor, inmate, specific kiosk/tablet, and more as pictured.



Authorized users will have the ability to digitally extract any video recordings and data directly through the proposed system. This is performed through Visits History Tab and investigators will have the ability to select and download an unlimited number of video visits. Users will have the ability to playback recorded conversations and download these records to external media.

### Downloading Visit Results Screenshot

The proposed VVS allows for secure recording and viewing of live video visitation session through the VVS Console. In addition, all previously recorded visits may be viewed in the Video Visitation reporting function unless there are restrictions that prohibit the recording and monitoring of certain calls, such as attorney-client privilege. Multiple users can monitor simultaneously, without affecting the performance of the system, and without the parties on the session being aware of the monitoring. Shown on the following page is a sample screenshot of the monitoring functionality:

**Terminating a Live Video Session – Screenshot**



The proposed VVS allows for the Authorized User to monitor all or individual current and completed sessions, and rotate randomly between enlarged sessions in order to catch any untoward or suspicious behavior. Sessions can easily be terminated, if such behavior is observed. The Authorized User has the ability to first display a warning message to one or both parties, prior to termination, if they so choose. Additionally, NCIC has recently implemented a facial detection feature that works to provide an additional measure of security of the system's visits. The feature will provide the ability to grey out the screen any time that a face is not detected on the kiosks/tablet or visitor's camera.

**Sending a Warning Message – Screenshot**



**Terminating a Live Video Session – Screenshot**



All visit sessions are automatically recorded unless the visitor is flagged as a verified attorney visit (or as otherwise indicated by the facility). All stored visit recordings are available for the full term of the agreement and longer if so desired. Video storage is managed in the same fashion as phone recordings to ensure the integrity. All recordings shall be protected from being purged and shall be stored online. Certain recordings can be separated and stored beyond the usual storage time allocation, if needed. Visit sessions are able to be stored in a variety of file formats. Visit sessions and Visit Detail Records are always stored in at least three (3) geographically separate locations to ensure maximum system redundancy. The length of time that recordings are stored is based on the preferences of the LMDC.

Visit / session durations are customizable based on the specific requirements of Facility administration, and can be tailored to specific housing areas, inmate classifications, or down to the specific inmate PIN. Additional preferences such as time of day and visits per time periods are also able to be configured to meet the needs of the LMDC.

**Time of Day Customizability Screenshot**

**Kiosk Announcements and Visitation Schedule**
The proposed system allows for customized announcement prompts to be displayed on the video kiosks/tablet for both detainees and the public. These prompts can be displayed in any language required by the County and can be displayed either before or during a video session. These prompts are displayed on inmate kiosks/tablet without the requirement for them sign in to access displayed information. In addition, the proposed solution allows for the entry of a customized digital banner, allowing Authorized Users / Facility administration the ability to broadcast messages to the inmate population or to kiosks in the public lobby areas. Messages can either be broadcasted at a facility-wide level, or to specific housing areas. This allows for "Message of the Day" functionality, such as changes in visitation hours, special menu updates, etc.

<u>Jail Announcements and Scheduled Visits Screenshot</u>



**Inmate Grievances, Medical and Ticketing**
The proposed InTouch Inmate Ticketing application exists as the perfect platform for secure internal communications between inmates and facility staff. Inmate ticketing allows for both inmate-initiated and staff-initiated tickets. Agencies can create an unlimited number of ticket types, based on the requirements of each facility. The overall ticketing system can be completely customized based on the requirements of each agency, has full reporting, reminders and escalation functions, and allows for sharing of documents.

The proposed application includes an industry-leading Grievance request module which allows inmates to submit electronic grievances and medical requests to either all personnel or specific users in charge of grievances or medical requests. These requests can be managed and responded to by Facility personnel. The software is configurable to allow a Medical Request schedule, limit the number of open Medical Requests, Medical Requests per month, for a specific number of days, and notify Medical staff via email and/or fax. In addition, the system can integrate with the facility's Medical provider in order to send Sick Call slips directly to the Medical provider without

intervention from the facility's. Within the platform, the facility or designated Medical staff can:

1.  **Assign to Medical staff users**
2.  **Assign to a Medical category**
3.  **Add Admin notes**
4.  **Update status**
5.  **Request additional information from the inmate**
6.  **Reassign to the Non-Medical (grievance/request system)**
7.  **Print with or without notes**
8.  **View History**
9.  **View inmate**
10. **View all Medical Requests relating to the inmate**

**Shown below is a screenshot depicting a grievance/ticket request.**



The proposed Grievance request module allows for an appeal / escalation feature, as well as date/time stamping of all communications so that timeliness of responses can be tracked, for compliance purposes. These requests can be managed and responded to by Facility personnel and can also be re-assigned to appropriate Facility staff. The implementation of an electronic grievance system, including all expected escalation capabilities, and replacing paper-based processes, reduces Facility liability related to inmate complaints about grievances not being responded to / addressed in a timely manner.

**Ticket Filter Searching Screenshot**



**Reporting**

**The proposed VVS includes a comprehensive range of reporting capabilities, including a set of "canned" reports that are commonly used by Facility personnel. Reports are both investigative and managerial / financial in nature. Additionally, NCIC will deploy our experienced Reporting experts to design and make available any custom reports as required by the County. The following reports are available to authorized users from the proposed VVS application:**

- **Visit History Reporting**



- **User Activity Reporting**



- **System Login Reporting**



- **Inmate Document Log Reporting**



- **Today's Visits (Daily Visit Reporting)**



- **Mail Views Reporting**



- **Inmate Message Log Reporting**



b. **Must include a registration system for outside party identification and approval by LMDC before being allowed to conduct visits with incarcerated individuals.**

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

The proposed VVS platform allows a visitor to schedule a remote video visit from any personal mobile device, tablet and/or home or public desktop computer with an internet connection through the user-friendly website. Remote video NCIC can be made through a desktop, laptop, tablet or mobile device. NCIC recommends using Windows10 or the most recent version of Mac OS as the compatible software. On-site video units can be placed in designated areas of the lobby or visitation areas which allow friends, family members, attorneys, and public officials to schedule and participate in pre-scheduled on-site video visits.

All sessions can be accessed via a weblink provided at the time of schedule/purchase. The proposed VVS platform can be configured to require that inmates and visitors agree to the Facility(s) terms and conditions and/or visitation policies prior to the connecting to and the start of the scheduled video visit. Visitation terms and conditions are based upon Facility(s) policy and easily uploaded and modified within the system's jail settings.

