IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GLOBAL TEL*LINK CORPORATION D/B/A VIAPATH TECHNOLOGIES, <br><br> Plaintiff, <br><br> v. <br><br> JACS SOLUTIONS, INC., <br><br> Defendant. | ) ) ) ) ) ) ) C.A. No. 23-500 (MN) ) ) ) ) ) |

**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME**

The parties hereby stipulate and agree, subject to the approval of the Court, that the time for Defendant JACS Solutions, Inc. to answer, move, or otherwise respond to the Amended Complaint (D.I. 17) is extended through and including June 21, 2023.

| YOUNG CONAWAY STARGATT & TAYLOR LLP | BAKER & HOSTETLER LLP |
|---|---|
| /s/ *Adam W. Poff* <br> Adam W. Poff (No. 3990) <br> Samantha G. Wilson (No. 5816) <br> Rodney Square <br> 1000 North King Street <br> Wilmington, DE 19801 <br> (302) 571-6600 <br> apoff@ycst.com <br> swilson@ycst.com <br><br> *Attorneys for Plaintiff* | /s/ *Jeffrey J. Lyons* <br> Jeffrey J. Lyons (#6437) <br> 1201 North Market Street, Suite 1407 <br> Wilmington, DE 19801-1147 <br> (302) 468-7088 <br> jjlyons@bakerlaw.com <br><br> *Attorneys for Defendant* |

Dated: May 25, 2023

IT IS SO ORDERED this ___ of _____, 2023.

_____
JUDGE MARYELLEN NOREIKA