# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GLOBAL TEL*LINK CORPORATION D/B/A VIAPATH TECHNOLOGIES,<br><br>Plaintiff,<br><br>v.<br><br>JACS SOLUTIONS, INC.,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)  C.A. No. 23-500 (MN)<br>)<br>)<br>)<br>)<br>)<br>) |

## DEFENDANT JACS SOLUTIONS, INC.'S MOTION TO DISMISS

For the reasons stated in its accompanying brief, Defendant JACS Solutions, Inc. moves to dismiss ViaPath's amended complaint (D.I. 17) with prejudice for failure to state a claim under Federal Rule of Civil Procedure 12(b)(6).

Respectfully submitted,

Dated: June 21, 2023

BAKER & HOSTETLER LLP

/s/ Jeffrey J. Lyons
Jeffrey J. Lyons (#6437)
1201 North Market Street, Suite 1407
Wilmington, DE 19801
(302) 468-7088
jjlyons@bakerlaw.com

Kevin W. Kirsch (*pro hac vice*)
Andrew E. Samuels (*pro hac vice*)
Mark S. Einsiedel (*pro hac vice*)
200 Civic Center Drive, Suite 1200
Columbus, OH 43215
(614) 228-1541
kkirsch@bakerlaw.com
asamuels@bakerlaw.com
meinsiedel@bakerlaw.com

David A. Mancino (*pro hac vice*)
Derek M. Freitas (*pro hac vice*)
312 Walnut Street, Suite 3200
Cincinnati, OH 45202
(513) 929-3400
dmancino@bakerlaw.com
dfreitas@bakerlaw.com

Sally Y. Qin (*pro hac vice*)
1050 Connecticut Avenue, NW, Suite 1100
Washington, DC 20036
(202) 861-1500
sqin@bakerlaw.com

*Attorneys for JACS Solutions, Inc.*