# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GLOBAL TEL*LINK CORPORATION<br>D/B/A VIAPATH TECHNOLOGIES,<br><br>Plaintiff,<br><br>v.<br><br>JACS SOLUTIONS, INC.,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>) C.A. No. 23-500 (MN)<br>)<br>)<br>)<br>)<br>) |

## [PROPOSED] ORDER GRANTING
## DEFENDANT JACS SOLUTIONS, INC.'S MOTION TO DISMISS

Before the Court is Defendant JACS Solutions, Inc.'s Motion to Dismiss for Failure to State a Claim pursuant to Federal Rule of Civil Procedure 12(b)(6).

Having considered the parties' submissions and upon good cause shown, the Motion is GRANTED. Plaintiff's amended complaint (D.I. 17) is DISMISSED WITH PREJUDICE.

IT IS SO ORDERED this _____ day of _____, 2023.

_____
DISTRICT JUDGE MARYELLEN NOREIKA