# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GLOBAL TEL*LINK CORPORATION<br>D/B/A VIAPATH TECHNOLOGIES,<br><br>Plaintiff,<br><br>v.<br><br>JACS SOLUTIONS, INC.,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>) C.A. No. 23-500 (MN)<br>)<br>)<br>)<br>)<br>) |

## JACS SOLUTIONS, INC.'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1(a)(1)(A), Defendant JACS Solutions, Inc. discloses that JACS Holding LLC is the parent corporation of JAC Solutions, Inc. and there is no public corporation that owns ten percent or more of JACS Solutions, Inc.'s stock.

Dated: June 21, 2023

BAKER & HOSTETLER LLP

*/s/ Jeffrey J. Lyons*
Jeffrey J. Lyons (#6437)
1201 North Market Street, Suite 1407
Wilmington, DE 19801
(302) 468-7088
jjlyons@bakerlaw.com

Kevin W. Kirsch (*pro hac vice*)
Andrew E. Samuels (*pro hac vice*)
Mark S. Einsiedel (*pro hac vice*)
200 Civic Center Drive, Suite 1200
Columbus, OH 43215
(614) 228-1541
kkirsch@bakerlaw.com
asamuels@bakerlaw.com
meinsiedel@bakerlaw.com

David A. Mancino (*pro hac vice*)
Derek M. Freitas (*pro hac vice*)
312 Walnut Street, Suite 3200
Cincinnati, OH 45202
(513) 929-3400
dmancino@bakerlaw.com
dfreitas@bakerlaw.com

Sally Y. Qin (*pro hac vice*)
1050 Connecticut Avenue, NW, Suite 1100
Washington, DC 20036
(202) 861-1500
sqin@bakerlaw.com

*Attorneys for JACS Solutions, Inc.*