# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GLOBAL TEL*LINK CORPORATION D/B/A/ VIAPATH TECHNOLOGIES,<br><br>*Plaintiff*,<br><br>v.<br><br>JACS SOLUTIONS, INC.,<br><br>*Defendant*. | C.A. No. 23-00500-MN |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to District of Delaware Local Rule 83.5 and the attached certifications, counsel moves for the admission *pro hac vice* of Richard A. Crudo of the law firm Sterne, Kessler, Goldstein & Fox P.L.L.C., 1100 New York Avenue, N.W., Suite 600, Washington, D.C. 20005 to represent Plaintiff Global Tel*Link Corporation d/b/a ViaPath Technologies in the above-captioned action.

Dated: July 5, 2023

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Adam W. Poff*
Adam W. Poff (No. 3990)
Samantha G. Wilson (No. 5816)
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571-6600
apoff@ycst.com
swilson@ycst.com

*Attorneys for Plaintiff*
*Global Tel*Link Corporation d/b/a*
*ViaPath Technologies*

- 2 -

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's Motion for Admission *Pro Hac Vice* of Richard A. Crudo to represent Plaintiff Global Tel*Link Corporation d/b/a ViaPath Technologies in the above-captioned action is GRANTED.

Dated: _____, 2023

_____
United States District Judge

- 3 -

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing, and in good standing as a member of the Bars of New York and the District of Columbia, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Revised Standing Order for District Court Fund effective September 1, 2016, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's Office upon the filing of this motion.

Dated: July 5, 2023

*/s/ Richard A. Crudo*
Richard A. Crudo
STERNE, KESSLER, GOLDSTEIN
 & FOX, P.L.L.C.
1100 New York Avenue, NW
Washington, DC 20005
(202) 371-2600
rcrudo@sternekessler.com

**CERTIFICATE OF SERVICE**

    The undersigned hereby certifies that on July 5, 2023, a copy of the foregoing document was served on the counsel listed below in the manner indicated:

**BY E-MAIL:**

Jeffrey J. Lyons
BAKER & HOSTETLER LLP
1201 North Market Street, Suite 1407
Wilmington, DE 19801
jjlyons@bakerlaw.com

David A. Mancino
Derek M. Freitas
BAKER & HOSTETLER LLP
312 Walnut Street, Suite 3200
Cincinnati, OH 45202
dmancino@bakerlaw.com
dfreitas@bakerlaw.com

Kevin W. Kirsch
Andrew E. Samuels
Mark S. Einsiedel
BAKER & HOSTETLER LLP
200 Civic Center Drive, Suite 1200
Columbus, OH 43215
kkirsch@bakerlaw.com
asamuels@bakerlaw.com
meinsiedel@bakerlaw.com

Sally Yuanyuan Qin
BAKER & HOSTETLER LLP
1050 Connecticut Avenue, NW, Suite 1100
Washington, DC 20036
sqin@bakerlaw.com

                                                  */s/ Adam W. Poff*
                                                  Adam W. Poff (No. 3990)
                                                  Samantha G. Wilson (No. 5816)
                                                  Rodney Square
                                                  1000 North King Street
                                                  Wilmington, DE 19801
                                                  (302) 571-6600
                                                  apoff@ycst.com
                                                  swilson@ycst.com

                                                  *Attorneys for Plaintiff*
                                                  *Global Tel\*Link Corporation d/b/a*
                                                  *ViaPath Technologies*