# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GLOBAL TEL*LINK CORPORATION D/B/A VIAPATH TECHNOLOGIES,  )  )  ) | |
| Plaintiff,  ) | |
| )  v.  )  )  ) | C.A. No. 23-500 (MN) |
| JACS SOLUTIONS, INC.,  )  ) | |
| Defendant.  ) | |

## JACS SOLUTIONS, INC.'S REQUEST FOR ORAL ARGUMENT

Pursuant to D. Del. LR 7.1.4, Defendant JACS Solutions, Inc. respectfully requests oral argument on its Motion to Dismiss (D.I. 19).

Dated: July 14, 2023

BAKER & HOSTETLER LLP

/s/ Jeffrey J. Lyons
Jeffrey J. Lyons (#6437)
1201 North Market Street, Suite 1407
Wilmington, DE 19801
(302) 468-7088
jjlyons@bakerlaw.com

Kevin W. Kirsch (*pro hac vice*)
Andrew E. Samuels (*pro hac vice*)
Mark S. Einsiedel (*pro hac vice*)
200 Civic Center Drive, Suite 1200
Columbus, OH 43215
(614) 228-1541
kkirsch@bakerlaw.com
asamuels@bakerlaw.com
meinsiedel@bakerlaw.com

David A. Mancino (*pro hac vice*)
Derek M. Freitas (*pro hac vice*)
312 Walnut Street, Suite 3200
Cincinnati, OH 45202
(513) 929-3400
dmancino@bakerlaw.com
dfreitas@bakerlaw.com

Sally Y. Qin (*pro hac vice*)
1050 Connecticut Avenue, NW, Suite 1100
Washington, DC 20036
(202) 861-1500
sqin@bakerlaw.com

*Attorneys for JACS Solutions, Inc.*