# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GLOBAL TEL*LINK CORPORATION d/b/a VIAPATH TECHNOLOGIES,<br><br>*Plaintiff*,<br><br>v.<br><br>JACS SOLUTIONS, INC.,<br><br>*Defendant*. | C.A. No. 23-500-MN |

## NOTICE OF ADDRESS CHANGE

Plaintiff Global Tel*Link Corporation d/b/a ViaPath Technologies, hereby notifies the Court and all parties of record that effective immediately the mailing address for Michael D. Specht, Jonathan Tuminaro, Uma N. Everett, Daniel S. Block, Ryan C. Richardson, Lauren A. Watt, and Richard A. Crudo of Sterne, Kessler, Goldstein & Fox, P.L.L.C. has changed to the following address:

> STERNE, KESSLER, GOLDSTEIN & FOX, P.L.L.C.
> 1101 K Street, NW, 10th Floor
> Washington, DC 20005

The firm affiliation, telephone number, and all other contact information remains unchanged.

- 2 –

Dated: August 10, 2023

| | |
|---|---|
| *Of Counsel*: | /s/ *Adam W. Poff* |
| | Adam W. Poff (No. 3990) |
| Michael D. Specht (*pro hac vice*) | Samantha G. Wilson (No. 5816) |
| Jonathan Tuminaro (*pro hac vice*) | YOUNG CONAWAY STARGATT |
| Uma N. Everett (*pro hac vice*) |   & TAYLOR, LLP |
| Daniel S. Block (*pro hac vice*) | Rodney Square |
| Ryan C. Richardson (*pro hac vice*) | 1000 North King Street |
| Lauren A. Watt (*pro hac vice*) | Wilmington, DE 19801 |
| Richard A. Crudo (*pro hac vice*) | (302) 571-6600 |
| STERNE, KESSLER, GOLDSTEIN | apoff@ycst.com |
|   & FOX PLLC | swilson@ycst.com |
| 1101 K Street, NW | |
| 10th Floor | ***Attorneys for Plaintiff*** |
| Washington, DC 20005 | ***Global Tel*Link Corporation d/b/a*** |
| mspecht@sternekessler.com | ***ViaPath Technologies*** |
| jtuminar@sternekessler.com | |
| ueverett@sternekessler.com | |
| dblock@sternekessler.com | |
| rrichardson@sternekessler.com | |
| lwatt@sternekessler.com | |
| rcrudo@sternekessler.com | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on August 10, 2023, a copy of the foregoing document was served on the counsel listed below in the manner indicated:

**BY EMAIL**

Jeffrey J. Lyons
BAKER & HOSTETLER LLP
1201 North Market Street, Suite 1407
Wilmington, DE 19801
jjlyons@bakerlaw.com

David A. Mancino
Derek M. Freitas
BAKER & HOSTETLER LLP
312 Walnut Street, Suite 3200
Cincinnati, OH 45202
dmancino@bakerlaw.com
dfreitas@bakerlaw.com

Kevin W. Kirsch
Andrew E. Samuels
Mark S. Einsiedel
BAKER & HOSTETLER LLP
200 Civic Center Drive, Suite 1200
Columbus, OH 43215
kkirsch@bakerlaw.com
asamuels@bakerlaw.com
meinsiedel@bakerlaw.com

Sally Yuanyuan Qin
BAKER & HOSTETLER LLP
1050 Connecticut Avenue, NW, Suite 1100
Washington, DC 20036
sqin@bakerlaw.com

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Adam W. Poff*
Adam W. Poff (No. 3990)
Samantha G. Wilson (No. 5816)
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571-6600
apoff@ycst.com
swilson@ycst.com

*Attorneys for Plaintiff*
*Global Tel*Link Corporation d/b/a*
*ViaPath Technologies*