

**WILMINGTON**
RODNEY SQUARE

**NEW YORK**
ROCKEFELLER CENTER

**Adam W. Poff**
P 302.571.6642
apoff@ycst.com

October 24, 2023

<u>BY CM/ECF & HAND DELIVERY</u>

The Honorable Maryellen Noreika
U.S. District Court for the District of Delaware
844 North King Street
Wilmington, DE 19801

    Re:    *Global Tel*Link Corporation v. JACS Solutions, Inc.*,
              C.A. No. 23-500-MN

Dear Judge Noreika:

    Plaintiff Global Tel*Link Corp. d/b/a ViaPath Technologies hereby responds to the Court's October 20, 2023 Oral Order (D.I. 29). The Order requests that ViaPath "notify the Court whether it will assert any additional claims beyond those identified in the First Amended Complaint." ViaPath does indeed intend to assert additional claims beyond those identified in the First Amended Complaint. To be clear, ViaPath does not intend to assert all 110 claims and is committed to asserting a reasonable number of claims at trial.

    Consistent with the scheduling order to be agreed upon by the parties (*see* D.I. 28), ViaPath will identify the specific additional claims after receiving JACS's core technical documents, or when otherwise ordered by the Court.

                                              Respectfully,

                                              */s/ Adam W. Poff*

                                              Adam W. Poff (No. 3990)

cc:    All counsel of record (via email & CM/ECF)

**Young Conaway Stargatt & Taylor, LLP**
Rodney Square | 1000 North King Street | Wilmington, DE 19801
P  302.571.6600    F  302.571.1253    YoungConaway.com