IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GLOBAL TEL*LINK CORPORATION D/B/A VIAPATH TECHNOLOGIES,<br><br>      Plaintiff,<br><br>    v.<br><br>JACS SOLUTIONS, INC.,<br><br>      Defendant. | C.A. No. 23-500 (MN) |

## STIPULATION AND [PROPOSED] ORDER

WHEREAS, Defendant JACS Solutions, Inc. ("JACS") filed a sealed Answer to the First Amended Complaint, and supporting materials, on November 8, 2023 (D.I. 32);

WHEREAS, pursuant to Section G of the Revised Administrative Procedures Governing Filing and Service by Electronic Means, a redacted version of any sealed document shall be field electronically with seven (7) days of the filing of the sealed document;

WHEREAS, the parties require additional time to confer regarding the scope and content of any proposed redactions;

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, through their respective counsel, and subject to the approval for the Court, that the deadline to file public versions of JACS's Answer and supporting materials (D.I. 32) is extended from November 15, 2023 until November 16, 2023 at 12:00 pm EST.

Dated: November 15, 2023

| YOUNG CONAWAY STARGATT & TAYLOR, LLP | BAKER & HOSTETLER LLP |
|---|---|
| */s/ Samantha G. Wilson*_____ | */s/ Jeffrey J. Lyons*_____ |
| Adam W. Poff (No. 3990) | Jeffrey J. Lyons (#6437) |
| Samantha G. Wilson (No. 5816) | 1201 North Market Street, Suite 1407 |
| Rodney Square | Wilmington, DE 19801 |
| 1000 North King Street | (302) 468-7088 |
| Wilmington, DE 19801 | jjlyons@bakerlaw.com |
| (302) 571-6600 | |
| apoff@ycst.com | Kevin W. Kirsch (*pro hac vice*) |
| swilson@ycst.com | Andrew E. Samuels (*pro hac vice*) |
| | Mark S. Einsiedel (*pro hac vice*) |
| Michael D. Specht (*pro hac vice*) | 200 Civic Center Drive, Suite 1200 |
| Jonathan Tuminaro (*pro hac vice*) | Columbus, OH 43215 |
| Uma Everett (*pro hac vice*) | (614) 228-1541 |
| Daniel S. Block (*pro hac vice*) | kkirsch@bakerlaw.com |
| Ryan C. Richardson (*pro hac vice*) | asamuels@bakerlaw.com |
| Lauren Watt (*pro hac vice*) | meinsiedel@bakerlaw.com |
| STERNE, KESSLER, GOLDSTEIN & FOX PLLC | |
| 1100 New York Avenue, NW | David A. Mancino (*pro hac vice*) |
| Washington, DC 20005 | Derek M. Freitas (*pro hac vice*) |
| mspecht@sternekessler.com | 312 Walnut Street, Suite 3200 |
| jtuminar@sternekessler.com | Cincinnati, OH 45202 |
| ueverett@sternekessler.com | (513) 929-3400 |
| dblock@sternekessler.com | dmancino@bakerlaw.com |
| rrichardson@sternekessler.com | dfreitas@bakerlaw.com |
| lwatt@sternekessler.com | |
| | Sally Y. Qin (*pro hac vice*) |
| *Attorneys for Global Tel\*Link Corporation d/b/a ViaPath Technologies* | 1050 Connecticut Avenue, NW, Suite 1100 |
| | Washington, DC 20036 |
| | (202) 861-1500 |
| | sqin@bakerlaw.com |
| | |
| | *Attorneys for JACS Solutions, Inc.* |

IT IS SO ORDERED this ___ day of _____, 2023.

_____
The Honorable Maryellen Noreika
United States District Judge

2