**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

GLOBAL TEL*LINK CORPORATION )
D/B/A VIAPATH TECHNOLOGIES, )
                                             )   C.A. No. 23-500 (MN)
         Plaintiff, )
                                               )
       v. )
                                               )
JACS SOLUTIONS, INC., )
                                               )
        Defendant. )

## STIPULATION AND [PROPOSED] ORDER

WHEREAS, Plaintiff filed this action on May 8, 2023 (D.I. 2);

WHEREAS, on October 18, 2023, the Court ordered the parties to submit a proposed scheduling order within thirty (30) days (D.I. 28);

WHEREAS, the parties require additional time to confer regarding disputed dates and language in the proposed scheduling order in order to avoid burdening the Court with said disputes;

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, through their respective counsel, and subject to the approval of the Court, that the deadline to file a proposed scheduling order is extended to November 20, 2023.

Dated: November 17, 2023

| Young Conaway Stargatt & Taylor, LLP | Baker & Hostetler LLP |
|---|---|
| */s/ Samantha G. Wilson* | */s/ Jeffrey J. Lyons* |
| Adam W. Poff (No. 3990) | Jeffrey J. Lyons (#6437) |
| Samantha G. Wilson (No. 5816) | 1201 North Market Street, Suite 1407 |
| Rodney Square | Wilmington, DE 19801 |
| 1000 North King Street | (302) 468-7088 |
| Wilmington, DE 19801 | jjlyons@bakerlaw.com |
| (302) 571-6600 | |
| apoff@ycst.com | Kevin W. Kirsch (*pro hac vice*) |
| swilson@ycst.com | Andrew E. Samuels (*pro hac vice*) |
| | Mark S. Einsiedel (*pro hac vice*) |
| Michael D. Specht (*pro hac vice*) | 200 Civic Center Drive, Suite 1200 |
| Jonathan Tuminaro (*pro hac vice*) | Columbus, OH 43215 |
| Uma Everett (*pro hac vice*) | (614) 228-1541 |
| Daniel S. Block (*pro hac vice*) | kkirsch@bakerlaw.com |
| Ryan C. Richardson (*pro hac vice*) | asamuels@bakerlaw.com |
| Lauren Watt (*pro hac vice*) | meinsiedel@bakerlaw.com |
| STERNE, KESSLER, GOLDSTEIN & FOX PLLC | |
| 1100 New York Avenue, NW | David A. Mancino (*pro hac vice*) |
| Washington, DC 20005 | Derek M. Freitas (*pro hac vice*) |
| mspecht@sternekessler.com | 312 Walnut Street, Suite 3200 |
| jtuminar@sternekessler.com | Cincinnati, OH 45202 |
| ueverett@sternekessler.com | (513) 929-3400 |
| dblock@sternekessler.com | dmancino@bakerlaw.com |
| rrichardson@sternekessler.com | dfreitas@bakerlaw.com |
| lwatt@sternekessler.com | |
| | Sally Y. Qin (*pro hac vice*) |
| *Attorneys for Global Tel\*Link Corporation d/b/a ViaPath Technologies* | 1050 Connecticut Avenue, NW, Suite 1100 |
| | Washington, DC 20036 |
| | (202) 861-1500 |
| | sqin@bakerlaw.com |
| | |
| | *Attorneys for JACS Solutions, Inc.* |

IT IS SO ORDERED this ___ day of _____, 2023.

_____
The Honorable Maryellen Noreika
United States District Judge