**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| GLOBAL TEL*LINK CORPORATION D/B/A/ VIAPATH TECHNOLOGIES,<br><br>*Plaintiff*,<br><br>v.<br><br>JACS SOLUTIONS, INC.,<br><br>*Defendant*. | C.A. No. 23-500-MN |

**NOTICE OF SERVICE**

PLEASE TAKE NOTICE that on January 4, 2024, the following was served on the counsel listed below in the manner indicated:

1) Plaintiff's Objections and Responses to Defendant's First Set of Interrogatories (Nos. 1-19).

**BY EMAIL**

Jeffrey J. Lyons
BAKER & HOSTETLER LLP
1201 North Market Street, Suite 1407
Wilmington, DE 19801
jjlyons@bakerlaw.com

David A. Mancino
Derek M. Freitas
BAKER & HOSTETLER LLP
312 Walnut Street, Suite 3200
Cincinnati, OH 45202
dmancino@bakerlaw.com
dfreitas@bakerlaw.com

Kevin W. Kirsch
Andrew E. Samuels
Mark S. Einsiedel
BAKER & HOSTETLER LLP
200 Civic Center Drive, Suite 1200
Columbus, OH 43215
kkirsch@bakerlaw.com
asamuels@bakerlaw.com
meinsiedel@bakerlaw.com

Sally Yuanyuan Qin
BAKER & HOSTETLER LLP
1050 Connecticut Avenue, NW, Suite 1100
Washington, DC 20036
sqin@bakerlaw.com

PLEASE TAKE FURTHER NOTICE that on January 4, 2024, a copy of this Notice of Service was electronically filed with the Clerk of the Court using CM/ECF and will be served by email on the counsel listed above.

| | |
|---|---|
| Dated: January 4, 2024<br><br>*Of Counsel*:<br><br>Michael D. Specht<br>Jonathan Tuminaro<br>Uma Everett<br>Daniel S. Block<br>Ryan C. Richardson<br>Lauren Watt<br>STERNE, KESSLER, GOLDSTEIN<br>   & FOX PLLC<br>1101 K Street, NW<br>10th Floor<br>Washington, DC  20005<br>mspecht@sternekessler.com<br>jtuminar@sternekessler.com<br>ueverett@sternekessler.com<br>dblock@sternekessler.com<br>rrichardson@sternekessler.com<br>lwatt@sternekessler.com | YOUNG CONAWAY STARGATT &<br>   TAYLOR, LLP<br><br>*/s/ Adam W. Poff*<br>Adam W. Poff (No. 3990)<br>Samantha G. Wilson (No. 5816)<br>Rodney Square<br>1000 North King Street<br>Wilmington, DE 19801<br>(302) 571-6600<br>apoff@ycst.com<br>swilson@ycst.com<br><br>*Attorneys for Plaintiff*<br>*Global Tel\*Link Corporation d/b/a*<br>*ViaPath Technologies* |