Once a visitor has properly registered through our online portal, and if enabled by the Facility, these visitor profile requests are then automatically quarantined in the system for manual approval by Facility staff, providing an additional step of authentication and security. Approval / Rejection settings are entirely customizable to where the Facility can choose to limit this process to apply to messaging requests, video visitation requests or both. These restrictions can also be set to require additional information of the visitor such as a driver's license, relationship to the inmate, and a use photo, prior to approval.

**Approve or Reject Contacts Screenshot**



c. **Video visitation sessions may require a nominal charge to the visitor; however, on-site video visitation sessions shall continue to be provided at no cost to customer, incarcerated individual, or visitor.**

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

Video Visitation sessions will be provided at no cost to the Facility or incarcerated

**individuals. Visitors will have the ability to configure their personal visitation account online and fund their account in order to pay for video sessions or to send video messages.**

    d.   Vendor shall provide tiered options of video visit retention schedules and pricing.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

**All visit sessions are automatically recorded unless the visitor is flagged as a verified attorney visit (or as otherwise indicated by the facility). All stored visit recordings are available for at least twelve (12) months (and longer if so desired). Video storage is managed in the same fashion as phone recordings to ensure the integrity. All recordings shall be protected from being purged and shall be stored online. Certain recordings can be separated and stored beyond the usual storage time allocation, if needed. Visit sessions are able to be stored in a variety of file formats. Visit sessions and Visit Detail Records are always stored in at least three (3) geographically separate locations to ensure maximum system redundancy. The length of time that recordings are stored is based on the preferences of the LMDC.**

**Details regarding our financial offer for the proposed Video Visitation System can be found in the separately submitted "Proposed Price" document.**

3.   Email and Text Messaging:

    a.   Mobile device such as tablet or hand-held device which allows incarcerated individuals to communicate with family and/or friends via email messaging and/or text messaging.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

**NCIC is capable of providing a secure, integrated Inmate Messaging application which is able to be provided through the Inmate Kiosks, or through a secure handheld device. Inmates will have the ability to send text messages and emojis. In addition, inmates will be able to receive photo attachments after being approved by Facility staff. All message history is stored in the system and can be audited by authorized users. Users will have the ability to filter through messages by specific inmate, visitor, custom date ranges, text/photo only findings, and keyword searching. Inmate messages are subject to a range of security features, including:**

✓ **Ability to automatically detect certain keywords within messages that would have previously been marked as "Banned Expressions". The proposed system offers a standard dictionary of common keywords, and also offers the ability to supplement that standard dictionary with local slang and colloquialisms.**

✓ **Ability to quarantine messages based on whether keywords are detected, or whether they contain attachments, etc. Quarantining the messages would delay delivery until facility review. Quarantining can be done based on inmate or outside party, particular kiosk being used, etc.**

✓ **Ability to limit the number of characters / lengths of the messages. This can be done based on specific inmate, visitor, particular kiosk being used, etc.**

✓ **Ability to run warrant checks based on outside parties signing up for the messaging.**

✓ **Ability to send an email or text alert to designated investigators when certain messaging occurrences happen.**

**Shown on the following page is a screenshot depicting the proposed Inmate Messaging application.**



b. Outside parties to receive/send email and messaging with incarcerated individuals must be registered and approved as a user by LMDC before allowed to email/message individuals.

**NCICRESPONSE: READ, AGREE, AND WILL COMPLY.**

Once a visitor has properly registered through our online portal, and if enabled by the Facility, these visitor profile requests are then automatically quarantined in the system for manual approval by Facility staff, providing an additional step of authentication and security.

c. It is preferred to deploy the email and text messaging applications to on the same mobile device/platform which features video visitation, for efficiency of use and equipment costs.

**NCICRESPONSE: READ, AGREE, AND WILL COMPLY.**

The proposed messaging application is a part of the proposed Video Visitation System, ensuring that all proposed technologies are uniform.

d. System must offer suite of investigative tools to include keyword searches and real-time live monitoring of messaging, as well as any other available investigative tools.

**NCICRESPONSE: READ, AGREE, AND WILL COMPLY.**

The proposed inmate messaging application offers a powerful keyword detection feature in the form of our "Banned Expressions" tool. Investigators and agencies can either choose from NCIC's standard dictionary of investigative keywords, or add words

or expressions that are relevant to their specific agency. If a banned expression is detected, the message will be automatically quarantined for authorized investigators to review and approve the message, before it is delivered to the inmate. Please refer to the following sample screenshot.



Messaging Banned Expressions Screenshot

Additionally, inmate messages are subject to a range of security features, including:
- ✓ **Ability to quarantine messages based on whether keywords are detected, or whether they contain attachments, etc. Quarantining the messages would delay delivery until facility review. Quarantining can be done based on inmate or outside party, particular kiosk being used, etc.**
- ✓ **Ability to limit the number of characters / lengths of the messages. This can be done based on specific inmate, visitor, particular kiosk being used, etc.**
- ✓ **Ability to run warrant checks based on outside parties signing up for the messaging.**
- ✓ **Ability to send an email or text alert to designated investigators when certain messaging occurrences happen.**

e.  System shall allow LMDC to approve or deny digital images through email or text messaging.

**NCICRESPONSE: READ, AGREE, AND WILL COMPLY.**

The proposed VVS contains a "Quarantined Messages" tab which automatically quarantines text messages, photo attachments and video messages that are sent by an inmate or pre-approved contact, if enabled by the Facility. Authorized users will have the ability view the message and either approve, reject, add notes to, or assign the quarantined message to another user in the Facility. This ensures that all text/photos/video messages are properly screened and approved, prior to it being delivered to the receiving party.

**Quarantined Messages Screenshot**



f. Text messaging platform shall only support plain text and not allow for digital images or video.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

The proposed messaging application is entirely customizable to meet the specific needs of an agency and can be configured to only allow plain text messages, if so desired.

4. Digital Mail:

a. Digital mail service (either provided off-site through a third-party partner or proprietary software) allowing for authorized Corrections staff to scan specific physical mail which is delivered electronically to incarcerated individuals via technology device – preferably same mobile tablet or hand-held device which features video visits, as well as email and text messaging.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

NCIC is pleased to offer our state of the art Mail Scanning system which is a part of our InTouch Suite. NCIC was prompted to develop our industry-leading Mail Scanning system after several NCIC Facility customers came to us, looking for a solution



to a dangerous problem. Incoming physical mail has traditionally been one of the primary methods used to introduce dangerous illicit drugs and other contraband into correctional facilities. By intercepting the incoming physical mail and converting it into digital format for secure delivery to inmates, NCIC's Mail Scanning application disrupts the flow of incoming contraband such as harmful drugs which are commonly soaked into paper, greeting cards, envelopes, and stamps. All scanned mail is performed on a real-time basis and is available to the inmate almost immediately.

InTouch Mail Scanning significantly reduces the workload faced by Facility personnel, because under the typical deployment, all physical mail intended for the Facility is re-routed to a secure off-site mail processing center which was designed specifically for the purpose of receiving, sorting, scanning and managing large volumes of physical mail destined for correctional facilities. Deployment of the InTouch Mail Scanning system involves instructing friends and families of inmates to send all mail to a particular P.O. Box for delivery to NCIC, rather than to the Jail facility. NCIC helps

with this process by providing informational flyers and posters for display throughout the facility, as well as posting the information on the Sheriff's or Jail's website.

Upon arrival at NCIC's secure mail processing center, our highly trained personnel sort mail by Correctional Facility and carefully scan all qualifying mail (see requirements for acceptable mail on the attached document) for electronic delivery to the intended inmate's secure message center using the unique identifier for each inmate (e.g. SO number, Jacket number, Booking number, etc.), accessible by the NCIC Inmate Tablets inside each housing area within the Facility. The front of the envelope is scanned in along with the contents of the envelope (letter, postcard, etc.), so that inmates can see all aspects of their mail (and for investigative benefit). Upon logging into the Inmate Tablet with their own unique PIN and PIN2, inmates will be notified in their "Message Center" if they have any messages awaiting them, including scanned mail. Not to mention, digital delivery is more environmentally friendly than traditional mail delivery.



NCIC's InTouch Mail Scanning application benefits all involved parties - improving the communications experience for inmates and their friends and families, increasing safety within correctional facilities while decreasing the workload for Facility personnel and streamlining facility operations by reducing paper-based processes.

b. Must provide the ability for staff to view, approve, reject, and manage scanned mail.

**NCICRESPONSE: READ, AGREE, AND WILL COMPLY.**

All scanned mail and photos are stored in the system and are also auditable by authorized investigators. The system can be configured to automatically quarantine scanned mail so that authorized staff can properly revise and manually approve mail prior to delivery. Once mail has been delivered, authorized staff will then have the ability to share, add investigative notes to, and filter through various mail items. Please refer to the Mailbox screenshot shown on the following page to see how this is offered to Facility staff through the proposed system.



c. Must feature the ability to set alerts when individuals receive mail.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

The proposed system allows for investigators to configure automated email/text alerts whenever mail has been scanned for a specific inmate at the Facility. Once notified, investigators will have the flagged mail waiting under the quarantined tab for approval or rejection.

d. Must provide audit logs of activity for administrative oversight.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

The proposed mail scanning solution provides staff with the ability to search for specific mail and generate customized reports based on their findings. Additionally, investigative staff has the ability to look up Mail View reports showcasing if and when an incarcerated person has looked at/opened any scanned mail.



**All bidders must submit the required documentation to be considered for this bid:**
**Cyber Security - Nondisclosure Agreement Form**
**IT Risk Assessment questionnaire**
**Required Tech Questions**

**NCIC RESPONSE: HAS READ, AGREE, AND WILL COMPLY WITH ALL ITEMS ABOVE.**

**SECTION 3**
**EVALUATION CRITERIA**

**3.1 Evaluation Process**

After receipt of proposals the Metro Government shall evaluate all responses based on the criteria below. During that evaluation, the Metro Government shall rank all responses, again based on the criteria described below. Once the RFP Responses are ranked, the Metro Government shall determine in writing which responses are reasonably susceptible of being awarded the work. The Metro Government shall thereafter conduct negotiations with each of those "reasonably susceptible" Proposers, unless the Metro Government concludes that an award may be made without negotiations, as allowed by KRS 45A.370 (3).

The Metro Government will conduct a multi-stage process for selecting proposals that are determined to be reasonably susceptible to award.

**Pre-Stage**

There are two affirmative action requirements which apply to Metro Government contracts: a) Affirmative Action in Employment and b) Affirmative Action in the subcontracting of Minority, Female and Handicapped-owned businesses. The Louisville Human Relations Commission (HRC) is responsible for compliance of these requirements. Failure to submit the HRC "Good Faith Effort" requirements identified in this RFP document will cause the proposal to be deemed non-responsive.

**Stage 1**

The RFP evaluation committee shall score all proposals based upon the evaluation criteria detailed herein as well as any preferences authorized in Louisville Metro County Ordinance identified in this RFP. Upon completion of the scoring, the committee shall recommend short-listing the proposals that are reasonably susceptible of being awarded.

**Stage 2**

Vendors whose proposals have been identified as reasonably susceptible to award may be invited to discuss their proposal with the RFP evaluation committee. The date, time and location of the meetings will be negotiated.

The committee may carry out contract negotiations for the purpose of obtaining best and final offers, terms, and conduct detailed reference checks on the short-listed vendors. The Metro Government reserves the right to contact respondents with requests for clarification.

**Award**

There exists the possibility that an award may be made on the basis of initial offers if it can be clearly demonstrated and documented from the existence of adequate competition or accurate prior cost experience that acceptance of an initial offer without discussion (Stage 2) would result in fair and reasonable prices (KRS 45A.370(3)(c)).

Award will be made to the responsible offeror whose proposal is determined in writing to be the most advantageous to Louisville Metro Government based upon the evaluation factors set forth in this RFP.

**NCIC RESPONSE:** HAS READ, AGREE, AND WILL COMPLY WITH ALL ITEMS ABOVE.

**3.2 Evaluation Criteria**

The Proposals received pursuant to this **Request for Proposals** will be evaluated on the following selection criteria:

**Quality of Proposal**                                          **50 Points**

The degree to which the response meets the requirements stated within this RFP, as well as functionality and ease of use of IPCS/solution, and availability of additional investigative technology and tools.

**Proposal Delivery and Installation Schedule**            **30 Points**

Ability to deliver and install technology efficiently regarding supply chain, location, accessibility, and response time to Louisville Metro for needed maintenance and troubleshooting or repair of system(s).

**Price**            **20 Points**

Cost of equipment, services, system options and proposed payment terms.

---

### TOTAL 100 POINTS

3.3 Proposals will be reviewed by a committee consisting of representatives from:
- **Louisville Metro Corrections – IT Dept**
- **Louisville Metro Corrections – Professional Standards Unit**

NCIC RESPONSE: HAS READ, AGREE, AND WILL COMPLY WITH ALL ITEMS ABOVE.

### THIS SECTION INTENTIONALLY LEFT BLANK

**SECTION 4**
**GENERAL PROVISIONS**

**4.1 Proposal Acceptance**

Metro Government may award Proposals in its best interest, reject proposals or any part of them, award contracts in whole or part, waive what it concludes in its discretion are minor problems with proposals, including but not limited to formalities or technicalities. The Metro Government may consider any alternative proposals which meet its needs.

**4.2 Payment Terms:** Net 30 days.

**4.3 Pricing**

4.3.1   Proposal prices shall be firm for at least six (6) months after the Proposal closing date.

4.3.2   Project-Specific Contracts: Pricing for specific Metro Government projects shall not change for the duration of the contract.

4.3.3   Non-Project Specific Contracts, Including Price Contracts:

4.3.3.1   For non-project-specific contracts, including Price Contracts, Proposer agrees that prices shall not change for the first year of that contract.

4.3.3.2   If a contract is renewed, all price increase requests after the first year must be submitted in writing to the Purchasing Division, 611 West Jefferson Street, Mezzanine Level, Louisville, KY 40202. Upon notification by the vendor of documented market increases, Proposer agrees that the Metro Government may either accept the price change or terminate the contract. Increases shall not be effective until the Metro Government's approval of them is received by the Proposer in writing.

4.3.4   Prices quoted shall be exclusive of the State and Federal Excise Tax, since the Metro Government is exempt from them.

4.3.5   Time discounts or cash discounts shall not be considered in Proposal evaluation.

4.3.6   Prices for any Proposal item shall not be contingent upon the purchase of any other Proposal item.

4.3.7   If `approximate yearly usage' is supplied, it is only to aid vendors in preparation of Proposals and under no circumstances binds the Metro Government to purchase those amounts.

4.3.8   Proposer should show unit prices and extended prices (unit prices multiplied by the number of units proposed to be purchased).

**NCIC RESPONSE: HAS READ, AGREE, AND WILL COMPLY WITH ALL ITEMS ABOVE.**

**4.4 Special Conditions for Price Contracts:**

4.4.1   A "Price Contract" is an agreement for the purchase of goods and possibly services which the Metro Government may utilize to fill its needs throughout the term of the contract. It is not a contract for a specific project, though purchases may be made for particular projects as the need arises. A Price Contract does not obligate the Metro Government to purchase any amount of the Proposal goods or services.

4.4.2   The Metro Government may renew contracts for a period of one (1) year and from year to year thereafter, upon the same terms and conditions as the original contract, if such renewal or extension is agreed to by the contractor. Total contract period cannot exceed five (5) years. Written notice of Metro Government's intention to renew will be sent prior to the expiration date.

4.4.3   Any government entity in Kentucky shall have the option of making purchases under a Price Contract executed under this Proposal.

4.4.4   If a price contract is awarded hereunder, the Proposer agrees the Metro Government may nonetheless issue a separate Proposal for the products or services which are the subject of this Proposal.

**NCIC RESPONSE: HAS READ, AGREE, AND WILL COMPLY WITH ALL ITEMS ABOVE.**

**4.5 Special Conditions Applicable to Contracts for the Purchase of Goods (including Price Contracts, if those contracts are for the purchase of goods)**

4.5.1  Proposer must submit all factory literature and supporting documentation with each submitted copy of its RFP.

4.5.2  Proposer shall provide prices for goods as FOB Delivered. Metro shall not pay forshipping, handling or any other associated charges for shipping.

4.5.3  All goods purchased are subject to inspection at the point of delivery by the Metro Government.

4.5.4  Proposer agrees to pay all costs for the return of rejected goods.

**NCIC RESPONSE: HAS READ, AGREE, AND WILL COMPLY WITH ALL ITEMS ABOVE.**

**4.6 Worker Safety**

The Proposer agrees to comply with all statutes, rules, and regulations governing safe and healthful working conditions, including the Occupational Health and Safety Act of 1970, *29 U.S.C. 650 et.seq.*, as amended, and KRS Chapter 338. The Proposer will provide training documentation for all standards applicable to the job. Necessary trainings would include, but are not limited to, remediation, abatement, powered industrial truck equipment brought on site by bidder, SDS for all chemicals brought to site by bidder, confined space, fall protection, or any other trainings required by an afore mentioned standard under the scope of work being proposed.  The Proposer agrees to provide, for all their employees working on properties where Metro employees reside, documentation of current (annual) asbestos awareness training, per OSHA's 1926.1101(k)(9)(vi) regulation. The Proposer also agrees to notify the Metro Government in writing immediately upon detection of any unsafe and/or unhealthful working conditions on Metro Government property. Proposer agrees to indemnify, defend and hold the Metro Governmentharmless from all penalties, fines or other expenses arising out of the alleged violation of said laws.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

**4.7 Records Retention**

Proposer shall maintain during the course of the work, and retain not less than five years from the date of final payment on the contract, complete and accurate records of all of Proposer's costs which are chargeable to the Metro Government under this Agreement; and the Metro Government shall have the right, at any reasonable time, to inspect and audit those records by authorized representatives of its ownor of any public accounting firm selected by it. The records to be thus maintained and retained by Proposer shall include (without limitation): (a) payroll records accounting for total time distribution of Proposer's employees working full or part time on the work (to permit tracing to payrolls and related taxreturns), as well as canceled payroll checks, or signed receipts for payroll payments in cash; (b) invoices for purchases receiving and issuing documents, and all the other unit inventory records for Proposer's stores stock or capital items; and (c) paid invoices and canceled checks for materials purchased and for subcontractors' and any other third parties' charges.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

**4.8 Multiple Awards**

As allowed by the Metro Government Finance Manual (Purchasing Policies, Section III, A, 3), multiple contracts may be issued and those contracts, if any, shall be ranked as primary, secondary, etc. A secondary or lower ranking contract may be used if the primary contractor is unable to perform. However, the primary contractor shall be given the first opportunity to provide the services required. Contracts shallbe utilized in the order stated in the award.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

**4.9 Protest Policy**

Bidders/Proposers who wish to protest must do so in writing. The subject of the protest shall be limited to fraud, corruption, or illegal acts undermining the objectivity and integrity of the procurement process.

The protest must be received in accordance with the timing and documentation requirements for the type of protest. A protest regarding solicitation must be received no later than five (5) days before the due date for submittals. Any protest regarding the intent to award of the contract must be received no later than three (3) days after posted intent to award.

The protest must include: name, address, telephone, and e-mail address of the protesting party and the person representing them; a complete statement of the legal grounds for the protest specifically identifying law, rule, regulation or procedure alleged to have been violated; relevant support documentation; a statement regarding the course of action the protesting party desires.

Written protests should be submitted either by mail or hand delivered between 8:00 a.m. and 5:00 p.m. to the Office of Management & Budget; Department of Purchasing; 611 W. Jefferson Street; Louisville, KY 40202; OR, by email to: Purchasing@louisvilleky.gov

If the protest does not meet the time or content requirements it will not be considered.

For more information on this policy visit: www.louisvilleky.gov/purchasing.

**XXNCIC RESPONSE: HAS READ, AGREE, AND WILL COMPLY WITH ALL ITEMS ABOVE.**

**4.10   Open Records**

All materials submitted in response to the solicitation document will become the property of the Metro Government. One copy of a submitted Proposal will be retained for official files and will become public record. In general, under the Kentucky Open Records Act (Kentucky Revised Statutes, sections 61.870 – 61.884), public records of the Metro Government are subject to disclosure to a requesting party. Any material that a vendor considers as confidential but does not meet the disclosure exemption requirements of the Open Records Act ("ORA"), should not be included in the vendor's Proposal, as it may be made available to the public. If a vendor's Proposal contains materials noted or marked as confidential and/or proprietary that, in Metro's sole opinion, meet the disclosure exemption requirements of the ORA, then that information will not be disclosed in response to a written request for public documents. If Metro does not consider such material to be exempt from disclosure under the ORA, the material may be made available to the public, regardless of the notation or marking. If a vendor is unsure if its confidential and/or proprietary material meets the disclosure exemption requirements of the ORA, then it should not include such information in its Proposal because such information may be disclosed to the public.

**XXNCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

**4.11   Bribery Clause**

By his/her signature on the Proposal, Proposer certifies that none of its employees, any affiliate or Subcontractor, have bribed or attempted to bribe an officer or employee of the Metro Government.

**XXNCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

**4.12   Entire Agreement**

A contract executed under this Proposal shall include this RFP and the Proposer's response thereto ("Response") and that contract shall constitute the entire agreement and understanding

of the parties with respect to the subject matter set forth herein and that contract supersedes any and all prior and contemporaneous oral or written agreements or understandings between the parties relative thereto. No representation, promise, inducement, or statement of intention has been made by the parties which will not be embodied in that contract. The contract cannot be amended, modified, or supplemented in any respect except by a subsequent written agreement duly executed by all of the parties hereto.

**RESPONSE:** READ, AGREE, AND WILL COMPLY.

### 4.13 Termination for Cause

4.13.1   Metro Government may terminate a contract because a contractor fails to perform its contractual duties.

4.13.2   If a contractor is determined to be in default, Metro Government shall notify the contractor in writing and may either 1) terminate the contract immediately or 2) set a date by which the contractor shall cure the identified deficiencies. Metro Government may proceed with termination if the contractor fails to cure the deficiencies within the specified time.

4.13.3   A default in performance by a contractor for which a contract may be terminated shall include, but not be limited to:

    4.13.3.1   Failure to make delivery within the time specified or according to a delivery schedule fixed by the contract.

    4.13.3.2   Late payment or nonpayment of bills for labor, materials, supplies, or equipment furnished in connection with a contract for construction services as evidenced by mechanics' liens filed pursuant to the provisions of KRS Chapter 376, or letters of indebtedness received from creditors by the purchasing agency.

    4.13.3.3   Failure to diligently advance the work under a contract for construction services.

    4.13.3.4   The filing of a bankruptcy petition by or against the contractor; or

    4.13.3.5   Actions that endanger the health, safety or welfare of Metro Government or its citizens.

4.13.4   In the event that, during the terms of this Contract, funds are not appropriated for the payment of the Metro Government's obligations hereunder, the Metro Government's rights and obligations herein shall terminate on the last day for which an appropriation has been made.

**RESPONSE:** HAS READ, AGREE, AND WILL COMPLY WITH ALL ITEMS ABOVE.

### 4.14 At Will Termination

Notwithstanding the above provisions, the Metro Government may terminate this contract at will in accordance with the law upon providing thirty (30) days written notice of that intent. Payment for servicesor goods received prior to termination shall be made by the Metro Government provided those goods orservices were provided in a manner acceptable to the Metro Government. Payment for those goods and services shall not be unreasonably withheld.

**RESPONSE:** READ, AGREE, AND WILL COMPLY.

### 4.15 Force Majeure

Neither Proposer nor the Metro Government shall be liable in damages or have the right to terminate a contract executed hereunder for any delay or default in performing that contract if such delay or defaultis caused by conditions beyond either party's control including, but not limited to Acts of God, Government restrictions (including the denial or cancellation of any export or other necessary license), wars, insurrections and/or any other cause beyond the reasonable control of the party whose performance is affected.

**RESPONSE:** READ, AGREE, AND WILL COMPLY.

**4.16 Assignment of Contract**

The Proposer shall not assign or subcontract any portion of the Contract without the express written consent of Metro Government.  Any purported assignment or subcontract without the written consent of the Metro Government shall be void. Proposer agrees that the Metro Government shall consent to any request for assignment or subcontract in its sole discretion. If ownership of Proposer changes, Proposer or its successor firm shall notify Metro Purchasing in writing within 30 days of the Proposer's receiving notice that its ownership is changing, including but not limited to purchase or other transfer.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

**4.17 No Waiver**

No failure or delay by Metro Government in exercising any right, remedy, power or privilege hereunder, nor any single or partial exercise thereof, nor the exercise of any other right, remedy, power or privilege shall operate as a waiver hereof or thereof. No failure or delay by Metro Government in exercising any right, remedy, power or privilege under or in respect of this Contract shall affect the rights, remedies, powers or privileges of Metro Government hereunder or shall operate as a waiver thereof.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

**4.18 Authority to do Business**

The Proposer must be a duly organized and authorized to do business under the laws of Kentucky. Proposer must be in good standing with all government agencies and have full legal capacity to provide the services specified under this Contract.  The Proposer must have all necessary right and lawful authority to enter into this Contract for the full term hereof and that proper corporate or other action has been duly taken authorizing the Proposer to enter into this Contract. The Proposer will provide Metro Government with a copy of a corporate resolution authorizing this action and a letter from an attorney confirming that the Proposer is authorized to do business in the State of Kentucky, if requested.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

**4.19 Governing Law**

The Contract shall be governed by and construed in accordance with the laws of the State of Kentucky. In the event of any proceedings regarding the Contract, the Parties agree that venue shall be the state courts of Kentucky or the U.S. District Court for the Western District of Kentucky, Louisville Division. All parties expressly consent to personal jurisdiction and venue in such Court for the limited and sole purpose of proceedings relating to the Contract or any rights or obligations arising thereunder. Service of process may be accomplished by following the procedures prescribed by law.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

**4.20 Ability to Meet Obligations**

Proposer affirms that there are no actions, suits or proceedings of any kind pending against Proposer or, to the knowledge of the Proposer, threatened against Proposer before or by any court, governmental body or agency or other tribunal or authority which would, if adversely determined, have a materially adverse effect on the authority or ability of Proposer to perform its obligations under this Contract, or which question the legality, validity or enforceability hereof or thereof.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

**4.21 Per KRS 45A.455 Conflict of Interest**

1. It shall be a breach of ethical standards for any employee with procurement authority to participate directly in any proceeding or application; request for ruling or other determination; claim or controversy; or other particular matter pertaining to any contract, or subcontract, and any solicitation or Proposal therefore, in which to his knowledge:
   a. He, or any member of his immediate family has a financial interest therein; or
   b. A business or organization in which he or any member of his immediate family has a financial interest as an officer, director, trustee, partner, or employee, is a party; or
   c. Any other person, business, or organization with whom he or any member of his immediate family is negotiating or has an arrangement concerning prospective employment is a party. Direct or indirect participation shall include butnot be limited to involvement through decision, approval, disapproval, recommendation, preparation of any part of a purchase request, influencing the content of any specification or purchase standard, rendering of advice, investigation, auditing, or in any other advisory capacity.

2. It shall be a breach of ethical standards for any person to offer, give, or agree to give any employee or former employee, or for any employee or former employee to solicit, demand, accept, or agree to accept from another person, a gratuity or an offer of employment, in connection with any decision, approval, disapproval, recommendation, preparation of any part of a purchase request, influencing the content of any specification or purchase standard, rendering of advice, investigation, auditing, or in any other advisory capacity in any proceeding or application, request for ruling or other determination, claim or controversy, or other particular matter, pertaining to any contract or subcontract and any solicitation or Proposal therefore.

3. It is a breach of ethical standards for any payment, gratuity, or offer of employment to be made by or on behalf of a subcontractor under a contract to the prime contractor or higher tier subcontractor or any person associated therewith, as an inducement for the award of a subcontract or order.

4. The prohibition against conflicts of interest and gratuities and kickbacks shall be conspicuously set forth in every local public agency written contract and solicitation therefor.

5. It shall be a breach of ethical standards for any public employee or former employee knowingly to use confidential information for his actual or anticipated personal gain, or the actual or anticipated personal gain of any other person.

**X NCIC RESPONSE: HAS READ, AGREE, AND WILL COMPLY WITH ALL ITEMS ABOVE.**


**4.22  Violations of and Compliance with Kentucky Law**

Per KRS 45A.485, Contractor shall reveal any final determination of a violation by the Contractor or subcontractor within the previous five (5) year period pursuant to KRS Chapters 136, 139, 141, 337, 338, 341 and 342 that apply to the Contractor or subcontractor. The Contractor shall be in continuous compliance with the provisions of KRS Chapters 136, 139, 141, 337, 338, 341 and 342 that apply to the Contractor or subcontractor for the duration of the contract.

**X NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**


**4.23  Suspension or Debarment**

Suspension or debarment of a vendor may occur as a result of a pattern of noncompliance or a single instance of flagrant noncompliance with the terms and conditions of LMG's policies, procedures, program guidelines or agreement(s). If suspended or debarred, the vendor shall be removed from anycontracting opportunities and payments.

Information on types of violations that warrant suspension or debarment and an appeal process for thevendor is available at www.louisvilleky.gov/purchasing.

**X NCIC RESPONSE: HAS READ, AGREE, AND WILL COMPLY WITH ALL ITEMS ABOVE.**


**4.24  Discrimination**

The contractor agrees that in the performance of this agreement with the Metro Government, he/she willnot discriminate against any workers because of race, creed, color, religion, national origin, handicap, sex, sexual orientation or gender identity and will comply with all applicable Federal, State or local laws and regulation prohibiting such discrimination. The aforesaid provision shall include, but not be limited to thefollowing: Employment and upgrading, demolition or transfer, recruitment and recruitment advertising, lay-off or termination, rates of pay or other forms of compensation, selection for training including apprenticeship. The contractor agrees to post

thereafter in conspicuous places, available for employees and all applicants for employment, notices setting forth the provisions of the above non-discrimination clause. The contractor further agrees to insert the foregoing provision in all sub-contracts hereunder.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

### 4.25 Invoicing Requirements

**4.25.1** Proper Invoice

For an invoice to be a proper invoice the requirements must be set as forth in the agreement or contract; however, in addition, no invoice submitted by Supplier/Contractor will be considered a proper invoice unless the invoice is an original invoice, delivered to the Louisville Metro Government in accordance with the purchase order, and containing the following additional information:

4.25.1.1   Purchase Order or Release Number under which the purchase was made.

4.25.1.2   Name of Louisville Metro Government Agency and Requestor initiating purchase.

4.25.1.3   Invoice date.

4.25.1.4   Vendor Name, Address, and Contact Information, including remittance if different.

4.25.1.5   Unique invoice number.

4.25.1.6   Account number or other identifying number agreed to by contract (if applicable).

4.25.1.7   Description of goods, services or property provided to the Louisville Metro Government.

4.25.1.8   Date good, services, or property were provided to the Louisville Metro Government.

4.25.1.9   The quantity, unit and total price of the goods, services, or property provided to Louisville Metro Government matching the contractual amounts including discount percentages, if applicable.

4.25.1.10  No shipping costs or fuel surcharges unless specified in the solicitation;Louisville Metro Government is not subject to sales tax.

4.25.1.11  Applicable discount payment terms.

**NCIC RESPONSE: HAS READ, AGREE, AND WILL COMPLY WITH ALL ITEMS ABOVE.**

**4.25.2** Invoice Submittal

Louisville Metro Government accepts e-Invoices. The electronic submission of invoices expedites review and payment processing. Invoices are currently accepted in .PDF, .XLS, .XLSX, .DOC, .DOCX, and .TXT file formats. Please submit your invoice as an attachment in one of the above referenced formats. Only one invoice attached to each email. Send to invoices.omb@louisvilleky.gov.

If unable to send invoices electronically, mail to:Accounts Payable

611 West Jefferson Street.

Louisville, KY 40202

All Statements of Account must be submitted by mail.

**NCIC RESPONSE: HAS READ, AGREE, AND WILL COMPLY WITH ALL ITEMS ABOVE.**

**4.25.3** Payment Remittance

Payments will be made by check unless other methods are requested. Other payment options include e-payable and P-card. Contact Accounts Payable at 502-574-3402 or accountspayable@louisvilleky.gov for more information.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

# SECTION 5

HOLD HARMLESS AGREEMENT AND INDEMNIFICATION CLAUSE AND INSURANCEREQUIREMENTS

## 5.1 Hold Harmless and Indemnification Clause

The Contractor shall indemnify, hold harmless, and defend the Louisville/Jefferson County Metro Government, its elected and appointed officials, employees, agents and successors in interest from all claims, damages, losses and expenses including attorneys' fees, arising out of or resulting, directly or indirectly, from the Contractor's (or Contractor's Subcontractors, if any) performance or breach of the contract provided that such claim, damage, loss, or expense is: (1) attributable to personal injury, bodily injury, sickness, death, or to injury to or destruction of property, including the loss of use resulting therefrom, or breach of contract, and (2) not caused by the negligent act or omission or willful misconduct of the Louisville/Jefferson County Metro Government or its elected and appointed officials and employees acting within the scope of their employment. This Hold Harmless and Indemnification Clause shall in no way be limited by any financial responsibility or insurance requirements and shall survive the termination of this Contract.

**NCIC RESPONSE:** READ, AGREE, AND WILL COMPLY.

## 5.2 Insurance Requirements

All insurance requirements including performance and payment bonds shall be furnished the day a contract issued pursuant to this Proposal is awarded.

A.  Prior to commencing work, Contractor shall obtain at its own cost and expense the following types of insurance through insurance companies licensed in the State of Kentucky. Insurance written by non-admitted carriers will also be considered acceptable, in accordance with Kentucky Insurance Law (KRS 304.10-040). Workers' Compensation written through qualified group self-insurance programs in accordance with Kentucky Revised Statutes (KRS 342.350) will also be acceptable. The Contractor shall not commence work under this Contract until all insurance required under the Contract Document has been obtained and until copies of policies or certificates thereof are submitted to Metro Government and approved by the Metro Government's Risk Management Division. The Contractor shall not allow any subcontractor to commence work until the insurance required of such subcontractor has been obtained and copies of Certificates of Insurance retained by Contractor evidencing proof of coverages.

Without limiting Contractor's indemnification requirements, it is agreed that Contractor shall maintain in force at all times during the performance of this agreement the following policy or policies of insurance covering its operations, and require subcontractors, if subcontracting is authorized, to procure and maintain these same policies until final acceptance of the work by the Metro Government. Metro Government may require Contractor to supply proof of subcontractor's insurance via Certificates of Insurance, or at Metro Government's option, actual copies of policies.

**NCIC RESPONSE:** HAS READ, AGREE, AND WILL COMPLY WITH ALL ITEMS ABOVE.

B.  The following clause shall be added to the Contractor's (and approved subcontractors) Commercial General Liability Policies:

1.  "The Louisville/Jefferson County Metro Government, its elected and appointed officials, employees, agents and successors are added as an "Additional Insured" as respects operations of the Named Insured performed relative to the contract."

**NCIC RESPONSE:** HAS READ, AGREE, AND WILL COMPLY WITH ALL ITEMS ABOVE.

C. The insurance to be procured and maintained and minimum Limits of Liability shall be as follows, unless different limits are specified by addendum to the contract (and such minimum limits shall not limit access to the full amount of insurance available (whether through primary, excess or umbrella policies) on the contractors or subcontractors policy(ies), if that/those policy(ies) provide for Limits above the minimum):

1. COMMERCIAL GENERAL LIABILITY: via the Occurrence Form, primary and non-contributory, with a $1,000,000 Combined Single Limit for any one Occurrence and $2,000,000 aggregate for Bodily Injury, Personal Injury and Property Damage and Products/Completed Operations, including:

   a. Premises - Operations Coverage
   b. Products and Completed Operations
   c. Contractual Liability
   d. Broad Form Property Damage
   e. Independent Contractors Protective Liability
   f. Personal Injury

   **NCIC RESPONSE: HAS READ, AGREE, AND WILL COMPLY WITH ALL ITEMS ABOVE.**

2. WORKERS' COMPENSATION (if applicable): insuring the employers' obligations under Kentucky Revised Statutes Chapter 342 at Statutory Limits, and EMPLOYERS' LIABILITY - $100,000 Each Accident/$500,000 Disease - Policy Limit/$100,000 Disease - Each Employee.

   **NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

3. AUTOMOBILE LIABILITY: insuring all Owned, Non-Owned and Hired Motor Vehicles. The minimum coverage Liability Limit is $1,000,000 Combined Single Limit for any one accident. The Limit of Liability may be subject to increase according to any applicable State or Federal Transportation Regulations.

   **NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

D. ACCEPTABILITY OF INSURERS

   Insurance is to be placed with Insurance Companies with an A. M. Best Rating of no less than "A- VI", unless proper financial information relating to the Company is submitted to and approved by Metro Government's Risk Management Division.

E. MISCELLANEOUS

1. The Contractor shall procure and maintain insurance policies and shall furnish Certificates of Insurance upon the execution of the Contract. The Certificates shall include the name and address of the person executing the Certificate of Insurance as well as the person's signature. If policies expire before the completion of the Contract, renewal Certificates of Insurance shall be furnished to Metro Government at least fifteen (15) days prior to the expiration of any policy(s).

   **NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

2. Upon execution of the contract, Certificates of Insurance as required above shall be furnished to:

   Louisville/Jefferson County Metro Government
   Office of Management and Budget
   Purchasing Division
   611 West Jefferson Street
   Louisville, Kentucky 40202

   **NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

3. Upon Renewal of insurance coverage (s), Certificates of Insurance evidencing renewal shall be furnished to:

Louisville/Jefferson County Metro Government
Office of Management and Budget
Risk Management Division
611 West Jefferson Street
Louisville, Kentucky 40202
riskreview@louisvilleky.gov

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

4. CANCELLATION OR MATERIAL CHANGE OF COVERAGE: Contractor shall notify Metro Government's Risk Management Division of any policy cancellation within two business days of its receipt of same.  Upon any material change (changes that reduce/restrict limit or terms and conditions to your insurance coverage) in coverage as required above, Contractor shall notify Metro Government's Risk Management Division within two business days. If Contractor fails to notify Metro Government as required by this Agreement, Contractor agrees that such failure shall be a breach of this Agreement.  Metro Government reserves the right to require the insurance policy(s) required above to be specifically endorsed to provide notice of cancellation and/or material change of coverage in accordance with policy provisions. When requested by the Metro Government, a copy of the policy endorsement shall be provided to Metro Government's Risk Management Division.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

5. Approval of the insurance by Metro Government shall not in any way relieve or decrease the liability of the Contractor hereunder. It is expressly understood that Metro Government does not in any way represent that the specified Limits of Liability or coverage or policy forms are sufficient or adequate to protect the interest or liabilities of the Contractor.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

All insurance requirements including performance and payment bonds shall be furnished the day a contract issued pursuant to this Proposal is awarded.

**NCIC RESPONSE: READ, AGREE, AND WILL COMPLY.**

**Section 6**
**HUMAN RELATIONS COMMISSION**
**GOOD FAITH EFFORT ("GFE") REQUIREMENTS**

Participation by certified female owned, certified handicapped owned, or certified minority owned business entities or utilization by contractors of certified female, certified handicapped, or certified minorityowned business as subcontractors, if the contract requires or warrants the use of subcontractors, is stronglyencouraged and will be a consideration in determining the award of a contract.

All contractors are to utilize their best good faith efforts to utilize subcontractors, certified female owned, certified handicapped owned, and certified minority owned businesses if the procurement situation requiresor warrants the use of subcontractors. Good faith efforts by contractors shall be made to reach the goals established by Metro Code of Ordinances § 37.67.

Under Metro Code of Ordinances §37.67, Louisville Metro Government has adopted the following minimum utilization goals for its annual procurement expenditures with certified minority owned, femaleowned and handicapped owned business enterprises ("MFHBEs"):
* 15% for certified minority owned businesses
* 5% for certified female owned businesses; and
* 0.5% for certified handicapped owned businesses.

**NCIC RESPONSE: HAS READ, AGREE, AND WILL COMPLY WITH ALL ITEMS ABOVE.**

*NCIC has followed through with the required GFE requirements set in this RFP and has reached out to minority/female owned business to perform installation and maintenance work, if awarded. It is expected that subcontractors will perform approximately 55% of all work (initial and ongoing) related to this Agreement. Please refer to page 6 for additional information.*

Failure to meet such goals will not result in disqualification from participation in the particular procurement process. Contractors, however, will be expected to provide written explanations (See attached GFE Forms)to the Executive Director of the Human Relations Commission of efforts they have made to utilize as subcontractors from certified minority, female and handicapped owned businesses.

Good faith efforts of a potential bidder include, but are not limited to the following:
* Attendance at pre-bid meetings, if any, scheduled to inform MFHBEs of prime and subcontracting opportunities.
* Advertisement in general circulation media, trade association publications, and minority andfemale business enterprise media to provide notice of subcontracting opportunities.
* Communication with the Human Relations Commission Office seeking assistance and identifyingavailable qualified MFHBEs.
* Efforts made to select portions of work for MFHBE subcontracting in areas with establishedavailability or MFHBE subcontractors.
* Providing a minimum of ten days written notice to known qualified MFHBEs that their interest inprime and subcontracting opportunities or furnishing supplies is solicited.
* Efforts to negotiate with qualified MFHBEs for specific sub-bids, including reasons for rejection ofany such sub-bids offered.
* Efforts made to assist qualified MFHBEs meet bonding, insurance, or other governmentalcontracting requirements.

These requirements are contractual obligations and will be included in the construction contract. Failure tocomply may result in a finding of breach of contract, possible disqualification of the Bidder to bid on futurecontracts, or a claim for damages.

**NCIC RESPONSE: HAS READ, AGREE, AND WILL COMPLY WITH ALL ITEMS ABOVE.**

## SUBCONTRACTOR AND SELF-PERFORM WORK LIST (FORM GFE-1)

**FORM GFE-1 DUE WITH BID PACKET FROM ALL BIDDERS**
(Failure to timely submit Form GFE-1 will result in bid rejection)

- Bidders shall list ALL Subcontractors/Suppliers to be used on this contract regardless of the dollar amount on Form GFE-1. If this bid includes bid alternates for additional work, Bidders shall list ALL Subcontractors/Suppliers who will be used if Louisville Metro elects to contract the additional work.

- Bidders are required to make good faith efforts to subcontract with MFHBEs for every division of  work available in this bid opportunity ("Divisions of Work") unless the work will be self-performed by the Bidder.

- Bidders shall list any GFE Divisions of Work they intend to self-perform and separately list any GFE Divisions of Work where the identity of the subcontractor who will perform the work is undetermined at bid time.

**NOTE: If you are not using subcontractors, you should indicate "ALL" in the "Divisions of Work (Bidder Will Self-Perform)" section, sign and submit the form.**

- Examples of Divisions of Work to be listed on Form GFE-1 include, but are not limited to: clearing/earthwork, site concrete, asphalt paving, framing, painting, flooring plumbing, electrical, and HVAC. The number of subcontracting opportunities or Divisions of Work for GFE purposes may be greater and/or different than the divisions of work that might be outlined in the technical  specifications.

- Best good faith efforts require that Bidders make contact with each MFHBE at least ten (10) calendar days before bid opening and that MFHBEs be provided the same information as other subcontractors/suppliers.

- Bidders shall contact MFHBEs by letter, fax or email ("Written Communication") to advise them of potential subcontracting opportunities.

- Bidders should follow up the Written Communication with telephone calls to each MFHBE contacted to determine if a bid will be submitted or if further information is required. A MFHBE need not be contacted if that MFHBE responds to the Written Communication with a statement that the MFHBE will not bid on this project or if a MFHBE has already submitted a sub-bid.

## MFHBE SUBCONTRACTOR GFE LOG (FORM GFE-2)

**FORM GFE-2 WITH ATTACHED WRITTEN COMMUNICATIONS DUE WITH BID PACKET FROM ALL BIDDERS**
(Failure to timely submit Form GFE-2 will result in bid rejection and failure to timely submit the attached Written Communications may result in bid rejection, at the Metro Government's discretion)

- Each Bidder shall submit with the Form GFE-2 one copy of each Written Communication sent to a  MFHBE Subcontractor/Supplier to solicit bids for this project.

- **Optional Good Faith Efforts**
  Bidders should consider public advertisements, attendance at pre-bid meetings, and technical and/or financial assistance to MFHBEs as part of their good faith efforts activities. Such activities should be listed on GFE-2 with written documentation of such activities attached.

## SUBCONTRACTOR PAYMENT CERTIFICATION (Previously FORM GFE-3)

**AUDITS DUE EACH MONTH OF THE CONTRACT PERIOD**

- The reporting of subcontractor payments for all Louisville Metro Government contracts will be accomplished by completing monthly audits on https://louisvilleky.diversitycompliance.com.

All forms are available on the Louisville Metro Human Relations Commission website:
https://louisvilleky.gov/government/human-relations-commission

**NCICRESPONSE: HAS READ, AGREE, AND WILL COMPLY WITH ALL ITEMS ABOVE.**

**NCIC has completed the required GFE forms and submitted them as a separate attachment. In addition, NCIC has provided proof of our Good Faith Efforts in subcontracting local workers. Such evidence can be found submitted separately and labeled "Written Proof Communications".**